EXHIBIT A

Web pages, each containing Plaintiff's Trademark MetArt® in the meta data

1. http://www.sex.com/picture/16223368-viola-bailey-by-koenart-in-esuche-metart/
2. http://www.sex.com/picture/21937808/
3. http://www.sex.com/picture/21937788/
4. http://www.sex.com/picture/21937752/
5. http://www.sex.com/picture/21937634/
6. http://www.sex.com/picture/8888512-sasha-d-from-metart/
7. http://www.sex.com/picture/2668311-jenya-d-8211-brillar-from-met-art/
8. http://www.sex.com/picture/2640139-melena-a-8211-saldo-from-met-art/
9. http://www.sex.com/picture/2427229-grace-c-8211-mincing-from-met-art/
10. http://www.sex.com/picture/2406730-zafira-8211-bettina-met-art/
11. http://www.sex.com/picture/2287240-lisi-a-8211-operire-from-met-art/
12. http://www.sex.com/picture/2181882-melisa-mendiny-8211-fluente-from-met-art/
13. http://www.sex.com/picture/2031518-daria-d-met-art/
14. http://www.sex.com/picture/2022820-jenny-mcclain-8211-steorra-8211-jinny-met-art/
15. http://www.sex.com/picture/1677556-kloe-kane-8211-brusco-from-met-art/
16. http://www.sex.com/picture/1669746-perla-a-8211-simi-8211-arwyn-met-art/
17. http://www.sex.com/picture/1634635-alina-h-8211-mary-8211-milena-met-art/
18. http://www.sex.com/picture/1587653-deserea-a-met-art/
19. http://www.sex.com/picture/1553189-sofi-a-8211-poema-from-met-art/
20. http://www.sex.com/picture/1551486-jade-a-met-art/
21. http://www.sex.com/picture/1503890-mika-bodana-8211-millis-a-8211-mandy-dee-met-art/
22. http://www.sex.com/picture/16962376-metart-nikia/
23. http://www.sex.com/picture/27128090-metart-netta-heverina/
24. http://www.sex.com/picture/17080002-mango-a-free-picture-03-from-ondijan-metart/
25. http://www.sex.com/picture/15765452-numberonegirls-indiana-a-by-metart/
26. http://www.sex.com/picture/15276434-numberonegirls-zelda-b-by-metart/
27. http://www.sex.com/picture/15089399-emily-bloom-from-metart/
28. http://www.sex.com/picture/15089397-emily-bloom-from-metart/
29. http://www.sex.com/picture/15087887-emily-bloom-from-metart/.

EXHIBIT A

Web pages, each containing Plaintiff's Trademark MetArt® in the meta data

30. http://www.sex.com/picture/15087886-emily-bloom-from-metart/
31. http://www.sex.com/picture/14566028-alysha-a-metart/
32. http://www.sex.com/picture/14551728-numberonegirls-indiana-a-by-metart/
33. http://www.sex.com/picture/14551727-numberonegirls-indiana-a-by-metart/
34. http://www.sex.com/picture/14541115-sharon-d-metart/
35. http://www.sex.com/picture/14163728-feeona-a/
36. http://www.sex.com/picture/13973146-best-hot-asses-follow-the-best-asses-blog/
37. http://www.sex.com/picture/13683859-numberonegirls-virginia-sun-by-metart/
38. http://www.sex.com/picture/13680915-numberonegirls-virginia-sun-by-metart/
39. http://www.sex.com/picture/13679626-sapphira-a-from-metart/
40. http://www.sex.com/picture/13679610-numberonegirls-virginia-sun-by-metart/
41. http://www.sex.com/picture/8669380-freya-a-welcums-you-all-to-see/
42. http://www.sex.com/picture/8669363-freya-a-perfect-little-body/
43. http://www.sex.com/picture/25876604-martha-a-free-picture-08-from-presenting-martha-metart/
44. http://www.sex.com/picture/22410960-elle-b-free-picture-12-from-vilansy-metart/
45. http://www.sex.com/picture/2526828-metart-ashley-doll-nude/
46. http://www.sex.com/picture/2526824-metart-ashley-doll-nude/
47. http://www.sex.com/picture/28063769-suzanna-a/
48. http://www.sex.com/picture/26677738-chantel-a-by-cliff-wright/
49. http://www.sex.com/picture/26160917-metart-eve/
50. http://www.sex.com/picture/25970644-metart-stella-lane/
51. http://www.sex.com/picture/25238978-oh-hey-there-yani/
52. http://www.sex.com/picture/24847003-macy/
53. http://www.sex.com/picture/24488063-sexart-amarna-miller/
54. http://www.sex.com/picture/24445075-metart-anita-e/
55. http://www.sex.com/picture/24263679-sexart-lenai/
56. http://www.sex.com/picture/24215316-metart-sybil-a/
57. http://www.sex.com/picture/24066432-metart-yarina-a/
58. http://www.sex.com/picture/23858103-evita-is-a-knockout/

EXHIBIT A

Web pages, each containing Plaintiff's Trademark MetArt® in the meta data

59. http://www.sex.com/picture/22885038-norma-a/
60. http://www.sex.com/picture/22220455-daisy/
61. http://www.sex.com/picture/22170710-metart-xena/
62. http://www.sex.com/picture/21552202-viola-bailey/
63. http://www.sex.com/picture/20287147-metart-celeste/
64. http://www.sex.com/picture/20096225-metart-liza-b-inga-c/
65. http://www.sex.com/picture/20092590-miguela-come-and-take-your-pants-off-at-my-house-ok/
66. http://www.sex.com/picture/20066276-guys-i-think-im-in-love-with-aislin/
67. http://www.sex.com/picture/19645065-new-mia-sollis-gallery-is-up-yahoo/
68. http://www.sex.com/picture/19205294-lily-c/
69. http://www.sex.com/picture/19197872-hi-viola-i-love-you-and-your-incredible-natural-breasts/
70. http://www.sex.com/picture/19010130-magali/
71. http://www.sex.com/picture/18785983-lily-cs-pretty-pink-p/
72. http://www.sex.com/picture/18491939-oh-hey-elle/
73. http://www.sex.com/picture/18181166-bogdana/
74. http://www.sex.com/picture/17935844-emily-bloom-gets-a-helping-hand/
75. http://www.sex.com/picture/17905910-vika-ac-katya-d/
76. http://www.sex.com/picture/17869896-malena/
77. http://www.sex.com/picture/17756060-metart-sofi-a-full-frontal/
78. http://www.sex.com/picture/17631581-mia-d-via-rtherearpussy/
79. http://www.sex.com/picture/17608153-altea-b-and-eufrat-a/
80. http://www.sex.com/picture/17599794-aislin/
81. http://www.sex.com/picture/17587816-grace-c/
82. http://www.sex.com/picture/17445392-zhanet/
83. http://www.sex.com/picture/17425412-falling-for-marta-e/
84. http://www.sex.com/picture/16965544-metart-nikia/
85. http://www.sex.com/picture/16679988-metart-nancy-a/
86. http://www.sex.com/picture/14214670-mariko/
87. http://www.sex.com/picture/11266962-ashley-doll-from-metart/

EXHIBIT A

Web pages, each containing Plaintiff's Trademark MetArt® in the meta data

88. http://www.sex.com/picture/11266441-melena-a-from-metart/
89. http://www.sex.com/picture/11266422-melena-a-from-metart/
90. http://www.sex.com/picture/11266381-melena-a-from-metart/
91. http://www.sex.com/picture/11266362-melena-a-from-metart/
92. http://www.sex.com/picture/11266315-melena-a-from-metart/
93. http://www.sex.com/picture/11266179-malinda-a-from-metart-with-puffy-pussy/
94. http://www.sex.com/picture/9815914-metart-mika-a/
95. http://www.sex.com/picture/9744658-metart-sally/
96. http://www.sex.com/picture/9743089-metart-rachel/
97. http://www.sex.com/picture/27431493-mila-m-free-picture-12-from-sidesi-metart/
98. http://www.sex.com/picture/27431468-mila-m-free-picture-13-from-sidesi-metart/
99. http://www.sex.com/picture/27295560-lizel-a-free-picture-14-from-akatia-metart/
100. http://www.sex.com/picture/5839111-galina-a-metart/
101. http://www.sex.com/picture/5834038-kalena-a-metart/
102. http://www.sex.com/picture/3261347-nikia-metart/
103. http://www.sex.com/picture/22618006/
104. http://www.sex.com/picture/20026073/
105. http://www.sex.com/picture/17856435/
106. http://www.sex.com/picture/3485892-mia-d-sollis-from-metart/
107. http://www.sex.com/picture/3485855-viola-a-from-metart/
108. http://www.sex.com/picture/3485854-caprice-a-from-metart/
109. http://www.sex.com/picture/1688824-jenya-d-naked/
110. http://www.sex.com/picture/17676494-mila-enjoys-a-nice-topless-early-morning-stretch/
111. http://www.sex.com/picture/9741799-dirtysmallteens-marina-c-met-art/
112. http://www.sex.com/picture/9463796-indiana-a-from-metart/
113. http://www.sex.com/picture/13930526-lauren-crist-from-metart/
114. http://www.sex.com/picture/13090342-emily-bloom-from-metart/
115. http://www.sex.com/picture/12624403-numberonegirls-jeff-milton-by-metart/
116. http://www.sex.com/picture/12290068-numberonegirls-mia-sollis-by-metart/

EXHIBIT A

Web pages, each containing Plaintiff's Trademark MetArt® in the meta data

117.    http://www.sex.com/picture/12277876-numberonegirls-melisa-a-by-metart/
118.    http://www.sex.com/picture/12095774-numberonegirls-katherine-a-by-metart/
119.    http://www.sex.com/picture/11493327-mia-sollis-from-metart/
120.    http://www.sex.com/picture/10486252-dido-a-from-metart/
121.    http://www.sex.com/picture/15098220-foxyflatfriday-f-ksenya-b-metart/
122.    http://www.sex.com/picture/5494761-denisa-heaven-posing-naked/
123.    http://www.sex.com/picture/5161676-b-w-photo-of-nella-naked-in-met-arts-celebrity-by-nancy/
124.    http://www.sex.com/picture/19920729-spookytush-via-carina-a-in-surplus-metart-free-picture/
125.    http://www.sex.com/picture/12712779-mia-sollis-from-metart/
126.    http://www.sex.com/picture/11437021-violla-a-from-metart/
127.    http://www.sex.com/picture/11405858-nastya-e-from-metart/
128.    http://www.sex.com/picture/11373968-lidiya-a-from-metart/
129.    http://www.sex.com/picture/21918225-blogbeautygirls-mila-i-by-metart/
130.    http://www.sex.com/picture/11369115-violla-a-from-metart/
131.    http://www.sex.com/picture/11368707-violla-a-from-metart/
132.    http://www.sex.com/picture/7500534-malena-morgan-from-metart/
133.    http://www.sex.com/picture/6007738-nikia-a-from-metart/
134.    http://www.sex.com/picture/22188028-eva-jane-from-metart/
135.    http://www.sex.com/picture/22060070-solveig-from-metart/
136.    http://www.sex.com/picture/21919633-nici-dee-from-metart/
137.    http://www.sex.com/picture/21263793-lija-from-metart/
138.    http://www.sex.com/picture/21261366-edwige-a-amp-mia-sollis-from-metart/
139.    http://www.sex.com/picture/24881568-adel-pops-some-balloons-nsfw-metart/
140.    http://www.sex.com/picture/17810510-oiled-and-ready-indiana-a-metart/
141.    http://www.sex.com/picture/5109486-anna-aj-in-aeuroekalivaaeur-by-met-art/
142.    http://www.sex.com/picture/4718862-janice-in-aeuroesimmasaeur-by-met-art/
143.    http://www.sex.com/picture/4713666-adelia-in-aeuroetendreaeur-from-met-art/
144.    http://www.sex.com/picture/15201483-zafira-dream-girl/
145.    http://www.sex.com/picture/9853553-sandra-lauver-teleia-metart/

EXHIBIT A

Web pages, each containing Plaintiff's Trademark MetArt® in the meta data

146.     http://www.sex.com/picture/9614698-saju-a-metart/
147.     http://www.sex.com/picture/9273557-patritcy-a-metart/
148.     http://www.sex.com/picture/9182638-divina-a-metart/
149.     http://www.sex.com/picture/8760862-yani-enalages-metart/
150.     http://www.sex.com/picture/8619128-zsanett-tormay-metart/
151.     http://www.sex.com/picture/8618930-kira-j-metart/
152.     http://www.sex.com/picture/8512028-mia-d-polema-metart/
153.     http://www.sex.com/picture/8349145-divina-a-estis-metart/
154.     http://www.sex.com/picture/7655408-anna-aj-embedida-metart/
155.     http://www.sex.com/picture/6802228-vanda-b-metart/
156.     http://www.sex.com/picture/6743733-lorena-b-metart/
157.     http://www.sex.com/picture/6687807-belinda-a-seindad-metart/
158.     http://www.sex.com/picture/6491975-yolka-metart/
159.     http://www.sex.com/picture/6491937-adriana-f-metart/
160.     http://www.sex.com/picture/6337050-yani-a-metart/
161.     http://www.sex.com/picture/6337026-yani-a-metart/
162.     http://www.sex.com/picture/6259473-christel-metart/
163.     http://www.sex.com/picture/6042174-amelie-b-metart/
164.     http://www.sex.com/picture/6042165-amelie-b-metart/
165.     http://www.sex.com/picture/6042059-anna-aj-metart/
166.     http://www.sex.com/picture/5943095-fzsanet-tormay-metart/
167.     http://www.sex.com/picture/5596306-lina-diamond-metart/
168.     http://www.sex.com/picture/5525258-darien-b-metart/
169.     http://www.sex.com/picture/5524935-ksenya-b-metart/
170.     http://www.sex.com/picture/5377583-toxic-metart/
171.     http://www.sex.com/picture/5305308-angel-e-metart/
172.     http://www.sex.com/picture/5305275-anna-aj-metart/
173.     http://www.sex.com/picture/5304934-luiza-a-metart/
174.     http://www.sex.com/picture/5292648-toxic-metart/

EXHIBIT A

Web pages, each containing Plaintiff's Trademark MetArt® in the meta data

175. http://www.sex.com/picture/5274969-marjana-a-metart/
176. http://www.sex.com/picture/5273257-roselyne-a-metart/
177. http://www.sex.com/picture/5259837-katherine-a-metart/
178. http://www.sex.com/picture/5185648-katherine-frontida-metart/
179. http://www.sex.com/picture/5158669-michelle-h-metart/
180. http://www.sex.com/picture/10899506-annett-a-metart/
181. http://www.sex.com/picture/2734207-christel-a-metart/
182. http://www.sex.com/picture/2678652-anna-metart/
183. http://www.sex.com/picture/2607847-helena-f-metart/
184. http://www.sex.com/picture/2539009-izolda-a-metart/
185. http://www.sex.com/picture/2538897-izolda-a-metart/
186. http://www.sex.com/picture/2538851-jo-a-metart/
187. http://www.sex.com/picture/13159402-patritcy-a-metart/
188. http://www.sex.com/picture/12348132-janelle-b-metart/
189. http://www.sex.com/picture/12347622-nikia-a-metart/
190. http://www.sex.com/picture/12347341-lina-metart/
191. http://www.sex.com/picture/11402425-elle-d-metart/
192. http://www.sex.com/picture/11202908-nikia-n-metart/
193. http://www.sex.com/picture/11196167-lily-c-metart/
194. http://www.sex.com/picture/10691649-mia-d-enotta-metart/
195. http://www.sex.com/picture/17145799-hotsweetshemia-sollis-from-metart/
196. http://www.sex.com/picture/27711349-macy-b-from-metart/
197. http://www.sex.com/picture/9665944-great-shot/
198. http://www.sex.com/picture/863978-anmel-a-metart/
199. http://www.sex.com/picture/19181840-fascinaked-lizel-a-metart-a-perfect-body-at/
200. http://www.sex.com/picture/18502695-lennox-a-free-picture-16-from-narvaro-metart/
201. http://www.sex.com/picture/18110248-cathleen-a-metart/
202. http://www.sex.com/picture/24609565-hotsweetshesybil-a-from-metart/
203. http://www.sex.com/picture/18903705-ores-divina-a-metart-girls/

EXHIBIT A

Web pages, each containing Plaintiff's Trademark MetArt® in the meta data

| | |
|---|---|
| 204. | http://www.sex.com/picture/17311747-ekaterina-c-free-picture-04-from-ekaterina-metart/ |
| 205. | http://www.sex.com/picture/10624391-viola-o-metart/ |
| 206. | http://www.sex.com/picture/27491927-lenai-for-metart/ |
| 207. | http://www.sex.com/picture/15079212-zarina-a/ |
| 208. | http://www.sex.com/picture/14964593-liv-a-from-metart/ |
| 209. | http://www.sex.com/picture/10602137-sapphira-a-from-metart/ |
| 210. | http://www.sex.com/picture/16911134-nikia-a-free-picture-15-from-seguita-metart/ |
| 211. | http://www.sex.com/picture/16788834-sapphira-a-from-metart-more-at-all-nude-babes/ |
| 212. | http://www.sex.com/picture/16788833-sapphira-a-from-metart-more-at-all-nude-babes/ |
| 213. | http://www.sex.com/picture/16788831-sapphira-a-from-metart-more-at-all-nude-babes/ |
| 214. | http://www.sex.com/picture/16607646-mia-sollis-from-metart-more-at-all-nude-babes/ |
| 215. | http://www.sex.com/picture/16130630-emily-bloom-from-metart-more-at-all-nude-babes/ |
| 216. | http://www.sex.com/picture/15419897-zelda-b-from-metart-more-at-all-nude-babes/ |
| 217. | http://www.sex.com/picture/13966500-sapphira-a-from-metart-more-at-all-nude-babes/ |
| 218. | http://www.sex.com/picture/13964786-sapphira-a-from-metart-more-at-all-nude-babes/ |
| 219. | http://www.sex.com/picture/13587222-metart-zsanett-tormay-repost-from-rnudebeauty/ |
| 220. | http://www.sex.com/picture/20706207-just-another-cutie/ |
| 221. | http://www.sex.com/picture/15164399-hotsweetsheemily-bloom-from-metart/ |
| 222. | http://www.sex.com/picture/11192449-emily-bloom-from-metart-iii/ |
| 223. | http://www.sex.com/picture/11192448-emily-bloom-from-metart-ii/ |
| 224. | http://www.sex.com/picture/8662430-lily-c-metart/ |
| 225. | http://www.sex.com/picture/9987162-hollywood/ |
| 226. | http://www.sex.com/picture/9973867-presenting-szofia/ |
| 227. | http://www.sex.com/picture/9931099-lexias/ |
| 228. | http://www.sex.com/picture/9849496-presenting-liza/ |
| 229. | http://www.sex.com/picture/9716174-fortis/ |
| 230. | http://www.sex.com/picture/9689251-gimnika/ |
| 231. | http://www.sex.com/picture/9629310-pluma/ |
| 232. | http://www.sex.com/picture/9617560-vaudix/ |

EXHIBIT A

Web pages, each containing Plaintiff's Trademark MetArt® in the meta data

233.        http://www.sex.com/picture/9616755-estia/
234.        http://www.sex.com/picture/9584133-impact/
235.        http://www.sex.com/picture/9446489-prexiosi/
236.        http://www.sex.com/picture/9415757-velatias/
237.        http://www.sex.com/picture/9410170-presenting-natalia/
238.        http://www.sex.com/picture/9370486-presenting-pammie-lee/
239.        http://www.sex.com/picture/9361408-presenting-mila/
240.        http://www.sex.com/picture/9322976-rotas/
241.        http://www.sex.com/picture/9321416-presenting-molly/
242.        http://www.sex.com/picture/22031938-presenting-karen/
243.        http://www.sex.com/picture/20110572-leading/
244.        http://www.sex.com/picture/19373393-presenting-riana/
245.        http://www.sex.com/picture/18860362-privire/
246.        http://www.sex.com/picture/18492340-hot/
247.        http://www.sex.com/picture/17955779-presenting-viola/
248.        http://www.sex.com/picture/17867642-bathis/
249.        http://www.sex.com/picture/17792516-alitiana/
250.        http://www.sex.com/picture/17736513-presenting-coie/
251.        http://www.sex.com/picture/17692035-fata/
252.        http://www.sex.com/picture/17468243-presenting-chiara/
253.        http://www.sex.com/picture/17350109-avant/
254.        http://www.sex.com/picture/17039704-screener/
255.        http://www.sex.com/picture/16999999-goccia/
256.        http://www.sex.com/picture/16686325-power/
257.        http://www.sex.com/picture/16498611-dikins/
258.        http://www.sex.com/picture/14898053-anixi/
259.        http://www.sex.com/picture/14578383-linar/
260.        http://www.sex.com/picture/14538987-chance/
261.        http://www.sex.com/picture/14094187-cavaris/

EXHIBIT A

Web pages, each containing Plaintiff's Trademark MetArt® in the meta data

262.     http://www.sex.com/picture/13775201-sistante/
263.     http://www.sex.com/picture/13759076-trimmed/
264.     http://www.sex.com/picture/13724228-didanias/
265.     http://www.sex.com/picture/13440387-aquaria/
266.     http://www.sex.com/picture/13415228-presenting-frances/
267.     http://www.sex.com/picture/13411539-floating/
268.     http://www.sex.com/picture/13396717-sabine-by-baud/
269.     http://www.sex.com/picture/13396354-exquis/
270.     http://www.sex.com/picture/13382706-ethias/
271.     http://www.sex.com/picture/13381421-presenting-kolumbina/
272.     http://www.sex.com/picture/13380703-souvenir/
273.     http://www.sex.com/picture/13365984-presenting-fay/
274.     http://www.sex.com/picture/13355655-ravishing/
275.     http://www.sex.com/picture/13327212-ardilya/
276.     http://www.sex.com/picture/13287456-presenting-galateya/
277.     http://www.sex.com/picture/13175822-disclose/
278.     http://www.sex.com/picture/13129647-serp/
279.     http://www.sex.com/picture/13074390-presenting-divina/
280.     http://www.sex.com/picture/13070756-arkeas/
281.     http://www.sex.com/picture/13040235-milady/
282.     http://www.sex.com/picture/13035618-captures/
283.     http://www.sex.com/picture/13011743-ats/
284.     http://www.sex.com/picture/12997117-havian/
285.     http://www.sex.com/picture/12987284-dix-neuf/
286.     http://www.sex.com/picture/12930113-earth/
287.     http://www.sex.com/picture/12863966-brazilians/
288.     http://www.sex.com/picture/12785553-soavita/
289.     http://www.sex.com/picture/12752963-concede/
290.     http://www.sex.com/picture/12677279-ciklos/

EXHIBIT A

Web pages, each containing Plaintiff's Trademark MetArt® in the meta data

| | |
|---|---|
| 291. | http://www.sex.com/picture/12668557-gaudia/ |
| 292. | http://www.sex.com/picture/12636295-tunes/ |
| 293. | http://www.sex.com/picture/12546095-snaps/ |
| 294. | http://www.sex.com/picture/12470868-killia/ |
| 295. | http://www.sex.com/picture/12443302-elisia/ |
| 296. | http://www.sex.com/picture/12345338-twist/ |
| 297. | http://www.sex.com/picture/12125778-events/ |
| 298. | http://www.sex.com/picture/12115366-upwards/ |
| 299. | http://www.sex.com/picture/12073974-secreto/ |
| 300. | http://www.sex.com/picture/12064157-kales/ |
| 301. | http://www.sex.com/picture/12048312-presenting-simone/ |
| 302. | http://www.sex.com/picture/12013158-celika/ |
| 303. | http://www.sex.com/picture/11951873-amateurish-on-met-cams/ |
| 304. | http://www.sex.com/picture/11815260-biblos/ |
| 305. | http://www.sex.com/picture/11730364-bella/ |
| 306. | http://www.sex.com/picture/11701473-linitia/ |
| 307. | http://www.sex.com/picture/11682215-right/ |
| 308. | http://www.sex.com/picture/11598624-st-moritz/ |
| 309. | http://www.sex.com/picture/11596014-single/ |
| 310. | http://www.sex.com/picture/11528811-presenting-raylene/ |
| 311. | http://www.sex.com/picture/11526550-presenting-alsa/ |
| 312. | http://www.sex.com/picture/11481619-winner/ |
| 313. | http://www.sex.com/picture/11459542-einmal/ |
| 314. | http://www.sex.com/picture/11457022-helectia/ |
| 315. | http://www.sex.com/picture/11376629-nikiala/ |
| 316. | http://www.sex.com/picture/11368659-presenting-elle/ |
| 317. | http://www.sex.com/picture/11329377-please/ |
| 318. | http://www.sex.com/picture/11279087-mazorcas/ |
| 319. | http://www.sex.com/picture/11156986-millis/ |

EXHIBIT A

Web pages, each containing Plaintiff's Trademark MetArt® in the meta data

| | |
|---|---|
| 320. | http://www.sex.com/picture/10583645-aktivis/ |
| 321. | http://www.sex.com/picture/10618372-dokins/ |
| 322. | http://www.sex.com/picture/10585603-emelis/ |
| 323. | http://www.sex.com/picture/10577475-expos/ |
| 324. | http://www.sex.com/picture/10576110-nafrini/ |
| 325. | http://www.sex.com/picture/10528055-solarias/ |
| 326. | http://www.sex.com/picture/10514593-blessed/ |
| 327. | http://www.sex.com/picture/10504848-presenting-lindsay/ |
| 328. | http://www.sex.com/picture/10464234-lisaxian/ |
| 329. | http://www.sex.com/picture/10422179-scorrere/ |
| 330. | http://www.sex.com/picture/10405843-glinnias/ |
| 331. | http://www.sex.com/picture/10345005-presenting-kasia/ |
| 332. | http://www.sex.com/picture/10342677-biondina/ |
| 333. | http://www.sex.com/picture/10342078-feidin/ |
| 334. | http://www.sex.com/picture/10293915-beltane/ |
| 335. | http://www.sex.com/picture/10292902-red-nika/ |
| 336. | http://www.sex.com/picture/10203320-sevikis/ |
| 337. | http://www.sex.com/picture/10098949-one-day/ |
| 338. | http://www.sex.com/picture/10095426-audacia/ |
| 339. | http://www.sex.com/picture/10093017-tillianan/ |
| 340. | http://www.sex.com/picture/10088858-egani/ |
| 341. | http://www.sex.com/picture/10079149-presenting-ariel/ |
| 342. | http://www.sex.com/picture/10073538-diseno/ |
| 343. | http://www.sex.com/picture/10043053-fayette/ |
| 344. | http://www.sex.com/picture/10038544-stroll/ |
| 345. | http://www.sex.com/picture/10035209-teliulis/ |
| 346. | http://www.sex.com/picture/10022829-ganbara/ |
| 347. | http://www.sex.com/picture/10017085-myself/ |
| 348. | http://www.sex.com/picture/10007214-presenting-scarlett/ |

EXHIBIT A

Web pages, each containing Plaintiff's Trademark MetArt® in the meta data

349.    http://www.sex.com/picture/13296229-caresse/
350.    http://www.sex.com/picture/9894450-kleis/
351.    http://www.sex.com/picture/9807100-presenting-izolda/
352.    http://www.sex.com/picture/9798993-talk/
353.    http://www.sex.com/picture/9746294-echoes/
354.    http://www.sex.com/picture/9696502-poetry/
355.    http://www.sex.com/picture/9696501-poetry/
356.    http://www.sex.com/picture/9657475-darts/
357.    http://www.sex.com/picture/9612195-sultania/
358.    http://www.sex.com/picture/9605631-tavos/
359.    http://www.sex.com/picture/9584582-presume/
360.    http://www.sex.com/picture/9579127-presenting-olivia/
361.    http://www.sex.com/picture/9503408-intavis/
362.    http://www.sex.com/picture/9458418-teks/
363.    http://www.sex.com/picture/9455267-magia/
364.    http://www.sex.com/picture/9426325-velika/
365.    http://www.sex.com/picture/9420425-malikas/
366.    http://www.sex.com/picture/9419745-amokin/
367.    http://www.sex.com/picture/9416023-presenting-ilana/
368.    http://www.sex.com/picture/9405996-crete/
369.    http://www.sex.com/picture/27081656-winner/
370.    http://www.sex.com/picture/22537818-presenting-helen/
371.    http://www.sex.com/picture/21206056-presenting-roza/
372.    http://www.sex.com/picture/21052900-presenting-latoya/
373.    http://www.sex.com/picture/18847793-meet-me-at-my-pad/
374.    http://www.sex.com/picture/18497627-spectar/
375.    http://www.sex.com/picture/17614213-grecians/
376.    http://www.sex.com/picture/17219308-rather/
377.    http://www.sex.com/picture/16935242-melange/

EXHIBIT A

Web pages, each containing Plaintiff's Trademark MetArt® in the meta data

378.     http://www.sex.com/picture/16500275-presenting-bombom/
379.     http://www.sex.com/picture/15796571-atenian/
380.     http://www.sex.com/picture/15648566-journey/
381.     http://www.sex.com/picture/15433371-optimal/
382.     http://www.sex.com/picture/15285213-presenting-kasia/
383.     http://www.sex.com/picture/14932776-erikiss/
384.     http://www.sex.com/picture/14555659-presenting-sheila/
385.     http://www.sex.com/picture/14521839-dilosi/
386.     http://www.sex.com/picture/13797000-presenting-jenni/
387.     http://www.sex.com/picture/13771044-bellezza/
388.     http://www.sex.com/picture/13716824-roxissima/
389.     http://www.sex.com/picture/13706576-sisters/
390.     http://www.sex.com/picture/13697334-ivimas/
391.     http://www.sex.com/picture/13613469-oceanus/
392.     http://www.sex.com/picture/13578764-blue-water/
393.     http://www.sex.com/picture/13388895-presenting-oksana/
394.     http://www.sex.com/picture/13378220-monodia/
395.     http://www.sex.com/picture/13368062-siam/
396.     http://www.sex.com/picture/13353840-presenting-alyssa/
397.     http://www.sex.com/picture/13271108-presenting-peggy/
398.     http://www.sex.com/picture/13268738-jacolias/
399.     http://www.sex.com/picture/13199717-theliani/
400.     http://www.sex.com/picture/13178362-tempta/
401.     http://www.sex.com/picture/13131540-inertia/
402.     http://www.sex.com/picture/13123620-sitranian/
403.     http://www.sex.com/picture/13110141-going-out/
404.     http://www.sex.com/picture/13040001-presenting-kelly-may/
405.     http://www.sex.com/picture/13030160-spetia/
406.     http://www.sex.com/picture/13019078-timidian/

EXHIBIT A

Web pages, each containing Plaintiff's Trademark MetArt® in the meta data

407.     http://www.sex.com/picture/12998680-desilania/
408.     http://www.sex.com/picture/12946194-diorias/
409.     http://www.sex.com/picture/12825388-ulenia/
410.     http://www.sex.com/picture/12777093-presenting-emily-bloom/
411.     http://www.sex.com/picture/12652836-talis/
412.     http://www.sex.com/picture/12568106-graffio/
413.     http://www.sex.com/picture/12494618-viatu/
414.     http://www.sex.com/picture/12493672-stims/
415.     http://www.sex.com/picture/12493237-amata/
416.     http://www.sex.com/picture/12490135-chess/
417.     http://www.sex.com/picture/12477465-ahisa/
418.     http://www.sex.com/picture/12474359-dominez/
419.     http://www.sex.com/picture/12450402-presenting-martha/
420.     http://www.sex.com/picture/12427060-higian/
421.     http://www.sex.com/picture/12406295-fiolik/
422.     http://www.sex.com/picture/12380036-maxima/
423.     http://www.sex.com/picture/12353666-middle-east/
424.     http://www.sex.com/picture/12325494-luel/
425.     http://www.sex.com/picture/12317770-presenting-dasha/
426.     http://www.sex.com/picture/12308533-anitik/
427.     http://www.sex.com/picture/12299649-connections/
428.     http://www.sex.com/picture/12290017-patritia/
429.     http://www.sex.com/picture/12275716-opulentia/
430.     http://www.sex.com/picture/12246541-positiva/
431.     http://www.sex.com/picture/12193941-runian/
432.     http://www.sex.com/picture/12185467-ireland/
433.     http://www.sex.com/picture/12078745-dax/
434.     http://www.sex.com/picture/11946121-parallela/
435.     http://www.sex.com/picture/11892260-fontana/

EXHIBIT A

Web pages, each containing Plaintiff's Trademark MetArt® in the meta data

| | |
|---|---|
| 436. | http://www.sex.com/picture/11407399-andara/ |
| 437. | http://www.sex.com/picture/11302271-quinta/ |
| 438. | http://www.sex.com/picture/11257843-presenting-petula/ |
| 439. | http://www.sex.com/picture/10925672-providentia/ |
| 440. | http://www.sex.com/picture/10889827-lush/ |
| 441. | http://www.sex.com/picture/10871176-pizzi/ |
| 442. | http://www.sex.com/picture/10765368-transparent/ |
| 443. | http://www.sex.com/picture/10724786-raon/ |
| 444. | http://www.sex.com/picture/10678997-many/ |
| 445. | http://www.sex.com/picture/10669081-reaching/ |
| 446. | http://www.sex.com/picture/10661046-manta/ |
| 447. | http://www.sex.com/picture/10654972-junipeia/ |
| 448. | http://www.sex.com/picture/10617296-decaedrias/ |
| 449. | http://www.sex.com/picture/10577473-futuro/ |
| 450. | http://www.sex.com/picture/10568429-hermias/ |
| 451. | http://www.sex.com/picture/10505409-premias/ |
| 452. | http://www.sex.com/picture/10505230-presenting-luba/ |
| 453. | http://www.sex.com/picture/10503825-dani-live-on-metart/ |
| 454. | http://www.sex.com/picture/10495493-presenting-marina/ |
| 455. | http://www.sex.com/picture/10440218-consider/ |
| 456. | http://www.sex.com/picture/10429823-velian/ |
| 457. | http://www.sex.com/picture/10427754-luxetia/ |
| 458. | http://www.sex.com/picture/10425248-demias/ |
| 459. | http://www.sex.com/picture/10417537-vertical/ |
| 460. | http://www.sex.com/picture/10407090-despullar/ |
| 461. | http://www.sex.com/picture/10401427-university/ |
| 462. | http://www.sex.com/picture/10367711-manager/ |
| 463. | http://www.sex.com/picture/10352642-bex/ |
| 464. | http://www.sex.com/picture/10344457-kilian/ |

EXHIBIT A

Web pages, each containing Plaintiff's Trademark MetArt® in the meta data

465.    http://www.sex.com/picture/10342853-presenting-alba/
466.    http://www.sex.com/picture/10315181-esicx/
467.    http://www.sex.com/picture/10301089-presenting-sophie/
468.    http://www.sex.com/picture/10184592-rodeo/
469.    http://www.sex.com/picture/10176892-iran/
470.    http://www.sex.com/picture/10094230-intuitions/
471.    http://www.sex.com/picture/10083552-bonton/
472.    http://www.sex.com/picture/10080370-alirand/
473.    http://www.sex.com/picture/10080240-cataracta/
474.    http://www.sex.com/picture/10075807-spectacular/
475.    http://www.sex.com/picture/10023094-emphasi/
476.    http://www.sex.com/picture/15931510-mango-a-metart/
477.    http://www.sex.com/picture/15912707-feeona-a-metart/
478.    http://www.sex.com/picture/15894619-isabella-d-metart/
479.    http://www.sex.com/picture/15772995-kisa-a-metart/
480.    http://www.sex.com/picture/15670796-katya-ab-metart/
481.    http://www.sex.com/picture/15595245-agnessa-a-metart/
482.    http://www.sex.com/picture/15450657-cathleen-a-metart/
483.    http://www.sex.com/picture/15430926-i-welcome-june-with-the-3rd-secs-patritcy-a-metart/
484.    http://www.sex.com/picture/15372503-loretta-a-metart/
485.    http://www.sex.com/picture/15353681-edwige-a-metart/
486.    http://www.sex.com/picture/15352307-virginia-sun-metart/
487.    http://www.sex.com/picture/15265367-anna-aj-metart/
488.    http://www.sex.com/picture/15085042-gillian-b-metart/
489.    http://www.sex.com/picture/15067941-angelika-d-metart/
490.    http://www.sex.com/picture/15066384-emily-bloom-metart/
491.    http://www.sex.com/picture/14909078-anita-e-metart/
492.    http://www.sex.com/picture/14803737-zhanna-b-metart/
493.    http://www.sex.com/picture/14724772-zarina-a-metart/

EXHIBIT A

Web pages, each containing Plaintiff's Trademark MetArt® in the meta data

| | |
|---|---|
| 494. | http://www.sex.com/picture/14626170-alisa-g-metart/ |
| 495. | http://www.sex.com/picture/14512011-edwige-a-metart/ |
| 496. | http://www.sex.com/picture/14472339-alysha-a-metart/ |
| 497. | http://www.sex.com/picture/14396533-patritcy-a-metart/ |
| 498. | http://www.sex.com/picture/14377599-taissia-a-metart/ |
| 499. | http://www.sex.com/picture/14323343-nancy-a-metart/ |
| 500. | http://www.sex.com/picture/14218972-cathleen-a-metart/ |
| 501. | http://www.sex.com/picture/10072371-metart-malena-morgan-by-luca-helios-anasazi/ |
| 502. | http://www.sex.com/picture/10057340-metart-michelle-h-by-flora-verini/ |
| 503. | http://www.sex.com/picture/10056432-metart-astrud-a-by-rylsky-oiche/ |
| 504. | http://www.sex.com/picture/10025948-metart-divina-a-by-natasha-schon-baies/ |
| 505. | http://www.sex.com/picture/10025257-metart-emily-bloom-by-leonardo-pasanto/ |
| 506. | http://www.sex.com/picture/10021999-metart-sharon-d-by-antonio-clemens-presenting-sharon/ |
| 507. | http://www.sex.com/picture/10015679-metart-luiza-a-penelope-d-by-catherine-oarna/ |
| 508. | http://www.sex.com/picture/10010860-metart-divina-a-by-peter-guzman-presenting-divina/ |
| 509. | http://www.sex.com/picture/8830485-redhead-elle-alexandra-from-metart/ |
| 510. | http://www.sex.com/picture/8812470-hotsweetshe-malena-morgan-from-metart/ |
| 511. | http://www.sex.com/picture/8672919-indiana-a-in-actina-from-metart/ |
| 512. | http://www.sex.com/picture/8122642-jenya-d-8211-outdoor-perfection-from-metart/ |
| 513. | http://www.sex.com/picture/8121328-hot-jenya-d-from-metart/ |
| 514. | http://www.sex.com/picture/7988860-hotsweetshe-alysha-from-metart/ |
| 515. | http://www.sex.com/picture/7933825-hotsweetshe-emily-bloom-from-metart/ |
| 516. | http://www.sex.com/picture/7922954-hotsweetshe-emily-bloom-from-metart/ |
| 517. | http://www.sex.com/picture/7460305-wowerotica-anna-aj-from-metart/ |
| 518. | http://www.sex.com/picture/5570794-wowerotica-zsanett-tormay-8211-canario-from-metart/ |
| 519. | http://www.sex.com/picture/10803867-michaela-a-metart/ |
| 520. | http://www.sex.com/picture/14190322-cikita-from-metart-x-post-rgold-tone/ |
| 521. | http://www.sex.com/picture/27975285-metart/ |
| 522. | http://www.sex.com/picture/27975213-metart/ |

EXHIBIT A

Web pages, each containing Plaintiff's Trademark MetArt® in the meta data

| 523. | http://www.sex.com/picture/27632760-metart/ |
|------|---------------------------------------------|
| 524. | http://www.sex.com/picture/27632625-metart/ |
| 525. | http://www.sex.com/picture/27632492-metart/ |
| 526. | http://www.sex.com/picture/27632393-metart/ |
| 527. | http://www.sex.com/picture/27048470-lateran/ |
| 528. | http://www.sex.com/picture/27047319-pehea/ |
| 529. | http://www.sex.com/picture/26920413-clostee/ |
| 530. | http://www.sex.com/picture/26313521-diteca/ |
| 531. | http://www.sex.com/picture/25896031-gachi/ |
| 532. | http://www.sex.com/picture/25766665-stenir/ |
| 533. | http://www.sex.com/picture/25766624-tits/ |
| 534. | http://www.sex.com/picture/25766593-stenir/ |
| 535. | http://www.sex.com/picture/25478216-baina/ |
| 536. | http://www.sex.com/picture/25478066-isteyi/ |
| 537. | http://www.sex.com/picture/25195545-relatre/ |
| 538. | http://www.sex.com/picture/25195285-iglie/ |
| 539. | http://www.sex.com/picture/25104080-tigena/ |
| 540. | http://www.sex.com/picture/25054162-padou/ |
| 541. | http://www.sex.com/picture/25028892-autare/ |
| 542. | http://www.sex.com/picture/24157241-harera/ |
| 543. | http://www.sex.com/picture/24114026-cirdie/ |
| 544. | http://www.sex.com/picture/23958709-sexy/ |
| 545. | http://www.sex.com/picture/22832770-eparla/ |
| 546. | http://www.sex.com/picture/22458658-sexy/ |
| 547. | http://www.sex.com/picture/22126345-oramni/ |
| 548. | http://www.sex.com/picture/19771252-mariko-a-from-metart-full-album-in-comments/ |
| 549. | http://www.sex.com/picture/4590117-milena-d-metart-from-nsfw/ |
| 550. | http://www.sex.com/picture/8824827-redhead-elle-alexandra-from-metart/ |
| 551. | http://www.sex.com/picture/8811823-hotsweetshe-malena-morgan-from-metart/ |

EXHIBIT A

Web pages, each containing Plaintiff's Trademark MetArt® in the meta data

552.  http://www.sex.com/picture/8672932-indiana-a-in-actina-from-metart/
553.  http://www.sex.com/picture/8115846-jenya-d-outdoor-perfection-from-metart/
554.  http://www.sex.com/picture/8115845-hot-jenya-d-from-metart/
555.  http://www.sex.com/picture/8115841-janya-d-from-metart-sunbathing-her-perfect-body-outdoor/
556.  http://www.sex.com/picture/8111441-shaved-soapy-sofia-c-from-metart/
557.  http://www.sex.com/picture/7917523-hotsweetshe-emily-bloom-from-metart/
558.  http://www.sex.com/picture/6796046-wowerotica-emily-bloom-from-metart/
559.  http://www.sex.com/picture/6796045-wowerotica-emily-bloom-from-metart/
560.  http://www.sex.com/picture/6796043-wowerotica-vittoria-a-from-metart/
561.  http://www.sex.com/picture/6645471-wowerotica-yarina-a-from-metart/
562.  http://www.sex.com/picture/6577214-wowerotica-anna-aj-from-metart/
563.  http://www.sex.com/picture/27700653-norma-a-tight-ass-plump-pussy/
564.  http://www.sex.com/picture/26736764-sophi-a-anixi/
565.  http://www.sex.com/picture/24171925-indiana-a-in-actina-from-metart/
566.  http://www.sex.com/picture/19371127-patritcy-a-free-picture-12-from-ladriga-metart/
567.  http://www.sex.com/picture/19367605-yani-a-free-picture-11-from-japlosa-metart/
568.  http://www.sex.com/picture/9238427-hot-redhead-ariel-from-metart/
569.  http://www.sex.com/picture/17925383-ulya-from-metart/
570.  http://www.sex.com/picture/12395864-alice-from-metart/
571.  http://www.sex.com/picture/26814640-numberonegirls-melena-a-by-metart-hot-sweet-she/
572.  http://www.sex.com/picture/5661822-what-an-incredible-face-on-metarts-darina-b-shes-a-keeper/
573.  http://www.sex.com/picture/4650888-rachel-b-8211-rachella-met-art/
574.  http://www.sex.com/picture/4597262-ariel-8211-arinna-from-met-art/
575.  http://www.sex.com/picture/4471249-domenica-8211-samantha-8211-pavla-a-8211-athena/
576.  http://www.sex.com/picture/626354-jenya-d/
577.  http://www.sex.com/picture/9789965-russian-babe-margo-g/
578.  http://www.sex.com/picture/13719991-malinda-a-from-metart/
579.  http://www.sex.com/picture/13719449-danae-from-metart/
580.  http://www.sex.com/picture/13672594-lili-h-from-metart/

EXHIBIT A

Web pages, each containing Plaintiff's Trademark MetArt® in the meta data

| | |
|---|---|
| 581. | http://www.sex.com/picture/10702300-linden-metart/ |
| 582. | http://www.sex.com/picture/15216280-virginia-sun-metart/ |
| 583. | http://www.sex.com/picture/15793221-chantel-metart/ |
| 584. | http://www.sex.com/picture/26398320-foxyflatfriday-f-altea-b-metart/ |
| 585. | http://www.sex.com/picture/10263105-taissia-a-from-metart/ |
| 586. | http://www.sex.com/picture/10263103-taissia-a-from-metart/ |
| 587. | http://www.sex.com/picture/10263102-taissia-a-from-metart/ |
| 588. | http://www.sex.com/picture/19585506/ |
| 589. | http://www.sex.com/picture/20349626-mia-sollis-from-metart/ |
| 590. | http://www.sex.com/picture/15633310-mia-sollis-full-nude-metart/ |
| 591. | http://www.sex.com/picture/10763177-metart-kamlyn-a/ |
| 592. | http://www.sex.com/picture/10763171-metart-kamlyn-a/ |
| 593. | http://www.sex.com/picture/10040167-incredible-vagina-pic-with-hot-teen/ |
| 594. | http://www.sex.com/picture/16674909-emily-bloom-from-metart-check-it-out/ |
| 595. | http://www.sex.com/picture/16638300-emily-bloom-from-metart-check-it-out/ |
| 596. | http://www.sex.com/picture/14094756-jennifer-mackay-from-metart-check-it-out/ |
| 597. | http://www.sex.com/picture/14094751-jennifer-mackay-from-metart-check-it-out/ |
| 598. | http://www.sex.com/picture/14094747-jennifer-mackay-from-metart-check-it-out/ |
| 599. | http://www.sex.com/picture/14092998-jennifer-mackay-from-metart-check-it-out/ |
| 600. | http://www.sex.com/picture/14091450-jennifer-mackay-from-metart-check-it-out/ |
| 601. | http://www.sex.com/picture/14091445-jennifer-mackay-from-metart-check-it-out/ |
| 602. | http://www.sex.com/picture/14060798-jennifer-mackay-from-metart-check-it-out/ |
| 603. | http://www.sex.com/picture/17768982-silvia-b-y-eva-f-metart/ |
| 604. | http://www.sex.com/picture/17768974-silvia-b-y-eva-f-metart/ |
| 605. | http://www.sex.com/picture/17768962-silvia-b-y-eva-f-metart/ |
| 606. | http://www.sex.com/picture/17768881-silvia-b-y-eva-f-metart/ |
| 607. | http://www.sex.com/picture/8969732-pinned-onto-boobiesmarjana-horstmann-met-art/ |
| 608. | http://www.sex.com/picture/8964175-pinned-onto-boobiessveta-8211-lanna-8211-slevta-8211/ |
| 609. | http://www.sex.com/picture/5245302-hot-blonde-teen-in-this-awesome-pussy-picture/ |

EXHIBIT A

Web pages, each containing Plaintiff's Trademark MetArt® in the meta data

| | |
|---|---|
| 610. | http://www.sex.com/picture/27403024-sybil-a-from-metart-spreading-legs-to-show-shaved-pussy/ |
| 611. | http://www.sex.com/picture/13583791-metarts-nessa-a-her-close-up-pussy-parted-and-puckered/ |
| 612. | http://www.sex.com/picture/16378338-18-pics-cover-the-post-emily-bloom-8211-ponible-appeared/ |
| 613. | http://www.sex.com/picture/13825594-nika-n/ |
| 614. | http://www.sex.com/picture/25591016-mango-a-metart/ |
| 615. | http://www.sex.com/picture/23524084-tapjoa-metart/ |
| 616. | http://www.sex.com/picture/20946981-sandra-d-metart/ |
| 617. | http://www.sex.com/picture/17966448-miguela-metart/ |
| 618. | http://www.sex.com/picture/15039867-elena-b-metart/ |
| 619. | http://www.sex.com/picture/15033541-nikia-a-metart/ |
| 620. | http://www.sex.com/picture/14676710-masha-f-metart/ |
| 621. | http://www.sex.com/picture/14437489-anita-c-metart/ |
| 622. | http://www.sex.com/picture/13518427-lily-c-metart-aka-guerlain/ |
| 623. | http://www.sex.com/picture/11612999-emily-a-metart/ |
| 624. | http://www.sex.com/picture/11539079-jennifer-mackay-metart/ |
| 625. | http://www.sex.com/picture/11511301-ivetta-a-metart/ |
| 626. | http://www.sex.com/picture/9112162-metart/ |
| 627. | http://www.sex.com/picture/9101912-metart/ |
| 628. | http://www.sex.com/picture/9003232-a-more-metart-here-a/ |
| 629. | http://www.sex.com/picture/8999766-thataeurtms-a-nice-ass-a-metart-a/ |
| 630. | http://www.sex.com/picture/8981931-a-more-metart-babes-here-a/ |
| 631. | http://www.sex.com/picture/8899998-great-ass-and-pussy-a-more-metart-here-a/ |
| 632. | http://www.sex.com/picture/8782911-a-more-gorgeous-red-heads-here-a-a-more-metart/ |
| 633. | http://www.sex.com/picture/8764646-a-more-metart-girls-here-a/ |
| 634. | http://www.sex.com/picture/8731774-a-more-red-heads-here-a-a-more-metart-girls/ |
| 635. | http://www.sex.com/picture/8687426-a-more-gorgeous-metart-models-here-a/ |
| 636. | http://www.sex.com/picture/8537405-more-metart-girls-here-more-gorgeous/ |
| 637. | http://www.sex.com/picture/8461782-metart/ |
| 638. | http://www.sex.com/picture/8411628-metart/ |

EXHIBIT A

Web pages, each containing Plaintiff's Trademark MetArt® in the meta data

| | |
|---|---|
| 639. | http://www.sex.com/picture/8186123/ |
| 640. | http://www.sex.com/picture/8122835/ |
| 641. | http://www.sex.com/picture/8059059/ |
| 642. | http://www.sex.com/picture/7769460/ |
| 643. | http://www.sex.com/picture/7413387-photo/ |
| 644. | http://www.sex.com/picture/6391410-photo/ |
| 645. | http://www.sex.com/picture/6298104-photo/ |
| 646. | http://www.sex.com/picture/6078763-photo/ |
| 647. | http://www.sex.com/picture/5880479-emily/ |
| 648. | http://www.sex.com/picture/5864923-photo/ |
| 649. | http://www.sex.com/picture/10817861-francine-a-metart/ |
| 650. | http://www.sex.com/picture/10814329-metart-babes/ |
| 651. | http://www.sex.com/picture/10806223-metart-babes/ |
| 652. | http://www.sex.com/picture/10798448-metart-babes/ |
| 653. | http://www.sex.com/picture/10783654-flavia-a-metart/ |
| 654. | http://www.sex.com/picture/10765185-peaches-a-metart/ |
| 655. | http://www.sex.com/picture/10741608-sofi-a-and-darina-c-metart/ |
| 656. | http://www.sex.com/picture/10737791-leona-c-metart/ |
| 657. | http://www.sex.com/picture/10718711-metart-babes/ |
| 658. | http://www.sex.com/picture/10657883-anna-aj-has-a-great-ass-and-nice-pussy/ |
| 659. | http://www.sex.com/picture/10657062-gorgeous-redhead-babes-here/ |
| 660. | http://www.sex.com/picture/10586033/ |
| 661. | http://www.sex.com/picture/10578064/ |
| 662. | http://www.sex.com/picture/10532700/ |
| 663. | http://www.sex.com/picture/10513910/ |
| 664. | http://www.sex.com/picture/10508847/ |
| 665. | http://www.sex.com/picture/10424716-metart/ |
| 666. | http://www.sex.com/picture/10423790-metart/ |
| 667. | http://www.sex.com/picture/10392242-metart-hot-redheads-here/ |

EXHIBIT A

Web pages, each containing Plaintiff's Trademark MetArt® in the meta data

| | |
|---|---|
| 668. | http://www.sex.com/picture/10380562-metart/ |
| 669. | http://www.sex.com/picture/10327617-mia-sollis-metart/ |
| 670. | http://www.sex.com/picture/10285043/ |
| 671. | http://www.sex.com/picture/10135836/ |
| 672. | http://www.sex.com/picture/10136646/ |
| 673. | http://www.sex.com/picture/10137002-more-metart-girls-here-more-gorgeous-red-heads-here/ |
| 674. | http://www.sex.com/picture/17306403/ |
| 675. | http://www.sex.com/picture/17306417/ |
| 676. | http://www.sex.com/picture/17341921/ |
| 677. | http://www.sex.com/picture/10263101-taissia-a-from-metart/ |
| 678. | http://www.sex.com/picture/10169295-metart-nalli-a-by-dolce-marguerite/ |
| 679. | http://www.sex.com/picture/10185086-metart-virginia-sun-by-rylsky-avende/ |
| 680. | http://www.sex.com/picture/10210415-metart-mia-sollis-by-koenart-protevon/ |
| 681. | http://www.sex.com/picture/10218779-metart-diana-g-by-koenart-koito/ |
| 682. | http://www.sex.com/picture/10253006-metart-dakota-a-by-goncharov-oleje/ |
| 683. | http://www.sex.com/picture/10280864-metart-nessa-a-by-erro-mantis/ |
| 684. | http://www.sex.com/picture/10309847-metart-elise-a-by-dolce-gaverian/ |
| 685. | http://www.sex.com/picture/10310159-metart-yani-a-by-alex-iskan-uzeta/ |
| 686. | http://www.sex.com/picture/10313945-metart-augusta-crystal-by-rylsky-donnes/ |
| 687. | http://www.sex.com/picture/10340160-metart-night-a-by-rylsky-ematen/ |
| 688. | http://www.sex.com/picture/10376727-metart-gillian-b-by-flora-conrea/ |
| 689. | http://www.sex.com/picture/10406128-metart-nadine-b-by-alex-iskan-joaca/ |
| 690. | http://www.sex.com/picture/10423797-metart-nikia-a-by-rylsky-stesso/ |
| 691. | http://www.sex.com/picture/10439125-metart-loretta-a-by-arkisi-gimaj/ |
| 692. | http://www.sex.com/picture/10439799-metart-amelie-b-by-arkisi-arroan/ |
| 693. | http://www.sex.com/picture/10464999-metart-nika-n-by-arkisi-sejed/ |
| 694. | http://www.sex.com/picture/10467440-metart-jeff-milton-by-rylsky-presenting-jeff-milton/ |
| 695. | http://www.sex.com/picture/10486092-metart-marta-e-by-matiss-njuta/ |
| 696. | http://www.sex.com/picture/10498784-metart-mary-c-by-leonardo-volico/ |

EXHIBIT A

Web pages, each containing Plaintiff's Trademark MetArt® in the meta data

| | |
|---|---|
| 697. | http://www.sex.com/picture/10517233-metart-liza-b-by-leonardo-polere/ |
| 698. | http://www.sex.com/picture/10518142-metart-marica-a-by-leonardo-ptero/ |
| 699. | http://www.sex.com/picture/10540679-metart-zelda-b-by-rylsky-einige/ |
| 700. | http://www.sex.com/picture/10543764-metart-elle-d-by-leonardo-pamilya/ |
| 701. | http://www.sex.com/picture/10665007-metart-marica-a-by-arkisi-niaride/ |
| 702. | http://www.sex.com/picture/10689762-metart-halena-a-by-alex-sironi-cidra/ |
| 703. | http://www.sex.com/picture/10725348-metart-daisy-a-by-mikele-esquinzo-tierno/ |
| 704. | http://www.sex.com/picture/10726980-metart-anita-c-by-dolce-wishing/ |
| 705. | http://www.sex.com/picture/10729539-metart-divina-a-by-leonardo-anemoni/ |
| 706. | http://www.sex.com/picture/10730284-metart-marta-e-by-matiss-dazada/ |
| 707. | http://www.sex.com/picture/10747544-metart-sandra-lauver-by-rylsky-arajin/ |
| 708. | http://www.sex.com/picture/10751591-metart-divina-a-by-peter-guzman-evias/ |
| 709. | http://www.sex.com/picture/10752288-metart-mango-a-by-artofdan-memorigo/ |
| 710. | http://www.sex.com/picture/10752716-metart-susana-c-by-catherine-leggur/ |
| 711. | http://www.sex.com/picture/10754511-metart-kei-a-by-rylsky-secara/ |
| 712. | http://www.sex.com/picture/10760372-metart-margarita-c-by-domenic-mayer-presenting-margarita/ |
| 713. | http://www.sex.com/picture/10765612-metart-kira-k-by-catherine-presenting-kira/ |
| 714. | http://www.sex.com/picture/10784860-metart-michaela-isizzu-by-slastyonoff-batsy/ |
| 715. | http://www.sex.com/picture/10800816-metart-natalia-g-by-thierry-murrell-labero/ |
| 716. | http://www.sex.com/picture/10808980-metart-lada-c-by-goncharov-relouk/ |
| 717. | http://www.sex.com/picture/10820459-metart-feeona-a-by-rylsky-ravani/ |
| 718. | http://www.sex.com/picture/10828260-metart-ardelia-a-by-arkisi-spinta/ |
| 719. | http://www.sex.com/picture/10829991-metart-monique-c-by-alessandro-opiera/ |
| 720. | http://www.sex.com/picture/10848620-metart-aza-by-alex-iskan-presenting-aza/ |
| 721. | http://www.sex.com/picture/10849199-metart-mango-a-by-vlad-kleverov-toxo/ |
| 722. | http://www.sex.com/picture/10866319-metart-violla-a-by-matiss-anomia/ |
| 723. | http://www.sex.com/picture/10873403-metart-paloma-b-by-ron-offlin-distingue/ |
| 724. | http://www.sex.com/picture/10918869-metart-selesta-a-by-oleg-morenko-appease/ |
| 725. | http://www.sex.com/picture/10933723-metart-emily-b-by-catherine-presenting-emily/ |

EXHIBIT A

Web pages, each containing Plaintiff's Trademark MetArt® in the meta data

| | |
|---|---|
| 726. | http://www.sex.com/picture/10975377-metart-nikia-a-by-rylsky-palatium/ |
| 727. | http://www.sex.com/picture/10993178-metart-vittoria-a-by-goncharov-tonikes/ |
| 728. | http://www.sex.com/picture/11016317-metart-jenya-d-by-leonardo-prostasia/ |
| 729. | http://www.sex.com/picture/11018919-metart-lucia-d-by-arkisi-ottuda/ |
| 730. | http://www.sex.com/picture/11049679-metart-adriana-f-by-koenart-orini/ |
| 731. | http://www.sex.com/picture/11050586-metart-sofi-a-by-goncharov-abentura/ |
| 732. | http://www.sex.com/picture/11068145-metart-mila-m-by-matiss-zumeri/ |
| 733. | http://www.sex.com/picture/11089746-metart-cathleen-a-by-arkisi-fenota/ |
| 734. | http://www.sex.com/picture/11094493-metart-mila-i-by-rylsky-hisabe/ |
| 735. | http://www.sex.com/picture/11140319-metart-vanda-b-by-catherine-stasi/ |
| 736. | http://www.sex.com/picture/11198532-metart-michelle-h-by-goncharov-web/ |
| 737. | http://www.sex.com/picture/11199104-metart-margot-a-by-luca-helios-brila/ |
| 738. | http://www.sex.com/picture/11200115-metart-lusi-a-by-leocont-fordelar/ |
| 739. | http://www.sex.com/picture/11204597-metart-candice-b-by-leonardo-orysa/ |
| 740. | http://www.sex.com/picture/11224404-metart-melisa-a-by-halik-sonelian/ |
| 741. | http://www.sex.com/picture/11226657-metart-pavla-a-by-ken-tavos-denne/ |
| 742. | http://www.sex.com/picture/11237139-metart-mango-a-by-vlad-kleverov-amaret/ |
| 743. | http://www.sex.com/picture/11237971-metart-lorena-b-by-luca-helios-stalida/ |
| 744. | http://www.sex.com/picture/11244115-metart-cristina-a-by-antonio-clemens-love/ |
| 745. | http://www.sex.com/picture/11255532-metart-loreen-a-by-rylsky-lupino/ |
| 746. | http://www.sex.com/picture/11256674-metart-janice-a-by-alex-sironi-svelto/ |
| 747. | http://www.sex.com/picture/11274084-metart-candice-luka-by-luca-helios-hamogelo/ |
| 748. | http://www.sex.com/picture/11282770-metart-gillian-a-francine-a-by-rylsky-pares/ |
| 749. | http://www.sex.com/picture/11285339-metart-loretta-a-by-arkisi-cierope/ |
| 750. | http://www.sex.com/picture/11330566-metart-monique-c-by-alessandro-noolah/ |
| 751. | http://www.sex.com/picture/11333284-metart-alma-a-by-karl-sirmi-nemreg/ |
| 752. | http://www.sex.com/picture/22584896-metart-eva-jane-by-fabrice-presenting-eva-jane/ |
| 753. | http://www.sex.com/picture/22605842-metart-yarina-a-by-leonardo-lediga/ |
| 754. | http://www.sex.com/picture/22667265-metart-aislin-by-leonardo-bogotha/ |

EXHIBIT A

Web pages, each containing Plaintiff's Trademark MetArt® in the meta data

| 755. | http://www.sex.com/picture/22669707-metart-lenai-by-fabrice-presenting-lenai/ |
| 756. | http://www.sex.com/picture/22758411-metart-patritcy-a-by-koenart-ekani/ |
| 757. | http://www.sex.com/picture/22790308-metart-halena-a-by-alex-sironi-codyrn/ |
| 758. | http://www.sex.com/picture/22816168-metart-izabel-a-by-matiss-diasatis/ |
| 759. | http://www.sex.com/picture/22899421-metart-adel-c-by-luca-helios-chete/ |
| 760. | http://www.sex.com/picture/22928789-metart-caprice-a-by-deltagamma-soribu/ |
| 761. | http://www.sex.com/picture/22988269-metart-isabella-d-by-fabrice-teraue/ |
| 762. | http://www.sex.com/picture/23033715-metart-muse-by-albert-varin-pentacis/ |
| 763. | http://www.sex.com/picture/23051969-metart-katherine-a-by-alex-sironi-stihima/ |
| 764. | http://www.sex.com/picture/23113587-metart-yana-e-by-tonia-aluor/ |
| 765. | http://www.sex.com/picture/23117808-metart-caprice-a-by-koenart-mesati/ |
| 766. | http://www.sex.com/picture/23119371-metart-aurora-a-by-sergey-akion-silonia/ |
| 767. | http://www.sex.com/picture/23157721-metart-izabel-a-by-matiss-drevene/ |
| 768. | http://www.sex.com/picture/23163587-metart-milena-d-by-erik-latika-fajina/ |
| 769. | http://www.sex.com/picture/23181622-metart-michaela-isizzu-by-slastyonoff-ereksa/ |
| 770. | http://www.sex.com/picture/23182385-metart-anna-aj-by-leonardo-yamera/ |
| 771. | http://www.sex.com/picture/23278846-metart-melena-a-by-mark-vasua/ |
| 772. | http://www.sex.com/picture/23315098-metart-vika-t-by-randy-saleen-zonele/ |
| 773. | http://www.sex.com/picture/23353703-metart-caprice-a-by-luca-helios-fraxini/ |
| 774. | http://www.sex.com/picture/23521476-metart-muse-by-albert-varin-netice/ |
| 775. | http://www.sex.com/picture/23749491-metart-gillian-b-by-arkisi-flavalis/ |
| 776. | http://www.sex.com/picture/23750120-metart-mila-m-by-matiss-acuda/ |
| 777. | http://www.sex.com/picture/23996411-metart-sabrisse-a-by-deltagamma-dastiere/ |
| 778. | http://www.sex.com/picture/24089457-metart-lauren-crist-by-deltagamma-beleza/ |
| 779. | http://www.sex.com/picture/24386979-metart-viola-bailey-by-koenart-maulie/ |
| 780. | http://www.sex.com/picture/24484100-metart-matilda-bae-by-egon-schneider-koeto/ |
| 781. | http://www.sex.com/picture/24484754-metart-malinda-a-by-arkisi-daburu/ |
| 782. | http://www.sex.com/picture/24703949-metart-miren-by-arkisi-nestro/ |
| 783. | http://www.sex.com/picture/25173383-metart-latoya-a-by-rylsky-maneza/ |

EXHIBIT A

Web pages, each containing Plaintiff's Trademark MetArt® in the meta data

| | |
|---|---|
| 784. | http://www.sex.com/picture/25327940-metart-monika-f-by-koenart-otiru/ |
| 785. | http://www.sex.com/picture/25379937-metart-aislin-by-arkisi-inalto/ |
| 786. | http://www.sex.com/picture/26114868-metart-lija-by-arkisi-soben/ |
| 787. | http://www.sex.com/picture/26262618-metart-dominika-a-by-luca-helios-frenet/ |
| 788. | http://www.sex.com/picture/26438581-metart-veselin-by-albert-varin-autare/ |
| 789. | http://www.sex.com/picture/27283828-metart-red-fox-by-erik-latika-philone/ |
| 790. | http://www.sex.com/picture/27365524-metart-veselin-by-albert-varin-nervia/ |
| 791. | http://www.sex.com/picture/27515793-metart-matilda-bae-by-egon-schneider-ornamo/ |
| 792. | http://www.sex.com/picture/27616626-metart-emily-bloom-by-leonardo-lidade/ |
| 793. | http://www.sex.com/picture/27662309-metart-vikki-mauri-by-rylsky-estonte/ |
| 794. | http://www.sex.com/picture/27843289-metart-nancy-a-by-leonardo-indize/ |
| 795. | http://www.sex.com/picture/27881781-metart-lenai-by-arkisi-coredin/ |
| 796. | http://www.sex.com/picture/27888085-metart-victoriya-a-by-egon-schneider-bijele/ |
| 797. | http://www.sex.com/picture/27889915-metart-caprice-a-by-ivan-harrin-strigata/ |
| 798. | http://www.sex.com/picture/27891563-metart-mia-sollis-by-luca-helios-olinthe/ |
| 799. | http://www.sex.com/picture/27893475-metart-simone-b-by-ingret-romantzo/ |
| 800. | http://www.sex.com/picture/27895563-metart-amanda-c-by-deltagamma-wego/ |
| 801. | http://www.sex.com/picture/28020338-metart-sharon-d-by-rylsky-arvore/ |
| 802. | http://www.sex.com/picture/28118768-metart-mango-a-by-vlad-kleverov-layimi/ |
| 803. | http://www.sex.com/picture/28172259-metart-irina-j-by-rylsky-siroki/ |
| 804. | http://www.sex.com/picture/28223876-metart-victoria-daniels-by-luca-helios-presenting/ |
| 805. | http://www.sex.com/picture/9680137-metart-marena-a-by-dmitry-maslof-bright/ |
| 806. | http://www.sex.com/picture/9689848-metart-milena-d-by-erik-latika-aledias/ |
| 807. | http://www.sex.com/picture/9726895-metart-alysha-a-by-rylsky-temeliju/ |
| 808. | http://www.sex.com/picture/9732707-metart-divina-a-by-peter-guzman-oluline/ |
| 809. | http://www.sex.com/picture/9759650-metart-jeff-milton-by-rylsky-estao/ |
| 810. | http://www.sex.com/picture/9794882-metart-saju-a-by-artofdan-illata/ |
| 811. | http://www.sex.com/picture/9802039-metart-galina-a-by-ron-offlin-himeno/ |
| 812. | http://www.sex.com/picture/9817331-metart-amelie-b-by-leonardo-nauka/ |

EXHIBIT A

Web pages, each containing Plaintiff's Trademark MetArt® in the meta data

813.     http://www.sex.com/picture/9843847-metart-candice-luka-by-dave-lee-artene/
814.     http://www.sex.com/picture/9865634-metart-janelle-b-by-rylsky-stemme/
815.     http://www.sex.com/picture/9889226-metart-katie-a-by-erik-latika-meget/
816.     http://www.sex.com/picture/9998488-metart-yarina-a-by-goncharov-lore/
817.     http://www.sex.com/picture/13296229-caresse/
818.     http://www.sex.com/picture/11258370-ideato/
819.     http://www.sex.com/picture/25971858/
820.     http://www.sex.com/picture/16848690/
821.     http://www.sex.com/picture/19388285/
822.     http://www.sex.com/picture/11350325-sandra-lauver-metart/
823.     http://www.sex.com/picture/2526719/
824.     http://www.sex.com/picture/15087887-emily-bloom-from-metart/
825.     http://www.sex.com/picture/17846666/