EXHIBIT B

Web pages, each containing Plaintiff's Trademark SexArt® in the meta data

1. http://fr.sex.com/video/19991347-sex-art-fly/
2. http://fr.sex.com/video/23026523-sex-art-fly/
3. http://fr.sex.com/video/23641099-sex-art-waltz-with-me-winter/
4. http://pl.sex.com/video/23070511-sex-art-fly/
5. http://pl.sex.com/video/23184677-sex-art-fly/
6. http://www.sex.com/picture/10193281-efiko-with-michelle-h-sexart--
7. http://www.sex.com/picture/10236212-dido-a-from-sexart--
8. http://www.sex.com/picture/10289318-lauren-crist-from-sexart--
9. http://www.sex.com/picture/10404281-dinilai-with-marica-a-sexart--
10. http://www.sex.com/picture/10447135-ariel-piper-fawn-from-sexart--
11. http://www.sex.com/picture/10466544-antara-with-brandy-a-sexart--
12. http://www.sex.com/picture/10478768-layla-black-38-whitney-conroy-from-sexart--
13. http://www.sex.com/picture/10499366-amarillea-with-connie-carter-sexart--
14. http://www.sex.com/picture/10506237-aprilia-a-from-sexart--
15. http://www.sex.com/picture/10607414-melena-a-from-sexart--
16. http://www.sex.com/picture/10612272-melena-a-from-sexart--
17. http://www.sex.com/picture/10617396-melena-a-from-sexart--
18. http://www.sex.com/picture/10627269-jenny-simons-38-suzie-carina-from-sexart--
19. http://www.sex.com/picture/10630034-jenny-simons-038-suzie-carina-from-sexart--
20. http://www.sex.com/picture/10651278-kleo-a-038-verona-a-from-sexart--
21. http://www.sex.com/picture/10723042-beata-b-038-patritcy-a-from-sexart--
22. http://www.sex.com/picture/10887987-mango-a-from-sexart--
23. http://www.sex.com/picture/10901891-laurie-with-loretta-a-sexart--
24. http://www.sex.com/picture/10926882-michaela-isizzu-from-sexart--
25. http://www.sex.com/picture/11028090-selue-with-milena-d-sexart--
26. http://www.sex.com/picture/11092365-caryum-with-candy-wais-sexart--
27. http://www.sex.com/picture/11120511-candice-luka-from-sexart--
28. http://www.sex.com/picture/11126888-candice-luka-from-sexart--
29. http://www.sex.com/picture/11137395-sexart-kaita-fraula-sexy-babe-gallery-by-hq69--

EXHIBIT B

Web pages, each containing Plaintiff's Trademark SexArt® in the meta data

30. http://www.sex.com/picture/11160270-sexy-porno-galleries-sexart-saule-kleo--
31. http://www.sex.com/picture/11160270-sexy-porno-galleries-sexart-saule-kleo/
32. http://www.sex.com/picture/11168374-nastya-k-dativo-from-sexart--
33. http://www.sex.com/picture/11168380-vanda-b-eponimo-from-sexart--
34. http://www.sex.com/picture/11171961-sexart-kamikaze-love-e03-i-wanna-be-micky--
35. http://www.sex.com/picture/11185829-sexart-kamikaze-love-e11-its-what-i-want--
36. http://www.sex.com/picture/11239340-sexart-kamikaze-love-e18-when-the-cats-away--
37. http://www.sex.com/picture/11245461-sexart-13-09-15-alexis-brill-and-lorena-b-the-writer-ii-the--
38. http://www.sex.com/picture/11264321-sexart-13-06-06-blue-angel-do-what-i-want--
39. http://www.sex.com/picture/11318143-presenting-iwia-with-dido-a-iwia-a-sexart--
40. http://www.sex.com/picture/11345031-nici-dee-from-sexart--
41. http://www.sex.com/picture/11346307-nici-dee-from-sexart--
42. http://www.sex.com/picture/11379268-caprice-from-sexart-hot-sweet-she--
43. http://www.sex.com/picture/11379470-my-porn-erotic-hotsweetshe-katherine-a-from-sexart--
44. http://www.sex.com/picture/11431709-candy-wais-38-jenny-appach-from-sexart--
45. http://www.sex.com/picture/11447436-melena-a-from-sexart--
46. http://www.sex.com/picture/11494077-sexart-kamikaze-love-e10-girl-to-girl--
47. http://www.sex.com/picture/11506202-candy-alexa-linda-sweet-from-sexart-hot-sweet-she--
48. http://www.sex.com/picture/11507796-mia-sollis-gusta-from-sexart-hot-sweet-she--
49. http://www.sex.com/picture/11513290-sexart-14-01-19-naomi-nevena-forgive-me--
50. http://www.sex.com/picture/11526548-sexart-14-01-26-amirah-abada-spy-game-2--
51. http://www.sex.com/picture/1152821-sexart-has-the-hottest-models-check-out-their-deal--
52. http://www.sex.com/picture/1152821-sexart-has-the-hottest-models-check-out-their-deal/
53. http://www.sex.com/picture/11556497-susana-c-from-sexart--
54. http://www.sex.com/picture/11563635-sexart-14-01-29-alexis-brill-waterfall--
55. http://www.sex.com/picture/11671273-sexart-14-01-15-andrea-p-deus-sex-machina--
56. http://www.sex.com/picture/11738042-mia-sollis-gusta-from-sexart-erotic-photos-of-young--
57. http://www.sex.com/picture/11738081-mia-sollis-gusta-from-sexart-erotic-photos-of-young--
58. http://www.sex.com/picture/11738098-mia-sollis-gusta-from-sexart-erotic-photos-of-young--

EXHIBIT B

Web pages, each containing Plaintiff's Trademark SexArt® in the meta data

59. http://www.sex.com/picture/11738134-mia-sollis-gusta-from-sexart-erotic-photos-of-young--
60. http://www.sex.com/picture/11738144-mia-sollis-gusta-from-sexart-erotic-photos-of-young--
61. http://www.sex.com/picture/11741508-sexart-14-02-05-bailey-ryder-where-are-you--
62. http://www.sex.com/picture/11785263-numberonegirls-sapphira-a-by-sexart--
63. http://www.sex.com/picture/02/11922677-sexart-14-02-09-lindsey-olsen-luna-and-whitney-conroy-brave--
64. http://www.sex.com/picture/11922678-sexart-14-02-09-lindsey-olsen-luna-and-whitney-conroy-brave--
65. http://www.sex.com/picture/11924836-sexart-14-01-24-candy-wais-and-jenny-appach-zatleskej--
66. http://www.sex.com/picture/12035531-sexart-14-02-14-adrianne-simpson-mrs-simpson--
67. http://www.sex.com/picture/12063290-sexart-14-02-16-dido-a-and-iwia-a-sabor-de-amor--
68. http://www.sex.com/picture/12073470-sexart-13-07-28-silvie-deluxe-love-at-first-sight--
69. http://www.sex.com/picture/12121091-sexart-kamikaze-love-e21-something-unexpected--
70. http://www.sex.com/picture/12125633-numberonegirls-nastya-k-by-sexart--
71. http://www.sex.com/picture/12204373-sexart-girls-love-sex-s02-e18-pain-makes-me-giggle--
72. http://www.sex.com/picture/12287532-sexart-14-02-12-sapphira-a-like-snow--
73. http://www.sex.com/picture/12304779-numberonegirls-lorena-b-by-sexart--
74. http://www.sex.com/picture/12431151-numberonegirls-ariel-038-jessie-jazz-by-sexart--
75. http://www.sex.com/picture/12446862-vanda-b-from-sexart--
76. http://www.sex.com/picture/12454258-sexart-14-02-19-neena-p-spin-cycle--
77. http://www.sex.com/picture/12558774-sexart-kamikaze-love-e16-are-you-satisfied-mrs-thornton--
78. http://www.sex.com/picture/12636784-numberonegirls-michaela-isizzu-by-sexart--
79. http://www.sex.com/picture/12648289-sexart-14-03-09-amirah-abada-luna-and-whitney-conroy-listen--
80. http://www.sex.com/picture/12751672-sexart-14-01-05-sandy-ambrosia-the-way-to-you--
81. http://www.sex.com/picture/12894048-sexart-14-03-14-linda-sweet-liberation--
82. http://www.sex.com/picture/13031451-sexart-kamikaze-love-e24-ill-do-anything--
83. http://www.sex.com/picture/13096429-sexart-13-10-11-michaela-isizzu-txt-me--
84. http://www.sex.com/picture/13124856-sexart-13-11-20-alexis-brill-and-nataly-von-ememories--
85. http://www.sex.com/picture/13200594-sexart-kamikaze-love-e26-aint-it-a-bitch--
86. http://www.sex.com/picture/13239255-grace-c-from-sexart--
87. http://www.sex.com/picture/13240823-sexart-14-03-07-silvie-deluxe-im-here-for-love--

EXHIBIT B

Web pages, each containing Plaintiff's Trademark SexArt® in the meta data

88. http://www.sex.com/picture/13319663-sexart-14-02-23-luna-and-whitney-conroy-selfie--
89. http://www.sex.com/picture/13360207-sexart-14-03-16-cayenne-klein-luna-and-whitney-conroy-free--
90. http://www.sex.com/picture/13367027-sexart-14-03-30-luna-sophie-lynx-and-whitney-conroy-formar--
91. http://www.sex.com/picture/13420914-sexart-caprice-a-kerem-full-album-2014-more--
92. http://www.sex.com/picture/13420914-sexart-caprice-a-kerem-full-album-2014-more/
93. http://www.sex.com/picture/13431057-sexart-14-04-02-taylor-sands-lost-in-a-dream-vol-4--
94. http://www.sex.com/picture/13439164-sexart-14-04-04-aiko-bell-and-alyssa-reece-faith--
95. http://www.sex.com/picture/13496012-sexart--
96. http://www.sex.com/picture/13520821-sexart-14-02-28-ariel-piper-fawn-and-jessie-jazz-try--
97. http://www.sex.com/picture/13579487-sexart-13-11-17-the-game-part-7-battle--
98. http://www.sex.com/picture/13610957-sexart-14-04-11-mango-a-and-tracy-lindsay-be-my-slave-2--
99. http://www.sex.com/picture/13619308-sexart-14-02-07-lucy-li-you-win--
100.     http://www.sex.com/picture/13624553-sexart--
101.     http://www.sex.com/picture/13627315-sexart-14-04-09-bailey-ryder-workout--
102.     http://www.sex.com/picture/13636766-numberonegirls-mima-a-by-sexart-all-nude-babes--
103.     http://www.sex.com/picture/13636766-numberonegirls-mima-a-by-sexart-all-nude-babes/
104.     http://www.sex.com/picture/13636767-numberonegirls-mima-a-by-sexart-all-nude-babes--
105.     http://www.sex.com/picture/13636767-numberonegirls-mima-a-by-sexart-all-nude-babes/
106.     http://www.sex.com/picture/13636773-numberonegirls-mima-a-by-sexart-all-nude-babes--
107.     http://www.sex.com/picture/13636773-numberonegirls-mima-a-by-sexart-all-nude-babes/
108.     http://www.sex.com/picture/13643494-sexart-14-04-13-luna-taylor-sands-and-whitney-conroy-shes--
109.     http://www.sex.com/picture/13663488-amateur-sexart-14-04-13-luna-taylor-sands-and-whitney--
110.     http://www.sex.com/picture/13669878-sexart-14-03-02-alexis-brill-luna-and-whitney-conroy-sex--
111.     http://www.sex.com/picture/13697431-numberonegirls-lukki-lima-by-sexart-all-nude-babes--
112.     http://www.sex.com/picture/13697431-numberonegirls-lukki-lima-by-sexart-all-nude-babes/
113.     http://www.sex.com/picture/13697433-numberonegirls-lukki-lima-by-sexart-all-nude-babes--
114.     http://www.sex.com/picture/13697433-numberonegirls-lukki-lima-by-sexart-all-nude-babes/
115.     http://www.sex.com/picture/13697436-numberonegirls-lukki-lima-by-sexart-all-nude-babes--
116.     http://www.sex.com/picture/13697436-numberonegirls-lukki-lima-by-sexart-all-nude-babes/

EXHIBIT B

Web pages, each containing Plaintiff's Trademark SexArt® in the meta data

| | |
|---|---|
| 117. | http://www.sex.com/picture/13697441-numberonegirls-lukki-lima-by-sexart-all-nude-babes-- |
| 118. | http://www.sex.com/picture/13697441-numberonegirls-lukki-lima-by-sexart-all-nude-babes/ |
| 119. | http://www.sex.com/picture/13730612-does-that-look-say-cum-hither-to-you-milena-d-from-- |
| 120. | http://www.sex.com/picture/13730612-does-that-look-say-cum-hither-to-you-milena-d-from/ |
| 121. | http://www.sex.com/picture/13739945-luna-whitney-conroy-from-sexart-- |
| 122. | http://www.sex.com/picture/13739946-luna-whitney-conroy-from-sexart-- |
| 123. | http://www.sex.com/picture/13739947-luna-whitney-conroy-from-sexart-- |
| 124. | http://www.sex.com/picture/13773644-sexart-- |
| 125. | http://www.sex.com/picture/13773644-sexart/ |
| 126. | http://www.sex.com/picture/13776908-candice-luka-from-sexart-check-it-out-- |
| 127. | http://www.sex.com/picture/13776908-candice-luka-from-sexart-check-it-out/ |
| 128. | http://www.sex.com/picture/13777920-candice-luka-from-sexart-check-it-out-- |
| 129. | http://www.sex.com/picture/13777920-candice-luka-from-sexart-check-it-out/ |
| 130. | http://www.sex.com/picture/13777922-candice-luka-from-sexart-check-it-out-- |
| 131. | http://www.sex.com/picture/13777922-candice-luka-from-sexart-check-it-out/ |
| 132. | http://www.sex.com/picture/13777923-candice-luka-from-sexart-check-it-out-- |
| 133. | http://www.sex.com/picture/13777923-candice-luka-from-sexart-check-it-out/ |
| 134. | http://www.sex.com/picture/13777926-candice-luka-from-sexart-check-it-out-- |
| 135. | http://www.sex.com/picture/13777926-candice-luka-from-sexart-check-it-out/ |
| 136. | http://www.sex.com/picture/13777933-candice-luka-from-sexart-check-it-out-- |
| 137. | http://www.sex.com/picture/13777933-candice-luka-from-sexart-check-it-out/ |
| 138. | http://www.sex.com/picture/13779242-candice-luka-from-sexart-check-it-out-- |
| 139. | http://www.sex.com/picture/13779242-candice-luka-from-sexart-check-it-out/ |
| 140. | http://www.sex.com/picture/13779243-candice-luka-from-sexart-check-it-out-- |
| 141. | http://www.sex.com/picture/13779243-candice-luka-from-sexart-check-it-out/ |
| 142. | http://www.sex.com/picture/13779244-candice-luka-from-sexart-check-it-out-- |
| 143. | http://www.sex.com/picture/13779247-candice-luka-from-sexart-check-it-out-- |
| 144. | http://www.sex.com/picture/13779247-candice-luka-from-sexart-check-it-out/ |
| 145. | http://www.sex.com/picture/13779251-candice-luka-from-sexart-check-it-out-- |

EXHIBIT B

Web pages, each containing Plaintiff's Trademark SexArt® in the meta data

146.     http://www.sex.com/picture/13779251-candice-luka-from-sexart-check-it-out/
147.     http://www.sex.com/picture/13779253-candice-luka-from-sexart-check-it-out--
148.     http://www.sex.com/picture/13779253-candice-luka-from-sexart-check-it-out/
149.     http://www.sex.com/picture/13780569-candice-luka-from-sexart-check-it-out--
150.     http://www.sex.com/picture/13780569-candice-luka-from-sexart-check-it-out/
151.     http://www.sex.com/picture/13780573-candice-luka-from-sexart-check-it-out--
152.     http://www.sex.com/picture/13780573-candice-luka-from-sexart-check-it-out/
153.     http://www.sex.com/picture/13811802-ariel-piper-fawn-victoria-daniels-from-sexart--
154.     http://www.sex.com/picture/13811803-ariel-piper-fawn-victoria-daniels-from-sexart--
155.     http://www.sex.com/picture/13811804-ariel-piper-fawn-victoria-daniels-from-sexart--
156.     http://www.sex.com/picture/13813004-ariel-piper-fawn-victoria-daniels-from-sexart--
157.     http://www.sex.com/picture/13813005-ariel-piper-fawn-victoria-daniels-from-sexart--
158.     http://www.sex.com/picture/13815009-ariel-piper-fawn-victoria-daniels-from-sexart--
159.     http://www.sex.com/picture/13815010-ariel-piper-fawn-victoria-daniels-from-sexart--
160.     http://www.sex.com/picture/13815011-ariel-piper-fawn-victoria-daniels-from-sexart--
161.     http://www.sex.com/picture/13821641-sexart-14-04-18-ariel-piper-fawn-and-victoria-daniels-enjoy--
162.     http://www.sex.com/picture/13830066-sexart--
163.     http://www.sex.com/picture/13830066-sexart/
164.     http://www.sex.com/picture/13842317-candice-luka-from-sexart-more-at-all-nude-babes--
165.     http://www.sex.com/picture/13842317-candice-luka-from-sexart-more-at-all-nude-babes/
166.     http://www.sex.com/picture/13842319-candice-luka-from-sexart-more-at-all-nude-babes--
167.     http://www.sex.com/picture/13842319-candice-luka-from-sexart-more-at-all-nude-babes/
168.     http://www.sex.com/picture/13842320-candice-luka-from-sexart-more-at-all-nude-babes--
169.     http://www.sex.com/picture/13842320-candice-luka-from-sexart-more-at-all-nude-babes/
170.     http://www.sex.com/picture/13842323-candice-luka-from-sexart-more-at-all-nude-babes--
171.     http://www.sex.com/picture/13842323-candice-luka-from-sexart-more-at-all-nude-babes/
172.     http://www.sex.com/picture/13842325-candice-luka-from-sexart-more-at-all-nude-babes--
173.     http://www.sex.com/picture/13842325-candice-luka-from-sexart-more-at-all-nude-babes/
174.     http://www.sex.com/picture/13842327-candice-luka-from-sexart-more-at-all-nude-babes--

EXHIBIT B

Web pages, each containing Plaintiff's Trademark SexArt® in the meta data

| | |
|---|---|
| 175. | http://www.sex.com/picture/13842327-candice-luka-from-sexart-more-at-all-nude-babes/ |
| 176. | http://www.sex.com/picture/13842329-candice-luka-from-sexart-more-at-all-nude-babes-- |
| 177. | http://www.sex.com/picture/13842329-candice-luka-from-sexart-more-at-all-nude-babes/ |
| 178. | http://www.sex.com/picture/13843572-candice-luka-from-sexart-more-at-all-nude-babes-- |
| 179. | http://www.sex.com/picture/13843572-candice-luka-from-sexart-more-at-all-nude-babes/ |
| 180. | http://www.sex.com/picture/13843573-candice-luka-from-sexart-more-at-all-nude-babes-- |
| 181. | http://www.sex.com/picture/13843573-candice-luka-from-sexart-more-at-all-nude-babes/ |
| 182. | http://www.sex.com/picture/13843574-candice-luka-from-sexart-more-at-all-nude-babes-- |
| 183. | http://www.sex.com/picture/13843574-candice-luka-from-sexart-more-at-all-nude-babes/ |
| 184. | http://www.sex.com/picture/13868303-candice-luka-from-sexart-more-at-all-nude-babes-- |
| 185. | http://www.sex.com/picture/13868303-candice-luka-from-sexart-more-at-all-nude-babes/ |
| 186. | http://www.sex.com/picture/13868306-candice-luka-from-sexart-more-at-all-nude-babes-- |
| 187. | http://www.sex.com/picture/13868306-candice-luka-from-sexart-more-at-all-nude-babes/ |
| 188. | http://www.sex.com/picture/13868308-candice-luka-from-sexart-more-at-all-nude-babes-- |
| 189. | http://www.sex.com/picture/13868308-candice-luka-from-sexart-more-at-all-nude-babes/ |
| 190. | http://www.sex.com/picture/13885999-numberonegirls-michelle-h-from-sexart-- |
| 191. | http://www.sex.com/picture/13887273-numberonegirls-michelle-h-from-sexart-- |
| 192. | http://www.sex.com/picture/13887274-numberonegirls-michelle-h-from-sexart-- |
| 193. | http://www.sex.com/picture/13887275-numberonegirls-michelle-h-from-sexart-- |
| 194. | http://www.sex.com/picture/13889879-numberonegirls-michelle-h-from-sexart-- |
| 195. | http://www.sex.com/picture/13889880-numberonegirls-michelle-h-from-sexart-- |
| 196. | http://www.sex.com/picture/13889881-numberonegirls-michelle-h-from-sexart-- |
| 197. | http://www.sex.com/picture/13890838-sexart-14-04-20-cayenne-klein-il-lungo-addio-- |
| 198. | http://www.sex.com/picture/13911713-sexart-14-04-16-amarna-miller-aint-talkin-bout-love-- |
| 199. | http://www.sex.com/picture/13912509-numberonegirls-melena-a-by-sexart-- |
| 200. | http://www.sex.com/picture/13951409-numberonegirls-nastya-k-vanda-b-by-sexart-- |
| 201. | http://www.sex.com/picture/13951410-numberonegirls-nastya-k-vanda-b-by-sexart-- |
| 202. | http://www.sex.com/picture/13954462-numberonegirls-nastya-k-vanda-b-by-sexart-- |
| 203. | http://www.sex.com/picture/13954464-numberonegirls-nastya-k-vanda-b-by-sexart-- |

EXHIBIT B

Web pages, each containing Plaintiff's Trademark SexArt® in the meta data

| | |
|---|---|
| 204. | http://www.sex.com/picture/13954465-numberonegirls-nastya-k-vanda-b-by-sexart-- |
| 205. | http://www.sex.com/picture/13957498-numberonegirls-nastya-k-vanda-b-by-sexart-- |
| 206. | http://www.sex.com/picture/13957499-numberonegirls-nastya-k-vanda-b-by-sexart-- |
| 207. | http://www.sex.com/picture/13963336-sapphira-a-from-sexart-- |
| 208. | http://www.sex.com/picture/13963337-sapphira-a-from-sexart-- |
| 209. | http://www.sex.com/picture/13966582-sapphira-a-from-sexart-- |
| 210. | http://www.sex.com/picture/13966583-sapphira-a-from-sexart-- |
| 211. | http://www.sex.com/picture/13966584-sapphira-a-from-sexart-- |
| 212. | http://www.sex.com/picture/13971903-sexart-14-04-06-luna-and-whitney-conroy-night-train-- |
| 213. | http://www.sex.com/picture/13973150-sapphira-a-from-sexart-- |
| 214. | http://www.sex.com/picture/13973151-sapphira-a-from-sexart-- |
| 215. | http://www.sex.com/picture/13973153-sapphira-a-from-sexart-- |
| 216. | http://www.sex.com/picture/13973154-sapphira-a-from-sexart-- |
| 217. | http://www.sex.com/picture/14036976-sexart-14-04-25-lexie-dona-in-motion-- |
| 218. | http://www.sex.com/picture/14037069-sexart-13-11-29-gina-devine-and-kari-a-2-girl-show-- |
| 219. | http://www.sex.com/picture/14037611-sexart-13-12-06-jenny-appach-and-tea-jul-gira-la-moda-- |
| 220. | http://www.sex.com/picture/14043397-sophie-lynx-sexart-give-me-more-- |
| 221. | http://www.sex.com/picture/14067542-numberonegirls-mia-manarote-by-sexart-- |
| 222. | http://www.sex.com/picture/14067543-numberonegirls-mia-manarote-by-sexart-- |
| 223. | http://www.sex.com/picture/14067544-numberonegirls-mia-manarote-by-sexart-- |
| 224. | http://www.sex.com/picture/14071642-my-day-24-apr-2014-sexart-- |
| 225. | http://www.sex.com/picture/14073068-sexart-- |
| 226. | http://www.sex.com/picture/14099467-mia-manarote-by-sexart-found-at-aaina-- |
| 227. | http://www.sex.com/picture/14099467-mia-manarote-by-sexart-found-at-aaina/ |
| 228. | http://www.sex.com/picture/14163735-michaela-isizzu-from-sexart-- |
| 229. | http://www.sex.com/picture/14163736-michaela-isizzu-from-sexart-- |
| 230. | http://www.sex.com/picture/14166735-michaela-isizzu-from-sexart-- |
| 231. | http://www.sex.com/picture/14166736-michaela-isizzu-from-sexart-- |
| 232. | http://www.sex.com/picture/14166737-michaela-isizzu-from-sexart-- |

EXHIBIT B

Web pages, each containing Plaintiff's Trademark SexArt® in the meta data

| | |
|---|---|
| 233. | http://www.sex.com/picture/14175890-numberonegirls-michelle-h-from-sexart-all-nude-babes-- |
| 234. | http://www.sex.com/picture/14175890-numberonegirls-michelle-h-from-sexart-all-nude-babes/ |
| 235. | http://www.sex.com/picture/14175891-numberonegirls-michelle-h-from-sexart-all-nude-babes-- |
| 236. | http://www.sex.com/picture/14175891-numberonegirls-michelle-h-from-sexart-all-nude-babes/ |
| 237. | http://www.sex.com/picture/14186066-michaela-isizzu-sexart-- |
| 238. | http://www.sex.com/picture/14198289-kari-a-whitney-conroy-from-sexart-- |
| 239. | http://www.sex.com/picture/14198290-kari-a-whitney-conroy-from-sexart-- |
| 240. | http://www.sex.com/picture/14205612-numberonegirls-michelle-h-from-sexart-all-nude-babes-- |
| 241. | http://www.sex.com/picture/14205612-numberonegirls-michelle-h-from-sexart-all-nude-babes/ |
| 242. | http://www.sex.com/picture/14207299-grace-c-from-sexart-more-at-all-nude-babes-- |
| 243. | http://www.sex.com/picture/14207299-grace-c-from-sexart-more-at-all-nude-babes/ |
| 244. | http://www.sex.com/picture/14207300-grace-c-from-sexart-more-at-all-nude-babes-- |
| 245. | http://www.sex.com/picture/14207300-grace-c-from-sexart-more-at-all-nude-babes/ |
| 246. | http://www.sex.com/picture/14207304-grace-c-from-sexart-more-at-all-nude-babes-- |
| 247. | http://www.sex.com/picture/14207304-grace-c-from-sexart-more-at-all-nude-babes/ |
| 248. | http://www.sex.com/picture/14207307-grace-c-from-sexart-more-at-all-nude-babes-- |
| 249. | http://www.sex.com/picture/14207307-grace-c-from-sexart-more-at-all-nude-babes/ |
| 250. | http://www.sex.com/picture/14207308-grace-c-from-sexart-more-at-all-nude-babes-- |
| 251. | http://www.sex.com/picture/14207308-grace-c-from-sexart-more-at-all-nude-babes/ |
| 252. | http://www.sex.com/picture/14207309-grace-c-from-sexart-more-at-all-nude-babes-- |
| 253. | http://www.sex.com/picture/14207309-grace-c-from-sexart-more-at-all-nude-babes/ |
| 254. | http://www.sex.com/picture/14207310-grace-c-from-sexart-more-at-all-nude-babes-- |
| 255. | http://www.sex.com/picture/14207310-grace-c-from-sexart-more-at-all-nude-babes/ |
| 256. | http://www.sex.com/picture/14210329-melena-a-from-sexart-- |
| 257. | http://www.sex.com/picture/14210330-melena-a-from-sexart-- |
| 258. | http://www.sex.com/picture/14210331-melena-a-from-sexart-- |
| 259. | http://www.sex.com/picture/14231910-grace-c-from-sexart-check-it-out-- |
| 260. | http://www.sex.com/picture/14231910-grace-c-from-sexart-check-it-out/ |
| 261. | http://www.sex.com/picture/14233619-grace-c-from-sexart-check-it-out-- |

EXHIBIT B

Web pages, each containing Plaintiff's Trademark SexArt® in the meta data

262.    http://www.sex.com/picture/14233619-grace-c-from-sexart-check-it-out/
263.    http://www.sex.com/picture/14233620-grace-c-from-sexart-check-it-out--
264.    http://www.sex.com/picture/14233620-grace-c-from-sexart-check-it-out/
265.    http://www.sex.com/picture/14233622-grace-c-from-sexart-check-it-out--
266.    http://www.sex.com/picture/14233622-grace-c-from-sexart-check-it-out/
267.    http://www.sex.com/picture/14233625-grace-c-from-sexart-check-it-out--
268.    http://www.sex.com/picture/14233625-grace-c-from-sexart-check-it-out/
269.    http://www.sex.com/picture/14233628-grace-c-from-sexart-check-it-out--
270.    http://www.sex.com/picture/14233628-grace-c-from-sexart-check-it-out/
271.    http://www.sex.com/picture/14233629-grace-c-from-sexart-check-it-out--
272.    http://www.sex.com/picture/14233629-grace-c-from-sexart-check-it-out/
273.    http://www.sex.com/picture/14233632-grace-c-from-sexart-check-it-out--
274.    http://www.sex.com/picture/14235296-grace-c-from-sexart-check-it-out--
275.    http://www.sex.com/picture/14235296-grace-c-from-sexart-check-it-out/
276.    http://www.sex.com/picture/14235298-grace-c-from-sexart-check-it-out--
277.    http://www.sex.com/picture/14235298-grace-c-from-sexart-check-it-out/
278.    http://www.sex.com/picture/14235300-grace-c-from-sexart-check-it-out--
279.    http://www.sex.com/picture/14235300-grace-c-from-sexart-check-it-out/
280.    http://www.sex.com/picture/14235302-grace-c-from-sexart-check-it-out--
281.    http://www.sex.com/picture/14235302-grace-c-from-sexart-check-it-out/
282.    http://www.sex.com/picture/14235303-grace-c-from-sexart-check-it-out--
283.    http://www.sex.com/picture/14235303-grace-c-from-sexart-check-it-out/
284.    http://www.sex.com/picture/14238247-valeria-a-from-sexart--
285.    http://www.sex.com/picture/14238248-valeria-a-from-sexart--
286.    http://www.sex.com/picture/14238249-valeria-a-from-sexart--
287.    http://www.sex.com/picture/14254232-valeria-a-sexart--
288.    http://www.sex.com/picture/14254232-valeria-a-sexart/
289.    http://www.sex.com/picture/14256355-sexart-14-04-27-kari-a-and-whitney-conroy-the-heat--
290.    http://www.sex.com/picture/14277551-numberonegirls-nastya-k-vanda-b-by-sexart-all-nude--

EXHIBIT B

Web pages, each containing Plaintiff's Trademark SexArt® in the meta data

291.   http://www.sex.com/picture/14277551-numberonegirls-nastya-k-vanda-b-by-sexart-all-nude/
292.   http://www.sex.com/picture/14277552-numberonegirls-nastya-k-vanda-b-by-sexart-all-nude--
293.   http://www.sex.com/picture/14277552-numberonegirls-nastya-k-vanda-b-by-sexart-all-nude/
294.   http://www.sex.com/picture/14277557-numberonegirls-nastya-k-vanda-b-by-sexart-all-nude--
295.   http://www.sex.com/picture/14277557-numberonegirls-nastya-k-vanda-b-by-sexart-all-nude/
296.   http://www.sex.com/picture/14277558-numberonegirls-nastya-k-vanda-b-by-sexart-all-nude--
297.   http://www.sex.com/picture/14277558-numberonegirls-nastya-k-vanda-b-by-sexart-all-nude/
298.   http://www.sex.com/picture/14303509-frida-gina-gerson-from-sexart--
299.   http://www.sex.com/picture/14303510-frida-gina-gerson-from-sexart--
300.   http://www.sex.com/picture/14303511-frida-gina-gerson-from-sexart--
301.   http://www.sex.com/picture/14304837-frida-gina-gerson-from-sexart--
302.   http://www.sex.com/picture/14304838-frida-gina-gerson-from-sexart--
303.   http://www.sex.com/picture/14304839-frida-gina-gerson-from-sexart--
304.   http://www.sex.com/picture/14335424-karina-o-from-sexart--
305.   http://www.sex.com/picture/14335425-karina-o-from-sexart--
306.   http://www.sex.com/picture/14335426-karina-o-from-sexart--
307.   http://www.sex.com/picture/14338950-karina-o-from-sexart--
308.   http://www.sex.com/picture/14373980-numberonegirls-grace-c-kari-a-by-sexart--
309.   http://www.sex.com/picture/14373981-numberonegirls-grace-c-kari-a-by-sexart--
310.   http://www.sex.com/picture/14373982-numberonegirls-grace-c-kari-a-by-sexart--
311.   http://www.sex.com/picture/14379072-numberonegirls-grace-c-kari-a-by-sexart--
312.   http://www.sex.com/picture/14383638-numberonegirls-mia-manarote-by-sexart-all-nude-babes--
313.   http://www.sex.com/picture/14383638-numberonegirls-mia-manarote-by-sexart-all-nude-babes/
314.   http://www.sex.com/picture/14383639-numberonegirls-mia-manarote-by-sexart-all-nude-babes--
315.   http://www.sex.com/picture/14383639-numberonegirls-mia-manarote-by-sexart-all-nude-babes/
316.   http://www.sex.com/picture/14383640-numberonegirls-mia-manarote-by-sexart-all-nude-babes--
317.   http://www.sex.com/picture/14383640-numberonegirls-mia-manarote-by-sexart-all-nude-babes/
318.   http://www.sex.com/picture/14461470-dido-a-eufrat-from-sexart-more-at-all-nude-babes--
319.   http://www.sex.com/picture/14461470-dido-a-eufrat-from-sexart-more-at-all-nude-babes/

EXHIBIT B

Web pages, each containing Plaintiff's Trademark SexArt® in the meta data

320.    http://www.sex.com/picture/14478263-sexart-14-05-04-lola-taylor-firestarter--
321.    http://www.sex.com/picture/14496461-dido-a-eufrat-from-sexart-more-at-all-nude-babes--
322.    http://www.sex.com/picture/14496461-dido-a-eufrat-from-sexart-more-at-all-nude-babes/
323.    http://www.sex.com/picture/14496462-dido-a-eufrat-from-sexart-more-at-all-nude-babes--
324.    http://www.sex.com/picture/14496462-dido-a-eufrat-from-sexart-more-at-all-nude-babes/
325.    http://www.sex.com/picture/14496463-dido-a-eufrat-from-sexart-more-at-all-nude-babes--
326.    http://www.sex.com/picture/14496463-dido-a-eufrat-from-sexart-more-at-all-nude-babes/
327.    http://www.sex.com/picture/14496464-dido-a-eufrat-from-sexart-more-at-all-nude-babes--
328.    http://www.sex.com/picture/14496464-dido-a-eufrat-from-sexart-more-at-all-nude-babes/
329.    http://www.sex.com/picture/14496467-dido-a-eufrat-from-sexart-more-at-all-nude-babes--
330.    http://www.sex.com/picture/14496467-dido-a-eufrat-from-sexart-more-at-all-nude-babes/
331.    http://www.sex.com/picture/14496469-dido-a-eufrat-from-sexart-more-at-all-nude-babes--
332.    http://www.sex.com/picture/14496469-dido-a-eufrat-from-sexart-more-at-all-nude-babes/
333.    http://www.sex.com/picture/14522328-milena-d-sexart--
334.    http://www.sex.com/picture/14522328-milena-d-sexart/
335.    http://www.sex.com/picture/14526606-dido-a-eufrat-from-sexart-more-at-all-nude-babes--
336.    http://www.sex.com/picture/14526606-dido-a-eufrat-from-sexart-more-at-all-nude-babes/
337.    http://www.sex.com/picture/14526607-dido-a-eufrat-from-sexart-more-at-all-nude-babes--
338.    http://www.sex.com/picture/14526607-dido-a-eufrat-from-sexart-more-at-all-nude-babes/
339.    http://www.sex.com/picture/14526615-dido-a-eufrat-from-sexart-more-at-all-nude-babes--
340.    http://www.sex.com/picture/14526615-dido-a-eufrat-from-sexart-more-at-all-nude-babes/
341.    http://www.sex.com/picture/14555531-lauren-crist-from-sexart--
342.    http://www.sex.com/picture/14557328-lauren-crist-from-sexart--
343.    http://www.sex.com/picture/14557329-lauren-crist-from-sexart--
344.    http://www.sex.com/picture/14557330-lauren-crist-from-sexart--
345.    http://www.sex.com/picture/14559259-lauren-crist-from-sexart--
346.    http://www.sex.com/picture/14559260-lauren-crist-from-sexart--
347.    http://www.sex.com/picture/14559261-lauren-crist-from-sexart--
348.    http://www.sex.com/picture/14562542-lauren-crist-from-sexart--

EXHIBIT B

Web pages, each containing Plaintiff's Trademark SexArt® in the meta data

| | |
|---|---|
| 349. | http://www.sex.com/picture/14562543-lauren-crist-from-sexart-- |
| 350. | http://www.sex.com/picture/14562544-lauren-crist-from-sexart-- |
| 351. | http://www.sex.com/picture/14562636-diana-g-sexart-- |
| 352. | http://www.sex.com/picture/14562636-diana-g-sexart/ |
| 353. | http://www.sex.com/picture/14585984-sexart-14-04-23-sapphira-a-my-day-- |
| 354. | http://www.sex.com/picture/14588821-lauren-crist-sexart-- |
| 355. | http://www.sex.com/picture/14588821-lauren-crist-sexart/ |
| 356. | http://www.sex.com/picture/14600207-sexart-14-05-11-lucy-li-fly-- |
| 357. | http://www.sex.com/picture/14644570-dido-a-eufrat-from-sexart-check-it-out-- |
| 358. | http://www.sex.com/picture/14644570-dido-a-eufrat-from-sexart-check-it-out/ |
| 359. | http://www.sex.com/picture/14644573-dido-a-eufrat-from-sexart-check-it-out-- |
| 360. | http://www.sex.com/picture/14644573-dido-a-eufrat-from-sexart-check-it-out/ |
| 361. | http://www.sex.com/picture/14644580-dido-a-eufrat-from-sexart-check-it-out-- |
| 362. | http://www.sex.com/picture/14644580-dido-a-eufrat-from-sexart-check-it-out/ |
| 363. | http://www.sex.com/picture/14644581-dido-a-eufrat-from-sexart-check-it-out-- |
| 364. | http://www.sex.com/picture/14644581-dido-a-eufrat-from-sexart-check-it-out/ |
| 365. | http://www.sex.com/picture/14646421-denisa-heaven-sexart-- |
| 366. | http://www.sex.com/picture/14646421-denisa-heaven-sexart/ |
| 367. | http://www.sex.com/picture/14646492-dido-a-eufrat-from-sexart-check-it-out-- |
| 368. | http://www.sex.com/picture/14646492-dido-a-eufrat-from-sexart-check-it-out/ |
| 369. | http://www.sex.com/picture/14646493-dido-a-eufrat-from-sexart-check-it-out-- |
| 370. | http://www.sex.com/picture/14646493-dido-a-eufrat-from-sexart-check-it-out/ |
| 371. | http://www.sex.com/picture/14646503-dido-a-eufrat-from-sexart-check-it-out-- |
| 372. | http://www.sex.com/picture/14646503-dido-a-eufrat-from-sexart-check-it-out/ |
| 373. | http://www.sex.com/picture/14651705-alexis-brill-from-sexart-more-at-all-nude-babes-- |
| 374. | http://www.sex.com/picture/14651705-alexis-brill-from-sexart-more-at-all-nude-babes/ |
| 375. | http://www.sex.com/picture/14653678-alexis-brill-from-sexart-more-at-all-nude-babes-- |
| 376. | http://www.sex.com/picture/14653678-alexis-brill-from-sexart-more-at-all-nude-babes/ |
| 377. | http://www.sex.com/picture/14659644-sexart-14-04-30-melena-a-se-telefonando-2-- |

EXHIBIT B

Web pages, each containing Plaintiff's Trademark SexArt® in the meta data

378.   http://www.sex.com/picture/14677626-sexart-14-03-28-lorena-b-and-tracy-lindsay-stay-sweet--
379.   http://www.sex.com/picture/14687664-blue-angel-sexart--
380.   http://www.sex.com/picture/14687664-blue-angel-sexart/
381.   http://www.sex.com/picture/14710991-sexart-14-05-14-whitney-conroy-in-your-eyes--
382.   http://www.sex.com/picture/14724768-whitney-conroy-sexart--
383.   http://www.sex.com/picture/14724768-whitney-conroy-sexart/
384.   http://www.sex.com/picture/14731116-numberonegirls-grace-c-kari-a-by-sexart-all-nude-babes--
385.   http://www.sex.com/picture/14731116-numberonegirls-grace-c-kari-a-by-sexart-all-nude-babes/
386.   http://www.sex.com/picture/14731117-numberonegirls-grace-c-kari-a-by-sexart-all-nude-babes--
387.   http://www.sex.com/picture/14731117-numberonegirls-grace-c-kari-a-by-sexart-all-nude-babes/
388.   http://www.sex.com/picture/14731118-numberonegirls-grace-c-kari-a-by-sexart-all-nude-babes--
389.   http://www.sex.com/picture/14731118-numberonegirls-grace-c-kari-a-by-sexart-all-nude-babes/
390.   http://www.sex.com/picture/14731120-numberonegirls-grace-c-kari-a-by-sexart-all-nude-babes--
391.   http://www.sex.com/picture/14731120-numberonegirls-grace-c-kari-a-by-sexart-all-nude-babes/
392.   http://www.sex.com/picture/14732585-numberonegirls-grace-c-kari-a-by-sexart-all-nude-babes--
393.   http://www.sex.com/picture/14732585-numberonegirls-grace-c-kari-a-by-sexart-all-nude-babes/
394.   http://www.sex.com/picture/14732586-numberonegirls-grace-c-kari-a-by-sexart-all-nude-babes--
395.   http://www.sex.com/picture/14732586-numberonegirls-grace-c-kari-a-by-sexart-all-nude-babes/
396.   http://www.sex.com/picture/14732588-numberonegirls-grace-c-kari-a-by-sexart-all-nude-babes--
397.   http://www.sex.com/picture/14732588-numberonegirls-grace-c-kari-a-by-sexart-all-nude-babes/
398.   http://www.sex.com/picture/14732592-numberonegirls-grace-c-kari-a-by-sexart-all-nude-babes--
399.   http://www.sex.com/picture/14732592-numberonegirls-grace-c-kari-a-by-sexart-all-nude-babes/
400.   http://www.sex.com/picture/14732593-numberonegirls-grace-c-kari-a-by-sexart-all-nude-babes--
401.   http://www.sex.com/picture/14732593-numberonegirls-grace-c-kari-a-by-sexart-all-nude-babes/
402.   http://www.sex.com/picture/14732594-numberonegirls-grace-c-kari-a-by-sexart-all-nude-babes--
403.   http://www.sex.com/picture/14732594-numberonegirls-grace-c-kari-a-by-sexart-all-nude-babes/
404.   http://www.sex.com/picture/14732600-numberonegirls-grace-c-kari-a-by-sexart-all-nude-babes--
405.   http://www.sex.com/picture/14732601-numberonegirls-grace-c-kari-a-by-sexart-all-nude-babes--
406.   http://www.sex.com/picture/14732602-numberonegirls-grace-c-kari-a-by-sexart-all-nude-babes--

EXHIBIT B

Web pages, each containing Plaintiff's Trademark SexArt® in the meta data

407.   http://www.sex.com/picture/14757997-alexis-brill-from-sexart-check-it-out--
408.   http://www.sex.com/picture/14757997-alexis-brill-from-sexart-check-it-out/
409.   http://www.sex.com/picture/14796661-numberonegirls-whitney-conroy-by-sexart--
410.   http://www.sex.com/picture/14796662-numberonegirls-whitney-conroy-by-sexart--
411.   http://www.sex.com/picture/14796663-numberonegirls-whitney-conroy-by-sexart--
412.   http://www.sex.com/picture/14801695-sexart-14-05-07-lorena-b-dolce-forno--
413.   http://www.sex.com/picture/14802001-alexis-brill-from-sexart-check-it-out--
414.   http://www.sex.com/picture/14802001-alexis-brill-from-sexart-check-it-out/
415.   http://www.sex.com/picture/14802003-alexis-brill-from-sexart-check-it-out--
416.   http://www.sex.com/picture/14802003-alexis-brill-from-sexart-check-it-out/
417.   http://www.sex.com/picture/14865659-denisa-heaven-sexart--
418.   http://www.sex.com/picture/14865659-denisa-heaven-sexart/
419.   http://www.sex.com/picture/14886865-sexart-14-01-22-nici-dee-look-at-me--
420.   http://www.sex.com/picture/14888519-numberonegirls-alyssa-reece-mango-a-by-sexart--
421.   http://www.sex.com/picture/14896912-miela-from-sexart-more-at-all-nude-babes--
422.   http://www.sex.com/picture/14900883-sexart-14-05-16-alyssa-reece-and-mango-a-2-jealous--
423.   http://www.sex.com/picture/14919660-sexart-kamikaze-love-e25-leave-before-i-destroy-you--
424.   http://www.sex.com/picture/14931608-lukki-lima-sexart--
425.   http://www.sex.com/picture/14931608-lukki-lima-sexart/
426.   http://www.sex.com/picture/14932526-sexart-14-05-09-iwia-a-and-tracy-lindsay-secretly--
427.   http://www.sex.com/picture/14936239-miela-from-sexart-more-at-all-nude-babes--
428.   http://www.sex.com/picture/14936240-miela-from-sexart-more-at-all-nude-babes--
429.   http://www.sex.com/picture/14936241-miela-from-sexart-more-at-all-nude-babes--
430.   http://www.sex.com/picture/14936242-miela-from-sexart-more-at-all-nude-babes--
431.   http://www.sex.com/picture/14936250-miela-from-sexart-more-at-all-nude-babes--
432.   http://www.sex.com/picture/14936251-miela-from-sexart-more-at-all-nude-babes--
433.   http://www.sex.com/picture/14936252-miela-from-sexart-more-at-all-nude-babes--
434.   http://www.sex.com/picture/14957980-numberonegirls-lukki-lima-by-sexart--
435.   http://www.sex.com/picture/14957981-numberonegirls-lukki-lima-by-sexart--

EXHIBIT B

Web pages, each containing Plaintiff's Trademark SexArt® in the meta data

436. http://www.sex.com/picture/14957982-numberonegirls-lukki-lima-by-sexart--
437. http://www.sex.com/picture/14971346-sexart-14-05-18-chelsy-sun-play-with-me--
438. http://www.sex.com/picture/14988720-rilee-marks-sexart--
439. http://www.sex.com/picture/14988720-rilee-marks-sexart/
440. http://www.sex.com/picture/15006028-lorena-b-from-sexart-check-it-out--
441. http://www.sex.com/picture/15006028-lorena-b-from-sexart-check-it-out/
442. http://www.sex.com/picture/15006033-lorena-b-from-sexart-check-it-out--
443. http://www.sex.com/picture/15006033-lorena-b-from-sexart-check-it-out/
444. http://www.sex.com/picture/15009998-lorena-b-from-sexart-check-it-out--
445. http://www.sex.com/picture/15009998-lorena-b-from-sexart-check-it-out/
446. http://www.sex.com/picture/15009999-lorena-b-from-sexart-check-it-out--
447. http://www.sex.com/picture/15009999-lorena-b-from-sexart-check-it-out/
448. http://www.sex.com/picture/15010000-lorena-b-from-sexart-check-it-out--
449. http://www.sex.com/picture/15010000-lorena-b-from-sexart-check-it-out/
450. http://www.sex.com/picture/15010002-lorena-b-from-sexart-check-it-out--
451. http://www.sex.com/picture/15010002-lorena-b-from-sexart-check-it-out/
452. http://www.sex.com/picture/15010003-lorena-b-from-sexart-check-it-out--
453. http://www.sex.com/picture/15010003-lorena-b-from-sexart-check-it-out/
454. http://www.sex.com/picture/15012489-sexart-14-05-21-candice-luka-running-free--
455. http://www.sex.com/picture/15023612-sexart-14-03-05-melena-a-ememories-2--
456. http://www.sex.com/picture/15066374-tracy-a-sexart--
457. http://www.sex.com/picture/15071277-numberonegirls-nika-n-by-sexart--
458. http://www.sex.com/picture/15071278-numberonegirls-nika-n-by-sexart--
459. http://www.sex.com/picture/15071279-numberonegirls-nika-n-by-sexart--
460. http://www.sex.com/picture/15071280-numberonegirls-nika-n-by-sexart--
461. http://www.sex.com/picture/15071281-numberonegirls-nika-n-by-sexart--
462. http://www.sex.com/picture/15073020-numberonegirls-candice-luka-by-sexart--
463. http://www.sex.com/picture/15073021-numberonegirls-nika-n-by-sexart--
464. http://www.sex.com/picture/15074587-numberonegirls-candice-luka-by-sexart--

EXHIBIT B

Web pages, each containing Plaintiff's Trademark SexArt® in the meta data

| | |
|---|---|
| 465. | http://www.sex.com/picture/15074588-numberonegirls-candice-luka-by-sexart-- |
| 466. | http://www.sex.com/picture/15074589-numberonegirls-candice-luka-by-sexart-- |
| 467. | http://www.sex.com/picture/15076170-numberonegirls-candice-luka-by-sexart-- |
| 468. | http://www.sex.com/picture/15076171-numberonegirls-candice-luka-by-sexart-- |
| 469. | http://www.sex.com/picture/15089563-miela-from-sexart-check-it-out-- |
| 470. | http://www.sex.com/picture/15089563-miela-from-sexart-check-it-out/ |
| 471. | http://www.sex.com/picture/15089564-miela-from-sexart-check-it-out-- |
| 472. | http://www.sex.com/picture/15089564-miela-from-sexart-check-it-out/ |
| 473. | http://www.sex.com/picture/15089565-miela-from-sexart-check-it-out-- |
| 474. | http://www.sex.com/picture/15089565-miela-from-sexart-check-it-out/ |
| 475. | http://www.sex.com/picture/15090687-kloffina-a-salomja-a-from-sexart-more-at-all-nude-babes-- |
| 476. | http://www.sex.com/picture/15090688-kloffina-a-salomja-a-from-sexart-more-at-all-nude-babes-- |
| 477. | http://www.sex.com/picture/15090693-kloffina-a-salomja-a-from-sexart-more-at-all-nude-babes-- |
| 478. | http://www.sex.com/picture/15090694-kloffina-a-salomja-a-from-sexart-more-at-all-nude-babes-- |
| 479. | http://www.sex.com/picture/15090697-kloffina-a-salomja-a-from-sexart-more-at-all-nude-babes-- |
| 480. | http://www.sex.com/picture/15090698-kloffina-a-salomja-a-from-sexart-more-at-all-nude-babes-- |
| 481. | http://www.sex.com/picture/15090929-miela-from-sexart-check-it-out-- |
| 482. | http://www.sex.com/picture/15090929-miela-from-sexart-check-it-out/ |
| 483. | http://www.sex.com/picture/15090931-miela-from-sexart-check-it-out-- |
| 484. | http://www.sex.com/picture/15090931-miela-from-sexart-check-it-out/ |
| 485. | http://www.sex.com/picture/15090932-miela-from-sexart-check-it-out-- |
| 486. | http://www.sex.com/picture/15090932-miela-from-sexart-check-it-out/ |
| 487. | http://www.sex.com/picture/15090933-miela-from-sexart-check-it-out-- |
| 488. | http://www.sex.com/picture/15090933-miela-from-sexart-check-it-out/ |
| 489. | http://www.sex.com/picture/15090934-miela-from-sexart-check-it-out-- |
| 490. | http://www.sex.com/picture/15090934-miela-from-sexart-check-it-out/ |
| 491. | http://www.sex.com/picture/15094333-sexart-14-05-02-frida-and-gina-gerson-someone-is-watching-- |
| 492. | http://www.sex.com/picture/15153788-kloffina-a-salomja-a-from-sexart-check-it-out-- |
| 493. | http://www.sex.com/picture/15153788-kloffina-a-salomja-a-from-sexart-check-it-out/ |

EXHIBIT B

Web pages, each containing Plaintiff's Trademark SexArt® in the meta data

494.    http://www.sex.com/picture/15155331-kloffina-a-salomja-a-from-sexart-check-it-out--
495.    http://www.sex.com/picture/15155331-kloffina-a-salomja-a-from-sexart-check-it-out/
496.    http://www.sex.com/picture/15155332-kloffina-a-salomja-a-from-sexart-check-it-out--
497.    http://www.sex.com/picture/15155332-kloffina-a-salomja-a-from-sexart-check-it-out/
498.    http://www.sex.com/picture/15155334-kloffina-a-salomja-a-from-sexart-check-it-out--
499.    http://www.sex.com/picture/15155334-kloffina-a-salomja-a-from-sexart-check-it-out/
500.    http://www.sex.com/picture/15155336-kloffina-a-salomja-a-from-sexart-check-it-out--
501.    http://www.sex.com/picture/15155336-kloffina-a-salomja-a-from-sexart-check-it-out/
502.    http://www.sex.com/picture/15155338-kloffina-a-salomja-a-from-sexart-check-it-out--
503.    http://www.sex.com/picture/15155338-kloffina-a-salomja-a-from-sexart-check-it-out/
504.    http://www.sex.com/picture/15179033-nika-n-sexart--
505.    http://www.sex.com/picture/15204125-lara-d-sexart--
506.    http://www.sex.com/picture/15219528-12-pics-8211-grace-c-strips-off-her-pretty-blue-and-white--
507.    http://www.sex.com/picture/15219528-12-pics-8211-grace-c-strips-off-her-pretty-blue-and-white/
508.    http://www.sex.com/picture/15223375-emily-bloom-sexart--
509.    http://www.sex.com/picture/15223375-emily-bloom-sexart/
510.    http://www.sex.com/picture/15306191-michaela-isizzu-sexart--
511.    http://www.sex.com/picture/15306191-michaela-isizzu-sexart/
512.    http://www.sex.com/picture/15393089-katherine-a-sexart--
513.    http://www.sex.com/picture/15393089-katherine-a-sexart/
514.    http://www.sex.com/picture/15414701-pussy-is-good-macy-b-rumors-from-sexart-found-at-the--
515.    http://www.sex.com/picture/15414701-pussy-is-good-macy-b-rumors-from-sexart-found-at-the/
516.    http://www.sex.com/picture/15450562-12-pics-8211-breann-is-quite-kinky-and-adventerous-as-she--
517.    http://www.sex.com/picture/15450562-12-pics-8211-breann-is-quite-kinky-and-adventerous-as-she/
518.    http://www.sex.com/picture/15456311-milana-j-vanda-b-from-sexart-more-at-all-nude-babes--
519.    http://www.sex.com/picture/15468409-sapphira-a-sexart--
520.    http://www.sex.com/picture/15468409-sapphira-a-sexart/
521.    http://www.sex.com/picture/15513574-12-pics-8211-stunning-layla-black-is-sitting-in-her-black--
522.    http://www.sex.com/picture/15513574-12-pics-8211-stunning-layla-black-is-sitting-in-her-black/

EXHIBIT B

Web pages, each containing Plaintiff's Trademark SexArt® in the meta data

523.  http://www.sex.com/picture/15515054-vanda-b-sexart--
524.  http://www.sex.com/picture/15515054-vanda-b-sexart/
525.  http://www.sex.com/picture/15527068-sexart-14-02-21-ferrera-gomez-the-question--
526.  http://www.sex.com/picture/15531561-milana-j-vanda-b-from-sexart-check-it-out--
527.  http://www.sex.com/picture/15531561-milana-j-vanda-b-from-sexart-check-it-out/
528.  http://www.sex.com/picture/15531563-milana-j-vanda-b-sexart-check-it-out--
529.  http://www.sex.com/picture/15531563-milana-j-vanda-b-from-sexart-check-it-out/
530.  http://www.sex.com/picture/15533748-milana-j-vanda-b-from-sexart-check-it-out--
531.  http://www.sex.com/picture/15533748-milana-j-vanda-b-from-sexart-check-it-out/
532.  http://www.sex.com/picture/15533749-milana-j-vanda-b-from-sexart-check-it-out--
533.  http://www.sex.com/picture/15533749-milana-j-vanda-b-from-sexart-check-it-out/
534.  http://www.sex.com/picture/15533751-milana-j-vanda-b-from-sexart-check-it-out--
535.  http://www.sex.com/picture/15533751-milana-j-vanda-b-from-sexart-check-it-out/
536.  http://www.sex.com/picture/15533754-milana-j-vanda-b-from-sexart-check-it-out--
537.  http://www.sex.com/picture/15533754-milana-j-vanda-b-from-sexart-check-it-out/
538.  http://www.sex.com/picture/15533756-milana-j-vanda-b-from-sexart-check-it-out--
539.  http://www.sex.com/picture/15533756-milana-j-vanda-b-from-sexart-check-it-out/
540.  http://www.sex.com/picture/15533757-milana-j-vanda-b-from-sexart-check-it-out--
541.  http://www.sex.com/picture/15533757-milana-j-vanda-b-from-sexart-check-it-out/
542.  http://www.sex.com/picture/15567725-milana-j-vanda-b-from-sexart-check-it-out--
543.  http://www.sex.com/picture/15567725-milana-j-vanda-b-from-sexart-check-it-out/
544.  http://www.sex.com/picture/15567727-milana-j-vanda-b-from-sexart-check-it-out--
545.  http://www.sex.com/picture/15567727-milana-j-vanda-b-from-sexart-check-it-out/
546.  http://www.sex.com/picture/15567729-milana-j-vanda-b-from-sexart-check-it-out--
547.  http://www.sex.com/picture/15567729-milana-j-vanda-b-from-sexart-check-it-out/
548.  http://www.sex.com/picture/15569403-12-pics-8211-lovely-lauren-crist-teasing-and-tantalizing--
549.  http://www.sex.com/picture/15572907-ennu-a-sexart--
550.  http://www.sex.com/picture/15572907-ennu-a-sexart/
551.  http://www.sex.com/picture/15632248-timea-bella-sexart--

EXHIBIT B

Web pages, each containing Plaintiff's Trademark SexArt® in the meta data

| | |
|---|---|
| 552. | http://www.sex.com/picture/15632248-timea-bella-sexart/ |
| 553. | http://www.sex.com/picture/15715889-12-pics-the-post-lukki-lima-8211-luestis-appeared-first-on-- |
| 554. | http://www.sex.com/picture/15715889-12-pics-the-post-lukki-lima-8211-luestis-appeared-first-on/ |
| 555. | http://www.sex.com/picture/15729607-nika-n-sexart-- |
| 556. | http://www.sex.com/picture/15729607-nika-n-sexart/ |
| 557. | http://www.sex.com/picture/15751189-tofana-a-sexart-- |
| 558. | http://www.sex.com/picture/15751189-tofana-a-sexart/ |
| 559. | http://www.sex.com/picture/15785483-12-pics-the-post-nika-n-8211-nilaba-appeared-first-on-- |
| 560. | http://www.sex.com/picture/15785483-12-pics-the-post-nika-n-8211-nilaba-appeared-first-on/ |
| 561. | http://www.sex.com/picture/15839267-michelle-h-sexart-- |
| 562. | http://www.sex.com/picture/15839267-michelle-h-sexart/ |
| 563. | http://www.sex.com/picture/15875661-emily-bloom-sexart-- |
| 564. | http://www.sex.com/picture/15875661-emily-bloom-sexart/ |
| 565. | http://www.sex.com/picture/15884574-conny-carter-and-denson-carter-sunny-morning-sexart-- |
| 566. | http://www.sex.com/picture/15884575-conny-carter-and-denson-carter-sunny-morning-sexart-- |
| 567. | http://www.sex.com/picture/15887769-conny-carter-and-denson-carter-sunny-morning-sexart-- |
| 568. | http://www.sex.com/picture/15887769-conny-carter-and-denson-carter-sunny-morning-sexart/ |
| 569. | http://www.sex.com/picture/15902083-miela-whitney-conroy-from-sexart-more-at-all-nude-babes-- |
| 570. | http://www.sex.com/picture/15902084-miela-whitney-conroy-from-sexart-more-at-all-nude-babes-- |
| 571. | http://www.sex.com/picture/15912701-paula-shy-sexart-- |
| 572. | http://www.sex.com/picture/15912701-paula-shy-sexart/ |
| 573. | http://www.sex.com/picture/15957125-12-pics-the-post-bycidae-featuring-denisa-heaven-appeared/ |
| 574. | http://www.sex.com/picture/15966701-eva-alegra-by-sexart-- |
| 575. | http://www.sex.com/picture/15966701-eva-alegra-by-sexart/ |
| 576. | http://www.sex.com/picture/15987780-sexart-14-05-25-silvie-deluxe-drive-- |
| 577. | http://www.sex.com/picture/16056796-sexart-14-06-01-taissia-a-possessione-- |
| 578. | http://www.sex.com/picture/16064634-sexart-14-06-04-silvie-luca-dreams-- |
| 579. | http://www.sex.com/picture/16110148-12-pics-8211-stunning-karina-o-unwraps-her-white-blouse-to/ |
| 580. | http://www.sex.com/picture/16116783-sexart-14-06-13-ivana-sugar-and-sabrina-moor-cafe-- |

EXHIBIT B

Web pages, each containing Plaintiff's Trademark SexArt® in the meta data

| | |
|---|---|
| 581. | http://www.sex.com/picture/16131952-katherine-a-from-sexart-more-at-all-nude-babes-- |
| 582. | http://www.sex.com/picture/16141446-sexart-14-06-15-isabella-amor-casting-- |
| 583. | http://www.sex.com/picture/16161353-miela-whitney-conroy-from-sexart-check-it-out-- |
| 584. | http://www.sex.com/picture/16161353-miela-whitney-conroy-from-sexart-check-it-out/ |
| 585. | http://www.sex.com/picture/16161354-miela-whitney-conroy-from-sexart-check-it-out-- |
| 586. | http://www.sex.com/picture/16161354-miela-whitney-conroy-from-sexart-check-it-out/ |
| 587. | http://www.sex.com/picture/16198560-miela-whitney-conroy-from-sexart-check-it-out-- |
| 588. | http://www.sex.com/picture/16198560-miela-whitney-conroy-from-sexart-check-it-out/ |
| 589. | http://www.sex.com/picture/16198563-miela-whitney-conroy-from-sexart-check-it-out-- |
| 590. | http://www.sex.com/picture/16198563-miela-whitney-conroy-from-sexart-check-it-out/ |
| 591. | http://www.sex.com/picture/16198564-miela-whitney-conroy-from-sexart-check-it-out-- |
| 592. | http://www.sex.com/picture/16198564-miela-whitney-conroy-from-sexart-check-it-out/ |
| 593. | http://www.sex.com/picture/16200478-miela-whitney-conroy-from-sexart-check-it-out-- |
| 594. | http://www.sex.com/picture/16200478-miela-whitney-conroy-from-sexart-check-it-out/ |
| 595. | http://www.sex.com/picture/16218322-sexart-14-06-11-eva-alegra-eva-18-- |
| 596. | http://www.sex.com/picture/16239421-miela-whitney-conroy-from-sexart-check-it-out-- |
| 597. | http://www.sex.com/picture/16239421-miela-whitney-conroy-from-sexart-check-it-out/ |
| 598. | http://www.sex.com/picture/16239423-miela-whitney-conroy-from-sexart-check-it-out-- |
| 599. | http://www.sex.com/picture/16239423-miela-whitney-conroy-from-sexart-check-it-out/ |
| 600. | http://www.sex.com/picture/16240777-miela-whitney-conroy-from-sexart-check-it-out-- |
| 601. | http://www.sex.com/picture/16240777-miela-whitney-conroy-from-sexart-check-it-out/ |
| 602. | http://www.sex.com/picture/16240780-miela-whitney-conroy-from-sexart-check-it-out-- |
| 603. | http://www.sex.com/picture/16240780-miela-whitney-conroy-from-sexart-check-it-out/ |
| 604. | http://www.sex.com/picture/16240781-miela-whitney-conroy-from-sexart-check-it-out-- |
| 605. | http://www.sex.com/picture/16240781-miela-whitney-conroy-from-sexart-check-it-out/ |
| 606. | http://www.sex.com/picture/1625581-sexy-redhead-model-kloe-kane-from-sexart-smooth-milky-- |
| 607. | http://www.sex.com/picture/16329183-grace-c-from-sexart-more-at-all-nude-babes-- |
| 608. | http://www.sex.com/picture/16329184-grace-c-from-sexart-more-at-all-nude-babes-- |
| 609. | http://www.sex.com/picture/16329186-grace-c-from-sexart-more-at-all-nude-babes-- |

EXHIBIT B

Web pages, each containing Plaintiff's Trademark SexArt® in the meta data

610.    http://www.sex.com/picture/16329187-grace-c-from-sexart-more-at-all-nude-babes--
611.    http://www.sex.com/picture/16329189-grace-c-from-sexart-more-at-all-nude-babes--
612.    http://www.sex.com/picture/16329190-grace-c-from-sexart-more-at-all-nude-babes--
613.    http://www.sex.com/picture/16331240-grace-c-from-sexart-more-at-all-nude-babes--
614.    http://www.sex.com/picture/16331241-grace-c-from-sexart-more-at-all-nude-babes--
615.    http://www.sex.com/picture/16331242-grace-c-from-sexart-more-at-all-nude-babes--
616.    http://www.sex.com/picture/16331243-grace-c-from-sexart-more-at-all-nude-babes--
617.    http://www.sex.com/picture/16331244-grace-c-from-sexart-more-at-all-nude-babes--
618.    http://www.sex.com/picture/16331245-grace-c-from-sexart-more-at-all-nude-babes--
619.    http://www.sex.com/picture/16331246-grace-c-from-sexart-more-at-all-nude-babes--
620.    http://www.sex.com/picture/16331247-grace-c-from-sexart-more-at-all-nude-babes--
621.    http://www.sex.com/picture/16331248-grace-c-from-sexart-more-at-all-nude-babes--
622.    http://www.sex.com/picture/16331249-grace-c-from-sexart-more-at-all-nude-babes--
623.    http://www.sex.com/picture/16371151-sexart-14-05-23-eveline-neill-and-katy-rose-new-day--
624.    http://www.sex.com/picture/16399840-hotsweetshe-lorena-b-tracy-lindsay-from-sexart--
625.    http://www.sex.com/picture/16399841-hotsweetshe-lorena-b-tracy-lindsay-from-sexart--
626.    http://www.sex.com/picture/16403625-sexart-14-06-20-alyssa-reece-and-margot-a-blind-date--
627.    http://www.sex.com/picture/16465159-little-caprice-sexart--
628.    http://www.sex.com/picture/16490446-sexart-charlotte-stokely--
629.    http://www.sex.com/picture/16525990-sexart-kamikaze-love-e13-ask-victoria-if-she-would-like-to--
630.    http://www.sex.com/picture/16529337-luce-a-from-sexart-more-at-all-nude-babes--
631.    http://www.sex.com/picture/16529338-luce-a-from-sexart-more-at-all-nude-babes--
632.    http://www.sex.com/picture/16531145-luce-a-from-sexart-more-at-all-nude-babes--
633.    http://www.sex.com/picture/16531146-luce-a-from-sexart-more-at-all-nude-babes--
634.    http://www.sex.com/picture/16531147-luce-a-from-sexart-more-at-all-nude-babes--
635.    http://www.sex.com/picture/16531148-luce-a-from-sexart-more-at-all-nude-babes--
636.    http://www.sex.com/picture/16531150-luce-a-from-sexart-more-at-all-nude-babes--
637.    http://www.sex.com/picture/16569289-bailey-ryder-cayenne-klein-from-sexart-more-at-all-nude--
638.    http://www.sex.com/picture/16569290-bailey-ryder-cayenne-klein-from-sexart-more-at-all-nude--

EXHIBIT B

Web pages, each containing Plaintiff's Trademark SexArt® in the meta data

639.    http://www.sex.com/picture/16569291-bailey-ryder-cayenne-klein-from-sexart-more-at-all-nude--
640.    http://www.sex.com/picture/16569292-bailey-ryder-cayenne-klein-from-sexart-more-at-all-nude--
641.    http://www.sex.com/picture/16569293-bailey-ryder-cayenne-klein-from-sexart-more-at-all-nude--
642.    http://www.sex.com/picture/16571984-sexart-14-06-27-rosaline-rosa-and-vanda-lust-on-the-sly--
643.    http://www.sex.com/picture/16580574-12-pics-8211-breann-is-feeling-mischievous-and-playful/
644.    http://www.sex.com/picture/16653988-12-pics-8211-timea-bella-looks-ravishing-in-her-royal-blue/
645.    http://www.sex.com/picture/16674893-katherine-a-from-sexart-check-it-out--
646.    http://www.sex.com/picture/16674893-katherine-a-from-sexart-check-it-out/
647.    http://www.sex.com/picture/16674895-katherine-a-from-sexart-check-it-out--
648.    http://www.sex.com/picture/16674895-katherine-a-from-sexart-check-it-out/
649.    http://www.sex.com/picture/16674896-katherine-a-from-sexart-check-it-out--
650.    http://www.sex.com/picture/16674896-katherine-a-from-sexart-check-it-out/
651.    http://www.sex.com/picture/16757981-beata-b-patritcy-a-from-sexart-more-at-all-nude-babes--
652.    http://www.sex.com/picture/16757982-beata-b-patritcy-a-from-sexart-more-at-all-nude-babes--
653.    http://www.sex.com/picture/16768458-sexart-14-07-04-lola-reve-and-tania-g-the-heat-2--
654.    http://www.sex.com/picture/16783480-grace-c-from-sexart-check-it-out--
655.    http://www.sex.com/picture/16783480-grace-c-from-sexart-check-it-out/
656.    http://www.sex.com/picture/16817334-sexart-14-03-12-lauren-crist-shower-quickie--
657.    http://www.sex.com/picture/16869631-sexart-13-12-25-melena-a-lost-in-a-dream-volume-1--
658.    http://www.sex.com/picture/16872931-elle-alexandra-jessie-andrews-from-sexart-more-at-all--
659.    http://www.sex.com/picture/16907024-elle-alexandra-jessie-andrews-from-sexart-more-at-all--
660.    http://www.sex.com/picture/16908493-elle-alexandra-jessie-andrews-from-sexart-more-at-all--
661.    http://www.sex.com/picture/16908494-elle-alexandra-jessie-andrews-from-sexart-more-at-all--
662.    http://www.sex.com/picture/16908495-elle-alexandra-jessie-andrews-from-sexart-more-at-all--
663.    http://www.sex.com/picture/16908496-elle-alexandra-jessie-andrews-from-sexart-more-at-all--
664.    http://www.sex.com/picture/16908500-elle-alexandra-jessie-andrews-from-sexart-more-at-all--
665.    http://www.sex.com/picture/16908501-elle-alexandra-jessie-andrews-from-sexart-more-at-all--
666.    http://www.sex.com/picture/16908502-elle-alexandra-jessie-andrews-from-sexart-more-at-all--
667.    http://www.sex.com/picture/16908503-elle-alexandra-jessie-andrews-from-sexart-more-at-all--

EXHIBIT B

Web pages, each containing Plaintiff's Trademark SexArt® in the meta data

| | |
|---|---|
| 668. | http://www.sex.com/picture/16944960-elle-alexandra-jessie-andrews-from-sexart-more-at-all-- |
| 669. | http://www.sex.com/picture/16944961-elle-alexandra-jessie-andrews-from-sexart-more-at-all-- |
| 670. | http://www.sex.com/picture/16978508-sexart-14-07-02-margot-a-pink-- |
| 671. | http://www.sex.com/picture/17048005-whitney-conroy-from-sexart-more-at-all-nude-babes-- |
| 672. | http://www.sex.com/picture/17048006-whitney-conroy-from-sexart-more-at-all-nude-babes-- |
| 673. | http://www.sex.com/picture/17049247-whitney-conroy-from-sexart-more-at-all-nude-babes-- |
| 674. | http://www.sex.com/picture/17049248-whitney-conroy-from-sexart-more-at-all-nude-babes-- |
| 675. | http://www.sex.com/picture/17049249-whitney-conroy-from-sexart-more-at-all-nude-babes-- |
| 676. | http://www.sex.com/picture/17101563-sexart-14-07-13-alexis-brill-amarna-miller-and-taylor-sands-- |
| 677. | http://www.sex.com/picture/17105008-nancy-a-ramere-sexart-- |
| 678. | http://www.sex.com/picture/17105008-nancy-a-ramere-sexart/ |
| 679. | http://www.sex.com/picture/17105851-i-always-love-this-pose-milena-d-from-sexart-- |
| 680. | http://www.sex.com/picture/17105851-i-always-love-this-pose-milena-d-from-sexart/ |
| 681. | http://www.sex.com/picture/17107703-nancy-a-ramere-sexart-- |
| 682. | http://www.sex.com/picture/17107703-nancy-a-ramere-sexart/ |
| 683. | http://www.sex.com/picture/17116702-luce-a-from-sexart-more-at-all-nude-babes-- |
| 684. | http://www.sex.com/picture/17116703-luce-a-from-sexart-more-at-all-nude-babes-- |
| 685. | http://www.sex.com/picture/17116704-luce-a-from-sexart-more-at-all-nude-babes-- |
| 686. | http://www.sex.com/picture/17119389-blue-angel-from-sexart-more-at-all-nude-babes-- |
| 687. | http://www.sex.com/picture/17125139-nancy-a-ramere-sexart-- |
| 688. | http://www.sex.com/picture/17145890-sexart-14-07-11-julia-roca-and-taylor-sands-back-home-- |
| 689. | http://www.sex.com/picture/17148988-blue-angel-from-sexart-more-at-all-nude-babes-- |
| 690. | http://www.sex.com/picture/17148989-blue-angel-from-sexart-more-at-all-nude-babes-- |
| 691. | http://www.sex.com/picture/17148990-blue-angel-from-sexart-more-at-all-nude-babes-- |
| 692. | http://www.sex.com/picture/17148991-blue-angel-from-sexart-more-at-all-nude-babes-- |
| 693. | http://www.sex.com/picture/17148993-blue-angel-from-sexart-more-at-all-nude-babes-- |
| 694. | http://www.sex.com/picture/17148994-blue-angel-from-sexart-more-at-all-nude-babes-- |
| 695. | http://www.sex.com/picture/17148995-blue-angel-from-sexart-more-at-all-nude-babes-- |
| 696. | http://www.sex.com/picture/17148996-blue-angel-from-sexart-more-at-all-nude-babes-- |

EXHIBIT B

Web pages, each containing Plaintiff's Trademark SexArt® in the meta data

| | |
|---|---|
| 697. | http://www.sex.com/picture/17186541-12-pics-8211-melena-a-looks-lovely-in-her-summery-lime/ |
| 698. | http://www.sex.com/picture/17248133-nancy-a-full-nude-from/ |
| 699. | http://www.sex.com/picture/17363173-candy-alexa-from-sexart-more-at-all-nude-babes-- |
| 700. | http://www.sex.com/picture/17396850-candy-alexa-from-sexart-more-at-all-nude-babes-- |
| 701. | http://www.sex.com/picture/17396852-candy-alexa-from-sexart-more-at-all-nude-babes-- |
| 702. | http://www.sex.com/picture/17396853-candy-alexa-from-sexart-more-at-all-nude-babes-- |
| 703. | http://www.sex.com/picture/17396854-candy-alexa-from-sexart-more-at-all-nude-babes-- |
| 704. | http://www.sex.com/picture/17396855-candy-alexa-from-sexart-more-at-all-nude-babes-- |
| 705. | http://www.sex.com/picture/17396857-candy-alexa-from-sexart-more-at-all-nude-babes-- |
| 706. | http://www.sex.com/picture/17396858-candy-alexa-from-sexart-more-at-all-nude-babes-- |
| 707. | http://www.sex.com/picture/17396860-candy-alexa-from-sexart-more-at-all-nude-babes-- |
| 708. | http://www.sex.com/picture/17576820-fun-is-about-to-begin-whitney-conroy-sexart-- |
| 709. | http://www.sex.com/picture/17576820-fun-is-about-to-begin-whitney-conroy-sexart/ |
| 710. | http://www.sex.com/picture/17600656-sexart-14-07-27-alexis-brill-amarna-miller-and-taylor-sands-- |
| 711. | http://www.sex.com/picture/17601032-alexis-brill-nataly-von-from-sexart-more-at-all-nude-- |
| 712. | http://www.sex.com/picture/17601038-alexis-brill-nataly-von-from-sexart-more-at-all-nude-- |
| 713. | http://www.sex.com/picture/17601040-alexis-brill-nataly-von-from-sexart-more-at-all-nude-- |
| 714. | http://www.sex.com/picture/17601042-alexis-brill-nataly-von-from-sexart-more-at-all-nude-- |
| 715. | http://www.sex.com/picture/17796310-natsya-and-susana-from-sexart-doing-what-they-do-best-- |
| 716. | http://www.sex.com/picture/18002476-mia-sollis-sexart-- |
| 717. | http://www.sex.com/picture/18002498-mia-sollis-sexart-- |
| 718. | http://www.sex.com/picture/18002498-mia-sollis-sexart/ |
| 719. | http://www.sex.com/picture/18015946-sexart-14-07-30-michaela-isizzu-only-for-you-- |
| 720. | http://www.sex.com/picture/18073151-sexart-14-08-08-frida-and-lola-reve-pour-toi-mon-amour-2-- |
| 721. | http://www.sex.com/picture/18105415-sexart-14-08-01-chelsy-sun-and-iwia-a-flashback-- |
| 722. | http://www.sex.com/picture/18117110-sexart-14-08-06-sophie-lynx-blowing-in-the-wind-- |
| 723. | http://www.sex.com/picture/18117314-sexart-14-06-08-jenny-simons-at-the-right-time-- |
| 724. | http://www.sex.com/picture/18125033-sexart-14-07-20-alexis-brill-amarna-miller-and-taylor-sands-- |
| 725. | http://www.sex.com/picture/18130138-sexart-14-08-03-alexis-brill-waltz-with-me-summer-- |

EXHIBIT B

Web pages, each containing Plaintiff's Trademark SexArt® in the meta data

| | |
|---|---|
| 726. | http://www.sex.com/picture/18131167-sexart-14-02-26-paula-shy-relax-- |
| 727. | http://www.sex.com/picture/18134781-sexart-14-07-16-luna-se-telefonando-- |
| 728. | http://www.sex.com/picture/18135891-sexart-14-07-06-silvie-deluxe-just-a-minute-- |
| 729. | http://www.sex.com/picture/18138359-sexart-14-07-18-alyssa-reece-mango-a-and-margot-a-black-and-- |
| 730. | http://www.sex.com/picture/18149124-sexart-14-08-10-agatha-and-whitney-conroy-my-first-- |
| 731. | http://www.sex.com/picture/18150568-sexart-14-07-23-melena-a-123-fahrenheit-repack-- |
| 732. | http://www.sex.com/picture/18161415-sexart-14-05-30-sophie-lynx-and-taylor-sands-taylor-and-- |
| 733. | http://www.sex.com/picture/18180338-sexart-14-01-17-luna-and-whitney-conroy-approaching-- |
| 734. | http://www.sex.com/picture/18316612-sexart-malena-morgan-amp-elle-alexandra-- |
| 735. | http://www.sex.com/picture/18403133-lorida-sexart-- |
| 736. | http://www.sex.com/picture/18403161-lorida-sexart-- |
| 737. | http://www.sex.com/picture/18403171-lorida-sexart-- |
| 738. | http://www.sex.com/picture/18435472-sapphira-a-is-among-the-most-popular-models-on-the-metart/ |
| 739. | http://www.sex.com/picture/19188760-cuddleninja-sexart-- |
| 740. | http://www.sex.com/picture/19202306-sexart-connie-carter-- |
| 741. | http://www.sex.com/picture/20068816-sexart-14-09-24-tracy-lindsay-lost-in-a-dream-vol-5-- |
| 742. | http://www.sex.com/picture/20179760-my-sweet-passion-blogs-for-you-numberonegirlsemily-bloom-by-- |
| 743. | http://www.sex.com/picture/20351625-sexart-grace-c-- |
| 744. | http://www.sex.com/picture/20393341-sexart-14-10-01-silvie-luca-lost-in-a-dream-vol-6-- |
| 745. | http://www.sex.com/picture/20831211-sexart-14-09-03-alexa-tomas-io-ballo-da-sola-2-- |
| 746. | http://www.sex.com/picture/20969760-sexart-14-08-27-michaela-isizzu-diary-- |
| 747. | http://www.sex.com/picture/21160009-sexart-14-07-25-lucy-li-and-suzie-carina-summer-day-- |
| 748. | http://www.sex.com/picture/21211582-sexart-14-10-15-tania-g-obsessed-- |
| 749. | http://www.sex.com/picture/21230077-taylor-sands-amp-tess-b-from-sexart-- |
| 750. | http://www.sex.com/picture/21258446-blogbeautygirls-nancy-a-by-sexart-- |
| 751. | http://www.sex.com/picture/21275805-chelsy-sun-amp-iwia-a-from-sexart-- |
| 752. | http://www.sex.com/picture/21305833-nika-n-from-sexart-- |
| 753. | http://www.sex.com/picture/21330521-dominica-phoenix-katy-rose-amp-lexie-dona-from-sexart-- |
| 754. | http://www.sex.com/picture/21371616-blogbeautygirls-connie-carter-from-sexart-- |

EXHIBIT B

Web pages, each containing Plaintiff's Trademark SexArt® in the meta data

755.    http://www.sex.com/picture/21409019-sara-h-from-sexart--
756.    http://www.sex.com/picture/21533161-frida-amp-lola-reve-from-sexart--
757.    http://www.sex.com/picture/21574352-tess-lyndon-amp-whitney-conroy-from-sexart--
758.    http://www.sex.com/picture/21584408-sexart-14-09-12-rosaline-rosa-and-sabrina-moor-awakening--
759.    http://www.sex.com/picture/21655375-alexa-tomas-from-sexart--
760.    http://www.sex.com/picture/21814077-sexart-14-08-15-silvie-luca-and-tracy-lindsay-txt-us--
761.    http://www.sex.com/picture/21823253-miela-a-from-sexart--
762.    http://www.sex.com/picture/21833229-iwia-a-amp-suzie-carina-from-sexart--
763.    http://www.sex.com/picture/21843931-sabrisse-a-from-sexart--
764.    http://www.sex.com/picture/21851262-whitney-conroy-from-sexart--
765.    http://www.sex.com/picture/21860353-sexart-14-08-22-tess-b-and-whitney-conroy-rear-window--
766.    http://www.sex.com/picture/21876186-melena-a-prota-sexart-blonde-boobs--
767.    http://www.sex.com/picture/22111826-silvie-luca-amp-tracy-lindsay-from-sexart--
768.    http://www.sex.com/picture/22123975-milena-d-sexart-140416-12--
769.    http://www.sex.com/picture/22151870-sexart-14-09-21-tracy-smile-soldier--
770.    http://www.sex.com/picture/22185412-sexart-14-11-07-aiko-bell-and-chelsy-sun-touch-of-sun--
771.    http://www.sex.com/picture/22231881-nancy-a-from-sexart--
772.    http://www.sex.com/picture/22296380-frida-amp-tania-g-sexart-gallery-nsfw-scissoring--
773.    http://www.sex.com/picture/22306492-las-inocentes-y-perfectas-malena-morgan-y-elle-alexandra--
774.    http://www.sex.com/picture/22306492-las-inocentes-y-perfectas-malena-morgan-y-elle-alexandra/
775.    http://www.sex.com/picture/22308074-sexart-14-11-09-agatha-and-tracy-lindsay-love-for-sale-harder--
776.    http://www.sex.com/picture/22524151-sexart-diana-g--
777.    http://www.sex.com/picture/22524151-sexart-diana-g/
778.    http://www.sex.com/picture/22524435-sexart-diana-g--
779.    http://www.sex.com/picture/22730284-sexart-14-08-29-mango-a-and-margot-a-stay-here-with-me--
780.    http://www.sex.com/picture/2273607-lesbian-in-69view-my-teacher-loves-anal--
781.    http://www.sex.com/picture/2273607-lesbian-in-69view-my-teacher-loves-anal/
782.    http://www.sex.com/picture/22947361-sexart-14-11-19-michaela-isizzu-feminine--
783.    http://www.sex.com/picture/22968125-sexart-14-11-23-suzie-carina-and-tracy-lindsay-love-for-sale--

EXHIBIT B

Web pages, each containing Plaintiff's Trademark SexArt® in the meta data

784.   http://www.sex.com/picture/23048176-hot-vagina-photo-with-a-amazing-pornstar/
785.   http://www.sex.com/picture/23123723-sexart-14-11-26-sapphira-a-lost-in-a-dream-vol-3--
786.   http://www.sex.com/picture/23158113-anarsa-with-melena-a-sexart--
787.   http://www.sex.com/picture/23164026-acro-with-michaela-isizzu-sexart--
788.   http://www.sex.com/picture/23278306-sexart-miela--
789.   http://www.sex.com/picture/23278306-sexart-miela/
790.   http://www.sex.com/picture/2328449-sexart-cameron-canada-and-kris-slater-in-sahara--
791.   http://www.sex.com/picture/23316417-sexart-14-11-30-samantha-bentley-and-tracy-lindsay-love-for--
792.   http://www.sex.com/picture/23352594-suave-with-miela-a-sexart--
793.   http://www.sex.com/picture/23410103-sexart-14-06-25-mango-a-baby-blue--
794.   http://www.sex.com/picture/23461771-sexart-14-12-03-alexa-tomas-incandescence-1-a-doll-story--
795.   http://www.sex.com/picture/23514920-cuddleninja-miela-a-and-mia-knox-sexart--
796.   http://www.sex.com/picture/23529496-sexart-eveline-neill-one-night-sd--
797.   http://www.sex.com/picture/23610251-sexart-14-12-07-eveline-neill-one-night--
798.   http://www.sex.com/picture/23702355-sexart-14-12-05-julia-roca-and-mango-a-doubleface--
799.   http://www.sex.com/picture/23725930-hold-still-with-tofana-a-macy-b-sexart--
800.   http://www.sex.com/picture/23880292-sexart-14-12-10-andrea-p-red-vinyl--
801.   http://www.sex.com/picture/23985243-sexart-14-12-17-ariel-rebel-incandescence--
802.   http://www.sex.com/picture/24079959-emily-bloom-from-sexart-number-one-girls--
803.   http://www.sex.com/picture/24079959-emily-bloom-from-sexart-number-one-girls/
804.   http://www.sex.com/picture/24117120-sexart-14-12-19-aiko-bell-and-tracy-lindsay-shards-of-summer--
805.   http://www.sex.com/picture/2418754-sexart-carla-cox-snow-fun-still-enough-time-xxx--
806.   http://www.sex.com/picture/24222535-lesbiansilk-lorena-38-whitney-conroy-sex-from-sexart--
807.   http://www.sex.com/picture/24263393-sexart-lenai--
808.   http://www.sex.com/picture/24263393-sexart-lenai/
809.   http://www.sex.com/picture/24263679-sexart-lenai--
810.   http://www.sex.com/picture/24342343-lesbiansilk-sexart-the-writer-you-belong-to-me--
811.   http://www.sex.com/picture/24349360-sexart-14-12-21-ivana-sugar-holiday--
812.   http://www.sex.com/picture/24395365-sexart-14-12-24-sapphira-a-her-night--

EXHIBIT B

Web pages, each containing Plaintiff's Trademark SexArt® in the meta data

813.    http://www.sex.com/picture/24487566-sexart-amarna-miller--
814.    http://www.sex.com/picture/24487566-sexart-amarna-miller/
815.    http://www.sex.com/picture/24488063-sexart-amarna-miller--
816.    http://www.sex.com/picture/24602025-sexart-14-09-14-vanda-lust-surprise--
817.    http://www.sex.com/picture/24696825-ebrede-with-lorena-b-sexart--
818.    http://www.sex.com/picture/2477776-sexart-stacie-silverstone-undercover-dangerous-iii-in--
819.    http://www.sex.com/picture/24777772-sexart-14-12-26-iwia-a-and-lucy-li-aquafun--
820.    http://www.sex.com/picture/24815459-lorena-b-in-laristena-sexart-nude-bikini-babes--
821.    http://www.sex.com/picture/24815459-lorena-b-in-laristena-sexart-nude-bikini-babes/
822.    http://www.sex.com/picture/24828559-sexart-15-01-02-silvie-luca-and-tess-b-distorted-reality--
823.    http://www.sex.com/picture/24877122-onder-with-denisa-heaven-sexart--
824.    http://www.sex.com/picture/24930186-sexart-14-12-28-taylor-sands-fantastico--
825.    http://www.sex.com/picture/25067123-pussy-is-good-macy-b-rumors-from-sexart-found-at-the--
826.    http://www.sex.com/picture/25067123-pussy-is-good-macy-b-rumors-from-sexart-found-at-the/
827.    http://www.sex.com/picture/25173998-ozvena-with-candy-wais-sexart--
828.    http://www.sex.com/picture/25282438-sexart-15-01-11-kiara-lord-ememories-3--
829.    http://www.sex.com/picture/25286768-sexart-eufrat-dido--
830.    http://www.sex.com/picture/25288761-sexart-eufrat-dido--
831.    http://www.sex.com/picture/25288761-sexart-eufrat-dido/
832.    http://www.sex.com/picture/25312437-paula-shy-in-ricorno-sexart-blonde-milf--
833.    http://www.sex.com/picture/25312437-paula-shy-in-ricorno-sexart-blonde-milf/
834.    http://www.sex.com/picture/25338033-sexart-vol1-pure-pleasure--
835.    http://www.sex.com/picture/25342833-sexart-14-12-14-helena-sculptura-racetrack--
836.    http://www.sex.com/picture/25438318-timea-bella-in-detta-sexart-18-teen-pussy--
837.    http://www.sex.com/picture/25441366-melena-a-in-setoide-sexart-wet-tenn-pussy--
838.    http://www.sex.com/picture/25484146-nastya-k-dativo-sexart-blonde-girls-sexy-photos--
839.    http://www.sex.com/picture/25484146-nastya-k-dativo-sexart-blonde-girls-sexy-photos/
840.    http://www.sex.com/picture/25536499-sexart-15-01-14-layla-sin-io-ballo-da-sola-3--
841.    http://www.sex.com/picture/25541738-miela-a-in-pedim-sexart-big-tits-round-asses--

EXHIBIT B

Web pages, each containing Plaintiff's Trademark SexArt® in the meta data

| | |
|---|---|
| 842. | http://www.sex.com/picture/2564942-sexart-kitty-jane-and-mia-knox-white-secret-xxx-- |
| 843. | http://www.sex.com/picture/25843147-sexart-14-10-10-iwia-a-and-suzie-carina-symphony-- |
| 844. | http://www.sex.com/picture/25850493-charlotte-stokely-jasmine-sexart-amateur-strip-- |
| 845. | http://www.sex.com/picture/25857018-feira-with-lauren-crist-sexart-- |
| 846. | http://www.sex.com/picture/25912959-sexart-15-01-23-julia-roca-and-tracy-lindsay-que-es-la-pasion-- |
| 847. | http://www.sex.com/picture/25966966-sexart-15-01-21-sapphira-a-122-fahrenheit-- |
| 848. | http://www.sex.com/picture/25983981-numberonegirls-linda-sweet-by-sexart-come-for-more-- |
| 849. | http://www.sex.com/picture/25983981-numberonegirls-linda-sweet-by-sexart-come-for-more/ |
| 850. | http://www.sex.com/picture/26032243-sexart-14-08-24-amarna-miller-que-es-la-pasion-- |
| 851. | http://www.sex.com/picture/2622246-sexart-dani-daniels-and-ryan-driller-de-lounge-ii-xxx-- |
| 852. | http://www.sex.com/picture/26400074-sexart-14-08-20-luna-distractions-- |
| 853. | http://www.sex.com/picture/26506714-sexart-sinia-a-- |
| 854. | http://www.sex.com/picture/26506714-sexart-sinia-a/ |
| 855. | http://www.sex.com/picture/26507081-sexart-sinia-a-- |
| 856. | http://www.sex.com/picture/26711894-sexart-15-01-25-cristal-caitlin-volcano-- |
| 857. | http://www.sex.com/picture/26798177-sexart-15-02-04-whitney-westgate-distorted-reality-2-- |
| 858. | http://www.sex.com/picture/2693802-sexart-emylia-argan-snow-fun-ii-candle-romance-xxx-- |
| 859. | http://www.sex.com/picture/26961806-sexart-15-02-11-ariel-rebel-girls-love-sex-threesome-- |
| 860. | http://www.sex.com/picture/27058997-sexart-15-02-06-alexa-tomas-and-lexie-dona-together-- |
| 861. | http://www.sex.com/picture/27102770-dokina-with-karina-o-sexart-- |
| 862. | http://www.sex.com/picture/27143604-sexart-15-02-13-agatha-and-silvie-luca-the-road-goes-on-2-- |
| 863. | http://www.sex.com/picture/27247651-sexart-15-02-20-amarna-miller-and-tracy-lindsay-slippery-when-- |
| 864. | http://www.sex.com/picture/27267463-sexart-15-02-15-kiara-lord-my-city-my-love-- |
| 865. | http://www.sex.com/picture/27280448-ynopi-with-macy-b-sexart-- |
| 866. | http://www.sex.com/picture/27366410-sexart-15-02-22-lola-reve-dont-forget-me-- |
| 867. | http://www.sex.com/picture/27373568-ariel-- |
| 868. | http://www.sex.com/picture/27438735-melena-a-erotic-picture-from-sexart-- |
| 869. | http://www.sex.com/picture/27477069-sexart-15-02-08-iwia-a-the-contract-- |
| 870. | http://www.sex.com/picture/27492846-denisa-heaven-for-sexart-- |

EXHIBIT B

Web pages, each containing Plaintiff's Trademark SexArt® in the meta data

871. http://www.sex.com/picture/27514277-faccia-with-sapphira-a-sexart--
872. http://www.sex.com/picture/27548045-sexart-hayden-hawkins-rilee-marks--
873. http://www.sex.com/picture/27612217-zinia-with-nastya-k-sexart--
874. http://www.sex.com/picture/27730020-xena-erotic-picture-from-sexart--
875. http://www.sex.com/picture/27894950-pesma-with-nedda-a-sexart--
876. http://www.sex.com/picture/2957069-mia-sollis-8211-monimo-from-sexart--
877. http://www.sex.com/picture/4505022-mia-sollis-8211-monimo-from-sexart--
878. http://www.sex.com/picture/4505022-mia-sollis-8211-monimo-from-sexart/
879. http://www.sex.com/picture/4608167-katherine-a-8211-eromeni-from-sexart--
880. http://www.sex.com/picture/4608167-katherine-a-8211-eromeni-from-sexart/
881. http://www.sex.com/picture/5315646-miela-aa-a-a-nude-pics-from-sexart--
882. http://www.sex.com/picture/5315646-miela-aa-a-a-nude-pics-from-sexart/
883. http://www.sex.com/picture/5342462-hotsweetshe-grace-c-gabi-de-castello-carla-cox-and-terry--
884. http://www.sex.com/picture/5342462-hotsweetshe-grace-c-gabi-de-castello-carla-cox-and-terry/
885. http://www.sex.com/picture/5344239-hotsweetshe-grace-c-gabi-de-castello-carla-cox-and-terry--
886. http://www.sex.com/picture/5344239-hotsweetshe-grace-c-gabi-de-castello-carla-cox-and-terry/
887. http://www.sex.com/picture/5345024-hotsweetshe-grace-c-gabi-de-castello-carla-cox-and-terry--
888. http://www.sex.com/picture/5345024-hotsweetshe-grace-c-gabi-de-castello-carla-cox-and-terry/
889. http://www.sex.com/picture/5347620-hotsweetshe-grace-c-gabi-de-castello-carla-cox-emylia--
890. http://www.sex.com/picture/5347620-hotsweetshe-grace-c-gabi-de-castello-carla-cox-emylia/
891. http://www.sex.com/picture/5348380-hotsweetshe-grace-c-gabi-de-castello-carla-cox-emylia--
892. http://www.sex.com/picture/5348380-hotsweetshe-grace-c-gabi-de-castello-carla-cox-emylia/
893. http://www.sex.com/picture/5396027-hotsweetshe-grace-c-carla-cox-and-terry-sullivan-8211-the--
894. http://www.sex.com/picture/5396027-hotsweetshe-grace-c-carla-cox-and-terry-sullivan-8211-the/
895. http://www.sex.com/picture/5418380-volonte-sexart--
896. http://www.sex.com/picture/5589023-macy-morena-sexart--
897. http://www.sex.com/picture/5640135-sexart-milana-j-vanda-b-afecto--
898. http://www.sex.com/picture/5755567-sexart-emily-bloom-milena-d-esculpido--
899. http://www.sex.com/picture/5826904-sexart-nika-n-aeur-kalimera--

EXHIBIT B

Web pages, each containing Plaintiff's Trademark SexArt® in the meta data

| | |
|---|---|
| 900. | http://www.sex.com/picture/5984759-sexart-diana-g-flovios-- |
| 901. | http://www.sex.com/picture/6065537-nedda-sexart-- |
| 902. | http://www.sex.com/picture/6065550-sexart-lorena-b-courant-- |
| 903. | http://www.sex.com/picture/6357950-lorena-from-sexart-- |
| 904. | http://www.sex.com/picture/6357950-lorena-from-sexart/ |
| 905. | http://www.sex.com/picture/6680965-hotsweetshe-nastya-k-from-sexart-- |
| 906. | http://www.sex.com/picture/6683282-hotsweetshe-grace-c-gabi-de-castello-carla-cox-emylia-- |
| 907. | http://www.sex.com/picture/6683282-hotsweetshe-grace-c-gabi-de-castello-carla-cox-emylia/ |
| 908. | http://www.sex.com/picture/6692797-hotsweetshe-grace-c-gabi-de-castello-carla-cox-emylia-- |
| 909. | http://www.sex.com/picture/6692797-hotsweetshe-grace-c-gabi-de-castello-carla-cox-emylia/ |
| 910. | http://www.sex.com/picture/6696539-hotsweetshe-grace-c-gabi-de-castello-carla-cox-emylia-- |
| 911. | http://www.sex.com/picture/6696539-hotsweetshe-grace-c-gabi-de-castello-carla-cox-emylia/ |
| 912. | http://www.sex.com/picture/7579038-blue-angel-thomas-lee-home-coming-sexart-2013fullhd-- |
| 913. | http://www.sex.com/picture/7579038-blue-angel-thomas-lee-home-coming-sexart-2013fullhd/ |
| 914. | http://www.sex.com/picture/7623079-nataly-von-franck-franco-a-love-story-sexart-- |
| 915. | http://www.sex.com/picture/7623079-nataly-von-franck-franco-a-love-story-sexart/ |
| 916. | http://www.sex.com/picture/7664047-ariel-piper-fawn-miela-a-i-want-you-sexart-2013fullhd-- |
| 917. | http://www.sex.com/picture/7664047-ariel-piper-fawn-miela-a-i-want-you-sexart-2013fullhd/ |
| 918. | http://www.sex.com/picture/7729786-sandra-luberec-marcus-dupree-cybersex-sexart-- |
| 919. | http://www.sex.com/picture/7729786-sandra-luberec-marcus-dupree-cybersex-sexart/ |
| 920. | http://www.sex.com/picture/7771550-isabella-chrystin-matt-ice-wild-girl-sexart-2013fullhd-- |
| 921. | http://www.sex.com/picture/7771550-isabella-chrystin-matt-ice-wild-girl-sexart-2013fullhd/ |
| 922. | http://www.sex.com/picture/7808369-nataly-von-tiffany-doll-pour-toi-mon-amour-sexart-- |
| 923. | http://www.sex.com/picture/7808369-nataly-von-tiffany-doll-pour-toi-mon-amour-sexart/ |
| 924. | http://www.sex.com/picture/7868079-amirah-abada-judy-smile-offstage-sexart-2013fullhd-- |
| 925. | http://www.sex.com/picture/7868079-amirah-abada-judy-smile-offstage-sexart-2013fullhd/ |
| 926. | http://www.sex.com/picture/7909001-isabella-chrystin-thomas-lee-wild-girl-ii-sexart-- |
| 927. | http://www.sex.com/picture/7909001-isabella-chrystin-thomas-lee-wild-girl-ii-sexart/ |
| 928. | http://www.sex.com/picture/7952223-iwia-a-lorena-b-greg-baldwin-dare-sexart-2013fullhd-- |

EXHIBIT B

Web pages, each containing Plaintiff's Trademark SexArt® in the meta data

929.  http://www.sex.com/picture/7952223-iwia-a-lorena-b-greg-baldwin-dare-sexart-2013fullhd/
930.  http://www.sex.com/picture/7971210-hungtiger-hotsweetshe-annely-gerritsen-8211-welcome-from--
931.  http://www.sex.com/picture/7971210-hungtiger-hotsweetshe-annely-gerritsen-8211-welcome-from/
932.  http://www.sex.com/picture/8061158-marica-hase-matt-bird-sexter-sexart-2013fullhd--
933.  http://www.sex.com/picture/8061158-marica-hase-matt-bird-sexter-sexart-2013fullhd/
934.  http://www.sex.com/picture/8099638-dido-a-eufrat-mai-vertigo-sexart-2013fullhd--
935.  http://www.sex.com/picture/8099638-dido-a-eufrat-mai-vertigo-sexart-2013fullhd/
936.  http://www.sex.com/picture/8162080-samantha-joons-tracy-lindsay-jenga-sexart-2013fullhd--
937.  http://www.sex.com/picture/8162080-samantha-joons-tracy-lindsay-jenga-sexart-2013fullhd/
938.  http://www.sex.com/picture/8304336-violette-pink-kristof-cale-careful-sexart-2013fullhd--
939.  http://www.sex.com/picture/8304336-violette-pink-kristof-cale-careful-sexart-2013fullhd/
940.  http://www.sex.com/picture/8347291-jenny-appach-kayla-lyon-swimming-pool-sexart-2013sd--
941.  http://www.sex.com/picture/8347291-jenny-appach-kayla-lyon-swimming-pool-sexart-2013sd/
942.  http://www.sex.com/picture/8347292-jenny-appach-kayla-lyon-swimming-pool-sexart--
943.  http://www.sex.com/picture/8347292-jenny-appach-kayla-lyon-swimming-pool-sexart/
944.  http://www.sex.com/picture/8438315-victoria-blaze-thomas-lee-book-of-love-sexart--
945.  http://www.sex.com/picture/8438315-victoria-blaze-thomas-lee-book-of-love-sexart/
946.  http://www.sex.com/picture/8481492-casey-jordan-paula-shy-summer-play-sexart-2013fullhd--
947.  http://www.sex.com/picture/8481492-casey-jordan-paula-shy-summer-play-sexart-2013fullhd/
948.  http://www.sex.com/picture/8521991-agatha-about-a-girl-sexart-2013fullhd--
949.  http://www.sex.com/picture/8521991-agatha-about-a-girl-sexart-2013fullhd/
950.  http://www.sex.com/picture/8586017-violette-pink-zara-jay-city-ride-sexart-2013sd--
951.  http://www.sex.com/picture/8586017-violette-pink-zara-jay-city-ride-sexart-2013sd/
952.  http://www.sex.com/picture/8586495-violette-pink-zara-jay-city-ride-sexart-2013fullhd--
953.  http://www.sex.com/picture/8586495-violette-pink-zara-jay-city-ride-sexart-2013fullhd/
954.  http://www.sex.com/picture/8627572-luna-the-sound-of-silence-sexart-2013fullhd--
955.  http://www.sex.com/picture/8627572-luna-the-sound-of-silence-sexart-2013fullhd/
956.  http://www.sex.com/picture/8666069-silvie-deluxe-mr-jacob-the-studio-sexart-2013fullhd--
957.  http://www.sex.com/picture/8666069-silvie-deluxe-mr-jacob-the-studio-sexart-2013fullhd/

EXHIBIT B

Web pages, each containing Plaintiff's Trademark SexArt® in the meta data

| | |
|---|---|
| 958. | http://www.sex.com/picture/8811273-alexis-crystal-alissia-loop-the-game-the-target-sexart-- |
| 959. | http://www.sex.com/picture/8811273-alexis-crystal-alissia-loop-the-game-the-target-sexart/ |
| 960. | http://www.sex.com/picture/8875198-anita-bellini-mark-i-temptation-sexart-2013fullhd-- |
| 961. | http://www.sex.com/picture/8875198-anita-bellini-mark-i-temptation-sexart-2013fullhd/ |
| 962. | http://www.sex.com/picture/9030343-sexart-featuring-nika-n-- |
| 963. | http://www.sex.com/picture/9030343-sexart-featuring-nika-n/ |
| 964. | http://www.sex.com/picture/9530943-emily-bloom-from-sexart-- |
| 965. | http://www.sex.com/picture/9565612-bunnygirl-via-sharca-with-kitana-a-sexart-continue-- |
| 966. | http://www.sex.com/picture/9565612-bunnygirl-via-sharca-with-kitana-a-sexart-continue/ |
| 967. | http://www.sex.com/picture/9584030-ryanel-a-from-sexart-- |
| 968. | http://www.sex.com/picture/9664039-candy-alexa-038-linda-sweet-from-sexart-- |
| 969. | http://www.sex.com/picture/9817175-alexis-brill-038-nataly-von-from-sexart-- |
| 970. | http://www.sex.com/picture/9864926-passion-rises-with-lorena-b-alexis-brill-sexart-- |
| 971. | http://www.sex.com/picture/9867241-candy-alexa-from-sexart-- |
| 972. | http://www.sex.com/picture/9921234-luce-a-from-sexart-- |
| 973. | http://www.sex.com/picture/9943872-blue-angel-from-sexart-- |
| 974. | http://www.sex.com/picture/9966693-whitney-conroy-from-sexart-- |
| 975. | http://www.sex.com/picture/9979499-sano-with-emily-bloom-sexart-- |
| 976. | http://www.sex.com/picture/9992952-fermo-with-caprice-a-sexart-- |
| 977. | http://www.sex.com/video/18282971-sex-art-waltz-with-me-summer/ |
| 978. | http://www.sex.com/video/18361499-sex-art-firestarter/ |
| 979. | http://www.sex.com/video/18367710-sex-art-drive/ |
| 980. | http://www.sex.com/video/18482133-sex-art-waltz-with-me-spring/ |
| 981. | http://www.sex.com/video/18488542-sex-art-waltz-with-me-autumn/ |
| 982. | http://www.sex.com/video/18493881-sex-art-fly/ |
| 983. | http://www.sex.com/video/18532826-sex-art-message-in-a-bottle/ |
| 984. | http://www.sex.com/video/18614707-sex-art-im-here-for-love/ |
| 985. | http://www.sex.com/video/18778429-sex-art-waltz-with-me-winter/ |
| 986. | http://www.sex.com/video/2006138-malena-morgan-and-riley-reid-sexart-threesome/ |