EXHIBIT C

| Registration # | Title | Active Link | Noticed Link |
|---|---|---|---|
| PA0001931424 | Waltz With Me - Winter | http://fr.sex.com/video/23641099-waltz-with-me-winter/ | http://fr.sex.com/video/23641099-sex-art-waltz-with-me-winter/ |
| PA0001931430 | Fly | http://fr.sex.com/video/23026523-fly/ | http://fr.sex.com/video/23026523-sex-art-fly/ |
| PA0001931430 | Fly | http://fr.sex.com/video/19991347-fly/ | http://fr.sex.com/video/19991347-sex-art-fly/ |
| PA0001931430 | Fly | http://pl.sex.com/video/23184677-fly/ | http://pl.sex.com/video/23184677-sex-art-fly/ |
| PA0001931430 | Fly | http://pl.sex.com/video/23070511-fly/ | http://pl.sex.com/video/23070511-sex-art-fly/ |
| PA0001922537 | The Date | http://www.sex.com/video/25873152-present-lily-part-2/ | www.sex.com/video/25873152-met-art-present-lily-part-2/ |
| PA0001922537 | The Date | http://images.sex.com/images/pinporn/2015/01/24/620/10172650.jpg?site=sex&user=collection-nu | http://images.sex.com/images/pinporn/2015/01/24/620/10172650.jpg?site=sex&user=collection-nu |
| PA0001916896 | Drive | http://www.sex.com/video/18367710-drive/ | http://www.sex.com/video/18367710-sex-art-drive/ |
| PA0001923128 | Firestarter | http://www.sex.com/video/18361499-firestarter/ | http://www.sex.com/video/18361499-sex-art-firestarter/ |
| PA0001931430 | Fly | http://www.sex.com/video/18493881-fly/ | http://www.sex.com/video/18493881-sex-art-fly/ |
| PA0001922478 | Im Here for Love | http://www.sex.com/video/18614707-im-here-for-love/ | http://www.sex.com/video/18614707-sex-art-im-here-for-love/ |
| PA0001922661 | Message in a Bottle | http://www.sex.com/video/18532826-message-in-a-bottle/ | http://www.sex.com/video/18532826-sex-art-message-in-a-bottle/ |
| PA0001931988 | Waltz With Me - Autumn | http://www.sex.com/video/18488542-waltz-with-me-autumn/ | http://www.sex.com/video/18488542-sex-art-waltz-with-me-autumn/ |
| PA0001931987 | Waltz With Me - Spring | http://www.sex.com/video/18482133-waltz-with-me-spring/ | http://www.sex.com/video/18482133-sex-art-waltz-with-me-spring/ |
| PA0001931985 | Waltz With Me - Summer | http://www.sex.com/video/18282971-waltz-with-me-summer/ | http://www.sex.com/video/18282971-sex-art-waltz-with-me-summer/ |
| PA0001931424 | Waltz With Me - Winter | http://www.sex.com/video/18778429- | http://www.sex.com/video/18778429-sex- |

EXHIBIT C

| | | waltz-with-me-winter/ | art-waltz-with-me-winter/ |
|---|---|---|---|
| VA0001930024 | Enormida by Matiss | http://www.sex.com/picture/15876514-enormida/ | http://www.sex.com/picture/15876514-enormida/ |
| VA0001930024 | Enormida by Matiss | http://images.sex.com/images/pinporn/2014/06/12/620/6436012.jpg?site=sex&user=ilikebabes | http://images.sex.com/images/pinporn/2014/06/12/620/6436012.jpg?site=sex&user=ilikebabes |
| VA0001929039 | Kalmar by Luca Helios | http://www.sex.com/picture/16510892-kalmar/ | http://www.sex.com/picture/16510892-kalmar/ |
| VA0001929039 | Kalmar by Luca Helios | http://images.sex.com/images/pinporn/2014/06/28/620/6671708.jpg?site=sex&user=ilikebabes | http://images.sex.com/images/pinporn/2014/06/28/620/6671708.jpg?site=sex&user=ilikebabes |
| VA0001931949 | Mokowa by Max Asolo | http://www.sex.com/picture/16774451-mokowa/ | http://www.sex.com/picture/16774451-mokowa/ |
| VA0001931949 | Mokowa by Max Asolo | http://images.sex.com/images/pinporn/2014/07/05/620/6787387.jpg?site=sex&user=ilikebabes | http://images.sex.com/images/pinporn/2014/07/05/620/6787387.jpg?site=sex&user=ilikebabes |
| VA0001935358 | Nikesta | http://www.sex.com/picture/16454802-nikesta/ | http://www.sex.com/picture/16454802-nikesta/ |
| VA0001935358 | Nikesta | http://images.sex.com/images/pinporn/2014/06/26/620/6649549.jpg?site=sex&user=ilikebabes | http://images.sex.com/images/pinporn/2014/06/26/620/6649549.jpg?site=sex&user=ilikebabes |
| VA0001929053 | Olinthe by Luca Helios | http://www.sex.com/picture/16976789-olinthe/ | http://www.sex.com/picture/16976789-olinthe/ |
| VA0001929053 | Olinthe by Luca Helios | http://images.sex.com/images/pinporn/2014/07/10/620/6880532.jpg?site=sex&user=ilikebabes | http://images.sex.com/images/pinporn/2014/07/10/620/6880532.jpg?site=sex&user=ilikebabes |
| PA0001916911 | Suzanna A in Morango | http://www.sex.com/picture/13580921-suzanna-a-is-a-sexy-cowgirl/ | http://www.sex.com/picture/13580921-suzanna-a-is-a-sexy-cowgirl/ |
| PA0001916911 | Suzanna A in Morango | http://images.sex.com/images/pinporn/2014/04/11/620/5580600.jpg?site=sex&user=jbghoul | http://images.sex.com/images/pinporn/2014/04/11/620/5580600.jpg?site=sex&user=jbghoul |
| PA0001931430 | Hangover | http://www.sex.com/video/22863192-flora-as-agatha-hangover/ | http://www.sex.com/video/22863192-flora-as-agatha-hangover/ |

EXHIBIT C

| | | | |
|---|---|---|---|
| PA0001922543 | Tantra Imaginations | http://www.sex.com/video/11130241-european-by-site/ | http://www.sex.com/video/11130241-european-sexart-by-site-sex-art/ |
| PA0001922541 | Sunny Morning | http://www.sex.com/picture/19251186-sunny-morning/ | http://www.sex.com/picture/19251186-sunny-morning/ |
| PA0001922541 | Sunny Morning | http://images.sex.com/images/pinporn/2014/09/05/620/7827243.jpg?site=sex&user=slutybitchesrus | http://images.sex.com/images/pinporn/2014/09/05/620/7827243.jpg?site=sex&user=slutybitchesrus |
| VA0001935358 | Nikesta | http://www.sex.com/picture/11318685-nefeli/ | http://www.sex.com/picture/11318685-nefeli/ |
| VA0001935358 | Nikesta | http://images.sex.com/images/pinporn/2014/01/21/620/4773688.jpg?site=sex&user=tomoka | http://images.sex.com/images/pinporn/2014/01/21/620/4773688.jpg?site=sex&user=tomoka |
| VA0001929053 | Olinthe by Luca Helios | http://www.sex.com/picture/12450256-mia-sollis-great-tits/ | http://www.sex.com/picture/12450256-mia-sollis-great-tits/ |
| VA0001929053 | Olinthe by Luca Helios | http://images.sex.com/images/pinporn/2014/03/02/620/5167330.jpg?site=sex&user=tyrc84 | http://images.sex.com/images/pinporn/2014/03/02/620/5167330.jpg?site=sex&user=tyrc84 |
| PA0001931427 | The Cove | http://www.sex.com/video/2006138-malena-morgan-and-riley-reid-threesome/ | http://www.sex.com/video/2006138-malena-morgan-and-riley-reid-sexart-threesome/ |
| PA0001917307 | Viola Bailey in Scoperta | http://www.sex.com/picture/13478086-14-04-06-viola-bailey-scoperta-xxx-1080p-x264-gagvid/ | http://www.sex.com/picture/13478086-14-04-06-viola-bailey-scoperta-xxx-1080p-x264-gagvid/ |
| PA0001917307 | Viola Bailey in Scoperta | http://images.sex.com/images/pinporn/2014/04/07/620/5542191.jpg?site=sex&user=xxxart | http://images.sex.com/images/pinporn/2014/04/07/620/5542191.jpg?site=sex&user=xxxart |