EXHIBIT D

"UPLOADERS"

1. 18plus
2. akselipatel
3. alpharacks
4. amazingxteens
5. analgangbang
6. anonymous313347
7. asuraoflove
8. avgreat
9. babegalleriesxxx
10. bdant
11. bhg69
12. bobotumb
13. bohemian121
14. boobiesw
15. boobsko
16. bourne1966
17. brendamyles
18. bukkake-porn
19. bumxx
20. christopher1
21. collection-nu
22. compilationofhotbabes
23. dannyb
24. ddlg
25. debris
26. dmanhome
27. doggystyle1976
28. dolmance
29. doublefun
30. dream-hot-babes
31. dstanley
32. dvdh
33. elsexodivino
34. empgin
35. enigmaseed5
36. europornstar
37. f61149bd
38. failfunsexy
39. fassinated
40. fireperson
41. gary-c
42. geek
43. gefestsergey
44. gemini1998
45. goatsie
46. hahllarson
47. hairyteenpussy
48. hedgehog
49. hgb007
50. hornysam
51. hot4pics
52. hot-babes-to-dream-on
53. hotgirls18
54. ilikebabes
55. itspussygalore
56. iwantithard
57. jackietirret
58. jackmanrooo
59. jamie111
60. jasminewolffxxx
61. jbghoul
62. jonnaxoxo
63. jst439
64. julio-senna
65. jullya
66. kamenb
67. kemstar
68. kenniew07
69. kimbun
70. kkermit
71. koivulowery
72. laatikainenrandolph
73. lesbianpictureheaven
74. lesbians-exposed
75. lesbiclove
76. lexington
77. lf513
78. liljacameron
79. livesexhunter
80. lol2ek
81. lowhead69

EXHIBIT D

## "UPLOADERS"

| # | Name | # | Name | # | Name |
|---|---|---|---|---|---|
| 82. | lustfulbaby | 111. | postiblair | 140. | thegr8scott |
| 83. | makron2014 | 112. | pp-maggie | 141. | the-pin-pinner |
| 84. | mantomiber | 113. | psaune | 142. | thorsif |
| 85. | maryjaneherer | 114. | quixotic | 143. | tommyz777 |
| 86. | maxii | 115. | raf24 | 144. | tomoka |
| 87. | mcl | 116. | researchmypussy | 145. | topbabes |
| 88. | mistymusic6 | 117. | richardro | 146. | tyrc84 |
| 89. | mkrueger | 118. | rufus96 | 147. | uneimagedamour |
| 90. | mmassfeet | 119. | satfun | 148. | useridname |
| 91. | mongostudmuffin | 120. | selfieguru | 149. | venusaphrodite |
| 92. | monkeyr8 | 121. | sexbabes | 150. | virginoff |
| 93. | motunhan | 122. | sexpinners | 151. | warren5 |
| 94. | mrsilver13 | 123. | sexywomennow | 152. | wildfap |
| 95. | myslavegirl | 124. | simjen2562 | 153. | wonderful-women |
| 96. | nakedbeauties | 125. | sloanesteel | 154. | wookie |
| 97. | nasomb | 126. | slutybitchesrus | 155. | worlddetox |
| 98. | nekkis | 127. | softcore | 156. | x-artistic |
| 99. | nickurfe | 128. | spertekh | 157. | xbesthotbabesx |
| 100. | nylonluv | 129. | stertouk | 158. | xjusthotteens |
| 101. | ocram001 | 130. | sumdim | 159. | xxxart |
| 102. | pcsnbaseball | 131. | superbeast | | |
| 103. | petereaterlouis | 132. | symbianman | | |
| 104. | pier001 | 133. | tanthal | | |
| 105. | pinkandbare | 134. | tantraxxx | | |
| 106. | pinkingusa | 135. | teaseblogger | | |
| 107. | porn-gifs-daily | 136. | tessa-mondavi | | |
| 108. | pornlaura | 137. | tetasperfectas | | |
| 109. | pornpicsdaily | 138. | thebabesgalore | | |
| 110. | pornstorage | 139. | thebiglistofporn | | |