EXHIBIT E

**44 Active Repeat Infringers**

| USERNAME | Separate and Distinct Notifications of Infringement | User Status as of Filing |
|---|---|---|
| anonymous313347 | 48 | Active |
| bdant | 5 | Active |
| Bobotumb | 84 | Active |
| bohemian121 | 58 | Active |
| bourne1966 | 40 | Active |
| collection-nu | 10 | Active |
| compilationofhotbabes | 17 | Active |
| ddlg | 11 | Active |
| debris | 456 | Active |
| doggystyle1976 | 17 | Active |
| dream-hot-babes | 9 | Active |
| elsexodivino | 12 | Active |
| failfunsexy | 14 | Active |
| geek | 13 | Active |
| goatsie | 93 | Active |
| hgb007 | 105 | Active |
| ilikebabes | 887 | Active |
| jackmanrooo | 405 | Active |
| jamie111 | 25 | Active |
| jbghoul | 12 | Active |
| jullya | 20 | Active |
| kenniew07 | 21 | Active |
| lesbians-exposed | 20 | Active |
| lesbiclove | 9 | Active |
| lol2ek | 9 | Active |

EXHIBIT E

**44 Active Repeat Infringers**

| | | |
|---|---|---|
| mrsilver13 | 17 | Active |
| myslavegirl | 52 | Active |
| nekkis | 100 | Active |
| nickurfe | 14 | Active |
| psaune | 134 | Active |
| quixotic | 8 | Active |
| slutybitchesrus | 4 | Active |
| sumdim | 10 | Active |
| superbeast | 50 | Active |
| tanthal | 15 | Active |
| tantraxxx | 264 | Active |
| tessa-mondavi | 65 | Active |
| thebabesgalore | 120 | Active |
| thegr8scott | 75 | Active |
| the-pin-pinner | 187 | Active |
| thorsif | 4 | Active |
| tomoka | 9 | Active |
| tyrc84 | 43 | Active |
| venusaphrodite | 13 | Active |