## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### Case No. 15-22463-Civ-COOKE/TORRES

HYDENTRA HLP INT. LIMITED,
a foreign corporation doing business
as Metart,

      Plaintiff,

vs.

MAXIMUM APPS INC., a foreign
company doing business as
SEX.COM, CLOVER HOLDINGS
LIMITED PARTNERSHIP, a
foreign company doing business as
SEX.COM, SEX.COM, FREDERIC
VALIQUETTE, an individual and
JOHN DOES 1-20,

      Defendants.

_____/

### ORDER

THIS MATTER is before me *sua sponte*. I have reviewed the pertinent portions of the record, and am otherwise fully advised in the premises. Based thereon, it is hereby **ORDERED and ADJUDGED** that, in an attempt to expedite the processing of the action, Plaintiff shall serve Defendant with a copy of the summons and complaint within sixty (60) days of the date of this Order. If Plaintiff is unable to do so, Plaintiff shall provide an explanation to the Court as to the reason why Defendant has not been served within the allotted sixty days and shall provide a detailed description of the attempts it has made to serve Defendant. It is further **ORDERED and ADJUDGED** that failure to comply with this Order may lead to immediate dismissal of this cause.

**DONE and ORDERED** in Chambers, Miami, Florida, this 2nd day of July 2015.

_____

MARCIA G. COOKE
United States District Judge

Copies furnished to:
*Edwin G. Torres, U.S. Magistrate Judge*
*Counsel of record*