UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**Case No. 15-22463-Civ-COOKE/TORRES**

HYDENTRA HLP INT. LIMITED,
a foreign corporation doing business
as Metart,

    Plaintiff,

vs.

MAXIMUM APPS INC., a foreign
company doing business as
SEX.COM, CLOVER HOLDINGS
LIMITED PARTNERSHIP, a
foreign company doing business as
SEX.COM, SEX.COM, FREDERIC
VALIQUETTE, an individual and
JOHN DOES 1-20,

    Defendants.
_____/

## NOTICE OF JOINT MOTIONS

The parties are hereby notified that multiple Plaintiffs or Defendants shall file joint dispositive motions with co-parties unless there are clear conflicts of positions or grounds for relief.

**DONE and ORDERED** in chambers in Miami, Florida this 2nd day of July 2015.

                                              MARCIA G. COOKE
                                              United States District Judge

Copies provided to:
*Edwin G. Torres,* U.S. Magistrate Judge
*Counsel of Record*