AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

HYDENTRA HLP INT. LIMITED, a foreign corporation d/b/a METART,

*Plaintiff(s)*

v.

MAXIMUM APPS INC. d/b/a SEX.COM; CLOVER HOLDINGS LIMITED PARTNERSHIP d/b/a SEX.COM; and FREDERIC VALIQUETTE,

*Defendant(s)*

Civil Action No. 1:15-cv-22463-MGC

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* FREDERIC VALIQUETTE
c/o HVL Cyberweb Solutions, Inc.
5464 10E Avenue
Montreal Quebec H1Y 2G8 Canada

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
Aaron Behar, Esq.
Jaclyn Behar, Esq.
BeharBehar
1840 North Commerce Parkway, Suite 1
Weston, FL 33326
Telephone: (954) 688-7642

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



Date: Jul 16, 2015

Steven M. Larimore
Clerk of Court

**SUMMONS**

s/ Yesenia Herrera
Deputy Clerk
U.S. District Courts

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

HYDENTRA HLP INT. LIMITED, a foreign corporation d/b/a METART,

*Plaintiff(s)*

v.

MAXIMUM APPS INC. d/b/a SEX.COM; CLOVER HOLDINGS LIMITED PARTNERSHIP d/b/a SEX.COM; and FREDERIC VALIQUETTE,

*Defendant(s)*

Civil Action No. 1:15-cv-22463-MGC

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* FREDERIC VALIQUETTE
c/o Gervais & Associes
114, rue Dominion
Montreal QC H3J 2Z2

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
Aaron Behar, Esq.
Jaclyn Behar, Esq.
BeharBehar
1840 North Commerce Parkway, Suite 1
Weston, FL 33326
Telephone: (954) 688-7642

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: Jul 16, 2015

**SUMMONS**

s/ Yesenia Herrera
Deputy Clerk
U.S. District Courts

Steven M. Larimore
Clerk of Court

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| HYDENTRA HLP INT. LIMITED, a foreign corporation d/b/a METART,<br><br>_Plaintiff(s)_<br>v.<br>MAXIMUM APPS INC. d/b/a SEX.COM; CLOVER HOLDINGS LIMITED PARTNERSHIP d/b/a SEX.COM; and FREDERIC VALIQUETTE,<br><br>_Defendant(s)_ | )<br>)<br>)<br>)<br>)<br>)  Civil Action No. 1:15-cv-22463-MGC<br>)<br>)<br>)<br>)<br>) |

## SUMMONS IN A CIVIL ACTION

To: _(Defendant's name and address)_  FREDERIC VALIQUETTE
c/o Gervais & Associes
4104 - 1751, rue Richardson
Montreal QC H3K 1G6

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Aaron Behar, Esq.
Jaclyn Behar, Esq.
BeharBehar
1840 North Commerce Parkway, Suite 1
Weston, FL 33326
Telephone: (954) 688-7642

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date:  Jul 16, 2015



Steven M. Larimore
Clerk of Court

**SUMMONS**

s/ Yesenia Herrera
Deputy Clerk
U.S. District Courts

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

HYDENTRA HLP INT. LIMITED, a foreign corporation d/b/a METART,

*Plaintiff(s)*

v.

MAXIMUM APPS INC. d/b/a SEX.COM; CLOVER HOLDINGS LIMITED PARTNERSHIP d/b/a SEX.COM; and FREDERIC VALIQUETTE,

*Defendant(s)*

Civil Action No. 1:15-cv-22463-MGC

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  MAXIMUM APPS INC. d/b/a SEX.COM
c/o Gervais & Associes
114, rue Dominion
Montreal QC H3J 2Z2

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
Aaron Behar, Esq.
Jaclyn Behar, Esq.
BeharBehar
1840 North Commerce Parkway, Suite 1
Weston, FL 33326
Telephone: (954) 688-7642

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



Steven M. Larimore
Clerk of Court

**SUMMONS**

Date: Jul 16, 2015

s/ Yesenia Herrera
Deputy Clerk
U.S. District Courts

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

HYDENTRA HLP INT. LIMITED, a foreign corporation d/b/a METART,

*Plaintiff(s)*

v.

MAXIMUM APPS INC. d/b/a SEX.COM; CLOVER HOLDINGS LIMITED PARTNERSHIP d/b/a SEX.COM; and FREDERIC VALIQUETTE,

*Defendant(s)*

Civil Action No. 1:15-cv-22463-MGC

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  MAXIMUM APPS INC. d/b/a SEX.COM
c/o Gervais & Associes
4104 - 1751, rue Richardson
Montreal QC H3K 1G6

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
Aaron Behar, Esq.
Jaclyn Behar, Esq.
BeharBehar
1840 North Commerce Parkway, Suite 1
Weston, FL 33326
Telephone: (954) 688-7642

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: Jul 16, 2015



Steven M. Larimore
Clerk of Court

**SUMMONS**

s/ Yesenia Herrera
Deputy Clerk
U.S. District Courts

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Florida

| | |
|---|---|
| HYDENTRA HLP INT. LIMITED, a foreign corporation d/b/a METART, <br><br> *Plaintiff(s)* <br><br> v. <br><br> MAXIMUM APPS INC. d/b/a SEX.COM; CLOVER HOLDINGS LIMITED PARTNERSHIP d/b/a SEX.COM; and FREDERIC VALIQUETTE, <br><br> *Defendant(s)* | Civil Action No. 1:15-cv-22463-MGC |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   CLOVER HOLDINGS LIMITED PARTNERSHIP
d/b/a SEX.COM
c/o E.M. French, Director
Egmont Street, Bonadies Plaza Suite 3
Kingstown, Saint Vincent

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Aaron Behar, Esq.
Jaclyn Behar, Esq.
BeharBehar
1840 North Commerce Parkway, Suite 1
Weston, FL 33326
Telephone: (954) 688-7642

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



Date: Jul 16, 2015

Steven M. Larimore
Clerk of Court

**SUMMONS**

s/ Yesenia Herrera
Deputy Clerk
U.S. District Courts