UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

MIAMI DIVISION

CASE NO.: 1:15-cv-22463-MGC

HYDENTRA HLP INT. LIMITED, a
foreign corporation d/b/a METART,

    Plaintiff,

vs.

MAXIMUM APPS INC., a foreign
company d/b/a SEX.COM; CLOVER
HOLDINGS LIMITED PARTNERSHIP,
a foreign company d/b/a SEX.COM;
SEX.COM; FREDERIC VALIQUETTE,
an individual; and John Does 1-20,

    Defendants.
_____/

## PLAINTIFF'S NOTICE OF FILING FORM AO 120 and FORM AO 121

NOTICE IS HEREBY GIVEN by undersigned counsel for Plaintiff that on this date, FORM AO 120 has been sent via *Certified Mail #7014 2120 0003 5112 0647* to the Director of U.S. Patent and Trademark Office, Post Office Box 1450, Alexandria, Virginia, attached hereto; and FORM AO 121 has been sent via *Certified Mail #7014 2120 0003 5112 0654* to the United States Copyright Office, 101 Independence Avenue S.E., Washington, D.C. 20559-6000, also attached hereto.

Dated this 17th day of July, 2015.

                          Respectfully submitted,

                          */s/Aaron Behar, Esq.*
                          Aaron Behar, Esq.
                          Florida Bar No.: 166286
                          */s/Jaclyn Behar, Esq.*
                          Jaclyn Behar, Esq.
                          Florida Bar No.: 063833
                          BeharBehar
                          1840 North Commerce Parkway
                          Suite 1
                          Weston, Florida 33326
                          Telephone: (954) 688-7642
                          Facsimile: (954) 332-9260
                          E-mail: ab@beharbehar.com
                                     jb@beharbehar.com
                          ***Counsel for Plaintiff***

And:   Spencer D. Freeman, Esq.
            Freeman Law Firm, Inc.
1107 ½ Tacoma Avenue South
Tacoma, WA 98402
Telephone: (253) 383-4500
Facsimile: (253) 383-4501
E-mail: sfreeman@freemanlawfirm.org
***Counsel for Plaintiff***
(Moving for Admission pro hac vice)