✎ AO 121 (6/90)

| TO: | |
|---|---|
| **Register of Copyrights**<br>**Copyright Office**<br>**Library of Congress**<br>**Washington, D.C. 20559** | **REPORT ON THE**<br>**FILING OR DETERMINATION OF AN**<br>**ACTION OR APPEAL**<br>**REGARDING A COPYRIGHT** |

In compliance with the provisions of 17 U.S.C. 508, you are hereby advised that a court action or appeal has been filed on the following copyright(s):

| ☐ ACTION    ☐ APPEAL | COURT NAME AND LOCATION |
|---|---|
| DOCKET NO. | DATE FILED | |

| PLAINTIFF | DEFENDANT |
|---|---|
| | |

| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OR WORK |
|---|---|---|
| 1 | | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above-entitled case, the following copyright(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment    ☐ Answer    ☐ Cross Bill    ☐ Other Pleading |
|---|---|

| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OF WORK |
|---|---|---|
| 1 | | |
| 2 | | |
| 3 | . | |

In the above-entitled case, a final decision was rendered on the date entered below. A copy of the order or judgment together with the written opinion, if any, of the court is attached.

| COPY ATTACHED<br>☐ Order    ☐ Judgment | WRITTEN OPINION ATTACHED<br>☐ Yes    ☐ No | DATE RENDERED |
|---|---|---|

| CLERK | (BY) DEPUTY CLERK | DATE |
|---|---|---|

**DISTRIBUTION:**
1) Upon initiation of action, mail copy to Register of Copyrights
2) Upon filing of document adding copyright(s), mail copy to Register of Copyrights
3) Upon termination of action, mail copy to Register of Copyrights
4) In the event of an appeal, forward copy to Appellate Court
5) Case File Copy

| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OR WORK |
|---|---|---|
| PA0001916752 | 123 Fahrenheit | Hydentra HLP Int Limited |
| VA0001930111 | Abstergo | Hydentra HLP Int Limited |
| PA0001922447 | After Sunbathing | Hydentra HLP Int Limited |
| VA0001930112 | Agamian | Hydentra HLP Int Limited |
| PA0001922451 | Alluring Passion | Hydentra HLP Int Limited |
| PA0001916737 | Alyssa A in Bidaia | Hydentra HLP Int Limited |
| PA0001922452 | Amelie B in Ereti | Hydentra HLP Int Limited |
| PA0001916754 | Amor Joven | Hydentra HLP Int Limited |
| PA0001931436 | Anna AJ in Erotsis | Hydentra HLP Int Limited |
| PA0001922455 | Anna AJ in Helvetia | Hydentra HLP Int Limited |
| PA0001922450 | Anna AJ in Oriente | Hydentra HLP Int Limited |
| PA0001922433 | Approaching | Hydentra HLP Int Limited |
| VA0001930115 | Artene | Hydentra HLP Int Limited |
| VA0001930121 | Artumes | Hydentra HLP Int Limited |
| PA0001922464 | At The Movies | Hydentra HLP Int Limited |
| PA0001922465 | Bakery | Hydentra HLP Int Limited |
| PA0001922430 | Be My Slave II | Hydentra HLP Int Limited |
| PA0001922654 | Book of Love | Hydentra HLP Int Limited |
| PA0001922628 | Cabiria A and Sonia Red in **Piccole** | Hydentra HLP Int Limited |
| VA0001930118 | Cambio | Hydentra HLP Int Limited |
| PA0001916733 | Candice B in Minore | Hydentra HLP Int Limited |
| PA0001916731 | Caprice A in Aunque | Hydentra HLP Int Limited |
| VA0001930110 | Casulo | Hydentra HLP Int Limited |
| PA0001931426 | Cellist | Hydentra HLP Int Limited |
| VA0001930069 | Cisono | Hydentra HLP Int Limited |
| PA0001916916 | Cloud | Hydentra HLP Int Limited |
| PA0001922664 | Concierge | Hydentra HLP Int Limited |
| VA0001930068 | Curoti by Arkisi | Hydentra HLP Int Limited |
| PA0001917321 | Cybersex | Hydentra HLP Int Limited |
| PA0001931428 | Dare | Hydentra HLP Int Limited |
| PA0001922667 | Darkness In My Mind | Hydentra HLP Int Limited |
| PA0001922680 | Dastiere | Hydentra HLP Int Limited |
| VA0001931964 | Deity | Hydentra HLP Int Limited |
| PA0001812158 | Desert Rose | Hydentra HLP Int Limited |
| PA0001922694 | Desire | Hydentra HLP Int Limited |
| VA0001931965 | Diffusio | Hydentra HLP Int Limited |
| VA0001931953 | Dlerikias | Hydentra HLP Int Limited |
| PA0001923131 | Draw Me | Hydentra HLP Int Limited |
| PA0001917315 | El Tango de Gina Devine | Hydentra HLP Int Limited |
| PA0001923126 | Emotion | Hydentra HLP Int Limited |
| PA0001931421 | Energy | Hydentra HLP Int Limited |
| VA0001930024 | Enormida by Matiss | Hydentra HLP Int Limited |

| | | |
|---|---|---|
| VA0001930021 | Epi | Hydentra HLP Int Limited |
| VA0001930017 | Extasy | Hydentra HLP Int Limited |
| VA0001930014 | Fanari | Hydentra HLP Int Limited |
| PA0001917314 | Feather 2 | Hydentra HLP Int Limited |
| PA0001917313 | Feeona A in Feodo | Hydentra HLP Int Limited |
| PA0001923130 | Finish Me | Hydentra HLP Int Limited |
| VA0001930008 | Finitura | Hydentra HLP Int Limited |
| PA0001923128 | Firestarter | Hydentra HLP Int Limited |
| PA0001917312 | First | Hydentra HLP Int Limited |
| PA0001931430 | Fly | Hydentra HLP Int Limited |
| PA0001923127 | Gypsy Fortune | Hydentra HLP Int Limited |
| PA0001931423 | Hangover | Hydentra HLP Int Limited |
| PA0001917310 | Hielo Caliente | Hydentra HLP Int Limited |
| PA0001922475 | Hollywood Royale | Hydentra HLP Int Limited |
| PA0001922493 | I Can't Wait | Hydentra HLP Int Limited |
| VA0001930003 | Icavi by Arkisi | Hydentra HLP Int Limited |
| PA0001917306 | Il Lungo Addio | Hydentra HLP Int Limited |
| PA0001917305 | I'm A Redhead And A Sexy Bitch | Hydentra HLP Int Limited |
| PA0001922478 | I'm Here For Love | Hydentra HLP Int Limited |
| PA0001922522 | Intensify | Hydentra HLP Int Limited |
| PA0001922524 | Iveta B in Droplets | Hydentra HLP Int Limited |
| PA0001922497 | Jenya D and Sabrina D in Fountain | Hydentra HLP Int Limited |
| PA0001922498 | Jenya D in Erotias | Hydentra HLP Int Limited |
| PA0001917322 | Jill in Abelun | Hydentra HLP Int Limited |
| VA0001929997 | Jolie | Hydentra HLP Int Limited |
| VA0001930033 | Jotzen by Rylsky | Hydentra HLP Int Limited |
| 1-1812076459 | Juvelo | Hydentra HLP Int Limited |
| VA0001929039 | Kalmar by Luca Helios | Hydentra HLP Int Limited |
| PA0001922480 | Kamasutra | Hydentra HLP Int Limited |
| PA0001922495 | La Dolce Vita Turisti Per Caso | Hydentra HLP Int Limited |
| PA0001931433 | Lazy Sunday | Hydentra HLP Int Limited |
| PA0001922479 | Le Café | Hydentra HLP Int Limited |
| VA0001929036 | Lebelian by Luca Helios | Hydentra HLP Int Limited |
| PA0001922492 | Lidiya A and Niza A in Bathe | Hydentra HLP Int Limited |
| PA0001922496 | Lidiya A in Surfing | Hydentra HLP Int Limited |
| PA0001922521 | Lidiya A in Winds | Hydentra HLP Int Limited |
| PA0001922519 | Like Snow | Hydentra HLP Int Limited |
| VA0001931967 | Liono by Goncharov | Hydentra HLP Int Limited |
| PA0001916912 | Lorena B in Mythos | Hydentra HLP Int Limited |
| PA0001922514 | Love Beats | Hydentra HLP Int Limited |
| PA0001922517 | Love Me | Hydentra HLP Int Limited |
| PA0001922502 | Lucy B in Sempre | Hydentra HLP Int Limited |
| VA0001931937 | Madrid | Hydentra HLP Int Limited |
| PA0001931422 | Magic | Hydentra HLP Int Limited |
| PA0001922499 | Make Me Happy | Hydentra HLP Int Limited |

| | | |
|---|---|---|
| VA0001931938 | Mandias | Hydentra HLP Int Limited |
| VA0001929051 | Megerine | Hydentra HLP Int Limited |
| VA0001929042 | Mekanli by Arkisi | Hydentra HLP Int Limited |
| PA0001923129 | Melisa A in Bustani | Hydentra HLP Int Limited |
| PA0001922636 | Melisa A in Seduction | Hydentra HLP Int Limited |
| PA0001922661 | Message in a Bottle | Hydentra HLP Int Limited |
| VA0001298175 | Met-art Alastonia : vol. 6. | Hydentra HLP Int Limited |
| VA0001298176 | Met-art Bosque : vol. 58. | Hydentra HLP Int Limited |
| VA0001297439 | Met-Art De La Rosa : vol. 30. | Hydentra HLP Int Limited |
| VA0001298179 | Met-art Jalocha : vol. 53. | Hydentra HLP Int Limited |
| VA0001297437 | Met-Art Marco : vol. 36. | Hydentra HLP Int Limited |
| VA0001298180 | Met-art Rigin : vol. 53. | Hydentra HLP Int Limited |
| VA0001298171 | Met-art Tony : vol. 59. | Hydentra HLP Int Limited |
| VA0001298169 | Met-art Voronin : vol. 3. | Hydentra HLP Int Limited |
| VA0001297462 | Met-Art-Alan Anar : vol. 1 aka Kira D Gamus | Hydentra HLP Int Limited |
| VAu000674424 | Met-Art-Anakhine : vol. 131. | Hydentra HLP Int Limited |
| VA0001297456 | Met-Art-Anton D. : vol. 57. | Hydentra HLP Int Limited |
| VA0001297422 | Met-Art-Brian : vol. 42. | Hydentra HLP Int Limited |
| VAu000674422 | Met-Art-Bulatov : vol. 88. | Hydentra HLP Int Limited |
| VAu000674377 | Met-Art-Cream Idoia : vol. 72. | Hydentra HLP Int Limited |
| VAu000674444 | Met-art-esther-volume 69. | Hydentra HLP Int Limited |
| VA0001297455 | Met-Art-Goncharov : vol. 49. | Hydentra HLP Int Limited |
| VA0001297430 | Met-Art-Greenman : vol. 22. | Hydentra HLP Int Limited |
| VAu000674410 | Met-Art-Idoia : vol. 102. | Hydentra HLP Int Limited |
| VA0001297451 | Met-Art-Ingret : vol. 25. | Hydentra HLP Int Limited |
| VA0001297417 | Met-Art-krake : vol. 56. | Hydentra HLP Int Limited |
| VA0001297465 | Met-Art-Leon : vol. 27. | Hydentra HLP Int Limited |
| VA0001297445 | Met-Art-Maxph : vol. 33. | Hydentra HLP Int Limited |
| VA0001297444 | Met-Art-Murrian : vol. 37. | Hydentra HLP Int Limited |
| VA0001297464 | Met-Art-Nataliya : vol. 38. | Hydentra HLP Int Limited |
| VA0001297419 | Met-Art-Philippe : vol. 9. | Hydentra HLP Int Limited |
| VA0001297427 | Met-Art-Razin : vol. 44. | Hydentra HLP Int Limited |
| VA0001297457 | Met-Art-Richard : vol. 46. | Hydentra HLP Int Limited |
| VA0001297425 | Met-Art-Stuart : vol. 48. | Hydentra HLP Int Limited |
| VAu000674414 | Met-Art-Vels : vol. 103. | Hydentra HLP Int Limited |
| VA0001297416 | Met-Art-white : vol. 35. | Hydentra HLP Int Limited |
| PA0001916910 | Miela A in Gazelle | Hydentra HLP Int Limited |
| PA0001922665 | Mila I in Neighbor | Hydentra HLP Int Limited |
| VA0001929046 | Mila I Spadan by Rylsky | Hydentra HLP Int Limited |
| VA0001929048 | Milliou | Hydentra HLP Int Limited |
| PA0001922669 | Mirelle A in Krios | Hydentra HLP Int Limited |
| VA0001931949 | Mokowa by Max Asolo | Hydentra HLP Int Limited |
| PA0001922689 | My Day | Hydentra HLP Int Limited |
| PA0001916849 | My First Sex Toy | Hydentra HLP Int Limited |
| PA0001922702 | Nadin A in Fiorissima | Hydentra HLP Int Limited |

| | | |
|---|---|---|
| VA0001297455 | Nadin A in Spatio aka Met-Art-Goncharov : vol. 49. | Hydentra HLP Int Limited |
| VA0001931961 | Nancy by Leonardo | Hydentra HLP Int Limited |
| VA0001935358 | Nikesta | Hydentra HLP Int Limited |
| PA0001923132 | Niza A in Lezis | Hydentra HLP Int Limited |
| VA0001929053 | Olinthe by Luca Helios | Hydentra HLP Int Limited |
| VA0001929052 | Orea | Hydentra HLP Int Limited |
| PA0001923133 | Our Time | Hydentra HLP Int Limited |
| VA0001929054 | Pakisia | Hydentra HLP Int Limited |
| PA0001916900 | Patritcy A in Henedy | Hydentra HLP Int Limited |
| VA0001930029 | Pensar by Luca Helios | Hydentra HLP Int Limited |
| VA0001930091 | Plume by Rylsky | Hydentra HLP Int Limited |
| VA0001930093 | Preferred | Hydentra HLP Int Limited |
| VA0001930090 | Presenting Candice | Hydentra HLP Int Limited |
| VA0001935359 | Presenting Dakota | Hydentra HLP Int Limited |
| VA0001930086 | Presenting Emilie | Hydentra HLP Int Limited |
| VA0001930078 | Presenting Gracy by Luca Helios | Hydentra HLP Int Limited |
| VA0001931962 | Presenting Izabella | Hydentra HLP Int Limited |
| VA0001931966 | Presenting Milana by Catherine | Hydentra HLP Int Limited |
| VA0001932010 | Presenting Patsy | Hydentra HLP Int Limited |
| VA0001930074 | Presenting Rinna | Hydentra HLP Int Limited |
| VA0001930082 | Presenting Sveta | Hydentra HLP Int Limited |
| VA0001932011 | Presenting Zlatka | Hydentra HLP Int Limited |
| PA0001931989 | Red Vinyl | Hydentra HLP Int Limited |
| PA0001923134 | Rendezvous | Hydentra HLP Int Limited |
| PA0001922630 | Right Now | Hydentra HLP Int Limited |
| VA0001930080 | Riliskia | Hydentra HLP Int Limited |
| PA0001922626 | Rodeo Drive | Hydentra HLP Int Limited |
| PA0001922625 | Room No 023 | Hydentra HLP Int Limited |
| VA0001930065 | Roshelle by Albert Varin | Hydentra HLP Int Limited |
| PA0001916897 | Roux | Hydentra HLP Int Limited |
| PA0001916895 | Sabrisse A in Muhica | Hydentra HLP Int Limited |
| VA0001930048 | Santalla by Antonio Clemens | Hydentra HLP Int Limited |
| PA0001916892 | Saturday Night | Hydentra HLP Int Limited |
| PA0001917311 | Secret Love | Hydentra HLP Int Limited |
| VA0001930037 | Sennika | Hydentra HLP Int Limited |
| PA0001922631 | Senora and Jorge | Hydentra HLP Int Limited |
| PA0001916894 | Sex With A Childhood Crush | Hydentra HLP Int Limited |
| PA0001931425 | SexArt | Hydentra HLP Int Limited |
| PA0001916896 | SexArt Drive | Hydentra HLP Int Limited |
| PA0001916898 | SexArt Ink | Hydentra HLP Int Limited |
| PA0001922632 | SexArt Style | Hydentra HLP Int Limited |
| PA0001931434 | Shangri La | Hydentra HLP Int Limited |
| PA0001922635 | Siesta | Hydentra HLP Int Limited |
| PA0001922633 | Snow Fun XI | Hydentra HLP Int Limited |

| | | |
|---|---|---|
| PA0001922535 | Sofi A in Always | Hydentra HLP Int Limited |
| PA0001916839 | Sofi A in Kilemian | Hydentra HLP Int Limited |
| PA0001922547 | Someone is Watching | Hydentra HLP Int Limited |
| VA0001930084 | Sospita | Hydentra HLP Int Limited |
| PA0001922536 | Spanglish | Hydentra HLP Int Limited |
| PA0001922536 | Spanish Lesson | Hydentra HLP Int Limited |
| VA0001930088 | Spontaneous by Oleg Morenko | Hydentra HLP Int Limited |
| PA0001931432 | Stay Sweet | Hydentra HLP Int Limited |
| VA0001935356 | Summer Play | Hydentra HLP Int Limited |
| PA0001922541 | Sunny Morning | Hydentra HLP Int Limited |
| PA0001916908 | Sushi And Sex | Hydentra HLP Int Limited |
| PA0001916911 | Suzanna A in Morango | Hydentra HLP Int Limited |
| PA0001916913 | Sweet Morning | Hydentra HLP Int Limited |
| PA0001931437 | Tantra Chair | Hydentra HLP Int Limited |
| PA0001922543 | Tantra Imaginations | Hydentra HLP Int Limited |
| VA0001930100 | Tekuce by Rylsky | Hydentra HLP Int Limited |
| PA0001922538 | The Art of Sex 2 | Hydentra HLP Int Limited |
| PA0001931427 | The Cove | Hydentra HLP Int Limited |
| PA0001922537 | The Date | Hydentra HLP Int Limited |
| PA0001922549 | The Game VIII - Winner Takes All | Hydentra HLP Int Limited |
| PA0001922527 | The Heat | Hydentra HLP Int Limited |
| PA0001922530 | The Promise | Hydentra HLP Int Limited |
| PA0001922531 | The Score | Hydentra HLP Int Limited |
| PA0001916915 | The Writer - Brave New World | Hydentra HLP Int Limited |
| PA0001922623 | The Writer - Night Train | Hydentra HLP Int Limited |
| PA0001922428 | The Writer - Sex Therapy | Hydentra HLP Int Limited |
| VA0001935360 | Tiuhono | Hydentra HLP Int Limited |
| PA0001922431 | Tone of Love | Hydentra HLP Int Limited |
| PA0001922436 | True Love | Hydentra HLP Int Limited |
| PA0001931440 | Turning Point | Hydentra HLP Int Limited |
| PA0001922438 | Ulya I in Tempio | Hydentra HLP Int Limited |
| PA0001922444 | Under the Elle Tree | Hydentra HLP Int Limited |
| PA0001916917 | Undercover Dangerous II | Hydentra HLP Int Limited |
| VA0001930098 | Unio | Hydentra HLP Int Limited |
| PA0001922429 | Upper West Side | Hydentra HLP Int Limited |
| PA0001922466 | Upper West Side IV | Hydentra HLP Int Limited |
| PA0001916851 | Valentina | Hydentra HLP Int Limited |
| PA0001917320 | Valeria A in Ignea | Hydentra HLP Int Limited |
| PA0001917319 | Vertigo | Hydentra HLP Int Limited |
| PA0001917318 | Vintage Collection - Seduction | Hydentra HLP Int Limited |
| PA0001917307 | Viola Bailey in Scoperta | Hydentra HLP Int Limited |
| PA0001917317 | Vittoria A in Etarot | Hydentra HLP Int Limited |
| PA0001931988 | Waltz With Me - Autumn | Hydentra HLP Int Limited |
| PA0001931987 | Waltz With Me - Spring | Hydentra HLP Int Limited |
| PA0001931985 | Waltz With Me - Summer | Hydentra HLP Int Limited |

| | | |
|---|---|---|
| PA0001931424 | Waltz With Me - Winter | Hydentra HLP Int Limited |
| PA0001808865 | Watercolors | Hydentra HLP Int Limited |
| VA0001930104 | Weiblich by Koenart | Hydentra HLP Int Limited |
| PA0001931431 | White Room | Hydentra HLP Int Limited |
| PA0001922446 | Wild Girl II | Hydentra HLP Int Limited |
| VA0001930106 | Ydenar by Vlad Kleverov | Hydentra HLP Int Limited |
| PA0001917316 | Yes | Hydentra HLP Int Limited |
| PA0001916853 | You And Me | Hydentra HLP Int Limited |