UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

MIAMI DIVISION

CASE NO.: 1:15-cv-22463-MGC

HYDENTRA HLP INT. LIMITED,
a foreign corporation d/b/a METART,

    Plaintiff,

vs.

MAXIMUM APPS INC. d/b/a SEX.COM; CLOVER
HOLDINGS LIMITED PARTNERSHIP d/b/a
SEX.COM; and FREDERIC VALIQUETTE,

    Defendants.
_____/

## *AMENDED* NOTICE OF REQUEST FOR CLERK TO ISSUE SUMMONSES IN FRENCH

*AMENDED* NOTICE IS HEREBY GIVEN by undersigned counsel for Plaintiff, HYDENTRA HLP INT. LIMITED d/b/a METART, that it is hereby requesting that the Clerk of this Court issue the attached Summonses *in French* so that service of process of Plaintiff's Complaint can be attempted on those Defendants with Montreal Quebec, Canada addresses.

1

Dated this 24th day of July, 2015.

Respectfully submitted,

BeharBehar
1840 North Commerce Parkway
Suite One
Weston, Florida 33326
Telephone: (954) 688-7642
Facsimile: (954) 332-9260
E-mail: AB@BeharBehar.com

By: /s/*Aaron Behar, Esquire*
Aaron Behar, Esquire
Florida Bar No.: 166286
Jaclyn Behar, Esquire
Florida Bar No.: 63833
***Counsel for Plaintiff***

And: Spencer D. Freeman
Freeman Law Firm, Inc.
1107 ½ Tacoma Avenue South
Tacoma, WA 98402
Telephone: (253) 383-4500
Facsimile: (253) 383-4501
E-mail: sfreeman@freemanlawfirm.org
***Counsel for Plaintiff***
(Moving for Admission pro hac vice)

AO 440 (Rév. 06/12) Sommation à comparaître relative à une procédure civile

# TRIBUNAL DE DISTRICT DES ÉTATS-UNIS

Pour le

| | | |
|---|---|---|
| HYDENTRA HLP INT. LIMITED, une société étrangère Raison sociale METART, | ) ) ) ) ) | |
| *Plaignant(s)* | ) ) | |
| c. | ) | Case No. : 1 :15-cv-22463-MGC |
| MAXIMUM APPS INC., une société étrangère, raison sociale SEX.COM ; CLOVER HOLDINGS LIMITED PARTNERSHIP, une société étrangère, raison Sociale SEX.COM ; SEX.COM ; FREDERIC VALIQUETTE, un individu, et John Does 1-20, | ) ) ) ) ) ) | |
| *Défendeur(s)* | ) | |

## SOMMATION À COMPARAÎTRE POUR UNE PROCÉDURE CIVILE

À : FREDERIC VALIQUETTE
c/o GERVAIS & ASSOCIES
4104 – 1751, RUE RICHARDSON
MONTREAL QUEBEC H3K 1G6

Un procès en justice a été entamé contre vous.

Dans les 21 jours suivant la remise de cette sommation en personne (sans compter le jour de réception par vous) – ou 60 jours si vous êtes les États-Unis ou une agence des États-Unis, ou un officier ou employé des États-Unis, tel que décrit dans Fed. R., Civ. P. 12 (a)(2) ou (3) – vous devez remettre au plaignant une réponse à la plainte ci-jointe ou une motion en vertu de la Règle 12 du Règlement fédéral régissant la procédure civile. La réponse ou la motion doit être remise au plaignant ou à l'avocat du plaignant, dont le nom et l'adresse sont les suivants :

Maître Jaclyn Behar
BeharBehar
1840 North Commerce Parkway, Suite 1
Weston, FL 33326
Téléphone : (954) 688-7642

Faute de répondre, un jugement par défaut sera enregistré contre vous pour la compensation demandée dans la plainte. Vous devez aussi déposer votre répondre ou votre motion auprès du tribunal.

GREFFIER DU TRIBUNAL

Date : _____

_____
*Signature du Greffier ou du Greffier-Adjoint*

---

AO 440 (Rév. 06/12) Sommation à comparaître relative à une procédure civile (Page 2)

Procédure civile No.

## PREUVE DE LIVRAISON
*(Cette rubrique ne doit pas être déposée au tribunal, sauf si Fed. R. Civ. P. 4 (1) l'exige)*

Cette sommation de *(nom de la personne et du titre, s'il y a lieu)* _____

a été reçue par moi le *(date)* _____.

- J'ai personnellement remis la sommation à la personne à *(lieu)* _____

_____ le *(date)* _____ ; ou

- J'ai laissé la sommation au domicile de la personne ou à son lieu habituel de résidence avec *(nom)* _____

_____, qui est une personne d'âge approprié et de discrétion y résidant,

le *(date)* _____, et j'en ai posté une copie à la dernière adresse connue de la personne ; ou

- J'ai remis la sommation à *(nom de la personne)* _____, qui est

désigné(e) par la loi pour accepter la livraison du procès au nom de *(nom de l'organisation)* _____

_____ le *(date)* _____ ; ou

- J'ai renvoyé la sommation sans signature parce que _____ ; ou

- Autre *(indiquer)* :

Mes honoraires sont de ___ $ pour le déplacement et de ___ $ pour les services, donc un total de ___0___ $.

Je déclare sous peine de parjure que ces renseignements sont vrais.

Date : _____

_____
*Signature du livreur*

_____
*Nom et titre imprimés*

_____
*Adresse du livreur*

Autres informations concernant la remise tentée, etc. :

AO 440 (Rév. 06/12) Sommation à comparaître relative à une procédure civile

# TRIBUNAL DE DISTRICT DES ÉTATS-UNIS
Pour le

| | |
|---|---|
| HYDENTRA HLP INT. LIMITED, une société étrangère Raison sociale METART, ) <br><br> _____ <br> *Plaignant(s)* <br> c. <br> MAXIMUM APPS INC., une société étrangère, raison sociale SEX.COM ; CLOVER HOLDINGS LIMITED PARTNERSHIP, une société étrangère, raison Sociale SEX.COM ; SEX.COM ; FREDERIC VALIQUETTE, un individu, et John Does 1-20, <br><br> *Défendeur(s)* | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) Case No. : 1:15-cv-22463-MGC <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## SOMMATION À COMPARAÎTRE POUR UNE PROCÉDURE CIVILE

À : FREDERIC VALIQUETTE
   c/o GERVAIS & ASSOCIES
   114 RUE DOMINION
   MONTREAL QUEBEC H3J 2Z2

Un procès en justice a été entamé contre vous.

Dans les 21 jours suivant la remise de cette sommation en personne (sans compter le jour de réception par vous) – ou 60 jours si vous êtes les États-Unis ou une agence des États-Unis, ou un officier ou employé des États-Unis, tel que décrit dans Fed. R., Civ. P. 12 (a)(2) ou (3) – vous devez remettre au plaignant une réponse à la plainte ci-jointe ou une motion en vertu de la Règle 12 du Règlement fédéral régissant la procédure civile. La réponse ou la motion doit être remise au plaignant ou à l'avocat du plaignant, dont le nom et l'adresse sont les suivants :

        Maître Jaclyn Behar
        BeharBehar
        1840 North Commerce Parkway, Suite 1
        Weston, FL 33326
        Téléphone : (954) 688-7642

Faute de répondre, un jugement par défaut sera enregistré contre vous pour la compensation demandée dans la plainte. Vous devez aussi déposer votre répondre ou votre motion auprès du tribunal.

GREFFIER DU TRIBUNAL

Date : _____

_____
*Signature du Greffier ou du Greffier-Adjoint*

---

AO 440 (Rév. 06/12) Sommation à comparaître relative à une procédure civile (Page 2)

Procédure civile No.

## PREUVE DE LIVRAISON
*(Cette rubrique ne doit pas être déposée au tribunal, sauf si Fed. R. Civ. P. 4 (1) l'exige)*

Cette sommation de *(nom de la personne et du titre, s'il y a lieu)* _____ a été reçue par moi le *(date)* _____.

- J'ai personnellement remis la sommation à la personne à *(lieu)* _____ _____ le *(date)* _____ ; ou

- J'ai laissé la sommation au domicile de la personne ou à son lieu habituel de résidence avec *(nom)* _____ _____, qui est une personne d'âge approprié et de discrétion y résidant, le *(date)* _____, et j'en ai posté une copie à la dernière adresse connue de la personne ; ou

- J'ai remis la sommation à *(nom de la personne)* _____ , qui est désigné(e) par la loi pour accepter la livraison du procès au nom de *(nom de l'organisation)* _____ _____ le *(date)* _____ ; ou

- J'ai renvoyé la sommation sans signature parce que _____ ; ou

- Autre *(indiquer)* :


Mes honoraires sont de ___ $ pour le déplacement et de ___ $ pour les services, donc un total de ___0___ $.

Je déclare sous peine de parjure que ces renseignements sont vrais.

Date : _____            _____
                                                   *Signature du livreur*

_____
*Nom et titre imprimés*

_____
*Adresse du livreur*

**Autres informations concernant la remise tentée, etc. :**

AO 440 (Rév. 06/12) Sommation à comparaître relative à une procédure civile

# TRIBUNAL DE DISTRICT DES ÉTATS-UNIS
Pour le

| | |
|---|---|
| HYDENTRA HLP INT. LIMITED, une société étrangère Raison sociale METART, ) ) ) ) *Plaignant(s)* c. MAXIMUM APPS INC., une société étrangère, raison sociale SEX.COM ; CLOVER HOLDINGS LIMITED PARTNERSHIP, une société étrangère, raison Sociale SEX.COM ; SEX.COM ; FREDERIC VALIQUETTE, un individu, et John Does 1-20, *Défendeur(s)* | ) ) ) ) ) ) ) ) ) ) ) ) Case No. : 1 :15-cv-22463-MGC |

## SOMMATION À COMPARAÎTRE POUR UNE PROCÉDURE CIVILE

À : MAXIMUM APPS INC. d/b/a SEX.COM
c/o GERVAIS & ASSOCIES
4104 – 1751 RUE RICHARDSON
MONTREAL QUEBEC H3K 1G6

Un procès en justice a été entamé contre vous.

Dans les 21 jours suivant la remise de cette sommation en personne (sans compter le jour de réception par vous) – ou 60 jours si vous êtes les États-Unis ou une agence des États-Unis, ou un officier ou employé des États-Unis, tel que décrit dans Fed. R., Civ. P. 12 (a)(2) ou (3) – vous devez remettre au plaignant une réponse à la plainte ci-jointe ou une motion en vertu de la Règle 12 du Règlement fédéral régissant la procédure civile. La réponse ou la motion doit être remise au plaignant ou à l'avocat du plaignant, dont le nom et l'adresse sont les suivants :

Maître Jaclyn Behar
BeharBehar
1840 North Commerce Parkway, Suite 1
Weston, FL 33326
Téléphone : (954) 688-7642

Faute de répondre, un jugement par défaut sera enregistré contre vous pour la compensation demandée dans la plainte. Vous devez aussi déposer votre répondre ou votre motion auprès du tribunal.

GREFFIER DU TRIBUNAL

Date : _____

_____
*Signature du Greffier ou du Greffier-Adjoint*

---

AO 440 (Rév. 06/12) Sommation à comparaître relative à une procédure civile (Page 2)

Procédure civile No.

## PREUVE DE LIVRAISON
*(Cette rubrique ne doit pas être déposée au tribunal, sauf si Fed. R. Civ. P. 4 (1) l'exige)*

Cette sommation de *(nom de la personne et du titre, s'il y a lieu)* _____ a été reçue par moi le *(date)* _____.

- J'ai personnellement remis la sommation à la personne à *(lieu)* _____ _____ le *(date)* _____ ; ou

- J'ai laissé la sommation au domicile de la personne ou à son lieu habituel de résidence avec *(nom)* _____ _____, qui est une personne d'âge approprié et de discrétion y résidant, le *(date)* _____, et j'en ai posté une copie à la dernière adresse connue de la personne ; ou

- J'ai remis la sommation à *(nom de la personne)* _____, qui est désigné(e) par la loi pour accepter la livraison du procès au nom de *(nom de l'organisation)* _____ _____ le *(date)* _____ ; ou

- J'ai renvoyé la sommation sans signature parce que _____ ; ou

- Autre *(indiquer)* :


Mes honoraires sont de ___ $ pour le déplacement et de ___ $ pour les services, donc un total de ___0___ $.

Je déclare sous peine de parjure que ces renseignements sont vrais.

Date : _____

_____
*Signature du livreur*

_____
*Nom et titre imprimés*

_____
*Adresse du livreur*

Autres informations concernant la remise tentée, etc. :

AO 440 (Rév. 06/12) Sommation à comparaître relative à une procédure civile

# TRIBUNAL DE DISTRICT DES ÉTATS-UNIS

Pour le

| | |
|---|---|
| HYDENTRA HLP INT. LIMITED, une société étrangère Raison sociale METART, ) ) ) ) ) *Plaignant(s)* ) c. ) MAXIMUM APPS INC., une société étrangère, raison sociale SEX.COM ; CLOVER HOLDINGS LIMITED ) PARTNERSHIP, une société étrangère, raison ) Sociale SEX.COM ; SEX.COM ; FREDERIC VALIQUETTE, ) un individu, et John Does 1-20, ) ) *Défendeur(s)* ) | Case No. : 1 :15-cv-22463-MGC |

## SOMMATION À COMPARAÎTRE POUR UNE PROCÉDURE CIVILE

À : FREDERIC VALIQUETTE
c/o HVL CYBERWEB SOLUTIONS, INC.
5464 10 E. AVENUE
MONTREAL QUEBEC H1Y 2G8 CANADA

Un procès en justice a été entamé contre vous.

Dans les 21 jours suivant la remise de cette sommation en personne (sans compter le jour de réception par vous) – ou 60 jours si vous êtes les États-Unis ou une agence des États-Unis, ou un officier ou employé des États-Unis, tel que décrit dans Fed. R., Civ. P. 12 (a)(2) ou (3) – vous devez remettre au plaignant une réponse à la plainte ci-jointe ou une motion en vertu de la Règle 12 du Règlement fédéral régissant la procédure civile. La réponse ou la motion doit être remise au plaignant ou à l'avocat du plaignant, dont le nom et l'adresse sont les suivants :

Maître Jaclyn Behar
BeharBehar
1840 North Commerce Parkway, Suite 1
Weston, FL 33326
Téléphone : (954) 688-7642

Faute de répondre, un jugement par défaut sera enregistré contre vous pour la compensation demandée dans la plainte. Vous devez aussi déposer votre répondre ou votre motion auprès du tribunal.

GREFFIER DU TRIBUNAL

Date : _____

_____
*Signature du Greffier ou du Greffier-Adjoint*

---

AO 440 (Rév. 06/12) Sommation à comparaître relative à une procédure civile (Page 2)

Procédure civile No.

## PREUVE DE LIVRAISON
*(Cette rubrique ne doit pas être déposée au tribunal, sauf si Fed. R. Civ. P. 4 (l) l'exige)*

Cette sommation de *(nom de la personne et du titre, s'il y a lieu)* _____
a été reçue par moi le *(date)* _____.

- J'ai personnellement remis la sommation à la personne à *(lieu)* _____
_____ le *(date)* _____ ; ou

- J'ai laissé la sommation au domicile de la personne ou à son lieu habituel de résidence avec *(nom)* _____
_____, qui est une personne d'âge approprié et de discrétion y résidant,

le *(date)* _____ , et j'en ai posté une copie à la dernière adresse connue de la personne ; ou

- J'ai remis la sommation à *(nom de la personne)* _____ , qui est

désigné(e) par la loi pour accepter la livraison du procès au nom de *(nom de l'organisation)* _____
_____ le *(date)* _____ ; ou

- J'ai renvoyé la sommation sans signature parce que _____ ; ou

- Autre *(indiquer)* :


Mes honoraires sont de \_\_\_ $ pour le déplacement et de \_\_ $ pour les services, donc un total de \_\_\_0\_\_\_ $.

Je déclare sous peine de parjure que ces renseignements sont vrais.

Date : _____     _____
*Signature du livreur*

_____
*Nom et titre imprimés*

_____
*Adresse du livreur*

Autres informations concernant la remise tentée, etc. :

AO 440 (Rév. 06/12) Sommation à comparaître relative à une procédure civile

# TRIBUNAL DE DISTRICT DES ÉTATS-UNIS

Pour le

| | |
|---|---|
| HYDENTRA HLP INT. LIMITED, une société étrangère Raison sociale METART, )<br><br>_____<br>*Plaignant(s)*<br>c.<br>MAXIMUM APPS INC., une société étrangère, raison sociale SEX.COM ; CLOVER HOLDINGS LIMITED PARTNERSHIP, une société étrangère, raison Sociale SEX.COM ; SEX.COM ; FREDERIC VALIQUETTE, un individu, et John Does 1-20,<br><br>*Défendeur(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)   Case No. : 1 :15-cv-22463-MGC<br>)<br>)<br>)<br>)<br>)<br>) |

## SOMMATION À COMPARAÎTRE POUR UNE PROCÉDURE CIVILE

À : MAXIMUM APPS INC. d/b/a SEX.COM
   c/o GERVAIS & ASSOCIES
   114 RUE DOMINION
   MONTREAL QUEBEC H3J 2Z2

Un procès en justice a été entamé contre vous.

Dans les 21 jours suivant la remise de cette sommation en personne (sans compter le jour de réception par vous) – ou 60 jours si vous êtes les États-Unis ou une agence des États-Unis, ou un officier ou employé des États-Unis, tel que décrit dans Fed. R., Civ. P. 12 (a)(2) ou (3) – vous devez remettre au plaignant une réponse à la plainte ci-jointe ou une motion en vertu de la Règle 12 du Règlement fédéral régissant la procédure civile. La réponse ou la motion doit être remise au plaignant ou à l'avocat du plaignant, dont le nom et l'adresse sont les suivants :

        Maître Jaclyn Behar
        BeharBehar
        1840 North Commerce Parkway, Suite 1
        Weston, FL 33326
        Téléphone : (954) 688-7642

Faute de répondre, un jugement par défaut sera enregistré contre vous pour la compensation demandée dans la plainte. Vous devez aussi déposer votre répondre ou votre motion auprès du tribunal.

GREFFIER DU TRIBUNAL

Date : _____

_____
*Signature du Greffier ou du Greffier-Adjoint*

---

AO 440 (Rév. 06/12) Sommation à comparaître relative à une procédure civile (Page 2)

Procédure civile No.

## PREUVE DE LIVRAISON
*(Cette rubrique ne doit pas être déposée au tribunal, sauf si Fed. R. Civ. P. 4 (1) l'exige)*

Cette sommation de *(nom de la personne et du titre, s'il y a lieu)* _____

a été reçue par moi le *(date)* _____.

- J'ai personnellement remis la sommation à la personne à *(lieu)* _____

_____ le *(date)* _____ ; ou

- J'ai laissé la sommation au domicile de la personne ou à son lieu habituel de résidence avec *(nom)* _____

_____, qui est une personne d'âge approprié et de discrétion y résidant,

le *(date)* _____, et j'en ai posté une copie à la dernière adresse connue de la personne ; ou

- J'ai remis la sommation à *(nom de la personne)* _____, qui est

désigné(e) par la loi pour accepter la livraison du procès au nom de *(nom de l'organisation)* _____

_____ le *(date)* _____ ; ou

- J'ai renvoyé la sommation sans signature parce que _____ ; ou

- Autre *(indiquer)* :

Mes honoraires sont de ___ $ pour le déplacement et de ___ $ pour les services, donc un total de ___0___ $.

Je déclare sous peine de parjure que ces renseignements sont vrais.

Date : _____

_____
*Signature du livreur*

_____
*Nom et titre imprimés*

_____
*Adresse du livreur*

Autres informations concernant la remise tentée, etc. :