UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

MIAMI DIVISION

CASE NO.: 1:15-cv-22463-MGC

HYDENTRA HLP INT. LIMITED, a
foreign corporation d/b/a METART,

    Plaintiff,

vs.

MAXIMUM APPS INC., a foreign
company d/b/a SEX.COM; CLOVER
HOLDINGS LIMITED PARTNERSHIP,
a foreign company d/b/a SEX.COM;
SEX.COM; FREDERIC VALIQUETTE,
an individual; and John Does 1-20,

    Defendants.
_____/

## PLAINTIFF'S NOTICE OF INQUIRY TO THE COURT

Plaintiff, HYDENTRA HLP INT. LIMITED, a foreign corporation d/b/a METART ("Plaintiff"), by and through the undersigned counsel, hereby files this Notice of Inquiry to the Court, requesting the Court to provide a status on the Clerk's issuance of four (4) French Summonses, and as ground therefore, Plaintiff states:

1. Plaintiff filed its Complaint on June 30, 2015.

2. On July 1, 2015, Plaintiff filed an Amended Complaint (D.E. 5).

3. On July 2, 2015, this Honorable Court entered an Order Expediting Service, ordering that all Defendants have to served with Plaintiff's complaint no later than **August 31, 2015** (D.E. 8).

BeharBehar • 1840 North Commerce Parkway • Suite One • Weston, Florida 33326
T: 954-688-7642   F: 954-332-9260   W: BeharBehar.com

1 of 3

4. On July 20 2015, undersigned counsel for Plaintiff filed a *Request* for Clerk to Issue Summonses in French (D.E. 13).

5. On July 24, 2015, upon the Clerk's request, undersigned counsel filed a *Notice* of Request for Clerk to Issue Summonses in French (D.E. 14).

6. On July 28, 2015, undersigned counsel's office called the clerk's office to inquire as to the status of the issued French Summonses.

7. In response to undersigned counsel's office's inquiry, the Clerk responded, stating Plaintiff's Notice of Request for Clerk to Issue Summonses in French (D.E. 14) was internally converted to a Motion for the Judge to rule on, as clerks do not have the authority to issue Summonses in languages other than English.

8. As of the drafting of this Notice of Inquiry, Plaintiff's counsel has not received the issued French Summonses.

9. Time is now of the essence, in that the deadline for process of service of the instant lawsuit on all Defendants is quickly approaching.

10. Undersigned counsel needs sufficient time to retain a process server in Canada to begin effectuating service of process and start making attempts prior to the August 31, 2015 deadline.

WHEREFORE, Plaintiff respectfully requests this Court to provide an update regarding the Clerk's issuance of the four (4) French Summonses.

BeharBehar ♦ 1840 North Commerce Parkway ♦ Suite One ♦ Weston, Florida 33326
T: 954-688-7642    F: 954-332-9260    W: BeharBehar.com

2 of 3

Dated this 5th day of August, 2015.

        Respectfully submitted,

        */s/Aaron Behar, Esq.*
        Aaron Behar, Esq.
        Florida Bar No.: 166286
        */s/Jaclyn Behar, Esq.*
        Jaclyn Behar, Esq.
        Florida Bar No.: 063833
        BeharBehar
        1840 North Commerce Parkway
        Suite 1
        Weston, Florida 33326
        Telephone: (954) 688-7642
        Facsimile: (954) 332-9260
        E-mail: ab@beharbehar.com
                jb@beharbehar.com
        **Counsel for Plaintiff**

        And:   Spencer D. Freeman, Esq.
        Freeman Law Firm, Inc.
        1107 ½ Tacoma Avenue South
        Tacoma, WA 98402
        Telephone: (253) 383-4500
        Facsimile: (253) 383-4501
        E-mail:
        sfreeman@freemanlawfirm.org
        **Counsel for Plaintiff**
        (Moving for Admission pro hac vice)

BeharBehar ◆ 1840 North Commerce Parkway ◆ Suite One ◆ Weston, Florida 33326
T: 954-688-7642   F: 954-332-9260   W: BeharBehar.com

3 of 3