AFFIDAVIT OF SERVICE

Filed on behalf of: Plaintiff
Name of Deponent: Ms. Nicole Charles
Number of Statement: 1
No. of Exhibits: "A"
Case Action No.: 1:15-cv-22463-MGC

## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF FLORIDA

BETWEEN

HYDENTRAHLP INT. LIMITED, a foreign corporation d/b/a METART          PLAINTIFF

-vs.-

CLOVER HOLDINGS LIMITED PARTNERSHIP d/b/a SEX.COM          DEFENDANTS
c/o E.M. FRENCH, DIRECTOR, EGMONT STREET,
BONADIES PLAZA SUITE 3, KINGSTOWN, SAINT VINCENT

I, Ms. Nicole Charles, process server acting on behalf of Caribbean Process Servers, Saint Vincent, acting under the direction of BeharBehar, 1840 North Commerce Parkway, Suite One, Weston, Florida 33326, USA, attorneys for the above named Plaintiff, State of Oath:-

That I did, at 3:30pm Saint Vincent time, on Thursday the 6th day of August, 2015 attend the given service address of Egmont Street, Bonadies Plaza, Suite 3, Kingstown, Saint Vincent and personally served Mr. Ralph E. Baynes, the office manager at the registered agent, Leeward Trust Corporation, with the Summons in a Civil Action dated the 16th day of July, 2015, "Amended" Complaint for Damages, Injunctive Relief and Demand for Jury Trial and Exhibits. A copy of which is hereto exhibited and marked "A."

That at the time and place of service, Mr. Ralph E. Baynes confirmed Mr. E. M. French as being the director for the Defendant company, Clover Holdings Limited Partnership. A copy of which is hereto exhibited and marked "A."

**SWORN AT**

**THIS** 11th **DAY OF AUGUST 2015**

**BEFORE ME**  (Deputy Registrar, St. Vincent and the Grenadines)

)  *[signature]*
)
)  SVG B 030980



Filed on behalf of: Plaintiff
Name of Deponent: Ms. Nicole Charles
Number of Statement: 1
No. of Exhibits: "A"
Case Action No.: 1:15-cv-22463-MGC

## IN THE UNITED STATES DISTRICT COURT

## FOR THE SOUTHERN DISTRICT OF FLORIDA

**BETWEEN**

**HYDENTRAHLP INT. LIMITED, a foreign corporation d/b/a METART**            **PLAINTIFF**

-vs.-

**CLOVER HOLDINGS LIMITED PARTNERSHIP d/b/a SEX.COM**            **DEFENDANTS**
**c/o E.M. FRENCH, DIRECTOR, EGMONT STREET,**
**BONADIES PLAZA SUITE 3, KINGSTOWN, SAINT VINCENT**

This is the Exhibit marked "A" referred to in the Affidavit of Ms. Nicole Charles, Sworn this 11th day of August, 2015.

