# Exh. A

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 1:15-cv-22463-MGC

HYDENTRA HLP INT. LIMITED, a
foreign corporation d/b/a METART,

       Plaintiff,

vs.

MAXIMUM APPS INC., a foreign
company d/b/a SEX.COM; CLOVER
HOLDINGS LIMITED PARTNERSHIP,
a foreign company d/b/a SEX.COM;
SEX.COM; FREDERIC VALIQUETTE,
an individual; and John Does 1-20,

       Defendants.
_____/

**ORDER GRANTING DEFENDANT CLOVER
HOLDINGS LIMITED PARTNERSHIP'S MOTION FOR
EXTENSION OF TIME TO RESPOND TO AMENDED COMPLAINT**

THIS CAUSE is before the Court on Defendant Clover Holdings Limited Partnership's Motion for Extension of Time to Respond to the Amended Complaint. (ECF No. __). Having considered the Motion and being advised in the premises, it is hereby ORDERED and ADJUDGED that:

The Motion is **GRANTED**. Defendant Clover Holdings Limited Partnership **SHALL** have up to and including October 11, 2015 to file its response to the Amended Complaint.

DONE AND ORDERED in Chambers at Miami, Florida, this ___ day of _____, 2015.

                                          _____
                                          MARCIA G. COOKE
                                          UNITED STATES DISTRICT JUDGE

Copies furnished to counsel of record