UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

MIAMI DIVISION

CASE NO.: 1:15-cv-22463-MGC

HYDENTRA HLP INT. LIMITED, a
foreign corporation d/b/a METART,

    Plaintiff,

vs.

MAXIMUM APPS INC., a foreign
company d/b/a SEX.COM; CLOVER
HOLDINGS LIMITED PARTNERSHIP,
a foreign company d/b/a SEX.COM;
SEX.COM; FREDERIC VALIQUETTE,
an individual; and John Does 1-20,

    Defendants.
_____/

## PLAINTIFF'S NOTICE OF FILING SIGNED SERVICE OF PROCESS AFFIDAVITS FOR MAXIMUM APPS INC. AND FREDERIC VALIQUETTE

    NOTICE IS HEREBY GIVEN by Plaintiff, HYDENTRA HLP INT. LIMITED, a foreign corporation d/b/a METART ("Plaintiff"), that the attached service of process affidavits pertaining to Defendants, MAXIMUM APPS INC. and FREDERIC VALIQUETTE, both served on August 24, 2015, are signed by the process server, but are not notarized. Undersigned counsel for Plaintiff has been advised by the process server, located in the City of Montreal, in the Province of Quebec, that they forward their affidavits to a Bailiff for notarization, and that the process is much slower than that in the United States. Upon receipt of the notarized affidavits, undersigned counsel's office will file them with the Court. At this time, and in an effort to comply with this Honorable

BeharBehar ♦ 1840 North Commerce Parkway ♦ Suite One ♦ Weston, Florida 33326
T: 954-688-7642   F: 954-332-9260   W: BeharBehar.com

1 of 2

Court's Order, the affidavits executed by the process server are being submitted as evidence of service on Defendants, MAXIMUM APPS INC. d/b/a SEX.COM and FREDERIC VALIQUETTE.

Dated this 27th day of August, 2015.

                                  Respectfully submitted,

                                  */s/Aaron Behar, Esq.*
                                  Aaron Behar, Esq.
                                  Florida Bar No.: 166286
                                  */s/Jaclyn Behar, Esq.*
                                  Jaclyn Behar, Esq.
                                  Florida Bar No.: 063833
                                  BeharBehar
                                  1840 North Commerce Parkway
                                  Suite 1
                                  Weston, Florida 33326
                                  Telephone: (954) 688-7642
                                  Facsimile: (954) 332-9260
                                  E-mail: ab@beharbehar.com
                                              jb@beharbehar.com
                                  *Counsel for Plaintiff*

                                  And: Spencer D. Freeman, Esq.
                                  Freeman Law Firm, Inc.
                                  1107 ½ Tacoma Avenue South
                                  Tacoma, WA 98402
                                  Telephone: (253) 383-4500
                                  Facsimile: (253) 383-4501
                                  E-mail:
                                  sfreeman@freemanlawfirm.org
                                  *Counsel for Plaintiff*
                                  (Moving for Admission pro hac vice)

BeharBehar • 1840 North Commerce Parkway • Suite One • Weston, Florida 33326
T: 954-688-7642    F: 954-332-9260    W: BeharBehar.com

2 of 2

UNITED STATES DISTRICT COURT
for the
Southern District of Florida

HYDENTRA HLP INT. LIMITED, a foreign corporation
d/b/a METART,

_____
*Plaintiff(s)*

V.                                                              Civil Action No: 1:15-cv-22463-MGC

MAXIMUM APPS INC. a/b/a SEX.COM; CLOVER
HOLDINGS LIMITED PARTNERSHIP d/b/a/
SEX.COM; and FREDERIC VALIQUETTE,

_____
*Defendant(s)*

## AFFIDAVIT OF SERVICE

I, Claude Beauregard: Bailiff, of the City of Laval, in the Province of Quebec, Canada, make oath and say:

1. On August 24, 2015 at approximately 3:40 p.m. I personally served FREDERIC VALIQUETTE with the SUMMONS IN A CIVIL ACTION with Exhibits "A", "B" and "C" and AMENDED COMPLAINT FOR DAMAGES, INJUNCTIVE RELIEF AND DEMAND FOR JURY TRIAL at 1751 Richardson Street, Suite 5102, in the City of Montreal, in the Province of Quebec.

2. I was able to identify FREDERIC VALIQUETTE by means of his verbal admission to me.

3. I make this affidavit for no improper purpose and I am not a party to this action.

Sworn before me at the
CITY of LAVAL

in the PROVINCE OF QUEBEC

on   August          , 2015

_____
(Signature of Deponent)

_____
NOTARY

UNITED STATES DISTRICT COURT
for the
Southern District of Florida

HYDENTRA HLP INT. LIMITED, a foreign corporation
d/b/a METART,

_Plaintiff(s)_

v.

MAXIMUM APPS INC. a/b/a SEX.COM; CLOVER
HOLDINGS LIMITED PARTNERSHIP d/b/a/
SEX.COM; and FREDERIC VALIQUETTE,

_Defendant(s)_

Civil Action No: 1:15-cv-22463-MGC

## AFFIDAVIT OF SERVICE

I, Claude Beauregard: Bailiff, of the City of Laval, in the Province of Quebec, Canada, make oath and say:

1. On August 24, 2015 at approximately 3:40 p.m. I personally served MAXIMUM APPS INC., d/b/a/ SEX.COM with the SUMMONS IN A CIVIL ACTION with Exhibits "A", "B" and "C" and AMENDED COMPLAINT FOR DAMAGES, INJUNCTIVE RELIEF AND DEMAND FOR JURY TRIAL by leaving a copy with Frederic Valiquette at 1751 Richardson Street, Suite 5102, in the City of Montreal, in the Province of Quebec.

2. I was able to identify FREDERIC VALIQUETTE by means of his verbal admission to me as being the person in care and control.

3. I make this affidavit for no improper purpose and I am not a party to this action.

Sworn before me at the
CITY of LAVAL

in the PROVINCE OF QUEBEC

on   August          , 2015

_____
(Signature of Deponent)

_____
NOTARY