UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

MIAMI DIVISION

CASE NO.: 1:15-cv-22463-MGC

HYDENTRA HLP INT. LIMITED, a
foreign corporation d/b/a METART,

    Plaintiff,

vs.

MAXIMUM APPS INC., a foreign
company d/b/a SEX.COM; CLOVER
HOLDINGS LIMITED PARTNERSHIP,
a foreign company d/b/a SEX.COM;
SEX.COM; FREDERIC VALIQUETTE,
an individual; and John Does 1-20,

    Defendants.
_____/

## PLAINTIFF'S NOTICE OF FILING NOTARIZED AND SIGNED AFFIDAVITS OF SERVICE OF PROCESS OF DEFENDANTS MAXIMUM APPS INC. AND FREDERIC VALIQUETTE

NOTICE IS HEREBY GIVEN by undersigned counsel for Plaintiff of filing the *notarized* and signed Affidavits of Service of Process for Defendants, MAXIMUM APPS INC. AND FREDERIC VALIQUETTE, who were served August 24, 2015. Copies of the Affidavits of Service of Process are attached hereto and made part of the record herein.

Dated this 31st day of August, 2015.

                                              Respectfully submitted,

                                              */s/Aaron Behar, Esq.*
                                              Aaron Behar, Esq.
                                              Florida Bar No.: 166286
                                              */s/Jaclyn Behar, Esq.*
                                              Jaclyn Behar, Esq.
                                              Florida Bar No.: 063833
                                              BeharBehar
                                              1840 North Commerce Parkway
                                              Suite 1
                                              Weston, Florida 33326
                                              Telephone: (954) 688-7642
                                              Facsimile: (954) 332-9260
                                              E-mail: ab@beharbehar.com
                                                        jb@beharbehar.com
                                              ***Counsel for Plaintiff***


                                        And:   Spencer D. Freeman, Esq.
                                                      Freeman Law Firm, Inc.
                                              1107 ½ Tacoma Avenue South
                                              Tacoma, WA 98402
                                              Telephone: (253) 383-4500
                                              Facsimile: (253) 383-4501
                                              E-mail:
                                              sfreeman@freemanlawfirm.org
                                              ***Counsel for Plaintiff***
                                              (Moving for Admission pro hac vice)

UNITED STATES DISTRICT COURT
for the
Southern District of Florida

HYDENTRA HLP INT. LIMITED, a foreign corporation
d/b/a METART,

_____
*Plaintiff(s)*

v.                                          Civil Action No: 1:15-cv-22463-MGC

MAXIMUM APPS INC. a/b/a SEX.COM; CLOVER
HOLDINGS LIMITED PARTNERSHIP d/b/a/
SEX.COM; and FREDERIC VALIQUETTE,

_____
*Defendant(s)*

## AFFIDAVIT OF SERVICE

I, Claude Beauregard: Bailiff, of the City of Laval, in the Province of Quebec, Canada, make oath and say:

1. On August 24, 2015 at approximately 3:40 p.m. I personally served MAXIMUM APPS INC., d/b/a/ SEX.COM with the SUMMONS IN A CIVIL ACTION with Exhibits "A", "B" and "C" and AMENDED COMPLAINT FOR DAMAGES, INJUNCTIVE RELIEF AND DEMAND FOR JURY TRIAL by leaving a copy with Frederic Valiquette at 1751 Richardson Street, Suite 5102, in the City of Montreal, in the Province of Quebec.

2. I was able to identify FREDERIC VALIQUETTE by means of his verbal admission to me as being the person in care and control.

3. I make this affidavit for no improper purpose and I am not a party to this action.

Sworn before me at the
CITY of LAVAL

in the PROVINCE OF QUEBEC

on August 27th, 2015

NOTARY

(Signature of Deponent)

UNITED STATES DISTRICT COURT
for the
Southern District of Florida

HYDENTRA HLP INT. LIMITED, a foreign corporation
d/b/a METART,

_____
*Plaintiff(s)*

v.                                   Civil Action No: 1:15-cv-22463-MGC

MAXIMUM APPS INC. a/b/a SEX.COM; CLOVER
HOLDINGS LIMITED PARTNERSHIP d/b/a/
SEX.COM; and FREDERIC VALIQUETTE,

_____
*Defendant(s)*

## AFFIDAVIT OF SERVICE

I, Claude Beauregard: Bailiff, of the City of Laval, in the Province of Quebec, Canada, make oath and say:

1. On August 24, 2015 at approximately 3:40 p.m. I personally served FREDERIC VALIQUETTE with the SUMMONS IN A CIVIL ACTION with Exhibits "A", "B" and "C" and AMENDED COMPLAINT FOR DAMAGES, INJUNCTIVE RELIEF AND DEMAND FOR JURY TRIAL at 1751 Richardson Street, Suite 5102, in the City of Montreal, in the Province of Quebec.

2. I was able to identify FREDERIC VALIQUETTE by means of his verbal admission to me.

3. I make this affidavit for no improper purpose and I am not a party to this action.

Sworn before me at the
CITY of LAVAL

in the PROVINCE OF QUEBEC

on August 27th, 2015

NOTARY

(Signature of Deponent)