# EXHIBIT A

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 1:15-cv-22463-MGC

HYDENTRA HLP INT. LIMITED, a
foreign corporation d/b/a METART,

      Plaintiff,

vs.

MAXIMUM APPS INC., a foreign
company d/b/a SEX.COM; CLOVER
HOLDINGS LIMITED PARTNERSHIP,
a foreign company d/b/a SEX.COM;
SEX.COM; FREDERIC VALIQUETTE,
an individual; and John Does 1-20,

      Defendants.
_____/

## DECLARATION OF PATRICK T. O'BRIEN IN SUPPORT OF
## CLOVER HOLDINGS LIMITED'S MOTION TO DISMISS

I, Patrick T. O'Brien, declare as follows:

1. My name is Patrick T. O'Brien. I am over the age of 18 years and make this Declaration based on my personal knowledge of the facts set forth herein.

2. I am an Authorized Representative of Clover Holdings Limited ("Clover").

3. Clover is a limited company incorporated in September 2009 in St. Vincent and Grenadines under the International Business (Amendment and Consolidation) Act Chapter 149 of the Revised Laws of St. Vincent and the Grenadines, 2009, as an International Business Company.

4. Clover's Registered Office and Registered Agent are both located in Kingstown, St. Vincent and the Grenadines. Clover's sole Director is a limited company that is also located in Kingstown, St. Vincent and the Grenadines.

5. Clover is not and has never been registered to do business in any State of the United States of America (the "United States" or the "U.S.").

6.  Clover does not have an office or any other type of physical presence in the United States.

7.  Clover does not maintain a U.S.-based phone number or postal address.

8.  Clover does not have any employees in the United States and has never had a U.S.-based director.

9.  Clover does not own or lease any real or personal property in the United States.

10. Clover does not maintain a bank account in the United States.

11. Clover does not have any subsidiaries or affiliates that are based in, or conduct business from, the United States.

12. Clover does not own or operate any computer servers located in the United States. All of the servers that host the website at issue in this lawsuit, sex.com, are located in Canada.

13. Other than this lawsuit brought by Hydentra HLP Int. Limited, Clover has never been a party, either as a plaintiff or a defendant, in any lawsuit in the United States. Clover also has never been a party, either as a claimant or a respondent, to any arbitration proceeding in the United States.

14. Clover does not specifically aim any marketing or other revenue-generating activity at the United States or its residents.

I hereby declare, under the penalty of perjury, that the foregoing is true and correct.

Executed this 3rd day of September, 2015.

_____
PATRICK T. O'BRIEN