**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

HYDENTRA HLP INT. LIMITED,
a foreign corporation d/b/a METART

    Plaintiff,

v.

MAXIMUM APPS INC., a foreign company
d/b/a SEX.COM, CLOVER HOLDINGS
LIMITED PARTNERSHIP, a foreign
company, d/b/a SEX.COM; SEX.COM;
FREDERICK VALIQUETTE, an individual,
and; John Does 1-20,

    Defendants.

**Case No.**
**1:15-cv-22463-MGC**

**NOTICE OF APPEARANCE**

TO THE CLERK OF THE ABOVE-STYLED COURT:

YOU ARE HEREBY NOTIFIED that the undersigned attorney does hereby enter his appearance as attorney of record and local counsel for the Defendants MAXIMUM APPS INC., d/b/a SEX.COM and FREDERICK VALIQUETTE (collectively, the "Defendants"), in the above-styled cause and you are hereby requested to furnish the said attorney with copies of all future motions, orders, etc., in this cause.

Respectfully submitted this 8th day of September, 2015.

COBB EDDY, PLLC
*Attorneys for Defendants*
642 Northeast Third Avenue
Fort Lauderdale, Florida 33304
Telephone (954) 527-4111
Facsimile  (954) 900-5507

**By:**    **/s/ BRADY J. COBB**
BRADY J. COBB, ESQUIRE
Florida Bar No. 031018
bcobb@cobbeddy.com

## **CERTIFICATE OF SERVICE**

**I hereby certify** that a true and correct copy of the foregoing was served electronically

via the CM/ECF electronic filing system on all counsel or parties of record on the service list

below this 8th day of September, 2015.

/s/ Brady J. Cobb
Brady J. Cobb

**<u>SERVICE LIST</u>**
**1:15-cv-22463-MGC**

Aaron Behar, Esquire
Jaclyn Behar, Esquire
BEHARBEHAR
1840 North Commerce Parkway
Suite One
Weston, Florida 33326
Telephone: (954) 688-7642
Facsimile: (954) 332-9260
AB@BeharBehar.com
jb@jaclynbentley.com


Spencer D. Freeman, Esquire
Freeman Law Firm, Inc.
1107 ½ Tacoma Avenue South
Tacoma, WA 98402
Telephone: (253) 383-4500
Facsimile: (253) 383-4501
Email: sfreeman@freemanlawfirm.org
***Counsel for Plaintiff***
Moving for Admission pro hac vice)