UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

| | |
|---|---|
| HYDENTRA HLP INT. LIMITED, a foreign corporation d/b/a METART<br><br>    Plaintiff,<br><br>v.<br><br>MAXIMUM APPS INC., a foreign company d/b/a SEX.COM, CLOVER HOLDINGS LIMITED PARTNERSHIP, a foreign company, d/b/a SEX.COM; SEX.COM; FREDERICK VALIQUETTE, an individual, and; John Does 1-20,<br><br>    Defendants. | Case No.<br>1:15-cv-22463-MGC |

**DEFENDANTS MAXIMUM APPS. INC.'S AND FREDERICK VALIQUETTE'S UNOPPOSED MOTION FOR SHORT (SIX DAY) EXTENSION OF TIME WITHIN WHICH TO RESPOND TO COMPLAINT**

Pursuant to Fed. R. Civ. P. 6(b) and Local Rule 7.1, Defendants Maximum Apps, Inc. ("Maximum") and Frederick Valiquette ("Mr. Valiquette") respectfully move for a six (6) day extension of time within which to respond to the Amended Complaint filed by Plaintiff Hydentra HLP Int. Limited, d/b/a MetArt ("MetArt") up to and including September 21, 2015.[1] Because good cause exists for the requested extension of time – and MetArt does not oppose the short extension – the Court should grant the present Motion. In support of this Motion, Maximum and Mr. Valiquette state as follows:

1.      Maximum and Mr. Valiquette were served with the Amended Complaint on August 24, 2015, making the original due date for their response September 15, 2015.

---

[1] Maximum and Mr. Valiquette reserve their right to argue that they are not subject to personal jurisdiction in this Court and, indeed, specifically note their intent to so argue in a forthcoming Motion to Dismiss.

1

2. September 14 and 15 are both Jewish religious holidays on which no work is permitted.

3. The period since service of the Amended Complaint has also included six weekend days and Labor Day, reducing the number of work days available to counsel to respond to the Amended Complaint to 12 days.

4. Maximum and Mr. Valiquette are seeking only a short, six day, extension of time to respond to the Amended Complaint. No party will be prejudiced by the allowance of this motion.

5. Counsel for MetArt has graciously stated that they do not oppose the requested extension.

For the reasons stated hereinabove, Maximum and Mr. Valiquette respectfully request that the Court enter an Order granting this Motion and extending the time period for their response to the Amended Complaint up to and including September 21, 2015. Pursuant to Local Rule 7.1(a)(3), a proposed order granting Clover's Motion is attached as Exhibit A.

> COBB EDDY, PLLC
> *Attorneys for Defendants*
> 642 Northeast Third Avenue
> Fort Lauderdale, Florida 33304
> Telephone (954) 527-4111
> Facsimile  (954) 900-5507
>
> **By: ___/s/ BRADY J. COBB_____**
> BRADY J. COBB, ESQUIRE
> Florida Bar No. 031018
> bcobb@cobbeddy.com

## **CERTIFICATE OF SERVICE**

**I hereby certify** that a true and correct copy of the foregoing was served electronically via the CM/ECF electronic filing system on all counsel or parties of record on the service list below this 9th day of September, 2015.

                                                                             /s/ Brady J. Cobb
                                                                             Brady J. Cobb

**SERVICE LIST**
**1:15-cv-22463-MGC**

Aaron Behar, Esquire
Jaclyn Behar, Esquire
BEHARBEHAR
1840 North Commerce Parkway
Suite One
Weston, Florida 33326
Telephone: (954) 688-7642
Facsimile: (954) 332-9260
AB@BeharBehar.com
jb@jaclynbentley.com


Spencer D. Freeman, Esquire
Freeman Law Firm, Inc.
1107 ½ Tacoma Avenue South
Tacoma, WA 98402
Telephone: (253) 383-4500
Facsimile: (253) 383-4501
Email: sfreeman@freemanlawfirm.org
*Counsel for Plaintiff*
Moving for Admission pro hac vice)


John F. O'Sullivan
Allen Paige Pegg
Hogan Lovells US LLP
Brickell World Plaza
600 Brickell Ave.
Suite 2700
Miami, FL 33131
305 459-6651
305-459-6550 (fax)
john.osullivan@hoganlovells.com
allen.pegg@hoganlovells.com

**Counsel for Defendant Clover Holdings Limited Partnership**