UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

| | |
|---|---|
| HYDENTRA HLP INT. LIMITED, a foreign corporation d/b/a METART,<br><br>    Plaintiff,<br><br>v.<br><br>MAXIMUM APPS INC., a foreign company d/b/a SEX.COM, CLOVER HOLDINGS LIMITED PARTNERSHIP, a foreign company, d/b/a SEX.COM; SEX.COM; FREDERICK VALIQUETTE, an individual, and; John Does 1-20,<br><br>    Defendants. | Case No.<br>1:15-cv-22463-MGC |

**ORDER GRANTING DEFENDANTS MAXIMUM APPS, INC.'S AND FREDERICK VALIQUETTE'S UNOPPOSED MOTION FOR SHORT (SIX DAY) EXTENSION OF TIME WITHIN WHICH TO RESPOND TO COMPLAINT**

THIS CAUSE is before the Court on Defendants Maximum Apps, Inc.'s and Frederick Valiquette's Unopposed Motion for Short (Six Day) Extension of Time Within Which to Respond to the Amended Complaint. (ECF No. __). Having considered the Motion and being advised in the premises, it is hereby ORDERED and ADJUDGED that:

The Motion is **GRANTED**. Defendants Defendants Maximum Apps, Inc. and Frederick Valiquette **SHALL** have up to and including September 21, 2015 to file their response to the Amended Complaint.

DONE AND ORDERED in Chambers at Miami, Florida, this ___ day of September, 2015.

_____
MARCIA G. COOKE
UNITED STATES DISTRICT JUDGE