

FILING FEE
PAID 75.00
pro hac FLS0000007173
vice
Steven M. Larimore, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

HYDENTRA HLP INT. LIMITED,
a foreign corporation d/b/a METART

    Plaintiff,

v.

MAXIMUM APPS INC., a foreign company d/b/a SEX.COM, CLOVER HOLDINGS LIMITED PARTNERSHIP, a foreign company, d/b/a SEX.COM; SEX.COM; FREDERICK VALIQUETTE, an individual, and; John Does 1-20,

    Defendants.

Case No.
1:15-cv-22463-MGC

**[UNOPPOSED] MOTION FOR MATTHEW SHAYEFAR TO APPEAR *PRO HAC VICE*, CONSENT TO DESIGNATION, AND REQUEST TO ELECTRONICALLY RECEIVE NOTICES OF ELECTRONIC FILING**

In accordance with Local Rules 4(b) of the Special Rules Governing the Admission and Practice of Attorneys of the United States District Court for the Southern District of Florida, the undersigned respectfully moves for the admission *pro hac vice* of Matthew Shayefar ("Mr. Shayefar") of the law firm of Boston Law Group, PC, 825 Beacon Street, Suite 20, Newton, Massachusetts 02459, Telephone No.: 617.928.1806, Telecopy No.: 617.928.1802, for purposes of appearance as counsel on behalf of Defendants Maximum Apps. Inc. and Frederick Valinquette ("Defendants"), in the above-styled case only, and pursuant to Rule 2B of the CM/ECF Administrative Procedures, to permit Mr. Shayefar to receive electronic filings in this case, and in support thereof states as follows:

    1.    Mr. Shayefar is not admitted to practice in the Southern District of Florida, but is a member in good standing of the State Bar of Massachusetts and the State Bar of California. Mr.

Shayefar is also admitted to the District of Massachusetts, the Ninth Circuit Court of Appeals and the Central District of California.

2. Mr. Shayefar has not made more than three appearances within a 365-day period in separate representations before the Courts of this District. *See* Rule 4, Special Rules Governing the Admission and Practice of Attorneys in the Southern District of Florida.

3. Movant, Brady J. Cobb, of the law firm of Cobb Eddy, PLLC, 642 Northeast Third Avenue, Fort Lauderdale, Florida 33304, Telephone No.: 954.527.4111, is a member in good standing of the Florida Bar and the United States District Court for the Southern District of Florida, maintains an office in this State for the practice of law, and is authorized to file through the Court's electronic filing system. Movant consents to be designated as a member of the Bar of this Court with whom the Court and opposing counsel may readily communicate regarding the conduct of the case, upon whom filings shall be served, who shall be required to electronically file all documents and things that may be filed electronically, and who shall be responsible for filing documents in compliance with the CM/ECF Administrative Procedures. *See* Section 2B of the CM/ECF Administrative Procedures.

4. In accordance with the local rules of this court, Mr. Shayefar has made payment of this Court's $75 admission fee. A certification in accordance with Rule 4(b) is attached hereto as Exhibit "A," and a certificate of good standing from the State Bar of Massachusetts is attached hereto as Exhibit "B."

5. Mr. Shayefar, by and through designated counsel and pursuant to Section 2B CM/ECF Administrative Procedures, hereby requests the Court to provide Notice of Electronic Filings to, Matthew Shayefar, Esquire at email address: matt@bostonlawgroup.com.

WHEREFORE, Brady J. Cobb, Esquire, moves this Court for an Order for Matthew Shayefar, Esquire, to appear before this Court on behalf of Defendants for all purposes relating to the proceedings in the above-styled matter and directing the Clerk to provide notice of electronic filings to Matthew Shayefar, Esquire at matt@bostonlawgroup.com. A proposed Order is attached hereto as Exhibit "C."

## CERTIFICATE OF GOOD FAITH CONFERENCE

I hereby certify that counsel for the movant conferred with all parties or non-parties who may be affected by the relief sought in this motion, including Plaintiffs' counsel, in a good faith effort to resolve the issues and Plaintiffs do not oppose the motion.

_____
Brady J. Cobb

Dated: September 14, 2015

Respectfully submitted,

s/ Brady J. Cobb
Brady J. Cobb, Esq., Fla. Bar No. 031018
Email: bcobb@cobbeddy.com
COBB EDDY, PLLC
642 Northeast Third Avenue
Fort Lauderdale, Florida 33304
Telephone: 954.527.4111
Telecopy: 954.900.5507

*Counsel for Defendants*
*Maximum Apps. Inc. and Frederick Valiquette*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing motion was conventionally filed and served via Email this 14th day of September, 2015 on all counsel of record:

*Counsel for Plaintiff:*

Aaron Behar, Esquire
Jaclyn Behar, Esquire
BEHAR BEHAR
1840 North Commerce Parkway
Suite One
Weston, Florida 33326
Telephone: (954) 688-7642
Facsimile: (954) 332-9260
AB@BeharBehar.com
JB@BeharBehar.com

Spencer D. Freeman, Esquire
Freeman Law Firm, Inc.
1107 1/2 Tacoma Avenue South
Tacoma, WA 98402
Telephone: (253) 383-4500
Facsimile: (253) 383-4501
Email: sfreeman@freemanlawfirm.org

*Counsel for Defendant Clover Holdings Limited Partnership*

John F. O'Sullivan
Allen Paige Pegg
Hogan Lovells US LLP
Brickell World Plaza
600 Brickell Ave.
Suite 2700
Miami, FL 33131
305 459-6651
305-459-6550 (fax)
john.osullivan@hoganlovells.com
allen.pegg@hoganlovells.com

By: /s/ Brady J. Cobb
Brady J. Cobb

*Hydentra HLP Int. Limited v. Maximum Apps Inc. et al*

Case No.:  1:15-cv-22463-MGC

# EXHIBIT "A"
## Certification of Matthew Shayefar

# Filed in Support of the Unopposed Motion for Matthew Shayefar to Appear *Pro Hac Vice*, Consent to Designation, and Request to Electronically Receive Notices of Electronic Filing

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

HYDENTRA HLP INT. LIMITED,
a foreign corporation d/b/a METART

   Plaintiff,

v.

MAXIMUM APPS INC., a foreign company d/b/a SEX.COM, CLOVER HOLDINGS LIMITED PARTNERSHIP, a foreign company, d/b/a SEX.COM; SEX.COM; FREDERICK VALIQUETTE, an individual, and; John Does 1-20,

   Defendants.

Case No.
1:15-cv-22463-MGC

## CERTIFICATION OF MATTHEW SHAYEFAR

Matthew Shayefar, Esquire, pursuant to Rule 4(b) of the Special Rules Governing the Admission and Practice of Attorneys, hereby certifies that:

(1) I have studied the Local Rules of the United States District Court for the Southern District of Florida; and

(2) I am a member in good standing of the State Bar of Massachusetts and the State Bar of California. I am also a member in good standing of the following: the District of Massachusetts, the Ninth Circuit Court of Appeals and the Central District of California.

Date: September 11, 2015

_____
MATTHEW SHAYEFAR

*Hydentra HLP Int. Limited v. Maximum Apps Inc. et al*

Case No.:  1:15-cv-22463-MGC

# EXHIBIT "B"
**Certificate of Admission and Good Standing
of Matthew Shayefar**

# Filed in Support of the
# Unopposed Motion for Matthew Shayefar
# to Appear *Pro Hac Vice*, Consent to
# Designation, and Request to Electronically
# Receive Notices of Electronic Filing

# COMMONWEALTH OF MASSACHUSETTS

SUFFOLK, SS.

BE IT REMEMBERED, that at the Supreme Judicial Court holden at Boston within and for said County of Suffolk, on the **thirtieth** day of **November** A.D. **2012**, said Court being the highest Court of Record in said Commonwealth:

### Matthew Shayefar

being found duly qualified in that behalf, and having taken and subscribed the oaths required by law, was admitted to practice as an Attorney, and, by virtue thereof, as a Counsellor at Law, in any of the Courts of the said Commonwealth: that said Attorney is at present a member of the Bar, and is in good standing according to the records of this Court*.

In testimony whereof, I have hereunto set my hand and affixed the seal of said Court, this **ninth** day of **September** in the year of our Lord **two thousand and fifteen.**

MAURA S. DOYLE, Clerk

* Records of private discipline, if any, such as a private reprimand imposed by the Board of Bar Overseers or by any court, are not covered by this certification.

X3116

*Hydentra HLP Int. Limited v. Maximum Apps Inc. et al*

Case No.: 1:15-cv-22463-MGC

# EXHIBIT "C"
(Proposed) Order for Matthew Shayefar

# Filed in Support of the Unopposed Motion for Matthew Shayefar to Appear *Pro Hac Vice*, Consent to Designation, and Request to Electronically Receive Notices of Electronic Filing

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

| | |
|---|---|
| HYDENTRA HLP INT. LIMITED, a foreign corporation d/b/a METART<br><br>Plaintiff,<br>v.<br><br>MAXIMUM APPS INC., a foreign company d/b/a SEX.COM, CLOVER HOLDINGS LIMITED PARTNERSHIP, a foreign company, d/b/a SEX.COM; SEX.COM; FREDERICK VALIQUETTE, an individual, and; John Does 1-20,<br><br>Defendants. | Case No.<br>1:15-cv-22463-MGC |

**(PROPOSED) ORDER GRANTING MOTION TO APPEAR *PRO HAC VICE*, CONSENT TO DESIGNATION, AND REQUEST TO RECEIVE NOTICES OF ELECTRONIC FILINGS**

THIS MATTER is before the Court upon Matthew Shayefar's Motion to Appear *Pro Hac Vice* on behalf of Defendants Maximum Apps. Inc. and Frederick Valinquette. The Court having considered the Motion and all other relevant factors, it is hereby ORDERED AND ADJUDGED that the Motion is GRANTED. Matthew Shayefar may appear and participate in this action on behalf of Defendants Maximum Apps. Inc. and Frederick Valinquette. The Clerk shall provide electronic notification of all electronic filings to Mr. Shayefar at matt@bostonlawgroup.com.

DONE AND ORDERED in Chambers at Miami, Florida this ____ day of _____, 2015.

_____
UNITED STATES DISTRICT JUDGE