UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

| | |
|---|---|
| HYDENTRA HLP INT. LIMITED, a foreign corporation d/b/a METART<br><br>   Plaintiff,<br><br>v.<br><br>MAXIMUM APPS INC., a foreign company d/b/a SEX.COM, CLOVER HOLDINGS LIMITED PARTNERSHIP, a foreign company, d/b/a SEX.COM; SEX.COM; FREDERICK VALIQUETTE, an individual, and; John Does 1-20,<br><br>   Defendants. | **Case No.**<br>**1:15-cv-22463-MGC** |

### JOINT MOTION FOR LEAVE TO FILE IN EXCESS OF THE COURT'S PAGE LIMIT

COMES NOW the Plaintiff HYDENTRA HLP. LIMITED ("Plaintiff") and Defendants Maximum Apps, Inc. and Frederick Valiquette (collectively the "Defendants") and respectfully file this, their Joint Motion for Leave to File In Excess of the Court's Page Limit, and in support thereof state as follows:

1. Pursuant to this Court's Order (the "Order") Requiring Counsel to Meet and File Joint Scheduling Report (D.E. 7), more specifically paragraph 3, "any motion and accompanying memorandum of law shall not exceed a combined length of twenty pages…"

2. Defendants will be filing their respective Motions to Dismiss ("Motions") the Plaintiff's Complaint today. Due to nature of the arguments made, and the different grounds for dismissal to be advanced for each respective Defendant, Defendants respectfully request leave to file a Consolidated Motion to Dismiss with a page limit of thirty (30) pages.

3. Plaintiff will thereafter be required to file its Response in Opposition to Defendant's

Motions, and for the same reasons listed in paragraph 2 herein Plaintiff's similarly request an additional leave to file a Consolidated Opposition to Defendants Motions with a page limit of thirty (30) pages.

4. Undersigned counsel have conferred and agreed upon the relief sought herein, and are filing this Motion Jointly.

WHEREFORE, the Parties respectfully request that the Court enter an Order granting this Unopposed Motion, and granting Defendants leave from section 3 of the Order to file a Consolidated Motion to Dismiss with a page limit of thirty (30) pages, and Plaintiff's leave to file its Response in Opposition to the Motion with a page limit of thirty (30) pages, and for such other relief as this Court deems just and proper.

Respectfully submitted this 21st day of September, 2015.

## CERTIFICATE OF SERVICE

**I hereby certify** that a true and correct copy of the foregoing was served electronically via the CM/ECF electronic filing system on all counsel or parties of record on the service list below this 21st day of September, 2015.

Respectfully submitted,

**/s/ Brady J. Cobb**
Brady J. Cobb, Esquire
Florida Bar No.: 0031018
Cobb Eddy, PLLC
642 N.E. 3rd Avenue
Fort Lauderdale, Florida 33304
Telephone: (954) 527-4111
Facsimile: (954) 900-5507
bcobb@cobbeddy.com

*/s/Aaron Behar, Esq.*
Aaron Behar, Esq.
Florida Bar No.: 166286
*/s/Jaclyn Behar, Esq.*
Jaclyn Behar, Esq.
Florida Bar No.: 063833
BeharBehar
1840 North Commerce Parkway
Suite 1
Weston, Florida 33326
Telephone: (954) 688-7642
Facsimile: (954) 332-9260
E-mail: ab@beharbehar.com
jb@beharbehar.com
*Counsel for Plaintiff*

And:   Spencer D. Freeman
Freeman Law Firm, Inc.
1107 ½ Tacoma Avenue South
Tacoma, WA 98402
Telephone:  (253) 383-4500
Facsimile:  (253) 383-4501
E-mail:    sfreeman@freemanlawfirm.org
*Counsel for Plaintiff*

3

**SERVICE LIST**
**1:15-cv-22463-MGC**

Aaron Behar, Esquire
Jaclyn Behar, Esquire
BEHAR BEHAR
1840 North Commerce Parkway Suite One
Weston, Florida 33326
Telephone: (954) 688-7642
Facsimile: (954) 332-9260
Emal: AB@BeharBehar.com,  jb@jaclynbentley.com

Spencer D. Freeman, Esquire
Freeman Law Firm, Inc.
1107 ½ Tacoma Avenue South
Tacoma, WA 98402
Telephone: (253) 383-4500
Facsimile: (253) 383-4501
Email: sfreeman@freemanlawfirm.org
*Counsel for Plaintiff*
(Moving for Admission pro hac vice)

John F. O'Sullivan
Allen Paige Pegg
Hogan Lovells US LLP
Brickell World Plaza 600 Brickell Ave.
Suite 2700
Miami, FL 33131
305 459-6651
305-459-6550 (fax)
Email: john.osullivan@hoganlovells.com,  allen.pegg@hoganlovells.com
**Counsel for Defendant Clover Holdings Limited Partnership**