UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

| | |
|---|---|
| HYDENTRA HLP INT. LIMITED, a foreign corporation d/b/a METART<br><br>    Plaintiff,<br><br>v.<br><br>MAXIMUM APPS INC., a foreign company d/b/a SEX.COM, CLOVER HOLDINGS LIMITED PARTNERSHIP, a foreign company, d/b/a SEX.COM; SEX.COM; FREDERICK VALIQUETTE, an individual, and; John Does 1-20,<br><br>    Defendants. | Case No.<br>1:15-cv-22463-MGC |

**[PROPOSED] ORDER GRANTING JOINT
MOTION FOR LEAVE TO FILE IN EXCESS OF THE PAGE LIMIT**

This cause came before the Court upon the Parties Joint Unopposed Motion for Leave to File in Excess of the Page Limit, and, this Court, having reviewed the pleadings herein and being otherwise fully advised in the premises, hereby

ORDERS AND ADJUDGES:

The Motion is GRANTED. The Defendants are hereby permitted to file a Consolidated Motion to Dismiss with a page limit of thirty (30) pages, and Plaintiff is hereby permitted to file a Consolidated Response in Opposition to Defendants' Motion with a page limit of thirty (30) pages.

DONE AND ORDERED in Chambers at Miami, Florida this ___ day of September, 2015.

_____
Marcia G. Cooke
UNITED STATES DISTRICT JUDGE