**United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

Trademarks > Trademark Electronic Search System (TESS)

TESS was last updated on Sat Sep 19 03:22:02 EDT 2015

Please logout when you are done to release system resources allocated for you.

## Record 1 out of 1

( Use the "Back" button of the Internet Browser to return to TESS)

**Typed Drawing**

| | |
|---|---|
| **Word Mark** | SEX.COM |
| **Goods and Services** | IC 041. US 100 101 107. G & S: Computer services, namely, providing a computer data base for the goods and services of others in the field of adult oriented subject matter via a global computer network; providing links to the websites of goods and services others in the field of adult oriented subject matter by means of a website on a global computer network. FIRST USE: 19960101. FIRST USE IN COMMERCE: 19960101 |
| **Mark Drawing Code** | (1) TYPED DRAWING |
| **Trademark Search Facility Classification Code** | NOTATION-SYMBOLS Notation Symbols such as Non-Latin characters,punctuation and mathematical signs,zodiac signs,prescription marks |
| **Serial Number** | 75448953 |
| **Filing Date** | March 12, 1998 |
| **Current Basis** | 1A |
| **Original Filing Basis** | 1B |
| **Published for Opposition** | March 6, 2007 |
| **Registration Number** | 3284052 |
| **Registration Date** | August 28, 2007 |
| **Owner** | (REGISTRANT) ESCOM, LLC LIMITED LIABILITY COMPANY DELAWARE 123 NEWBURY STREET SECOND FLOOR BOSTON MASSACHUSETTS 02116<br><br>(LAST LISTED OWNER) CLOVER HOLDINGS LIMITED LIMITED PARTNERSHIP ST. VINCENT/GRDN EGMONT STREET KINGSTOWN ST. VINCENT/GRDN |
| **Assignment Recorded** | ASSIGNMENT RECORDED |
| **Attorney of Record** | George R. Spatz |
| **Prior Registrations** | 3122247 |
| **Type of Mark** | SERVICE MARK |
| **Register** | PRINCIPAL-2(F) |
| **Affidavit Text** | SECT 15. SECT 8 (6-YR). |

Trademark Electronic Search System (TESS)

| | |
|---|---|
| **Live/Dead Indicator** | LIVE |

| HOME | SITE INDEX| SEARCH | eBUSINESS | HELP | PRIVACY POLICY