UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

MIAMI DIVISION

CASE NO.: 1:15-cv-22463-MGC

HYDENTRA HLP INT. LIMITED, a
foreign corporation d/b/a METART,

    Plaintiff,

vs.

MAXIMUM APPS INC., a foreign
company d/b/a SEX.COM; CLOVER
HOLDINGS LIMITED PARTNERSHIP,
a foreign company d/b/a SEX.COM;
SEX.COM; FREDERIC VALIQUETTE,
an individual; and John Does 1-20,

    Defendants.
_____/

## NOTICE OF WITHDRAWAL OF JOINT SCHEDULING REPORT D.E. 38

NOTICE IS HEREBY GIVEN by Plaintiff, by and through undersigned counsel, that it hereby withdraws the Joint Scheduling Report filed this date (D.E. 38). The filing was inadvertently made as the Parties are continuing their conference to finalize the Joint Scheduling Report. The Parties expect that the final Joint Scheduling Report will be filed prior to the Court's deadline of October 5, 2015.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 30th day of September, 2015 we electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following: John F. O'Sullivan, Esq., Allen P.

1

Pegg, Esq. and Jason D. Sternberg, Esq., *Counsel for Clover Holdings Limited Partnership*; and Brady J. Cobb, Esq., *Counsel for Maximum Apps Inc. d/b/a Sex.Com and Frederick Valiquette.*

                                            Respectfully submitted,

                                            */s/Aaron Behar, Esq.*
                                            Aaron Behar, Esq.
                                            Florida Bar No.: 166286
                                            */s/Jaclyn Behar, Esq.*
                                            Jaclyn Behar, Esq.
                                            Florida Bar No.: 063833
                                            BeharBehar
                                            1840 North Commerce Parkway
                                            Suite 1
                                            Weston, Florida 33326
                                            Telephone: (954) 688-7642
                                            Facsimile: (954) 332-9260
                                            E-mail: ab@beharbehar.com
                                                       jb@beharbehar.com
                                            ***Counsel for Plaintiff***

                                            */s/Spencer D. Freeman, Esq.*
                                            Spencer D. Freeman, Esq.
                                            Freeman Law Firm, Inc.
                                            1107 ½ Tacoma Avenue South
                                            Tacoma, WA 98402
                                            Telephone: (253) 383-4500
                                            Facsimile: (253) 383-4501
                                            E-mail:
                                            sfreeman@freemanlawfirm.org
                                            ***Counsel forPlaintiff (Pro Hac Vice)***