UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

MIAMI DIVISION

CASE NO.: 1:15-cv-22463-MGC

HYDENTRA HLP INT. LIMITED, a
foreign corporation d/b/a METART,

    Plaintiff,

vs.

MAXIMUM APPS INC., a foreign
company d/b/a SEX.COM; CLOVER
HOLDINGS LIMITED PARTNERSHIP,
a foreign company d/b/a SEX.COM;
SEX.COM; FREDERIC VALIQUETTE,
an individual; and John Does 1-20,

    Defendants.

_____/

## PLAINTIFF'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME TO FILE RESPONSE TO DEFENDANTS', MAXIMUM APPS INC. AND FREDERIC VALIQUETTE, MOTION TO DISMISS

COMES NOW, Plaintiff, HYDENTRA HLP INT. LIMITED d/b/a METART, by and through undersigned counsel, and files this Unopposed Motion for Enlargement of Time to File Response to Defendants' Motion to Dismiss, and as grounds therefore states as follows:

1. Plaintiff filed the instant lawsuit on June 30, 2015.

2. On September 21, 2015, Defendants, Maximum Apps Inc. and Frederic Valiquette, filed a Motion to Dismiss (D.E. 34).

3. Plaintiff's response to Defendants' Motion to Dismiss is due October 8, 2015.

BeharBehar • 1840 North Commerce Parkway • Suite One • Weston, Florida 33326
T: 954-688-7642   F: 954-332-9260   W: BeharBehar.com

1 of 4

4. As such, undersigned counsel for Plaintiff requests this Honorable Court grant an enlargement of time of fifteen (15) days, or until October 23, 2015, to file a response to Defendants' Motion to Dismiss.

5. **Undersigned counsel for Plaintiff represents that he has conferred with counsel for Defendants, Brady J. Cobb, Esq., regarding the filing of this motion, and Mr. Cobb has *no opposition* thereto.**

WHEREFORE, undersigned counsel for Plaintiff requests this Honorable Court enter an Order Granting this Motion, and allowing Plaintiff to file a response to Defendants' Motion to Dismiss by **October 23, 2015.**

[THIS PORTION OF PAGE INTENTIALLY LEFT BLANK]

BeharBehar • 1840 North Commerce Parkway • Suite One • Weston, Florida 33326
T: 954-688-7642    F: 954-332-9260    W: BeharBehar.com

2 of 4

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 30th day of September, 2015 we electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following: John F. O'Sullivan, Esq., Allen P. Pegg, Esq. and Jason D. Sternberg, Esq., *Counsel for Clover Holdings Limited Partnership*; Brady J. Cobb, Esq., *Counsel for Maximum Apps Inc. d/b/a Sex.Com and Frederick Valiquette*; and also to: Evan Fray-Witzer, Esq. (Pro Hac pending); Valentin Gurvits, Esq. (Pro Hac pending); and Matthew Shayefar, Esq. (Pro Hac pending).

Respectfully submitted,

*/s/Aaron Behar, Esq.*
Aaron Behar, Esq.
Florida Bar No.: 166286
*/s/Jaclyn Behar, Esq.*
Jaclyn Behar, Esq.
Florida Bar No.: 063833
BeharBehar
1840 North Commerce Parkway
Suite 1
Weston, Florida 33326
Telephone: (954) 688-7642
Facsimile: (954) 332-9260
E-mail: ab@beharbehar.com
jb@beharbehar.com
***Counsel for Plaintiff***

BeharBehar • 1840 North Commerce Parkway • Suite One • Weston, Florida 33326
T: 954-688-7642   F: 954-332-9260   W: BeharBehar.com

3 of 4

*/s/Spencer D. Freeman, Esq.*
Spencer D. Freeman, Esq.
Freeman Law Firm, Inc.
1107 ½ Tacoma Avenue South
Tacoma, WA 98402
Telephone: (253) 383-4500
Facsimile: (253) 383-4501
E-mail: sfreeman@freemanlawfirm.org
***Counsel for Plaintiff (Pro Hac Vice)***

BeharBehar • 1840 North Commerce Parkway • Suite One • Weston, Florida 33326
T: 954-688-7642   F: 954-332-9260   W: BeharBehar.com

4 of 4