UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

MIAMI DIVISION

CASE NO.: 1:15-cv-22463-MGC

HYDENTRA HLP INT. LIMITED, a
foreign corporation d/b/a METART,

    Plaintiff,

vs.

MAXIMUM APPS INC., a foreign
company d/b/a SEX.COM; CLOVER
HOLDINGS LIMITED PARTNERSHIP,
a foreign company d/b/a SEX.COM;
SEX.COM; FREDERIC VALIQUETTE,
an individual; and John Does 1-20,

    Defendants.
_____/

### ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME TO FILE RESPONSE TO DEFENDANTS', MAXIMUM APPS INC. AND FREDERIC VALIQUETTE, MOTION TO DISMISS

THIS CAUSE, having come before the Court upon Plaintiff's Motion for Enlargement of Time to File Response to Defendants' Motion to Dismiss, and the Court having considered the motion and all other relevant factors, it is hereby

ORDERED AND ADJUDGED as follows:

1.    Plaintiff's Motion is hereby GRANTED.

2.    Plaintiff has until **October 23, 2015** to file a response to Defendants' Motion to Dismiss.

CASE NO.: 1:15-cv-22463-MGC

DONE AND ORDERED in Chambers at Miami-Dade County, Florida this ___ day of _____, 2015.

_____
MARCIA G. COOKE
UNITED STATES DISTRICT JUDGE

**_Copies furnished to:_**
All counsel of record.

2