UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

MIAMI DIVISION

CASE NO.: 1:15-cv-22463-MGC

HYDENTRA HLP INT. LIMITED, a
foreign corporation d/b/a METART,

    Plaintiff,

vs.

MAXIMUM APPS INC., a foreign
company d/b/a SEX.COM; CLOVER
HOLDINGS LIMITED PARTNERSHIP,
a foreign company d/b/a SEX.COM;
SEX.COM; FREDERIC VALIQUETTE,
an individual; and John Does 1-20,

    Defendants.
_____/

**PLAINTIFF'S MOTION TO STAY FOR PURPOSES OF CONDUCTING
JURISDICTIONAL DISCOVERY AS TO CLOVER HOLDINGS LIMITED
PARTNERSHIP AND INCORPORATED MEMORANDUM OF LAW**

COMES NOW, Plaintiff, HYDENTRA HLP INT. LIMITED d/b/a METART, by and through the undersigned counsel, and hereby files its Motion to Stay For Purposes of Conducting Jurisdictional Discovery as to Clover Holdings Limited Partnership ("Clover Holdings"), and as grounds therefore states as follows:

    1.    In the event this court determines that it may not maintain jurisdiction over Clover Holdings for any reason, Plaintiff requests this Motion to Stay be granted for purposes of permitting it to seek limited discovery as to such personal jurisdiction over Clover Holdings, pursuant to F.R.C.P. 26(b)(1) and *Mother Doe I v. Maktoum*, 632 F. Supp 2d, 1130, 1144 (S.D. Fla. 2007).

2. On or about July 1, 2015, Plaintiff filed an Amended Complaint against all named Defendants, including Clover Holdings. (D.E. #5).

3. As it concerns this Court's jurisdiction over Clover Holdings, Plaintiff set forth the following in its Amended Complaint:

> 3. Defendant Clover Holdings Limited Partnership is a foreign corporation, with offices in Montreal, Canada. Upon information and belief, in conjunction with the other Defendants, Clover Holdings owns and operates Sex.com, an Internet website that displays and distributes adult oriented videos, photographs, content, and services.
>
> 5. Defendants registered the domain Sex.com through the registrar Network Solutions, LLC, a company located in Jacksonville, Florida. By entering into an agreement with Network Solutions, LLC, Defendants agreed to jurisdiction in the State of Florida regarding any actions or obligations pertaining to the website.
>
> 6. Defendants utilize Perfect Privacy LLC, a Florida company, to protect the identity of the owners and/or operators of Sex.com.
>
> 7. Defendants have availed themselves of the trademark laws of the United States, seeking protection of the mark "sex.com" through registration at the United States Trademark Office, Registration Number 75448953.
>
> 8. Defendants have further availed themselves of the intellectual property laws of the United States, registering as an Internet Service Provider with the United States Copyright Office and seeking protections against copyright infringement liability through DMCA safe harbor protections.
>
> 9. Defendants contract with United States advertisers, which use geotracking to target advertisements directly into districts of the United States, including Florida.
>
> 10. Defendants specifically target Internet users in the United States. Defendants overtly state that 25% of its viewers are in the United States. Upon information and belief, over 40% of Sex.com's viewers are in the United States.
>
> 11. Upon information and belief, the Defendants all transact business in this Judicial District by way of their interactive website and through their interactivity with subscription based and non-

> subscription based Florida members who have been offered the infringing and unlawful content at issue herein and who have, themselves, engaged in acts of infringement in this District and State. The Court has personal jurisdiction over the Defendants, who have engaged in business activities in and directed to this district, and have committed tortious acts within this district or directed at this district.
>
> 12. The Court has personal jurisdiction over the Defendants, foreign companies and individuals who have engaged in business activities in and directed to the United States and this district, and have committed tortious acts within the United States and this district or directed at the United States and this district.
>
> 33. Defendants Maximum Apps Inc. and Clover Holdings Limited Partnership are owners and/or operators of Sex.com and/or doing business as Sex.com.
>
> 35. Defendants conduct business as Sex.Com, operate the website, and derive direct financial benefit through advertising sales, memberships, and affiliate partnerships on the website.

4. On or about September 3, 2015, Clover Holdings filed a Motion to Dismiss Plaintiff's Amended Complaint based on alleged insufficiency of service of process and lack of personal jurisdiction. (D.E. #24).

5. Plaintiff filed a Response in Opposition to Clover Holdings' Motion to Dismiss on or about September 18, 2015. (D.E. #31).

6. In its Opposition, Plaintiff included Exhibit "G" (a Sex.Com "Press Kit" showing 25% of the traffic generated by Sex.com originates from the United States), Exhibit "H" (Similarweb.com Traffic Overview for Sex.Com) and Exhibit "I" (Terms of Service Contract with Network Solutions) to refute Clover Holdings' suggestion that it is not subject to personal jurisdiction.

7. On or about September 28, 2015, Clover Holdings filed a Reply in Support to its Motion to Dismiss for Insufficient Service of Process and Lack of Personal Jurisdiction. (D.E. # 37).

3

8. In its Reply, Clover Holdings argues that the documents upon which Plaintiff relies are "unauthenticated and thus must be disregarded". (D.E. #37, Fn. #3).

9. In the event this Court is concerned with its jurisdiction over Clover Holdings or is inclined to grant Clover Holdings' Motion to Dismiss, Plaintiff requests this Court enter a brief stay in order for Plaintiff to conduct limited discovery of information directly affecting the jurisdictional inquiry, which is in Clover Holdings' exclusive control.

10. If granted, Plaintiff would conduct the following discovery, among other things, related to its allegations of jurisdiction over Clover Holdings:

a. Discovery as to the authenticity and statistics reflected in the Sex.com Press Kit.

b. Discovery as to the authenticity and statistics reflected in the SimilarWeb.Com Traffic Overview.

c. Discovery as to the authenticity of the Network Solution Contract with Clover Holdings related to the usage of the Sex.com domain name.

d. Discovery related to Sex.com's admission on its website that 25% of traffic comes from the United States. *See Exhibit "A"*.

e. The geographical location of users of Sex.com, which is collected and maintained by Clover Holdings. More specifically, the Privacy Policy set forth on Sex.com's website provides the following regarding Clover Holdings' Data Collections practice:

Personal Information:

Non-Registered users can watch pictures & videos without registering and without any information being collected and processed. However, the visitor's IP address will be recorded in the event that there is any misappropriation of information and/or content.

Registered Members: Registration is required for uploading pictures & videos, and accessing a number of other features. The following personal information is requested at

> the time of registration: username (required), and email address (required). All of this data, with the exception of the email address and IP address, becomes publicly accessible information.
>
> Content Uploaded to the site: Any personal information or picture/video content that you voluntarily disclose online becomes publicly available and can be collected and used by others.
>
> Cookies: When you visit Sex.com, we may send one or more cookies to your computer that uniquely identifies your browser session. Sex.com uses both session cookies and persistent cookies. If you remove your persistent cookie, some of the site's features may not function properly.
>
> Log File Information: When you visit Sex.com, our servers automatically record certain information that your web browser sends such as your web request, IP address, browser type, browser language, referring URL, platform type, domain names and the date and time of your request.
>
> Emails: If you contact us, we may keep a record of that correspondence.
>
> *See Exhibit "B".*

f. The deposition of Clover Holdings' 30(b)(6) corporate representative to establish, among other things, its privacy policy, data collection practices, advertising and similar specific and general connections to the United States or Florida.

g. Third party discovery as to the agreement between Perfect Privacy, LLC and Clover Holdings related to Defendants' attempts to maintain confidential its business structure. Upon information and belief, Perfect Privacy is a Florida company and/or maintains offices in Florida. The extent of Clover Holdings' contractual relationship with Perfect Privacy, LLC is relevant to personal jurisdiction.

WHEREFORE, in the event this court determines that it may not maintain jurisdiction over Clover Holdings for any reason, Plaintiff requests a Stay of the Proceedings as to Clover Holdings in order to conduct jurisdictional discovery, and any other relief the Court deems proper.

## **MEMORANDUM OF LAW**

A qualified right to jurisdictional discovery exists. Pursuant to Fed. R. Civ. P. 26(b)(1), parties may obtain discovery regarding any matter, not privileged, which is relevant to the subject matter involved in the pending action. Discovery is not limited to the merits of a case, as it is available to ascertain the facts bearing on issues such as jurisdiction or venue. *Mother Doe I v. Maktoum*, 632 F. Supp 2d, 1130, 1144 (S.D. Fla. 2007).

If the jurisdictional question is genuinely in dispute and the court cannot resolve the issue in the early stages of the litigation, then discovery will certainly be useful and may be essential to the revelation of facts necessary to decide the issue. Jurisdictional discovery is favored where there is a genuine dispute concerning jurisdictional facts necessary to decide the question of personal jurisdiction. *Bernardele v. Bonorino*, 608 F. Supp. 2d 1313, 1321 (S.D. Fla. 2009). Although the plaintiff bears the burden of proving the court's jurisdiction, the plaintiff should be given the opportunity to discover facts that would support his allegations of jurisdiction. *Majd-Pour v. Georgiana Community Hospital*, Inc., 724 F.2d 901, 903 (11th Cir. 1984).

As demonstrated here, Plaintiff has set forth sufficient information and documentary proof to, at a minimum, require the Court to extend its jurisdiction over Clover Holdings. Clover Holdings' contacts in the United States are more than just mere coincidences. First, Clover Holdings registered the domain Sex.com through the registrar Network Solutions, LLC, a company located in Jacksonville, Florida. D.E. #5, Par. 5. Second, Clover Holdings utilize Perfect Privacy LLC, a Florida company, to protect the identity of the owners and/or operators of Sex.com. D.E. #5, Par. 6. Third, Clover

Holdings has availed itself of the trademark laws of the United States, seeking protection of the mark "sex.com" through registration at the United States Trademark Office, Registration Number 75448953. D.E. #5, Par. 7. Fourth, Clover Holdings has contracted with United States advertisers, which use geotracking to target advertisements directly into districts of the United States, including Florida. D.E. #5, Par. 9. As such, Plaintiff has met its burden to demonstrate prima facie jurisdiction, as its complaint is not devoid of jurisdictional allegations and a Court may order jurisdictional discovery. *Vorbe v. Morisseau*, 2014 .S. Dist. LEXIS 111247 (S.D. Fla. Aug. 12, 2014).

Additionally, Plaintiff's motion requesting jurisdictional discovery must set forth the specific information sought that would establish personal jurisdiction. *Zamora Radio, LLC v. Last.fm Ltd.*, 2011 U.S. Dist. LEXIS 69101, *38 (S.D. Fla. 2011). Plaintiff undoubtedly does that here, listing in detail some of the discovery it will seek to establish jurisdiction over Clover Holdings. The limited discovery sought here is necessary and relevant for Plaintiff to conclusively establish jurisdiction over Clover Holdings in the United States and in Florida.

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 30th day of September, 2015 we electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following: John F. O'Sullivan, Esq., Allen P. Pegg, Esq. and Jason D. Sternberg, Esq., *Counsel for Clover Holdings Limited Partnership*; and Brady J. Cobb, Esq., *Counsel for Maximum Apps Inc. d/b/a Sex.Com and Frederick Valiquette.*

          Respectfully submitted,

          */s/Aaron Behar, Esq.*
          Aaron Behar, Esq.
          Florida Bar No.: 166286
          */s/Jaclyn Behar, Esq.*
          Jaclyn Behar, Esq.
          Florida Bar No.: 063833
          BeharBehar
          1840 North Commerce Parkway
          Suite 1
          Weston, Florida 33326
          Telephone: (954) 688-7642
          Facsimile: (954) 332-9260
          E-mail: ab@beharbehar.com
                  jb@beharbehar.com
          **Counsel for Plaintiff**

          */s/Spencer D. Freeman, Esq.*
          Spencer D. Freeman, Esq.
          Freeman Law Firm, Inc.
          1107 ½ Tacoma Avenue South
          Tacoma, WA 98402
          Telephone: (253) 383-4500
          Facsimile: (253) 383-4501
          E-mail:
          sfreeman@freemanlawfirm.org
          **Counsel for Plaintiff (Pro Hac Vice)**

# EXHIBIT "A"

# SEX.COM — PRESS KIT

Hi there! Thank you for downloading the Sex.com Press Kit. We've prepared a few interesting facts for you. If there is something more you'd like to know, feel free to send us an email! The address can be found at the bottom of this page.

## SITE STATS*

What does an average month look like on Sex.com?

- 65M Visitors
- 7.8 Pages/Session
- 05:58 Time on site
- 53.2% English speaking users
- 5.3% Spanish speaking users
- 4.3% Portuguese speaking users
- 3.9% French speaking users
- 7.6% Others

New Visitors 57% / Returning Visitors 43%

**BONUS INFO** About 25% of our total traffic is 100% American.

*Google Analytics, August 2014

## THE SEX.COM STORY

Sex.com is a free virtual community for the discovery and sharing of porn. However, before its current identity, it underwent a pretty tumultuous journey.

**May 1994** — Gary Kremen registers Sex.com for free with Network Solutions.

**May 1995** — Stephen Cohen steals the domain name by tricking Network Solutions with a forged fax.

**1995 – 2001** — Kremen sues Cohen and the battle lasts 6 years, led by cyberlawyer Charles Carreon. In the meantime, Cohen has turned Sex.com into a lucrative porn empire, earning him approx. $100M.

**April 2001** — Kremen wins the case, retrieves the Sex.com domain, and Cohen is ordered by court to pay a $65M judgement.

**May 2001** — After refusing to pay, faking bankruptcy and moving assets out of the country, Cohen fled to Mexico to escape his arrest warrant.

**October 2005** — Cohen is arrested in Tijuana, Mexico for immigration violations, and is handed over to US authorities. Cohen is charged with federal civil contempt and the amount for damages owed to Kremen increases to $82M.

**January 2006** — Kremen sells the Sex.com domain to Escom LLC, for $14M.

**February 2010** — Escom files for bankrupcy, and the domain name sale is held at a Sedo brokered auction.

**October 2010** — Offshore holding company, Clover Holdings, based in the Caribbean island of St. Vincent, put in the winning bid of $13 million.

**May 2012** — Sex.com relaunches, marketing itself as a Pinboard community for porn.

## SEX IS SOCIAL

We're social! Despite some challenges due to the nature of our site, we're continually growing our social presence.

- Facebook: 25K fans
- Twitter: 28.6K followers
- Tumblr: 7.3K followers
- Pinterest: 2.4K pinners

## CONTACT US

media @ sex.com

Last updated August 2014

# EXHIBIT "B"



# Sex.com Privacy Policy

Effective February 2012

We provide this Privacy Policy to inform you of our policies and procedures regarding the collection, use and disclosure of personal information we receive from users of www.sex.com. This Privacy Policy applies only to information that you provide to us through the site. This Privacy Policy may be updated on occasion. We will notify you of any material changes by posting the new Privacy Policy on the Site. You are advised to consult this policy regularly for any changes.

This site expressly and strictly limits its membership and/or viewing privileges to adults 18 years of age and over, or having attained the age of majority in their country. All persons who do not meet this criteria are strictly forbidden from accessing or viewing the contents of this Site. We do not knowingly seek or collect any personal information or data from persons who have not attained the age of majority.

The security of your Data is very important to Sex.com and as such we take all appropriate steps to limit the risk that it may be lost, damaged or misused.

## DATA COLLECTED

Our primary goals in collecting information are to provide and improve our site, application, services, features and content, to administer your membership and to enable users to enjoy and easily navigate the site.

Personal Information:

- Non-Registered users can watch pictures & videos without registering and without any information being collected and processed. However, the visitor's IP address will be recorded in the event that there is any misappropriation of information and/or content.

- Registered Members: Registration is required for uploading pictures & videos, and accessing a number of other features. The following personal information is requested at the time of

registration: username (required), and email address (required). All of this data, with the exception of the email address and IP address, becomes publicly accessible information.

Content Uploaded to the site: Any personal information or picture/video content that you voluntarily disclose online becomes publicly available and can be collected and used by others.

Cookies: When you visit Sex.com, we may send one or more cookies to your computer that uniquely identifies your browser session. Sex.com uses both session cookies and persistent cookies. If you remove your persistent cookie, some of the site's features may not function properly.

Log File Information: When you visit Sex.com, our servers automatically record certain information that your web browser sends such as your web request, IP address, browser type, browser language, referring URL, platform type, domain names and the date and time of your request.

Emails: If you contact us, we may keep a record of that correspondence.

## USES

The personally identifiable information you submit to Sex.com is used to provide you as the user with special, personalized site features.

Your chosen username (not your email address) is displayed to other Users alongside the content you upload, including pictures & videos, comments, likes, etc.

Any picture or videos that you submit to Sex.com may be redistributed through the internet and other media channels, and may be viewed by the general public.

We may use your email address or other personally identifiable information to send commercial or marketing messages.

We may use your email address for non-marketing or administrative purposes (such as notifying you of key website changes or for customer service purposes).

Opt-in communication — Subscriber expressly and specifically acknowledges and agrees that his/her email address or other means of communicating with subscriber may be used to send him/her offers, information or any other commercially oriented emails or other means of communications. More specifically, some offers may be presented to the subscriber via email campaigns or other means of communications with the option to express the subscriber's preference by either clicking or entering "accept" (alternatively "yes") or "decline" (alternatively "no"). By selecting or clicking the "accept" or "yes", the subscriber indicates that the subscriber "OPTS-IN" to that offer and thereby agrees and assents that the subscriber's personal information, including its email address and data may be used for that matter."

Opt-out communication — Subscriber expressly and specifically acknowledges and agrees that his/her email address or other means of communicating with subscriber may not be used to send him/her offers, information or any other commercially oriented emails or other means of communications.

We analyze aggregated user traffic information to help streamline our marketing and hosting operations and to improve the quality of the Sex.com user-experience.

## DISCLOSURE OF INFORMATION

If required to do so, Sex.com may release data to comply with any legal obligation, or in order to enforce our Terms of Service and other agreements; or to protect the rights, property or safety of Sex.com or our subscribers or others. This includes exchanging information with other companies and organizations including the police and governmental authorities for the purposes of protection against fraud or any other kind of illegal activity whether or not identified in the Terms of Service. It is Sex.com's policy, whenever possible and legally permissible, to promptly notify you upon an obligation to supply data to any third party.

Should you deliberately upload any illegal material, Sex.com shall forward all available information to all relevant authorities and do so without notice.

We do not share your personally identifiable information, such as email address, with other third-party companies for their commercial or marketing use without your consent, or except as part of a specific program or feature for which you will have the ability to opt-in or opt-out.

## LINKS TO OTHER SITES

Our site contains links to other websites. If you choose to visit an advertiser by "clicking on" a banner ad or other type of advertisement, or click on another third party link, you will be directed to that third party's website. The fact that we link to a website or present a banner ad or other type of advertisement is not an endorsement, authorization or representation of our affiliation with that third party, nor is it an endorsement of their privacy or information security policies or practices. We do not exercise control over third party websites. These other websites may place their own cookies or other files on your computer, collect data or solicit personal information from you. Other sites follow different rules regarding the use or disclosure of the personal information you submit to them. We encourage you to read the privacy policies or statements of the other websites you visit.

## SECURITY

Here we have given you, or you have chosen, a password, which enables you to access certain parts of our Site. You are responsible for keeping this password confidential. We ask you not to share your password with anyone.

Unfortunately, the transmission of information via the Internet is not completely secure. Sex.com uses commercially reasonable physical, managerial and technical safeguards to preserve the integrity and security of your personal information. We cannot, however, ensure or warrant the security of any information you transmit to Sex.com, and you do so at your own risk.

Identity theft and the practice currently known as "phishing" are of great concern to us. Safeguarding information to help protect you from identity theft is a top priority. We do not and will not, at any time, request your credit card information, login information, or national identification

numbers in a non-secure or unsolicited e-mail or telephone communication. For more information about phishing, visit the Federal Trade Commission's website.

## YOUR RIGHTS

All Members may review, update, correct or delete the personal information in their account by contacting us or by editing said profile via the site. If you completely delete all such information, then your account may become deactivated. We will use commercially reasonable efforts to honor your request. We may retain an archived copy of your records as required by law or for legitimate business purposes.

## CONTACTING US

If you have any questions about this privacy policy, please contact us at:



©2015 Sex.com - About us (/about/us) - How it Works (/about/howitworks) - Etiquette (/about/etiquette) - Terms of Use (/about/terms) - Privac                    ance)
                                             - Help (/about/faq) - Advertise with Us (/about/advertise)

(http://www.rtalabel.org)

**GO TO NEXT LIVE CAM**