*Attachment C:* Magistrate Judge Jurisdiction Election Form

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 15-22463-Civ-COOKE/TORRES

HYDENTRA HLP INT. LIMITED,
a foreign corporation doing business
as Metart,

    Plaintiff,

vs.

MAXIMUM APPS INC., a foreign
company doing business as
SEX.COM, CLOVER HOLDINGS
LIMITED PARTNERSHIP, a
foreign company doing business as
SEX.COM, SEX.COM, FREDERIC
VALIQUETTE, an individual and JOHN DOES 1-20,

    Defendants.
_____/

### ELECTION TO JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE FOR FINAL DISPOSITION OF MOTIONS

In accordance with the provisions of 28 U.S.C. § 636(c), the undersigned parties to the above-captioned civil matter hereby jointly and voluntarily elect to have a United States Magistrate Judge decide the following motions and issue a final order or judgment with respect thereto:

1. Motions for Costs     Yes ✓    No ___
2. Motions for Attorney's Fees     Yes ✓    No ___
3. Motions for Sanctions     Yes ✓    No ___

10/1/15      *[signed]* FOR AARON BEHAR
(Date)      (Signature-Plaintiff's Counsel)

10/01/15      *[signed]*
(Date)      (Signature-Plaintiff's Counsel)
                     Clover's

10/1/15      *[signed]*
(Date)      (Signature-Defendant's Counsel)
                 Maximum Apps, Inc and
                 Frederic Valiquette