UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 1:15-cv-22463-MGC

HYDENTRA HLP INT. LIMITED, a
foreign corporation d/b/a METART,

    Plaintiff,

vs.

MAXIMUM APPS INC., a foreign
company d/b/a SEX.COM; CLOVER
HOLDINGS LIMITED PARTNERSHIP,
a foreign company d/b/a SEX.COM;
SEX.COM; FREDERIC VALIQUETTE,
an individual; and John Does 1-20,

    Defendants.
_____/

## **PLAINTIFF'S NOTICE OF CONFERENCE RELATED TO MOTION TO STAY**

COMES NOW, Plaintiff, HYDENTRA HLP INT. LIMITED d/b/a METART, by and through the undersigned counsel, and hereby notifies this Honorable Court that, prior to the filing of its Motion to Stay (DE# 41), Plaintiff's counsel communicated with Defendant's counsel in an attempt to resolve the issues raised in the Motion. The parties were unable to resolve the issues.

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 1ST day of October, 2015 we electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following: Brady J. Cobb, Esq., Counsel for Maximum Apps Inc. d/b/a Sex.Com and Frederic Valiquette; and to: Allen P. Pegg, Esq. and John F.

1

O'Sullivan, Esq., Counsel for Clover Holdings Limited Partnership d/b/a Sex.Com.

    Respectfully submitted,

*/s/Aaron Behar, Esq.*

Aaron Behar, Esq.
Florida Bar No.: 166286
Jaclyn Behar, Esq.
Florida Bar No.: 63833
BeharBehar
1840 North Commerce Parkway
Suite 1
Weston, Florida 33326
Telephone: (954) 688-7642
Facsimile: (954) 332-9260
E-mail: ab@beharbehar.com
***Counsel for Plaintiff***