UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 1:15-cv-22463-MGC

HYDENTRA HLP INT. LIMITED, a
foreign corporation d/b/a METART,

      Plaintiff,

vs.

MAXIMUM APPS INC., a foreign
company d/b/a SEX.COM; CLOVER
HOLDINGS LIMITED PARTNERSHIP,
a foreign company d/b/a SEX.COM;
SEX.COM; FREDERIC VALIQUETTE,
an individual; and John Does 1-20,

      Defendants.

_____/

**PLAINTIFF'S MEMORANDUM OF LAW IN OPPOSITION TO DEFENDANTS',
MAXIMUM APPS INC. AND FREDERIC VALIQUETTE, MOTION TO
DISMISS FOR LACK OF PERSONAL JURISDICTION -*AND*- PLAINTIFF'S
ALTERNATIVE MOTION FOR JURISDICTIONAL DISCOVERY**

      COMES NOW, Plaintiff, HYDENTRA HLP INT. LIMITED d/b/a METART, by

and through the undersigned counsel, and hereby files its Memorandum of Law in

Opposition to Defendants', Maximum Apps Inc. d/b/a Sex.Com ("Maximum Apps") and

Frederic Valiquette ("Valiquette") (jointly referred to as "Defendants"), Motion to

Dismiss for Lack of Personal Jurisdiction (D.E. #34), and alternatively submits its

Motion for Jurisdictional Discovery as to Defendants.[1]

      As is typical with Internet companies, particularly in the adult industry, its owners

and related companies architect layers of barriers between themselves and the public for a

---

[1] This Memorandum relies on numerous exhibits that depict adult-oriented content. The undersigned
counsel has made every diligent effort to redact any content that could be considered pornographic. Should
any image/word not have been redacted, such was entirely inadvertent and not intended to disrespect the
Court or these proceedings.

1

number of privacy and financial reasons. Such is the case here and which underlies Defendants' arguments in their Motion to Dismiss. This Memorandum will clarify the convoluted maze of participants in the Sex.com empire and demonstrate that Defendant, Valiquette, is the common denominator in the operations of this well insulated website and companies.

On June 31, 2015, Plaintiff filed its Amended Complaint. On September 21, 2015, Defendants filed their Motion to Dismiss Amended Complaint, contesting personal jurisdiction. Defendants' position is inconsistent with the legal obligations governing personal jurisdiction over a Defendant. This Court has jurisdiction over Maximum Apps and Valiquette pursuant to Florida specific personal jurisdiction, Florida general personal jurisdiction, or jurisdiction pursuant to Federal Rule of Civil Procedure 4(k)(2).

## I.  INTRODUCTION

In *Brennan v. Roman Catholic Diocese of Syracuse N.Y., Inc.*, 322 Fed. Appx. 852, 854 (11th Cir. 2009), the Eleventh Circuit set forth the burden of proof as it concerns personal jurisdiction. Plaintiff bears the burden of presenting a prima facie case for personal jurisdiction by submitting sufficient evidence to withstand a directed verdict motion. *Id.* The defendant then must raise, through affidavits, documents or testimony a meritorious challenge to personal jurisdiction. *Id.* If the defendant does so, the burden shifts to the plaintiff to prove jurisdiction by affidavits, testimony or documents. *Id.* If the plaintiff's complaint and the defendant's evidence conflict, the district court must construe all reasonable inferences in the plaintiff's favor. *Id.*

A complaint should not be dismissed for lack of personal jurisdiction unless it is "***beyond doubt*** that the plaintiff can prove no set of facts that would establish personal

2

jurisdiction over the defendants." *Colodny v. Iverson, Yoakum, Papiano & Hatch*, 838 F. Supp. 572, 575 (M.D. Fla. 1993)(emphasis added). Plaintiff's Amended Complaint sets forth in detail sufficient facts from which this Court can determine that Defendants are subject to personal jurisdiction. To avoid redundancy, Plaintiff will point the Court's attention to the following paragraphs of the Amended Complaint, which directly address the issue of personal jurisdiction:   ¶¶ 2, 4 - 12, and 33 - 35. The issues concerning personal jurisdiction over Defendants will be addressed in this Memorandum.

## II.  STATEMENT OF FACTS ESTABLISHING PERSONAL JURISDICTION IN FLORIDA

Defendants are subject to personal jurisdiction in Florida by virtue of their numerous and substantial contacts throughout the state.

### A.    *Contracts with Florida Companies*

Defendants entered into important business contracts in Florida. Defendants argue they are not responsible for the registration of Sex.com and do not serve as the registrant of the site. *Defendants' Motion, pg. 2.* Defendants' position is surprisingly incorrect (or designed to mislead) as it is indisputable that Valiquette is the sole Director of Maximum Apps (and thus can be considered the exclusive owner) and the Director of HL Hosting Logistic Inc. ("HL"). *Exhibits 1 and 2*. HL maintains the servers that host Sex.com and the IP location for Sex.com reflects that such is with Maximum Apps, Inc. *Exhibit 3*. Simply stated, Valiquette owns/operates Maximum Apps. (which in turn serves as the location of the Sex.com IP address) and owns HL (which hosts some or all of Sex.com).

Defendants' registered the domain Sex.Com through Network Solutions, LLC, a domain name *registrar* based in Jacksonville, Florida. *Exhibit 3.* Absent such registration, sex.com would be altogether inoperable as a website. Sex.com entrusted this essential

function of its business to a company established in and operating from Florida. To be clear, without Network Solutions, Sex.com would not exist as Network Solutions provides the fundamental starting point for Sex.com's operations on the Internet.

Defendants also entered into another important contract with Perfect Privacy, LLC. ("PP"), the *registrant* of Sex.com, the purpose of which is to shield the true owners of Sex.com from the public. *Exhibit 3, 4*. PP is located in Jacksonville, Florida. *Exhibit 3*. According to PP's webpage, its function is to register websites in PP's name (rather than the name of the true owner) so as to avoid the owner's exposure on public sites such as Whois.domaintools.com, which (as evidenced by the attached exhibits) reflects key ownership and contact information for all registered websites. *Exhibit 3.* Importantly, Defendants *never* contest the structure of the named Defendants – that is, that Maximum Apps. does business as Sex.com. Thus, because both the *registrar* and *registrant* of Sex.com are located in Florida, this state is the appropriate jurisdiction for this lawsuit.

**B.**      ***Advertisements and Sponsorships***

Defendants' strategic agreements with advertisers and sponsors are designed for one purpose – to maximize profits – as both companies are involved and share revenue derived from that sponsor page. Here, certain key advertisers and sponsors are located in Florida. Based on the functionality, the relationships with the owners, operators and officers of Sex.com and the Florida-based companies were *not* established through advertising brokers. *Affidavit of Jason Tucker, Exhibit 5.* The sponsor relationships with Sex.com are controlled entirely by Defendants and Sex.com. This means that all posted banners and links that depict a sponsor's product are hosted on Defendants' servers, designed by Defendants, and controlled and served by Defendants rather than by either

4

the sponsor or third-party broker. The content displayed upon clicking a sponsor's banner or link is likewise controlled exclusively by Defendants. The sponsors cannot control or modify any page on Sex.com as such is exclusively controlled by Defendants. Moreover, the embedded hard-code pertaining to sponsors is remarkably different when a broker is used than when one is not used. Here, the code reflects that the relationship between Defendants and its sponsors listed below are direct rather than through brokers. *Exhibit 5.*

### 1.     *Reality Kings - Sponsor on Sex.com*

RK Netmedia, Inc.[2] owns and operates Rk.com (Reality Kings) and the Reality Kings Network (collectively RK), all of which are based in Miami Beach, Florida.[3] *Exhibits 6, 7.* Sex.com and RK maintain a sponsor relationship whereby RK permits Sex.com to advertise links to RK's website throughout the Sex.com website. Each time a user on Sex.com clicks through and generates a sale on RK's website, Sex.com generates money. Embedded in the operating code for Sex.com is a unique linking code (purposefully embedded in the site's coding) between Sex.com and Rk.com, which code is used by Sex.com and RK to track sales. This portion of the code is found on Sex.com's page source. *See Exhibit 11 (arrows point to code entries linking to RK).* In fact, from a business model, it is in Sex.com's best interest to code as many links as possible to its sponsors, including RK, as such results in the generation of revenue to Sex.com.

---

[2] As of August 28, 2012, RK Netmedia, Inc. operates as a subsidiary of Manwin Holding S.A.R.L. *Exhibit 6.* As of October 2013, Manwin operates as MindGeek S.A.R.L., which maintains offices in Miami Beach, Florida, San Diego, California and Los Angeles, California, among other places, as demonstrated on the Contact Page of http://mindgeek.com and as explained in Bloomberg Business found at http://www.bloomberg.com/research/stocks/private/snapshot.asp?privcapId=142431065. *Exhibits 7,8.*

[3] The site found at http://www.realitykings.com includes at the bottom of the page a link to "$$ models wanted$$", which transfers the user to starwaymodels.com, which is located in Miami, Florida. *Exhibit 9.* Likewise, the link on http://www.realitykings.com referencing "18 USC 2257 Record Keeping Requirements Compliance Statement" takes the user to a page indicating the records custodian is Jose Tavarez, in Miami, Florida. *Exhibit 10.*

  2.  *Team Skeet - Sponsor on Sex.com*

 Team Skeet is owned/operated by Paper Street Media, LLC, a company located in Miami, Florida. *Exhibits 12, 13.* Like the arrangement between RK and Sex.com, Team Skeet has a sponsorship arrangement with Sex.com, whereby Sex.com embeds unique linking codes into its source code to promote and track sales made on Team Skeet's website.

  3.  *Marsha May – Sex.com Featured Model*

 Sex.com maintains a Twitter page found at https://twitter.com/sexdotcom, which states that it has 111,000 followers. The home screen on Sex.com's Twitter page prominently states "Featuring Marsha May" and exhibits an image of Ms. May holding a sign stating "Sex.com". *Exhibit 14.* Marsha May is a model from Miami, Florida. *Exhibit 15.* Upon information and belief, Sex.com contracts with Marsha May, where her likeness is used to generate revenue for Sex.com.

  4.  *Geotracking*

 As it pertains to Sex.com's advertising, Plaintiff alleges that "Defendants contract with United States advertisers, which use geotracking to target advertisements directly into the districts of the United States, including Florida." *Am'd Cmplt,* ¶9. In response, Defendants admit that "it is possible for advertisers to contract to have their ads targeted to viewers in a particular country – *and some undoubtedly do* – this 'geolocation' has almost always been performed . . . by the advertising brokers, and not Maximum." *Motion to Dismiss, pg. 4.* Defendants try to place importance to such advertisements not serving to promote the Sex.com website, but rather third party sites on Sex.com.

 Defendant's attempt to blame advertising brokers with whom they contract to sell

advertising (to generate income for Sex.com). Such attempts to "blame" fail for the reasons explained above. Additionally, it is irrelevant to consider who is advertising on whose website. Instead, the inquiry is whether Defendants' advertising brokers (if used) are targeting users in Florida, which they are. For instance, when Sex.com is accessed through a mobile device (which permits geographic locations to be identified), advertising pop-ups appear specific to the local area, in this case, Florida. *Exhibit 16*. Moreover, any advertising or geolocation used by brokers is, as a matter of law, Defendants' responsibility. *See* Fla. Stat. 48.193(1) (Any person . . . who personally **or through an agent** does any of the acts enumerated in this subsection thereby submits himself . . . to the jurisdiction of the courts of this state . . . .).

### C.     *Defendants' Infringement Occurred In Florida*

As demonstrated in Plaintiff's Amended Complaint and in this Memorandum, Maximum Apps and Valiquette specifically and intentionally target the residents of the State of Florida and commit tortious acts of infringement within the state. The infringed intellectual property was both *accessible* and *accessed* in the State of Florida. The Eleventh Circuit determined that when a website is accessible in the forum, the resulting trademark infringement occurs in that forum. *Licciardello v. Lovelady*, 544 F.3d 1280 (11th Cir. 2008). Importantly, despite Plaintiff's allegations throughout the Amended Complaint that Defendants' violated various intellectual property laws, Defendants fail to refute same in their Motion. Thus, Plaintiff has established the commission of a tort in Florida and jurisdiction exists pursuant to Fla. Stat. 48.193(1)(a)(2), *discussed below*.

### III.  PERSONAL JURISDICTION EXISTS OVER THE DEFENDANTS PURSUANT TO FLORIDA'S LONG-ARM STATUTE

A Florida federal district court may exercise personal jurisdiction over a

nonresident defendant to the same extent that a Florida state court may, so long as the exercise is consistent with federal due process requirements. *Sculptchair, Inc. v. Century Arts, Ltd.,* 94 F.3d 623, 626-27 (11th Cir. 1996). If Florida law and the U.S. Constitution permit, the district court may exercise jurisdiction over the nonresident defendant. *Id.*

In order to determine whether the district court has personal jurisdiction over nonresident defendants, we must undertake a two-part analysis. First we must determine whether the Florida long-arm statute provides a basis for personal jurisdiction. If so, then we must determine whether sufficient minimum contacts exist between the defendants and the forum state so as to satisfy "traditional notions of fair play and substantial justice" under the Due Process Clause of the Fourteenth Amendment. *Robinson v. Giarmarco & Bill, P.C., 74 F.3d 253* (11th Cir.1996) (internal citations omitted).

Florida's Long-Arm Statute, *Fla.Stat. 48.193* provides in pertinent part:

(1)(a) Any person, whether or not a citizen or resident of this state, who *personally or through an agent* does any of the acts enumerated in this subsection thereby submits himself . . . to the jurisdiction of the courts of this state for any cause of action arising from the doing of any of the following acts:
1. Operating, conducting, engaging in, or carrying on a business or business venture in this state or having an office or agency in this state.
2. Committing a tortious act within this state . . . .
6. Causing injury to persons or property within this state arising out of an act or omission by the defendant outside this state, if, at or about the time of the injury, either:
    a. The defendant was engaged in solicitation or services within this state; or
    b. Products, materials, or things processed, serviced, or manufactured by the defendant anywhere were used or consumed within this state in the ordinary course of commerce, trade, or use.
(2) A defendant who is engaged in substantial and not isolated activity within this state, whether such activity is wholly interstate, intrastate, or otherwise, is subject to the jurisdiction of the courts of this state, whether or not the claim arises from that activity.

The Florida Long-Arm statute contains two provisions that confer personal jurisdiction over a non-resident defendant. The first, §48.193(1), confers *specific* jurisdiction if a claim "arises from" a defendant's specific forum-related contacts. Although the term "arising from" may be somewhat broader than the concept of proximate cause, under Florida law there must nevertheless be some "direct affiliation," "nexus", or "substantial connection" between the cause of action and the activities within the state. *Canadian Steel, Inc. v. HFP Capital Mkts., LLC*, 2012 U.S. Dist. LEXIS 84441 (S.D. Fla. June 19, 2012), *SunTrust Bank v. Sun Int'l Hotels, Ltd.*, 184 F. Supp. 2d 1246 (S.D. Fla. 2001).

The second, §48.193(2), confers *general* jurisdiction if a defendant's contacts with Florida are sufficiently pervasive. General jurisdiction arises from a non-resident defendant's contacts with the forum that are unrelated to the claim being litigated.

### A.   *Specific Jurisdiction, Fla. Stat. 48.193(1)(a)*

#### 1.   *48.193(1)(a)(1): Carrying on a Business or Business Venture in Florida*

Defendants are subject to specific personal jurisdiction by having engaged in business activities in this state. As demonstrated above, Defendants maintain important operational contracts with Network Solutions and PP, both of whom are domiciled in Jacksonville, Florida. Without these contracts, not only would Sex.com be unable to operate its website, but it would be unable to function in the clandestine manner in which PP permits. Likewise, the various advertisers with which Defendants intentionally and purposefully maintain affiliate/promotional contracts (RK and Team Skeet) result in direct pecuniary benefits to Defendants. This is best evidenced in the hard coded links embedded in Sex.com codes that direct traffic to such affiliate websites, which are all

located in Florida. Moreover, the Twitter account maintained by Sex.com takes advantage of a well-known Florida model to promote its Twitter page. Lastly, Defendants admit they use brokers who use geolocation to target advertising to particular areas, including Florida. Florida Statute 48.193(1) extends its application to this very situation where Defendants both personally *and through agents (brokers)* commit any of the enumerated acts. "The activities of the person sought to be served pursuant to Fla. Stat. 48.181(1)[4] must be considered collectively and show a general course of business activity in the State for pecuniary benefit. (Internal citations omitted). A nonresident defendant, which engages the services of brokers, jobbers, wholesalers or distributors, can be doing business in this State pursuant to Fla. Stat. 48.181(1) if the nonresident defendant, through brokers, jobbers, wholesalers or distributors was engaged in a course of conduct in Florida for the purpose of realizing a pecuniary benefit." *Bank of Wessington v. Winters Gov't Secs. Corp.*, 361 So.2d 757 (Fla. 4th DCA 1978).

### 2.     *48.193(1)(a)(2): Committing a Tortious Act Within Florida*

Defendants are also subject to specific personal jurisdiction by having committed the tortious act of copyright infringement within this state. *Am'd Cmplt ¶9, 11.* Copyright infringement is considered an intentional tort for purposes of personal jurisdiction. *Playboy Enterprises, Inc. v. Frena*, 839 F.Supp. 1552, 1559 (M.D. Fla. 1993). "The Court has made clear . . . that "[s]o long as it creates a 'substantial connection' with the forum, even a single act can support jurisdiction. . . . Intentional torts are such acts, and may support the exercise of personal jurisdiction over the nonresident defendant who has no other contacts with the forum." *Licciardello v. Lovelady*, 544 F.3d 1280 (11th Cir.

---

[4] Section 48.181 and Section 48.193(1)(a) have the same language, "operate, conduct, engage in, or carry on a business or business venture in this state." Therefore, interpretation of the language in Section 48.181 likewise should be applicable to Section 48.193(1)(A). *Bank of Wessington,* 361 So. 2d 757, at FN4.

2008)(internal citations omitted).

"The Florida Long-Arm Statute permits jurisdiction over the nonresident defendant who commits a tort outside of the state that causes injury inside the state." *Posner v. Essex Ins. Co.,* 178 F.3d 1209 (11th Cir. 1999). "The defendant's physical presence is not required if the tort causes an injury in Florida." *Wendt v. Horowitz,* 822 So.2d 1252. (Fla. 2002). The Florida Supreme Court determined that a defamatory internet posting that "was both *accessible* in Florida and *accessed* in Florida constituted the commission of a tortious act . . . within Florida." *Internet Solutions Corp. v. Marshall*, 39 So. 3d 1201, 2010 Fla. LEXIS 943, 201 WL 2400390 (Fla. 2010). Where a trademark was involved, the Eleventh Circuit determined that "we need not decide whether trademark injury necessarily occurs where the owner of the mark resides, as the Florida district courts have held, because in this case the alleged infringement clearly also occurred in Florida by virtue of the website's accessibility in Florida. *Licciardello v. Lovelady,* 544 F.3d 1280 (11th Cir. Fla. 2008). Again, Defendants fail to dispute the infringement and thus fail to meet their burden.

### 3.    *48.193(1)(a)(6): Causing Injury to Persons or Property Within the State of Florida*

Defendants caused Plaintiff substantial pecuniary and economic injuries and injuries to its intellectual property within this state. It is well established that economic injury coupled with personal injury or property injury is sufficient to confer personal jurisdiction over nonresident defendants under section 48.193(1)(a)(6). *Sun Bank, N.A. v. E.F. Hutton & Co.,* 926 F.2d 1030 (11th Cir. 1991) (citing *Aetna Life & Casualty Co. v. Therm-O-Disc, Inc*., 511 So. 2d 992 (Fla. 1987)). Therefore, this Court has specific personal jurisdiction over Defendants, pursuant to the Florida Long-Arm Statute.

### B.        *Minimum Contacts*

Having determined that the reach of the Florida Long-Arm Statute extends to Defendants, we must next engage in a two-part inquiry to determine whether sufficient minimum contacts exist between the Defendants and the forum state so as to satisfy "traditional notions of fair play and substantial justice" under the Due Process Clause of the Fourteenth Amendment. *Robinson v. Giarmarco & Bill, P.C.,* 74 F.3d 253 (11th Cir.1996) (quoting *International Shoe v. Washington,* 326 U.S. 310 (1945)).

Minimum contacts under specific jurisdiction involve three criteria: (1) the contacts must be related to the cause of action or have given rise to it; (2) the contacts must involve some purposeful availment of the privilege of conducting activities within the forum, thereby invoking the benefits and protections of its laws; (3) the defendant's contacts within the forum state must be such that they should reasonably anticipate being haled into court there. *Francosteel Corp. v. M/V Charm,* 19 F.3d 624 (11th Cir.1994).

Here, Defendants' contacts with Florida gave rise to the cause of action. Not only do Defendants market, advertise and target Florida as a whole (geotargeting and specific Florida-based sponsor relationships), but Defendants have contractually submitted themselves to the jurisdiction of this Court for third party disputes like this one. Additionally, because the registrar and registrant of the infringing website are located in Florida, it is only natural for a lawsuit regarding use of this site to occur in Florida.

### C.        *Fair Play and Substantial Justice*

Having determined that Defendants have sufficient minimum contacts with this state, we must next determine whether the exercise of personal jurisdiction over them comports with "fair play and substantial justice." *Robinson v. Giarmarco & Bill, P.C.,* 74

F.3d 253 (11th Cir.1996), (quoting *International Shoe,* 326 U.S. at 320). "In so determining, the Court must consider the burden on the defendant in litigating in the forum, the interest of the forum in adjudicating the dispute, plaintiff's interest in obtaining convenient and effective relief, and the interest of the judicial system in efficiently resolving the dispute." *Licciardello,* 544 F.3d at 1284.

Perhaps the single most determinative factor this Court should consider when evaluating the issue of fair play and substantial justice is Defendants' (and Sex.com's) contract with Network Solutions. As established, Network Solutions serves as the registrar for Sex.com. *Exhibit 3.* In their Terms of Service (*Exhibit 17, pg. 11 of 137*), Section 21 sets forth the Governing Law, which provides, in relevant part, the following:

> c. Notwithstanding the forgoing, for the adjudication of third party disputes (i.e., disputes between yourself and another party, not Network Solutions) concerning or arising from use of domain names registered hereunder, you acknowledge and agree that you ***shall*** submit, without prejudice to other potentially applicable jurisdictions, to the jurisdiction of the courts (i) of the domain name holder's domicile, ***and (ii) where Network Solutions' principal place of business is located, currently Jacksonville, Florida.***

Because Defendants voluntarily acquiesced to jurisdiction in Florida for third party disputes related to the registered domain names, they should be precluded from now arguing it would be unfair, unjust or burdensome to be haled into court in Florida for any matter, especially a matter concerning the very domain registered in Florida and at issue in this case. Moreover, because Defendants named Perfect Privacy (a Florida company) as the registrant of the Sex.com website, it is only logical that a person suing Sex.com would select Florida as the forum state. Defendants should have expected this result when

they voluntarily elected to hide behind the protections offered by Perfect Privacy.[5]

**D.      _General Jurisdiction, Fla. Stat. 48.193(2)_**

Personal jurisdiction over Defendants is likewise conferred by virtue of Florida

Statute 48.193(2), given Defendants' "substantial and not isolated activity" within this

state. Pursuant to _Schuster v. Carnival Corp._, 2011 U.S. Dist. LEXIS 126455 (S.D. Fla.

2011) (citing _Woods v. Nova Cos. Belize Ltd._, 739 So.2d 617, 620 (Fla. 4th DCA 1999),

"substantial and not isolated activity" means "continuous and systematic general business

contact with Florida," which is also "sufficient to fulfill the constitutional due process

requirements of minimum contacts." _Id._ (internal citations omitted). "For general

jurisdiction to exist, the defendant must be found to have maintained 'continuous and

systematic general business contacts' with the forum, so that it can properly be

considered to be 'present' in the forum." _Id_.

If the court is satisfied that a proposed nonresident defendant's contacts satisfy

Fla. Stat. §48.193(2), then minimum contacts is likewise satisfied and the court may

exercise personal jurisdiction over the proposed defendant without engaging in a due

process analysis. _Fraser v. Smith_, 594 F.3d 842, 846 (11th Cir. 2010) (citing _Woods_, 739

So. 2d at 620). Here, the multitude of Defendants' contacts with the United States, as a

whole, gives rise to jurisdiction in Florida.

**IV.  STATEMENT OF FACTS ESTABLISHING PERSONAL
JURISDICTION OVER DEFENDANTS PURSUANT TO F.R.C.P 4(k)(2)**

If this Court determines that Defendants are not subject to jurisdiction pursuant to

Florida's Long Arm Statute, Defendants are nevertheless subject to this Court's

jurisdiction pursuant to Federal Rule of Civil Procedure 4(k)(2). _Am'd Cmplt, ¶¶12, 13._

---

[5]  To the extent Defendants' claim that Clover established the relationship with PP, such is nevertheless inconsequential given the common business relationship between Maximum Apps, Valiquette and Clover.

14

Importantly, despite Plaintiff's repeated allegations in its Amended Complaint that jurisdiction is proper pursuant to Rule 4(k)(2), Defendants entirely fail to specifically contest this assertion (absent their vague mention of United States contacts), and thus such remains undisputed.

Defendant, Valiquette, directly and through his companies casts a wide net throughout the United States, which upon close examination renders not only Defendants' Motion to Dismiss factually incorrect, but raises serious doubt over the accuracy of Valiquette's sworn affidavit. ***As a starting point, Valiquette is substantially tied into the ownership and operations of Maximum Apps. (as its Director), HL Hosting Logistic Inc. (as its Director) and HVL Cyberweb Solutions Inc. ("HVL") (as its Director)***. *Exhibits 1, 2, 18, respectively.*

**A.      <u>Download Banner</u>**

Up until the filing of the instant lawsuit, there appeared a hard-coded[6] banner underneath videos owned by Plaintiff and which Defendants were infringing on the Sex.com website.[7] The banner is duplicated here:



The fact that the banner was "hard-coded" is of utmost significance. The hard-coded banner means that Defendants directly and purposely wrote and inserted certain

---

[6]   In computer programming, to hard-code is to use an explicit rather than a symbolic name for something that is likely to change at a later time. Such coding is sometimes known as hardcode (noun) and it is more difficult to change if it later becomes necessary. *Exhibit 5.*

[7] Upon information and belief, immediately after Defendants learned of this lawsuit, they removed the banner at issue. Luckily, Plaintiff recorded video actions, clicks and specific operations on Sex.com, including clicks of the banner and the redirection described herein and in the attached affidavits. *Exhibit 5.*

coded text (that creates the banner) into the program that created the webpage, rather than having appeared in an advertisement or other spam, over which Defendants have little to no control. It should not be overlooked that above the icon for "Full Length Download" is a U.S. flag. *Exhibit 5.*

Upon clicking any area of Download Banner (which was located directly under Defendants' infringing videos), a user traveled from the banner through Clicktraffix.com → join.sex.com → join.pornstarnework.com → psn.statccache.com → hd.sex.com (the final destination in the chain where the user is involuntarily redirected). *Exhibit 19.*[8]

## 1.     *ClickTraffix.com*

The first stop in the chain following any click on the banner leads the user to travel through ClickTraffix.com ("ClickTraffix"). *Exhibit 19.* According to ClickTraffix's Terms of Service, ClickTraffix refers to HVL as "we" or "us", thus resulting in the logical conclusion that the two companies are related. *Exhibit 20.* Additionally, ClickTraffix is hosted by HVL (*Exhibit 21*) and according to the American Registry for Internet Numbers (https://www.arin.net/about_us/overview.html) ClickTraffix's IP address (206.125.164.237) is owned by HVL. *Exhibit 22.* Again, Valiquette owns and operates HVL. ClickTraffix is registered through NameSilo, LLC ("NameSilo"), a Phoenix, Arizona company, and takes advantage of the privacy benefits offered by NameSilo. *Exhibit 23, 24.* This reinforces the conclusion that Valiquette owns HVL (*Exhibit 18*), which in turn owns the IP address of ClickTraffix (*Exhibit 23*), which

---

[8] Because Defendants destroyed this important evidence demonstrating the series of clicks and pages, Plaintiff and the Court can no longer access this information online. Plaintiff was able to record a video of these clicks and pages before the evidence was destroyed. Should the Court determine that it wishes to inspect the video evidence, Plaintiff will submit a DVD of same to the Court. The DVD is not being submitted at this time given the nature of the adult content depicted on the video and out of respect for the Court. Instead, at this time, Plaintiff is submitting printed screen shots of the clicks and pages reflecting the chain of sites through which a user is directed. *Exhibit 19.*

in turn contracts with NameSilo in the United States. This is yet another example of Valiquette's entrustment of his sensitive and important business operations to a United States company.

### 2. *PornStar Network*

PornStar Network is owned and operated by HVL, a Valiquette directed company.[9] *Exhibit 25*. PornStar Network (HVL) operates a membership-based website that processes its customers' credit cards via NetBilling, Inc., CCBill, LLC. and Epoch.com LLC. *Exhibit 26*. NetBilling, Inc., is, based in Valencia, California (*Exhibit 27)*, CCBill, LLC is based on Tempe, Arizona (*Exhibit 28*) and Epoch.com, LLC is based in Santa Monica, California (*Exhibit 29*).

### 3. *Staticcache.com*

Staticcache.com is registered through NameSilo (a United States company) and the server used to operate statcache.com is Braincash.com. *Exhibit 30*. Importantly, Valiquette owns Braincash.com and Braincash.com is operated by its parent company, HVL (also Valiquette's company). *Exhibit 31, 32*.

---

[9] By way of example only, *Exhibit 25* reflects the Terms & Conditions of the PornStar Network website, found at http://www.pornstarnetwork.com/terms.html. The Terms & Conditions reflect that, like a typical contractual agreement, the user must "read and agree to these Terms and Conditions before [they] can join . . . . [and] by purchasing a Membership to the site, [they] become a Subscriber and agree to be bound by these Terms & Conditions (the "Agreement")." Moreover, only HVL is permitted to change the agreement at any time without notice to the Subscriber. Likewise, the "Definitions" define "site" as, "the Internet site for which you are purchasing a user name and password (login) *from HVL* in order to access that site and enjoy its contents and benefits of Membership." It also appears at the end of the Terms & Conditions that all customer support is managed by HVL. *Exhibit 25*.

### 4.    Hd.Sex.com

At the time of the filing of this lawsuit, Hd.Sex.com was managed and operated by HVL.[10] *Exhibit 33*. Hd.Sex.com operates as a customized white label[11] sales page for PornStar Network (*Exhibit 5, 34*), and Hd.Sex.com has a "Join" page for PornStar Network, which notably contains another United States flag (*Exhibit 19*). Importantly, Hd.Sex.com complies with United States record keeping requirements, pursuant to 18 U.S.C §2257. *Exhibit 35*.

### B.    Advertising

Sex.com engages in geotracking advertising, which directly targets advertisements based on user location. *Am'd Cmplt ¶9*. Defendants' attempt to avoid jurisdiction related to its advertising in the United States to target U.S.-based customers. In doing this, Defendants claim to use brokers, "most" of whom are located outside of the United States. *Motion to Dismiss, pg. 13*. First, Defendants' own admission that "some" brokers are located inside the United States cannot be overlooked, and such U.S-based broker relationships are contractual in nature. Second, Defendants own and operate Sex.com, yet attempt to defer advertising control to their brokers. As a matter of law, Sex.com (as principal) cannot avoid the consequences of the activities in which its brokers (agents) are engaged. This is also demonstrated in Florida Statute 48.193(1)(a) (". . . who personally *or through an agent* does any of the acts enumerated in this subsection. . . ."). Third, Valiquette admits in his own affidavit that Sex.com is involved in some

---

[10]    The    Terms    &    Conditions    page    for    Hd.Sex.com    is    found    at https://web.archive.org/web/20150217140323/http://hd.sex.com/terms.html. Notably, the terms are nearly identical to those explained in the prior footnote concerning PornStar Network.

[11] A white label product or service is produced by one company that other companies rebrand to make it appear as if they had made it. *Exhibit 5*.

direct advertising (not through brokers), where an advertiser "contacts Maximum directly". *Valiquette's affidavit, Par. 23*. Fourth, the Sex.com website reflects a dedicated link and page to "Advertise with Sex.com" at www.sex.com/about/advertise. In fact, its advertising page boasts of its steady traffic flow, "allowing [Sex.com] to be in the prestigious Alexa Top 1000 list for the last year". *Exhibit 36*.

Sex.com has a "Live Chat" advertisement on its website. This is generated through a direct hard-coded script, placed directly onto the Sex.com webpage, not delivered by, or controlled by, or through, an advertisement network or ad broker. *Exhibits 5, 37* (reflecting the relevant code and the resulting image on the website). When clicked, the user is taken to the webpage, Sexcams.com. Notably, Sexcams.com is operated by ICF Technology (which is also known as Accretive Networks, Streammate, Flying Crocodile), a United States based company located in Seattle, Washington. *Exhibit 38*.

Additionally, Sex.com has a "Live Cams" tab at the top of its website (Zone 19 of sex.com's advertisements). Once clicked, the user is redirected to MyFreeCams.com, a United States website hosted in the State of Washington and operated from Illinois. *Exhibit 39*. MyfreeCams also uses NetBilling, CCBill and Epoch to process credit card payments, all United States Companies[12]. *Exhibits 27, 28, 29*.

**C.    *Sponsors***

As explained above (in the section concerning Florida's Long Arm Jurisdiction), Sex.com maintains numerous sponsorship relationships. In addition to those listed above,

---

[12] The "Billing" link at the bottom of MyFreeCams.com routes the user to http://wiki.myfreecams.com/wiki/Billing_Help, which reflects that "All purchases are handled by one of the following secure and trusted third-party payment processors", which include Epoch, CCBill, and NetBilling. *Exhibit 40*.

Sex.com also maintains sponsorships throughout the United States and outside of Florida.[13] These sponsors (who were not generated by ad brokers) include (a) POVD.com (owned and operated by AMA Multimedia, a Las Vegas company but governed by the laws of the State of California) (*Exhibit 42*); (b) JulesJordan.com (a Los Angeles, California based production company) (*Exhibit 43*); (c) NubileGirls.com (owned and operated by NF Media, Inc., which has offices in Phoenix, Arizona and is registered in Las Vegas, Nevada) (*Exhibit 44*); (d) ElegantAngel.com (a Los Angeles, California based company in partnership with HVL Cyber Web d/b/a Braincash.com) (*Exhibits 45, 46*); (e) Hustler (a Los Angeles, California company) (*Composite Exhibit 47*); and (f) Naughty America (a San Diego, California company) (*Exhibit 48*). Again, Defendants purposefully embedded a unique hard-code into the program (that creates the images on Sex.com) for each of the listed sponsors, which is also used to track sales from Sex.com. *J. Tucker's Affidavit, Exhibit 5; the codes are attached Composite Exhibit 49.*

**D.    Trademarks**

Sex.com is registered as Trademark Serial #75448953 and Trademark Serial# 75106638 with the United States Patent and Trademark Office. *Exhibits 50, 51.* HVL Cyber Web has previously availed itself of the benefits and privileges of the United States on or around 2007 when it filed a claim with the United States Patent and Trademark Office against Alden Brown (*Exhibit 52*), and a separate lawsuit in 2006 against Alden Brown and North Pole Enterprises filed in the Superior Court of the State

---

[13] For example, when a user clicks the "Sex Deals" tab at the top of the Sex.com home page, it routes the user to sex.idealgasm.com. However, upon closer examination of the URL, the actual redirected site is located at http://sex.idealgasm.com/us/new-york/live-deals?ref=787. It is important to note this page is specifically targeted to United States (as it names the U.S. and New York) users and a majority of the content displayed on this page is delivered, rendered and controlled by Sex.com given the source code creating this page. Exhibits 5, 41.

of California in Orange County (*Exhibit 53*). Notably, in its allegations against North Pole Enterprises, HVL states that North Pole is a Florida company with which it entered into a contract in 2002 to design, develop and market HVL's websites.[14] *Exhibit 53, ¶8.* Under the terms of that agreement, HVL was granted a *lifetime license* to use and incorporate into its websites the content provided by North Pole. *Exhibit 53, ¶9.* In other words, HVL expected to have an ongoing business relationship with a Florida company in perpetuity for which it availed itself of the laws of the United States.

## E.   *Compliance with United States Federal Law*

Despite Defendants' insistence that they (and sex.com) are not citizens of the United States, they notably go out of their way to comply with U.S. laws. According to Sex.com's own website, "Sex.com respects the intellectual property rights of others and expects its users to do the same". *Exhibit 54.* Sex.com provides that it has "implemented certain policies in an effort to voluntarily comply with laws such as the Digital Millennium Copyright Act" (an American law). *Exhibit 54.*

Similarly, Defendant Sex.com maintains a 2257 Compliance Page (18 USC §2257) on its website. According to this webpage, "[s]hould any content be reported as illegal, unlawful, harassing, harmful, offensive or various other reasons, Sex.com shall remove it from the site without delay". *Exhibit 55.*

"RTA" (Restricted to Adults) is a self-labeling service. The Association of Sites Advocating Child Protection (ASACP), located in Los Angeles, California, operates RTA. *Exhibit 56.* All pages on Sex.com's website prominently include an RTA label.

---

[14] Defendants (through Valiquette) take inconsistent positions in the North Pole litigation and this lawsuit where they claim the plaintiff's location is determinative of jurisdiction. In the North Pole litigation, HVL (Valiquette) alleged it was a Canadian company yet filed suit in California, the very act it criticizes Plaintiff for doing in this action. *Exhibit 53.*

*Exhibits 54, 55 (as examples).*

**F.      United States Users**

Maximum Apps, in its own Press Kit, proudly advertises and asserts: "BONUS INFO - About 25% of our total traffic is 100% American" followed be an image of a U.S. flag. *Exhibit 57.* Further, statistics gathered by Similarweb.com, a website which evaluates web traffic for advertising purposes, reflects that in August 2015 alone there were 8.8 million visits to Defendant's Sex.com site and that 39.21% of those visits were from desktop computers in the United States. *Exhibit 58.* Additionally, 58.26% of those visits were from direct traffic rather than links from other web sites. *Exhibit 58.*

**G.      PayPal**

HVL has maintained a verified PayPal Account since August 9, 2006. *Exhibit 59.* Significantly, the verified email address for the account is <u>fredvaliquette@XXXX</u> (redacted for privacy), reasonably owned by Defendant, Frederic Valiquette. *Exhibit 59.* On September 29, 2015, HVL accepted a $20 payment from Jason Tucker, a resident of Phoenix, Arizona, United States. *Exhibits 5, 60.* PayPal's Corporate Headquarters is in San Jose, California and its Worldwide Operations are in La Vista, Nebraska. *Exhibit 61.*

**H.      Close Relationship with Choopa, LLC, in New Jersey**

Defendants (and Sex.com) maintain a close contractual relationship with Choopa, LLC, a New Jersey company, which permits Defendants to operate their business by streamlining content directly to users in the U.S. *Exhibit 62.* While technical, Plaintiff attaches as *Exhibit 62* the Declaration of Mark Lidikay, an expert in all areas of network operations. The Declaration sets forth, in detail, the nature of the relationship between Defendants and Choopa, which leads to the conclusion that there is a formal peering

relationship between Host Logistics and Choopa for the domain name sex.com. Mr. Lidikay opines that such relationship was established specifically to support and serve Sex.com users in the United States. Mr. Lidikay further opines that, based on certain exact measurements, there must be a server hosting Sex.com in New Jersey. *Exhibit 62*.

## V. PERSONAL JURISDICTION EXISTS PURSUANT TO F.R.C.P. 4(k)(2)

### A. *Governing Law*

In cases where a defendant is not amenable to the jurisdiction of any state's courts of general jurisdiction, F.R.C.P. 4(k)(2) permits a federal district court to exercise personal jurisdiction over a foreign defendant when (1) the claim at issue arises under federal law, and (2) exercising jurisdiction is consistent with the Constitution and laws of the U.S. *Oldfield v. Pueblo De Bahia Lora, S.A.*, 558 F.3d 1210, 1218 (11th Cir. 2009). The federal long arm statute authorizes the exercise of territorial jurisdiction over any defendant against whom a claim is made arising under federal law if that person is subject to personal jurisdiction in no state. *Id*. at n. 23. Where a federal court invokes Rule 4(k)(2), the applicable forum for the minimum contacts analysis is the U.S. *Schulman v. Inst. for Shipboard Educ.*, 2015 U.S. App. LEXIS 14438 (11th Cir. 2015).

Jurisdiction under 4(k)(2) is appropriate when the Defendants are not amenable to personal jurisdiction in any state. The Eleventh Circuit explained, "[a] district court is not required to analyze the laws of all fifty states to ascertain whether any state court of general jurisdiction has jurisdiction over the defendant; rather, if the defendant contends that he cannot be sued in the forum state and refuses to identify any other where suit is possible, then the federal court is entitled to use Rule 4(k)(2)." *Oldfield*, 557 F. 3d at 1218 n. 22.

**B.**  **_Plaintiff Raises Federal Claims and Defendants Have Minimum Contacts Throughout the United States_**

Plaintiff's claims against Defendants arise pursuant to Federal Law. (See generally, Plaintiff's Amended Complaint Counts I through VII). Jurisdiction consistent with the Constitution and laws of the United States is that which comports with due process. _Consolidated Dev. Corp. v. Sherritt, Inc_., 216 F.3d 1286, 1291 (11th Cir. Fla. 2000). Considerations of due process require that a non-resident defendant have certain minimum contacts with the forum, so that the exercise of jurisdiction does not offend traditional notions of fair play and substantial justice. The nature and quality of these contacts, however, vary depending upon whether the type of personal jurisdiction being asserted is specific or general. _Id_.  Here, Defendants' contacts with the United States result in both specific and general national jurisdiction.

**1.  _Specific National Jurisdiction_**

The minimum contacts test for specific jurisdiction has three elements:  (1) the Defendant must have contacts related to or giving rise to the Plaintiff's cause of action; (2) the Defendant must, through those contacts, have purposely availed itself of the forum benefits; and (3) the Defendant's contacts with the forum must be such that it could reasonably anticipate being haled into court there. _Fraser v. Smith_, 594 F. 3d 842, 849 (11th Cir. 2010).

**Contacts_:_** A fundamental element of the specific jurisdiction calculus is that plaintiff's claim must arise out of or relate to _at least one_ of defendant's contacts with the forum. _Oldfield_, 558 F. 3d at 122. In intentional tort cases, courts typically inquire into whether a defendant "purposefully directs his activities" at the forum state, applying an "effects" test that focuses on the forum in which the defendant's actions were felt,

24

whether the actions themselves occurred within the forum. The "effects" requires the defendant to have (1) committed an intentional act, (2) expressly aimed at the forum state, (3) causing harm that the defendant knows is likely to be suffered in the forum state. *Calder v. Jones*, 465 U.S. 783 (1984).

**_Purposeful Availment:_** It is well settled that advertising that is reasonably calculated to reach the forum may constitute purposeful availment of the privileges of doing business in the forum. *United States SEC v. Carrillo*, 115 F.3d 1540, 1545 (11th Cir. 1997). Plaintiff's Amended Complaint states that Defendants contract with United States advertisers, who use geo-tracking to target advertisement directly into the United States. *Am'd Cmplt, ¶9.* Some federal districts use the analysis from *Zippo Mfg. Co. v. Zippo Dot Com, Inc.*, 952 F. Supp. 1119 (W.D. Pa. 1997), to determine whether to exercise personal jurisdiction over a website Defendant.[15] In order to find jurisdiction based on the existence of a website, some courts have accepted that a "highly transaction-oriented website" may by itself give rise to personal jurisdiction, referring to the "sliding scale" analysis. *Zippo Manufacturing* explained the "sliding scale" analysis as follows:

> At one end of the spectrum are situations where a defendant clearly does business over the Internet. If the defendant enters into contracts with residents of a foreign jurisdiction that involve the knowing and repeated transmission of computer files over the Internet, personal jurisdiction is proper. At the opposite end are situations where a defendant has simply posted information on an Internet Web site which is accessible to users in foreign jurisdictions. A passive Web site that does little more than make information available to those who are interested in it is not grounds for the exercise of personal jurisdiction. The middle ground is occupied by interactive Web sites where a user can exchange information with the host computer. In these cases, the [propriety of the] exercise of jurisdiction is determined by examining the level of interactivity and commercial nature of the exchange of information that occurs on the Web site. *Zippo*, 952 F.

---

[15] The Eleventh Circuit has not directly adopted *Zippo,* but some Florida district courts have used it as a model in evaluating website Defendants. *Roblor Mktg. Group, Inc. v. Gps Indus.*, 645 F. Supp. 2d 1130, 1139-43 (S.D. Fla. 2009).

Supp. at 1124.

Here, Defendants operate at the far end of the spectrum where they clearly conduct business over the Internet. Defendants enter into contracts with United States companies to further their Internet business (*e.g.* Perfect Privacy, Network Solutions, Choopa, LLC), and intentionally transmit voluminous computer files, images, videos and information (including the infringing content that underscores this lawsuit) to users throughout the United States. Defendants have established alternative methods to collect money either through their websites by contracting with United States companies (affiliates / sponsors) or through using PayPal, which only recently accepted $20 from Mr. Tucker in Phoenix, Arizona. In fact, through Defendants' intricate web of companies, accounts and websites, they avail themselves of the privileges of conducting business in the United States and even comply with certain Federal record-keeping laws governing their business. By way of example only, Defendants have taken advantage of the protections offered by the USPTO in registering certain domains, and have even gone so far as to litigate with Florida companies in the United States over agreements governing the operation and marketing of Defendant's websites. Sex.com, its operators and beneficiaries, cannot be said to constitute "passive" website operations given that it permits users to upload and download content to/from the site, purchase content, and interact with models on the chat and video pages of the site.[16] Any allegation that Plaintiff's domicile should be considered is misplaced as Plaintiff maintains offices in California, has employees in the United States, its principals are located in the United

---

[16] Defendants' characterization of Sex.com being similar to Pinterest.com is unconvincing. While the windows on the two sites might look similar, their architecture is entirely different – Pinterest does not offer advertisements while Sex.com thrives on it; Pinterest does not sell content while Sex.com profits generously from it; and Pinterest does not offer sponsorship or affiliate programs while Sex.com prospers from those relationships.

States, it owns property in the United States and has financial responsibilities in the United States. Thus, the harm to Plaintiff is felt in the United States.

   ***Reasonable for Suit:*** Given the Defendants' contacts with the United States, it is reasonable to conclude that Defendants anticipated legal issues arising in the United States for which they would be required to participate in legal proceedings. As discussed above, when the registrar and registrant of Sex.com are both located in Florida, it is not unreasonable for Defendants to be sued in Florida.

### 2.   General National Jurisdiction

   A district court's exercise of general personal jurisdiction requires a showing of continuous and systematic contacts between the defendant and relevant forum, here the United States as a whole. *Fraser*, 594 F. 3d at 849. As demonstrated throughout, there exist ample contacts between Defendants and the United States to support general national jurisdiction over them.

   Defendants rely upon a string of Iowa Federal Cases to advance the proposition that various percentages of users from the United States is not enough to confer personal jurisdiction. Each of these cases is distinguishable. In *Fraserside IP, LLC v. Hammy Media LTD*, 2012 U.S. Dist. 5359 (N.D. Iowa 2012), the court never considered 4(k)(2) jurisdiction. Therefore, contacts with the United States as a whole was irrelevant to those proceedings. Similarly, *Fraserside IP, LLC v. Youngtek Solutions, LTD, 2013 U.S. Dist. LEXIS 3779 (N.D. Iowa 2013),* is distinguishable because the third party statistics from a *third party* website were not authenticated. Here, the statistical information cited by Plaintiff was obtained directly from Defendants' very own website, Sex.com. Moreover, the Declaration of Mr. Lidikay reflects that in his expert opinion and following his

calculated analysis, the largest percentage of visitors to Sex.com originate from the United States. *Exhibit 62.* Moreover, Sex.com's own Press Kit reflects that 25% of visitors originate from America (followed by an image of a U.S. flag). *Exhibit 57.*

In *Fraserside IP, LLC v. Leytagin*, 885 F. Supp. 2d 906 (N.D. Iowa 2012), the Court determined that while the allegations ***might*** support jurisdiction under 4(k)(2), there was no evidentiary basis for the same. The court permitted jurisdictional discovery, which if proven, would have affected jurisdiction. *Leytagin* is factually similar to the case here, with 18% of the involved website's users from the U.S. and advertisements through third parties geared towards the location of those users (geo-tracking).

Not only is the percentage of U.S. users of Sex.com an important indicator of Defendants' presence in this country, but, taken as a whole, the various other contacts described herein lead to the ultimate conclusion that Defendants are subject to jurisdiction in the U.S. These contacts and contracts are strategically designed to maximize the potential revenue that Defendants can realize from U.S. users, which is readily apparent in Defendants' arrangements with the various U.S. companies with which it conducts business.

## VI.  PLAINTIFF'S ALTERNATIVE MOTION FOR JURISDICTIONAL DISCOVERY

In the event this Court is concerned with its jurisdiction over Defendants or is inclined to grant their Motion to Dismiss, Plaintiff requests this Court enter a brief stay in order to permit Plaintiff to conduct limited discovery of information directly affecting the jurisdictional inquiry, which information is in Defendants' exclusive control. If granted, Plaintiff would conduct the following discovery, among other things: (a) The authenticity and/or statistics in the Sex.com Press Kit; SimilarWeb.Com Traffic Overview; and

Sex.com's admission on its website that 25% of traffic comes from the United States; (b) Network Solution and Perfect Privacy contracts related to the domain name; (c) The geographical location of users of Sex.com, which is collected and maintained by Defendants, as explained in detail in Sex.com's Privacy Data Collections practice *Exhibit 63*; (d) The deposition of Maximum Apps' 30(b)(6) corporate representative and of Valiquette to establish, among other things, its privacy policy, data collection practices, advertising and similar specific and general connections to the United States or Florida; (e) Discovery related to Sex.com's admission that "some" advertisers are U.S. companies; and (f) Discovery Related to the contractual relationships between Defendants and all sponsors/advertisers and Marsha May. A qualified right to jurisdictional discovery exists. Pursuant to Fed. R. Civ. P. 26(b)(1), parties may obtain discovery regarding any matter, not privileged, which is relevant to the subject matter involved in the pending action. Discovery is not limited to the merits of a case, as it is available to ascertain the facts bearing on issues such as jurisdiction or venue. *Mother Doe I v. Maktoum*, 632 F. Supp 2d, 1130, 1144 (S.D. Fla. 2007).

If the jurisdictional question is genuinely in dispute and the court cannot resolve the issue in the early stages of the litigation, then discovery will certainly be useful and may be essential to the revelation of facts necessary to decide the issue. Jurisdictional discovery is favored where there is a genuine dispute concerning jurisdictional facts necessary to decide the question of personal jurisdiction. *Bernardele v. Bonorino*, 608 F. Supp. 2d 1313, 1321 (S.D. Fla. 2009). Although the plaintiff bears the burden of proving the court's jurisdiction, the plaintiff should be given the opportunity to discover facts that

would support his allegations of jurisdiction. *Majd-Pour v. Georgiana Community Hospital*, Inc., 724 F.2d 901, 903 (11th Cir. 1984).

As demonstrated here, Plaintiff has set forth sufficient information and documentary proof to, at a minimum, fulfill its prima facie case for personal jurisdiction. As such, Plaintiff has met its burden to demonstrate prima facie jurisdiction, as its complaint contains jurisdictional allegations and a Court may order discovery.[17] *Vorbe v. Morisseau*, 2014 .S. Dist. LEXIS 111247 (S.D. Fla. Aug. 12, 2014).

Additionally, the request for discovery must set forth the specific information sought that would establish personal jurisdiction. *Zamora Radio, LLC v. Last.fm Ltd.*, 2011 U.S. Dist. LEXIS 69101, *38 (S.D. Fla. 2011). Plaintiff undoubtedly does that here, listing in detail some of the discovery it will seek in order to establish jurisdiction over the Defendants. The limited discovery sought here is necessary and relevant for Plaintiff to conclusively establish jurisdiction over Defendants in the United States and in Florida.

## CONCLUSION

Defendants have sufficient contacts in Florida for personal jurisdiction in the State. In the event that this Honorable Court determines that jurisdiction pursuant to Florida's Long Arm Statute is not proper, then Defendants are subject to national 4(k)(2) jurisdiction pursuant to their contacts with the United States as a whole. Alternatively, should this Court determine that additional information is required in order for it to render a decision on the issue of jurisdiction over Defendants, Plaintiff respectfully requests this Court enter a short stay and order that jurisdictional discovery be completed in an expeditious fashion.

---

[17] Defendants' contacts in the U.S. are more than just mere coincidences. *Am'd Cmplt ¶¶2, 4-12, 33-35.*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this ___ day of October, 2015 we electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following: Brady J. Cobb, Esq., Counsel for Maximum Apps Inc. d/b/a Sex.Com and Frederic Valiquette; and to: Allen P. Pegg, Esq. and John F. O'Sullivan, Esq., Counsel for Clover Holdings Limited Partnership d/b/a Sex.Com.

Respectfully submitted,

*/s/Aaron Behar, Esq.*

Aaron Behar, Esq.
Florida Bar No.: 166286
Jaclyn Behar, Esq.
Florida Bar No.: 63833
BeharBehar
1840 North Commerce Parkway
Suite 1
Weston, Florida 33326
Telephone:  (954) 688-7642
Facsimile: (954) 332-9260
E-mail: ab@beharbehar.com
***Counsel for Plaintiff***

# EXHIBIT "1"


Government  Gouvernement
of Canada  du Canada

# Canadä

## Industry Canada

Home > Corporations > Corporations Canada > Search for a Federal Corporation

# Corporations Canada

## Federal Corporation Information - 6483135

Glossary of Terms used on this page
Return to Search Results

Start New Search

**Corporation Number**
6483135
  **Business Number (BN)**
  817797475RC0001
  **Governing Legislation**
  *Canada Business Corporations Act* - 2005-11-25

**Corporate Name**
Maximum Apps inc.

**Status**
Active

### Registered Office Address

Care of: Frédéric Valiquette
4104 - 1751, rue Richardson
Montréal QC H3K 1G6
Canada

  Active CBCA corporations are required to update this information within 15 days of any change. A corporation key is required.

### Directors

**Minimum**
1
**Maximum**
10

**Directors**
FRÉDÉRIC VALIQUETTE
4104 - 1751, rue Richardson
MONTRÉAL QC H3K 1G6
Canada

  Active CBCA corporations are required to update director information (names, addresses, etc.) within 15 days of any change. A corporation key is required.

### Annual Filings

**Anniversary Date** (MM-DD)
11-25

                         **Date of Last Annual Meeting**
                         2014-11-03

**Annual Filing Period** (MM-DD)
11-25 to 01-24

                         **Type of Corporation**
                         Non-distributing corporation with 50 or fewer shareholders

**Status of Annual Filings**
2015 - Not due
2014 - Filed
2013 - Filed

### Corporate History

## Corporate Name History

**2005-11-25 to 2006-03-29**
  6483135 CANADA INC.

**2006-03-29 to 2010-03-02**
  PILULES MAXIMUM INC.
**2006-03-29 to 2010-03-02**
  MAXIMUM PILLS INC.

**2010-03-02 to Present**
  Maximum Apps inc.

## Certificates and Filings

**Certificate of Incorporation**
2005-11-25

**Certificate of Amendment** *
2006-03-29
                    Amendment details: Corporate name

**Certificate of Amendment** *
2010-03-02
                    Amendment details: Corporate name

---

\* Amendment details are only available for amendments effected after 2010-03-20. Some certificates issued prior to 2000 may not be listed. For more information, <u>contact Corporations Canada</u>.

---

EXHIBIT "2"

 

# Industry Canada

Home  >  Corporations  >  Corporations Canada  >  Search for a Federal Corporation

# Corporations Canada

## Federal Corporation Information - 4269993

Glossary of Terms used on this page
Return to Search Results

Start New Search

**Corporation Number**
4269993
   **Business Number (BN)**
   861196236RC0001
   **Governing Legislation**
   *Canada Business Corporations Act* - 2004-12-01

**Corporate Name**
HL HÉBERGEMENT LOGISTIQUE INC.
HL HOSTING LOGISTIC INC.

**Status**
Active

## Registered Office Address

Care of: Frédéric Valiquette
4104 - 1751, rue Richardson
MONTREAL QC H3K 1G6
Canada

> Active CBCA corporations are required to update this information within 15 days of any change. A corporation key is required.

## Directors

**Minimum**
1
**Maximum**
10

**Directors**
FREDERIC VALIQUETTE
114, DOMINION
MONTREAL QC H3J 2Z2
Canada

> Active CBCA corporations are required to update director information (names, addresses, etc.) within 15 days of any change. A corporation key is required.

## Annual Filings

**Anniversary Date** (MM-DD)
12-01

**Date of Last Annual Meeting**
2014-11-03

**Annual Filing Period** (MM-DD)
12-01 to 01-30

**Type of Corporation**
Non-distributing corporation with 50 or fewer shareholders

**Status of Annual Filings**
2015 - Not due
2014 - Filed
2013 - Filed

## Corporate History

### Corporate Name History

2004-12-01 to 2007-12-17
   4269993 CANADA INC.

2007-12-17 to Present
   HL HÉBERGEMENT LOGISTIQUE INC.
2007-12-17 to Present
   HL HOSTING LOGISTIC INC.

### Certificates and Filings

**Certificate of Incorporation**
2004-12-01

**Certificate of Amendment** *
2007-12-17
       Amendment details: Corporate name

> \* Amendment details are only available for amendments effected after 2010-03-20. Some certificates issued prior to 2000 may not be listed. For more information, contact Corporations Canada.

# EXHIBIT "3"



Sex.com - WHOIS, DNS, & Domain Info - DomainTools                                    10/15/15, 1:59 AM

```
Registrar Abuse Contact Email: abuse@web.com
Registrar Abuse Contact Phone: +1.8003337680
Reseller:
Domain Status: clientTransferProhibited http://www.icann.org/epp#clien
tTransferProhibited
Registry Registrant ID:
Registrant Name: PERFECT PRIVACY, LLC
Registrant Organization:
Registrant Street: 12808 Gran Bay Parkway West
Registrant City: Jacksonville
Registrant State/Province: FL
Registrant Postal Code: 32258
Registrant Country: US
Registrant Phone: +1.5707088780
Registrant Phone Ext:
Registrant Fax:
Registrant Fax Ext:
Registrant Email: m49576un5fd@networksolutionsprivateregistration.com
Registry Admin ID:
Admin Name: PERFECT PRIVACY, LLC
Admin Organization:
Admin Street: 12808 Gran Bay Parkway West
Admin City: Jacksonville
Admin State/Province: FL
Admin Postal Code: 32258
Admin Country: US
Admin Phone: +1.5707088780
Admin Phone Ext:
Admin Fax:
Admin Fax Ext:
Admin Email: m49576un5fd@networksolutionsprivateregistration.com
Registry Tech ID:
Tech Name: PERFECT PRIVACY, LLC
Tech Organization:
Tech Street: 12808 Gran Bay Parkway West
Tech City: Jacksonville
Tech State/Province: FL
Tech Postal Code: 32258
Tech Country: US
Tech Phone: +1.5707088780
Tech Phone Ext:
Tech Fax:
Tech Fax Ext:
Tech Email: m49576un5fd@networksolutionsprivateregistration.com
Name Server: NS1.HOSTLOGISTIC.COM
Name Server: NS2.HOSTLOGISTIC.COM
DNSSEC: Unsigned
URL of the ICANN WHOIS Data Problem Reporting System: http://wdprs.int
ernic.net/
```

Case 1:15-cv-22463-MGC   Document 48   Entered on FLSD Docket 10/15/2015   Page 41 of 265

http://search.sunbiz.org/Inquiry/CorporationSearch/SearchResu...

# FLORIDA DEPARTMENT OF STATE
## DIVISION OF CORPORATIONS

| Home | Contact Us | E-Filing Services | Document Searches | Forms | Help |

# Detail by Entity Name

**Foreign Limited Liability Company**

NETWORK SOLUTIONS, LLC

**Filing Information**

| | |
|---|---|
| **Document Number** | M12000000482 |
| **FEI/EIN Number** | 27-3168316 |
| **Date Filed** | 01/25/2012 |
| **State** | DE |
| **Status** | ACTIVE |

**Principal Address**

12808 GRAN BAY PARKWAY WEST
JACKSONVILLE, FL 32258

**Mailing Address**

12808 GRAN BAY PARKWAY WEST
JACKSONVILLE, FL 32258

**Registered Agent Name & Address**

CORPORATION SERVICE COMPANY
1201 HAYS STREET
TALAHASSEE, FL 32301

**Authorized Person(s) Detail**

**Name & Address**

Title MGR

BROWN, DAVID L
12808 GRAN BAY PARKWAY WEST
JACKSONVILLE, FL 32258

Title MGR

CARNEY, KEVIN M
12808 GRAN BAY PARKWAY WEST
JACKSONVILLE, FL 32258

Copyright © and  Privacy Policies
State of Florida, Department of State

Case 1:15-cv-22463-MGC   Document 48   Entered on FLSD Docket 10/15/2015   Page 42 of 265

MCCLURE, MATTHEW P
12808 GRAN BAY PARKWAY WEST
JACKSONVILLE, FL 32258

**Annual Reports**

| Report Year | Filed Date |
|---|---|
| 2013 | 01/17/2013 |
| 2014 | 09/22/2014 |
| 2015 | 04/17/2015 |

**Document Images**

| | |
|---|---|
| 04/17/2015 -- ANNUAL REPORT | View image in PDF format |
| 09/22/2014 -- ANNUAL REPORT | View image in PDF format |
| 01/17/2013 -- ANNUAL REPORT | View image in PDF format |
| 01/25/2012 -- Foreign Limited | View image in PDF format |

Case 1:15-cv-22463-MGC   Document 48   Entered on FLSD Docket 10/15/2015   Page 43 of 265

# EXHIBIT "4"



## Protect Your Identity Online with Perfect Privacy™ 🔒

**Control. Protection. Peace of Mind.**

✔ Stop domain-related spam.

✔ Deter identity theft & fraud.

✔ Protect against unwanted solicitations or harassment.

✔ Keep your personal info away from data miners.

✔ Maintain complete control of your domain.

Did you know that every time you register a domain name, the law requires that your personal information is added to the public "WHOIS" database, where it becomes instantly available to anyone, anywhere, anytime? By making your name, address, phone number, email and other personal information public, you, your business, and your family become vulnerable to spammers, scammers, and other Internet predators who can target you for solicitation, fraud, identity theft... or worse.

==Perfect Privacy eliminates these risks== by ensuring that your personal information stays private. By signing up for Perfect Privacy when you register your domain, our information is published in the WHOIS database, instead of yours.



==Equally as important, with Perfect Privacy you retain the full benefits of domain registration. You can sell, renew, cancel or transfer your domain; set-up name servers for your domain; and resolve disputes involving your domain.==

To make your next domain registration private, **register with [Web.com](Web.com) or other associated registrars and simply choose the Perfect Privacy option during sign up.**

© 2006 Perfect Privacy, LLC  [legal](legal) | [privacy](privacy)

# EXHIBIT "5"

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 1:15-cv-22463-MGC

HYDENTRA HLP INT. LIMITED, a
foreign corporation d/b/a METART,

      Plaintiff,

vs.

MAXIMUM APPS INC., a foreign
company d/b/a SEX.COM; CLOVER
HOLDINGS LIMITED PARTNERSHIP,
a foreign company d/b/a SEX.COM;
SEX.COM; FREDERIC VALIQUETTE,
an individual; and John Does 1-20,

      Defendants.

_____/

## DECLARATION OF JASON TUCKER

1.     My name is Jason Tucker I am a United States Citizen, over the age of 18 years old, make this declaration based upon personal knowledge and, if called to testify could and would testify competently to the facts set forth herein.

2.     I have been involved in the industry of legal adult erotic entertainment production, marketing, and management at an executive level for over 15 years, serving for over 6 years as President of a company that owns and licenses the world's largest erotic library of images.

3.     I am the Managing Director of Battleship Stance LLC, a leading intellectual property management, services, and anti-piracy enforcement company. I have been and serve as a consultant in these areas for major award winning entertainment studios including the publicly traded Private Media Groups' Fraserside IP LLC, Wicked

Pictures, Channel One Communications, Cybernet Entertainment d/b/a Kink.com, Zero Tolerance Entertainment, Third Degree Films, Black Ice Limited and others.

4.      I have purchased, managed, and sold top-level adult domain names such as Erotica.com, SexSlaves.com and Wetdreams.com to name a few. I currently own and operate over 100 domains.

5.      As an Adult Industry Executive, I have been quoted or featured in publications including Newsweek, BusinessWeek, USA Today, Wired and the Washington Post, and frequently am requested to speak on panels and seminars at industry events on various industry related topics including Internet piracy and the state of the industry.

6.      I have served as a consultant for such companies as Microsoft Corporation and Akamai Technologies. Certain details are protected by Confidentiality Agreements. With Microsoft I was specifically involved the rollout of Windows Media Player and its Digital Rights Management Platform; I was consulted on improvements pre and post release. With Akamai Technologies, I assisted them in securing market share and expanding their operational capability.

7.      I am also a graduate of the FBI Citizens Academy and DEA Citizens Academy, a member of the Alumni Associations, and a member of the FBI Infragaurd Program.

8.      Other course work includes, but is not limited to, "Managing Digital Evidence in the 21st Century: What Every Peace Officer Must Know" and "Capturing a Running Computer System: What every Digital Forensics & Cyber Professional Should Know," both offered by the FBI Regional Computer Forensics Laboratory Program.

9.      I am personally familiar with the lawsuit filed in this matter and the Motion to Dismiss filed by Defendants, Maximum Apps, Inc. d/b/a Sex.com and Frederic Valiquette.

10.     I have known Defendant Frederic Valiquette socially through industry events and gatherings for over 5 years. I am familiar with the websites and affiliate programs he owns and operates.

11.     I am also personally familiar with the Memorandum of Law filed by Plaintiff in Opposition to the Motion to Dismiss. I personally conducted most of the online research to establish the jurisdictional contacts of Defendants with the State of Florida or the United States as set forth in the Memorandum of Law.

12.     I have personal knowledge of the adult online industry, the roles played by each Defendant to this lawsuit, the advertising and sponsorship protocols, relationships and strategies, and the technical operations of the websites at issue, particularly Sex.com.

### *Website Coding*

13.     I am familiar with the HTML (HyperText Markup Language) used to create the webpages that form the website Sex.com. This HTML code can easily be viewed by using the "View Page Source" function of the Mozilla FireFox web Browser to see a website's code.

14.     I personally researched and obtained all exhibits attached to the Memorandum in Opposition to Defendants' Motion to Dismiss that reflect website coding. I was able to obtain the respective page codes by using the "View Page Source" function previously explained. I carefully reviewed each exhibit reflecting the coding, interpreted the coding, placed arrows and/or boxes around relevant portions of the codes and can attest to the accuracy and reliability of the codes by virtue of the corresponding image that appears on the website (including the Sex.com website). Each page and its code was obtained directly from the websites at issue, thus there is a remote chance for any of the codes to be inaccurate, fraudulent or unreliable. At no time during my research

did I, or anyone on my behalf (or of which I am aware) alter or modify any of the codes used as Exhibits to the Memorandum.

15.     As used throughout the Memorandum and this Declaration, the term "hard-code" means, in computer programming, to use an explicit rather than a symbolic name for something that is likely to change at a later time. Such coding is sometimes known as hardcode (noun) and it is more difficult to change if it later becomes necessary. It is used when you want to have a specific link or an occurrence stay or happen on a website for a long period of time.

### *Sex.com's Sponsor Relationships*

16.     Websites such as Sex.com use affiliate (sponsor) relationships to maximize profits. Both companies involved in the affiliate relationship share in the revenue derived from the relationship. Sex.com has affiliate relationships with specific companies. To become an affiliate of the programs Sex.com promotes, a party must "sign up" by providing the other party with their company information and payment information so that payment can be made when sales are generated. Further, this process is required so that a unique linking code can be assigned to, in this case, Sex.com so that users and sales can be tracked as coming from Sex.com.

17.     Sex.com maintains affiliate relations with numerous Internet companies, several of whom I know, through investigation and my own relationships, are located in Florida, such as Reality Kings and Team Skeet.

18.     As it pertains to the affiliate relationships maintained on Sex.com, and based on industry standards and practices, and on the evidence gathered through detailed investigation, it is my expert opinion that the unique sponsor pages displayed on Sex.com are hosted, managed, and controlled solely by Defendants and Sex.com.

19.     The pages created to send traffic and sales to Reality Kings and Team Skeet from Sex.com are controlled entirely by Defendants and Sex.com. This means that all posted banners and links that depict the sponsor's product are hosted on Defendants' servers, designed by Defendants, and controlled and served by Defendants rather than by either the sponsor or third-party broker. The content displayed upon clicking a sponsor's banner or link is likewise controlled exclusively by Defendants. The sponsors cannot control or modify any page on Sex.com as such is exclusively controlled by Defendants.

20.     Based on the functionality, the relationships with the owners, operators and officers of Sex.com and the Florida-based companies were *not* established and are not maintained through any advertising broker. They are instead maintained by the Defendants themselves.

21.     This became evident when I examined the embedded unique hard-code pertaining to sponsors on Sex.com. The codes are remarkably different when a broker is used than when one is not used. Here, the code establishing the links between Sex.com, Reality Kings and Team Skeet reflect that the relationship between Defendants and its sponsors are direct rather than through brokers. I personally use this same process on my own domains to send traffic and sales as I too maintain relationships with affiliate programs some of whom also do business with Sex.com.

22.     The unique hard-codes also enable Sex.com, Reality Kings and Team Skeet to track sales generated on the Sex.com site. This linking creates an ongoing symbiotic relationship between Sex.com and its sponsors.

23.     In addition to these Florida-based sponsors, Defendants also appear to have other sponsorship relationships with companies I know, through investigative research and relationships, to be located in the United States, which include POVD.com, JulesJordan.com, NubileGirls.com, ElegantAngel.com, Hustler, and Naughty America.

24.     With respect to these sponsors, the source code for Sex.com again reflects that a unique hard-code was embedded into the web page specific to that sponsor. This

code is also designed to enable Sex.com and its sponsors to track sales from Sex.com. Copies of this code are attached as Exhibits to the Memorandum and accurately reflect the relationship explained here and in the Memorandum.

### *The Hard-Coded Banner and Related Links*

25.     Up until the filing of this lawsuit, there was a familiar banner underneath videos owned by Plaintiff and which Defendants were infringing on the Sex.com website. Before the lawsuit was filed, I personally recorded video actions, clicks and specific operations on Sex.com, including clicks of the banner and the redirection described in the Memorandum, Exhibits and this Declaration. I converted many of these video actions, clicks and operations into screen shots so they could be provided to the Court. At no time during the conversion from video to screenshots was any of the content modified or omitted except to add arrows. The screen shots accurately and fully depict the video of the Sex.com website prior to the filing of the lawsuit and the site's modification by Defendants.

26.     The banner is duplicated here:



The hard-coded placement of this banner and the link it went to was directly and purposely placed on the webpages to send traffic to other Defendant-owned properties. This banner, based on my experience and visual investigation, was clearly not designed for another purpose or to service another party. The Defendants control the code and the page it is displayed on.

27.     Upon clicking any area of the banner, I was directed from the banner through a chain of redirected sites that automatically went from one to another. The pattern took me as follows: Clicktraffix.com TO join.sex.com TO join.pornstarnework.com TO psn.statccache.com TO hd.sex.com.

28.     The ultimate destination I reached was Hd.Sex.com, which operates as a white label sales page for PornStar Network. A white label product or service is produced by one company that other companies rebrand to make it appear as if it was their own. I looked at the source code for the page known as Hd.sex.com. My examination revealed that this is page, though designed to look like a Sex.com membership, is in fact a white label product designed to sell memberships to HVL Cyberweb Inc. owned PornstarNetwork. Both are managed by Defendant, Valiquette. PonstarNetwork.com uses United States companies to process its transactions; primarily NetBilling in California, CCBill in Tempe, Arizona and Epoch in Santa Monica, California.

29.     The Sex.com website also contains a "Live Chat" advertisement. I examined the code for this advertisement and determined that it is generated through a hard-code script placed directly onto the Sex.com webpage and not delivered by, or controlled by, or through, an advertisement network or ad broker. The copy of the hard-code that is attached as an Exhibit to the Memorandum accurately depicts the images reflected on the website. That direct relationship, as identified by reviewing the code and investigating the links is between Sex.com and Washington State based Accretive Technologies (a/k/a Stream Mate a/k/a ICF Technology).

30.     I am familiar with Accretive and have had affiliate relationships with them in the past. I know that ICF Technology pays, as they do with all companies, a percentage of monies generated to the affiliate who in this case is Sex.com or its assigns.

31.     The Sex.com website also contains a "Live Cams" tab that has been placed in what is labeled "Zone 19" of the Sex.com menu bar. When I clicked this tab, I was redirected to MyFreeCams.com, which is a website hosted and operated in the United States. I was able to determine the location by investigating the information provided on the website. Further, I have direct knowledge of this website and the owner with whom I learned to water ski with in Curacao.

### *Defendants' Business With U.S. Users Via PayPal*

32.     On September 29, 2015, I personally made a payment to HVL through PayPal for $20.00, which HVL accepted. That payment was made from my office in Phoenix, Arizona. The verified email address for the PayPal account was FredValiquette@▮▮▮▮▮▮▮▮

### *Authentication of Exhibits*

33.     As noted throughout this Declaration, I have personal knowledge of the matters discussed and Exhibits attached to the Memorandum.

34.     As to *each* Exhibit reflecting either a website, source code or materials obtained on the Internet, I attest to the following:

    a.      I personally typed in the URL associated with the website, which were prefaced with "www" or other similar prefix attributable to that website.

    b.      I personally logged on to the website and reviewed what was on the website.

c.      I personally converted the website into a PDF that fairly and accurately reflects what I saw.

35.      Additionally, as to each Exhibit reflecting either a website, source code or materials obtained on the Internet, I examined the webpages in detail and, if applicable, the related source codes and I have no reason to doubt that the operator of the website placed the materials I examined on that website.

I declare under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Execute on the 15 day of October, 2015 at Phoenix, Arizona.

Jason Tucker

EXHIBIT "6"

## Internet Software and Services
## Company Overview of RK Netmedia Inc

October 13, 2015 4:22 PM ET

**Snapshot**                                                  **People**

**Company Overview**

RK Netmedia Inc operates the Reality Kings Network including 37 websites which offer adult entertainment products. The company also engages in the production and distribution of adult entertainment products. The company was incorporated in 1998 and is based in Miami Beach, Florida. As of August 28, 2012, RK Netmedia Inc operates as a subsidiary of Manwin Holding S.à.r.l.

705 Washington Avenue
3rd Floor
Miami Beach, FL 33139

United States

Founded in **1998**

**Key Executives For RK Netmedia Inc**

RK Netmedia Inc does not have any Key Executives recorded.

**Similar Private Companies By Industry**

| Company Name | Region |
|---|---|
| Collections Marketing Center, Inc. | United States |
| Web Transaction Services, Inc. | United States |
| Lyatiss Inc. | United States |
| VectorMAX Corporation | United States |
| String Enterprises, Inc. | United States |

**Recent Private Companies Transactions**

| Type Date | Target |
|---|---|
| No transactions available in the past 12 months. | |

**Report Data Issue**

# From Around the Web

Sponsored Links by Taboola

## 4 in 5 Americans Are Ignoring Buffett's Warning
**The Motley Fool**

## Brilliant Mortgage Payoff Method Has Banks On Edge

**Comparisons.org**


## Jim Cramer's Brilliant Tip on Paying Off Mortgage

**Bills.com**


## 1 Simple Secret To Eliminate 15 Years Of Mortgage Payments

**LowerMyBills**


## Here's Why Transferring A Credit Card Balance To A 21-Month 0% APR Is An Ingenious Idea

**NextAdvisor**


## Meet The Man Who Is Disrupting a $13 Billion Razor Industry

**Dollar Shave Club**

EXHIBIT "7"

**Internet Software and Services**
**Company Overview of MindGeek S.A R.L.**

October 15, 2015 11:48 AM ET

**Snapshot**                                    **People**

**Company Overview**

MindGeek S.A R.L. creates, develops, and manages highly trafficked websites. The company also offers relational and non-relational data storage, multi-layer distributed caching, job queuing, HD video streaming, live event encoding and streaming, mobile web interfaces and streaming, and online payment processing solutions. Additionally, it provides web application development, search engine optimization (SEO), customer relationship management (CRM), website optimization, and business intelligence services. MindGeek S.A R.L. was formerly known as Manwin Holding SARL and changed its name to MindGeek S.A R.L. in October, 2013. MindGeek S.A R.L. was founded in 2007 and is based in Luxembourg with additional offices in Dublin, Ireland; Nicosia, Cyprus; Hamburg, Germany; London, United Kingdom; Miami, Florida; Montreal, Canada; San Diego and Los Angeles, California.

Hide Detailed Description

| 32 boulevard Royal | **Phone:** | 352 20 880 900 |
| Luxembourg,  2449 | **Fax:** | 352 20 880 901 |
| Luxembourg | **www.mindgeek.com** | |

Founded in **2007**

**Key Executives For MindGeek S.A R.L.**

| **Mr. Perry Stathopoulos** |
| Chief Technology Officer |

Compensation as of Fiscal Year 2015.

**Similar Private Companies By Industry**

| Company Name | Region |
| --- | --- |
| GHP Luxembourg | Europe |
| Joost Operations SA | Europe |
| Excilan SA | Europe |
| Skype Communications S.à r.l. | Europe |
| LuxHedge S.A. | Europe |

**Recent Private Companies Transactions**

| Type Date | Target |
| --- | --- |
| No transactions available in the past 12 months. | |

**Report Data Issue**

**From Around the Web**                         Sponsored Links by Taboola

**4 in 5 Americans Are Ignoring Buffett's Warning**
The Motley Fool

**1 Simple Secret To Eliminate 15 Years Of Mortgage Payments**
LowerMyBills

**Jim Cramer's Brilliant Tip on Paying Off Mortgage**
Bills.com

**Highest-Paying Travel Reward Card Available to Good Credit**
LendingTree

**Drivers Surprised They Never Knew This Rule**
ImproveInsurance.com

**Will This Startup Kill The ETF Revolution?**
Yahoo! Finance | Motif Investing

EXHIBIT "8"

A leader in Web Design, UI Web Development and SEO - MindGeek.com                                                                                                                10/15/15, 12:08 PM



(http://www.mindgeek.com/)

Home

Who We Are

> About (/about)

What we do

> Services (/services)
> Technology (/technology)

Careers

> Open Positions (/careers)

Contact
en

> FR (/fr/)
> DE (/de/)

# BE A PART OF SOMETHING BIG

Build your future with a career at MindGeek

CHECK OUT OUR OPEN POSITIONS (/CAREERS)

# FULL STEAM AHEAD



| 100M+ | 3B+ | 1000+ |
|-------|-----|-------|
| **daily visitors** | **ad impressions** | **employees** |
| spread throughout our network of web properties | served to dozens of millions of daily visitors | working fulltime in our offices worldwide |

## What we're about

We are continually on the search for bright, energetic professionals to join our team. Our cutting edge technology is only made possible with the best minds in software engineering and programming working with us. We are always looking for PHP and Web Developers. If you enjoy working in a fast paced environment and collaborating side by side with the industry's best talent, then we'd like to meet you.

# Taking care of our people.

MindGeek recognizes employees' commitment to excellence, offering industry competitive compensation and benefits to ensure that working at MindGeek is a rewarding and enjoyable experience.

(/CAREERS#JOIN-MINDGEEK-TEAM)
CHECK OUT OUR OPEN POSITIONS

# CONTACT US

A leader in web design, IV web development and SEO | mindgeek.com                                                                                   10/15/2015 2:08 PM

# Address

**Head Quarters**

32 boulevard Royal,
L-2449 Luxembourg City, Luxembourg

t   +352 20880 900
    (tel:+35220880900)
f   +352 20880 901
e   info.luxembourg@mindgeek.com
    (mailto:)

**London**

The Atrium
1 Harefield Road,
Uxbridge, Middlesex UB8 1PH, U.K.

t   +44 20 8581 7000
    (tel:+442085817000)
f   +44 20 8581 7007
e   info.london@mindgeek.com
    (mailto:)

**Montreal**

7777 boulevard Decarie, Suite 600,
Montreal, Quebec H4P 2H2, Canada

t   +1 514 359 3555
    (tel:+15143593555)
f   +1 514 359-3556
e   info.montreal@mindgeek.com
    (mailto:)

**Los Angeles**

2300 West Empire Avenue, 7th floor,
Burbank, CA 91504, U.S.A.

**Hamburg**

Notkestraße 9-11,
D-22607 Hamburg, Germany

t   +49 40 2846730
    (tel:+49402846730)
e   info.hamburg@mindgeek.com
    (mailto:)

**Dublin**

Fitzwilliam Business Centre
77 Sir John Rogerson Quay,
Dublin, Ireland

t   +353 1640 1953
    (tel:+35316401953)
f   +353 1640 1916
e   info.dublin@mindgeek.com (mailto:)

**Miami**

705 Washington Avenue, 2nd Floor,
Miami Beach, Florida 33139, U.S.A.

t   305 695 6700 (tel:3056956700)
f   305 695 6711
e   info.miami@mindgeek.com (mailto:)

**Nicosia**

195-197 Old Nicosia-Limassol Road,
Block 1 Dali Industrial Zone,

A leader in Web Design, UV Web Development and SEO - MindGeek.com                                                                10/15/15, 12:08 PM

| | | | |
|---|---|---|---|
| **t** | +1 323 276 4000 (tel:+13232764000) | | Cyprus 2540 |
| **f** | +1 323 276-4500 | | |
| **e** | info.losangeles@mindgeek.com (mailto:) | **t** | +357 22662 320 (tel:+35722662320) |
| | | **f** | +357 22343 282 |
| | | **e** | info.nicosia@mindgeek.com (mailto:) |

**San Diego**

1295 Morena Boulevard,
San Diego, CA 92110, U.S.A

**t**   +619 276 8007 (tel:+6192768007)
**e**   info.sandiego@mindgeek.com
     (mailto:)

# Media Enquiries

For media enquires and marketing opportunities, please contact the MindGeek Communications Department

**e**   media@mindgeek.com
     (mailto:)

# Social Media

Join us at one of our social media pages by clicking on the icons below

(https://https://https://plus.google.com/MindGeek-1-1)

EXHIBIT "9"

starwaymodels_ad



# CALL NOW!
# (888) 292-6493

- Send 3 Photos to models@starwaymodels.com
- Shoot video & photos in an exciting environment
- Work with a fun and professional crew
- Comfortable with R and XXX
- Must be 18+

Starway Models is looking for attractive models with natural bodies. The type of shoots range from swim suit & lingerie to classic nudes & adult. Each shoot is determined by what the model is comfortable with. Top models can earn up to $7,000 dollars for a weekend of shooting. Travel and lodging are also taken care of. If you are interested in this opportunity please either email or mail us 3 pictures of yourself. All models MUST be over 18. Try and take one picture of your face and two of your body (from the front and behind). Please include your name, contact info and birthdate with the pictures.

To Email:
models@starwaymodels.com

To Mail:
attn: StarWay Models- model submission
225 7th street, suite 300

Miami, Fl 33139
Ph. 888-292-6493

Include body, headshots, and government issued ID. (License, Birth
Certificate, Passport, State-Issued ID, etc.)

Thanks and we look forward to working with you! ;-)

**Top Models:** Gina Lynn, Phoenix Marie, Molly, Eva Angelina, Julia Bond, Amy Reid, Rachel Starr, Lisa Daniels, Jenaveve Jolie, Gianna Michaels, Ashlynn Brooke, Shyla Stylez, Mindy Main, Carmella Bing, Daisy Marie, Stephanie Cane, Mikayla, Sarah Vandella, Brandy Talore, Nikki, Audrey Bitoni, Lichelle Marie, Sienna West, Nikki Benz, Candy Manson, Shy Love, Carly Parker, Brooke Haven, Alicia, August, RK, Adult Models

EXHIBIT "10"

# 18 U.S.C. Section 2257 Compliance Notice

All models, actors, actresses and other persons that appear in any visual portrayal of actual or simulated sexually explicit conduct appearing on, or otherwise contained in, this Website were over the age of eighteen (18) years at the time the visual image was produced. Records required for all depictions of actual sexually explicit conduct by Title 18 U.S.C. 2257 are on file with the appropriate Records Custodian.

All other visual depictions displayed on this Website are exempt from the provision of 18 U.S.C. 2257, 2257A and/or 28 C.F.R. 75, because 1) they do not portray conduct as specifically listed in 18 U.S.C section 2256 (2)(A) (i) through (iv), 2) they do not portray conduct as specifically listed in 18 U.S.C. section 2257A, 3) they do not portray conduct listed in 18 U.S.C. section 2256(2)(A)(v) produced after July 27, 2006, or 4) are otherwise exempt because the visual depictions were created prior to July 3, 1995.

The images contained on this site were, duplicated, reproduced or reissued on 2015-10-15.

**The records required pursuant to 18 U.S.C. section 2257 and 2257(A) and 28 C.F.R. 75 for all materials contained in the website are kept by the following Custodian of Records:**

Jose Tavarez
225 7th street, suite LB-100
Miami, Fl 33139

EXHIBIT "11"







←



# EXHIBIT "12"

Search                                    Log In        Sign Up

**Find a Lawyer    Ask a Lawyer    Research the Law    Law Schools    Laws & Regs
Newsletters    Legal Marketing**

Justia  ›  Trademarks  ›  Categories  ›  Education and entertainment  ›  TEAM SKEET - Trademark
Details

# TEAM SKEET - Trademark Details

*Status:* 700 - Registered

# Team Skeet

| | |
|---|---|
| **Serial Number** | 85714869 |
| **Registration Number** | 4323869 |
| **Word Mark** | TEAM SKEET |
| **Status** | **700** - Registered |
| **Status Date** | 2013-04-23 |
| **Filing Date** | 2012-08-28 |
| **Registration Number** | 4323869 |

## Today on Verdict

**For the Love of Batgirl: California
Passes Much-Needed Fair Pay Law**

Hofstra University law
professor Joanna
Grossman describes
California's recently passed
Fair Pay Act, which
promises to help alleviate the equal
pay gap where the federal
government has fallen short.

By **Joanna L. Grossman**

## Ask a Lawyer

**Question:**

Please Ask Your Question Here.
e.g., Do I need a Bankruptcy
Lawyer?

Add details                          120

Ask Question

TEAM SKEET Trademark of Paper Street Media LLC - Registration Number 4326869 - Serial Number 85714869 - Justia Trademarks                    10/13/15, 4:53 PM

| | |
|---|---|
| **Registration Date** | 2013-04-23 |
| **Mark Drawing** | **4000** - Standard character mark Typeset |
| **Published for Opposition Date** | 2013-02-05 |
| **Law Office Assigned Location Code** | L90 |
| **Employee Name** | WATSON, JULIE A |

## Statements

| | |
|---|---|
| **Goods and Services** | Providing a website for entertainment purposes featuring photographs and videos about adult content |

## Classification Information

| | |
|---|---|
| **International Class** | **041** - Education; providing of training; entertainment; sporting and cultural activities. - Education; providing of training; entertainment; sporting and cultural activities. |

## Find a Lawyer

Trademarks

City, State          Search


**Mr. Joseph I. Lipsky**
Personal Injury, Products Liabil
Fort Lauderdale-Plantation, FL


**Alan Siegel**
Criminal Law, Family Law, Pers
Fort Lauderdale, FL


**Glen Levine**
Criminal Law, Domestic Violenc
Fort Lauderdale, FL


**William A. Heller**
Workers' Compensation, Persc
Hollywood, FL


**Russell A. Kerr**
Real Estate Law, Business Law
Aventura, FL

## Lawyers - Get Listed Now!

Get a free directory profile listing

| | |
|---|---|
| **US Class Codes** | 100, 101, 107 |
| **Class Status Code** | **6** - Active |
| **Class Status Date** | 2012-09-05 |
| **Primary Code** | 041 |
| **First Use Anywhere Date** | 2007-08-16 |
| **First Use In Commerce Date** | 2009-11-01 |

# Current Trademark Owners

| | |
|---|---|
| **Party Name** | Paper Street Media LLC |
| **Party Type** | **30** - Original Registrant |
| **Legal Entity Type** | **16** - Limited Liability Company |
| **Address** | Suite 304 14 NE 1St Ave Miami FL 33132 |

# Trademark Owner History

| | |
|---|---|
| **Party Name** | Paper Street Media |

LLC

**Party Type**          **30** - Original Registrant

**Legal Entity Type**   **16** - Limited Liability
                        Company

**Address**
                        Suite 304
                        14 NE
                        1St Ave
                        Miami
                        FL
                        33132

**Party Name**          Paper Street Media
                        LLC

**Party Type**          **20** - Owner at
                        Publication

**Legal Entity Type**   **16** - Limited Liability
                        Company

**Address**
                        Suite 304
                        14 NE
                        1St Ave
                        Miami
                        FL
                        33132

**Party Name**          Paper Street Media
                        LLC

**Party Type**          **10** - Original Applicant

TEAM Skeet Trademark of Paper Street Media LLC - Registration Number 4320669 - Serial Number 85714869 :: Justia Trademarks 10/13/16, 4:53 PM

| **Legal Entity Type** | **16** - Limited Liability Company |
|---|---|
| **Address** | Suite 304 14 NE 1St Ave Miami FL 33132 |

# Correspondences

| **Name** | PAPER STREET MEDIA LLC |
|---|---|
| **Address** | 14 NE 1ST AVE STE 304 MIAMI, FL 33132-2404 |

# Trademark Events

| **Event Date** | **Event Description** |
|---|---|
| 2012-08-31 | NEW APPLICATION ENTERED IN TRAM |
| 2012-09-05 | NEW APPLICATION OFFICE SUPPLIED DATA ENTERED IN |

TEAM SKEET Trademark of Paper Street Media LLC - Registration Number 4320869 - Serial Number 85714869 :: Justia Trademarks          10/13/15, 4:53 PM

| | TRAM |
| --- | --- |
| 2012-12-20 | ASSIGNED TO EXAMINER |
| 2012-12-20 | APPROVED FOR PUB - PRINCIPAL REGISTER |
| 2013-01-16 | NOTIFICATION OF NOTICE OF PUBLICATION E-MAILED |
| 2013-02-05 | PUBLISHED FOR OPPOSITION |
| 2013-02-05 | OFFICIAL GAZETTE PUBLICATION CONFIRMATION E-MAILED |
| 2013-04-23 | REGISTERED-PRINCIPAL REGISTER |

# Justia Legal Resources

## FIND A LAWYER

Bankruptcy Lawyers
Business Lawyers
Criminal Lawyers
Employment Lawyers

## INDIVIDUALS

Bankruptcy
Criminal
Divorce
DUI
Estate Planning
Family Law

## BUSINESS

Business Formation
Business Operations
Employment
Intellectual

## LAW STUDENTS

Law Schools
Admissions
Financial Aid
Course Outlines
Law Journals
Blogs

TEAM Skeet Trademark of Paper Street Media LLC - Registration Number 4326869 - Serial Number 85714869 - Justia Trademarks                    10/13/15, 4:53 PM

Estate Planning
Lawyers

Family Lawyers

Personal Injury
Lawyers

More...

Personal Injury

More...

Property

International Trade

Real Estate

Tax Law

More...

Employment

More...

## US FEDERAL LAW

US Constitution

US Code

Regulations

Supreme Court

Circuit Courts

District Courts

Dockets & Filings

More...

## US STATE LAW

State Constitutions

State Codes

State Case Law

California

Florida

New York

Texas

More...

## OTHER DATABASES

Legal Blogs

Legal Forms

GAO Reports

Product Recalls

Patents

Trademarks

Countries

More...

## LEGAL MARKETING

Websites

Blogs

Content

Social Media

Local Marketing

Paid Ads
(CPC/PPC)

Lawyer Directory

More...

© 2015 Justia

Company        Terms of Service        Privacy Policy        Contact Us

EXHIBIT "13"



# Detail by Entity Name

## Florida Limited Liability Company

PAPER STREET MEDIA, LLC

### Filing Information

| | |
|---|---|
| **Document Number** | L03000036839 |
| **FEI/EIN Number** | 05-0588504 |
| **Date Filed** | 09/26/2003 |
| **State** | FL |
| **Status** | ACTIVE |
| **Last Event** | REINSTATEMENT |
| **Event Date Filed** | 02/26/2007 |

### Principal Address

14 NE 1ST AVE SUITE 705
MIAMI, FL 33132

Changed: 01/08/2015

### Mailing Address

14 NE 1ST AVE SUITE 705
MIAMI, FL 33132

Changed: 01/08/2015

### Registered Agent Name & Address

HUSSAIN, JAMAL
14 NE 1ST AVE SUITE 705
MIAMI, FL 33132

Name Changed: 04/26/2005

Address Changed: 01/08/2015

### Authorized Person(s) Detail

**Name & Address**

Title MGRM

MUHAMED, SADIQ
14 NE 1ST AVE SUITE 705
MIAMI, FL 33132

Title MGRM

HUSSIN, JAMAL
14 NE 1ST AVE SUITE 705
MIAMI, FL 33132

## Annual Reports

| Report Year | Filed Date |
|---|---|
| 2013 | 01/24/2013 |
| 2014 | 01/08/2014 |
| 2015 | 01/08/2015 |

## Document Images

| | |
|---|---|
| 01/08/2015 -- ANNUAL REPORT | View image in PDF format |
| 01/08/2014 -- ANNUAL REPORT | View image in PDF format |
| 01/24/2013 -- ANNUAL REPORT | View image in PDF format |
| 01/05/2012 -- ANNUAL REPORT | View image in PDF format |
| 01/04/2011 -- ANNUAL REPORT | View image in PDF format |
| 04/14/2010 -- ANNUAL REPORT | View image in PDF format |
| 07/10/2009 -- ANNUAL REPORT | View image in PDF format |
| 09/26/2008 -- ANNUAL REPORT | View image in PDF format |
| 02/26/2007 -- REINSTATEMENT | View image in PDF format |
| 04/26/2005 -- REINSTATEMENT | View image in PDF format |
| 09/26/2003 -- Florida Limited Liabilites | View image in PDF format |

Copyright © and  Privacy Policies
State of Florida, Department of State

# EXHIBIT "14"

SEX.COM (@sexdotcom) | Twitter                                                                    10/8/15, 4:43 PM

🐦 **Home**  About                    Search Twitter 🔍         Have an account? **Log in** ▾



OFFICIAL **Sex·com** TWITTER
FEATURING MARSHA MAY

| TWEETS | FOLLOWING | FOLLOWERS | FAVORITES | LISTS | |
|---|---|---|---|---|---|
| **14K** | **2,474** | **111K** | **3,854** | **61** | 👤 Follow |

**SEX.COM**
@sexdotcom

Sex.com is a community for discovering and sharing porn. For Adult news check out our blog ow.ly/Afu7y
socialmedia@sex.com

📍 The Internet
🔗 sex.com
🕐 Joined March 2009

**Tweets**   Tweets & replies   Photos & videos



**SEX.COM** @sexdotcom · 1m
#ThirstyThursday Gentle Kisses For the #BBC from @adrianachechik @Blacked_com ow.ly/TbE0C
↩ 🔁 ⭐ •••                           View media

**SEX.COM** @sexdotcom · 1h
How Much Fun Does This Look 😍😍 ow.ly/Tbq1w
↩ 🔁 3 ⭐ 18 •••                        View media

🔁 SEX.COM Retweeted
**TammySands (18+)** @TammySands · 3h
.@ValerieVixenMFC for VIParea.com :)
↩ 🔁 3 ⭐ 15 •••

**SEX.COM** @sexdotcom · 4h
#ThirstyThursday Watch @keishagreyxxx Ride That ▮▮▮ Like A Champ 🏆 ow.ly/Tb3pP
↩ 🔁 27 ⭐ 53 •••                       View media

**SEX.COM** @sexdotcom · 5h
#BLOG Watch ▮▮▮ Babes @misstoriblack @xJenniferWhitex Share

EXHIBIT "15"



Marsha May - IMDb



IMDb

Like Page    6.2m likes

Be the first of your friends to like this

Follow @imdb    1.74M followers

## How Much Have You Seen?

How much of Marsha May's work have you seen?

---

## IMDb Everywhere

Find showtimes, watch trailers, browse photos, track your Watchlist and rate your favorite movies and TV shows on your phone or tablet!

IMDb Mobile site    »

## Follow IMDb on

| | | |
|---|---|---|
| Home | Contact Us | IMDbPro |
| Top 250 | Message Boards | Box Office Mojo |
| Top Movies | Register | Withoutabox |
| TV | News | |
| Coming Soon | | Conditions of Use |
| Site Index | Press Room | Privacy Policy |
| Search | Advertising | Interest-Based Ads |
| In Theaters | Jobs | |

An                      company.

Copyright © 1990-2015 IMDb.com, Inc.

Amazon Affiliates

| Amazon Video | Prime Video | Amazon Germany | Amazon Italy | Amazon France | Amazon India | DPReview | Audible |
|---|---|---|---|---|---|---|---|
| Watch Movies & TV Online | Unlimited Streaming of Movies & TV | Buy Movies on DVD & Blu-ray | Buy Movies on DVD & Blu-ray | Buy Movies on DVD & Blu-ray | Buy Movie and TV Show DVDs | Digital Photography | Download Audio Books |

EXHIBIT "16"



sex.com

# Sex·com

 

| Local | Videos ▼ | Q |

| Login | **Signup** |



Are you comfortable receiving naked pics of local girls on this device?

**YES**

Advertisement

## Local videos



| Videos | Pictures | Categories | Pornstars | Live Sex | Snapsex |

  

# EXHIBIT "17"

Service Agreement
Site Terms of Use and DMCA Claims

- [Site Terms of Use and DMCA Claims](#)

Service Agreement

- [General Provisions](#)
- [Domain Names (nsWebAddress)](#)
- [ccTLD Domain Names](#)
- [.BIZ Domain Names](#)
- [.INFO Domain Names](#)
- [.EU Domain Names](#)
- [.NAME Domain Names](#)
- [.US Domain Names](#)
- [.CA Domain Names](#)
- [.CN Domain Names](#)
- [.TW Domain Names](#)
- [.PRO Domain Names](#)
- [.MOBI Domain Names](#)
- [.GD Domain Names](#)
- [.TEL Domain Names](#)
- [.CO Domain Names](#)
- [.XXX Domain Names](#)
- [.XYZ Domain Names](#)
- [United TLD Domain Names](#)
- [.UK Domain Names](#)
- [.PW Domain Names](#)
- [Private Registration](#)
- [Change of Registrar Service](#)
- [Registrant Name Change Agreement](#)
- [Extended Year Service](#)
- [Email (nsMail)](#)
- [Web Forwarding](#)
- [WHOIS Business Listing](#)
- [nsWebsite and Website Builder Tool](#)
- [MyComputer Services](#)
- [Certified Offer Service](#)
- [Hosting Service (Web Hosting)](#)
- [Online Marketing Services (nsMarketing)](#)
- [Paid Advertising Services (nsMarketing)](#)
- [Website Design Services (Design/Develop)](#)
- [Ecommerce Services (nsCommerceSpace)](#)
- [MessageGuard](#)
- [WatchDog (nsProtect Safe)](#)
- [Website Migration Services (TransferMe)](#)
- [Free Website Package](#)
- [goMobi Services](#)

- [MyTime Support Services](#)
- [ContactMe Biz Pro Service](#)
- [Email Marketing Service](#)
- [Domain Expiration Protection](#)
- [ReputationAlert](#)
- [TRUSTe](#)
- [Network Solutions Buyer's Club](#)
- [New gTLD Services](#)
- [SiteLock Security Services](#)
- [WebLock Service](#)
- [Premium DNS Service](#)
- [Take-a-Payment Services](#)

Policies

- [Privacy Policy](#)
- [Uniform Domain Name Dispute Resolution Policy](#)
- [Domain Deletion Policy](#)
- [Domain Transfer Policy](#)
- [Acceptable Use Policy](#)

SSL Legal Repository

- [Subscriber Agreements](#)
- [Relying Party Agreements](#)
- [Relying Party Guarantee](#)
- [Certification Practice Statement](#)
- [EV Subscriber Agreements](#)
- [EV Certification Practice Statement](#)

LinkTogether™ Terms of Use

- [LinkTogether™ Terms of Use](#)

Report Seal Misuse

- [SSL Seal Misuse](#)
- [WatchDog Seal Misuse](#)

ALL SERVICES ARE GOVERNED BY THE GENERAL TERMS AND CONDITIONS THAT ARE LISTED BELOW ALONG WITH THE TERMS IN THE APPLICABLE SCHEDULE(S) FOR THE SPECIFIC SERVICES THAT ARE PURCHASED.

**This is Service Agreement Version Number 9.34**

**1. INTRODUCTION.** In this Service Agreement ("Agreement"), "you" and "your" refer to each customer ("Customer") and its agents, including each person listed in your account information as being associated with your account, and "we", "us" and "our" refer collectively to Network Solutions, LLC and its

wholly-owned subsidiaries ("Network Solutions"). This Agreement explains our obligations to you, and your obligations to us in relation to the Network Solutions service(s) you purchase. By purchasing or otherwise applying for Network Solutions service(s), you agree to establish an account with us for such services. When you use your account or permit someone else to use your account to purchase or otherwise acquire access to additional Network Solutions service(s) or to modify or cancel your Network Solutions service(s) (even if we were not notified of such authorization), this Agreement as amended covers any such service or actions. Additionally, you agree that each person listed in your account information as being associated with your account for any services provided to you (including, but not limited to, domain name registration services) is your agent with full authority to act on your behalf with respect to such services in accordance with the permissions granted, and that the Primary Contact and Account Administrative Contact for your account shall have the authority, without limitation, to terminate, transfer (where transfer is permitted by the Agreement), or modify such services or your account information, or purchase additional services. Any acceptance of your application(s) or requests for our services and the performance of our services will occur at our offices in Herndon, Virginia, the location of our principal places of business. Except as otherwise expressly set forth in this Agreement, you agree that if you list, directly or by default, Network Solutions as a contact for your account and/or any of the services in your account, we have the right, without notice, to remove our name and/or information from any such account or service and to replace the same with the name and/or information provided by you for any other contact associated with that account or service.

**2. VARIOUS SERVICES.** Sections 1 through 30 apply to any and all Network Solutions services that you purchase, whether purchased separately or as a part of a complete solution or package bundle. The terms and conditions set forth in the Schedules of this Agreement apply only to customers who have purchased the Network Solutions services referenced in those Schedules. In the event of any inconsistency between the terms of Sections 1 through 30 and the terms of the Schedules, the terms of the Schedules shall control with regard to the applicable Network Solutions service. IMPORTANT NOTICE CONCERNING SERVICES THAT ARE COMBINED TOGETHER AS A PART OF A BUSINESS SOLUTION: If you purchase Network Solutions services that are sold together as a "bundled" package (e.g., you select nsSpace™ that includes both a domain name (nsWebAddress™) and a Network Solutions Website builder or other services, as opposed to your purchasing such services separately), termination of any part of the services will result in termination of all Network Solutions services provided as part of the bundled package. Please see Section 10(d) of this Agreement for more information. You acknowledge and agree that some or all of the services you purchase or receive from us may be provided by one or more vendors, contractors or affiliates selected by Network Solutions in its sole discretion. As a part of your Services, Network Solutions may provide you access to third party functionality or services, including, but not limited to applications, widgets, RSS and other types of news, event and industry feeds, calculators, recommended copy, forms and templates that are incorporated or are offered as a part of one or more of the Services ("Third Party Functionality"). You expressly agree that any Third Party Functionality (including products, services or offering)s that are available to You as a part of any of the Network Solutions product or services shall be used by You in accordance with the terms of any relevant third party licenses. Your failure to abide by any third party license may result in the immediate termination of your services by Network Solutions. Furthermore, Network Solutions does not control such Third Party Functionality and is therefore not liable for any issues of any kind relating to the Third Party Functionality. Network Solutions reserves the right, at its sole discretion, to terminate, suspend, cancel or alter your access to Third Party Functionality at any time.

**3. FEES, PAYMENT AND TERM OF SERVICE.** As consideration for the services you purchased, you agree to pay Network Solutions the applicable service(s) fees set forth on our Website at the time of your selection, or, if applicable, upon receipt of your invoice from Network Solutions. All fees are due immediately and are non-refundable, except as otherwise expressly noted in one or more of the Schedules to

this Agreement, as required by applicable law, or as such fees are billed by Network Solutions under an invoice to a Customer that expressly permits payment for Services by a Customer within thirty (30) days after Network Solutions has sent the Customer such invoice ("Net-30 Customers"). Network Solutions may require a Customer to successfully complete a credit application prior to such Customer qualifying to become a Net-30 Customer. Customers who purchase Service(s) through outbound telemarketing and request cancellation of Service(s) within ten (10) days of purchase are entitled to a refund of all fees. If you qualify, we may extend payment terms to you under our Business Account Credit Program. Unless otherwise specified herein or on our Website, each Network Solutions service is for a one-year initial term and renewable thereafter for successive one to ten-year terms, as set forth during the renewal process. Any Network Solutions service on a monthly billing cycle may be billed every four (4) weeks. Any renewal of your services with us is subject to our then current terms and conditions, including, but not limited to, successful completion of any applicable authentication procedure, and payment of all applicable service fees at the time of renewal and in the case of domain name re-registration, the domain name registry's acceptance of your domain name registration. Network Solutions may charge an Account Maintenance Fee to maintain your active account. This Account Maintenance Fee shall be billed to your account each year, thirty days following the annual date of your account creation. Except with respect to service to which you subscribe on a monthly basis, we will endeavor to provide you notice prior to the renewal of your services at least fifteen (15) days in advance of the renewal date. Additional payment terms may apply to the Network Solutions services you purchase, as set forth in the applicable Schedules to this Agreement. Pricing for services, renewals, and product upgrades and add-ons may vary based upon the date of your purchase. We may, at any time, activate the auto-renew service for eligible services in your account. Further, we may provide you with an opportunity to "opt in" to our automatic renewal process in accordance with the instructions (and subject to your agreement to the terms and conditions pertaining to that process) on our Website. You agree that if you are enrolled in or otherwise utilizing our auto-renew service, we will attempt to renew your service at some point less than ninety (90) days prior to its expiration. Such automatic renewal for your service(s), if successful, may be for a shorter term than the term for which you originally purchased your service(s), but in no event shall such term be longer than the term then-currently in place for the service(s). Such automatic renewal for your service(s), if successful, shall be at the then-current price for the service(s). You further agree that, to turn off the auto-renew service for any of your services with Network Solutions, you must call 866.908.3450. You acknowledge and agree that the renewal price may be higher or lower than the price you paid for the then-current term of the service, and that we are authorized to charge your credit card or other payment method (such as PayPal®) on file for the renewal of the service(s). In any event, you are solely responsible for the credit card or payment information you provide to Network Solutions and must promptly inform Network Solutions of any changes thereto (e.g., change of expiration date or account number). You agree that, in any event, Network Solutions may extend the expiration date on your credit on file with us in order to protect against unwanted expiration of your services and to allow for the automatic renewal thereof. In addition, you are solely responsible for ensuring the services are renewed. Network Solutions shall have no liability to you or any third party in connection with the renewal as described herein, including, but not limited to, any failure or errors in renewing the services. In order to process a renewal under our auto-renew service, we may use third-party vendors for the purpose of updating the expiration date and account number of your credit card or payment method on file. Such third-party vendors maintain relationships with various credit card issuers and may be able to provide us with the updated expiration date and account number for your credit card by comparing the information we have on file with the information the third-party has on file. By selecting our auto-renew service, you acknowledge and agree that we may share your credit card or other payment method information with such a third-party vendor for the purpose of obtaining any update to your credit card expiration date, account number, or payment account. You agree to pay all value added tax ("VAT"), sales and other taxes (other than taxes based on Network Solutions income) related to Network Solutions services or payments made by you hereunder. All payments of fees for Network Solutions services

shall be made in U.S. dollars. Although Network Solutions may display pricing in various currencies, transaction processing is supported only in U.S. dollars and the pricing displayed during the checkout process will be an estimated conversion price at the time of purchase. If the currency of your bank or credit card account is not U.S. dollars, you may be charged exchange rate conversion fees by your bank or credit card company. In addition, due to time differences between (i) the time you complete the checkout process, (ii) the time the transaction is processed, and (iii) the time the transaction posts to your bank or credit card, the conversion rates may fluctuate, and Network Solutions makes no representations or warranties that (a) the amount submitted to your bank or credit card for payment will be the same as the amount posted to your bank or credit card statement or (b) the estimated conversion price will be the same as either the amount processed or the amount posted to your bank or credit card statement, and you agree to waive any and all claims based upon such discrepancies (including any and all claims for a refund based on the foregoing). You acknowledge and agree that you may be charged VAT based on the country indicated in account holder address information associated with your account. Set up fees, if any, will become payable on the applicable effective date for the applicable Network Solutions services. All sums due and payable that remain unpaid after any applicable cure period herein will accrue interest as a late charge of 1.5% per month or the maximum amount allowed by law, whichever is less. In the event of non-payment by a Net-30 Customer on any amount of any invoice, Network Solutions reserves the right to refer such invoice and Net-30 Customer to a collection agency in order for Network Solutions to secure payment on the invoice. Network Solutions may terminate any or all of the Services of a Net-30 Customer who fails to pay an invoice in a timely fashion. Network Solutions may charge a late fee(s) to Net-30 Customers for late payment of an invoice or a reinstatement fee(s) to Net-30 Customers who wish to reinstate Service(s) that have been terminated due to non-payment.

**4. ACCURATE INFORMATION.** You agree to: (1) provide certain true, current, complete and accurate information about you as required by the application process; and (2) maintain and update according to our modification procedures the information you provided to us when purchasing our services as needed to keep it current, complete and accurate. We rely on this information to send you important information and notices regarding your account and our services. You agree that Network Solutions (itself or through its third party service providers) is authorized, but not obligated, to use Coding Accuracy Support System (CASS) certified software and/or the National Change of Address program (and/or such other systems or programs as may be recognized by the United States Postal Service or other international postal authority for updating and/or standardizing address information) to change any address information associated with your account (e.g., registrant address, billing contact address, etc.), and you agree that Network Solutions may use and rely upon any such changed address information for all purposes in connection with your account (including the sending of invoices and other important account information) as though such changes had been made directly by you.

**5. PRIVACY.** Our privacy statement, (a) for Websites and/or value added services purchased through www.netsolwebsites.com is located on our Website at http://www.networksolutions.com/legal/privacy-policy.jsp and is incorporated herein by reference, as it is applicable to such Website purchases (other services purchased through www.netsolwebsites.com, including, but not limited to, domain name registrations, are covered by the privacy statement set forth on our Web site at http://www.networksolutions.com/legal/privacy-policy.jsp), (b) for Network Solutions services purchased through www.mycomputer.com is located on our Website at http://www.mycomputer.com/agreements/privacy_policy.html and is incorporated herein by reference for all such Network Solutions services, and (d) for all other Network Solutions services is located on our Website at http://www.networksolutions.com/legal/privacy-policy.jsp and is incorporated herein by reference for all such Network Solutions services. The applicable privacy statement sets forth your and our rights and responsibilities with regard to your personal information. You agree that we, in our sole discretion, may modify our privacy statement. We will post such

revised statement on our Website and any such statement will be effective upon posting. You agree to periodically review our Websites, including the current version of our privacy statement. You agree that, by using our services after modifications to the privacy statement become effective, you have agreed to these modifications. You acknowledge that if you do not agree to any such modification, you may terminate this Agreement. We will not refund any fees paid by you if you terminate your Agreement with us except as otherwise expressly provided in one or more of the Schedules attached hereto. We will not process the personal data that we collect from you in a way incompatible with the purposes and other limitations described in our privacy statement. You represent and warrant that you have provided notice to, and obtained consent from, any third party individuals whose personal data you supply to us as part of our services with regard to: (i) the purposes for which such third party's personal data has been collected, (ii) the intended recipients or categories of recipients of the third party's personal data, (iii) which parts of the third party's data are obligatory and which parts, if any, are voluntary; and (iv) how the third party can access and, if necessary, rectify the data held about them. You further agree to provide such notice and obtain such consent with regard to any third party personal data you supply to us in the future. We are not responsible for any consequences resulting from your failure to provide notice or receive consent from such individuals nor for your providing outdated, incomplete or inaccurate information.

**6. OWNERSHIP.** Except as otherwise set forth herein, all right, title and interest in and to all, (i) registered and unregistered trademarks, service marks and logos; (ii) patents, patent applications, and patentable ideas, inventions, and/or improvements; (iii) trade secrets, proprietary information, and know-how; (iv) all divisions, continuations, reissues, renewals, and extensions thereof now existing or hereafter filed, issued, or acquired; (v) registered and unregistered copyrights including, without limitation, any forms, images, audiovisual displays, text, software and (vi) all other intellectual property, proprietary rights or other rights related to intangible property which are used, developed, comprising, embodied in, or practiced in connection with any of the Network Solutions services identified herein ("Network Solutions Intellectual Property Rights") are owned by Network Solutions or its licensors, and you agree to make no claim of interest in or ownership of any such Network Solutions Intellectual Property Rights. You acknowledge that no title to the Network Solutions Intellectual Property Rights is transferred to you, and that you do not obtain any rights, express or implied, in the Network Solutions or its licensors' service, other than the rights expressly granted in this Agreement. To the extent that you create any Derivative Work (any work that is based upon one or more preexisting versions of a work provided to you, such as an enhancement or modification, revision, translation, abridgement, condensation, expansion, collection, compilation or any other form in which such preexisting works may be recast, transformed or adapted) such Derivative Work shall be owned by Network Solutions and all right, title and interest in and to each such Derivative Work shall automatically vest in Network Solutions. Network Solutions shall have no obligation to grant you any right in any such Derivative Work.

**7. EXCLUSIVE REMEDY; TIME LIMITATION ON FILING ANY CLAIM.** YOU AGREE THAT OUR ENTIRE LIABILITY, AND YOUR EXCLUSIVE REMEDY, IN LAW, IN EQUITY, OR OTHERWISE, WITH RESPECT TO ANY NETWORK SOLUTIONS SERVICE(S) PROVIDED UNDER THIS AGREEMENT AND/OR FOR ANY BREACH OF THIS AGREEMENT IS SOLELY LIMITED TO THE AMOUNT YOU PAID FOR SUCH SERVICE(S) DURING THE TERM OF THIS AGREEMENT. IN NO EVENT SHALL NETWORK SOLUTIONS, ITS LICENSORS AND CONTRACTORS (INCLUDING, BUT NOT LIMITED TO, THIRD PARTIES PROVIDING SERVICES AS PART OF THE SUBSCRIPTION SERVICE FOR WEBSITES FROM NETWORK SOLUTIONS) BE LIABLE FOR ANY INDIRECT, INCIDENTAL, SPECIAL OR CONSEQUENTIAL DAMAGES EVEN IF NETWORK SOLUTIONS HAS BEEN ADVISED OF THE POSSIBILITY OF SUCH DAMAGES. TO THE EXTENT THAT A STATE DOES NOT PERMIT THE EXCLUSION OR LIMITATION OF LIABILITY AS SET FORTH HEREIN

NETWORK SOLUTIONS'S LIABILITY IS LIMITED TO THE EXTENT PERMITTED BY LAW IN SUCH STATES. Network Solutions and its licensors and contractors disclaim any and all loss or liability resulting from, but not limited to: (1) loss or liability resulting from access delays or access interruptions; (2) loss or liability resulting from data non-delivery or data mis-delivery; (3) loss or liability resulting from acts of God; (4) loss or liability resulting from the unauthorized use or misuse of your account number, password or security authentication option; (5) loss or liability resulting from errors, omissions, or misstatements in any and all information or service(s) provided under this agreement; (6) loss or liability relating to the deletion of or failure to store email messages; (7) loss or liability resulting from the development or interruption of your Website or your Network Solutions Website; (8) loss or liability from your inability to use our email service, Website manager service or any component of the subscription service (for websites from Network Solutions); (9) loss or liability that you may incur in connection with our processing of your application for our services, our processing of any authorized modification to your domain name record or your agent's failure to pay any fees, including the initial registration fee or re-registration fee; (10) loss or liability as a result of the application of our dispute policy; or (11) loss or liability relating to limitations, incompatibilities, defects, or other problems inherent in xml, xkms, or any other standard not under Network Solutions sole control. YOU AGREE THAT REGARDLESS OF ANY STATUTE OR LAW TO THE CONTRARY, ANY CLAIM OR CAUSE OF ACTION ARISING OUT OF OR RELATED TO THIS AGREEMENT OR ANY OF OUR SERVICES MUST BE FILED WITHIN ONE (1) YEAR AFTER SUCH CLAIM OR CAUSE OF ACTION AROSE OR SUCH CLAIM SHALL BE FOREVER BARRED. You further agree that any dispute or disagreement relating to or arising out of this Agreement or the Services shall be resolved on an individual basis. As such you acknowledge and agree that you may not bring a claim that relates to or arises out of this Agreement or the Services as a plaintiff or a class member in a class action, a consolidated action or a representative action. Class actions, representative actions, private attorney general actions, and consolidation with other actions are not permitted.

**8. DISCLAIMER OF WARRANTIES.** YOU AGREE THAT YOUR USE OF OUR SERVICE(S) OR OUR LICENSORS' SERVICES IS SOLELY AT YOUR OWN RISK. YOU AGREE THAT ALL OF SUCH SERVICES ARE PROVIDED ON AN "AS IS," AND "AS AVAILABLE" BASIS, EXCEPT AS OTHERWISE NOTED IN THIS AGREEMENT. WE AND OUR LICENSORS EXPRESSLY DISCLAIM ALL WARRANTIES OF ANY KIND, WHETHER EXPRESS OR IMPLIED, INCLUDING BUT NOT LIMITED TO THE IMPLIED WARRANTIES OF MERCHANTABILITY, FITNESS FOR A PARTICULAR PURPOSE AND NON-INFRINGEMENT. NEITHER NETWORK SOLUTIONS NOR OUR LICENSORS MAKE ANY WARRANTY THAT SERVICE(S) LICENSED HEREUNDER WILL MEET YOUR REQUIREMENTS, OR THAT THE SERVICE(S) WILL BE UNINTERRUPTED, TIMELY, SECURE, OR ERROR FREE; NOR DO WE OR OUR LICENSORS MAKE ANY WARRANTY AS TO THE RESULTS THAT MAY BE OBTAINED FROM THE USE OF THE SERVICE(S) OR AS TO THE ACCURACY OR RELIABILITY OF ANY INFORMATION OBTAINED THROUGH OUR SERVICES. YOU UNDERSTAND AND AGREE THAT ANY MATERIAL AND/OR DATA DOWNLOADED OR OTHERWISE OBTAINED THROUGH THE USE OF OUR SERVICES IS DONE AT YOUR OWN DISCRETION AND RISK AND THAT YOU WILL BE SOLELY RESPONSIBLE FOR ANY DAMAGE TO YOUR COMPUTER SYSTEM OR MOBILE DEVICE OR LOSS OF DATA THAT RESULTS FROM THE DOWNLOAD OF SUCH MATERIAL AND/OR DATA. WE MAKE NO WARRANTY REGARDING ANY GOODS OR SERVICES PURCHASED OR OBTAINED THROUGH ANY OF OUR SERVICES OR ANY TRANSACTIONS ENTERED INTO THROUGH SUCH SERVICES. NO ADVICE OR INFORMATION, WHETHER ORAL OR WRITTEN, OBTAINED BY YOU FROM US OR THROUGH OUR SERVICES SHALL CREATE ANY WARRANTY NOT EXPRESSLY MADE HEREIN, YOU MAY NOT RELY ON ANY SUCH INFORMATION OR ADVICE. TO THE EXTENT JURISDICTIONS DO NOT ALLOW THE EXCLUSION OF CERTAIN WARRANTIES, SOME OF THE ABOVE EXCLUSIONS

MAY NOT APPLY TO YOU. WE ARE NOT RESPONSIBLE FOR AND SHALL HAVE NO LIABILITY WITH RESPECT TO ANY PRODUCTS AND/OR SERVICES PURCHASED BY YOU FROM A THIRD PARTY.

**9. INDEMNITY.** You agree to release, indemnify, defend and hold harmless Network Solutions and any of our (or their) contractors, agents, employees, officers, directors, shareholders, affiliates and assigns from all liabilities, claims, damages, costs and expenses, including reasonable attorneys' fees and expenses, relating to or arising out of (a) this Agreement or the breach of your warranties, representations and obligations under this Agreement, (b) the Network Solutions services or your use of such services, including without limitation infringement or dilution by you, or someone else using our service(s) from your computer, (c) any intellectual property or other proprietary right of any person or entity, (d) a violation of any of our operating rules or policies relating to the service(s) provided, (e) any information or data you supplied to Network Solutions, including, without limitation, any misrepresentation in your application, if applicable, (f) the inclusion of metatags or other elements in any website created for you or by you via the Network Solutions services, or (g) any information, material, or services available on your licensed Network Solutions Website . When we are threatened with suit or sued by a third party, we may seek written assurances from you concerning your promise to indemnify us. Such assurances may, without limitation, be in the form of a deposit of money by you to us or our representatives to cover our fees and expenses, including but not limited to reasonable attorneys' fees, in any such suit or threat of suit. Your failure to provide such assurances may be considered by us to be a material breach of this Agreement. We shall have the right to participate in any defense by you of a third-party claim related to your use of any of the Network Solutions services, with counsel of our choice. We shall reasonably cooperate in the defense at your request and expense. You shall have sole responsibility to defend us against any claim, but you must receive our prior written consent regarding any related settlement. The terms of this paragraph will survive any termination or cancellation of this Agreement.

**10. TERMINATION.**

a. By You. You may terminate this Agreement upon at least thirty (30) days written notice to Network Solutions for any reason.

b. By Us. We may terminate this Agreement or any part of the Network Solutions services at any time in the event you breach any obligation hereunder, fail to respond within ten (10) calendar days to an inquiry from us concerning the accuracy or completeness of the information referred to in Section 4 of this Agreement, if we determine in our sole discretion that you have violated the Network Solutions Acceptable Use Policy, which is located on our Website at http://www.networksolutions.com/legal/aup.jsp and is incorporated herein and made part of this Agreement by reference, or for any other reason in Network Solutions' sole discretion upon written notice to you.

c. Effect of Termination. Except as otherwise expressly set forth herein or on our Website, Network Solutions will cease charging your credit card, if applicable, for any monthly service fees as of the expiration of the monthly billing cycle in which the termination is effective. Unless otherwise specified in writing by Network Solutions, you will not receive any refund for payments already made by you as of the date of termination, and, you may incur additional fees (in the case of a monthly or annual subscription being paid over time, as provided in various Schedules below). If termination of this Agreement is due to your default hereunder, you shall bear all costs of such termination, including any reasonable costs Network Solutions incurs in closing your account. You agree to pay any and all costs incurred by Network Solutions in enforcing your compliance with this Section. Upon termination, you shall destroy any copy of the materials licensed to you hereunder and referenced herein. You agree that upon termination or discontinuance for any reason, we may

delete all information related to you on the Network Solutions service, if applicable. In addition to the terms set forth herein, certain Network Solutions services may have additional terms regarding termination, which are set forth in the applicable Schedule.

d. Effect of Termination of Solutions or Bundled Services. In addition to the terms set forth in subsection 10(c) above, if you purchase Network Solutions services which are sold together as a solution or bundled package of Services, any termination relating to such solution will terminate all Network Solutions services included in such bundle. For instance, without limiting the generality of the foregoing, any domain name (nsWebAddress™) registered with or maintained by Network Solutions under this Agreement but not including any domain names you may have registered, either with Network Solutions or a third-party registrar, separately and not as part of a bundled service may be cancelled and may thereafter be available for registration by another party. You acknowledge and agree that upon any termination or cancellation of your bundled services or solution the terms and conditions regarding transfer of expired domain names as described in this Service Agreement, Schedule A, paragraph 14 may apply. Upon the effective date of termination, Network Solutions will no longer provide the solution or bundled Services to you, any licenses granted you shall immediately terminate, and you shall cease using such services immediately; provided, however, that we may, in our sole discretion and subject to your agreeing to be bound by the applicable agreement(s) and to pay the applicable fees, allow you to convert certain services included in the bundled services to stand alone services. Should you or we cancel or terminate your Services at any time prior to the completion of the one-year term, such cancellation or termination may result in an early termination fee charged to your account.

e. If you breach any term of this Agreement including, but not limited to, this terms of any Schedule, Network Solutions may, in its sole and exclusive discretion, suspend or terminate your Services immediately and without notice to you. Service Fees may continue to accrue on suspended accounts and you will continue to remain responsible for the payment of any Service Fees that accrue during the period of suspension.

**11. REPRESENTATIONS AND WARRANTIES.** You agree and warrant that: (i) neither your registration nor use of the any of the Network Solutions services nor the manner in which you intend to use such Network Solutions Services will directly or indirectly infringe the legal rights of a third party, (ii) you have all requisite power and authority to execute this Agreement and to perform your obligations hereunder, (iii) you have selected the necessary security option(s) for your domain name registration record, (iv) you are of legal age to enter into this Agreement (or you are at least 13 years of age and have your parents' permission to apply for services hereunder); and (vi) you agree to comply with all applicable laws and regulations.

**12. MODIFICATIONS TO AGREEMENT.** Except as otherwise provided in this Agreement, you agree during the term of this Agreement, that we may: (1) revise the terms and conditions of this Agreement; and/or (2) change part of the Services provided under this Agreement at any time. Any such revision or change will be binding and effective after posting of the revised Agreement or change to the service(s) on Network Solutions Websites, or upon notification to you by email or United States mail. You agree to periodically review our Websites, including the current version of this Agreement available on our Websites, to be aware of any such revisions. If you do not agree with any revision to the Agreement, you may terminate this Agreement at any time by providing us with notice. Notice of your termination will be effective on receipt and processing by us. Any fees paid by you if you terminate your Agreement with us are nonrefundable, except as expressly noted otherwise in one or more of the Schedules to this Agreement, but you will not incur any additional fees. By continuing to use Network Solutions Services after any revision to this Agreement or change in service(s), you agree to abide by and be bound by any such revisions or changes. We are not bound by nor should you rely on any representation by (i) any agent, representative or employee of any third party

that you may use to apply for our services; or in (ii) information posted on our Website of a general informational nature. No employee, contractor, agent or representative of Network Solutions is authorized to alter or amend the terms and conditions of this Agreement.

**13. ACCOUNT ACCESS.** To access or use the Network Solutions services or to modify your account, you may be required to establish an account and obtain a login name, account number, password and/or passphrase. You authorize us to process any and all account transactions initiated through the use of your password and/or passphrase. You are solely responsible for maintaining the confidentiality of your password and passphrase. You must immediately notify us of any unauthorized use of your password or passphrase, and you are responsible for any unauthorized activities, charges and/or liabilities made through your password or passphrase. In no event will we be liable for the unauthorized use or misuse of your login name, account number, password or passphrase. You agree that we may log off any account that is inactive for an extended period of time.

**14. AGENTS.** You agree that, if your agent, (e.g., your Primary Contact or Account Administrative Contact, Internet Service Provider, employee) purchased our service(s) on your behalf, you are nonetheless bound as a principal by all terms and conditions herein, including the domain name dispute policy. Your continued use of our services ratifies any unauthorized actions of your agent. By using your login name, account number or password, or otherwise purporting to act on your behalf, your agent certifies that he or she is authorized to apply for our services on your behalf, that he or she is authorized to bind you to the terms and conditions of this Agreement, that he or she has apprised you of the terms and conditions of this Agreement, and that he or she is otherwise authorized to act on your behalf. In addition, you are responsible for any errors made by your agent.

**15. OTHER POLICIES.** In addition to the terms and conditions set forth in this Agreement, the purchase of services may make other Network Solutions Policies applicable to you and the use of our services. In making a purchase of our services, you agree to the terms set forth in these policies. Network Solutions reserves the right to make changes to these policies. You agree to periodically review the policies in our Terms of Use to be aware of any such revisions.

**16. RIGHT OF REFUSAL.** We, in our sole discretion, reserve the right to refuse to register your chosen domain name, issue you a digital certificate, or register you for other Network Solutions service(s), or to delete your chosen domain name within the first thirty (30) calendar days from receipt of your payment for such services. In the event we do not register your chosen domain name, issue you a digital certificate, or register you for other Network Solutions service(s), or we delete your chosen domain name or other Network Solutions service(s) within such thirty (30) calendar day period, we agree to refund any applicable fee(s) you have paid. You agree that we shall not be liable to you for loss or damages that may result from our refusal to register your chosen domain name, refusal to issue a digital certificate, the deletion of your chosen domain name or refusal to register you for other Network Solutions service(s).

**17. NOTICES AND ANNOUNCEMENTS.** (a) Except as expressly provided otherwise herein, all notices to Network Solutions shall be in writing and delivered via overnight courier or certified mail, return receipt requested to Network Solutions, LLC, Attention: Legal Department, 13861 Sunrise Valley Drive, Herndon, Virginia 20171. All notices to you shall be delivered to your mailing address or email address as provided in your account information (as updated by you pursuant to this Agreement) or to any email address associated with your domain name registration(s) with Network Solutions. (b) You authorize us to contact you as our customer via telephone, at the number provided by you in your account information (as updated by you pursuant to this Agreement), which telephone number is incorporated herein by reference, email or postal mail regarding information that we deem is of potential interest to you. Notices and announcements may

include commercial emails, telephone solicitations and other notices describing changes, upgrades, new products and services or other information pertaining to Internet security or to enhance your identity on the Internet and/or other relevant matters.

**18. SEVERABILITY.** You agree that the terms of this Agreement are severable. If any term or provision is declared invalid or unenforceable, in whole or in part, that term or provision will not affect the remainder of this Agreement; this Agreement will be deemed amended to the extent necessary to make this Agreement enforceable, valid and, to the maximum extent possible consistent with applicable law, consistent with the original intentions of the parties; and the remaining terms and provisions will remain in full force and effect.

**19. ENTIRE AGREEMENT.** You agree that this Agreement, the rules and policies incorporated by reference in this Agreement (including, without limitation, the dispute policy and the privacy statement) are the entire, complete and exclusive agreement between you and us regarding our services and supersede all prior agreements and understandings, whether written or oral, or whether established by custom, practice, policy or precedent, with respect to the subject matter of this Agreement, including, without limitation, any purchase order provided by you for the services.

**20. ASSIGNMENT AND RESALE.** Except as otherwise set forth herein, your rights under this Agreement are not assignable or transferable. Any attempt by your creditors to obtain an interest in your rights under this Agreement, whether by attachment, levy, garnishment or otherwise, renders this Agreement voidable at our option. You agree not to reproduce, duplicate, copy, sell, resell or otherwise exploit for any commercial purposes any of the services (or portion thereof) without Network Solutions prior express written consent.

**21. GOVERNING LAW.**

a. Except as otherwise set forth in the UDRP or any similar ccTLD policy with respect to any dispute over a domain name registration, this Agreement, your rights and obligations and all actions contemplated by this Agreement shall be governed by the laws of the United States of America and the State of Florida, without regard to conflict of laws principles, as if the Agreement was a contract wholly entered into and wholly performed within Duval County in the State of Florida.

b. Except as otherwise set forth in the UDRP or any similar ccTLD policy with respect to any dispute over a domain name registration, any judicial proceeding relating to or arising out of this Agreement or the Services shall be instituted only in a federal or state court of competent jurisdiction in Duval County in the State of Florida, and you consent to the personal jurisdiction of such court and waive the right to challenge the jurisdiction of such court on grounds of lack of personal jurisdiction or forum non conveniens or to otherwise seek a change of venue. You also agree to waive the right to trial by jury in any action that takes place relating to or arising out of this Agreement or the Services.

c. Notwithstanding the forgoing, for the adjudication of third party disputes (i.e., disputes between yourself and another party, not Network Solutions) concerning or arising from use of domain names registered hereunder, you acknowledge and agree that you shall submit, without prejudice to other potentially applicable jurisdictions, to the jurisdiction of the courts (i) of the domain name holder's domicile, and (ii) where Network Solutions' principal place of business is located, currently Jacksonville, Florida.

d. The application of the United Nations Convention of Contracts for the International Sale of Goods is expressly excluded.

**22. AGREEMENT TO BE BOUND.** By applying for a Network Solutions service(s) through our online

application process or otherwise, or by using the service(s) provided by Network Solutions under this Agreement, you acknowledge that you have read and agree to be bound by all terms and conditions of this Agreement and documents incorporated by reference.

**23. INDEPENDENT PARTIES.** Neither party nor their employees, consultants, contractors or agents are agents, employees or joint ventures of the other party, and they do not have any authority to bind the other party by contract or otherwise to any obligation. Each party shall ensure that the foregoing persons shall not represent to the contrary, either expressly, implicitly, by appearance or otherwise. Except as otherwise expressly stated herein, we agree there shall be no third party beneficiaries to this Agreement.

**24. WAIVER.** No waiver of any provision of this Agreement shall be effective unless it is in writing and signed by an authorized representative of Network Solutions. The remedies of Network Solutions under this Agreement shall be cumulative and not alternative, and the election of one remedy for a breach shall not preclude pursuit of other remedies. The failure of a party, at any time or from time to time, to require performance of any obligations of the other party hereunder shall not affect its right to enforce any provision of this Agreement at a subsequent time, and the waiver of any rights arising out of any breach shall not be construed as a waiver of any rights arising out of any prior or subsequent breach.

**25. EXPORT RESTRICTIONS.** You acknowledge and agree that you shall not import, export, or re-export directly or indirectly, any commodity, including your products incorporating or using any Network Solutions services in violation of the laws and regulations of any applicable jurisdiction.

**26. U.S. Government Users.** In the event any software is provided by Network Solutions to a U.S. Government User, the software and accompanying documentation which are used as part of the Network Solutions service are "commercial items," as such terms are defined at 48 C.F.R. 2.101 (Revised Oct 2002), consisting of "commercial computer software" and "commercial computer software documentation," as such terms are used in 48 C.F.R. 12.212 (Revised Oct 2002) and is provided to the U.S. Government only as a commercial end item. Consistent with 48 C.F.R. 12.212 and 48 C.F.R. 227.7202-1 through 227.7202-4 (Revised Oct 2002), all U.S. Government entities acquiring the use of the Service and accompanying documentation shall have only those rights set forth herein.

**27. FORCE MAJEURE.** Neither party shall be deemed in default hereunder, nor shall it hold the other party responsible for, any cessation, interruption or delay in the performance of its obligations hereunder due to causes beyond its control including, but not limited to: earthquake; flood; fire; storm; natural disaster; act of God; war; terrorism; armed conflict; labor strike; lockout; boycott; supplier failures, shortages, breaches, or delays; or any law, order regulation, direction, action or request of the government, including any federal, state and local governments having or claiming jurisdiction over Network Solutions, or of any department, agency, commission, bureau, corporation or other instrumentality of any federal, state, or local government, or of any civil or military authority; or any other cause or circumstance, whether of a similar or dissimilar nature to the foregoing, beyond the reasonable control of the affected party, provided that the party relying upon this section (i) shall have given the other party written notice thereof promptly and, in any event, within five (5) days of discovery thereof and (ii) shall take all steps reasonably necessary under the circumstances to mitigate the effects of the force majeure event upon which such notice is based; provided further, that in the event a force majeure event described in this Section extends for a period in excess of thirty (30) days in the aggregate, Network Solutions may immediately terminate this Agreement.

**28. HEADINGS.** The section headings appearing in this Agreement are inserted only as a matter of convenience and in no way define, limit, construe or describe the scope or extent of such section or in any way affect such section.

**29. SURVIVAL.** In the event this Agreement terminates as provided herein, Sections 1, 2, 3, 6, 7, 8, 9, 10(c), 10(d), 11, 14, 15, and 17 through 29 of this Agreement shall survive such expiration or termination.

**30. AIRLINE FREQUENT FLYER MILES.** Network Solutions may provide you with the opportunity to receive airline frequent flyer miles ("Miles") with select airlines as determined by Network Solutions, in its sole discretion from time to time, for qualifying purchases in accordance with the terms and conditions set forth on our Website. You acknowledge and agree that (a) any Miles accrued and awards issued are subject to the terms and conditions of the applicable frequent flyer program, (b) all applicable taxes and fees related to such Miles and/or award travel are your responsibility, (c) in order to earn Miles for qualifying purchases the name on your Network Solutions account and the applicable frequent flyer account must match, (d) Network Solutions has your permission to provide your account information to the applicable airline granting any such Miles, (e) you will only be eligible to receive up to one hundred thousand (100,000) American Airlines® AAdvantage® Miles during a 12-month period if you are a U.S. entity or citizen or sixty thousand (60,000) American Airlines AAdvantage Miles during a 12-month period if you are a non-US entity or citizen, (f) you will only be eligible to receive up to fifty thousand (50,000) United® Mileage Plus® Miles during a 12-month period, (g) all Delta SkyMiles® credited to your Delta SkyMiles program account shall be standard miles and shall not count toward medallion or other elite status unless otherwise stated by Delta, (h) all US Airways® Dividend Miles terms and conditions apply, and (i) all claims related to or arising from uncredited Miles must be made within one (1) year of the date of any such qualifying purchase. Please allow 8-10 weeks for miles to be posted to the applicable frequent flyer account. Miles will be processed after two full months of service for Web Hosting transactions. You are eligible to earn Miles for qualifying purchases unless otherwise stated by the applicable airline frequent flyer program, your employer or other third party.

American Airlines and AAdvantage are registered marks of American Airlines, Inc.

American Airlines reserves the right to change the AAdvantage program at any time without notice. American Airlines is not responsible for products or services offered by other participating companies. For complete details about the AAdvantage program, visit www.aa.com. United® and Mileage Plus® are registered trademarks of United Air Lines, Inc. United may change Mileage Plus program rules, regulations, travel awards and special offers or terminate the Mileage Plus program at any time and without notice. United, its subsidiaries, affiliates, and agents are not responsible for any products and services of other participating companies. For complete details about the Mileage Plus program, visit www.united.com. Network Solutions reserves the right to end or amend this program without notice.

SERVICE SPECIFIC TERMS: The following terms apply in addition to Sections 1 through 30 only if you have purchased the particular Service described or if the Service was purchased as part of a bundled solution:

### SCHEDULE A TO NETWORK SOLUTIONS SERVICE AGREEMENT

### ADDITIONAL TERMS APPLICABLE TO REGISTRANTS OF DOMAIN NAMES
### (nsWebAddress™)

The terms in this Schedule apply to the registration and use of an nsWebAddress™ or domain name.

1. General. Network Solutions is an accredited registrar with the Internet Corporation for Assigned Names and Numbers ("ICANN") for various generic top-level domain names, including but not limited to, .com, .net, .org, .biz, .info, .name and .pro ("gTLDs") and various sponsored top-level domain names ("sTLDs"). In addition to registering and renewing gTLD and sTLD domain name registrations, Network Solutions may register and renew various country code top-level domains ("ccTLDs"). The registry administrator for each

ccTLD varies by individual country code. By agreeing to the terms and conditions set forth in this Agreement, you are also agreeing to be bound by the rules and regulations set forth by the gTLD, sTLD and ccTLD registry administrators for their respective registries. You further acknowledge and agree that this Agreement shall apply to all domain names you register with or via Network Solutions or are otherwise provided to you by Network Solutions.

2. ICANN. You acknowledge and agree that your rights to any domain name registered or renewed by Network Solutions on your behalf or otherwise used in conjunction with the Services are not being granted by Network Solutions but are subject to the rules and regulations of ICANN, the related registry and applicable law. As such, in addition to this Agreement, you agree to also abide by any and all terms and conditions promulgated by ICANN, as amended from time to time, which are hereby incorporated and made a part of this Agreement by reference, for all domain name registrations or renewals, including but not limited to, the Uniform Domain Name Dispute Resolution Policy ("UDRP"), as well as any policy that ICANN has established or may establish with respect to Domain Names and/or WHOIS information. Additional ICANN materials as well as your rights and responsibilities as a domain name registrant under the ICANN Registrar Accreditation Agreement can be found at http://www.icann.org/en/registrars/registrant-rights-responsibilities-en.htm.

3. Security. Network Solutions does not guarantee the security of your domain name registration records, and you assume all risks that the password and/or passphrase you select may be compromised as a result of fraudulent, unauthorized or illegal activity.

4. Fees and Payment. Initial domain name registrations, and domain name registrations that have passed the registration agreement's anniversary date, must be in a paid status to transfer, delete, modify, or otherwise to request Network Solutions to affect the domain name record or to provide domain name services. Domain name registrations in an unpaid status are routinely deleted on a regular basis.

5. Transfers and Licensing of Use. You agree that you may not transfer your domain name registration to another domain name registrar during the first sixty (60) days from the effective date of your initial domain name registration with us. In addition, you agree that you may not transfer your domain registration to another domain name registrar for thirty (30) days after there has been a change in your Primary Contact information or WHOIS Administrative Contact information for your account(s). You may transfer your domain name registration to a third party of your choice, subject to the procedures and conditions found at: http://www.networksolutions.com/legal/static-service-agreement.jsp#f, incorporated herein by reference. Even if you license the use of our domain name registration services to a third party, you remain responsible for complying with all terms and conditions of this Agreement, and you accept liability for harm caused by such licensee's wrongful use of our domain name registration services, unless you promptly disclose the identity of such license upon request by any person who provides reasonable evidence of actionable harm.

6. Network Solutions' Disclosure of Certain Information. Subject to the requirements of our privacy statement, in order for us to comply the current rules and policies for the domain name system, you hereby grant to Network Solutions the right to disclose to third parties through an interactive publicly accessible registration database (such as WHOIS) the following mandatory information that you are required to provide when registering or reserving a domain name: (i) the domain name(s) registered by you; (ii) your name and postal address; (iii) the name(s), postal address(es), email address(es), voice telephone number and where available the fax number(s) of the technical, administrative and billing contacts for your domain name(s); (iv) the Internet protocol numbers of the primary nameserver and secondary nameserver(s) for such domain name(s); (v) the corresponding names of those nameservers; (vi) the original creation date of the registration; and (vii) the expiration date of the registration. If you are an individual who wishes to opt out of having your

information displayed in the WHOIS database, you may do so by choosing the Private Registration service that is described in Schedule D to this Agreement for an additional fee. Private Registration services may also be added to a domain by Network Solutions at its discretion. You consent to allow us to transmit this registration data to an ICANN approved or designated escrow agent who stores this information pursuant to ICANN requirements. You also grant to Network Solutions the right to make this information available in bulk form to third parties who agree not to use it to (a) allow, enable or otherwise support the transmission of mass unsolicited, commercial advertising or solicitations via telephone, facsimile, or email (spam) or (b) enable high volume, automated, electronic processes that apply to our systems to register domain names.

7. Domain Name Dispute Policy. If you registered a domain name through us, you agree to be bound by our current domain name dispute policy that is incorporated herein and made a part of this Agreement by reference. The current version of the domain name dispute policy may be found at our Website: http://www.icann.org/dndr/udrp/policy.htm. In the event of any inconsistency between the provisions in this Agreement and those in the domain name dispute policy, the provisions of this Agreement shall prevail.

8. Domain Name Dispute Policy Modifications. You agree that we, in our sole discretion, may modify our dispute policy. We will post any such revised policy on our Website at least thirty (30) calendar days before it becomes effective. You agree that, by maintaining the reservation or registration of your domain name after modifications to the dispute policy become effective, you have agreed to these modifications. You acknowledge that if you do not agree to any such modification, you may terminate this Agreement. We will not refund any fees paid by you if you terminate your Agreement with us.

9. Domain Name Disputes Brought by Third Parties. You agree that, if your use of our domain name registration services is challenged by a third party, you will be subject to the provisions specified in our dispute policy in effect at the time of the dispute. For the adjudication of any disputes brought by a third party against you concerning or arising from your use of a domain name registered with us or your use of our domain name registration services, you (but not Network Solutions) agree to submit to subject matter jurisdiction, personal jurisdiction and venue of the federal or state court of competent jurisdiction in Duval County in the State of Florida and the courts of your domicile. You agree that in the event a domain name dispute arises with any third party, you will indemnify and hold us harmless pursuant to the terms and conditions set forth below in this Agreement. If we are notified that a complaint has been filed with a judicial or administrative body regarding your use of our domain name registration services, you agree not to make any changes to your domain name record without our prior approval. We may not allow you to make changes to such domain name record until (i) we are directed to do so by the judicial or administrative body, or (ii) we receive notification by you and the other party contesting your registration and use of our domain name registration services that the dispute has been settled. Furthermore, you agree that if you are subject to litigation regarding your registration and use of our domain name registration services, we may deposit control of your domain name record into the registry of the judicial body by supplying a party with a registrar certificate from us. You agree that we will comply with all court orders, domestic or international, directed against you and/or the domain name registration.

10. No Guaranty. You agree that, by registration of your chosen domain name, such registration does not confer immunity from objection to either the registration or use of your domain name.

11. Revocation. You agree that we may suspend, cancel or transfer your services, including, but not limited to, domain name registration services in order to: (i) correct mistakes made by us, another registrar or the registry in registering your chosen domain name: (ii) to resolve a dispute under our domain name dispute policy: or (iii) to remedy an unauthorized change in the domain name account. You also acknowledge that we may, in our sole discretion, elect to discontinue offering registrations or renewals of some or all TLDs.

12. Survival. In the event the Agreement or this Schedule terminates, Sections 6, 7, 8, 9, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20, 21, 22, 23 and 24 of this Schedule shall survive such expiration or termination.

13. Under Construction Page. You acknowledge and agree that any or all domain names that are (i) registered with Network Solutions, (ii) hosted on a Network Solutions domain name server, and (iii) do not otherwise resolve to an active Website, may resolve to an "under construction" or similar temporary Web page ("Under Construction Page"), and that Network Solutions may place on any such Under Construction Page promotions and advertisements for, and links to, Network Solutions' Website, Network Solutions product and service offerings, third-party Websites, third-party product and service offerings, and/or Internet search engines. You agree that Network Solutions may change the content and/or appearance of, or disable, any Under Construction Page at any time, in its sole discretion, and without prior notice. If for any reason, you do not want a domain name to resolve to the Under Construction Page described above, you may select an Under Construction Page that contains only Network Solutions branding and a domain name registration search box, as provided on our Website. You also agree that any domain name directory, sub-directory, file name or path (e.g. ) that does not resolve to an active web page on your Website being hosted by Network Solutions, may be used by Network Solutions to place a "parking" page, "under construction" page, or other temporary page that may include promotions and advertisements for, and links to, Network Solutions' Website, Network Solutions product and service offerings, third-party Websites, third-party product and service offerings, and/or Internet search engines. You agree that Network Solutions may change the content and/or appearance of, or disable any of these temporary pages at any time, in its sole discretion, and without prior notice.

14. Requests to Change Registrar; Transfers Generally. You agree that Network Solutions may deny any request to transfer a domain name registration that is otherwise capable of transfer to another registrar where you fail to respond appropriately to a transfer confirmation request from Network Solutions. Furthermore, you acknowledge and agree that pursuant to applicable policies adopted by the Internet Corporation for Assigned Names and Numbers ("ICANN") related to the transfer of domain names it is possible for your domain name to be transferred to another registrar even though the transfer has not actually been approved by you, and you agree that we shall not be liable to you for any such unauthorized transfers. You also acknowledge and agree that we cannot control and shall not be liable to you for the actions of third parties, including but not limited to registry operators, in connection with a domain name transfer, or a reversal of or refusal to reverse a domain name transfer, whether or not the transfer was approved by you.

15. Domain Transfer Lock. You agree that we may, but are not obligated to, place your domain name registration in a Domain Transfer Lock "on" status to prevent unauthorized transfers of your domain name registration, as described on our Website. You acknowledge and agree that in order to transfer a domain name registration that is in a Domain Transfer Lock "on" status, you may first have to access the account manager tool on our Website and remove the domain name registration from Domain Transfer Lock "on" status.

16. Grace Period; IP Address Changes; Renewal and Transfer of Expired Domain Names on Your Behalf. Prior to expiration of a domain name registration we will send renewal notifications with instructions for renewal via email to the registered account holder. You agree that we may, but are not obligated to, allow you to renew your domain name registration services after the domain name expiration date has passed. If the domain name registration is not renewed prior to expiration a notification will be sent via email to the registered account holder shortly following expiration providing notice that the domain name has expired and providing instructions for renewal for an additional fee. You agree that after the expiration date of the domain name registration and before it is deleted or renewed, we may direct the domain name to an IP address designated by us that states the domain name registration has expired with instructions for renewal and may

further direct the domain name to, without limitation, an IP address which hosts a parking, under construction or other temporary page that may include promotions and advertisements for, and links to, Network Solutions' Website, Network Solutions product and service offerings, third-party Websites, third-party product and service offerings, and/or Internet search engines, and you agree that we may place our contact information in the WHOIS output for the expired domain name. Should you not renew the domain name during any applicable grace period, you agree that unless you notify us to the contrary we may, in our sole discretion, renew and transfer the domain name to Network Solutions or a third party on your behalf (such a transaction is hereinafter referred to as a "Direct Transfer"), and your failure to so notify us after the domain name expiration date shall constitute your consent to such a Direct Transfer. In the event we are able to identify such a third party (the "Direct Transfer Customer") and effectuate such a Direct Transfer, we will notify you via email after the transaction is completed ("Direct Transfer Notification"). You acknowledge and agree that the Direct Transfer process may be facilitated through a single Direct Transfer Customer, or through a brief auction involving multiple parties who are interested in the domain name. You agree that we shall have no obligation to pay you, and you shall have no right to receive, proceeds, if any, in connection with the Direct Transfer process. We cannot guarantee, and we make no representation or promise, that any Direct Transfer will occur with respect to any particular domain name. You also agree that in the event your domain name services are terminated by us pursuant to this Agreement, we may transfer your domain name registration to Network Solutions or a third party, without any liability to you or obligation to compensate you in connection therewith. For reference, the current Network Solutions gTLD domain renewal fee is Thirty-Seven Dollars and Ninety-Nine Cents ($37.99) for one (1) year, although this amount may be less pursuant to a promotion, bundled service offering or other discount, while the current redemption fee is Two Hundred and Ninety-Nine Dollars ($299.00) plus the related renewal fee. You acknowledge and agree that the foregoing fees are subject to change at any time at the sole discretion of Network Solutions.

17. New Customers through a Backorder Service. If you are registering a domain name through a backorder service and that domain name was registered with, and not yet deleted by, Network Solutions at the time of your purchase, you acknowledge and agree that the term of your registration will be for a period of one year from the original expiration date for the domain name immediately prior to your purchase, as the registration is the result of a Direct Transfer (defined above). If you are registering a domain name through a backorder service and the domain name was not registered with Network Solutions at the time of your purchase but was deleted by the applicable top-level domain registry at the time of your purchase, you acknowledge and agree that the term of your registration will be for a period of one year from the date it is initially registered with Network Solutions by the provider of the backorder service.

18. Purchase and Registration of Premium Domain Names. Our Premium Domain Name Service offers for sale domain names that may be registered to third parties (also known as aftermarket or secondary market domain names) in a variety of TLDs (such as .com, .net, .org, .biz and .info TLDs). All Premium Domain Name registrations are offered on a "first come, first served" basis. After you complete the Premium Domain Name registration application, including payment of the purchase price, we will initiate the transfer of the Premium Domain Name to your account. At the time of transfer of the Premium Domain Name into your Network Solutions account, we will add one (1) year to the existing registration period. Any subsequent renewals of the Premium Domain Name will be charged at the then-current renewal fee. You acknowledge and agree that once you have completed your Premium Domain Name registration application, you have entered into a valid, binding and enforceable contract to pay the designated purchase price for the Premium Domain Name. All Premium Domain Name sales and registrations are final and non-refundable. When selling Premium Domain Names registered to third parties we make no representations regarding the accuracy or legality of domain names advertised, the accuracy or legality of any domain name listing, or the right and the ability of the third party seller to transfer the Premium Domain Name or complete the

transaction. In addition, you acknowledge and agree that we reserve the right to reject or cancel your Premium Domain Name registration for any reason including, but not limited to, any pricing errors. In the event your Premium Domain Name registration is rejected or cancelled, for any reason, we will refund in full the amount of the purchase price for the Premium Domain Name as your sole remedy hereunder. Once the Premium Domain Name is transferred into your Network Solutions account, you agree that Premium Domain Name may not be transferred away from Network Solutions to another registrar during the first sixty (60) days following the transfer, during which time the Premium Domain Name may be placed on transfer lock.

19. Sharing of Information. You also acknowledge and agree that Network Solutions will share with each applicable domain name registry, certain information submitted by you in your application(s) for our services, as required by our agreement with the applicable registry or to provide the services you have applied for. You also acknowledge and consent to the use, copying, distribution, publication, modification and other processing of your personal data by the applicable registry and its designees and agents in connection with the applicable registry's service obligations to us or third parties, or as otherwise deemed necessary by the registry to fulfill the registry's service obligations to us or any third party.

20. Registry Actions or Inactions. Our ability to provide services to you depends in part upon the provision of services by third parties, such as the registry for each ccTLD or gTLD. We cannot control and will not be responsible for the actions or inactions of such third parties. For example, each registry has reserved the right to deny, cancel or transfer any domain name registration under certain circumstances. You acknowledge and agree that we shall not be liable to you or any other party in connection with claims, damages, losses, expenses or costs incurred or suffered by you as a result of actions taken or not taken by third parties, including, but not limited to, the applicable registry for your ccTLD or gTLD.

21. No Guarantees. We make no guarantees, representations or warranties that your proposed registration request for a domain name will be accepted by the applicable registry. You acknowledge and agree that the proposed registration request for a domain name(s) submitted by Network Solutions to any registry may fail or be rejected by the applicable registry for any number of reasons, including, but not limited to, the fact that your proposed registration request for a domain name was not first in time. You acknowledge and agree that the successful registration will depend upon a number of different factors that Network Solutions cannot predict or control.

22. Indemnification. In addition to Section 9 of the General Provisions of this Agreement on Indemnity, you are to indemnify, release, defend and hold Network Solutions, and each applicable registry for each ccTLD or gTLD harmless for all liabilities, claims, damages, costs and expenses arising out of: (a) your breach of any terms of each Schedule applicable to the domain name you have registered; (b) any violation of a third party's right related to your registration; (c) any dispute with the applicable registry or a third party arising out of your registration; (d) any dispute related to the submission of your registration to the applicable registry; or (e) any use of the domain name(s) that you register with the applicable registry.

23. Disclaimer Concerning Intellectual Property Protection. YOUR REGISTRATION OF A DOMAIN NAME DOES NOT PROVIDE YOU WITH ANY INTELLECTUAL PROPERTY PROTECTIONS, RIGHTS OR REGISTRATIONS, NOR DOES IT PROVIDE YOU WITH ANY RIGHTS TO ANY PARTICULAR DOMAIN NAME REGISTRATION.

24. Business Profiles. You acknowledge and agree that any or all domain names that are (i) registered with Network Solutions, (ii) hosted on a Network Solutions domain name server, and/or (iii) do not otherwise resolve to an active Website, may resolve to an "business profile" or similar temporary web page (a "Business Profile"), and that Network Solutions may place on any such Business Profile a template that includes generic

information that is broken down by various categories. The template may include, among other things, sample contact information, geographic area, products and services, areas for additional information and a map. You agree that you are welcome at any time to enter relevant and applicable information related to yourself, your business or organization on your Business Profile. You understand that you can add, change, revise or delete such information on your Business Profile by accessing the account manager tool. You agree that Network Solutions may change the content and/or appearance of, or disable, any Business Profile at any time, in its sole discretion, and without prior notice. If for any reason, you do not want a domain name to resolve to the Business Profile page described above, you may select an Under Construction Page that contains only Network Solutions branding and a domain name registration search box, as provided on our Website. You also agree that any domain name directory, sub-directory, file name or path (e.g. ) that does not resolve to an active web page on your Website being hosted by Network Solutions, may be used by Network Solutions to place a Business Profiles page for you. You agree that Network Solutions may change the content and/or appearance of, or disable any of these temporary pages at any time, in its sole discretion, and without prior notice. You agree that Network Solutions and its partners may track traffic activity and other information related to the Business Profiles. All Business Profiles must comply with the Network Solutions Acceptable Use Policy and may not include information that is in violation of local, federal, or a foreign country's laws or industry regulations and material that is obscene, defamatory, libelous, unlawful, harassing, abusive, threatening, harmful, vulgar, constitutes a threat, violates export control laws, hate propaganda, fraudulent material or fraudulent activity, invasive of privacy or publicity rights, profane, indecent or otherwise objectionable material of any kind or nature. When you submit information for your Business Profile you will receive a listing on ThinkLocal™. ThinkLocal listings are only provided for businesses or organizations with addresses in the United States. By submitting your information for your Business Profile you agree to the ThinkLocal terms and conditions that are located at http://www.thinklocal.com /TermsOfUse.aspx.

25. Domain Name Packages. Network Solutions may offer for sale, a variety of nsWebAddress™ "packages" that may also include other products and services such as a Website template and/or an e-mail box bundled with your domain name registration. If you purchase an nsWebAddress™ Plus package, you agree and consent to allow Network Solutions to place ads on your Website which advertise Network Solutions' other products and services. The Website product offered with nsWebAddress™ Plus and nsWebAddress™ Premier is limited to one page only.

26. Malware Scans. Customer acknowledges and agrees that Network Solutions and third party domain name registries that operate gTLDs and ccTLDs ("Registries") may, at their sole discretion, perform scans or other views of websites for the purpose of detecting malware or potential malware, or as necessary to protect the integrity, security or stability of the domain name system ("Malware Scans"). as a domain name registrant you agree: (a) to grant these Registries all necessary licenses and consents to permit Registries or its agent(s) to (i) perform, in its unlimited sole discretion, Malware Scans; (ii) collect, store, and process data gathered as a result of such Malware Scans; (iii) disclose the results of such Malware Scans (including all data therefrom) to other parties; and (iv) use the results of such Malware Scans (include all data therefrom) in connection with protecting the integrity, security or stability of the domain name system; (b) that the results of any of the Malware Scans identifying malware or potential malware shall not be deemed to be confidential or proprietary information of yours; (c) to disclaim any and all warranties, representations or covenants that such Malware Scans will detect and or all malware or that Network Solutions or Registries are responsible for notifying you of any malware or cleaning any malware from systems; (d) to indemnify, defend and hold harmless Network Solutions, the Registries and each of their affiliates, suppliers, vendors and subcontractors, and their respective employees, directors, officers, representatives, agents and assigns ("Affected Parties") from and against any and all claims, damages, liabilities, costs and expenses, including reasonable legal fees

and expenses, arising out of or relating to, for any reason whatsoever, any of the Malware Scans, the failure to conduct any of the Malware Scans, the failure to detect any malware, or the use of any data from Malware Scans; and (e) to prohibit the entrance into any settlement or compromise of any such indemnifiable claim without the Affected Party's prior written consent.

**SCHEDULE B TO NETWORK SOLUTIONS SERVICE AGREEMENT ADDITIONAL TERMS**

**APPLICABLE TO REGISTRANTS OF DOMAIN NAMES IN THE COUNTRY CODE TOP-LEVEL DOMAINS.**

The terms in this Schedule apply to the registration and use of an nsWebAddress™ or domain name which is a country code top level domain.

1. ccTLD Services. In addition to the terms set forth in Schedule A and with the exception of services in those country-code top-level domains for which a specific Schedule is provided in this Agreement (such as, for example, the .us and .eu top-level domains), the following terms shall apply to registrants of domain names registered in the country-code top-level domains available for registration on our Website, ("ccTLD Services"). Your registration of a domain name in any ccTLD (each a "New TLD Domain Name"), is subject to policies and service agreements ("New TLD Registry Policies") established or revised from time to time by the registry (or operator of such registry) for such New TLD Domain Name ("New TLD Registry"), in its capacity as the registry for its respective Top Level Domain. You agree to be bound by and comply with the applicable New TLD Registry Policies, including amendments and modifications thereto, with respect to your New TLD Domain Name registration. New TLD Registry Policies are available for you to review at each New TLD's respective website shown below:

| | |
|---|---|
| .ac | http://www.nic.ac/terms.html |
| .am | http://dot.am/policy.html |
| .ag | http://www.nic.ag/policies.htm |
| .asia | http://www.registry.asia/policies.html |
| .at | http://www.nic.at |
| .au, .com.au, .org.au, .net.au, .id.au | http://www.auda.org.au/policy/current-policies/ and http://www.auda.org.au/policies/auda-2005-03/ and http://www.auda.org.au/policies/auda-2010-06/ and http://www.auda.org.au/policies/auda-2010-02/ and http://www.auda.org.au/policies/auda-2010-05/ and http://www.auda.org.au/pdf/auda-2008-05.pdf and https://www.rrpproxy.net/Legal/Legal_Notice.html |
| .be | http://www.dns.be/en/home |
| .br, .com.br, .net.br | https://www.rrpproxy.net/Legal/Legal_Notice.html and http://registro.br/dominio/contrato.html and http://registro.br/cgi-bin/whois/ and http://registro.br/dominio/saci-adm.html |
| .bz | http://manage.belizenic.bz/kb/servlet/KBServlet/cat119.html and http://www.icann.org/en/udrp/udrp-policy-24oct99.htm |
| .ch | https://www.nic.ch/reg/cm/wcm-page/terms/agb.jsp |

Case 1:15-cv-22463-MGC    Document 48    Entered on FLSD Docket 10/15/2015    Page 116 of 265

| | |
|---|---|
| .co | http://www.cointernet.co/policies-procedures |
| .cx | http://www.ciia.cx |
| .cz | http://www.nic.cz/page/314/rules-and-policies/ |
| .de | http://www.denic.de/en/bedingungen.html |
| .es | http://www.nic.es |
| .fm | http://www.dot.fm/policy.html |
| .fr Includes: .wf, .tf, .re, .pm, .yt | http://www.afnic.fr/data/chartes/charter-fr-2011-07-01.pdf and http://www.afnic.fr/medias/documents/AFNIC-naming-policy2012.pdf and https://www.rrpproxy.net/Legal/Legal_Notice.html and http://www.afnic.fr/fr/resoudre-un-litige/ and https://www.rrpproxy.net/Domains/Trustee_Service.html |
| .gs | http://www.nic.gs/documents/gs-registrant.pdf |
| .hn | http://nic.hn/en/politicas/ |
| .im | https://www.nic.im/public/terms.mth |
| .in | http://www.inregistry.in |
| .io | http://www.nic.io/terms.html |
| .jp | http://www.nic.ad.jp/en/drp/index.html |
| .lc | http://www.nic.lc/policies.htm |
| .li | https://www.nic.ch/reg/cm/wcm-page/terms/agb.jsp |
| .me | http://domain.me/policies/available-names.html and http://domain.me/policies/ |
| .mn | http://www.nic.mn/ and http://www.icann.org/en/udrp/udrp-rules-24oct99.htm |
| .ms | http://nic.ms/ms-policies |
| .mx, .com.mx | http://www.registry.mx/jsf/static_content/domain/policies_first_new.jsf |
| .nl | https://www.sidn.nl/en/about-nl/registering-a-domain-name/general-terms-and-conditions/ |
| .nu | https://nunames.nu/terms-and-conditions/ |
| .nz | http://nzrs.net.nz/ |
| .pl | http://www.dns.pl/english/regulations.html |
| .pw | http://registry.pw/policies/ |
| .ru | http://www.cctld.ru/en/docs/rules.php and http://cctld.ru/en/domains/domens_ru/reserved.php and http://cctld.ru/en/domains/whois.php and https://www.rrpproxy.net/Legal/Legal_Notice.html and http://cctld.ru/en/domains/domens_ru/registration.php and http://www.nic.ru/dns/service/en/ |
| .sc | http://nic.sc/en/policies.html |
| .sg | http://www.sgnic.sg/page/registrant-agreement |
| .sh | http://www.nic.sh/terms.html |

| | |
|---|---|
| .uk | http://www.nominet.org.uk/uk-domain-names/registering-uk-domain/choosing-domain-name/rules |
| .tk | http://www.dot.tk/en/doc_tcpaid_v300.pdf |
| .vc | http://www.afilias-grs.info/vc-st-vincent-and-grenadines and http://www.icann.org/en/udrp/udrp-rules-24oct99.htm |
| .ar.com, .br.com, .cn.com, .de.com, .eu.com, .gb.com, .gb.net, .hu.com, .jpn.com, .kr.com, .la, .no.com, .qc.com, .ru.com, .sa.com, .se.com, .se.net, .uk.com, .uk.net, .us.com, .uy.com, and .za.com | http://www.centralnic.com/support/terms/domains |

The New TLD Registry Policies shall not alter the terms and conditions of this Agreement. To the extent there is a conflict between the New TLD Registry policies and the terms of this Agreement, the terms of this Agreement shall prevail. You agree that the New TLD Registry has the right to enforce the New TLD Registry Policies. With respect to any domain name registrations in the .de and .ru ccTLD, and subject to the limitation of liability and indemnification provisions contained in Sections 7 and 9, respectively, of the General Provisions this Agreement, you authorize and direct us to designate Network Solutions (or our vendor's) personnel as your administrative contact for all such domain name registrations. With respect to any domain name registrations in the .nz ccTLD, and subject to the limitation of liability and indemnification provisions contained in Sections 7 and 9, respectively, of the General Terms and Conditions of the Agreement, you authorize and direct us (or our selected vendor) to (i) submit service request to and interact with the .nz New TLD Registry on your behalf and (ii) designate a Network Solutions email address (or the email address of our selected vendor) as the registrant email address of record with the .nz New TLD Registry. With respect to any domain name registrations in the .co.nz, .org.nz, or .net.nz, you acknowledge and agree that email address for any domain name registrations will be defaulted to VeriSign, Inc. or Key-Systems, GmbH.

2. Submission of ccTLD Orders. Subject to the terms hereof and the applicable New TLD Registry Policies, you may, through the use of the Network Solutions ccTLD Services or such other means as Network Solutions may designate in writing, place orders for the Network Solutions ccTLD Services. Such orders shall be submitted in the form and manner prescribed by Network Solutions. By submitting an order for any ccTLD Services, You represent and warrant to Network Solutions that the order is consistent with the New TLD Policies for the applicable New TLD Registry. You further represent and warrant that any information provided by or through you to Network Solutions in connection with the services hereunder is accurate and complete, and submitted in the form required by the applicable New TLD Registry. You expressly authorize Network Solutions to bind you to all terms and conditions in any corresponding registry or registrar for the ccTLD Services provided pursuant to this Schedule. Furthermore, you acknowledge and agree that in certain specific instances a specific New TLD Registry may require direct contact with the Registrant or through Network Solutions or a third party provider of the ccTLD Services. You represent and warrant that any ccTLD domain name registered pursuant to an order made hereunder is registered and used for lawful purposes.

3. Supporting Documentation. You agree to timely provide Network Solutions with all information and supporting documentation reasonably requested by Network Solutions to fulfill any accepted order. If such information is not provided prior to the earlier of the time required for the provision of the ccTLD Services or

a period of thirty (30) days from the date of the request, or if the information provided is incorrect or false, Network Solutions may terminate the portion of the order for which information was requested, and any fees paid in connection therewith shall be non-refundable or, if fees have not yet been paid, a 10% processing fee shall be applied.

4. NO GRACE PERIOD for certain ccTLDs Registrations. Special rules apply to the domains below which require that they be renewed prior to their expiration date. FAILURE TO RENEW YOUR REGISTERED DOMAIN NAME PRIOR TO ITS EXPIRATION DATE (ACCORDING TO THE TIME TABLE BELOW) MAY RESULT IN THE LOSS OF YOUR REGISTERED DOMAIN NAME. Network Solutions is not liable for the loss of domain name registrations due to failure to renew services.

| # of Days Prior to Expiration that the Domain Must be Renewed | Top Level Domain Extensions |
|---|---|
| 26 days | .ac, .am, .be, .de, .fm, .io, .nl, .sh, .co.uk, .me.uk, .org.uk |
| 57 days | .at, .ch, .cz, .es, .com.es, .nom.es, .org.es, .jp, .li, .mx, .com.mx, .nu, .co.nz, .net.nz, .org.nz, .pl, .ru, .sg, and .tk. |

We have turned on **Auto Renew** for these extensions to avoid the risk of losing your registered domain name. When Auto Renew is turned on, your domain name will be renewed approximately 60 (sixty) to ninety (90) days prior to its expiration date for the same term the domain name was last registered or renewed. Your credit card on file will be charged for the renewal. To ensure continuation of service please be certain you have a valid credit card and valid email address on file.

To turn off Auto Renew, call 866.908.3450.

Note: Auto Renew is also turned on for the following extensions. These extensions may be renewed up to the date of their expiration: .cn, com.cn, .net.cn, .org.cn, all regional .cn extensions, .co, .cx, .eu, .gd, .gs, .im, .in, .co.in, .firm.in, .gen.in, .ind.in, net.in, .org.in, .me, .ms, .tc, .tw, .com.tw, .org.tw, and .vg

5. Additional Terms.

   a). .co.nz, .org.nz and .nz have a legal age requirement of eighteen (18) years of age.

   b). Airline miles can not be earned with a purchase of ccTLD services.

   c). .uk registry may, in its sole discretion, not allow the Private Registration service to be used by businesses who register a .co.uk, .org.uk, and/or .me.uk country-specific domain name. Refunds will not be given for the Private Registration services in this scenario.

   d). No transfers or legal name changes are allowed for .ac, .am, .at, .be, .ch, .cz, .de, .es, .com.es, .nom.es, .org.es, .fm, .io, .jp, .li, .mx, .com.mx, .nl, .nu, .co.nz, .net.nz, .org.nz, .pl, .ru, .sg, .sh, .tk, .co.uk, .me.uk, or .org.uk country-specific domain name registrations, which includes, but is not limited to, CRA, RNCA, channel transfers, account consolidation by 2 or more users.

   e). Customers registering a .de country-specific domain name must utilize the Network Solutions proxy Administrative Contact settings if the Account Holder/Primary Contact or Account Administrative Contact does not have a German address.

   f). Failure to comply with any of the .ac, .at, .be, .ch, .de, .de.com, .eu.com, .us.com, .uk.com, .co, .cz, .de,

.es, .com.es, .nom.es, .org.es, .fm, .io, .jp, .la, .li, .me, .mx, .com.mx, .nl, .nu, .co.nz, .net.nz, .org.nz, .pl, .ru, .sg, .sh, .tk, .co.uk, .me.uk, or .org.uk country-specific domain name terms and conditions will be considered breach of contract and loss of domain name by, in its sole discretion, Network Solutions or the applicable registry.

     g). The Network Solutions Domain Transfer Lock Service is not applicable for .ac, .am, .at, .be, .ch, .cz, .de, .es, .com.es, .nom.es, .org.es, .fm, .in, .co.in, .net.in, .org.in, .firm.in, .gen.in, .ind.in, .io, .jp, .li, .mx, .com.mx, .nl, .nu, .co.nz, .net.nz, .org.nz, .pl, .ru, .sg, .sh, .tk, .co.uk, .me.uk, or .org.uk country-specific domain name registrations.

     h). For the .gs and .ms, and .me ccTLDs, disputes arising between a registrar and a registrant, or between a registrant and a third party in relation to these domains are subject to the dispute resolution policies found at http://nic.ms/ms-policies for .ms ccTLDs, and at http://www.nic.gs/ for .gs. ccTLDs and for .me at http://www.domain.me/DRP.

     i). Customers registering a .ru country-specific domain name must utilize the Network Solutions proxy Administrative Contact settings if the Account Holder/Primary Contact or Account Administrative Contact is an individual account or is from a Russian Address.

     j). The registration of all .asia domain names requires that at least one contact on your account be based in an Asia-Pacific country. To accommodate this requirement, Network Solutions will automatically populate your "Administrator 2" address information with our Hong Kong contact details. Please be aware that the "Administrator 2" information cannot be edited or updated by you at any time.

**SCHEDULE C-1 TO NETWORK SOLUTIONS SERVICE AGREEMENT**

**ADDITIONAL TERMS APPLICABLE TO SERVICES IN CONNECTION WITH .BIZ TLD.**

In addition to the terms set forth in Schedule A, the following terms shall apply to .biz domain names.

1. Additional Representations and Warranties. If you are applying for the registration of a domain name in the .biz top-level domain ("TLD"), you also represent and warrant that: (i) the domain name will be used primarily for bona fide business or commercial purposes and not (a) exclusively for personal use or (b) solely for the purposes of selling, trading or leasing the domain name for compensation, or the unsolicited offering to sell, trade or lease the domain name for compensation; and (ii) the domain name is reasonably related to your business or intended commercial purpose at the time of registration.

2. Acknowledgment of Dispute Policies and Rules. The registrant acknowledges having read and understood and agrees to be bound by the terms and conditions of the following documents, as they may be amended from time to time, which are hereby incorporated and made an integral part of this Agreement: (i) The Uniform Domain Name Dispute Policy, available at http://www.icann.org/dndr/udrp/policy.htm; (ii) The Start-up Trademark Opposition Policy ("STOP"), available at http://www.neustarregistry.biz/?q=support/faqs; and (iii) The Restrictions Dispute Resolution Criteria and Rules, available at http://www.neustarregistry.biz/?q=support/faqs#am. If at the time of your application for services in the .biz TLD, any of the above policies or rules (collectively ".biz Policies") have not yet been approved by ICANN (which may mean the .biz Policies are not available for viewing via live hyperlinks above), you agree to be bound by the terms of such .biz Policies upon such approval and in the final form approved by ICANN, as posted on our Website or the ICANN Website (located at www.icann.org). You agree that, by maintaining the services provided hereunder (which may include registration of a domain name) after such posting of any of the ICANN approved .biz

Policies, you have agreed to the terms and conditions of the same. You acknowledge that if you do not agree to the .biz Policies, you may terminate this Agreement. We will not refund any fees paid by you if you terminate your Agreement with us.

3. Multiple Phases of Services. Your application or registration (whether successful or not) for any .biz registry or .biz TLD services hereunder does not guarantee, and we do not promise, that you will be approved or eligible for any other services available or that may become available through us or any third party. For example, certain services in the .biz TLD are provided in sequential phases, and participation in one phase, does not automatically qualify you for participation in other phases, and any further participation is not automatic. The .biz registry, and not Network Solutions, determines the dates and times associated with the various service phases available in the .biz TLD. You agree to review and become familiar with the information available on our Website and on the .biz Website concerning the various phases and descriptions of services available in connection with .biz TLD, and to regularly check for modifications and/or updates to such information, as the same may change from time to time. You agree that you are solely responsible for applying and/or registering for the service phases you desire to participate in. Additionally, you acknowledge and agree that submission of an application for domain name registration or any other services, does not guarantee that you will ultimately be the registrant for a particular domain name, even if you participated in some other service associated with the domain name, such as an intellectual property notification service or similar service.

4. Third Party Beneficiary. Registry Operator ("NeuLevel") is an intended third party beneficiary of these Term and Conditions with rights to enforce these Terms of Use. You will cooperate in good faith with NeuLevel or Registrar in investigating instances of non-compliance with these Terms of Use, if NeuLevel or Registrar believes in good faith that you are not in compliance with these Terms of Use.

## SCHEDULE C-2 TO NETWORK SOLUTIONS SERVICE AGREEMENT

### ADDITIONAL TERMS APPLICABLE TO SERVICES IN CONNECTION WITH .INFO TLD.

In addition to the terms set forth in Schedule A above, the following terms shall apply to .info domain names.

1. Additional Provisions. You acknowledge and agree to the following: (i) you agree to submit to proceedings commenced under the Uniform Domain Name Dispute Resolution Policy ("UDRP") and the Sunrise Dispute Resolution Policy ("SDRP") (available at http://www.afilias.info/faq/sunrise-challenge.html), as these may be modified from time to time; (ii) you agree to immediately correct and update the registration information for any domain name registered hereunder during the registration term for such registered domain name; and (iv) you acknowledge that the .info registry will have no liability of any kind for any loss or liability resulting from the proceedings and processes relating to the Sunrise Period or the Land Rush Period.

## SCHEDULE C-3 TO NETWORK SOLUTIONS SERVICE AGREEMENT

### ADDITIONAL TERMS APPLICABLE TO SERVICES IN CONNECTION WITH .EU TLD.

In addition to the terms set forth in Schedule A above, the following terms shall apply to .eu domain names.

1. Eligibility Requirements. You represent and warrant that every registration you are applying for in the .eu top-level domain ("TLD") satisfies the eligibility requirements ("Eligibility Requirements") established by .eu TLD administrator, European Registry for Internet Domain Names vzw/asbl (".eu Registry"), which are available at the following URL: http://www.eurid.eu/en/eu-domain-names.

2. Nexus Requirements/Certification. You certify that you have and shall continue to have a lawful bona fide European Union nexus, as required by .eu Registry, and that you meet at least one of the .eu nexus requirements (".eu Nexus Requirements") set forth below (and as represented by you in the pre-registration application information provided by you to Network Solutions). You must be (and you certify that you are) either: a) an undertaking having their registered office, central administration or principal place of business within the European Community; b) an organization established anywhere within the European Community; or c) a natural person resident within the European Community.

3. Your Obligation to Satisfy Nexus Requirement. You acknowledge and agree that it is your responsibility, through the registration process (and, if applicable, as required during your registration term), to provide the information necessary to satisfy the .eu Nexus Requirements, and that a failure by you to satisfy the .eu Nexus Requirements may result in, among other things, (i) the domain name pre-registration application(s) being rejected by Network Solutions and/or the .eu Registry, (ii) the domain name(s) being placed on "hold" by Network Solutions and/or the .eu Registry, and/or (iii) the domain name(s) being deleted by Network Solutions and/or the .eu Registry. Neither Network Solutions nor the .eu Registry (nor any other entity or person) shall be liable to you for any actions or inactions of any of them resulting from your failure to provide all required .eu Nexus Requirements information at the time of pre-registration (or, where applicable, during your registration term), and none of them shall have any obligation to request or attempt to obtain from you additional information to establish your compliance with the .eu Nexus Requirements, even if the need for such information is known by any of them.

4. Validation Process. You agree that we shall have no liability to you or other third parties for anything related to the .eu Registry's validation process for a proposed registration request that we have submitted and is pending final .eu Registry approval. You acknowledge and agree that it is your responsibility to ensure that you meet all of the requirements that are involved in .eu Registry's validation process for your proposed registration request for a domain name(s). You agree that we are not responsible or liable in any way if your proposed registration request is rejected for any reason, including but not limited to the .eu Registry's failure or inability to contact you or your failure to respond to .eu Registry's request for supporting documentation, during the validation process.

5. Acknowledgment of .eu Registry Policies and Rules. The registrant acknowledges having read and understood and agrees to be bound by the terms and conditions of all of the policies or rules (collectively ".eu Policies") that are posted or referred to on the .eu Registry's website. You agree to comply with any and all current and future .eu Policies at any and all times. You agree that, by maintaining any service related to your pre-registration request (and, if applicable, your actual domain name registration) after such posting of any new or amended .eu Policies, you have agreed to the terms and conditions of the same and will be bound by such terms and conditions. You acknowledge that if you do not agree to the amended or new .eu Policies, you may terminate this Agreement. We will not refund any fees paid by you if you terminate your Agreement with us.

6. Application Submission. You acknowledge and agree that Network Solutions (as the parent company) will be submitting your .eu proposed registration request to the .eu Registry through Network Solutions Europe, LLC, and that all pre-registration requests submitted by you hereunder will be submitted by Network Solutions Europe, LLC on or after the go-live date.

7. Limitation of Liability. In addition to the other limitations of liability contained herein, you agree that Network Solutions shall have no liability of any kind for any loss or liability resulting from the submission of proposed registration requests to the .eu Registry including, without limitation, your ability or inability to obtain a particular domain name including any dispute resolution proceeding related to any of the foregoing.

Network Solutions assumes no liability for any pre-registration request or a domain name's rejection, suspension, cancellation, deletion, interruption or transfer due to procedures, rules or policies laid down by .eu Registry or due to practices, customs or prejudices of courts of law or dispute resolving arbitrators. We are not liable for any claims, damages or injuries arising out of the termination of services that are provided by .eu Registry for any reason, including but not limited to the termination of .eu Registry's registration authority, or its bankruptcy.

8. Indemnification. In addition to Section 9 of General Provisions of this Agreement, you are to indemnify, release, defend and hold us harmless for all liabilities, claims, damages, costs and expenses arising out of: (a) your breach of any terms of this Schedule; (b) any violation of a third party's right related to your pre-registration request; (c) any dispute with the .eu Registry or a third party arising out of your pre-registration request; (d) any dispute related to the validation process for your pre-registration request; or (e) any dispute arising out of the ADR process described in EC No. 874/2004, Ch. VI. Art. 20-23 (April 28, 2004) that involved the domain name(s) in your pre-registration request.

9. Governing Law. You agree that any disputes between you and the .eu Registry, shall be governed in all respects by and in accordance with the laws of the European Community or one of its Member States. All disputes between you and the .eu Registry are to be brought before the tribunal of .eu Registry's choice. All disputes between you and Network Solutions are subject to Section 21 (Governing Law) of this Agreement.

10. Dispute Resolution Policies. Accept as provided by Section 21 (Governing Law) of this Agreement, you agree that every service for which you apply or register, including a pre-registration request for a domain name, and, if applicable, any domain name registration, is subject to the policies and procedures related to the "Revocation and Settlement of Conflicts" as detailed in EC No. 874/2004 Chapter VI, Articles 20-23 (April 28, 2004) found at: http://www.eurid.eu/files/ec20874_en.pdf and any other dispute polices that are found at .eu Registry's website at: http://www.eurid.eu/en/eu-domain-names/disputes.

11. For purposes of .eu domain name related services, as used in this Schedule and all other applicable terms of this Agreement, "Network Solutions" shall mean both Network Solutions Europe, LLC and Network Solutions, LLC. You acknowledge and agree that for purposes of all .eu domain name related services, this Agreement is between you and both Network Solutions, LLC and Network Solutions Europe, LLC.

12. Description of Service. Network Solutions is providing a service whereby its Customers are given the opportunity for the use, benefit and enjoyment of a .eu domain name. This service ("Registration Service") is offered in conjunction with a Network Solutions partner ("Partner") whereby the Partner serves as the Registrant for the .eu domain name ("Registered Domain") and licenses the use of the Registered Domain to a Network Solutions Customer. Sections 1-12 above apply to Customers that purchase the Registration Service in the same manner as if such Customer was the Registrant for the Registered Domain.

13. License Agreement. You agree that in addition to the terms of this Agreement, you also have reviewed and agreed to the license ("License Agreement") between you and the Partner that is found at www.snnslicenseagreement.com. You are obligated to comply with all of the terms in both this Agreement and the License Agreement. Your agree that your failure to meet the terms either in the License Agreement or this Agreement may be grounds for terminating one or both agreements.

14. Paid License. You agree that Partner grants you a non-transferable license for: (i) the sole use of the Registered Domain provided that such use at all times fully conforms with this Agreement and the License Agreement and (ii) all use, benefits and enjoyment of the Registered Domain provided that such use complies with the terms of this Agreement and the License Agreement.

15. Rights and Obligations Under License. You agree that at all times Partner will be the Registrant of each Registered Domain through the Registration Service that you purchase. You agree and acknowledge that all information listed for the .eu WHOIS regarding the Registered Domain will be that of the actual Registrant, the Partner, with the exception of the contact email address. You agree that you will supply the contact email address to be listed in the .eu WHOIS for the Registered Domain. At all times you shall keep this email address current and actively monitor the email address for email communications from Network Solutions, the Partner, the .eu registry, or other third parties. You agree that your failure to keep the email address current and to adequately monitor email communications shall be grounds for immediate termination of this Agreement and suspension or revocation of your Registration Service.

16. Registered Domain and Registration Service Disclaimer. YOU AGREE AND UNDERSTAND THAT YOUR REGISTRATION SERVICE AND THE REGISTERED DOMAIN YOU ARE LICENSING MAY BE REVOKED, SUSPENDED, CANCELLED OR TERMINATED AT ANY TIME (i) BY NETWORK SOLUTIONS IN ACCORDANCE WITH THIS AGREEMENT, (ii) BY THE .EU REGISTRY, OR (iii) AS OTHERWISE PROVIDED IN THE LICENSE AGREEMENT. YOU AGREE THAT YOU ACCEPT AND UNDERSTAND ALL RISKS ASSOCIATED WITH THE REGISTRATION SERVICE AND SUCH REGISTERED DOMAIN AND THE RISKS THAT THE REGISTERED DOMAIN MAY BE REVOKED, SUSPENDED, CANCELLED OR TERMINATED AT ANY TIME AS DESCRIBED HEREIN. YOU EXPRESSLY AGREE THAT NETWORK SOLUTIONS SHALL HAVE NO LIABILITY OF ANY KIND TO YOU OR ANY THIRD PARTIES IF YOUR REGISTRATION SERVICE OR REGISTERED DOMAIN IS SO REVOKED, SUSPENDED, CANCELLED OR TERMINATED.

17. Personal Information. You agree you will provide accurate and current information as to your name, email address, postal address, and phone and fax numbers for each Registered Domain you license through the Registration Service. You agree to: (i) notify Network Solutions within five (5) business days regarding any changes to your personal information; (ii) respond within five (5) business days to any inquiries made by Network Solutions or Partner to determine the validity of personal information provided by you or other types of similar inquiries; (iii) respond to email messages posted to your email account regarding correspondence Partner or Network Solutions has received that is either addressed to or involves your Registered Domain. It is your responsibility to keep your personal information current and accurate at all times with Network Solutions.

18. Termination of License Agreement. You agree Network Solutions or Partner may terminate the License Agreement, without notice, if you fail to comply with any provision of this Agreement or the License Agreement or for your failure to pay for the Registration Services. Network Solutions may suspend or terminate the License Agreement, without notice, if Partner or Network Solutions believes that Customer has violated this Agreement or the License Agreement or in order for Network Solutions or the Partner to comply with a government regulation, law, statute, administrative agency or court order, or directive from the .eu Registry.

19. Termination for Unlawful Activity or Third Party Complaints. Network Solutions may terminate your Registration Services at any time for any activity related to the Registered Domain that Network Solutions believes may violate any federal, state, local, European Community, European Community Member State regulation or law or any court order ("Applicable Laws"). Network Solutions has the right to revoke your use of the Registered Domain under the License Agreement at any time if a third party alleges that the Registered Domain or your use of the Registered Domain infringes or violates the rights of any person or entity, or otherwise violates any Applicable Laws (whether or not such allegations are true).

20. No Money Damages: In addition to Section 7 of this Agreement on Exclusive Remedies, and except as

Case 1:15-cv-22463-MGC   Document 48   Entered on FLSD Docket 10/15/2015   Page 124 of 265

provided in Section 37 of this schedule, under no circumstances whatsoever will Network Solutions be liable to you for any money damages including, without limitation, any lost profits, lost revenue, lost savings, or other incidental, consequential or punitive damages arising out of: (i) the use or inability to use the Registered Domain(s); (ii) the revocation, suspension or termination of your Registration Service, Registered Domain or License Agreement; (iii) your use or inability to use the Registration Service; or (iv) for any claim by any other party, even if Network Solutions has been advised of the possibility of such damages. Any claims must be brought within twelve (12) months of the date that you discovered such claim, or reasonably should have discovered such claim, or shall be waived.

21. Correspondence Forwarding. You agree that the Partner's name, postal address and phone number will be listed in the .eu WHOIS directory for the Registered Domain, as the Partner will be the registrant for the Registered Domain. You agree that Partner and Network Solutions will review and forward, upon your request, communications addressed to your Registered Domain that are received via certified, registered or traceable courier mail (such as UPS, Federal Express, or DHL). You authorize Partner or Network Solutions to return to sender all mail that is marked "First Class Mail." You acknowledge and agree that Partner or Network Solutions will not forward to you first class postal mail (other than legal notices), "junk" mail, bulk mail, or other unsolicited communications (whether delivered through fax, postal mail or telephone), and you further authorize Partner or Network Solutions to either discard all such communications or return all such communications to sender. You hereby waive any and all claims arising from your failure to receive communications directed to your Registered Domain but not forwarded to you by Partner or Network Solutions. In instances when Partner or Network Solutions receives certified or traceable courier mail or legal notices addressed to your Registered Domain, Partner or Network Solutions will post an email message to your email account that is listed as the contact for the Registered Domain notifying you of receipt of mail. The email message will identify the sender of the correspondence that has been received by Network Solutions or Partner, the date such correspondence was received, and a brief description of its contents. You agree that you will have five (5) days to request to have the correspondence forwarded via email in a PDF form, overnight courier or facsimile to you. You agree that if you do not respond within five (5) days of receipt of the email from Network Solutions or Partner that the mail may be destroyed by Partner. You hereby waive any and all claims arising from either your failure to respond within five (5) days of receipt of the email from Network Solutions or Partner or your instruction to Network Solutions or Partner not to forward mail that has been received.

22. Forwarding Fees. In consideration for (i) handling and forwarding certified, registered and traceable courier mail and certain first class correspondence, and (ii) responding to and dealing with third parties, you agree to pay Network Solutions at the time such forwarding services are provided in order to cover Network Solutions' labor and costs associated with these services. Network Solutions may change its forwarding fees at any time. Unless otherwise stated, all fees are posted (and payable by you) in U.S. Dollars. You are responsible for paying all fees and taxes associated with using Network Solutions' forwarding services. Payment shall be made by you providing a valid credit card for charge by Network Solutions, and is non-refundable. If for any reason Network Solutions is unable to charge your credit card with the full amount of the forwarding service provided, or if Network Solutions is charged back for any fee it previously charged to the credit card you provided, you agree that Network Solutions may, without notice to you, pursue all available remedies in order to obtain payment, including but not limited to, sale or licensing of the Registered Domain to a third party, and immediate cancellation of your account and all services Network Solutions provides to you. Network Solutions reserves the right to charge a reasonable service fee to cover the costs of administrative tasks outside the scope of its regular forwarding services. These include, but are not limited to, customer service issues that cannot be handled over email but require personal service, and disputes in which Network Solutions becomes involved concerning the Registered Domain. You agree that Network Solutions

will and is authorized to bill these charges to the credit card you have on file with Network Solutions. Administrative fees, once charged, will be non-refundable. It is your responsibility to keep your credit card information current and accurate, including the expiration date. Failure to keep such information updated shall be grounds for termination of your Registration Services.

## SCHEDULE C-4 TO NETWORK SOLUTIONS SERVICE AGREEMENT

## ADDITIONAL TERMS APPLICABLE TO SERVICES IN CONNECTION WITH .NAME TLD.

In addition to the terms set forth in Schedule A above, the following terms shall apply to .name domain names.

1. Eligibility Requirements. You represent and warrant that every registration you are applying for in the .name top-level domain ("TLD") satisfies the eligibility requirements ("Eligibility Requirements") established by Global Name Registry Ltd., the registry for the .name TLD, which are available at the following URL: http://www.icann.org/tlds/agreements/name/registry-agmt-appl-03jul01.htm.

2. Dispute Resolution Policies. You agree that every service for which you register is subject to the Uniform Domain Name Dispute Resolution Policy (the "UDRP") and the Eligibility Requirements Dispute Resolution Policy (the "ERDRP"), which are located at http://www.icann.org/tlds/agreements/name/registry-agmt-appm-03jul01.htm. Without limiting the foregoing, you agree that (i) every Defensive Registration is subject to challenge pursuant to the ERDRP; (ii) if a Defensive Registration is successfully challenged pursuant to the ERDRP, the Defensive Registration Holder will pay the challenge fees; (iii) if a challenge to a Defensive Registration is successful, the Defensive Registration will be subject to the procedures described in the ERDRP and the Eligibility Requirements including, without limitation, the cancellation of the Defensive Registration Holder's other Defensive Registrations; and (iv) if a Phase I Defensive Registration (as defined by the .name registry) is successfully challenged on the basis that it does not meet the applicable eligibility requirements, the Defensive Registration Holder will thereafter be required to demonstrate, at its expense, that it meets the eligibility requirements for Phase I Defensive Registrations for all other Phase I Defensive Registrations that it registered within .name through any registrar. In the event the Defensive Registration Holder is unable to demonstrate the foregoing with respect to any such Phase I Defensive Registration(s), those Defensive Registration(s) will be cancelled.

3. Limitation of Liability. In addition to the other limitations of liability contained herein, you agree that neither the .name registry nor Network Solutions shall have any liability of any kind for any loss or liability resulting from (i) the processing of registration requests prior to live SRS launch, including, without limitation, your ability or inability to obtain a Registered Name, a second-level domain email address registration (an "SLD Email Address"), a Defensive Registration, or a NameWatch Registration using the services provided by Network Solutions or the .name registry; or (ii) any dispute over any Registered Name, SLD Email Address, Defensive Registration, or NameWatch Registration, including any dispute resolution proceeding related to any of the foregoing.

## SCHEDULE C-5 TO NETWORK SOLUTIONS SERVICE AGREEMENT

## ADDITIONAL TERMS APPLICABLE TO SERVICES IN CONNECTION WITH .US TLD.

In addition to the terms set forth in Schedule A above, the following terms shall apply to .us domain names.

1. Nexus Requirements/Certification. You certify that you have and shall continue to have a lawful bona fide

U.S. nexus, as required by the .us top-level domain ("TLD") administrator, NeuStar, Inc. (".us Registry"), and that you meet all of the .us nexus requirements (".us Nexus Requirements") set forth below (and as represented by you in the registration application information provided by you to Network Solutions). You must be (and you certify that you are) either:

    A. A natural person (i) who is a United States citizen, (ii) a permanent resident of the United States of America or any of its possessions or territories, or (iii) whose primary place of domicile is in the United States of America or any of its possessions [Nexus Category 1]; or

    B. An entity or organization that is (i) incorporated within one of the fifty (50) U.S. states, the District of Columbia, or any of the United States possessions or territories or (ii) organized or otherwise constituted under the laws of a state of the United States of America, the District of Columbia or any of its possessions or territories [Nexus Category 2]; or

    C. An entity or organization (including a federal, state, or local government of the United States, or a political subdivision thereof) that has a bona fide presence in the United States of America or any of its possessions or territories [Nexus Category 3]. If you are claiming Nexus Category 3, you certify that you have a "bona fide presence in the United States" on the basis of real and substantial lawful contacts with, or lawful activities in, the United States of America.

2. Name Servers Certification. You certify that the name servers listed by you in connection with your application for domain name registration services in the .us TLD are located within the United States.

3. Your obligation to satisfy Nexus Requirement. You acknowledge and agree that it is your responsibility, through the registration process (and, if applicable, as required subsequent to your application), to provide the information necessary to satisfy the .us Nexus Requirements, and that a failure by you to satisfy the .us Nexus Requirements may result in, among other things, (i) the domain name application(s) being rejected by Network Solutions and/or the .us Registry, (ii) the domain name(s) being placed on "hold" by Network Solutions and/or the .us Registry, and/or (iii) the domain name(s) being deleted by Network Solutions and/or the .us Registry. Neither Network Solutions nor the .us Registry (nor any other entity or person) shall be liable to you for any actions or inactions of any of them resulting from your failure to provide all required .us Nexus Requirements information at the time of registration (or, where applicable, subsequent to registration), and none of them shall have any obligation to request or attempt to obtain from you additional information to establish your compliance with the .us Nexus Requirements, even if the need for such information is known by any of them.

4. Nexus Dispute Policy. You agree to be bound by the Nexus Dispute Policy ("NDP") administered by the .us Registry (or a third party designated by the .us Registry), which policy and its applicable forms are located on the .us Registry's Website at the URL: http://www.neustar.us/policies. You agree to abide by all decisions rendered by the .us Registry (or its third party designee) in connection with the NDP.

5. Dispute Resolution Policy. You agree that you are bound by the United States Dispute Resolution Policy set forth on the .us Registry's website at the URL: http://www.neustar.us/policies.

6. Application Submission. You acknowledge and agree that Network Solutions (as the parent company) will be submitting your .us domain name application(s) to the .us Registry through .US Registrar L.L.C., and that all applications submitted by you hereunder will be submitted by .US Registrar L.L.C. on or after the date upon which the .us Registry goes live.

## SCHEDULE C-6 TO NETWORK SOLUTIONS SERVICE AGREEMENT

### ADDITIONAL TERMS APPLICABLE TO SERVICES IN CONNECTION WITH .CA TLD

In addition to the terms set forth in Schedule A of this Service Agreement, you hereby acknowledge and agree to the following terms and conditions applicable to .ca domain names.

For the purposes of this Schedule, "CIRA" is the Canadian Internet Registration Authority, you are the Registrant and Network Solutions Canada ULC is the Registrar. You further acknowledge and agree that the terms set forth in Schedule A and the General Terms and Conditions of this Service Agreement shall apply to Network Solutions Canada ULC. The term "Registry PRP" shall mean CIRA's Policies, Rules and Procedures, adopted by CIRA from time to time and set forth at CIRA's website (currently at http://www.cira.ca/legal/policies/registrars/). Pursuant to section (b) below, you further agree to CIRA's Registrant Agreement, which is found at: http://cira.ca/assets/Documents/Legal/Registrants /registrantagreement.pdf

(a) Registration of the Registrant's selected Domain Name in its application to CIRA shall not be effective until the Registrant has entered into and agreed to be bound by CIRA's Registrant Agreement;

(b) The presentation of CIRA's Registrant Agreement and its acceptance by the Applicant is a pre-condition to the granting of a Domain Name Registration. CIRA, at its sole discretion and at its sole option, shall have the ability to delete a Domain Name Registration at any time if it is determined that the Applicant was not expressly presented with, or did not agree to, the then-current version of CIRA's Registrant Agreement; and

(c) For any conflict between CIRA's Registrant Agreement and this Service Agreement applying to the expiry process for a .CA domain name and/or the related grace period thereof, the CIRA Registrant Agreement shall control.

## SCHEDULE C-7 TO NETWORK SOLUTIONS SERVICE AGREEMENT

### ADDITIONAL TERMS APPLICABLE TO SERVICES IN THE .CN TLD.

In addition to the terms set forth in Schedule A above, the following terms shall apply to .cn domain names.

1. Eligibility Requirements. You represent and warrant that every registration you are seeking in the .cn top-level domain ("TLD") satisfies the eligibility requirements ("Eligibility Requirements") established by .cn TLD administrator, NeuLevel, Inc (".cn Registry"). Under the Eligibility Requirements established by .cn Registry, only a business or an organization is permitted to register a domain name in the .cn TLD.

2. Your Obligation to Satisfy Eligibility Requirements. You acknowledge and agree that it is your responsibility to provide the information necessary to satisfy the Eligibility Requirements, and that a failure by you to satisfy the Eligibility Requirements may result in, among other things, (i) the domain name registration being rejected or revoked by Network Solutions and/or the .cn Registry, (ii) the domain name(s) being placed on "hold" by Network Solutions and/or the .cn Registry, and/or (iii) the domain name(s) being deleted by Network Solutions and/or the .cn Registry. Neither Network Solutions nor the .cn Registry (nor any other entity or person) shall be liable to you for any actions or inactions of any of them resulting from your failure to provide all required Eligibility Requirements information at the time of registration (or, where applicable, subsequent to registration), and none of them shall have any obligation to request or attempt to obtain from you additional information t o establish your compliance with the Eligibility Requirements, even

if the need for such information is known by any of them.

3. Third Party Rights. By submitting your registration request, you certify that your request is made in good faith and does not directly or indirectly infringe any rights of a third party.

4. Ban on and Revocation of Certain Domain Names. You agree that .cn Registry and the China Internet Network Information Center ("CNNIC") have identified certain domain names that can not be registered for a variety of reasons including, but not limited to the domain name or any website related to the domain name violates the principles of the Constitution of the Peoples Republic of China ("PRC"), harms the national honor or national interests of the PRC, jeopardizes national security or violates any PRC law, rule or administrative regulation. You further accept that .cn Registry and Network Solutions reserve the right to deny registration requests that .cn Registry, CNNIC or the PRC considers are contrary to public policy. You understand that .cn Registry or CNNIC, each at their own initiative, may also revoke, transfer or otherwise make unavailable any registration of a domain name for a variety of reasons including but not limited to nonpayment of fees, failure to meet Eligibility Requirements, in order to protect the integrity and stability of the registry, to comply with applicable laws or regulations, for violations of this Agreement or other agreements or to correct mistakes made by .cn Registry, CNNIC or other registrars in connection with a domain name registration. You acknowledge that .cn Registry or CNNIC reserves the right to freeze a domain name during resolution of a dispute.

5. Acknowledgment of .cn Registry Policies and Rules. The registrant acknowledges having read and understood and agrees to be bound by the terms and conditions of all of the policies or rules (collectively ".cn Policies") that are posted or referred to on the .cn Registry's or CNNIC's websites. You agree to comply with any and all current and future .cn Policies at any and all times. You agree that, by maintaining any service related to your registration after such posting of any new or amended .cn Policies, you have agreed to the terms and conditions of the same and will be bound by such terms and conditions. You acknowledge that if you do not agree to the amended or new .cn Policies, you may terminate this Agreement. We will not refund any fees paid by you if you terminate your Agreement with us.

6. Limitation on Transfer. As a part of your registration, you agree that you can only transfer a domain name to or from another registrar that is headquartered, or controlled by an entity, outside of the PRC.

7. Limitation of Liability. In addition to the other limitations of liability contained herein, you agree that Network Solutions shall have no liability of any kind for any loss or liability resulting from the processing of registration request(s) by .cn Registry including, without limitation, your ability or inability to obtain a particular domain name. Network Solutions assumes no liability for any registration request or a domain name's rejection, suspension, cancellation, deletion, interruption or transfer due to the procedures, rules or policies of .cn Registry, CNNIC, or due to practices, customs or prejudices of courts of law or dispute resolving arbitrators. We are not liable for any claims, damages or injuries arising out of the termination of services that are provided by .cn Registry for any reason, including but not limited to the termination of .cn Registry's registration authority, or its bankruptcy.

8. Jurisdiction for Certain Disputes: You agree that any disputes between you and the .cn Registry (but not with Network Solutions) without prejudice to other potentially applicable jurisdictions, shall be subject to the jurisdiction of the courts of (a) registrant's domicile; (b) where the registrar is located and (c) the PRC. All disputes between you and Network Solutions (regardless of the involvement of other parties) are subject to Section 21 (Governing Law) of this Agreement.

9. Dispute Resolution Policies. Accept as provided by Section 21 (Governing Law) of this Agreement, you

agree that your registration for a domain name in the .cn TLD is subject to the policies and procedures related to the CNNIC Domain Name Dispute Resolution Policy & Rules for CNNIC Domain Name Dispute Resolution Policy.

## SCHEDULE C-8 TO NETWORK SOLUTIONS SERVICE AGREEMENT

## ADDITIONAL TERMS APPLICABLE TO SERVICES IN THE .TW TLD.

In addition to the terms set forth in Schedule A above, the following terms shall apply to .tw domain names.

1. Eligibility Requirements. You represent and warrant that every registration you are seeking in the .tw top-level domain ("TLD") satisfies the eligibility requirements ("Eligibility Requirements") established by .tw TLD administrator, NeuLevel, Inc (".tw Registry"). Under the Eligibility Requirements established by .tw Registry, only a business or an organization is permitted to register a domain name in the .tw TLD.

2. Your Obligation to Satisfy Eligibility Requirements. You acknowledge and agree that it is your responsibility to provide the information necessary to satisfy the Eligibility Requirements, and that a failure by you to satisfy the Eligibility Requirements may result in, among other things, (i) the domain name registration being rejected or revoked by Network Solutions and/or the .tw Registry, (ii) the domain name(s) being placed on "hold" by Network Solutions and/or the .tw Registry, and/or (iii) the domain name(s) being deleted by Network Solutions and/or the .tw Registry. Neither Network Solutions nor the .tw Registry (nor any other entity or person) shall be liable to you for any actions or inactions of any of them resulting from your failure to provide all required Eligibility Requirements information at the time of registration (or, where applicable, subsequent to registration), and none of them shall have any obligation to request or attempt to obtain from you additional information t o establish your compliance with the Eligibility Requirements, even if the need for such information is known by any of them.

3. Third Party Rights. By submitting your registration request, you certify that your request is made in good faith and does not directly or indirectly infringe any rights of a third party.

4. Ban on and Revocation of Certain Domain Names. You agree that .tw Registry and the Taiwan Network Information Center ("TWNIC") have identified certain domain names that can not be registered for a variety of reasons including, but not limited to the domain name or any website related to the domain name harms the national honor or national interests of Taiwan, jeopardizes national security or violates any Taiwanese law, rule or administrative regulation. You further accept that .tw Registry and Network Solutions reserve the right to deny registration requests that .tw Registry, TWNIC or that the Taiwanese government considers are contrary to public policy. You understand that .tw Registry or TWNIC, each at their own initiative, may also revoke, transfer or otherwise make unavailable any registration of a domain name for a variety of reasons including but not limited to nonpayment of fees, failure to meet Eligibility Requirements, in order to protect the integrity and stability of the registry, to comply with applicable laws or regulations, for violations of this Agreement or other agreements or to correct mistakes made by .tw Registry, TWNIC or other registrars in connection with a domain name registration. You acknowledge that .tw Registry or TWNIC reserves the right to freeze a domain name during resolution of a dispute.

5. Acknowledgment of .tw Registry Policies and Rules. The registrant acknowledges having read and understood and agrees to be bound by the terms and conditions of all of the policies or rules (collectively ".tw Policies") that are posted or referred to on the .tw Registry's or TWNIC's websites. You agree to comply with any and all current and future .tw Policies at any and all times. You agree that, by maintaining any service related to your registration after such posting of any new or amended .tw Policies, you have agreed to the

terms and conditions of the same and will be bound by such terms and conditions. You acknowledge that if you do not agree to the amended or new .tw Policies, you may terminate this Agreement. We will not refund any fees paid by you if you terminate your Agreement with us.

6. Limitation of Liability. In addition to the other limitations of liability contained herein, you agree that Network Solutions shall have no liability of any kind for any loss or liability resulting from the processing of registration request(s) by .tw Registry including, without limitation, your ability or inability to obtain a particular domain name. Network Solutions assumes no liability for any registration request or a domain name's rejection, suspension, cancellation, deletion, interruption or transfer due to the procedures, rules or policies of .tw Registry, TWNIC, or due to practices, customs or prejudices of courts of law or dispute resolving arbitrators. We are not liable for any claims, damages or injuries arising out of the termination of services that are provided by .tw Registry for any reason, including but not limited to the termination of .tw Registry's registration authority, or its bankruptcy.

7. Jurisdiction for Certain Disputes and Governing Law: You agree that any disputes between you and the .tw Registry (but not with Network Solutions) will be governed under the laws of Taiwan. You accept that any dispute arising between you and .tw Registry shall be heard and decided by the Taipei District Court of Taiwan. All disputes between you and Network Solutions (regardless of the involvement of other parties) are subject to Section 21 (Governing Law) of this Agreement.

8. Dispute Resolution Policies. Accept as provided by Section 21 (Governing Law) of this Agreement, you agree that your registration for a domain name in the .tw TLD is subject to the policies and procedures related to the TWNIC Domain Name Dispute Resolution Policy & Rules for TWNIC Domain Name Dispute Resolution Policy.

**SCHEDULE C-9 TO NETWORK SOLUTIONS SERVICE AGREEMENT**

**ADDITIONAL TERMS APPLICABLE TO SERVICES IN THE .PRO TLD.**

In addition to the terms set forth in Schedule A, the following terms shall apply to .pro domain names.

1. Additional Representations and Warranties. If you are applying for the registration of a domain name in the .pro top-level domain ("TLD"), you also represent and warrant that: (i) the registration satisfies the applicable .pro restriction at the time of registration; and (ii) the registration satisfies the digital security requirements stated in Appendix L of the Registry Agreement, available at http://www.icann.org/en/tlds/agreements /pro/registry-agmt-appl-30apr08.htm. Additionally, you represent and warrant that, at all times during the term of the domain name registration you meet the .pro registration requirements set forth by Registry Operator for the registration of the your registration. You are required to provide prompt notice to us if you fail to meet such registration requirements. We and/or Registry Operator shall have the right to immediately and without notice to you, suspend, cancel or modify your registration(s) if, at any time, you fail to meet the registration requirements for such domain name.

2. Acknowledgment of Dispute Policies and Rules. You acknowledge and agree:

(i) to be bound by and subject to the Qualification Challenge Policy and the Uniform Domain Name Dispute Resolution Policy (the "UDRP") the terms and conditions of the following documents, as they may be amended from time to time, which are hereby incorporated and made an integral part of this Agreement;

(ii) not to make any representation to any person or entity that expressly or impliedly convey that your

registration of the domain name in any way signifies or indicates that you possess any general or specific professional qualifications, including, but not limited to, professional qualifications in a particular field;

(iii) to certify, for applications during the Sunrise Period, that the registration qualifies for a Sunrise Registration, as set forth in Appendix J of the Registry Agreement, available at http://www.icann.org/en/tlds/agreements/pro/registry-agmt-appj-21may04.htm;

(iv) that Registry Services Corporation d/b/a RegistryPro ("Registry Operator") will have no liability of any kind for any loss or liability resulting from the proceedings and processes relating to the Sunrise Period including, without limitation: (i) the ability or inability of any registrant to obtain a domain name during these periods, and (ii) the results of any dispute over a Sunrise Registration, as that term is defined in Appendix J of the Registry Agreement;

(v) that you meet the applicable .pro registration requirements within the United States of America and you agree that, during the term of the registration, you will continue to meet such requirements and that you will promptly notify us if you no longer meet such requirements;

(vi) that Registry Operator is a third party beneficiary of the Registration Agreement with the right to enforce those provisions of the Registration Agreement that affect it;

(vii) that we will share with Registry Operator certain information submitted by you in your application(s) for our services, and you consent to the use, copying, distribution, publication, modification and other processing of your personal data by Registry Operator and its designees and agents in connection with Registry Operator's service obligations to us or third parties, or as otherwise deemed necessary by Registry Operator;

(viii) that we shall be solely responsible for providing you with services with respect to (a) your application for a Registered Name and (b) in the event such application is accepted, for all ongoing services with respect to its issued domain name. You further acknowledge that Registry Operator shall have no obligation to provide such services to you. You agree that you have no contractual relationship whatsoever with Registry Operator and that you are not a third party beneficiary of any agreement between Registry Operator and us. You further agree that Registry Operator will have no legal, equitable or other liability of any kind to you; and

(ix) that if, pursuant to the performance of the initial verification services or annual reverification services, we determine that you do not meet or continue to meet the applicable .pro registration requirements, we are entitled to retain a processing fee in connection with the performance of the initial verification services and/or in connection with the performance of the annual reverification services.

(x) to indemnify, defend and hold harmless Registry Operator and its parent companies, subsidiaries, affiliates, divisions, shareholders, directors, officers, executives, employees, accountants, attorneys, insurers, agents, predecessors, successors and assigns from and against any and all losses, costs, expenses (including reasonable attorneys' fees), causes of action or other liabilities of any kind, whether known or unknown, arising out of, relating to, or otherwise in connection with the:

   a). identify confirmation of the data provided by you;

   b). confirmation of the professional license data provided by you; and

   c). annual re-verification of your continued eligibility.

This indemnification obligation shall survive the termination or expiration of the Agreement between us and Registry Operator for whatever reason.

You acknowledge having read and understood and agree to be bound by the terms and conditions of the following documents, as they may be amended from time to time, which are hereby incorporated and made an integral part of this Agreement:

  i). The Uniform Domain Name Dispute Resolution Policy, available at http://www.icann.org/dndr/udrp /policy.htm;

  ii). The Qualification Challenge Policy and Rules, available at http://www.icann.org/en/udrp/ and http://www.icann.org/dndr/proqcp/uniform-rules.htm;

  iii). The .pro TLD restriction requirements, available at http://www.registrypro.pro/legal/index.shtml

  iv). The .pro TLD digital certification requirements, available at http://www.registrypro.pro/support /certificates/index.shtml;

  v). Procedures for any applicable Verification Toolkit; and

  vi). The .pro Terms of Use, available at http://registrypro.pro/legal/user-terms.shtml.

### SCHEDULE C-10 TO NETWORK SOLUTIONS SERVICE AGREEMENT

### ADDITIONAL TERMS APPLICABLE TO SERVICES IN THE .MOBI TLD

In addition to the terms set forth in Schedule A above, the following terms shall apply to .mobi domain names.

1. Adherence to Registry Operator's Policies, Procedures, Requirements and Guidelines. You acknowledge and agree to comply with all requirements, standards, policies, practices, procedures and guidelines ("Requirements") issued by mTLD Top Level Domain Ltd., the registry operator of the .mobi TLD registry ("Registry Operator"). The Requirements include, but are not limited to, the Registry Operator's Style Guide monitoring guidelines, Domain Compliance Policy, and all .dotMobi Switch On! guides, which are found on Registry Operator's Website (found and maintained at http://www.mtld.mobi) and are subject to modification by Registry Operator.

2. Additional Indemnification Obligations. In addition to your indemnification obligations under the Agreement, you agree, to the maximum extent permitted by law, to indemnify, defend and hold harmless the Registry Operator and Afilias, Ltd. (the "Registry Services Provider"), and their respective directors, officers, employees and agents from and against any and all claims, damages, liabilities, costs and expenses, including reasonable legal fees and expenses, arising out of or relating to your .mobi domain name registration and or use of the .mobi domain name. This indemnification obligation survives the termination or expiration of the Agreement and this Schedule C-10.

3. Submission and Use of Your Personal Data. You acknowledge and agree that Network Solutions will share with the Registry Operator certain information submitted by you in your application(s) for the .mobi domain name registration, and you consent to the use, copying, distribution, publication, modification and other processing of your personal data by the Registry Operator and its designees and agents in connection with the Registry Operator's service obligations to Network Solutions or third parties, or as otherwise deemed

necessary by the Registry Operator. The Registry Operator's use, copying, distribution, publication, modification and other processing of your personal data will be done pursuant to Registry Operator's privacy policy and relevant mandatory local data protection and privacy laws.

4. Adherence to ICANN Requirements. You acknowledge and agree to comply with the ICANN requirements, standards, policies, procedures, and practices for which the Registry Operator has monitoring responsibility in accordance with the Registry Agreement between ICANN and Registry Operator (found at http://www.icann.org/tlds/agreements/mobi/registry-agmt-mobi-19oct05.htm) ("Registry Agreement") or other arrangement with ICANN (as may be found at http://www.icann.org).

5. Adherence to Future Operational Standards. You acknowledge and agree to comply with operational standards, policies, procedures, and practices for the .mobi TLD which may be amended from time to time by the Registry Operator, applicable to all registrars and/or registrants of .mobi domain names, and consistent with the Registry Agreement, shall be effective upon thirty days notice by Registry Operator to Network Solutions.

6. Third Party Beneficiaries of this Schedule C-10. Notwithstanding anything else to the contrary, the Registry Operator is and shall be an intended third party beneficiary of this Schedule C-10 to the Agreement. As such, you acknowledge and agree that the third party beneficiary rights of the Registry Operator have vested and that the Registry Operator has relied on its third party beneficiary rights under this Schedule C-10 in agreeing to Network Solutions being a registrar for the .mobi top-level domain. Additionally, the third party beneficiary rights of the Registry Operator shall survive any termination or expiration of this Schedule C-10.

7. Right to Deny, Cancel or Transfer Registration. In addition to Network Solutions' ability to deny, terminate, or suspend services, as provided in the Agreement and Schedule A, you acknowledge and agree that the Registry Operator, acting in consent with the Registry Operator, reserves the right to deny, cancel or transfer any registration that it deems necessary, in its discretion (i) to protect the integrity and stability of the registry; (ii) to comply with all applicable laws, government rules or requirements, requests of law enforcement, in compliance with any dispute resolution process; (iii) to avoid any liability, civil or criminal, on the part of the Registry Operator as well as its affiliates, subsidiaries, officers, directors, representatives, employees, and stockholders; (iv) for violations of the terms and conditions herein; (v) or to correct mistakes made by the Registry Operator or any registrar in connection with a domain name registration, and the Registry Operator also reserves the right to freeze a domain name during resolution of a dispute.

8. Initial Launch and General Operations of .mobi TLD. You acknowledge and agree to be bound by the terms and conditions of the initial launch and general operations of the .mobi TLD, including without limitation the Limited Industry Launch, the Sunrise Period, the Land Rush Period, the Sunrise Dispute Resolution Policy, the Premium Name Allocation Process, and the General Registration Period, and further acknowledge that Network Solutions, the Registry Operator and the Registry Services Provider have no liability of any kind for any loss or liability resulting from the proceedings and processes relating to the Limited Industry Launch, the Sunrise Period, the Land Rush Period, the Sunrise Dispute Resolution Policy, the Premium Name Allocation Process, and the General Registration Period including, without limitation: (a) the ability or inability of a registrant to obtain a registered name during these periods, and (b) the results of any dispute made during the Limited Industry Launch or over a Sunrise Registration.

9. Premium Names. You acknowledge that if the .mobi TLD being registered is a dotMobi Premium Name, as such are listed at http://mtld.mobi/content/premium-names, then use of the domain is also subject to the terms and conditions of the dotMobi Premium Name Agreement (formerly known as the dotMobi Auction

Agreement) posted at http://mtld.mobi/content/premium-names, which is incorporated by reference herein. You also agree that upon termination or expiration of the dotMobi Premium Name Agreement in accordance with the terms thereof, (i) any and all rights granted to you concerning the Registration of the .mobi TLD, the Registration Code, and/or to create, launch, and/or operate the Website shall be terminated, and all such rights shall revert to the Registry Operator and (ii) the Registry Operator may grant Registration rights to the .mobi TLD and/or rights to the Registration Code to any entity or person in its sole discretion, and you shall have no rights or recourse against mTLD and/or Registrar relating to the registration or use of the Domain Name and/or Registration Code by any other such entity or person.

### SCHEDULE C-11 TO NETWORK SOLUTIONS SERVICE AGREEMENT

### ADDITIONAL TERMS APPLICABLE TO SERVICES IN THE .GD TLD.

In addition to the terms set forth in Schedule A, the following terms shall apply to .gd domain names.

1. You agree that .gd Registry may identify certain domain names that will not be registered for the following reasons, including but not limited to: (a) the domain name or any website related to the domain name violates the governing principles of Grenada, (b) jeopardizes national security or (c) violates any Grenadian law, rule or administrative regulation. You further accept that the .gd Registry and Network Solutions reserve the right to deny registration requests that the .gd Registry or the Grenadian government considers are contrary to public policy. You understand that the .gd Registry may also revoke, transfer or otherwise make unavailable any registration of a domain name in order to protect the integrity and stability of the registry, to comply with applicable laws or regulations, for violations of this Agreement or other applicable agreements or to correct mistakes made by .gd Registry in connection with a domain name registration. You acknowledge that the .gd Registry reserves the right to freeze a domain name during resolution of a dispute and Not to grant domain names to any sub-domain users except on terms identical so far as possible with these Terms and Conditions.

2. The .gd Registry may cancel this agreement or suspend delegation of a name on fourteen (14) days written notice to the Registrar: a) If the name is administered in a way likely to endanger operation of the Top Level Domain; b) If the terms of this agreement have been broken by the domain name registrant; c) If in the opinion of the .gd Registry the name is being used in a manner likely to cause confusion to internet users; d) If it has come to the attention of the .gd Registry that legal action has been commenced regarding use of the name; ore) If the name is used for any illegal or immoral purpose, or for any purpose likely to bring the country of Grenada into disrepute.

### SCHEDULE C-12 TO NETWORK SOLUTIONS SERVICE AGREEMENT

### ADDITIONAL TERMS APPLICABLE TO SERVICES IN THE .TEL TLD.

In addition to the terms set forth in Schedule A, the following terms shall apply to .tel domain names.

1. You acknowledge having read and understood and agree to be bound by the terms and conditions of the following documents, as they may be amended from time to time, which are hereby incorporated and made an integral part of this Agreement:

   i). The Uniform Domain Name Dispute Resolution Policy, available at http://www.icann.org/dndr/udrp /policy.htm;

   ii). (For registration agreements relating to Sunrise Registrations only:)The Sunrise Guide and Sunrise

Policy, available at http://telnic.org/policies.html

iii). The .tel Acceptable Use Policy available at http://telnic.org/policies.html

2. Registration requests during the Sunrise Period. When you submit a .tel registration request, you are authorizing us to attempt to obtain a domain name in the .tel TLD (as described on our Website and herein) for you if and when Telnic Limited (the ".tel Registry") launches its sunrise, land rush and open-registration period (the "go-live date"). On the go-live date, Network Solutions will submit all registration requests during the sunrise, land rush and open registration period and the .tel Registry will review all proposed registration requests on a first come, first served basis.

3. Charges. By submitting your .tel sunrise registration request, you authorize us to charge you for any proposed registrations we undertake on your behalf that are submitted to .tel Registry. Proposed sunrise registration requests that are not reviewed by .tel Registry will still be charged an administrative fee that will not be refunded to you. Sunrise fees, registration fees and other applicable fees may also apply and be charged to your credit card after the sunrise period begins and when your proposed registration request is submitted to the .tel Registry. Successful .tel domain name registration requests will be subject to the terms of the Agreement, including this Schedule.

4. Ban on and Revocation of Certain Domain Names. You agree that the .tel Registry has identified certain domain names that can not be registered during the sunrise and land rush registration periods. You understand that the .tel Registry may also revoke a domain name at its own initiative for a variety of reasons including but not limited to violations of any policy or agreement cited above.

5. Right to Deny, Cancel or Transfer Registration. In addition to Network Solutions' ability to deny, terminate, or suspend services, as provided in the Agreement and Schedule A, you acknowledge and agree that the .tel Registry, reserves the right to deny, cancel or transfer any registration that it deems necessary, in its discretion (i) to protect the integrity and stability of the registry; (ii) to comply with all applicable laws, government rules or requirements, requests of law enforcement, in compliance with any dispute resolution process; (iii) to avoid any liability, civil or criminal, on the part of the .tel Registry as well as its affiliates, subsidiaries, officers, directors, representatives, employees, and stockholders; (iv) for violations of the terms and conditions herein; (v) or to correct mistakes made by the .tel Registry or any registrar in connection with a domain name registration, and the .tel Registry also reserves the right to freeze a domain name during resolution of a dispute.

6. Indemnity. In addition to Section 9 of this Agreement on Indemnity, your agree to indemnify, defend, and hold harmless the .tel Registry, its service providers, subcontractors, and their respective directors, officers, employees, affiliates and agents from and against any and all claims, damages, liabilities, costs, and expenses, including reasonable attorneys fees and expenses, arising out of or relating to the registered .tel domain name.

7. Representations and Warranties. By submitting a request for a .tel domain name, you represent and warrant that: (i) to your knowledge, the registration of the requested .tel domain name does not and will not infringe upon or otherwise violate the rights of any third party; (ii) you are not submitting the request for a domain name for an unlawful purpose and you will not use the domain name for any unlawful purpose; (iii) you are not knowingly using the domain name in violation of any applicable laws, regulations or rights of third parties; and (iv) that you will use the .tel domain name in accordance with all TLD requirements and policies.

8. Jurisdiction for Certain Disputes and Governing Law. You agree that any disputes between you and the .tel

Registry (but not with Network Solutions) shall be subject to the laws of England and Wales and the exclusive jurisdiction of the courts in England and Wales. All disputes between you and Network Solutions (regardless of the involvement of other parties) are subject to Section 21 (Governing Law) of this Agreement.

### SCHEDULE C-13 TO NETWORK SOLUTIONS SERVICE AGREEMENT

### ADDITIONAL TERMS APPLICABLE TO SERVICES IN CONNECTION WITH .CO TLD.

1. You acknowledge having read and understood and agree to be bound by the terms and conditions of the following documents, as they may be amended from time to time, which are hereby incorporated and made an integral part of this Agreement

   i) The Uniform Domain Name Dispute Resolution Policy, available at http://www.icann.org/dndr/udrp/policy.htm;

   ii) (For registration agreements relating to Sunrise Registrations only:) The Sunrise and Land rush Launch and Registration Rules, available at http://www.cointernet.co/domain/policies-procedures

2. Registration requests during the Sunrise and Land rush Periods. When you submit a .co registration request, you are authorizing us to attempt to obtain a domain name in the .co TLD (as described on our website and herein) for you if and when .CO Internet S.A.S. (the ".co Registry") launches its sunrise, land rush and open-registration period. Network Solutions will submit all registration requests during the sunrise, land rush periods and the .co Registry will review all proposed registration requests.

3. Charges. By submitting your .co sunrise registration request, you authorize us to charge you for any proposed registrations we undertake on your behalf that are submitted to .co Registry. Proposed sunrise and land rush registration requests that are rejected by .co Registry will still be charged an administrative fee that will not be refunded to you. Sunrise and land rush fees, registration fees and other applicable fees may also apply and you will be charged when your proposed registration request is submitted to the .co Registry. Successful .co domain name registration requests will be subject to the terms of this Agreement, including this Schedule.

4. Ban on and Revocation of Certain Domain Names. You agree that the .co Registry has identified certain domain names that can not be registered during the sunrise and land rush registration periods. You understand that the .co Registry may also revoke a domain name at its own initiative for a variety of reasons including, but not limited to, violations of any policy or agreement cited above.

5. Right to Deny, Cancel or Transfer Registration. In addition to Network Solutions' ability to deny, terminate, or suspend services, as provided in the Agreement and Schedule A, you acknowledge and agree that the .co Registry, reserves the right to deny, cancel or transfer any registration that it deems necessary, in its discretion (i) to protect the integrity and stability of the registry; (ii) to comply with all applicable laws, government rules or requirements, requests of law enforcement, in compliance with any dispute resolution process; (iii) to avoid any liability, civil or criminal, on the part of the .co Registry as well as its affiliates, subsidiaries, officers, directors, representatives, employees, and stockholders; (iv) for violations of the terms and conditions herein; (v) or to correct mistakes made by the .co Registry or any registrar in connection with a domain name registration, and the .co Registry also reserves the right to freeze a domain name during resolution of a dispute.

6. Indemnity. In addition to Section 9 of the General Provisions of this Agreement on Indemnity, you agree to

indemnify, defend, and hold harmless the .co Registry, its service providers, subcontractors, and their respective directors, officers, employees, affiliates and agents from and against any and all claims, damages, liabilities, costs, and expenses, including reasonable attorneys fees and expenses, arising out of or relating to the registered .co domain name.

7. Representations and Warranties. By submitting a request for a .co domain name, you represent and warrant that: (i) to your knowledge, the registration of your requested .co domain name does not and will not infringe upon or otherwise violate the rights of any third party; (ii) you are not submitting the request for a domain name for an unlawful purpose and you will not use the domain name for any unlawful purpose; (iii) you are not knowingly using the domain name in violation of any applicable laws, regulations or rights of third parties; and (iv) that you will use the .co domain name in accordance with all ICANN requirements and policies.

8. Jurisdiction for Certain Disputes and Governing Law. You agree that any disputes between you and the .co Registry (but not with Network Solutions) shall be subject to the laws of Columbia and the exclusive jurisdiction of the courts in Colombia. All disputes between you and Network Solutions (regardless of the involvement of other parties) are subject to Section 21 (Governing Law) in the General Provisions of this Agreement.

## SCHEDULE C-14 TO NETWORK SOLUTIONS SERVICE AGREEMENT

## ADDITIONAL TERMS APPLICABLE TO SERVICES IN THE .XXX sTLD

1. Eligibility Requirements. Registrants must be eighteen (18) years of age or older to participate in any of the pre-registration or registration phases for .XXX domains. You represent and warrant that every registration you are applying for in the .XXX sponsored top-level domain ("sTLD") satisfies either the Non-Member Eligibility Requirements or Membership Requirements established by the ICM Registry, each of which is more fully described on the ICM Registry website located at the following URL: www.icmregistry.com. You acknowledge and agree that it is your responsibility, through the registration process for a .XXX domain name (and, if applicable, as required subsequent to your application), to provide the information necessary to satisfy ICM's Membership Requirements for members in the Adult Entertainment Sponsored Community or Non-Member Eligibility Requirements for being a legitimate trademark holder, and that a failure by you to satisfy these requirements (whichever is applicable) may result in, among other things, (i) the domain name registration or pre-registration application(s) being rejected by Network Solutions and/or the ICM Registry, (ii) the domain name(s) being placed on "hold" by Network Solutions and/or the ICM Registry, and/or (iii) the domain name(s) being deleted by Network Solutions and/or the ICM Registry. Neither Network Solutions nor the ICM Registry shall be liable to you for any actions or inactions or any of them resulting from your failure to provide all required information to satisfy the Non-Member Eligibility Requirements or Membership Requirements at the time of registration or pre-registration (or, where applicable, subsequent to registration), and neither shall have any obligation to request or attempt to obtain from you additional information to establish your compliance with the ICM Non-Member Eligibility Requirements or Membership Requirements, even if the need for such information is known by them.

2. Pre-Registration. When you submit a .XXX pre-registration request, you are authorizing us to attempt to obtain a domain name in the .XXX sTLD (as described on our Website) for you if and when ICM Registry launches its Sunrise, Landrush and General Availability period. When each phase opens, Network Solutions will submit all pre-registration requests during the Sunrise, Landrush and General Availability periods and the ICM Registry will review all proposed registration requests. Please note that .XXX domain names will

not be allocated on a first come, first serve basis during the Sunrise "AT" and "AD" periods further described in Paragraph 3 below. In addition, you agree to be bound by all policies, terms, and conditions of the initial launch of the .XXX sTLD found at http://www.icmregistry.com/icm-policies.php, and further to acknowledge that neither ICM nor Network Solutions has any liability of any kind for any loss or liability resulting from the proceedings and processes relating to the Sunrise period or the Landrush period, including, without limitation: (a) the ability or inability of a registrant to register a .XXX domain name during these periods, and (b) the results of any dispute over a Sunrise registration.

3. Sunrise and Landrush Applications. Sunrise is created to protect trademark holders, pre-existing exact match domain holders, and to avoid abusive registrations. During the Sunrise period, the registry system will accept three different types of Sunrise applications. Sunrise AT and Sunrise AD are reserved for members of the sponsored TLD community, including providers of online adult entertainment, their service providers, and organizations that represent them, who, in each case, agree to comply with policies and practices developed for the .XXX sTLD (the "Adult Entertainment Sponsored Community"). Please see www.icmregistry.com for the full Sunrise rules, Membership criteria, and the contact validation process. You acknowledge that ICM Registry, or its designee, shall decide at its own discretion whether any documentation or information you submit verifies your right to register a domain name(s) either as Member or Non-Member of the Adult Entertainment Sponsored Community.

- **Sunrise AT:** *Sunrise AT* stands for "Adult Trademark". *Sunrise AT* applications must possess a registered trademark that meets certain criteria, and must attest to their membership in the Adult Entertainment Sponsored Community. Sunrise AT registrations will not be awarded until the prospective registrant has, within five (5) days after the close of the Sunrise period: (i) completed a membership application on the ICM website and his or her contact information has been confirmed; and (ii) completed and duly executed any supporting documentation that may be required for the Sunrise AT phase. Domain names awarded during Sunrise AT will not be operable (resolve in the DNS) and available for your use until on or about December 6, 2011, the "create-date" chosen by ICM Registry.

- **Sunrise AD:** *Sunrise AD* stands for "Adult Domain." *Sunrise AD* applications must correspond to an existing domain name that the registrant has in another TLD, and must attest to their membership in the Adult Entertainment Sponsored Community. Sunrise AD registrations will not be awarded until the prospective registrant has, within five (5) days after the close of the Sunrise period: (i) completed a membership application on the ICM website and his or her contact information has been confirmed; and (ii) completed the pre-existing exact-match domain validation process. Domain names awarded during Sunrise AD will not be operable (resolve in the DNS) and available for your use until on or about December 6, 2011, the "create-date" chosen by ICM Registry.

- **Sunrise B:** Informally, *Sunrise B* stands for "blocked." *Sunrise B* is for qualified trademark owners from outside the Adult Entertainment Sponsored Community. Sunrise B gives these rights owners the opportunity to add a .XXX domain name to the reserve names list and ensure that they are not registered by others. Within five (5) days after the close of the Sunrise period, the prospective Sunrise B registrant must complete and duly execute any supporting documentation that may be required by Network Solutions or the ICM Registry for the Sunrise B phase.

- **Landrush:** The registration period for members of the Adult Entertainment Sponsored Community. Unlike *Sunrise AD, AT, and Sunrise B,* there are no qualification requirements needed for Landrush. Applications for competing names will go to auction at the end of the Landrush period. Landrush registrations will not be awarded unless and until, within five (5) days after the close of the Landrush

phase, the prospective registrant has completed a Membership application on the ICM website and his or her contact information has been confirmed. Domain names awarded during Landrush will not be operable (resolve in the DNS) and available for your use until on or about December 6, 2011, the "create-date" chosen by ICM Registry.

During Sunrise, the registry system will accept an unlimited number of applications for a string, and an unlimited number of applications for a string of a given application type. In the event ICM receives more than one qualified *Sunrise AT* and/or *Sunrise AD* application for the same names, the names will be awarded via auction. Details on how auctions will be conducted for *Sunrise AT* and *Sunrise AD* can be found at www.icmregistry.com. Please note that, pursuant to ICM Registry rules, domain names will *not* be awarded on a first-come first-served basis during the Sunrise period though such an award may be possible under certain auction rules. After Sunrise and before Landrush, there will be a Quiet Period during which ICM Registry will review Sunrise applications. Following award of a *Sunrise AT, Sunrise AD,* Landrush, or General availability domain name, the name will be on "transfer lock" for 60 days. Successful Sunrise B applications will not receive a traditional registration under the control of the registrar that submitted the application. Rather, successful Sunrise B applications will result in the domain being blocked from future registration for a period of 10 years from the "create date" chosen by the ICM Registry, and pointed to an ICM Registry controlled, blocked webpage.

4. Creation of Separate Accounts for .XXX Domain Names. If you intend to register a .XXX domain name as a Member of the Adult Entertainment Sponsored Community through *Sunrise AT, AD,* or Land rush but also intend to register another .XXX domain name as a Non-Member through Sunrise B, you may not use the same registrant domain name account at Network Solutions to hold both Member and Non-Member .XXX domain names. You must create a separate registrant account to hold each type of .XXX domain name.

5. Validation Process. You agree that we shall have no liability to you or other third parties for anything related to the ICM Registry's validation process for a proposed registration request that we have submitted and is pending final ICM Registry approval. You acknowledge and agree that it is your responsibility to ensure that you meet all of the requirements ICM Registry's validation process for your proposed registration request for a domain name(s). You agree that we are not responsible or liable in any way if your proposed registration request is rejected for any reason, including but not limited to the ICM Registry's failure or inability to contact you or your failure to respond to ICM Registry's request for supporting documentation, during the validation process.

6. Charges. By submitting your .XXX pre-registration or registration request, you authorize us to charge you for any proposed application and registration fees we undertake on your behalf that are submitted to ICM Registry. Proposed Sunrise and Landrush registration requests that are rejected by ICM Registry will be charged an administrative application fee that will not be refunded to you. We will, however, refund to you the registration fee charged during pre-registration for Sunrise and Landrush if you are not awarded a .XXX domain name and the registration fee charged during the pre-registration for General Availability if you are not successful with securing the domain name. Sunrise and Landrush application fees, registration fees and other applicable fees may also apply and be charged to your credit card after the Sunrise period begins if your proposed registration is accepted and processed by ICM Registry. Successful ICM registration requests are subject to the terms of the Agreement, including but not limited to this Schedule.

7. Ban on and Revocation of Certain Domain Names. You agree that ICM Registry has identified certain domain names that can not be registered during the Sunrise, Landrush, and General Availability process. You further accept that ICM Registry and Network Solutions reserves the right to deny pre-registration or registration requests that ICM Registry considers to be defamatory, racist, or contrary to public policy. You

understand that ICM Registry may also revoke a domain name at its own initiative for a variety of reasons including but not limited to nonpayment of fees or failure to meet ICM Membership or Non-Member Eligibility Requirements. All Sunrise and Landrush application submissions to the ICM Registry are considered final and we will not refund any application fees paid by you.

8. Registrant Information and Use of Personal Data. You agree to keep all registration and contact information related to your registration or pre-registration requests for a domain name(s) ("Personal Data") current so that we can contact you for any reason or so the ICM Registry can contact you for any reason, including, but not limited to, any participation in a validation process for a domain name(s) during the Sunrise, Landrush, or General Availability period. We take no responsibility in providing the ICM Registry with any Personal Data other than what you provide in your pre-registration or registration request. The Personal Data you provide will be submitted to the ICM Registry and used in accordance with the published ICM Privacy Policy.

9. No Guarantees. Network Solutions makes no guarantees, representations or warranties that your proposed registration request for a .XXX domain name will be accepted by ICM Registry. You acknowledge and agree that the proposed registration request for a domain name(s) submitted by Network Solutions to ICM Registry domain name may fail or be rejected by ICM Registry. You acknowledge and agree that the successful registration will depend upon a number of different factors that Network Solutions cannot predict or control. You acknowledge and agree that submission of a proposed registration request for a domain name(s) or any other services (regardless of when submitted) does not guarantee that you will ultimately be the registrant for any particular domain name. You acknowledge and agree that we shall not be liable to you or any other party in connection with claims, damages, losses, expenses or costs incurred or suffered by you as a result of actions taken or not taken by third parties, including, but not limited to, the ICM Registry (for example, the ICM Registry reserves the right to suspend, reject, deny or revoke any domain name registration for a variety of reasons, none of which Network Solutions can control).

10. Acknowledgment and Agreement of ICM Registry Policies, Terms, Rules. You acknowledge having read and understood and agree to be bound by the terms and conditions of all of the policies, terms or rules (collectively the "ICM Policies") that are posted or referred to on the ICM Registry website, including the agreement to all terms in the Registry-Registrant Agreement. You also agree to comply with any and all current ICM Polices posted at the time of pre-registration and registration, but also future ICM Policies, such as the Charter Eligibility Dispute Resolutions Policy ("CEDRP") and the Rapid Evaluation Service Policy ("RES") which shall be posted by the ICM Registry at a later date, and any other policies, at any and all times. You agree that, by maintaining any service related to your pre-registration or registration request (which may include the ultimate registration of a domain name) after such posting of any new or amended ICM Policies, you have agreed to the terms and conditions of the same and will be bound by such terms and conditions. You acknowledge that if you do not agree to the amended or new ICM Policies, you may terminate this Agreement. We will not refund any fees paid by you if you terminate your Agreement with us.

11. Limitation of Liability. In addition to the other limitations of liability contained herein, you agree that Network Solutions shall have no liability of any kind for any loss or liability resulting from the processing of pre-registration or registration requests prior to the live .XXX launch or the submission of proposed registration requests to the ICM Registry including, without limitation, your ability or inability to obtain a particular domain name including any dispute resolution proceeding related to any of the foregoing. Network Solutions assumes no liability for any pre-registration or registration request or a domain name's rejection, suspension, cancellation, deletion, interruption or transfer due to procedures, rules or policies laid down by ICM Registry or auction provider or due to practices, customs or prejudices of courts of law or dispute

resolving arbitrators. We are not liable for any claims, damages or injuries arising out of the termination of services that are provided by ICM Registry for any reason, including but not limited to the termination of ICM Registry's registration authority, or its bankruptcy.

12. Indemnification. In addition to Section 9 of the General Conditions of this Agreement on Indemnity, you also agree to indemnify, release, defend and hold us harmless for all liabilities, claims, damages, costs and expenses arising out of: (a) your breach of any terms of this Schedule and/or the Agreement; (b) any violation of a third party's right related to your pre-registration or registration request; (c) any dispute with the ICM Registry or a third party arising out of your pre-registration or registration request; (d) any dispute related to the validation process for your pre-registration or registration request; or (e) any dispute related to the auction process for your pre-registration or registration request.

13. Notification Requirement. You agree to immediately notify Network Solutions and ICM Registry of any registered .XXX domain name owned or controlled by you where the website content in connection with such domain name is the subject of any legal "take-down" notice issued by law enforcement or government agency because of alleged illegal or illicit activity on such website.

14. Survival of Terms. You agree that the Limitation of Liability and Indemnity provisions set forth in the General Provisions and in this Schedule shall survive any termination of the Agreement.

15. Governing Law. You agree that any disputes between you and the ICM Registry shall be governed in all respects by and in accordance with the laws of the State of Florida. All disputes between you and the ICM Registry are to be brought before the tribunal of ICM Registry's choice. All disputes between you and Network Solutions are subject to Section 21 (Governing Law) of this Agreement.

16. Supplemental Terms and Conditions. The terms and conditions of this Schedule C-14 are in addition to the terms and conditions of the General Conditions, Schedule A, and other schedules to this Service Agreement related to domain name registration services.

### SCHEDULE C-15 TO NETWORK SOLUTIONS SERVICE AGREEMENT

### ADDITIONAL TERMS APPLICABLE TO SERVICES IN CONNECTION WITH .XYZ TLD

In addition to the terms set forth in Schedule A above, the following terms shall apply to .XYZ domain names:

1. .XYZ registrants will comply with all applicable laws, including those that relate to privacy, data collection, consumer protection (including in relation to misleading and deceptive conduct) and applicable consumer laws in respect of fair lending, debt collection, organic farming (if applicable), disclosure of data and financial regulations.

2. .XYZ registrants will not distribute malware, abusively operating botnets, phishing, piracy, trademark or copyright infringement, fraudulent or deceptive practices, counterfeiting or otherwise engaging in activity contrary to applicable law, and providing (consistent with applicable law and any related procedures) consequences for such activities including suspension and/or the deletion of the domain name.

3. If a .XYZ registrant is collecting and maintaining sensitive health and financial data, they must comply with applicable laws on the provision of such services and including security measures applicable to that sector.

4. Each .XYZ registrant shall indemnify, defend and hold harmless the .XYZ Registry, CentralNic (its back-end registry services provider) and their subcontractors, and the directors, officers, employees, affiliates and agents of each of them, from and against any and all claims, damages, liabilities, costs and expenses, including reasonable legal fees and expenses, arising out of or relating to the registrant's domain name registration, whereby this indemnification obligation survive the termination or expiration of the Agreement.

5. .XYZ registrants shall further comply with each of the following requirements:

a. ICANN standards, policies, procedures, and practices for which the .XYZ Registry has monitoring responsibility in accordance with its Registry Agreement or other arrangement with ICANN; and

b. operational standards, policies, procedures, and practices for the .XYZ Registry established from time to time by the .XYZ Registry in a non-arbitrary manner and applicable to all registrars, including affiliates of the .XYZ Registry, and consistent with ICANN's standards, policies, procedures, and practices and .XYZ Registry's Registry Agreement with ICANN.

6. When applicable, .XYZ registrants agree to be bound by the terms and conditions of the initial launch of .XYZ, including without limitation the sunrise period and the land rush period, the procedure and process for compliance with the ICANN Trademark Clearing house and any Sunrise Dispute Resolution Policy, and further to acknowledge that the .XYZ Registry has no liability of any kind for any loss or liability resulting from the proceedings and processes relating to the sunrise period or the land rush period, including, without limitation: (a) the ability or inability of a registrant to obtain a certain domain name during these periods, and (b) the results of any dispute over a sunrise registration.

7. .XYZ registrants further acknowledge and agree that the XYZ Registry reserves the right to deny, cancel or transfer any registration or transaction, or place any domain name on registry lock, hold or similar status, that it deems necessary, in its discretion; (a) to protect the integrity and stability of the registry; (b) to comply with any applicable laws, government rules or requirements, requests of law enforcement, or any dispute resolution process; (b) to avoid any liability, civil or criminal, on the part of the .XYZ Registry, as well as its affiliates, subsidiaries, officers, directors, and employees and those of CentralNic; (d) per the terms of the Registration Agreement; or (e) to correct mistakes made by the .XYZ Registry or Network Solutions in connection with a domain name registration. The .XYZ Registry also reserves the right to place upon registry lock, hold or similar status a domain name during resolution of a dispute.

8. .XYZ registrants shall provide accurate and reliable contact details and promptly correct and update them during the term of their registration, including: the full name, postal address, email address, voice telephone number, and fax number if available of the registrant; name of authorized person for contact purposes in the case of a Registrant that is an organization, association, or corporation, and consent to the use, copying, distribution, publication, modification and other processing of this data by the .XYZ Registry and its designees and agents for the purposes of providing .XYZ Registry services or as otherwise required by ICANN, whereby a Registrant's provision of inaccurate or unreliable information, or its failure promptly to update information provided to Registrar, shall constitute a material breach of the Registrant's Registration Agreement with Registrar and be a basis for cancellation of the Registered Name registration.

9. .XYZ registrants further agree to submit to proceedings commenced under ICANN's Uniform Domain Name Dispute Resolution Policy ("UDRP"), and submit to proceedings commenced under ICANN's Uniform Rapid Suspension System ("URS"), under ICANN's related rules.

**SCHEDULE C-16 TO NETWORK SOLUTIONS SERVICE AGREEMENT**

### ADDITIONAL TERMS APPLICABLE TO SERVICES IN CONNECTION WITH UNITED TLDS

In addition to the terms set forth in Schedule A above, these Registration Terms and Conditions ("the Registration Terms") supplement, and are incorporated into, the Agreement related to the registration and/or reservation of a name in a United TLD Top Level Domain (a "Registry TLD"). As between you and United TLD Holdco Ltd., ("UTLDH" or the "Registry," and also trading as "Rightside Registry" or "Rightside"), in the event of any conflict between this Agreement Schedule and the terms of the Agreement (the "Registrar-Registrant Agreement"), these Registration Terms shall prevail.

The Registry TLDs include, but may not be limited to, those identified online at http://rightside.co/registry/.

1. By applying to register or reserve a domain name in a Registry TLD, you represent and warrant that neither your registration nor your use of the name will infringe the intellectual property or other rights of any third party or violate the Registry's Acceptable Use (Anti-Abuse) Policy.

2. You acknowledge and agree to abide by all Registry Policies set forth on the Registry's website at http://rightside.co/registry/legal/terms-conditions/ (the "Registry Website"). You specifically acknowledge and agree that the Registry Policies may be modified by the Registry, and agree to comply with any such changes in the time period specified for compliance.

3. You agree to comply with all applicable ICANN requirements and policies found at www.icann.org/en /general/consensus-policies.htm.

4. You agree to comply with all applicable laws, including those that relate to privacy, data collection, consumer protection, fair lending, debt collection, organic farming, disclosure of date and financial disclosures.

5. You agree that should you use a Registry TLD to collect and or maintain sensitive health and financial date, you implement reasonable appropriate security measures commensurate with the offering of those services as defined by applicable law.

6. You represent and warrant that you have provided to your current, complete, and accurate information in connection with your application for a registration, and that you will correct and update this information to ensure that it remains current, complete, and accurate throughout the term of any resulting registration or reservation. Your obligation to provide current, accurate, and complete information is a material element of these terms, and the Registry reserves the right to deny, cancel, terminate, suspend, lock, or transfer any registration or reservation if it determines, in its sole discretion, that the information is materially inaccurate.

7. You consent to the collection, use, processing, and/or disclosure of personal information in the United States and in accordance with the Registry's Privacy Policy, and incorporated by reference here. If you are submitting information from a country other than the country in which the Registry servers are located, your communications with the Registry may result in the transfer of information (including your membership account information) across international boundaries; you consent to such transfer.

8. Should you choose to register one or more of these new generic top-level domain names, you must comply with the registration requirements as described below:

Regulated TLDs: .ENGINEER, .MARKET, MORTGAGE, .DEGREE, .SOFTWARE, .VET, .GIVES, and .REHAB

Highly-regulated TLDs: .DENTIST, .ATTORNEY, and .LAWYER

Military TLDs: .ARMY, .NAVY, and .AIRFORCE.

a. Safeguards for Regulated TLDs. Registrants must comply with all applicable laws, including those that relate to privacy, data collection, consumer protection (including in relation to misleading and deceptive conduct), fair lending, debt collection, organic farming, disclosure of data, and financial disclosures. Additionally, if a Registrant collects and maintains sensitive health and financial data, Registrants must implement reasonable and appropriate security measures commensurate with the offering of those services, as defined by applicable law.

b. Safeguards for Highly-Regulated TLDs. Registrants must provide to their administrative contact information, which must be kept up-to-date, for the notification of complaints or reports of registration abuse, as well as the contact details of the relevant regulatory, or industry self-regulatory, bodies in their main place of business. Additionally, Registrants must possesses any necessary authorizations, charters, licenses and/or other related credentials for participation in the sector associated with such Highly-regulated TLD and report any material changes to the Registrant's authorizations, charters, licenses and/or other related credentials for participation in the sector associated with the Highly-regulated TLD.

c. Safeguards for Military TLDs. Registrant must take steps to ensure against misrepresenting or falsely implying that the Registrant or its business is affiliated with, sponsored or endorsed by one or more country's or government's military forces if such affiliation, sponsorship or endorsement does not exist.

9. [RESERVED]

10. You agree to submit to proceedings commenced under ICANN's Uniform Domain Name Dispute Resolution Policy ("UDRP"), and the Uniform Rapid Suspension System ("URS"), each as described on the ICANN Website. You further agree to abide by the final outcome of any of those processes, subject to any appeal rights provided in those processes or the law, and you hereby release the Registry, its affiliates and service providers from any and all directly or indirect liability associated with such dispute resolution processes.

11. You acknowledge and agree that the Registry reserves the right, in its sole discretion, to disqualify you or your agents from making or maintaining any registrations or reservations in the Registry TLD if you are found to have repeatedly engaged in abusive registrations.

12. You acknowledge and agree that the Registry reserves the right to deny, cancel, terminate, suspend, lock, or transfer any registration that it deems necessary, in its discretion, in furtherance of the following:

a. to enforce all Registry Policies, these Registration Terms, and ICANN requirements, as amended from time to time;

b. to protect the integrity and stability of the Registry, its operations, and the Registry TLDs;

c. to comply with any applicable law, regulation, holding, order, or decision issued by a court, administrative authority, or dispute resolution service provider with jurisdiction over the Registry or you;

d. to establish, assert, or defend the legal rights of the Registry or a third party, or to avoid any liability, civil or criminal, on the part of the Registry as well as its affiliates, subsidiaries, officers, directors, representatives, employees, contractors, and stockholders;

e. to correct mistakes made by the Registry or any Registrar in connection with a registration or reservation;

f. as otherwise provided herein.

13. The Registration Terms, its interpretation, and all disputes between the parties arising in any manner hereunder, shall be governed by and construed in accordance with the internal laws of the State of Washington, without giving effect to any choice or conflict of law provision or rule (whether of the State of Washington or any other jurisdiction). You agree and submit to the exercise of personal jurisdiction of courts in the State of Washington for the purpose of litigating any such claim or action.

14. BY AGREEING TO THESE REGISTRATION TERMS AND CONDITIONS, YOU ARE: (1) WAIVING CLAIMS THAT YOU MIGHT OTHERWISE HAVE AGAINST THE REGISTRY, ITS EMPLOYEES, AFFILIATES AND SUBSIDIARIES, AND SERVICE PROVIDERS, BASED ON THE LAWS OF OTHER JURISDICTIONS, INCLUDING YOUR OWN; (2) IRREVOCABLY CONSENTING TO THE EXCLUSIVE JURISDICTION OF, AND VENUE IN, STATE OR FEDERAL COURTS IN THE STATE OF WASHINGTON OVER ANY DISPUTES OR CLAIMS YOU HAVE WITH THE REGISTRY, ITS AFFILIATES AND SERVICE PROVIDERS; AND (3) SUBMITTING YOURSELF TO THE PERSONAL JURISDICTION OF COURTS LOCATED IN THE STATE OF STATE OF WASHINGTON FOR THE PURPOSE OF RESOLVING ANY SUCH DISPUTES OR CLAIMS.

15. You acknowledge and agree that the Registry is and shall be an intended third party beneficiary of the obligations you undertake under your registration agreement with the Registrar and these Registration Terms. You acknowledge and agree that the Registry's third party beneficiary rights have vested, and shall survive any termination or expiration of your registration or reservation.

16. You acknowledge and agree that domain names in the Registry TLD are provided "as is", "with all faults" and "as available." The Registry, its affiliates and service providers, make no express warranties or guarantees about such domain names.

17. TO THE GREATEST EXTENT PERMITTED BY LAW, THE REGISTRY, ITS AFFILIATES AND SERVICE PROVIDERS, DISCLAIM IMPLIED WARRANTIES THAT THE REGISTRY AND ALL SOFTWARE, CONTENT AND SERVICES DISTRIBUTED THROUGH THE REGISTRY, ITS AFFILIATES AND SERVICE PROVIDERS ARE MERCHANTABLE, OF SATISFACTORY QUALITY, ACCURATE, TIMELY, FIT FOR A PARTICULAR PURPOSE OR NEED, OR NON-INFRINGING. THE REGISTRY, ITS AFFILIATES AND SERVICE PROVIDERS DO NOT GUARANTEE THAT ANY REGISTRY TLDS, OR REGISTRY OPERATIONS WILL MEET YOUR REQUIREMENTS, WILL BE ERROR-FREE, RELIABLE, WITHOUT INTERRUPTION OR AVAILABLE AT ALL TIMES. WE DO NOT GUARANTEE THAT THE RESULTS THAT MAY BE OBTAINED FROM THE USE OF THE UNITED TLD, INCLUDING ANY SUPPORT SERVICES, WILL BE EFFECTIVE, RELIABLE, ACCURATE OR MEET YOUR REQUIREMENTS. WE DO NOT GUARANTEE THAT YOU OR THIRD PARTIES WILL BE ABLE TO ACCESS OR USE A DOMAIN NAME IN UNITED TLDS (EITHER DIRECTLY OR THROUGH THIRD-PARTY NETWORKS) AT TIMES OR LOCATIONS OF YOUR CHOOSING. NO ORAL OR WRITTEN INFORMATION OR ADVICE GIVEN BY A REPRESENTATIVE OF THE REGISTRY, ITS AFFILIATES AND SERVICE PROVIDERS SHALL CREATE A WARRANTY REGARDING OPERATIONS OF THE REGISTRY OR A DOMAIN NAME IN A REGISTRY TLD.

18. THE REGISTRY, ITS AFFILIATES AND SERVICE PROVIDERS SHALL NOT BE LIABLE FOR ANY INDIRECT, SPECIAL, INCIDENTAL, CONSEQUENTIAL OR EXEMPLARY DAMAGES ARISING FROM YOUR USE OF, INABILITY TO USE, OR RELIANCE UPON A DOMAIN NAME IN A

UNITED TLD. THESE EXCLUSIONS APPLY TO ANY CLAIMS FOR LOST PROFITS, LOST DATA, LOSS OF GOODWILL, WORK STOPPAGE, COMPUTER FAILURE OR MALFUNCTION, OR ANY OTHER COMMERCIAL DAMAGES OR LOSSES, EVEN IF THE REGISTRY, ITS AFFILIATES AND SERVICES PROVIDERS KNEW OR SHOULD HAVE KNOWN OF THE POSSIBILITY OF SUCH DAMAGES. BECAUSE SOME STATES OR JURISDICTIONS DO NOT ALLOW THE EXCLUSION OR THE LIMITATION OF LIABILITY FOR CONSEQUENTIAL OR INCIDENTAL DAMAGES, IN SUCH STATES OR JURISDICTIONS, THE REGISTRY'S LIABILITY, AND THE LIABILITY OF THE REGISTRY'S AFFILIATES AND SERVICE PROVIDERS, SHALL BE LIMITED TO THE AMOUNT YOU PAID TO REGISTER A UNITED TLD. YOU FURTHER AGREE THAT IN NO EVENT SHALL THE REGISTRY'S, ITS AFFILIATES AND SERVICE PROVIDERS, TOTAL AGGREGATE LIABILITY EXCEED THE TOTAL AMOUNT PAID BY YOU FOR THE PARTICULAR SERVICES THAT ARE THE SUBJECT OF THE CAUSE OF ACTION. YOU AGREE THAT THE RIGHTS STATED HEREIN SURVIVE TERMINATION OF THE AGREEMENT.

19. The Registry reserves the right to modify, change, or discontinue any aspect of its Registry Services, these Registration Terms, including without limitation its prices and fees. You acknowledge and agree that the Registry, its affiliates and service providers may provide any and all required notices, agreements, modifications and changes to these Registration Terms, and other information concerning Registry TLDs electronically, by posting such items on the Registry Website. Your continued use of a Registry TLD shall constitute your acceptance of the most current versions of those notices, agreements, modifications, and changes to these Registration Terms. In the event of any conflict between these Registration Terms and the notices, agreements, modifications and changes to the Registration Terms as posted from time to time on the Registry Website, the terms posted on the Registry Website shall prevail.

20. You represent and warrant that your use of the Registry and/or the Registry TLDs will not be for any illegal purpose and that you will not undertake any activities with your Registry TLD that will be in violation of the Acceptable Use (Anti-Abuse) Policy.

21. The Registry TLDs are intended for and available to applicants and registrants who are at least eighteen (18) years of age. By applying for, registering, or reserving United TLD, you represent and warrant that you are at least eighteen (18) years of age.

### SCHEDULE C-17 TO NETWORK SOLUTIONS SERVICE AGREEMENT

### ADDITIONAL TERMS APPLICABLE TO SERVICES IN CONNECTION WITH .UK TLD

In addition to the terms set forth in Schedule A above, the following terms shall apply to .UK domain names:

Terms and Conditions of Domain Name Registration - http://www.nominet.org.uk/uk-domain-names/registering-uk-domain/legal-details/terms-and-conditions-domain-name-registration

Registry Rules - http://www.nominet.org.uk/uk-domain-names/registering-uk-domain/choosing-domain-name/rules

### SCHEDULE D TO NETWORK SOLUTIONS SERVICE AGREEMENT

### PRIVATE REGISTRATION SERVICE

1. Private Registration Service. When you subscribe to and/or are otherwise enrolled in the Network

Solutions Private Registration Service, you authorize and direct Network Solutions to (a) display alternate contact information in the public WHOIS database for the Registrant, Administrative, and Technical Contacts for the applicable domain name registration, and (b) not display the fax number and NIC Handle associated with your account for the applicable domain name.

2. Communications Forwarding.

a. In conjunction with the Private Registration Service, you authorize and direct Network Solutions to process communications directed to you at the contact information displayed in the public WHOIS database as follows:

(i) The domain shall be registered in the name of Perfect Privacy, LLC, or another individual or entity as selected by Network Solutions, as registrant. As such, an email address, postal address and phone and facsimile number for the registrant, administrative, technical, and billing contacts of Perfect Privacy, LLC (or other selected individual or entity) shall be displayed in WHOIS directory.

(ii) For the email address displayed in the WHOIS directory, a private email address is created for the applicable domain name and will be displayed in the WHOIS directory. This email address may automatically change in the public WHOIS database from time to time. Messages received at the email address posted in the public WHOIS database will be filtered for SPAM and forwarded to the email address associated with your account for the applicable domain name. Once an email address is removed from the public WHOIS database it will no longer be a valid email address for the receipt of messages. You acknowledge that you may not receive messages sent to an expired email address. If the email address associated with your account becomes non-functioning, or if email to such address bounces, Network Solutions is not obligated to attempt to contact you through other means.

(iii) For the postal address displayed in the WHOIS directory a P.O. Box address will be the postal address displayed in the public WHOIS directory for the applicable domain name. You hereby authorize Network Solutions (or an agent and/or affiliate thereof) to receive, sort, open, forward, and destroy any and all mail sent to such P.O. Box in its sole discretion. Mail received via Certified Mail® or Express Mail™ will be opened and all such mail that can be scanned will be scanned and sent to you via the email address associated with the account for the applicable domain name. You acknowledge that you will have five (5) days from the date such Certified Mail® or Express Mail™ is sent to you via email to request in writing that a copy of such scanned mail be forwarded to you via postal mail at your expense. You acknowledge that unless you direct us otherwise in writing within such five (5) day period, all such mail will be destroyed five (5) days after a scanned copy is sent to you via email. All mail that is unable to be scanned will be forwarded to you via postal mail at Network Solutions' expense at the postal address associated with the account for the applicable domain name. You specifically acknowledge that Network Solutions will destroy all third class and "junk" mail upon receipt and will either discard all such other communications received or return the same to the sender unopened. You hereby waive any and all claims arising from your failure to receive communications directed to your domain name contact information displayed in the public WHOIS database but not forwarded to you by Network Solutions.

IMPORTANT: THE PRIVATE REGISTRATION SERVICE IS NOT A GENERAL MAIL FORWARDING SERVICE. You agree that you will not provide any third party with any Private Registration Service address for the purpose of having such third party transmit communications to you through Network Solutions. Third parties may obtain a Private Registration Address listed in the WHOIS directory by their own initiative, but you agree that you will not be the one to provide such Private Registration Address to any third parties.

b. Retention of Rights

While you will not be listed as the registrant for a domain utilizing the Private Registration Service, other than as described elsewhere in the Network Solutions Master Services Agreement (the "Agreement") and/or this Schedule, Perfect Privacy, LLC (or other designated individual or entity) will not act to use, modify, or control the domain. Subject to all the other terms of this Schedule and the Agreement, you will retain abilities of a domain name registrant, including:

(i) the ability to transfer, or assign each Private Registration domain;
(ii) the ability to manage the use of each Private Registration domain, including the DNS settings to which each domain name points;
(iii) the ability to cancel each Private Registration domain;
(iv) the ability to renew each Private Registration domain upon expiration (subject to Network Solutions' applicable agreements, rules and policies);
(v) the ability to cancel your Private Registration Service so that you are listed as the registrant; and
(vi) the ability to initially resolve any and all monetary, creditor or other legal claims that arise in connection with your Private Registration domain, subject to the terms of this Schedule and the Agreement.

c. You acknowledge and agree that by subscribing to our Private Registration Service that you will not receive all communications sent to you at the contact information listed in the public WHOIS database. You acknowledge and agree that Network Solutions disclaims any and all loss or liability that may result from your use of our Private Registration Service and/or your failure to receive important correspondence sent to you at the contact information displayed in the public WHOIS database, including, but not limited to, legal notices or UDRP complaints.

d. You agree that if you opt to have mail forwarded to you in accordance with Section 2 above, that you are responsible for paying all fees and costs associated with Network Solutions providing such forwarding services. Network Solutions will inform you via email of the applicable shipping costs, and the credit card associated with your account for the applicable domain name will be charged. The credit card transaction must be successful prior to us forwarding the correspondence to You. You are solely responsible for maintaining current and accurate credit card information on file with Network Solutions, including the expiration date for such credit card.

3. Network Solutions Right To Disclose Your Contact Information and Terminate the Private Registration Service. You acknowledge and agree that Network Solutions has the absolute right and power, as it deems necessary in its sole discretion, without providing notice and without any liability to you whatsoever, to (a) reveal to third parties the contact information provided by you to Network Solutions in connection with the account for the applicable domain name, (b) populate the public WHOIS database with the registrant's name, primary postal address, email address and/or telephone number as provided by you to Network Solutions, or (c) terminate your subscription to our Private Registration Service:

(i) if any third party claims that the domain name violates or infringes a third party's trademark, trade name or other legal rights, whether or not such claim is valid;

(ii) to comply with any applicable laws, government rules or requirements, ICANN policies or requirements, subpoenas, court orders, requests of law enforcement or government agencies; or

(iii) if any third party threatens legal action against Network Solutions that is related in any way, directly or indirectly, to the domain name, or claims that you are using the domain name registration in a manner that

violates any law, rule or regulation, or is otherwise illegal or violative of a third party's legal rights.

4. Additional Limitations of Liability.

IN ADDITION TO THE LIMITATIONS OF LIABILITY SET FORTH IN THE AGREEMENT, UNDER NO CIRCUMSTANCES SHALL NETWORK SOLUTIONS BE LIABLE FOR THE PROVISION OF ANY OF YOUR PERSONALLY IDENTIFIABLE INFORMATION TO ANY THIRD PARTY. You further understand and agree that Network Solutions disclaims any loss or liability resulting from: (i) the inadvertent disclosure or theft of your personal information; (ii) the failure for whatever reason to renew the Private Registration Service; (iii) the unauthorized use of your account or any of the Network Solutions services; (iv) deletion of, failure to store, failure to process or act upon email messages sent to or forwarded to either you or the email address listed for your Private Registration domain; (v) processing of updated information regarding your account; and (vi) any act or omission caused by you or your agents (whether authorized by you or not).

## SCHEDULE E TO NETWORK SOLUTIONS SERVICE AGREEMENT

### CHANGE OF REGISTRAR SERVICE

1. In addition to the terms in Schedule A (and the other applicable Schedules, if any, of the Agreement), the terms of this Schedule shall apply to all applications for a change of registrar to Network Solutions. The term "domain name" refers to the domain name identified in your Change of Registrar Application. The term "updated registrant" refers to the person or entity identified as the updated registrant in your Change of Registrar Application, if any.

2. You represent and warrant that: (a) the information provided to Network Solutions in connection with your application is accurate and complete; (b) you are the rightful holder of the registration for the domain name; (c) the registrar of record for the domain name as of the date of this request is the current registrar; (d) you are not in default on any obligations you may owe to the current registrar; (e) you are not the subject of any pending bankruptcy proceedings; (f) you are not party to any dispute resolution proceeding concerning your use or registration of the domain name; (g) you are not in default on any obligations you may owe to Network Solutions; (h) the domain name is not the subject of any collection proceedings, including garnishment, attachment, levy or otherwise. The individual submitting this request represents and warrants that he/she is authorized to request a change of registrar and to apply for our registrar services.

3. You request that we provide registrar services for the domain name. In furtherance of your request, you have applied for our registrar services. We will have no responsibilities as registrar of the domain name unless and until we send you or the updated registrant, as appropriate, notice of acceptance of the Application.

4. You authorize us to take all actions necessary to become the registrar for the domain name, including transmitting to the appropriate Registry a request to change the Registry database to reflect Network Solutions as the registrar of record. You acknowledge and agree that we shall not be responsible for any legal obligations you may owe to any third party, including the current registrar. You further acknowledge and agree that you are not entitled to a credit from us for any sums you may have paid the current registrar.

## SCHEDULE F TO NETWORK SOLUTIONS SERVICE AGREEMENT

### REGISTRANT NAME CHANGE AGREEMENT

1. The following additional terms and conditions (the "Registrant Name Change Agreement" or "RNCA") apply to any change of the registrant (account holder's) name for a second-level domain name or nsWebAddress™ ("Registrant Name Change"), and, unless specifically noted otherwise below, apply to you whether you are listed as the registrant before the change (the "Current Registrant") or after the change (the "New Registrant"). The nsWebAddress™ or domain name for which this RNCA is being processed shall be referred to in this Schedule as the "Domain Name." The RNCA shall not be effective until both the Current Registrant and the New Registrant have indicated their agreement to the terms and conditions of the Agreement (which includes the terms and conditions of this Schedule). You agree that we may void the RNCA and cancel the transfer to remedy an unauthorized change to a Registrant's domain name account. Nothing contained in this Schedule shall be construed as an assignment of the Current Registrant's rights under the Agreement. As used in this Schedule (as in the General Conditions), the word "Agreement" shall mean the Network Solutions Service Agreement of which this Schedule is a part.

2. The terms in this section apply only to the Current Registrant. You agree that you and Network Solutions are currently parties to the Agreement for the registration of the Domain Name(s). You hereby relinquish your registration of the Domain Name(s) and discharge Network Solutions from all obligations under the Agreement, and you release Network Solutions from all claims, liabilities or demands arising from the Agreement. You further acknowledge and agree that you are not entitled to a refund of any fees you may have paid to Network Solutions. You hereby authorize Network Solutions to take all steps necessary to register the Domain Name(s) to the New Registrant, including without limitation, disassociating the Domain Name(s) from the host servers designated by you without further notice. You represent and warrant that you possess the authority to legally bind the Current Registrant of the Domain Name(s) being transferred.

3. The terms in this section apply only to the New Registrant. You acknowledge that you have reviewed and you understand the terms, conditions, representations and warranties of the Agreement in effect as of the date of your application to become the New Registrant. By applying for this Registrant Name Change, you agree to be bound by and to perform in accordance with the terms and conditions of the Agreement, which includes Network Solutions' current Domain Name Dispute Policy. You also reaffirm the accuracy and completeness of all of the information submitted for the Registrant Name Change. Your registration of the Domain Name(s) shall be effective upon Network Solutions' transmission of an acknowledgement to you that the Domain Name(s) has been registered to the New Registrant. You agree to pay Network Solutions the RNCA processing fee set forth on our Website, if any, by providing appropriate credit card information as requested. You represent and warrant that you are the New Registrant or possess the authority to legally bind the New Registrant of the Domain Name(s) being transferred. You acknowledge and agree that unless you register additional registration years for the Domain Name(s), the term of your registration of the Domain Name(s) will be equal to the remaining term of the Current Registrant at the time of the Registrant Name Change.

### SCHEDULE G TO NETWORK SOLUTIONS SERVICE AGREEMENT

### EXTENDED YEARS DOMAIN SERVICE

1. Extended Years Domain Service. When you purchase the Network Solutions Extended Years Domain Service for a new domain name registration (for example, for 20 years, 100 years or another year period) through Network Solutions, we will initially register the relevant domain name for the maximum number of years allowed by the applicable registry. When you purchase the Network Solutions Extended Years Domain Service for a domain name that is currently registered through Network Solutions, we will initially renew the domain name for the maximum number of years allowed by the applicable registry. We will then automatically renew the domain name registration on an annual basis until you have received the number of

years of registration services offered from us for that domain name from the date of your purchase of the Extended Years Domain Service.

2. Non-Transferable; Non-Refundable. You acknowledge and agree that the Extended Years Domain Service will terminate if you transfer the domain name for which you purchased the service to another registrar. You acknowledge and agree that this service is non-refundable upon termination.

3. Other Services Affecting this Service. You acknowledge and agree that our ability to provide the Extended Years Domain Service is dependent upon, among other things, the continued registration of the relevant domain name, and that any termination of that registration (for whatever reason) will result in the termination of the Extended Years Domain Service for that registration.

### SCHEDULE H TO NETWORK SOLUTIONS SERVICE AGREEMENT

### EMAIL SERVICES (nsMail™) and Microsoft® Hosted Exchange

A. Terms that apply to nsMail™, nsMail™ Pro or Network Solutions' Email Services.

1. Description of Service. Network Solutions is providing you with the capability of sending and receiving electronic mail via the Internet and through mobile phones ("Email Service" or "Email Services"). You must: (a) provide all equipment, including a computer and modem, necessary to establish a connection to the Internet; and (b) provide for your own connection to the Internet and pay any telephone service fees associated with such connection. In order to maintain the quality of our services to other customers and to protect our computer systems Network Solutions may limit the number of recipients of any email message transmitted or received by you to 1000 recipients per any 24 hour period. Network Solutions may also restrict the number of recipients receiving an individual message. The current maximum is 100 recipients per message. Network Solutions reserves the right to change this limit. We, in our sole discretion, will determine whether or not your conduct is consistent with this Agreement and any Network Solutions operating rules or policies and may suspend or terminate your Email Service if your conduct is found to be inconsistent with this Agreement or such rules or policies. The Email Service is subject to scheduled (from 12:01am eastern United States time to 2:00 am eastern United States time every Saturday) and unscheduled outages that will impact your ability to use the service. We will use commercially reasonable efforts to restore the service after any unscheduled outages. Moreover, in order to receive the Email Service we (or our third party provider) must host your domain name record. If you transfer your domain name record to a third party in conjunction with a live Website, or for any other reason, or allow your domain name registration to expire, you will no longer be able to use the Email Service. We will not refund the fees you paid for our Email Service if you elect to transfer your domain name record to a third party. You may not exceed the storage [megabytes] applicable to the particular Email Services purchased by you as specified on our Website at the time of your purchase (or as subsequently modified by us pursuant to this Agreement). If you exceed the applicable storage limitations, Network Solutions reserves the right, in its sole discretion, to either (A) charge, and you agree to pay, an additional fee as described on our Website for each Megabyte of usage that exceeds the bandwidth limitations set forth above, or (B) terminate or suspend your Email Services and this Agreement. Additionally, you acknowledge and agree that we may delete any or all messages in your "trash" folder at any time in our sole discretion. As a part of this service, Network Solutions may offer for a fee to you the option for you to purchase additional capacity and sizing for your Email Service account and some or all of the mailboxes that are associated with your account.

2. Catch-All Mailbox Service. Network Solutions may make available to you the ability to subscribe to our Catch-All Mailbox service. You acknowledge and agree that, in the event you subscribe to the Catch-All

Mailbox service, any electronic mail sent to the email box of any user of your Email Service (e.g., Person@Yourcompany.com) will also be sent to the email box set up for the Catch-All Mailbox service. You further acknowledge and agree that in the event your Network Solutions email and domain name services are terminated, any future registrant of your terminated domain name that subscribes to the Catch-All Mailbox service may receive emails intended for receipt by you or a former user of your Email Service, and you agree that Network Solutions shall have no liability to you or any third party with respect thereto. You are solely responsible for providing any and all necessary notifications regarding termination of your Email Services, and you agree that Network Solutions shall have no liability to you or any third party with respect thereto.

3. SPAM Protection. Network Solutions' Email Service includes real-time SPAM Protection. All email sent to your email address(es) will be scanned to detect SPAM and to assist in preventing SPAM from reaching your email box(es). All email detected as SPAM will be deleted and will not be delivered to your email inbox. All email box(es) automatically include SPAM Protection and this feature cannot be disabled or configured by you. You acknowledge and agree that our SPAM Protection feature is not guaranteed to be one hundred percent (100%) effective or error free and may result in email that is not SPAM being falsely identified as SPAM and deleted by our system, or the delivery of SPAM to your email box(es). You acknowledge and agree that Network Solutions shall have no liability to you or any third party with respect to our SPAM Protection feature, your failure to receive any email as a result thereof, or your receipt of SPAM.

4. Virus Protection. Network Solutions' Email Service includes Virus Protection that scans your email, and attachments thereto, to assist in the prevention of the transmission of viruses to your computer system and/or email program. All email sent to your email address(es) will be scanned for viruses. If a virus is detected, the email message and/or attachment, as applicable, will be cleaned if possible and the header of the email will be tagged to inform you that a virus was detected and that the email message and/or attachment has been cleaned and the virus removed. If a virus is detected, and the virus cannot be removed from the email message and/or attachment, the email message and/or attachment will be deleted and the email will be tagged to inform you that portions of the email have been deleted because a virus was detected. All email box(es) automatically include Virus Protection and this feature cannot be disabled or configured by you. You acknowledge and agree that our Virus Protection feature is not guaranteed to be one hundred percent (100%) effective or error free and may delete email messages and/or attachments that you may desire to view, or allow the transmission of viruses to your computer system and/or email program. You acknowledge and agree that Network Solutions shall have no liability to you or any third party with respect to our Virus Protection feature, your failure to receive any email and/or email attachments as a result thereof, or the transmission of viruses to your computer system and/or email program.

5. Safeguarding Passwords. You are responsible for maintaining the confidentiality of your password and email account and are fully responsible for all activities that occur using your password. Please notify us immediately of any unauthorized use of your password or email account or any other breach of security. Network Solutions is not liable for any losses that you may incur as a result of any third-party's use of your password.

6. Billing for Email Service and Upsells. Billing for annual Email Services shall be by valid credit card (acceptable to Network Solutions) at the time of purchase. If you elect to subscribe to monthly Email Services, your monthly payments for the same will be automatically charged to the credit card provided by you (and acceptable to Network Solutions) at the time of your purchase (with such payments being charged in advance on a monthly basis) ("Monthly Email Service Fee"), and you hereby agree that Network Solutions is authorized to so charge your credit card. Network Solutions, in its sole discretion, shall determine the prices it will charge for the Email Services, and the terms and conditions applicable to the same, and Network

Solutions may, upon providing notice to you, amend such pricing and/or terms and conditions. If you do not agree with any such change(s), you may terminate this Agreement or cancel your Email Service subscription, as applicable, as provided herein, within thirty (30) days from the date of your notice; otherwise all such changes shall be effective with respect to your account, and you agree that we are authorized to charge your credit card for any new Monthly Email Service fee. You agree that users associated with your account and that have mailboxes with your account are authorized to make purchases on your behalf related to the Email Service and such purchases shall be billed to your account. To the extent that you do not want to authorize other mailbox holders to make purchases on your behalf related to the Email Service you must expressly opt out by selecting the appropriate opt out button within your account settings.

7. Privacy. Network Solutions will not monitor, edit or disclose the contents of your private communications with third parties unless required to do so by law or in the good faith belief that such action is necessary to: (a) conform to the law or comply with legal process served on Network Solutions; (b) protect and defend the rights or property of Network Solutions; or (c) act under exigent circumstances to protect the personal safety of our customers or the public. You acknowledge and agree that Network Solutions neither endorses the contents of any of your communications nor assumes responsibility for such content, including but not limited to any threatening, libelous, obscene, harassing or offensive material contained therein, or any infringement of third party intellectual property rights arising therefrom or any crime facilitated thereby. You acknowledge and agree that certain technical processing of email messages and their content may be required to: (a) send and receive messages; (b) conform to connecting networks' technical requirements; (c) conform to the limitations of the Email Service; or (d) conform to other similar requirements.

8. Customer Conduct. You agree to be bound by the applicable provisions of the Network Solutions Acceptable Use Policy, incorporated herein and made part of this Agreement by reference, in connection with your use of the services described in this Schedule. Network Solutions' outsourcing contractors for the Email Services, including, but not limited to Brightmail, Inc or its successors, shall be intended third party beneficiaries of the Email Service customer's obligations under this Agreement and thus shall be entitled to enforce those obligations against you as if a party to this Agreement.

9. As a user of Network Solutions' Email Services you may have the ability to access your email account through the Internet ("Web Mail"). When using Web Mail, you may receive a message that is encrypted by the MessageGuard® encryption service ("MessageGuard Service"). Messages that are encrypted by the MessageGuard® Service and that you review through Web Mail will automatically, and without indication of the message's encrypted status, be decrypted for your immediate access. By your continued use of the Network Solutions Email Services, you are acknowledging and agreeing to the terms and conditions of the MessageGuard Service, as found in Schedule S of this Agreement.

10. As a user of Network Solutions Email services, you agree that in the event that you set up and/or share username and password credentials or other security or account information for third party functionality that you use as a part of the Network Solutions Email services, that Network Solutions may use and store such information in order to allow you to access and use such third party functionality. You agree that Network Solutions has no liability regarding your sharing of your username and password credentials with Network Solutions.

11. Network Solutions Mobile Email Services. In the event you subscribe to mobile Email Services for your Blackberry® mobile device, you agree to be bound by and comply with the following terms and conditions and agree that Network Solutions has a right to enforce these terms and conditions: http://www.astrasync.com/LicAgreement.aspx

B. Terms that apply to the Microsoft® Hosted Exchange services

1. Description of Service. Microsoft® Hosted Exchange from Network Solutions® is an email solution allowing you to use Outlook® to share calendars, contacts, tasks, and synchronize mobile devices across a specific group of users assigned by you. In order to maintain the quality of our services to other customers, Network Solutions may limit the number of email messages transmitted or received by you to 500 emails per any 24-hour period. Network Solutions may also restrict the number of recipients receiving an individual message. The current maximum is 100 recipients per message. Network Solutions reserves the right at any time and in its sole discretion to change this limit. For the protection of our users, we, in our sole discretion, will determine whether or not your conduct is consistent with this Agreement and any other applicable Network Solutions rules or policies and may suspend or terminate your Microsoft® Hosted Exchange service if your conduct is found to be inconsistent with this Agreement or such other rules or policies. The Microsoft® Hosted Exchange services are subject to scheduled and unscheduled outages that may impact your ability to use the service. We will use commercially reasonable efforts to restore the service after any unscheduled outages. You may not exceed the storage [megabytes] applicable to the particular Microsoft® Hosted Exchange service purchased by you as specified on our Website at the time of your purchase, or as subsequently modified by us pursuant to this Agreement. You may obtain added storage capacity for an additional fee as described on our Website. Upon reaching your applicable storage limitations, you understand that you will not be able to send or receive emails and Network Solutions reserves the right, in its sole discretion, to suspend your Microsoft® Hosted Exchange services and this Agreement. Network Solutions is not responsible for loss of data, information or files in connection with the Microsoft® Hosted Exchange services.

2. SPAM Protection. The Microsoft® Hosted Exchange services include real-time SPAM Protection and all email sent to your email address(es) will be scanned to detect SPAM and to assist in preventing SPAM from reaching your email box(es). All email detected as SPAM will be deleted and will not be delivered to your email inbox. All email box(es) automatically include SPAM Protection and this feature cannot be disabled or materially configured by you. You acknowledge and agree that SPAM Protection feature is not guaranteed to be one hundred percent (100%) effective or error free and may result in email that is not SPAM being falsely identified as SPAM and deleted, or the delivery of SPAM to your email box(es). You acknowledge and agree that Network Solutions and its licensors shall have no liability to you or any third party with respect to our SPAM Protection feature, your failure to receive any email as a result thereof, or your receipt of SPAM

3. Virus Protection. Microsoft® Hosted Exchange includes Virus Protection that scans your email, and attachments thereto, to assist in the prevention of the transmission of viruses to your computer system and/or email program. Emails sent to your email address(es) will be scanned for viruses. If a virus is detected, the email message will be quarantined and a notification will be sent to you. All email box(es) automatically include Virus Protection and this feature cannot be disabled or materially configured by you. You acknowledge and agree that the Virus Protection feature is not guaranteed to be one hundred percent (100%) effective or error free and may delete email messages and/or attachments that you may desire to view, or allow the transmission of viruses to your computer system and/or email program. You acknowledge and agree that Network Solutions and its licensors shall have no liability to you or any third party with respect to our Virus Protection feature, your failure to receive any email and/or email attachments as a result thereof, or the transmission of viruses to your computer system and/or email program.

4. Safeguarding Passwords. You are responsible for maintaining the confidentiality of your password and Microsoft® Hosted Exchange account and are fully responsible for all activities that occur using your password. Please notify us immediately of any unauthorized use of your password or account or any other breach of security. Network Solutions is not liable for any losses that you may incur as a result of any third-party's use of your password.

5. Privacy. Network Solutions and its licensors will not monitor, edit or disclose the contents of your private communications with third parties unless required to do so by law or in the good faith belief that such action is necessary to: (a) conform to the law or comply with legal process served on Network Solutions or its licensors; (b) protect and defend the rights or property of Network Solutions or its licensors; or (c) act under exigent circumstances to protect the safety of our customers or the public. You acknowledge and agree that Network Solutions neither endorses the contents of any of your communications nor assumes responsibility for such content, including but not limited to any threatening, libelous, obscene, harassing or offensive material contained therein, or any infringement of third party intellectual property rights arising therefrom or any crime facilitated thereby. You acknowledge and agree that certain technical processing of email messages and their content may be required to: (a) send and receive messages; (b) conform to connecting networks' technical requirements; (c) conform to the limitations of the Email Service; or (d) conform to other similar requirements.

6. Customer Conduct. You agree to be bound by the applicable provisions of the Network Solutions Acceptable Use Policy, incorporated herein and made part of this Agreement by reference, in connection with your use of the Microsoft Hosted Exchange services. Network Solutions' licensors or their successors, shall be intended third party beneficiaries of the Microsoft® Hosted Exchange customer's obligations under this Agreement and thus shall be entitled to enforce those obligations against you as if a party to this Agreement.

7. Disclaimer. You agree that the Microsoft® Hosted Exchange services including mobile Email Services are provided on an "as is" and "as available" basis. Neither Network Solutions nor its licensors makes any warranty that the Microsoft® Hosted Exchange services including synchronization features and mobile Email Services will meet your requirements or that they will be uninterrupted, timely, secure, or error free.

8. Mobile Email Services for Microsoft® Hosted Exchange. In the event you subscribe to mobile Email Services for your Blackberry® mobile device as part of the Microsoft® Hosted Exchange services, you agree to be bound by and comply with the following terms and conditions and agree that Network Solutions has a right to enforce these terms and conditions: http://us.blackberry.com/legal /pdfs/BBSLA_North_America_English_NA.pdf. In the event you subscribe to mobile Email Services for your non-Blackberry® mobile device as part of the Microsoft® Hosted Exchange services you agree to be bound by and comply with the following terms and conditions and agree that Network Solutions has a right to enforce these terms and conditions: http://www.astrasync.com /LicAgreement.aspx.

## SCHEDULE I TO NETWORK SOLUTIONS SERVICE AGREEMENT

## WEB FORWARDING SERVICE

1. Network Solutions is providing you with the capability to forward users or visitors who type in a specific domain name to another domain name designated by you through the Web Forwarding service. You represent

and warrant that you have the necessary rights to use the Web Forwarding service to forward, point, alias or resolve your domain name registration(s) to the other domain name designated by you in ordering such services. You agree that we, in responding to a third party complaint or for any other reason, have the right, in our sole discretion, to suspend or terminate your Web Forwarding service without notice and with no obligation to refund fees paid if we determine the Web Forwarding service is forwarding users to a Website or URL that is unsuitable or being used for any unlawful or harmful purpose, as determined in our sole discretion.

2. You acknowledge and understand that the Web Forwarding service includes a Domain Masking feature that will make your site visitors see the domain name associated with the Web Forwarding service in the window of their browser throughout your entire Website and on all Websites linked to from your Website while the window session remains open. You have the ability to turn the Domain Masking feature on or off at any time through Account Manager. The Domain Masking feature may not work with all Websites depending on how they are configured and their ability to be viewed within a browser frame.

### SCHEDULE J TO NETWORK SOLUTIONS SERVICE AGREEMENT

### WHOIS BUSINESS LISTING SERVICE

In addition to the terms and conditions in the General Provisions and other applicable Schedules in the Agreement, the following additional terms and conditions shall apply to any and all purchases of the WHOIS Business Listing Service (as defined below).

1. Description of the Service. Through the WHOIS Business Listing Service (the "Service"), Network Solutions is providing its Customers with an opportunity to add information about their business, their products or services, or about their domain name or Website (referred to generally in this Section J as "Advertising Content") to their WHOIS listing that appears in the WHOIS database and WHOIS search results.

2. Display of Advertising Content. Customer hereby grants to Network Solutions a non-exclusive, royalty-free, worldwide right and license by all means and in any media to use, reproduce, distribute, modify for technical purposes, publicly perform, publicly display and digitally display the Advertising Content. Customer further grants Network Solutions the right to distribute the Advertising Content to other third parties that wish to publish the Advertising Content in accordance with terms established by Network Solutions. Network Solutions does not edit the Advertising Content written and submitted by the Customer through the WHOIS Business Listing templates. Customer agrees that it shall bear all responsibility and liability for any and all claims related to the Advertising Content displayed with the WHOIS listing. Customer further agrees that Network Solutions shall have no liability for any and all claims that relate to any Advertising Content, copy, data or text that is submitted.

3. Advertising Content Guidelines. Customer acknowledges and agrees that in order for Network Solutions to maintain the integrity of the Service, Customer is subject to this Schedule J and the other terms and conditions in this Service Agreement. Network Solutions may, in its sole discretion, reject, cancel, or remove, at any time, any Advertising Content from the WHOIS Business Listing Service for any reason without prior notice to the Customer. Network Solutions will not be liable in any way for any rejection, cancellation or removal of any Advertising Content. Customer represents and warrants that: (a) it has all necessary authority to enter into this Agreement; (b) it will comply with all applicable laws; (c) that all text, data and information submitted by the Customer for display as the Advertising Content is true, accurate, and complete; and that (d) any use and display of the Advertising Content shall not: (i) infringe or violate any patent, copyright,

trademark, service mark, trade secret, or other intellectual property right of a third party, including any right of privacy or publicity; (ii) violate any federal, state or local laws or regulations or foreign laws; (iii) contain material that is pornographic, obscene, defamatory, libelous, fraudulent, misleading, threatening, hateful, or racially or ethnically objectionable; (iv) be likely to result in any consumer fraud, product liability, tort, breach of contract, injury, damage or harm of any kind to any person or entity.

4. Term and Billing. The WHOIS Business Listing Service may be purchased for annual terms which may be renewed. Network Solutions will charge Customer a fee for this Service which shall be billed annually to the Customer's credit card and Customer hereby consents to such billing arrangement.

5. Cancellation; Termination. Network Solutions may, at any time, terminate the WHOIS Business Listing Service, terminate this Service Agreement or disable or take down any Advertising Content displayed. Network Solutions will notify Customer by email of any such termination or cancellation which shall be effective immediately.

6. Disabling of the Service. Customer may "turn off" or conceal the Advertising Content so that it is not displayed with the Customer's WHOIS listing by disabling feature in the Customer's Account Manager.

## SCHEDULE K TO NETWORK SOLUTIONS SERVICE AGREEMENT

### nsWebsite™ AND Website Builder Tool

The terms in this Schedule apply to nsWebsite™, Web Hosting or Network Solutions' Website Builder Tool.

1. Definitions. For purposes of this Schedule, the following capitalized terms shall have the meanings ascribed to them below:

(a) "Website Builder Tool" means the tool that provides customers the ability to create or add/modify content on a website through the use of templates, images, gadgets, and any other feature provided by Network Solutions and licensed to end users.

(b) "Subscription Service" means any of the Network Solutions website packages or solutions that are available for purchase by end users on a monthly or annual basis, for a monthly or annual fee (respectively), that combine the Website Builder Tool, the Web Hosting Service, and/or such other services as may, from time to time, be included in the package by Network Solutions as of the time of your purchase.

(c) "Web Hosting Service" means the Web Hosting services provided by Network Solutions or a third party through Network Solutions as part of a monthly or annual website Subscription Service or other Web Hosting Services as defined in Schedule N of this Agreement.

(d) "Mobile Website Design Services" means the Network Solutions or private labeled offering whereby you can create, design and host a mobile website using a Website Builder Tool.

(e) "nsWebsite™ (Small)" means a website with features as listed on the Network Solutions product pages. "nsWebsite™ (Large)" means a website with features as listed on the Network Solutions product pages.

(f) "Premium Designs" means a website designs created by Network Solutions that may be purchase by you.

2. Payment. In addition to the payment terms in Section 3 of the Agreement, the following provisions shall also apply solely with respect to the Subscription Service:

(a) Billing for the Subscription Service shall be paid by valid payment method (acceptable to Network Solutions) at the time of purchase at the fee set forth on our Website. Your monthly and, if you have selected our "auto-renew" feature, annual payments for the Subscription Service shall be automatically charged to the credit card provided by you (and acceptable to Network Solutions) at the time of your purchase (with such payments being charged in advance on a monthly or annual basis, as applicable) each month or annually, as applicable ("Subscription Service Fee"), and you hereby agree that Network Solutions is authorized to so charge the payment method on file. Network Solutions, in its sole discretion, shall determine the prices it will charge for the Subscription Service, and the terms and conditions applicable to the same, and Network Solutions may, upon providing notice to you by email, amend such pricing and/or terms and conditions. If you do not agree to the change(s), you may terminate this Agreement (or cancel your Subscription Service, as applicable) within thirty (30) days from the date of your notice; otherwise all such changes shall be effective with respect to your account, and you agree that we are authorized to charge your credit card for any new Subscription Service Fee, on the next monthly or annual (as applicable) payment cycle.

(b) In addition to recurring service fees, Network Solutions may charge set up fees and other one-time fees for any optional services as set forth on our Website and/or described in this Schedule (collectively "One-time Fees"). Applicable One-time Fees shall be charged to the payment method provided by you (and acceptable to Network Solutions) at the time of your purchase, and you hereby agree that Network Solutions is authorized to so charge the payment method provided by you. Network Solutions, in its sole discretion, shall determine the prices it will charge for all One-time Fees.

(c) Network Solutions will charge you a Processing Fee if you terminate or cancel any package prior to the completion of any limited money-back guarantee time period for that package. You authorize Network Solutions, in its sole discretion, to charge the payment method provided by you at the time of your purchase or forward an invoice to you immediately upon any such termination or cancellation of any annual Subscription Service for the amount of the Processing Fee.

(d) Network Solutions will suspend your account if you request a chargeback on your payment method for charges to your payment method for exceeding bandwidth limitations set forth herein (see Section 3(b) below).

3. File Size, Storage and Bandwidth Limitations. The following file size and bandwidth limitations apply to website Subscription Services (besides the ones used in conjunction with the Mobile Website Design Services) offered by Network Solutions:

(a) File Size and Storage. Each website Subscription Service shall have a total storage limit as follows: (i) nsWebsite™ (Small) 5 Gigabytes; and (ii) nsWebsite™ (Large) 300 Gigabytes. You can upload a maximum of 2GB of files to your website template photos and files area, provided that all files must comply with the following size limitations: All Image, Text and Document files have a 5 Megabyte limit (includes .gif, .jpg, .jpeg, .txt, .doc, .xls, .wri, .ppt, .dxf, .pdf and .psd files); and all Media, Flash, and Compressed files have a 15 Megabyte limit (includes .mpg, .mp2, .mp3, .wav, .mid, .mov, .asf, .wma, .wmv, .avi, .mpeg, .rm, .ra, .swf, .zip and .sit files).

(b) Bandwidth. You and your website visitors can view and download the following amounts of content on your website per month: (i) nsWebsite™ (Small) = 50 Gigabytes per month; and (ii) nsWebsite™ (Large) Website = 3,000 Gigabytes per month Network Solutions reserves the right, in its sole discretion, to either (A) charge, and you agree to pay, an additional fee as determined by Network Solutions in its sole discretion, which fee shall not exceed US $0.50 per Megabyte, for each Megabyte of usage that exceeds the bandwidth limitations set forth above, or (B) terminate or suspend your website Subscription Services and this

Agreement if you exceed the bandwidth limitations set forth above.

(c) SpaceManager. You may use the SpaceManager feature for this service in order to store and share up to 2GB of files. Each file shall not exceed 200MB in size. You agree that if you do exceed either of such limits, and/or violate Network Solutions' Acceptable Use Policy, Network Solutions, in its sole and exclusive discretion, may immediately take corrective action, including, but not limited to, assessment of additional fees, suspension, termination, and/or deletion of your files.

4. Conduct. You agree to be bound by the applicable provisions of the Network Solutions Acceptable Use Policy (the "AUP"), incorporated herein and made part of this Agreement by reference, in connection with your use of the services described in this Schedule. You expressly (i) grant to Network Solutions a license to cache the entirety of your Content and your Website, including content supplied by third parties, hosted by Network Solutions under this Agreement, and (ii) agree that such caching is not an infringement of any of your intellectual property rights or any third party's intellectual property rights. Network Solutions neither sanctions nor permits any website content or the transmission of data that contains illegal or obscene material or fosters or promotes illegal activity. Network Solutions reserves the right to immediately suspend or terminate any site or transmission that violates this policy, without prior notice. In the event of such termination, Customer agrees that the unused portion of any fees Customer may have paid for any services rendered to Customer by Network Solutions are an appropriate recompense to Network Solutions for the time required to respond to and address issues created by Customer's violation of the AUP, and Customer agrees not to seek recovery of those fees. Further, should Customer violate this Agreement or the AUP, Network Solutions will actively assist and cooperate with law enforcement agencies and government authorities in collecting and tendering information about Customer, Customer's website, the illegal or obscene content, and those persons that may have inappropriately accessed, acquired, or used the illegal or obscene content.

5. Premium Designs. You may purchase a Premium Design from Network Solutions for a one-time fee. Each Premium Design may only be used for one website or hosting package. Upon cancellation or termination of your website or hosting package, you will no longer have access to the Premium Design(s) purchased for such package. You may test your Premium Design(s) before publishing your website at no charge. You may not, however, publish your website with such Premium Design(s) unless you purchase such Premium Design(s).

6. MapQuest® Service and Google® Maps Service and other Third Party Applications. Any use of the MapQuest service or Google Maps service or any other third party application that is a part of the Web Hosting Service, Subscription Service or Website Builder Tool or any other Network Solutions service is at your own risk.

(a) Use of the Google Maps service is subject to the terms and conditions located at http://maps.google.com /help/terms_maps.html and http://maps.google.com/help/legalnotices_maps.html and you agree to and acknowledge consent of such terms and conditions. Network Solutions is in no way responsible or liable for any and all claims or damages that arise as a result of your use or a third party's use of the MapQuest service or Google Maps service. Network Solutions is not liable for any property damage or personal injury as a result of your use or a third party's use of the MapQuest service or Google Maps service. You further agree that if you use the MapQuest service you will include the following statement on your Website: "Maps/Directions are informational only. User assumes all risk of use. MapQuest, Network Solutions, and their suppliers make no representations about content, road conditions, route usability, or speed." You expressly agree that you will not modify the MapQuest service or Google Maps service in any way nor will you use the MapQuest service or Google Maps service in any way that may infringe the rights of Network Solutions, MapQuest, or Google Maps, or any third parties. Network Solutions reserves the right to

terminate, delete, remove or modify the MapQuest service or the Google Maps service at any time without warning or notification to you.

7. Use of Images. Your use of any content, images or pictures that are made available by Network Solutions as a part of the Website Builder Tool, Website and Ecommerce Design Services, Web Hosting Service, Subscription Service, and Mobile Website Design Services, or any other Network Solutions service is governed by the terms of this agreement. You agree that certain content, images or pictures that you use as a part of the Website Builder Tool, Website and Ecommerce Design Services, Web Hosting Service, or Subscription Service services are governed by the Fotolia LLC Standard License Content Download Agreement ("Content Download Agreement") which is located at http://www.fotolia.com/Info/Agreements. You are obligated to abide by the terms of this agreement and the Content Download Agreement in your use of any content, images or pictures that are provided by Network Solutions to you. You agree that you will not modify, alter, change, reproduce, reengineer, recreate, deface, sell, distribute, lease, license, sublicense or rent any content, image or picture that is made available to you by Network Solutions or that is part of the Website Builder Tool, Website and Ecommerce Design Services, Web Hosting Service, Subscription Service, or Mobile Website Design Services. You expressly agree that you will not use any content, images or pictures in any way that may infringe in any way the rights of Network Solutions or any third parties. Network Solutions and its partners retain all rights, title and ownership to the intellectual property, software, tools, content, images and pictures that are made available to you. You agree that your use of the content, images or pictures made available by Network Solutions do not give you any rights in such content, images or pictures. Network Solutions shall also have the right to display your Website on its online properties as an example of the design work Network Solutions is able to provide for its customers.

8. Limitation of Liability/Disclaimer of Warranty for Password Protection Feature. In addition to your acknowledgement and agreement to the limitation of liabilities and disclaimer of warranties contained in the agreement, you acknowledge and agree that Network Solutions shall have no liability to you or any third party with respect to your use of the password protection feature in the Website Builder Tool (the "Password Protection Feature") or the unauthorized access to your website or online storage space. You agree that your use of the Password Protection Feature is solely at your own risk. You agree that all of such services are provided on an "as is," and "as available" basis. Network Solutions and its licensors expressly disclaim all warranties of any kind, whether express or implied, including but not limited to the implied warranties of merchantability, fitness for a particular purpose and non-infringement. Neither Network Solutions nor its licensors make any warranty that the Password Protection Feature will meet your requirements, or that the Password Protection Feature will be uninterrupted, timely, secure, or error free. You acknowledge and agree that Network Solutions' entire liability, and your exclusive remedy, in law, in equity, or otherwise, with respect to the Password Protection Feature provided under this Agreement and/or for any breach of this Agreement is solely limited to the amount you paid for the service during the term of this Agreement.

9. Cancellation. You may cancel your Subscription Service at any time. To cancel your Subscription Service you must notify Network Solutions. Your Subscription Service will be canceled as of the expiration of the monthly billing cycle in which your notice was received. Any fees already paid to Network Solutions shall not be reimbursed to you (except for money back guarantees that may apply to your services).

10. Term and Termination.

(a) Term. Your Subscription Service shall be either (i) on a month-to-month basis for successive monthly periods, (ii) if you have selected our auto-renew feature, on a year-to-year basis for successive yearly periods, or (iii) if you have not selected our auto-renew feature, for a one-time annual period, all unless either party notifies the other of termination or cancellation in accordance with this Agreement, and subject to the

then-current terms and conditions of this Agreement at the time of any renewal of your Subscription Service.

(b) Notice of Service Cancellation by You. Unless terminated earlier as provided herein, this Schedule, and the Agreement if you have no other services with Network Solutions, will be terminated as of the cancellation of your Subscription Service.

11. Network Solutions License. Network Solutions grants You a limited non-exclusive, revocable license to use the Website Builder Tool and the related software and tools for the purpose of creating, designing and publishing websites for use consistent with this Agreement, the Network Solutions Acceptable Use Policy and any and all relevant laws.

12. Third Party Licenses and Offerings. You expressly agree that any third party products, services or offerings that are available to You as a part of any of the Network Solutions product or services under this Schedule K shall be used by You in accordance with the terms of any relevant third party licenses. Your failure to abide by any third party license may result in the immediate termination of your services by Network Solutions.

### SCHEDULE L TO NETWORK SOLUTIONS SERVICE AGREEMENT

### ADDITIONAL TERMS APPLICABLE TO SUPERSTATS™, WATCHDOG™, COUNTER™, SUBMITWIZARD™, SITEMINER™, BOARDSERVER™, EZ POLLS™ AND GUESTBOOK SERVICES™<br>(PURCHASED THROUGH MYCOMPUTER STOREFRONT, NETWORK SOLUTIONS STOREFRONT, OR PROVIDED FREE WITH A WEBSITE BUILDER TOOL)

In addition to the terms and conditions set forth in this Services Agreement and in Schedule K, the following additional terms and conditions shall apply to the following services whether purchased directly through the Network Solutions Storefront (defined below) or the MyComputer Storefront (defined below): SuperStats™, Counter™, SubmitWizard™, SiteMiner™, Boardserver™, EZpolls™ and GuestBook ™services. All capitalized terms used herein, and not otherwise defined, shall have the meanings set forth in Schedule L.

1. Definitions.

   a. "MyComputer Storefront" as used herein shall mean the website at the URL http://www.mycomputer.com, or its successor URL, through which an Internet user may apply for some, if not all, of the services referenced in this Schedule.
   b. "Network Solutions Storefront" as used herein shall mean the website at the URL http://www.networksolutions.com, or its successor URL, through which an Internet user may apply for some, if not all, of the services referenced in this Schedule.

2. Any services referenced herein that are purchased in connection with a Website Subscription Service shall be included in the definition of Subscription Service for purposes of the terms and conditions set forth in Schedule J and in this Schedule K.

3. Use of Information. You acknowledge and agree that we may (but are not obligated to) collect, store, use and/or publish information regarding, and data related to, your Website, including, but not limited to, your domain name, URL and traffic counts. Possible uses of such information include, but are not limited to, marketing, the development and distribution of lists concerning traffic patterns of (or visits to) Websites and Network Solutions member Websites and for other general commercial purposes. Use of any information will

Case 1:15-cv-22463-MGC Document 48 Entered on FLSD Docket 10/15/2015 Page 162 of 265

be in accordance with Network Solutions' Privacy Policies as set forth in Section 5 of the Services Agreement.

4. Page View Limits. The SuperStats™ and Counter™ services are limited to One Hundred Thousand (100,000) page views per account per month. All accounts exceeding such limit may be subject to cancellation of the SuperStats™ and Counter™ services without notice, as well as any other remedy Network Solutions may choose to pursue.

5. Cancellation of Your Website. Any services referenced herein that are offered in connection with a Subscription Service will terminate concurrent with your termination of the Subscription Service. Termination of the services referenced herein and your Subscription Service will occur at the expiration of the monthly billing cycle in which your cancellation notice was received and processed by Network Solutions.

6. Registration and Billing under the MyComputer Storefront.

 a. If you purchased any of the services referenced herein through the MyComputer Storefront, you must submit and maintain on file certain registration data as requested by the MyComputer Storefront registration form for such services. Such registration data shall include, but not be limited to, your name, address, email address, website URLs, credit card number and other billing information. You must submit a separate online activation request for each service you wish to subscribe. Network Solutions reserves the right, in its sole discretion, to refuse any registration or service activation request for any reason or no reason. You represent that the registration information you supply to Network Solutions is true, complete and accurate. By submitting any information, you authorize Network Solutions to use such information in accordance with its privacy policy located at http://www.networksolutions.com/legal/privacy-policy.jsp.

 b. If you become a registered user of the MyComputer website, you will receive a password for accessing your account information. You are responsible for maintaining the confidentiality of your password and account and are fully responsible for all activities that occur using your password or account. Please notify us immediately of any unauthorized use of your password or account or any other breach of security. Network Solutions is not liable for any losses that you may incur as a result of any third-party's use of your password or account.

### SCHEDULE M TO NETWORK SOLUTIONS SERVICE AGREEMENT

### CERTIFIED OFFER SERVICE® and CERTIFIED OFFER SERVICE® PLUS

1. **Additional Terms; Definitions.** Except as specifically noted otherwise herein, the following additional terms and conditions apply to you if you use the Certified Offer Service® or Certified Offer Service® PLUS (together referred to as "COS") in any way. As used in this Schedule, the term "Buyer" means any person or entity that uses the COS to make an Offer to a domain name registrant to transfer to such person a domain name registration through the COS. As used in this Schedule, the term "Seller" means the registrant of the domain name and its agents (including the registrant's administrative contact) that is the subject of an offer from a Buyer. The domain name that is the subject of the COS is referred to in this Schedule as the "Domain Name." You agree that any offer, counter-offer, and/or acceptance of either of them by a Buyer or Seller, shall be subject to the terms and conditions of this Agreement (which includes the terms and conditions of this Schedule).

2. **Purpose of Certified Offer Service; Network Solutions' Participation.** You acknowledge and agree that

the COS is intended to provide the Buyer and Seller with a means through which the Buyer and Seller may be able to come to an agreement regarding the transfer of the Domain Name for the payment of a fee from the Buyer to the Seller, and to facilitate any such transfer and the associated payment from the Buyer to the Seller, all in accordance with the terms of this Schedule. You acknowledge and agree that the terms of Section 10 of this Schedule set forth the legal agreement between the Buyer and the Seller and that you have reviewed those provisions and find them to be acceptable to you. You acknowledge and agree that Network Solutions is not the agent of and is not acting as an agent for either the Seller or the Buyer, and that the Seller will look solely to the Buyer for fulfillment of the Buyer's obligations hereunder, and the Buyer will look solely to the Seller for fulfillment of the Seller's obligations hereunder. Neither the Buyer nor the Seller will look to Network Solutions for the fulfillment of the Buyer's or the Seller's obligations. Network Solutions' role in the COS is that of sending communications from the Buyer to the Seller and the Seller to the Buyer, providing the terms of the agreement between the Buyer and Seller, receiving funds from the Buyer, processing any necessary registrar transfer, processing the registrant name change, and sending payment to the Seller, all as set forth in this Schedule. You acknowledge and agree that Network Solutions is not a broker and will not negotiate on behalf of either party. You further acknowledge and agree that nothing in this Agreement or on our Website shall be construed to mean that the Domain Name can be or is being assigned from one registrant to another - all Domain Name transfers are completed pursuant to the terms of the Registrant Name Change Agreement that forms a part of this Agreement.

3. **Third Party and Other Factors; No liability for Failed Transactions.** You acknowledge and agree that the successful transfer of the Domain Name and the associated payment of the selling price to the Seller through the COS are dependent upon many factors that are not within the control of Network Solutions, and that Network Solutions shall not be liable for the failure of any transaction, in whole or in part (including but not limited to failure of the Domain Name to be transferred or failure of a payment to be made), where such failure is caused by the actions or inactions of the Seller (including but not limited to breach by the Seller of its obligations to you or us under the COS), Buyer (including but not limited to breach by the Buyer of its obligations to you or us under the COS) or other third party. For example, a Seller whose domain name registration is sponsored by a registrar other than Network Solutions must approve a transfer of the domain name sponsorship to Network Solutions before a transaction between the Seller and Buyer can be completed. If the Seller in that situation does not approve the transfer after agreeing to sell the domain name registration, or the Domain Name cannot be transferred because it is in a lock status or has not been registered at the current registrar for more than sixty (60) days, then the transaction cannot be completed (and no money will be paid to the Seller).

4. **Indemnification by You.** In addition to your other obligations of indemnification under this Agreement, you agree to indemnify, defend and hold harmless Network Solutions, its parent and subsidiary companies, and their respective officers, directors, members, shareholders, affiliates, agents, employees and assigns from and against any and all liabilities, claims, damages, costs and expenses, including reasonable attorneys' fees and expenses, relating to or arising out of the termination of the COS by the Seller, the Buyer or Network Solutions (where Network Solutions is permitted to so terminate under the terms of this Agreement), or the failure of any transaction whether caused by the Seller, Buyer, or Network Solutions (except where such failure is the result of Network Solutions' material breach of this Agreement).

5. **Third Party Disputes Concerning Process or Actions.** In the event the COS is terminated by Network Solutions as a result of a claim by a third party that the COS process or the actions of the Seller or Buyer violate(s) that third party's rights, Network Solutions is authorized, but not obligated, to refund to the Buyer all funds paid by the Buyer to Network Solutions in connection with the COS and to transfer the registration of the Domain Name to the Seller, and/or "lock" the Domain Name until such time as any pending dispute

concerning the Domain Name is resolved (as evidenced by an agreement between the applicable parties or an order of a court).

6. **Your Additional Representations and Warranties; Intellectual Property Rights; Our Disclaimer.** You represent and warrant that your use of the COS, including but not limited to your purchase or attempt to purchase, your sale or attempt to sell, your transfer or attempt to transfer, and your registration or attempt to register the Domain Name will not and does not infringe the rights of any third party (including but not limited to the intellectual property rights of any third party). You represent and warrant that you will take all steps necessary to fulfill your obligations under this Agreement and to complete the transaction contemplated by this Schedule. We make no representation or warranty as to the status of the Domain Name, including whether or not the Domain Name or your actions in purchasing, selling, transferring or registering the Domain Name infringes or will infringe on any other party's rights. It is your responsibility to ensure that the Domain Name and your actions do not and will not infringe on any other party's rights. Further, in addition to its other disclaimers in the Agreement, Network Solutions disclaims any liability with respect to the terms of the agreement between the Seller and the Buyer set out in Section 10, and Network Solutions makes no representation or warranty that the terms of that agreement are adequate to meet your needs or to provide you with the legal rights, protections and obligations that are best for you. If you do not wish to use the terms of Section 10 for your agreement with the Seller or the Buyer, you should not use this service.

7. **Termination by Network Solutions; No Liability.** You agree that Network Solutions may terminate the COS at any time (and at any stage in the process), without liability to either Seller or Buyer, if, at any time,: (1) the Buyer or Seller fails to fulfill any of its obligations under this Agreement; (2) Network Solutions believes the Buyer is or may be using a stolen or unauthorized credit card; (3) Network Solutions believes the Buyer or Seller may be acting in fraudulent or unauthorized manner, a manner that may subject Network Solutions to a claim by a third party, or otherwise in a manner that violates any law, Network Solutions policy, this Agreement, or any right of a third party; or (4) Network Solutions receives a complaint from a third party that the Seller or the Buyer is violating any law, Network Solutions policy, this Agreement, or any right of a third party. In the event Network Solutions terminates the COS as provided herein, Network Solutions shall have no liability to the Buyer or the Seller for such termination, and Network Solutions shall be permitted, but not obligated, to transfer the Domain Name back to the Seller as registrant and to return to the Buyer any of the Buyer's funds still in Network Solutions' possession.

8. **Terms for the Buyer.** The following additional terms apply only to the Buyer. The Buyer agrees to the following additional terms in this Section:

    A. COS Offer Fee; Non-Refundable; Exceptions. You will use the COS to make an offer via email to a Seller to pay to the Seller the offer price selected by you (the "Offer Price") in exchange for the Seller's agreement to transfer the Domain Name to you through the COS. If your offer exceeds $25,000, you are required to use our Certified Offer Service PLUS and we will contact you by phone to confirm your offer amount. You will pay the non-refundable COS offer fee (the "Offer Fee") set forth on our Website at the time you make your offer. This Offer Fee will be paid by you via your credit card and is non-refundable regardless of whether or not your offer is accepted by the Seller or the Domain Name is transferred to you (but we will not charge you the fee if it is not possible to send your offer because, for example, there is no email listed for the Seller in the WHOIS database).

    B. Nature of Your Offer and Any Counter-Offers. We will send your offer via email to the email address of the administrative contact of the registrant as reflected in the WHOIS database of the registrar currently sponsoring the Domain Name. If you are using Certified Offer Service PLUS, we will contact the administrative contact initially by telephone to convey your offer. You acknowledge that the

information in the WHOIS database might not be accurate and that we have no obligation to and will not confirm the accuracy of any WHOIS information. Your offer will remain valid and binding on you for a period of ten (10) calendar days (fourteen (14) calendar days if you are using Certified Offer Service PLUS) from the date of your offer, unless before then the transaction is terminated by Network Solutions, or the Seller accepts or rejects your offer (the "Offer Period"). You may not and will not attempt to revoke your offer during the Offer Period. Your offer will automatically terminate upon expiration of the Offer Period. If the Seller makes a counter-offer, we will send you an email, or contact you by telephone if you are using Certified Offer Service PLUS, containing the Seller's counter-offer price (or minimal acceptable price) (the "Seller Counter Price"), which you may accept, reject or to which you may make a counter-offer within ten (10) calendar days (fourteen (14) calendar days if you are using our Certified Offer Service PLUS) from the date of the Seller's counter-offer, unless the Seller's counter-offer has been terminated (the "Seller Counter Period"). If you make a counter-offer to the Seller during the Seller Counter Period, we will convey your counter-offer price (the "Buyer Counter Price") to the administrative contact of record as described above. Your counter-offer serves as a rejection of the Seller's counter-offer. Additionally, your counter-offer will remain valid and binding on you for a period of ten (10) calendar days (fourteen (14) calendar days if you are using Certified Offer Service PLUS) from the date of your counter-offer, unless the transaction is terminated by Network Solutions, or the Seller accepts or rejects your counter-offer (the "Buyer Counter Period"). You may not and will not attempt to revoke your counter-offer during the Buyer Counter Period. Your counter-offer will automatically terminate upon expiration of the Buyer Counter Period.

C. Acceptance of Offer or Counter-Offer; Process. For transactions up to and including $4,999.99, if the Seller accepts either your offer during the Offer Period or your counter-offer during the Buyer Counter Period, or if you accept the Seller's counter-offer during the Seller Counter Period, we will notify you via email, and: (1) You will immediately pay to Network Solutions, and Network Solutions is authorized to charge your credit card in the amount of (i) the Offer Price, Seller Counter Price, or Buyer Counter Price, as applicable, and (ii) the transaction fee (the "Transaction Fee") set forth on our Website at the time you make the offer (collectively, the "Total Price"); and (2) You will complete, sign and return to Network Solutions, in the time-frame specified by Network Solutions, any and all paperwork sent to you by us to complete the transaction contemplated by this Agreement. For transactions totaling $5,000 or greater, if the Seller accepts either your offer during the Offer Period or your counter-offer during the Buyer Counter Period, or if you accept the Seller's counter-offer during the Seller Counter Period, we will notify you via email, and your payment is required in the form of a wire transfer, with the instructions for such payment contained in the e-mail that we will send to you. If you are using Certified Offer Service PLUS, we will contact you by telephone to provide you with the information that you will need to make payment of the Total Price by wire transfer. Upon fulfillment of your obligations set forth above, Network Solutions will initiate a transfer of the sponsorship of the Domain Name to Network Solutions as registrar (with the Seller as registrant of the Domain Name), if the Domain Name is not then-currently sponsored by Network Solutions as registrar, or will transfer the Domain Name into a new account for the Seller. Once the domain name is sponsored by Network Solutions as registrar and in a new account for the Seller, the Domain Name will be placed in a "lock" status. Network Solutions will then change the registrant of the Domain Name to the Buyer (or to the person or entity directed by the Buyer). After any successful change of registrant as contemplated herein, Network Solutions will pay to the Seller (as listed in the WHOIS database for the Domain Name at issue), from the funds received by the Buyer, the Offer Price, Seller Counter Price, or Buyer Counter Price, as applicable. In the case of an offer made using Certified Offer Service PLUS, Network Solutions shall charge the Seller a Seller's Transaction Fee and deduct the Seller's Transaction Fee from the Buyer's payment before sending the funds to the Seller.

D. Rejection or Termination of Offer or Counter-Offer. If the Seller (i) rejects your offer without making a

counter-offer, (ii) fails to respond to your offer during the Offer Period, (iii) rejects your counter-offer, or (iv) fails to respond to your counter-offer during the Buyer Counter Period, the COS will immediately terminate. If you reject a counter-offer made by the Seller or fail to respond to a counter-offer during the Seller Counter Period, the COS will immediately terminate.

E. 60-Day No Transfer Requirement. For a period of sixty (60) days following any successful transfer of the Domain Name, you agree not transfer or attempt to transfer the Domain Name to another person or to another registrar, and Network Solutions is authorized to deny any request for such a transfer.

F. Domain Name Transfer and Registration Subject to Service Agreement. Through the COS, you are applying to transfer and register the Domain Name to the Buyer with Network Solutions as the sponsoring registrar. Any successful transfer and subsequent registration of the Domain Name to the Buyer is governed by the terms and conditions of this Agreement (which includes the General Terms and Conditions and the Schedules applicable to domain name registrations and registrant name changes).

G. Disclosure of Buyer Information. During the transaction contemplated by the COS, we will not disclose your identity to the Seller or any third party, unless the COS is terminated by Network Solutions as a result of a third party claim concerning the COS, the Domain Name, or the Seller or Buyer, or as a result of your failure to fulfill any of your obligations under this Agreement to us or to the Seller, or as a result of a claim by the Seller that you have not fulfilled your obligations under this Agreement. Additionally, after the completion of any Domain Name transfer hereunder, we are permitted but not obligated to disclose your identity and contact information to the Seller or as otherwise provided in this Agreement.

H. Value Assessment. You acknowledge and agree that the Value Assessment Tool available as part of the COS is designed to be a helpful tool only and that it is your responsibility to determine the offer price (or counter-offer price) that is appropriate for you and the Domain Name in question.

I. Tax Consequences. You agree that you are responsible for complying with all tax filings, certifications, notices, rules and regulations, arising out of your actions as a Buyer through the COS, including the payment of any sales, use, value-added or other taxes, assessed or due in connection with your payment of the Offer Price, Seller Counter Price or Buyer Counter Price, as applicable, to the Seller (through Network Solutions) and the filing of any required forms or returns with the appropriate authorities in connection therewith.

J. Suspension of Your Account; Transfer of Domain Name to Network Solutions. In addition to all other remedies available at law or in equity, Network Solutions shall have the right, but not the obligation, to (i) suspend your account with Network Solutions indefinitely (which will suspend all other services you may have with us in your account) until payment is received by you in accordance with your obligations under this Schedule, and (ii) transfer the Domain Name to Network Solutions as registrant if you do not make required payments under this Schedule within three (3) business days after notice is sent via email to you from Network Solutions that such payment is owed.

K. Seller Request to Reopen Offer. If we receive a request from the Seller that you reopen an offer under the COS (a "Reopen Request"), we may, but will not be obligated to, notify you of the Reopen Request. If you receive such a request from us, and you wish to submit another offer to the Seller through the COS, any such offer by you shall be treated as an initial offer through the COS, starting anew the COS process, and that offer and all subsequent counter-offers, if any, shall be governed accordingly by the terms and conditions of the Agreement (which includes but is not limited to this Schedule).

9. **Terms for the Seller.** The following additional terms apply only to the Seller. The Seller agrees to the following additional terms in this Section:

A. Acceptance of Offer or Counter-Offer; Process. You may accept, reject or make a counter-offer (as

described below) to the Buyer's offer so long as the offer has not been terminated (the "Offer Period"). If you accept the Buyer's offer during the Offer Period, Network Solutions will inform the Buyer of your acceptance via email (or if using Certified Offer Service PLUS, by telephone), and will attempt to obtain funds from the Buyer via credit card or wire transfer (for transactions of $5,000 or more) to pay the offer price (the "Offer Price") and Network Solutions' Transaction Fee. If you make a counter-offer to the Buyer and the counter-offer is accepted by the Buyer, Network Solutions will inform you via email or by telephone, of the Buyer's acceptance of the counter-offer, and Network Solutions will attempt to obtain funds from the Buyer via credit card or wire transfer (for transactions of $5,000 or more) to pay the counter-offer price (sometimes referred to as the minimum acceptable price) (the "Seller Counter Price") and Network Solutions' Transaction Fee. The Buyer might not accept your counter-offer, but might instead make a counter-offer to you. In that case, you may accept or reject the Buyer's counter-offer so long as the Buyer's counter-offer has not been terminated (the "Buyer Counter Period"). If you accept the Buyer's counter-offer, if any, within the Buyer Counter Period, Network Solutions will inform the Buyer of your acceptance via email or by telephone, and will attempt to obtain funds from the Buyer via credit card or wire transfer (for transactions of $5,000 or more)to pay the Buyer's counter-offer price (the "Buyer Counter Price") and Network Solutions' Transaction Fee. You acknowledge and agree that in any case Network Solutions must first obtain sufficient funds from the Buyer before a transaction can be completed, and that failure of the Buyer to deposit sufficient funds with Network Solutions shall be grounds for Network Solutions to terminate the COS. After sufficient funds have been obtained from the Buyer, Network Solutions will attempt to transfer the Domain Name to a new account with Network Solutions where you will still be the registrant. If the Domain Name is being sponsored by another registrar, Network Solutions will first initiate a transfer of the Domain Name to Network Solutions as registrar. Once the Domain Name is registered with Network Solutions as registrar and in a new account with you as the registrant, Network Solutions will change the registrant of the Domain Name to the Buyer (or as directed by the Buyer). After any successful change of registrant as contemplated herein, Network Solutions will pay to the Seller (as listed in the WHOIS database for the Domain Name at issue), from the funds received by the Buyer, the Offer Price, Seller Counter Price, or Buyer Counter Price, as applicable. In the case of an offer made using Certified Offer Service PLUS, Network Solutions shall also deduct a Seller's Transaction Fee before sending the funds to the Seller. The amount of the Transaction Fee charged to the Seller is published on our Website. If an offer or counter-offer is accepted, you will properly respond to and complete any and all emails and/or documentation sent to you from Network Solutions or your current registrar concerning the transfer of your domain name, and otherwise take all steps necessary, to effect the transfer of the Domain Name to Network Solutions as registrar (where the Domain Name is sponsored by another registrar) and to the Buyer as registrant. Upon fulfillment of your obligations set forth above, and the deposit of sufficient funds by the Buyer, Network Solutions will send you a check for the Buyer's payment of the Offer Price, Seller Counter Price, or Buyer Counter Price, as applicable less the Seller's Transaction Fee.

B. Nature of Your Counter-Offer. We will send your counter-offer, if any, via email, or via telephone, to the Buyer at the email address or phone number provided by the Buyer. Your counter-offer serves as a rejection of the Buyer's offer. You acknowledge and agree that if the email address provided by the Buyer is not accurate or valid, the counter-offer will not reach the Buyer. If you are using Certified Offer Service PLUS we will make every attempt to reach the Buyer either by email, phone or regular mail. Your counter-offer will remain valid and binding on you for a period of ten (10) calendar days (fourteen (14) calendar days if you are using Certified Offer Service PLUS) from the date of your counter-offer, unless before then the transaction is terminated by Network Solutions, or the Buyer accepts, rejects or makes a counter-offer to your counter-offer (the "Seller Counter Period"). You may not and will not attempt to revoke your counter-offer during the Seller Counter Period. Your

counter-offer will automatically terminate upon expiration of the Seller Counter Period.

C. No Changes After Acceptance or Counter-Offer. You will not attempt to transfer or change the registrant for the Domain Name after accepting an offer or Buyer counter-offer, or after making a counter-offer, except as instructed by Network Solutions or if notified by Network Solutions that the Seller Counter Period has expired.

D. Rejection or Termination of Counter-Offer. If the Buyer rejects your counter-offer or fails to respond to your counter-offer during the Seller Counter Period, the COS will immediately terminate.

E. Additional Seller Representations and Warranties. You represent and warrant that as of the time you accept an offer or a Buyer counter-offer, or make a counter-offer, you are the current registrant of the Domain Name (or the current registrant's authorized agent) with full authority to enter into this agreement and to sell and transfer the Domain Name to the Buyer as contemplated herein, and that you have not and will not do anything to change the registrant or current registrar of the Domain Name except as instructed by Network Solutions or if notified by Network Solutions that the Seller Counter Period has expired.

F. Change of Registrar, Domain Name Registration, and Registrant Name Change Subject to Service Agreement. Through the COS, you are applying to transfer, if applicable, and register the Domain Name with Network Solutions as registrar, and to then transfer the Domain Name to the Buyer with Network Solutions as the sponsoring registrar. Any successful change of registrar and registration of the Domain Name with Network Solutions, and transfer and subsequent registration of the Domain Name to the Buyer is governed by the terms and conditions of this Agreement (which includes the General Terms and Conditions and the Schedules applicable to domain name registrations, change of registrar, and registrant name changes).

G. Disclosure of Buyer Information. During the transaction contemplated by the COS, we will not disclose the identity of the Buyer except as otherwise permitted in this Agreement.

H. Tax Consequences. You agree that you are responsible for complying with all tax filings, certifications, notices, rules and regulations, arising out of your actions as a Seller through the COS, including the payment of any sales, use, value-added or other taxes, assessed or due in connection with your receipt of payment of the Offer Price, Seller Counter Price, or Buyer Counter Price, as applicable, from the Buyer (through Network Solutions) and the filing of any required forms or returns with the appropriate authorities in connection therewith.

I. Seller Request to Reopen Offer. We may, but shall not be obligated to, provide you with the opportunity to request through us that a Buyer reopen an offer for the Domain Name. In the event a Buyer does in fact reopen an offer, such an offer will be treated as an initial offer under the terms of the COS, starting anew the COS process, and that offer and all subsequent counter-offers, if any, shall be governed accordingly by the terms and conditions of the Agreement (which includes but is not limited to this Schedule).

10. **Terms Between Buyer and Seller.** The following terms and conditions apply between the Buyer and Seller (unless defined in this Section, capitalized terms shall have the meaning assigned to them elsewhere in this Schedule):

A. Buyer's Rights and Obligations to Seller. By making an offer or counter-offer through the COS, the Buyer offers to pay to the Seller (through Network Solutions) the offer price or Buyer Counter Price conveyed by email or by telephone to the Seller by Network Solutions through the COS in exchange for the Seller's agreement to transfer the Domain Name to the Buyer. The Buyer further agrees to keep the Buyer's offer and any Buyer counter-offer, if any, open and valid for a period of ten (10) calendar days (fourteen (14) calendar days if you are using Certified Offer Service PLUS) from the date of the offer or counter-offer, unless the offer or counter-offer is accepted or rejected sooner (each an "Offer

Acceptance Period"). If the offer or Buyer counter-offer is accepted by the Seller within the Offer Acceptance Period in the manner provided for through the COS, or if the Seller makes a counter-offer which is accepted by the Buyer within the Counter-Offer Acceptance Period (defined below) in the manner provided for through the COS, the Buyer agrees to pay the Seller the offer price, Seller Counter Price, or Buyer Counter price, as applicable, by depositing sufficient funds via credit card with Network Solutions or by making payment by wire transfer (for transactions of $5,000 or more) to Network Solutions, to cover the offer price, Seller Counter Price, or Buyer Counter price, as applicable, and any Transaction Fee owed by the Buyer to Network Solutions, and to take all other steps described in the COS process and the agreement between Buyer and Network Solutions to permit completion of the transaction. Buyer agrees that in addition to Seller's other rights and remedies, Seller shall be permitted to seek a re-transfer of the Domain Name to Seller if at any time during or after the transaction provided for through the COS, Buyer fails to deposit sufficient funds or the Buyer's funds are determined to be insufficient to pay the payments for which the Buyer is obligated under the terms of this Schedule, and Buyer hereby consents to any such re-transfer.

B. Seller's Rights and Obligations to Buyer. By accepting an offer or Buyer counter-offer within the Offer Acceptance Period, or making a counter-offer through the COS that is accepted by the Buyer during the Counter-Offer Acceptance Period (defined below), in either case in the manner provided for through the COS, the Seller agrees to transfer the Domain Name to the Buyer (or the Buyer's designee) in exchange for the Buyer's agreement to pay the Seller and fulfill the Buyer's other obligations as set forth in 10A above. The Seller further agrees to keep the Seller's counter-offer, if any, open and valid for a period of ten (10) days (fourteen (14) calendar days if you are using Certified Offer Service PLUS) from the date of the counter-offer, unless the counter-offer is accepted or rejected sooner (the "Counter-Offer Acceptance Period"). If the Seller accepts the Buyer's offer or counter-offer, or the Buyer accepts the Seller's counter-offer, Seller further agrees to fulfill its obligations described in the COS process and the agreement between Seller and Network Solutions to permit completion of the transaction, including agreeing to allow Network Solutions to deduct the amount of the Seller's Transaction Fee from Buyer's payment. The Seller shall provide the Buyer, upon request by the Buyer, with the information necessary for the Buyer to fulfill its obligations, if any, related to tax filings and/or certifications in connection with the payment being made to Seller hereunder.

C. Representations of the Parties to One Another. The Seller (or the person acting on behalf of the Seller) represents and warrants to the Buyer, and the Buyer (or the person acting on behalf of the Buyer) represents and warrants to the Seller, that he/she/it is authorized to agree to the terms set forth in this Schedule and to do all things necessary to complete the transaction contemplated by the COS, and that he/she/it will take all steps necessary to fulfill his/her/its obligations to the other party and to Network Solutions.

## SCHEDULE N TO NETWORK SOLUTIONS SERVICE AGREEMENT

### WEB HOSTING SERVICES

In addition to the terms and conditions in the General Provisions and other applicable Schedules in the Agreement, the following additional terms and conditions shall apply to any and all purchases of nsCommerceSpace™ or Web Hosting Services (as defined below).

## 1. Description of Service

Network Solutions may make available for purchase, from time to time, a variety of hosting or hosting related packages referred to as nsCommerceSpace™, Shared Web Hosting (formally Web Hosting),

SharePoint® Hosting, VPS Hosting, other stand-alone hosting services and optional add-on services, as published on the Network Solutions website (collectively, "Web Hosting Services"). Subject to the terms and conditions of this Agreement (which includes this and all other applicable Schedules) and during the term of this Agreement, Network Solutions agrees to provide to you the Web Hosting Services you purchase during the sign-up process. Network Solutions reserves the right to amend its Web Hosting Services offerings and to add, delete, suspend or modify the terms and conditions of the Web Hosting Services, at any time and from time to time, and to determine whether and when any such changes apply to both existing and future customers.

## 2. Fees and Payment Terms

2.1 Web Hosting Services shall be paid by valid payment method (acceptable to Network Solutions) at the time of purchase at the fee set forth on our Website. Your monthly and, if you've selected our "auto-renew" feature, annual payments for Web Hosting Services shall be automatically charged to the payment method provided by you at the time of your purchase (with such payments being charged in advance on a monthly or annual basis, as applicable) each month or annually, as applicable ("Web Hosting Services Fee"), and you hereby agree that Network Solutions is authorized to so charge the payment method on file. Network Solutions, in its sole discretion, shall determine the prices it will charge for the Web Hosting Services, and the terms and conditions applicable to the same, and Network Solutions may, upon providing prior written notice to you by email, amend such pricing and/or terms and conditions. If you do not agree to any such pricing and/or terms and conditions change(s), you may terminate this Agreement (or cancel your Web Hosting Services, as applicable) as provided herein within thirty (30) days from the date of your notice; otherwise all such changes shall be effective with respect to your account, and you agree that we are authorized to charge your credit card for any new Web Hosting Services Fee, on the next monthly or annual (as applicable) payment cycle.

2.2 In addition to recurring service fees, Network Solutions may charge set up fees and other one-time fees for any optional services as set forth on our Website and/or described in this Schedule (collectively "One-time Fees"). Billing for One-time Fees shall be by valid credit card (acceptable to Network Solutions) at the time of purchase at the price set forth on our Website. Your One-time Fees shall be automatically charged to the credit card provided by you (and acceptable to Network Solutions) at the time of your purchase, and you hereby agree that Network Solutions is authorized to so charge your credit card. Network Solutions, in its sole discretion, shall determine the prices it will charge for all One-time Fees.

2.3 Network Solutions will charge you a Processing Fee if you terminate or cancel any package prior to the completion of any limited money-back guarantee time period for that package. You authorize Network Solutions, in its sole discretion, to charge the credit card provided by you at the time of your purchase or forward an invoice to you immediately upon any such termination or cancellation of an annual Web Hosting Services package for the amount of the Processing Fee.

2.4. Network Solutions will suspend your account if you request a chargeback on your credit card for automatic charges to your credit card for excess data transfer usage (see Section 6 below).

## 3. Term and Termination

3.1 Term. Your Web Hosting Services shall be either (i) on a month-to-month basis for successive monthly periods or other similar billing cycle, (ii) if you have selected our auto-renew feature, on a year-to-year basis for successive yearly periods, or (iii) if you have not selected our auto-renew feature, for a one-time annual period, all unless either party notifies the other of termination or cancellation in accordance with this

Agreement, and subject to the then-current terms and conditions of this Agreement at the time of any renewal of your Web Hosting Services.

3.2 Cancellation. Subject to your obligation to pay any applicable Processing Fees, you may cancel your Web Hosting Services at any time. To cancel your Subscription Service you must notify Network Solutions. Your Web Hosting Services will be canceled as of the expiration of the monthly billing cycle in which your notice was received. Any fees already paid to Network Solutions shall not be reimbursed to you (except for money back guarantees that may apply to your services). Unless terminated earlier as provided herein, this Schedule, and the Agreement if you have no other services with Network Solutions, will be terminated as of the cancellation of your Web Hosting Services.

3.4 Upon any termination of this Schedule or the Agreement for any reason, Sections 2, 3.4, 4, 5, 6, and 7 shall survive termination.

## 4. Additional Warranty Disclaimers and Limitations of Liability

4.1 ADDITIONAL DISCLAIMER. NETWORK SOLUTIONS IS NOT LIABLE, AND EXPRESSLY DISCLAIMS ANY LIABILITY, FOR THE CONTENT OF ANY DATA TRANSFERRED EITHER TO OR FROM YOU OR STORED BY YOU OR ANY OF YOUR CUSTOMERS VIA THE SERVICES PROVIDED BY NETWORK SOLUTIONS.

4.2 Information obtained by you from the Internet may be inaccurate, offensive or in some cases illegal. Network Solutions has no control over information contained on the Internet and accepts no responsibility for any information that you may receive or transmit via the Internet.

4.3 You accept full responsibility to verify the truth and accuracy, legality and ownership of the information that you disseminate or display in connection with your use of the Web Hosting Services or obtain from the Internet.

4.4 You agree that if Network Solutions takes any corrective action under this Agreement in response to your or your end users' actions or failures to act, that corrective action may adversely affect you or your end users and you agree that Network Solutions shall have no liability to you or your end users due to any corrective action taken by Network Solutions.

4.5 You agree that Network Solutions has no obligation to back-up any data related to your website unless Network Solutions expressly agrees otherwise in writing (or has expressly stated so on our Website). You agree that you will regularly back-up your data whether or not Network Solutions agrees to or actually does back-up any data.

4.6 You agree that any backups provided in conjunction with the Web Hosting Services will be allocated to any applicable storage package.

## 5. Restrictions on Use

5.1 Network Solutions does not intend to and shall have no obligation to systematically monitor the content that is submitted, stored, distributed or disseminated by you via the Web Hosting Services (the "Content"). Your Content includes content of your end users and/or users of your website. Accordingly, you are responsible for your end users' content and all activities on your website. Network Solutions, in its sole and exclusive discretion, may immediately take corrective action, including, but not limited to, removal of all or a portion of your Content and suspension and/or termination of your Web Hosting Services, in the event of

notice of any possible violation of this Agreement or the AUP by you or your end users. You agree that Network Solutions will have no liability to you or any of your end users due to any corrective action that Network Solutions may take and that you will not be entitled to a refund of any fees paid in advance prior to the corrective action. You agree to the additional restrictions of use for the ancillary services provided by Network Solutions in conjunction with the Web Hosting Services that are found in other schedules to this Agreement.

5.2 You warrant that your Content does not violate or infringe any copyright, trademark, patent or intellectual or other proprietary property right of any third party or contain any obscene or libelous material or otherwise violate any law or regulation.

5.3 Your use of networks or computing resources provided to Network Solutions by third party providers and made available to you as part of the Web Hosting Services is subject to the respective permission and usage policies of such third parties. If you purchase VPS Hosting services, you agree to be bound by the terms of the End User License Agreement located at http://www.swsoft.com/en/company/eula/.

5.4 You expressly (i) grant to Network Solutions a license to cache the entirety of your Content and your Website, including content supplied by third parties, hosted by Network Solutions under this Agreement, and (ii) agree that such caching is not an infringement of any of your intellectual property rights or any third party's intellectual property rights.

5.5 You agree that you will not exceed the bandwidth or storage space limits applicable to the Web Hosting Services purchased, as set forth on our Website. You agree that if you do exceed either of such limits, Network Solutions, in its sole and exclusive discretion, may immediately take corrective action, including, but not limited to, deletion of part or all of your content, assessment of additional fees, suspension and/or termination of your Web Hosting Services. You agree that Network Solutions will have no liability to you or any of your end users due to any corrective action that Network Solutions may take and that you will not be entitled to a refund of any fees paid in advance prior to the corrective action. Furthermore, Network Solutions' hosting servers are not an archive and Network Solutions shall have no liability to you or any other person for loss, damage or destruction of any of your content. You shall at all times, use the space provided to you on Network Solutions' hosting servers exclusively for serving up and deploying your website. You shall not use the space provided to you on Network Solutions' hosting servers in any way which may result in an excessive load on the Network Solutions' equipment and/or network, including but not limited to installing or running web proxies, using your allotted space as online backup or storage, or mirroring mass downloads. Use of the space provided to you on Network Solutions' hosting servers and your services shall be in a manner consistent with the terms and conditions of this Agreement and shall not in any way impair the functioning or operation of Network Solutions' equipment or network. Should your use of the Network Solutions' services result in a violation of this or any other part of this Agreement, in Network Solutions' sole discretion, Network Solutions may suspend your services until the cause of any such violation is determined and resolved.

5.6 For the "Unlimited" shared Web Hosting Services, there is no bandwidth or storage space limit. However, "Unlimited" shared Web Hosting Services are not intended to support the hosting needs of large enterprises that require large bandwidth and storage capabilities. To insure that our shared hosting is reliable and available for all of our small business users, your usage cannot adversely affect the performance of other customers' sites. Using our "Unlimited" shared Web Hosting Services primarily as online storage space for archived electronic files is prohibited. You agree that if your bandwidth and storage space usage adversely affects other customers on our shared hosting platform, Network Solutions may suspend or terminate your Web Hosting Services without liability.

5.7 You may use the SpaceManager feature for this service (which is found on Network Solutions' website) in order to store and share up to 2GB of files. Each file shall not exceed 200MB in size. You agree that your use of SpaceManager shall not in any way impair the functioning or operation of Network Solutions' equipment or network. You further agree that if you exceed the limitations set forth above, and/or violate Network Solutions' Acceptable Use Policy. Network Solutions, in its sole and exclusive discretion, may immediately take corrective action, including, but not limited to, assessment of additional fees, suspension, termination, and/or deletion of your files.

## 6. Data Transfer Overage Charges

6.1 You agree that you will not exceed the data transfer (bandwidth) or storage space limits applicable to the Web Hosting Services purchased, as set forth on our Website. You agree that if you do exceed either of such limits, Network Solutions, in its sole and exclusive discretion, may immediately take corrective action, including, but not limited to, assessment of additional fees and/or suspension and/or termination of your Web Hosting Services. You agree that Network Solutions will have no liability to you or any of your end users due to any corrective action that Network Solutions may take and that you will not be entitled to a refund of any fees paid in advance prior to the corrective action.

6.2. Excess bandwidth usage cannot be purchased by you in advance.

6.3. If you exceed your data transfer limit in the last 24 hours of any given month, Network Solutions will not charge you additional fees so long as the data transfer overage does not exceed 25GB.

6.4. For the VPS Hosting, you agree that Network Solutions may automatically charge your credit card for the bandwidth overage fees. You may opt-out of automatic charges to your credit card by contacting Customer Service. If you opt out of the automatic overage charges, you risk account suspension if you exceed your allotted amount.

## 7. Other Terms and Conditions

7.1 The Web Hosting Services we provide under this Agreement may incorporate other products or services that we provide, or products or services provided by third parties with whom we have a business relationship ("Additional Services"). Your use of these Additional Services may be subject to a separate application and/or approval process and you reaching separate agreements with us or with third parties. (For example, if you desire to accept credit card payments through a website you establish via the Web Hosting Services, your relationship with the third-party merchant account provider may be subject to an application and approval process and you reaching a separate agreement with such provider.) Some of these separate agreements may require you to pay fees in addition to the fees that you pay us for the Web Hosting Services. We will strive to let you know when your receipt of Additional Services will require you to enter into a separate agreement, whether with us or with a third-party, and whether such separate agreement will require you to pay additional fees. Additionally, depending on the services you elect to receive, you may be responsible for establishing and maintaining a commercial banking relationship with a financial institution. The terms of any such relationship shall be between you and the financial institution and will not necessarily reflect or incorporate terms of any agreements we may have with the institution. Further, you agree that our third party vendors providing any services as part of the Web Hosting Services, and their successors, are intended third-party beneficiaries under this Agreement and will be entitled to enforce your obligations under this Agreement. Finally, you acknowledge and agree that other Schedules in this Agreement may apply to the various services included in your Web Hosting Services package (for example, Schedules related to domain name registration, email, Private Registration, etc.), and that you have read and you agree to be bound by the additional terms

and conditions in those Schedules.

7.2 You agree that any domain name directory, sub-directory, file name or path (e.g. ) that does not resolve to an active web page on your Website being hosted by Network Solutions, may be used by Network Solutions to place a "parking" page, "under construction" page, or other temporary page that may include promotions and advertisements for, and links to, Network Solutions' Website, Network Solutions product and service offerings, third-party Websites, third-party product and service offerings, and/or Internet search engines. You agree that Network Solutions may change the content and/or appearance of, or disable any of these temporary pages at any time, in its sole discretion, and without prior notice.

7.3 For the VPS Hosting services, Network Solutions may also offer MyTime Support™ services in addition to providing its standard support services. MyTime Support™ is available to assist you with complex technical functions and issues related to the VPS Hosting services and are available for a fee that will be charged to your credit card based on the amount of support time used. Network Solutions makes no warranties with respect to any technical support services provided to you and you are solely responsible for the management of your VPS Hosting system, server software and applications.

## SCHEDULE O TO NETWORK SOLUTIONS SERVICE AGREEMENT

### ONLINE MARKETING SERVICES (nsMarketing™)

In addition to the terms and conditions in the General Provisions and other applicable Schedules in the Agreement, the following additional terms and conditions shall apply to any and all purchases of Online Marketing Services, SEO Optimizer, Gorilla Online Marketing or nsMarketing™ Services (as defined below).

## 1. Description of Service

1.1 Network Solutions may make available for purchase, from time to time, a variety of online marketing services in the form of our nsMarketing™ solution, Gorilla Online Marketing and/or SEO Optimizer product, including online banner advertisement creation and publication, pay per click search engine advertising, email communication tools, registration with several World Wide Web search engines and Internet Yellow Pages Directories (as described on our Website), search engine optimization, link building, search submissions, keyword optimization, local, regional and national directory listing and submission, Website and site map analysis, call-tracking, search engine optimized press release service, search engine visibility and/or premium listings services (collectively, "Online Marketing Services", "nsMarketing" or "Services"), as published on the Network Solutions Website. Subject to the terms and conditions of this Agreement (which includes this and all other applicable Schedules) and during the term of this Agreement, Network Solutions agrees to provide to you the Online Marketing Services you purchase during the sign-up process. Network Solutions reserves the right to amend its Online Marketing Services offerings and to add, delete, suspend or modify the terms and conditions of such Online Marketing Services, at any time and from time to time, and to determine whether and when any such changes apply to both existing and future customers.

1.2 In order to use the Services, you must obtain access to the Internet/World Wide Web, either directly or through devices that access Web-based content, and pay any service fees associated with such access. In addition, you must provide all equipment necessary to make such connection to the Internet/World Wide Web, including a computer and modem or other access device.

## 2. Your Obligations.

2.1 If you provide any information that is untrue, inaccurate, incomplete or not current, or we have reasonable grounds to suspect that such information is untrue, inaccurate, incomplete or not current, Network Solutions has the right to suspend or terminate your account and refuse any and all current or future use of the Services (or any portion thereof).

2.2 You understand that all information, data, text, software, music, sound, photographs, graphics, video, messages or other materials (for purposes of this Schedule, "Content"), whether publicly posted or privately transmitted, are the sole responsibility of the person from which such Content originated. This means that you, and not Network Solutions, are entirely responsible for all Content that you upload, post, email or otherwise transmit via the Online Marketing Services.

2.3 In addition to all other restrictions under this Agreement and the Acceptable Use Policy, you agree to not use the Online Marketing Services to upload, post, email or otherwise transmit any Content that you do not have a right to transmit under any law or under contractual or fiduciary relationships (such as inside information, proprietary and confidential information learned or disclosed as part of employment relationships or under nondisclosure agreements).

2.4 You acknowledge that Network Solutions does not pre-screen Content, but that Network Solutions and its designees shall have the right (but not the obligation) in their sole discretion to refuse or move any Content that is available via the Service. Without limiting the foregoing, Network Solutions and its designees shall have the right to remove any Content that violates this Agreement or is otherwise objectionable. You agree that you must evaluate, and bear all risks associated with, the use of any Content, including any reliance on the accuracy, completeness, or usefulness of such Content. In this regard, you acknowledge that you may not rely on any Content created by Network Solutions or submitted to Network Solutions.

2.5 You understand that the technical processing and transmission of the Online Marketing Services, including your Content, may involve (a) transmissions over various networks; and (b) changes to conform and adapt to technical requirements of connecting networks or devices.

2.6 Network Solutions reserves the right to reject any advertisements from entities for any reason, including those products and/or advertisements deemed to be inappropriate in any way. This includes advertisements or links to pornography, violence, vulgar language, dating/personal ad sites, mp3 sites, gambling, racial/hate promotion, foreign language, etc.

**3. Fees and Payment Terms.** Payment for the Online Marketing Services selected by you will be on a pre-paid basis, due and payable at the beginning of the term, and will continue billing at the beginning of any and all subsequent terms until such time as you or we terminate the Online Marketing Services. To participate in the premium listings service (the "Listings Service") (as a part of the Online Marketing Services and in particular the Paid Search Advertising Services further defined in Schedule P to this Agreement), you must be an active, current Network Solutions account holder. You agree to pay us or our third party vendors for all charges incurred by your use of the Listings Service. For charges generated through the delivery of clicks to your site, you will be charged based on actual clicks and pay all charges in US Dollars. All charges are exclusive of taxes. Charges are solely based on our (or our third party vendors') click measurements. For all pay-per-click or similar Online Marketing Services with fees paid in advance based on projected advertising spend and related service and/or management fees, for all amounts not spent on pay-per-click or other advertising and not otherwise allocated towards related service or management fees, such amounts may not rollover or be returned, but instead may be retained by Network Solutions.

You are responsible for paying all taxes and government charges, and reasonable expenses and attorney fees

we incur in any action associated with the collection of service fees. You agree to submit any claims or disputes regarding any charge to your account in writing to us within sixty (60) days of such charge otherwise such claim or dispute will be waived and such charge will be final and not subject to challenge.

Any one-time service fees charged to your account and any initial deposit, the value of which will be credited to your account, are non-refundable. When your funds on deposit with us fall below the minimum level for active accounts, defined as 20% of your estimated monthly click charge for the PPC Services, we will automatically bill your credit card, charge card, or debit card on file the amount equal to the minimum monthly amount (defined as your Average Daily Spend amount multiplied by 30 days), as specified by you during the Listings Service signup. We reserve the right to change the minimum level for active accounts at any time. You have the option of terminating your Listings Service at any time. Such termination of your Listings Service shall be effective at the end of your normal billing cycle, or when your funds on deposit are exhausted. At time of notice of termination, we reserve the right to allocate any or all of your available funds to any outstanding charges or fees due us. Upon the effective date of termination, your listings will be removed from the search engines.

**4. Your License.** Network Solutions grants you a personal, non-transferable and non-exclusive right and license to use on a single computer the object code of any software provided to you by Network Solutions in connection with the Online Marketing Services ("Software"); provided that you do not (and do not allow any third party to) copy, modify, create a derivative work of, reverse engineer, reverse assemble or otherwise attempt to discover any source code, sell, assign, sublicense, grant a security interest in or otherwise transfer any right in the Software. You agree not to modify the Software in any manner or form, or to use modified versions of the Software, including (without limitation) for the purpose of obtaining unauthorized access to the Online Marketing Services. You agree not to access the Online Marketing Services by any means other than through the interface that is provided by Network Solutions for use in accessing the Online Marketing Services.

**5. Specific Restrictions.** In certain instances involving the Online Marketing Services, Network Solutions will perform industry research in order to provide keyword phrase choices to you. During these research activities, Network Solutions may contact you via email with information that will require a response. Response will be necessary for the project to move forward in a timely manner. In these situations, if a response is not received from the client for more than 60 days, the project is considered "abandoned" and payment is surrendered in full. Network Solutions will not conduct any type of intellectual property review or analysis of recommended keyword phrases and will further conduct no review of any third party rights to recommended keyword phrases. You agree it is entirely your responsibility and obligation to conduct an analysis of any recommended keyword phrases to determine whether any other party may have any type of rights to the recommended keyword phrases. Network Solutions will not be held liable for any claims arising out of your choice or lack thereof of recommended keyword phrases. You agree that you assume all risks for trademark infringement, brand infringement, intellectual property infringement or other claims based on your choice of keyword phrases. Any tutorial that is provided on a 30-minute or 60-minute basis as a part of the Online Marketing Services is for information purposes only. These tutorials are one time only and if the tutorial is cut short for any reason by you prior to the end of the 30-minute or 60-minute session no continuation of the tutorial is permitted. Network Solutions has the right to terminate the tutorial at the end of either the 30-minute or 60-minute session. Network Solutions may also terminate any tutorial if a Customer is abusive, makes threats, indicated that the Customer is involved in unlawful activity or poses a risk in any way to Network Solutions.

**6. Content.** Customer takes full responsibility for all content suggested or supplied to Network Solutions for

inclusion on web document(s), advertisement(s) or any form of media. Customer is held legally liable for the supplied content and all Content on Customer's Website, including, but not limited to, recommended content and content created by Network Solutions for a Customer's Website. Customer agrees to abide by all local, state, national, and international laws including, but not limited to, trademarks, patents and copyrights. Customer agrees to all content created by Network Solutions to be hosted on customer's website for the purposes of achieving increased search engine visibility. Customer agrees once the Services begin, additional content may be added to the site by Network Solutions and code may be adjusted to optimize for search engines. Any requested changes to graphics, text, web pages, and forms or any other requests extending outside of the scope of the project (as defined in the pricing plans) will not be included or considered without advanced payment of $120/ hour. Customer gives Network Solutions full authority as a part of this service to create, add, delete, revise or upload content, including approved keywords, onto the Customer's site in order to optimize your site for search engines.

**7. Changes and Alterations to Customer Websites.** In order to keep your website ranking in top search engine or online positions or to develop, create and build links we prefer to have full access (read/write permissions) to your Website content as found on your Website server. This access may be provided in the form of FTP login credentials, or access credentials to a Content Management System (CMS) used on your Website. This will allow us to make any necessary changes to your site to optimize your website for search engine or online directory rankings. Ongoing access may be required if the level of service you have purchased includes regular optimization of your website over time. You agree to allow Network Solutions to perform a complete analysis of your site, including, but not limited to, its code, text and links. You further agree that Network Solutions may make adjustments as needed to enable the site, code, text or links to be located by search engines. Network Solutions will make an effort to work with you to notify you of any modifications, adjustments or additions that are made to your site during this process.

We must have the ability to optimize the layout and keyword density of your web pages. If you plan to make any significant design changes to your site within six months of your Online Marketing Services (optimization) order, you must notify Network Solutions before work commences. If Network Solutions is not notified, a charge may be applied for any update of custom pages that you make. In the event that we are not provided full FTP or CMS access to the Website server, we will send you the content and any changes and you will be fully responsible for uploading such content and changes to your Website.

**8. Feedback.** Customer agrees to provide via email to Network Solutions approval of the keyword phrase list within a reasonable period of time (as determined by Network Solutions in its sole discretion and indicated to you in such email). If feedback is not received by Network Solutions within such time period, you agree that Network Solutions reserves the right to finalize recommended keywords and Network Solutions will not be held liable for any claims that may arise from the finalization of the keyword phrases or any additional costs required to extend the project timeline. You understand and agree that your failure to respond to the email that contains the recommended keyword phrase list within the time period outlined in the email is considered an approval of the recommended keyword phrase list thereby giving Network Solutions the authority to submit and optimize your site with such keyword phrase(s) contained on the list.

**9. Links.** You give Network Solutions full authority and rights to your website in order to develop appropriate links, including but not limited to, the text, content and placement of links on your site. You give Network Solutions the right to establish an email account on your behalf for the purpose of communicating with third parties in order to place links to your site on third party sites. You also give Network Solutions the full authority to contact third parties by any means to place links on third party sites. Customer agrees that links that are established by use of the Services on third party sites may be removed or deleted by third

parties. It is Network Solutions intention when it places links on third party sites for those links to be permanently placed on such third party sites, but Network Solutions can not control the actions of third parties that may remove or delete a link that Network Solutions has placed. Customer expressly agrees that Network Solutions has no liability and no responsibility for links to a Customer's site that are removed or deleted by third parties on third party sites. Network Solutions disclaims all liability for any and all claims that may arise against Customer or a third party as a result of a link or the text of a link that is on any site on the internet or that has been placed on a site as a part of the Services. Customers understands and agrees that Network Solutions will not conduct any type of intellectual property search, including trademarks or copyrights, as a part of the Services and therefore Customer assumes all risks related to intellectual property infringement or violation of any third party's rights.

**10. Press Release Services.** The Press Release Service means the service offered by Network Solutions in creating content that is dispersed through third party press release distribution channels. As a part of the press release service for Online Marketing Services you agree to work with Network Solutions, answer any questionnaires that may be sent to you regarding your site and also permit a full analysis of your site in order for a press release to be written. Upon finalization of the press release, Network Solutions will submit the press release to certain major internet news sites and will work to distribute the press release through third parties. The press release service is dependent on various third parties and Network Solutions is not in any way responsible for the failure of these third parties to perform in their responsibilities.

**11. Refunds, Limitations and Guarantees.**

11.1 Due to the nature of online marketing, Network Solutions cannot offer guarantees with its Online Marketing Services or nsMarketing™ Services and, as such, all payments are nonrefundable.

11.2 For cretain applicable optimization packages, Network Solutions will work to have your website listed in top ten listings across multiple search engines. Most engines will index your site in about three (3) months, but it takes time to gain popularity and ranking. The search engines included are: AOL®, AlltheWeb®, AltaVista, Ask.com (formerly known as AskJeeves.com), Google®, Hotbot®, Lycos®, Bing.com (MSN), Netscape®, and Yahoo!®. Your selection of keyword phrases that are competitive phrases may impact the ability for your Website to acquire top listings in all or some search engines. The web is very unpredictable and dynamic. In no event will Network Solutions will be liable for any damages, for any cause, arising from provided services, including any lost profit, lost savings, or other incidental or consequential damages, even if another party has advised Network Solutions of the possibility of such damages, or for any claim.

11.3 Any Website downtime of one day or more will impact your services as search engines may remove your listing if they cannot find your site. Cloning your Website after the promotion has been uploaded will adversely impact your Website's ability to acquire top listings in search engines because search engines penalize and ban sites for this practice. Any website that contains adult content is not eligible for Online Marketing Services.

You may need to use multiple domains for commonly misspelled versions of your domain name, or for other good domain names that you do not want your competitors to get. The only way to point multiple domains to the same website in a search engine friendly manner is through a 301 redirect. If you have purchased multiple domains and simply redirect them to the same IP address (website) without using a 301 redirect, this may be considered by some search engines to be spam because you're trying to index multiple website domain names that point to the same physical content on the server. Doing this will risk a duplicate content penalty in some search engines.

11. 4. From a search engine perspective, 301 redirects are the only acceptable way to redirect URLs. If Network Solutions finds that you are not using a 301 redirect to accomplish this task, your Website may not be able to acquire top listings in search engines. Search engines will index only your site's main URL, but will transfer link popularity from the additional domains to the main one.

11.5 Network Solutions' nsMarketing™ Services do not include the paid submission fees that some search engines charge for inclusion. We are not affiliated with these submission services in any way. You may opt to pay these fees directly to the search engine for inclusion.

11.6 The press release service is not available for certain types of sites including pharmacy sites, gambling sites and adult sites. Network Solutions reserves the right to decline any or all services to any site based upon site content.

11. 7 In order for Network Solutions to provide the best possible search engine optimization services, we need to work together as a team. You agree that you will let us know if you make any changes to your website pages, especially the homepage. As the entrance to your site, this page is critical. You agree to inform us of any substantial edits or changes to your site within two days. Search engine optimization fees to repair altered pages are billed at $120 per hour.

11.8 For each press release to be generated and distributed you must initiate the Press Release Service by completing a press release questionnaire sent to you via email. If you do not provide a completed questionnaire within one year of purchasing the service, your Press Release Service will expire. If you do not initiate the Press Release Service with a completed questionnaire and cancel the Press Release Service prior to expiration, you may be eligible for a 100% refund of your Press Release Service payment. If you do not initiate the Press Release Service with a completed questionnaire and cancel the service after expiration, you may be eligible for a 50% refund on the individual retail price (at the time of purchase) of your unused press releases. We will refund all charges to the same form of billing you used for your purchase of the Press Release Service. If you have initiated the Press Release Service by completing the questionnaire at any time, all payments on that press release are non-refundable. An expired Press Release Service may be honored for fulfillment at the discretion of Network Solutions.

11.9 Network Solutions may at any time terminate the Online Marketing Services, terminate this Agreement or cancel any online marketing. Network Solutions will notify Customer by email of any such termination or cancellation which shall be effective immediately. Upon cancellation or termination Customer shall remain liable for any amounts due through the date of such cancellation or termination. Should you desire to cancel Online Marketing Services, you must call Network Solutions at 877.438.8599 at least seven (7) business days prior to the renewal of your existing service. E-mail or any other forms of attempted cancellation are not valid. Cancellation of Online Marketing Services will occur within 48 hours of receipt of request. Cancellations may be subject to a cancellation fee. Cancellation requests made after renewal of the specific Online Marketing Service(s) will be valid only at the end of the then current 30-day billing cycle, at which time such Online Marketing Service(s) will be canceled. Upon cancellation of your Online Marketing Service(s), Network Solutions will not provide any refunds to you.

**12. Time Constraints.** Unless otherwise specified in writing by Network Solutions, all projects will be considered completed upon delivery of the completion notification email. Any additional work will be considered out of the scope of the initial project and subject to hourly charges.

**13. Set-up Fees.** There are set-up fees related to the Services that are non-refundable. These and other set-up fees are required as Network Solutions often must pay for services, software, hardware or labor up front as

Case 1:15-cv-22463-MGC    Document 48    Entered on FLSD Docket 10/15/2015    Page 180 of 265

soon as a Customer purchases the Services.

**14. Additional Fees.** Customer agrees that any additional assistance with the Services will be billed by Network Solutions to the Customer at the rate of $120/hour. Customer also agrees to pay $120/hour for any changes, modifications, updates, and optimization alterations that exceed the scope of the project.

**15. Local Search Visibility.** In addition to the other terms of this Agreement and this Schedule O, Customers who purchase the Local Search Visibility feature of nsMarketing™ Services understand and agree that as a part of this package Network Solutions will offer applications and other related functionality that will generate or recommend keyword phrases that the Customer may consider using. Customer agrees not to abuse such applications by submitting multiple repeated requests. Network Solutions reserves the right to terminate, suspend, revoke or cancel access to these and other applications if the Customer abuses them in any way. Customer also acknowledges and agrees that Network Solutions or any of its partners do not perform any type of intellectual property search or screen on any recommended keyword phrases. Consequently, Customer accepts that it assumes all risk and liability for using recommended keyword phrases that are generated through provided applications or are otherwise recommended by Network Solutions. Network Solutions is not responsible for any claims by any parties involving Customer's use of recommended keywords that may be in violation of any third party's rights (including intellectual property rights). Customer expressly authorizes Network Solutions to submit the Customer's site and information related to such site to search engines and/or directories and to set the Customer's site for automatic re-submission to search engines and/or directories at a frequency determined by Customer updates to their information. If the submission fails due to errors in the customer's information, the Customer assumes the responsibility for correcting their information. Customer expressly understands that the list of search engines and directories to which Network Solutions submits Customer's site and information related to such site may change at any time and therefore Customer expressly authorizes Network Solutions to change search engines and/or directories for submission purposes when the need may arise. From time to time, Network Solutions may make certain search engine or online directory ranking reports available to a Customer as part of this service. Such reports may contain inaccurate or incomplete information and such reports may also not contain updated information. Network Solutions is not responsible for any errors, omissions or other issues that may arise from such reports or the submission of Customer's site to any search engine or directory. If Customer does not want Network Solutions to submit the Customer's site for any reason, Customer must notify Network Solutions by telephone and email. For any Local Search Visibility package(s), Customers on monthly payment terms will be billed the monthly fee each month in advance. This method of billing will apply to all Customers whether or not a Customer's Website is live.

## SCHEDULE P TO NETWORK SOLUTIONS SERVICE AGREEMENT

### PAID ADVERTISING SERVICES (nsMarketing™)

In addition to the terms and conditions in the General Provisions and other applicable Schedules in the Agreement, the following additional terms and conditions shall apply to any and all purchases of Paid Advertising Service(s) ("Advertising Services") (as defined below) which may be part of the nsMarketing™ solution.

**1. Description of the Service.** For purposes of this Schedule P to the Service Agreement, the Advertising Services shall mean the services whereby Customers wishing to advertise and drive traffic to their Website(s), services or products, pay for advertisement listings (including targeted local advertising) and/or phone numbers to appear in the search results generated by Network Solutions and/or its search engine partners in response to a keyword search term and such advertising campaigns are managed, tracked and monitored via a

platform that provides reports, lead and call tracking, and in some instances call recording for sales calls. Advertising Services include any advertising which may be categorized as Pay Per Click Services ("PPC Services"), Pay Per Impressions Services ("PPM Services"), Pay Per Action Services ("PPA Services"), and Pay Per Call Services. Advertisements managed through these Advertising Services may appear on any variety of media, including but not limited to Internet search engine results. Other media types include content networks such as online news or article sites and online video sites, as well as media such as mobile devices. Registering for Advertising Services does not in any way guarantee that all or any of the search terms ("keywords") submitted will be accepted by Network Solutions or a third party provider. Network Solutions reserves the right, at any time and from time to time to reject and/or remove any keywords submitted by Customers. As used in this agreement, the terms "Client", "Customer" and "You" mean you and the company or entity that you represent. You agree that Network Solutions may exchange information pertaining to your Advertising Services with third parties including, but not limited to search engines, in order for Network Solutions to deliver such services for you.

For Customers that receive PPC Optimizer services and for purposes of clarification, the term of the free trial offer is for one calendar month, e.g., from February 23-March 23.

**2. Display of Advertisement and Landing Page.** Customer agrees, except where it is receiving Advertising Services under our PPC Optimizer services, that it shall work with Network Solutions on all of the text, images, video, audio and other data which Network Solutions will use to comprise the advertising creative that Customer intends to have displayed through the Advertising Services ("Advertisement") as well as any related landing page(s). All such references to landing pages in this Schedule shall also include customer built landing pages by Network Solutions. Customer hereby grants to Network Solutions a non-exclusive, royalty-free, worldwide right and license by all means and in any media to use, create, reproduce, distribute, modify for technical purposes, publicly perform, publicly display and digitally perform and render such Advertisement and any corresponding landing pages and all its constituent parts across the internet and to submit such Advertisement to search engines and local listing services. Customer agrees that it shall bear all responsibility and liability for any and all claims related to the Advertisement or copy, images, video, audio, data or text that relate to the Advertisement or landing page. Customer further agrees that Network Solutions shall have no liability for any and all claims that relate to any Advertisement, landing page or copy, images, video, audio, data or text that relate to the Advertisement or landing page. You are fully responsible for the landing page(s) or the redirect website which links to your advertisements.

**3. Advertising Guidelines.** Customer acknowledges and agrees that in order for Network Solutions to maintain the integrity of the Service and the Advertising Services, Customer is subject to this Schedule P to the Service Agreement. Network Solutions may, in its sole discretion, reject, cancel or remove at any time any Advertisement from the Advertising Services for any reason without prior notice to the Customer. Network Solutions will not be liable in any way for any rejection, cancellation or removal of any Advertisement. Customer represents and warrants that: (a) it has all necessary authority to enter into this Agreement; (b) it has all necessary licenses, permits, clearances and/or rights to use the Advertisements; (c) it will comply with all applicable laws; (d) any use and display of the Advertisements shall not: (i) infringe or violate any patent, copyright, trademark, service mark, trade secret, or other intellectual property right of a third party, including any right of privacy or publicity; (ii) violate any federal, state or local laws or regulations or foreign laws; (iii) contain material that is pornographic, obscene, defamatory, libelous, fraudulent, misleading, threatening, hateful, or racially or ethnically objectionable; (iv) be likely to result in any consumer fraud, product liability, tort, breach of contract, injury, damage or harm of any kind to any person or entity, or (v) contain viruses, Trojan horses, trap doors, back doors, worms, time bombs, cancelbots or other computer programming routines that may potentially damage, interfere with, intercept, or expropriate

any system data or personal information.

**4. Non-Refundable Setup Fee and Other Fees.** Except for the PPC Optimizer service, for which there is no Set-up Fee or management fee, Network Solutions will charge Customer a non-refundable setup fee which may vary according to the Advertising Services purchased ("Set-up Fee") as well as a monthly management fee and a monthly budget. Such budget shall be determined by the Customer. Network Solutions reserves the right to waive or discount the Set-up Fee in certain limited instances at the Company's sole discretion. Any one-time service fees charged to your account and any initial deposit, the value of which will be credited to your account, are non-refundable. We will automatically bill your credit card, charge card, or debit card on file for each month of service in advance. All monthly accounts require a minimum of a three month commitment at sign-up.

For Customers, that receive the PPC Optimizer services, the monthly subscription fee is non-refundable. Additionaly, for Customers that receive PPC Optimizer services, any "monthly budget" already deposited with Network Solutions is non-refundable.

**5. Cancellation; Termination.** Network Solutions may at any time terminate the Advertising Services, terminate this Agreement or cancel any Advertisement and/or landing page. Network Solutions will notify Customer by email of any such termination or cancellation which shall be effective immediately. Upon cancellation or termination Customer shall remain liable for any amounts due for as impressions, clicks, plays, and/or phone calls already delivered and for clicks on any Advertisements through the date of such cancellation or termination.

Should you desire to cancel Advertising Services, you must call Network Solutions at 877.438.8599 at least seven (7) business days prior to the renewal of your existing service. E-mail or any other forms of attempted cancellation are not valid. Cancellation of Advertising Services will occur within 48 hours of receipt of request. Cancellations may be subject to a cancellation fee. Cancellation requests made after renewal of the specific Advertising Service(s) will be valid only at the end of the then current 30-day billing cycle, at which time such Advertising Service(s) will be canceled. Upon cancellation of your Advertising Service(s), Network Solutions will not provide any refunds to you.

Notwithstanding the foregoing, Customer may terminate its PPC Optimizer services at any time. Customer must call Network Solutions customer service at 877.438.8599 in order to terminate PPC Optimizer services. E-mail or any other forms of attempted cancellation are not valid.

**6. Prohibited Uses.** Customer agrees not to: (i) generate fraudulent impressions of or fraudulent clicks on any advertisements on the Service, including but not limited to using robots or other automated query tools and/or computer generated search requests, and/or the fraudulent use of other search optimization services and/or software; (ii) advertise substances, services, products or materials that are illegal; (iii) violate any policy posted in the Acceptable Use Policy; (iv) fraudulently redirect end user including but not limited to unauthorized use of proprietary rights, copyrights, trademarks, or service marks in URLs, use of false or misleading URLs, use of "ghosting", "cloaking", and/or "doorway pages" methods; or (v) engage in any other illegal or fraudulent business practices. Network Solutions reserves the right to manually review all creative for quality and relevancy and reserves the right to refuse any Advertisement or landing page should Network Solutions or a Network Solutions affiliate determine it to be inappropriate or irrelevant for any reason whatsoever.

Advertising Services is not intended to assist You in engaging in unlawful or morally objectionable activities. Network Solutions' search engine partners reserve the right to refuse or remove any URL or web page from a

search engine's index for any reason. Furthermore, Network Solutions explicitly reserves the right to refuse to sell to anybody and the right to terminate Your license or Your service if it comes to Network Solutions' attention that You are using the PPC Services to enable or otherwise enhance Your participation in objectionable activities, which include, but are not limited to, the following: spamming or churning; activities designed to undermine the validity and/or credibility of search engine results; activities designed to defame, embarrass, harm, abuse, threaten, slander or harass third parties; activities prohibited by the laws of the United states and/or foreign territories in which You live or access the Internet; activities designed to encourage unlawful behavior by others, such as hate crimes, terrorism, inappropriate behavior and child pornography; activities that are tortuous, vulgar, obscene, invasive of the privacy of a third party, racially, ethnically, or otherwise objectionable; activities designed to impersonate the identity of a third party; or activities designed to harm minors in any way.

Network Solutions reserves the right at its sole discretion to refuse to sell the Advertising Services for the following category of sites: pharmacy, gambling and adult sites as well as any other site that may be in violation of the law. Network Solutions Advertising Services only apply to English language Websites advertising on US based search engines.

You must have an active, operational and working Website for the Advertising Services. You agree that any URL or web page you submit using the Advertising Services must resolve to an operational web page and may not resolve to a DNS error, a 404 error or other error message. Your web page must be publicly accessible without the use of passwords or other access codes. Because of the spidering technology used in many search engines, your web pages must not reside on a secure server or use any spider blocking technology. The description of your web page must be relevant to the page content.

You represent and warrant that Your URL and/or web page(s) do not infringe the intellectual property rights of any third party. You further represent and warrant that Network Solutions, its search engine and directory partners, and each of them, have the right and license under any rights or interests You may have in Your URL and/or web page(s) to publicly perform, publicly display, and distribute any search listings generated by the PPC Services, and to copy, modify or manipulate the search listings as necessary to conform to search engine or local listing standards.

**7. Use of Service.** Customer agrees to pay all applicable charges under this Agreement, including any applicable taxes or charges imposed by any governmental entity. Where applicable for PPC Services or PPM Services or PPA Services, Customer acknowledges that Network Solutions may change the minimum pricing for bids on keywords or advertising inventory at any time. If Network Solutions, in its sole discretion, believes that Customer's ability to pay timely is or becomes questionable, Network Solutions may require additional payment in advance, or may immediately stop serving and displaying Customer's Advertisements and/or landing pages.

All requested URL links, search terms and descriptions are subject to Network Solutions' approval. Network Solutions reserves the right to reject, cancel or remove any URL link, search terms and descriptions at any time for any reason whatsoever.

You agree and understand that your use of the Advertising Services and related functionality, tools, platform and technology may be subject to latency, errors, technical issues, unavailability and incorrect data and information. Also the very nature of the Advertising Services are dependent on third party services, including, but not limited to Google® and Bing™ | Yahoo!® Search, for data and information and therefore some technical issues and data errors may be outside the control of Network Solutions. Therefore, You must agree to the terms and conditions applicable to You for Google® and Bing™ | Yahoo!®. You also understand

and accept that your use of the Advertising Services may not result in greater sales, leads and/or website traffic.

**8. Relevancy.** You may only submit search terms and descriptions to Network Solutions and the Advertising Services that are relevant to your Website(s) or to those web page(s) contained in your website(s). All search terms and descriptions submitted are subject to relevancy review by Network Solutions, and are subject to removal or rejection.

**9. Trademark Searches.** Due to the volume of search terms/keywords generated through the Advertising Services such as PPC Services, Network Solutions will not perform trademark searches on search terms/keywords that it recommends. Network Solutions reserves the right to remove or delete search terms/keywords in the event that a third party demonstrates to Network Solutions that a customer's use of a search term/keyword may infringe such third party's intellectual property rights. Network Solutions will also not perform trademark searches on Advertisements and on any landing pages that are created.

**10. Billing.** If your budget is used up on any given day, your campaign will be switched off until sufficient funds are provided for continued advertising. Because your PPC Services are managed and allocated at Network Solutions' discretion based upon an optimization strategy matching your business, you may not see your Advertisement appear on certain advertising networks or search engines at all times and your results may vary. Network Solutions activates billing for the PPC Services upon purchase. To receive ad clicks, you must have a live Website. Lack of a Website will not defer charges or fees for the PPC services.

For customers that receive PPC Optimizer services, it may take up to two (2) billing cycles to reconcile Your outstanding balance to Network Solutions. You explicitly agree that, even after termination of the PPC Optimizer services, Network Solutions shall have the right to bill You and You shall be obligated to pay any outstanding balance owed to Network Solutions for such services until such outstanding balance is fully satisfied.

**11. Temporarily Pausing Your PPC Ad Campaign:** PPC Services include an ongoing PPC advertising campaign that you and your Network Solutions account manager will work together to launch based on your business needs and available budget. During the course of your PPC advertising campaign, you may temporarily pause your campaign during which you will not be charged (1) a monthly management fee, or (2) your monthly budget amount. You must contact your Network Solutions PPC account manager to request to pause your PPC advertising campaign and confirm your request via email. If your campaign remains paused for more than thirty (30) days, Network Solutions reserves the right to terminate your PPC advertising campaign and account. At Network Solutions' sole discretion, Network Solutions may grant customer requests to pause a PPC advertising campaign for a period longer than thirty (30) days. You must reactivate your paused campaign by contacting your Network Solutions account manager. This section is not applicable to PPC Optimizer Services.

**12. Reporting.** From time to time, Network Solutions may make available for Customers who have purchased the Advertising Services certain reports regarding a number of items, including, but not limited to, Customer's advertising campaigns, keywords, bids, clicks, conversions, advertisements, calls, budget allocations, return on investment for advertising campaigns, click thru rates, location of leads, etc. These reports may contain errors, omissions, inaccuracies and incomplete data and information. You agree that Network Solutions will use, when applicable, the Company's own metrics and analysis for tracking and calculating click prices delivered, applicable unit prices and all other traffic measurements and data for the Advertising Services. You understand and accept that any information and/or data provided by Network Solutions to you for your Advertising Services may be unavailable from time to time, may not be processed

on a real-time basis and may be subject to the errors or latency of the internet, Network Solutions' and its third party partners' systems and search engines.

**13. Feedback.** Customer agrees to provide via email to Network Solutions approval of the keyword phrases list for the PPC Services. If feedback is not received by Network Solutions within a reasonable period of time (as determined by Network Solutions and indicated to you in the email), you agree that Network Solutions reserves the right to finalize recommended keywords and Network Solutions will not be held liable for any claims that may arise from the finalization of the keyword phrases or any additional costs required to extend the project timeline. You understand and agree that your failure to respond to the email that contains the recommended keyword phrase list is considered an approval of the recommended keyword phrase list thereby giving Network Solutions the authority to commence your advertising campaign(s) and all associated billing for the PPC Services. You agree that after the approval of the keyword phrases, Network Solutions reserves the right to restrict and/or reject subsequent changes to the keyword phrases by the Customer during the term of the PPC Services. This section is not applicable to PPC Optimizer services.

**14. Calls.** You give Network Solutions and its partners the express authorization to track and record certain sales calls (the "Sales Call Recording Feature") that relate to your advertising campaign as a part of the Advertising Services. You expressly understand that since these sales calls may be recorded you will seek out and receive express written authorization to record these calls from your employees prior to enabling the Sales Call Recording Feature of the PPC Services. You further agree that you will maintain records of such express written authorization and keep those records for at least one year after the authorization is provided by your employees. You further agree to provide Network Solutions a copy of the signed authorization forms, if Network Solutions requests it from you. You agree to indemnify and hold Network Solutions, Network Solutions' employees and agents harmless from any and all claims with respect to the Sales Call Recording Feature. This section is not applicable to PPC Optimizer services.

**15. Landing Pages.** Upon purchase of a Landing Page package, You give Network Solutions express permission to create custom landing pages for your Website as a part of the Advertising Services and such landing pages may include some or all of the content on your existing Website along with links that relate to or are part of Advertisements. You further agree that Network Solutions may revise, edit or delete certain content in order to create a custom landing page as a part of the Advertising Services. In the creation of the custom landing pages, you understand that such custom landing pages may interact in different ways with third party functionality that relates to or resides on your Website including, but not limited to, SSL certificates and third party seals. In some instances the SSL certificate and/or third party seal(s) for a custom landing page may be suppressed and not shown in order for the custom landing page to resolve.

### SCHEDULE Q TO NETWORK SOLUTIONS SERVICE AGREEMENT

### WEBSITE, ECOMMERCE & LOGO DESIGN SERVICES (Design/Develop™, nsWebsite Kickstart & eWorks! XL®)

In addition to the terms and conditions in the General Provisions and other applicable Schedules in the Agreement, the following additional terms and conditions shall apply to any and all customer purchases of Website Design Services, Ecommerce Design Services, Custom Design Services, Design/Develop™, nsWebsite Kickstart, eWorks! XL® and/or Logo Design Services (as further defined below).

**1. Description of Website Design Services, Ecommerce Design Services, Custom Design Services and Logo Design Services**

1.1 Network Solutions will build a Website and/or Ecommerce site (hereinafter referred to as the "Website") for the Customer ("you" and/or the "Customer") based upon direction and input provided to us by you. The services referenced in this Schedule may be collectively referred to as the "Design Services." Subject to the terms and conditions of this Agreement (which includes this and all other applicable Schedules) and during the term of this Agreement, Network Solutions agrees to provide to you the Design Services described on the Network Solutions Website and purchased by you during the sign-up process. Network Solutions reserves the right to amend its Design Services offerings and to add, delete, suspend or modify the terms and conditions of such Design Services, at any time and from time to time, and to determine whether and when any such changes apply to both existing and future customers. In the event Network Solutions refers you to a partner or affiliate and you engage such partner or affiliate to directly provide website design or logo design services to you, you understand and agree that Network Solutions is in no manner responsible for the services provided by that partner or affiliate and that the terms and conditions of that partner or affiliate will apply to the provision of those services provided by the partner or affiliate.

1.2 Customer hereby grants to Network Solutions and its vendors and subcontractors all necessary rights and licenses with respect to the Customer's Website or logo created by Network Solutions in order to carry out its obligations under this Agreement and to make a reasonable number of archival or back-up copies as deemed necessary by Network Solutions. Network Solutions is not responsible for archiving documents, graphic work, physical goods or web pages created for client or documents, graphic work, physical goods or files which are mailed, email or faxed to Network Solutions. Network Solutions is not responsible for returning any files, documents or physical goods emailed, faxed or mailed to us.

1.3 The Logo Design Service is an offering whereby Network Solutions will refer you to a third party for creation and design of your logo. In the event that you engage such third party to create and design your logo, you understand and agree that Network Solutions is in no manner responsible for the services provided by that third party and that the terms and conditions of that third pary will apply to the provision of those services provided by the same third party.

1.4 The Website Design Service, nsWebsite Kickstart and eWorks! XL® are offerings whereby a Customer can request that Network Solutions assist them with the design of a website using Network Solutions Website building tools as selected by Network Solutions at Network Solutions' discretion. Such tools may also include or utilize third party applications. Certain Website building tools we use for the Website Design Service utilize the Joomla® software application and default templates which are subject to terms and conditions of the GNU General Public License which can be found at http://www.gnu.org/licenses/old-licenses/gpl-2.0.html. Additionally, we use open source plug-ins to accomplish functionality requests with Joomla! We cannot guarantee these plug-ins will be supported in all browsers or that they will continue to function if you update the Joomla version without our assistance. Additionally, the eWorks! XL® services may also include additional internet marketing services as outlined in advance in writing by Network Solutions and as further governed by this Agreement.

1.5. The Ecommerce Design Service is an offering whereby a Customer can request that Network Solutions assist them with the design of their ecommerce site. If you purchase Ecommerce Design Services, you agree that you take full responsibility for all content suggested or supplied to Network Solutions for inclusion on web document(s), advertisement(s) or any form of media. Customer is held legally liable for the supplied content.

1.6. Custom Design Services. As part of the Custom product group, your design may be dictated by a Statement of Work. This level of service is an offering whereby a Customer can request that Network Solutions design and create a Website for them using sophisticated graphics, advanced layouts and other

features. This level of custom design is not based from an ImageCafe® template. The Customer will receive a custom website designed and developed by Network Solutions. Although Network Solutions will custom design your website, your website may contain some features and design elements used in other Websites designed by Network Solutions. If your design falls into this group, in addition to the terms and conditions set forth in this Services Agreement and this Schedule, the Customer shall be bound by the terms of the Statement of Work which shall be prepared by Network Solutions and mutually agreed to by Customer and Network Solutions. The Statement of Work may contain, but may not be limited to, a list or description of the services our Designers will provide you as part of the Custom Design Services, a list of technical, graphic or other special features that will be incorporated into your website, applicable fees and payment schedule, and a description of any applicable cancellation fee or policy. This Statement of Work shall become a part of this Services Agreement and shall be subject to all terms and conditions of the Services Agreement.

**2. Your Obligations.** In order for Network Solutions to perform the Design Services in accordance with this Agreement, you shall be responsible for doing the following:

2.1 Providing Network Solutions with all information requested by Network Solutions as well as any custom images (including, but not limited to, design, pamphlets, brochures, logos, and other images) that the Customer wishes to use in connection with development of your website or Ecommerce site.

2.2 Contacting Network Solutions promptly to make changes, modifications, and enhancements to your website or Ecommerce site starting from the date of sale.

2.3 Contacting Network Solutions promptly with notice of Customer's decision to cancel or discontinue the Design Services starting from the date of sale.

2.4 Obtaining Internet connectivity to access your website, to send and receive email, and to otherwise access and utilize the Internet.

2.5 To the extent that Customer gathers any personal information about visitors to Customer's website, Customer will not share that personal information with any third party without first obtaining the visitor's consent.

2.6 Ensuring that the website content provided by Customer does not infringe or violate the Intellectual Property rights (including, but not limited to, trademarks, trade names, copyrights, patents, domain registration rights, and trade secrets) or any other right of any third party (including, but not limited to, rights of privacy and contractual rights), and acquiring any authorization(s) necessary to use intellectual property or other proprietary information of third parties. By using the Design Services, Customer represents and warrants that any name or word submitted to be used as all or part of the URL associated with your website does not infringe any trademark or domain name rights of any third party.

2.7 Ensuring the accuracy of materials provided to Network Solutions, including, without limitation, website content, descriptive claims, warranties, guarantees, nature of business, and contact information for the Customer.

2.8. During any stage of the design process, a designer or project manager will be working with you to gather information to start, feedback to revise, or approval to complete your website. Prompt response will be necessary for the project to move forward in a timely manner. If a response is not received from the client for more than 60 days, the design project is considered "abandoned" and payment is surrendered in full. Network Solutions reserves the right to charge you a fee for repeated missed consultations, repeated rescheduling of

consultations related to any website design work, and/or the reinstatement of your website design to an active status if no response has been received from you for 30 days.

2.9. Following the timeline of activities provided to you by Network Solutions, if any.

**3. Information and Content You Provide.** If you provide any information that is untrue, inaccurate, incomplete or not current, or we have reasonable grounds to suspect that such information is untrue, inaccurate, incomplete or not current, Network Solutions has the right to suspend or terminate your account and refuse any and all current or future use of the Design Services (or any portion thereof). You acknowledge that Network Solutions does not pre-screen Content, images and inventory. However, Network Solutions and its designees shall have the right to remove any Content that violates the Acceptable Use Policy ("AUP"). You agree that you must evaluate, and bear all risks associated with the use of any Content, including any reliance on the accuracy, completeness, or usefulness of such Content. In this regard, you acknowledge that you may not rely on any Content created by Network Solutions or submitted to Network Solutions.

**4. Non-Interference By You.** Customer will use the Design Services in a manner which does not interfere with or disrupt other network users, services, or equipment, and Network Solutions reserves the right to terminate or suspend the Design Services without notice if such interference is determined by Network Solutions to exist. Such interference or disruption includes, but is not limited to:

4.1 wide-scale distribution of messages, including bulk email or unsolicited spam email, or wide-scale distribution of messages to inappropriate mailing lists, newsgroups, or other public or private forums,

4.2 propagation of computer worms or viruses, and

4.3 use of the network to make unauthorized entry to other computational, information, or communications devices or resources. This includes unauthorized security probing activities or other attempts to evaluate the security integrity of a network or host system without permission.

**5. Unauthorized or Inappropriate Use.**

5.1 Network Solutions reserves the right to deny, terminate, or suspend Design Services without notice if, in Network Solutions' sole discretion, the Design Services are used by Customer in a manner that violates or may violate the following standards or the AUP, and Network Solutions reserves the right to reject, alter, modify, or remove Customer's website, website domain name, URL address, or any website content (including, but not limited to, any language, words, text, photographs, designs, drawings, graphics, images, symbols, or logos) which Network Solutions in its sole discretion deems to be in violation of the AUP or (i) an infringement on or a mechanism designed to facilitate the infringement of a propriety interest of any third party, including without limitation, any copyright, trademark, domain registration right, trade secret, or patent right, or (ii) stating or implying that the Website is placed by Network Solutions or any party with a contractual relationship with Network Solutions, or that such parties endorse the Customer's products or services, or (iii) pornographic or obscene.

5.2 Network Solutions neither sanctions nor permits hosted site content or the transmission of data that contains illegal or obscene material or fosters or promotes illegal activity. Network Solutions reserves the right to immediately suspend or terminate any site or transmission that violates this policy, without prior notice. In the event of such termination, Customer agrees that the unused portion of any fees Customer may have paid for any services rendered to Customer by Network Solutions are an appropriate recompense to Network Solutions for the time required to respond to and address issues created by Customer's illegal or

obscene site/content, and Customer agrees not to seek recovery of those fees. Further, should Customer violate this Agreement or the AUP, Network Solutions will actively assist and cooperate with law enforcement agencies and government authorities in collecting and tendering information about Customer, Customer's website, the illegal or obscene content, and those persons that may have inappropriately accessed, acquired, or used the illegal or obscene content.

**6. Additional Indemnification Obligations.** In addition to your indemnification obligations set forth elsewhere in this Agreement, you agree to defend, indemnify, and hold harmless Network Solutions and each of its officers, directors, employees, agents, affiliates, co-branders or other partners, and employees of any of the foregoing, from, against, and in respect of: (i) any and all losses, damages or deficiencies resulting from any third party claim in connection with your website (including, but not limited to, website content) or the URL and (ii) all costs and expenses incident to any and all actions, suits, proceedings, claims, demands, assessments, or judgments in respect thereof regardless of the merit thereof, including reasonable legal fees and expenses (whether incident to the foregoing or to Network Solutions' enforcement of said rights or defense and indemnity).

**7. Ownership of Your Content.** With the exception of your ownership interest in the information, materials, images, photos and other content that you provide to us for inclusion in your website, ownership interest to your website, including, but not limited to, the HTML coding, scripting, copyrights, visual layout, appearance and design and all other intellectual property rights, shall be with Network Solutions and Network Solutions grants you a non-exclusive, revocable license to use these design elements and related applications. Network Solutions shall also have the right to display your Website on its online properties as an example of the design work Network Solutions is able to provide for its customers. For the nsWebsite Kickstart and eWorks! XL® services it is expressly understood that in addition to the ownership interest of Network Solutions as referenced above in this Section, Network Solutions shall also own the rights to the domain name utilized in conjunction with the Website.

**8. Fees and Payment Terms.** Fees for the Design Services selected by you will be on a pre-paid basis, due and payable at point of sale (meaning at the beginning of the project), unless another fee or payment structure is mutually agreed to by you and Network Solutions in writing, namely, the Statement of Work or via other method such as an order confirmation or welcome email. For the nsWebsite Kickstart and eWorks! XL® services, you will pay a recurring fee (via a monthly or other similar billing cycle) to Network Solutions, in advance, for those related services. You agree to follow the timeline set forth by Network Solutions in the Statement of Work. You agree that in the event you terminate your subscription to the Design Services prior to the completion of your Design Services you will be subject to a cancellation fee. If your Design Services have been completed and been delivered to you, you will not receive a refund of any fees paid and, in the event we have permitted you to pay on a monthly (or other payment-over-time) basis, you will be obligated to pay us for the balance of your total. The purchase and completion of any Design Services requires receipt of written content and images by you ("Content"). If insufficient Content is received we will complete your Design Services with placeholder content and deliver the Design Services to you within the guidelines of our timeline. At this time you will no longer be eligible for a refund. Content submitted after timeline can be added at an hourly rate determined by Network Solutions. If you purchase any Design Services and Network Solutions has waived your initial design or set up fee or offered you a discounted set up or design fee, Network Solutions shall have the right to charge you, and you agree to permit Network Solutions to charge your credit card, up to Two Hundred and Fifty Dollars ($250.00), should you choose to cancel the Design Services within sixty (60) days from the date of purchase and after work on your Design Services has started. Should you need to pause progress of your Design Services with Network Solutions for any reason, you may do so for sixty (60) days. After sixty (60) days you will be charged a restart fee for completing the work on

such Design Services. If within sixty (60) days of purchase you choose to cancel your Design Services you will be subject to a cancelation fee. Responses from you will be necessary for the project to move forward in a timely manner. In these situations, if a response is not received for more than sixty (60) days, the project is considered "abandoned" and payment is surrendered in full. In addition, if you request to remove your designed Content from our website builder platform, you agree to pay Twenty-Five Dollars ($25.00) per page. Finally, Network Solutions reserves the right to charge you a fee for repeated missed consultations related to any Design Services work.

Notwithstanding the foregoing, for the nsWebsite Kickstart and eWorks! XL® services, upon termination of those services, should Customer desire to obtain ownership rights to the Website, Customer must obtain express written permission from Network Solutions and Customer shall further remit a fee to Network Solutions for the assignment of these rights to the Website. Provided Customer is not in default of the Agreement and Customer is also current with respect to payments owed to Network Solutions, the fee to be remitted for this assignment will be equal to twelve (12) times the then-current recurring fee (monthly or otherwise) received by Network Solutions for the Services, unless Customer has already paid Network Solutions for the Services for a continuous twelve (12) billing cycles prior to the above referenced termination, whereby the fee shall then be equal to Ninety-Nine Dollars ($99.00). This assignment to Customer of ownership rights to the Website shall be limited to the actual portions of the Website visible on the Internet and its underlying HTML coding as developed specifically for Customer by Network Solutions, and shall be sent to Customer via compact disc, but this assignment shall not include any rights to Network Solutions' software, trade secrets, methodologies, processes, proprietary functions, know-how, and all intellectual property including, but not limited to, all copyrights, trademarks, patents, and trade secrets related to Network Solutions' products or services, which shall remain the sole and exclusive property of Network Solutions and its respective suppliers, affiliates, partners, and/or licensors. For all images that are part of the Website and assigned to Customer hereunder, Customer is granted permission to only use those images in the manner in which it is provided to Customer by Network Solutions (i.e. embedded in the Website) and no other use of the images is permitted whatsoever. Moreover, upon assignment Network Solutions does not warrant the portability or functionality of the Website in any way to or on any platform, hosting or otherwise, that is not provided by Network Solutions. Additionally, if Customer desires to purchase the domain name associated with the Website, Customer agrees to pay Network Solutions an additional fee of Ninety Dollars ($90.00).

Payment for the purchase of additional design time after the Design Services have been completed ("Modification Time") will be on a pre-paid, hourly basis, due and payable at the beginning of each modification (and each month thereafter if purchasing additional Modification Time). Any unused Modification Time shall not "roll-over" and be used in a subsequent month.

**9. Suspension and/or Termination.** If you breach any term of this Agreement including, but not limited to, the terms of this Schedule or the AUP, Network Solutions may, in its sole and exclusive discretion, suspend or terminate your Design Services immediately and without notice to you. In addition to your obligation to pay any set up and applicable fees for the Design Services, fees for the Design Services may continue to accrue on suspended accounts and you will continue to remain responsible for the payment of any fees for Design Services that accrue during the period of suspension.

**10. Refunds.** Refunds are not available for Design Services once you have approved your design composition and/or selected your design template. In any event, after one (1) year from the date of purchase, no refunds will be provided.

**11. Modifications and Quotes.** Quotes for modifications to an existing website are prepared in a statement

of work by us exclusively for you. The prices and modifications agreed to in statements of work are unique to you. Any statement of work prepared for you is valid for thirty (30) days from the date it is provided to you and will become void thereafter. If any change or alteration is made to the statement of work, Network Solutions may issue to you a revised statement of work and may require you to purchase additional Design Services, which may be billed to you at an hourly rate.

### SCHEDULE R TO NETWORK SOLUTIONS SERVICE AGREEMENT

### ADDITIONAL TERMS APPLICABLE TO ECOMMERCE SERVICES

In addition to the terms and conditions in the General Provisions and other applicable Schedules in the Agreement, the following additional terms and conditions shall apply to any and all purchases of other Ecommerce Services (as defined below).

**1. Description of Service.** Network Solutions may make available for purchase, from time to time, a variety of ecommerce packages or solutions, stand-alone Ecommerce services, optional add-on ecommerce services and ecommerce software, as published on the Network Solutions website (collectively, "Ecommerce Services"). The Ecommerce Services include, but are not limited to, shopping cart functionality, ecommerce templates, storefront design, support and hosting, order and payment processing, inventory and product tracking and management, and Website analytical tools. Network Solutions reserves the right to amend its Ecommerce Services offerings and to add, delete, suspend or modify the terms and conditions of the Ecommerce Services, at any time and from time to time, and to determine whether and when any such changes apply to both existing and future customers.

**2. Software License and Proprietary Rights.** During the term of this Agreement, Customer will have a limited, revocable, non-transferable and non-exclusive license for Customer to use the Ecommerce Services, including but not limited to any software, and related documentation solely for Customer to provide business related services over the internet that are consistent with the terms and conditions of this Agreement as well as any applicable state, federal, or international law. Customer agrees that Customer and its agents will not: (a) sell, lease, transfer, license or sublicense the Ecommerce Services; (b) modify, change, alter, translate, create derivative works from, reverse engineer, disassemble or decompile the Ecommerce Services in any way for any reason; (c) provide, disclose, divulge or make available to, or permit use of the Ecommerce Services by any third party; (d) copy or reproduce all or any part of the Ecommerce Services (except as expressly provided for herein); (e) interfere, or attempt to interfere, with the Ecommerce Services in any way; (f) engage in spamming, mail bombing, spoofing or any other fraudulent, illegal or unauthorized use of the Ecommerce Services; (g) knowingly introduce into or transmit through the Ecommerce Services or any other services any virus, worm, trap door, back door, timer, clock, counter or other limiting routine, instruction or design; (h) remove, obscure or alter any copyright notice, trademarks or other proprietary rights notices affixed to or contained within the Ecommerce Services; (i) engage in or allow any action involving the Ecommerce Services that is inconsistent with the terms and conditions of this Agreement; or (j) cause, assist or permit any third party to do any of the foregoing. No right, title or interest of intellectual property or other proprietary rights in and to the Ecommerce Services and/or other products, services or software made available under this Agreement is transferred to Customer hereunder. Network Solutions, its wholly-owned subsidiaries and affiliates and its Third Party Licensors (as defined below) retain all right, title and interests, including, without limitation, all copyright, trade secret, intellectual property and other proprietary rights in and to the Ecommerce Services and/or other products, services or software provided under this Agreement.

**3. Audit Rights.** If a customer has purchased any Network Solutions software or has obtained FTP access to the Network Solutions software or other Ecommerce Services, Network Solutions shall have the right, during

the term of this Agreement and for a period of six (6) months thereafter to access Customer's location and files to inspect Customer's or your agent's use of the Ecommerce Services, as well as computers and equipment used in connection therewith. Customer shall cooperate fully with any such audit or inspection. In the event that any audit shows any misuse, violation or breach of the Ecommerce Services or this Agreement, Network Solutions shall be entitled to pursue any remedies available to it under this Agreement or otherwise at law or in equity, and to or suspend, revoke, or terminate Ecommerce Services if you are still a Network Solutions customer.

**4. Availability, Downtime and General Services.** In addition to the provisions in Sections 7 and 8 of this Agreement, the parties acknowledge that since the Internet is neither owned nor controlled by any one entity, Network Solutions makes no guarantees that any given user will be able to access the Ecommerce Services at any given time. Network Solutions shall not be liable to Customer for failure of accessibility to the Ecommerce Services or any potential or actual losses that Customer may suffer from Customer's inability to access or use the Ecommerce Services or your customer's inability to access any websites that may be supported or hosted by Ecommerce Services. Network Solutions provides all Ecommerce Services and any software related to those services to the Customer on an "as is" basis and does not guarantee that the Ecommerce Services or any related software has no errors, defects or bugs or will function properly. Customer agrees that Network Solutions is not responsible in any way for any malfunction or downtime in the Ecommerce Services or related software and any damage, injury or lost profits that may arise from such malfunction or downtime. Network Solutions makes no guarantee that the Ecommerce Services that the Customer purchases will operate seamlessly and without error with Customer's own hardware, software or other services (including third party products) that Customer currently uses. Network Solutions makes no guarantees regarding system uptime, including but not limited to, the uptime for hosting a Customer's store(s) on Network Solutions or third party systems. From time to time, and as may be necessary to maintain such systems and Network Solutions hardware, Network Solutions reserves the right to take its servers and other hardware offline for repairs, upgrades or routine maintenance. Customer agrees and understands that Network Solutions Ecommerce Services, including the hosting of a Customer's store, may be dependent on third party services that Network Solutions cannot control. Customer expressly agrees that the availability of those third party services may impact Customer's Ecommerce Services and therefore does not hold Network Solutions liable for any actions of a third party that may adversely impact Customer's Ecommerce Services. Any uptime calculation or percentage that is provided as a part of the Ecommerce Services does not include routine maintenance, unexpected downtime caused by network issues or third party vendors, and occurrences that are outside the control of Network Solutions, including but not limited to the Force Majeure occurrences that are outlined in Section 27 of General Provisions of this Agreement.

**5. Restrictions on Use.** You agree that you will not exceed the bandwidth or storage space limits applicable to the Ecommerce Services purchased, as set forth on our Website. You agree that if you do exceed any such limits or otherwise engage in any such activity, Network Solutions, in its sole and exclusive discretion, may immediately take corrective action, including, but not limited to, billing plan adjustment and/or upgrade, assessment of additional fees and/or suspension, and/or termination of your eCommerce Services. You agree that if your bandwidth and storage space usage adversely affects other customers on our shared Ecommerce Services platform, Network Solutions may adjust your billing plan and/or suspend or terminate your Ecommerce Services without liability. You agree that Network Solutions will have no liability to you or any of your end users due to any corrective action that Network Solutions may take and that you will not be entitled to a refund of any fees paid in advance prior to the corrective action.

**6. Bandwidth Fees.** If you purchased your Ecommerce package prior to May 30, 2013 you are still subject to any bandwidth overage fees. Bandwidth overages will be incurred for each Gigabyte (GB) of usage over your

allotted plan amount. The fees are applied by the following scale:

| Bandwidth Overage (GB) | Per GB |
| --- | --- |
| 6 - 10 | $ 1.50 |
| 11 - 24 | $ 3.50 |
| 25 - 60 | $ 5.00 |
| 61 - 100 | $ 7.50 |

Excess bandwidth usage cannot be purchased by you in advance. If you exceed your data transfer limit in the last 24 hours of any given month, Network Solutions will not charge you additional fees so long as the data transfer overage does not exceed 25GB. For Ecommerce Services, you agree that Network Solutions may automatically charge your credit card for the bandwidth overage fees. You may opt-out of automatic charges to your credit card by contacting Customer Service. If you opt out of the automatic overage charges, you risk account suspension if you exceed your allotted amount.

**7. Terms and Conditions of Network Solutions' Licensors.** Customer acknowledges and agrees that the Ecommerce Services are provided, in some cases, by third party Licensors to Network Solutions (hereinafter "Third Party Licensors"). For all Ecommerce Services that are provided by Third Party Licensors to Network Solutions, Customer agrees with and shall abide by all Third Party Licensor terms and conditions, if any. Such Third Party Licensor terms and conditions are available upon request (the "Additional Terms and Conditions"). Any Additional Terms and Conditions are in addition to and supplement the terms and conditions provided in this Agreement. Customer acknowledges and agrees that it will be subject to all Additional Terms and Conditions and that all such Additional Terms and Conditions shall be incorporated into this Agreement, to the extent those Additional Terms and Conditions do not conflict with the terms and conditions of this Agreement, as if set forth fully herein. Customer further agrees that it will be subject to all Additional Terms and Conditions where Customer elects to add services to its Ecommerce Services package.

**8. Changes to Network Solutions Licensors.** Customer acknowledges that Network Solutions may, at its sole discretion, change any Third Party Licensors that provide services under this Agreement, or add or delete discrete services from the Ecommerce Services. In the event that Network Solutions changes Third Party Licensors, Network Solutions may provide Customer with notification of changes in Third Party Licensors and refer Customer to information posted on Network Solutions' website relative to that change which shall become Additional Terms and Conditions for the purposes of this Agreement.

**9. MasterPass Online Services.** Customer further expressly agrees that in conjunction with any use of any MasterPass Online services on Customer's website and/or otherwise in connection with the Ecommerce Services, Customer agrees to the Additional Terms and Conditions related thereto and located online here, and further authorizes Network Solutions to accept such Additional Terms and Conditions on Customer's behalf. Customer expressly authorizes Network Solutions to opt Customer in to the MasterPass Online services, and should Customer be opted-in to any such services by Network Solutions, Customer shall have the right to opt-out of such services by contacting Network Solutions at 1-888-252-ECOM (3266).

**10. Refund.** Refunds for certain Ecommerce Services are only provided in limited instances and only within the first 30 days from Customer's purchase of the services. Such refunds are only permitted where the Customer has taken all actions consistent with this Agreement and has not taken any action that would void the 30-day trial offer. Refunds will not include a processing fee that all Customers must pay.

## SCHEDULE S TO NETWORK SOLUTIONS SERVICE AGREEMENT

## MESSAGEGUARD®

In addition to the terms and conditions in the General Provisions and other applicable Schedules in the Agreement (including, but not limited to, Schedule H related to the Email Services), the following additional terms and conditions shall apply to the MessageGuard® Services (as defined below).

1. Description of Service.

    a. For Subscribing Users of MessageGuard Service. Network Solutions is providing current subscribers of the MessageGuard Service with software and/or other services that provide the ability to encrypt and decrypt electronic messages and attachments thereto ("MessageGuard Service").

    b. For Non-Subscribing Users of MessageGuard Service. Network Solutions is providing non-subscribing users with access to the MessageGuard Service to decrypt messages from current MessageGuard Service subscribers and allow non-subscribing MessageGuard Service users to encrypt a limited response (non-subscribing MessageGuard Service users will not be able to send an encrypted response to any email address not included in the original encrypted message, nor will the non-subscribing MessageGuard Service user be able to include an attachment to the encrypted response). The non-subscribing MessageGuard Service user's ability to the use the MessageGuard Service is conditioned upon the non-subscribing MessageGuard Service user having Internet web access and the ability to support specific secure web sessions including, but not limited to, a compatible Secure Sockets Layer.

    c. Equipment and Compatibility Requirements. You must: (a) provide all necessary compatible equipment and software including, but not limited to, equipment and software that supports a compatible electronic mail service; and (b) provide for your own connection to the Internet and pay any service fees associated with such connection.

    d. Further Access and Usage Limits. Network Solutions, at any time and in its sole discretion, may restrict or modify: (a) the size of an electronic message that the MessageGuard Service will encrypt or decrypt; and (b) the number of recipient decryptions (i.e. the number of times a recipient decrypts your encrypted message) for the messages you encrypt with the MessageGuard Service in a given time period. Network Solutions, at any time and in its sole discretion, may further restrict or modify the MessageGuard Service's ability to encrypt and decrypt messages in order to maintain the quality of our services and to protect our computer systems. Network Solutions, in its sole discretion, will determine whether or not your use of the MessageGuard Service is consistent with this Agreement and any Network Solutions operating rules or policies, and may suspend or terminate your access to the MessageGuard Service if your usage is found to be inconsistent with this Agreement or such rules or policies. The MessageGuard Service is subject to unscheduled outages that will impact your ability to use the MessageGuard Service. Network Solutions will use commercially reasonable efforts to restore the MessageGuard Service after any unscheduled outages.

    e. Disclaimer of Malware, Viruses and Spam. Network Solutions makes no representations or warranties that any virus, spam or malware detection service or software will be able to access the electronic messages that you encrypt or decrypt with the MessageGuard Service. You acknowledge and agree that the MessageGuard Service (or any other encryption technology) may significantly or completely disable the effectiveness of any spam, computer virus or malware detection software or service, and that Network Solutions is not responsible or liable to you or any third party with respect to our MessageGuard Service, your receipt of SPAM, computer viruses and/or malware, or the transmission of viruses or malware to your or connected computer systems, networks and/or email programs.

f. Limitation on Encryption Technology. You acknowledge and agree that the MessageGuard Service is not guaranteed to be one hundred percent (100%) effective or error free and may permit unauthorized access to electronic mail messages and files that have been encrypted or decrypted by the MessageGuard Service. You acknowledge and agree that Network Solutions shall have no liability to you or any third party with respect to our MessageGuard Service, your failure to send or receive an encrypted electronic message or attachment, or the unauthorized access to your or your intended recipients' encrypted electronic messages or attachments.

2. Privacy. You acknowledge and agree that nothing will preclude Network Solutions from monitoring, editing or disclosing the contents of your encrypted electronic messages with third parties if Network Solutions is required to do so by law or in the good faith belief that such action is necessary to: (a) conform to the law or comply with legal process served on Network Solutions; (b) protect and defend the rights or property of Network Solutions; (c) determine if you are violating the Agreement or the Acceptable Use Policy; or (d) act under exigent circumstances to protect the personal safety of our customers or the public. You acknowledge and agree that certain technical processing may be required to encrypt and decrypt electronic messages and their content. Furthermore, you acknowledge and agree that Network Solutions' current privacy policy incorporated herein and made part of this Agreement by reference (posted and maintained at http://www.networksolutions.com/legal/privacy-policy.jsp) ("Privacy Policy") is applicable to your contact information and that this Schedule's Section 2 does not modify or amend the Privacy Policy.

3. Your Conduct. You acknowledge and agree that you will be deemed to be in violation of the Acceptable Use Policy if you use the MessageGuard Service to encrypt messages that contain: SPAM; computer viruses; malware; illegal or unlawful content; threatening, libelous, obscene, harassing or offensive material; or content that infringes the intellectual property of a third party. You acknowledge and agree that you will be deemed to be in violation of the Acceptable Use Policy if you use the MessageGuard Service in any manner that: (a) violates the Agreement; (b) is in conjunction with or assists the furthering of a prohibited use of Network Solutions' services as described in the Acceptable Use Policy; (c) is in conjunction with or assists the prevention, delay, or circumvention of detecting the prohibited use of Network Solutions' services as described in the Acceptable Use Policy; or (d) is in conjunction with or assists in the use of a service provided by another party and the use of that other service would violate the Acceptable Use Policy if that service were provided by Network Solutions.

4. Indemnification by You. In addition to your other obligations of indemnification under this Agreement, you agree to indemnify, defend and hold harmless Network Solutions, its parent and subsidiary companies, and their respective officers, directors, members, shareholders, affiliates, agents, employees and assigns from and against any and all liabilities, claims, damages, costs and expenses, including reasonable attorneys' fees and expenses, relating to or arising out of your use of the MessageGuard Service to encrypt and decrypt electronic messages including, but not limited to, claims made against Network Solutions due to your use of the MessageGuard Service to encrypt messages that contain: SPAM; computer viruses; malware; illegal or unlawful content; threatening, libelous, obscene, harassing or offensive material; or content that infringes the intellectual property of a third party.

5. Proprietary Rights. The MessageGuard Service is protected by copyright laws and international treaty provisions, as well as other intellectual property laws and treaties. All right, title and interest in and to the MessageGuard Service, including but not limited to copyrights, patent rights, trade secrets and other intellectual property rights, are owned by Network Solutions or its suppliers. All copies and portions of the MessageGuard Service, in any form, belong to Network Solutions or its suppliers, which retain all rights not expressly granted herein. Nothing in this Agreement constitutes a waiver of Network Solutions' rights under

United States copyright law or any other law.

6. License. Network Solutions grants you a limited, non-exclusive, non-transferable, revocable license to use the MessageGuard Service subject to the terms and restrictions set forth herein ("License"). No license is granted with respect to any rights to patents, copyrights, trade secrets, trademarks, or any other rights in respect to the MessageGuard Service. You may not re-distribute or sublicense the MessageGuard Service.

7. Other Restrictions. You acknowledge and agree that you may not rent, lend, lease or distribute the MessageGuard Service. You acknowledge and agree that you may not alter, modify or adapt the MessageGuard Service or reverse engineer, decompile, disassemble, or create derivative works from the MessageGuard Service, or allow a third party to do any of the foregoing, except and only to the extent that such activity is expressly permitted by applicable law notwithstanding this limitation or by this License. If you are a European Union ("EU") resident, information necessary to achieve interoperability of the MessageGuard Service with other programs within the meaning of the EU Directive on the Legal Protection of Computer Programs is available to you upon written request. Network Solutions may terminate this License if you fail to comply with any of its terms and conditions. In such event, you must destroy all copies of the MessageGuard Service or any portion thereof.

8. Export Restrictions. You acknowledge and agree that the MessageGuard Service is subject to the export control laws and regulations of the United States, including but not limited to the Export Administration Regulations ("EAR"), and sanctions regimes of the U.S. Department of Treasury, Office of Foreign Asset Controls. You will comply with these laws and regulations. You shall not, without prior U.S. government authorization, export, reexport, or transfer the MessageGuard Service, either directly or indirectly, to any country subject to a U.S. trade embargo (currently Cuba, Iran, North Korea, Sudan, and Syria) or to any resident or national of any such country, or to any person or entity listed on the "Entity List" or "Denied Persons List" maintained by the U.S. Department of Commerce or the list of "Specifically Designated Nationals and Blocked Persons" maintained by the U.S. Department of Treasury. In addition, the MessageGuard Service may not be exported, reexported, or transferred to an end-user engaged in activities related to weapons of mass destruction. Such activities include but are not necessarily limited to activities related to: (1) the design, development, production, or use of nuclear materials, nuclear facilities, or nuclear weapons; (2) the design, development, production, or use of missiles or support of missiles projects; and (3) the design, development, production, or use of chemical or biological weapons.

9. United States Government. If the MessageGuard Service is accessed or used by any agency or other part of the U.S. Government, you and the U.S. Government acknowledge that (i) the MessageGuard Service and accompanying materials constitute "commercial computer software" and "commercial computer software documentation" under paragraphs 252.227.14 and 252.227.7202 of the DoD Supplement to the Federal Acquisition Regulations ("DFARS") or any successor regulations, and the Government is acquiring only the usage rights specifically granted in this License; (ii) the MessageGuard Service constitutes "restricted computer software" under paragraph 52.227-19 of the Federal Acquisition Regulations ("FAR") or any successor regulations and the government's usage rights are defined in this License and the FAR.

10. Termination by Network Solutions. You acknowledge and agree that, in addition to its ability to terminate your subscription, license and/or use of the MessageGuard Service pursuant to the Agreement, Network Solutions has the right to terminate immediately your subscription, License and/or use of the MessageGuard Service if Network Solutions has a good faith belief that your use of MessageGuard services is in a manner that: (1)may be fraudulent or unauthorized; (2) may subject Network Solutions to a claim by a third party; (3) may violate any law, Network Solutions' policy, or the Agreement (including this Schedule); (4) may violate any right of a third party; or (5) may subject Network Solutions to receive a complaint from a third party that

you are violating any law, Network Solutions' policy, the Agreement and its applicable schedules (including, but not limited to, this Schedule), or any right of a third party.

11. Limitation of Liability/Disclaimer of All Warranties: IN ADDITION TO YOUR ACKNOWLEDGEMENT AND AGREEMENT TO THE LIMITATION OF LIABILITIES AND DISCLAIMER OF WARRANTIES CONTAINED IN THE AGREEMENT, YOU ACKNOWLEDGE AND AGREE THAT NETWORK SOLUTIONS IS NOT RESPONSIBLE OR LIABLE TO YOU OR ANY THIRD PARTY FOR ANY CONTENT CONTAINED IN MESSAGES OR FILES ENCRYPTED BY THE MESSAGEGUARD SERVICE INCLUDING, BUT NOT LIMITED TO: SPAM; COMPUTER VIRUSES; MALWARE; ILLEGAL OR UNLAWFUL CONTENT; THREATENING, LIBELOUS, OBSCENE, HARASSING OR OFFENSIVE MATERIAL; OR ANY CONTENT THAT INFRINGES A THIRD PARTY'S INTELLECTUAL PROPERTY RIGHTS. YOU ACKNOWLEDGE AND AGREE THAT NETWORK SOLUTIONS IS NOT RESPONSIBLE OR LIABLE TO YOU OR ANY THIRD PARTY FOR THE TRANSMISSION OF VIRUSES OR MALWARE TO YOUR OR ANY CONNECTED OR RELATED COMPUTER SYSTEMS, NETWORKS AND/OR EMAIL PROGRAMS. YOU ACKNOWLEDGE AND AGREE THAT NETWORK SOLUTIONS SHALL HAVE NO LIABILITY TO YOU OR ANY THIRD PARTY WITH RESPECT TO YOUR USE OF THE MESSAGEGUARD SERVICE, YOUR FAILURE TO SEND OR RECEIVE AN ENCRYPTED ELECTRONIC MESSAGE OR ATTACHMENT, OR THE UNAUTHORIZED ACCESS TO YOUR OR YOUR INTENDED RECIPIENTS' ENCRYPTED ELECTRONIC MESSAGES OR ATTACHMENTS. YOU AGREE THAT YOUR USE OF NETWORK SOLUTIONS' MESSAGEGUARD SERVICE IS SOLELY AT YOUR OWN RISK. YOU AGREE THAT ALL OF SUCH SERVICES ARE PROVIDED ON AN "AS IS," AND "AS AVAILABLE" BASIS. NETWORK SOLUTIONS AND ITS LICENSORS EXPRESSLY DISCLAIM ALL WARRANTIES OF ANY KIND, WHETHER EXPRESS OR IMPLIED, INCLUDING BUT NOT LIMITED TO THE IMPLIED WARRANTIES OF MERCHANTABILITY, FITNESS FOR A PARTICULAR PURPOSE AND NON-INFRINGEMENT. NEITHER NETWORK SOLUTIONS NOR ITS LICENSORS MAKE ANY WARRANTY THAT THE MESSAGEGUARD SERVICE WILL MEET YOUR REQUIREMENTS, OR THAT THE MESSAGEGUARD SERVICE WILL BE UNINTERRUPTED, TIMELY, SECURE, OR ERROR FREE. YOU UNDERSTAND AND AGREE THAT ANY MATERIAL AND/OR DATA DOWNLOADED OR OTHERWISE OBTAINED THROUGH THE USE OF THE MESSAGEGUARD SERVICE IS DONE AT YOUR OWN DISCRETION AND RISK AND THAT YOU WILL BE SOLELY RESPONSIBLE FOR ANY DAMAGE TO YOUR COMPUTER SYSTEM OR LOSS OF DATA THAT RESULTS FROM THE DOWNLOAD OF SUCH MATERIAL AND/OR DATA. YOU ACKNOWLEDGE AND AGREE THAT NETWORK SOLUTIONS' ENTIRE LIABILITY, AND YOUR EXCLUSIVE REMEDY, IN LAW, IN EQUITY, OR OTHERWISE, WITH RESPECT TO THE MESSAGEGUARD SERVICE PROVIDED UNDER THIS AGREEMENT AND/OR FOR ANY BREACH OF THIS AGREEMENT IS SOLELY LIMITED TO THE AMOUNT YOU PAID FOR THE MESSAGEGUARD SERVICE DURING THE TERM OF THIS AGREEMENT.

**SCHEDULE T TO NETWORK SOLUTIONS SERVICE AGREEMENT**

**ADDITIONAL TERMS APPLICABLE TO WATCHDOG® SECURITY SERVICES (nsProtect™ Safe)**

**1. Application of Terms**

In addition to the terms and conditions set forth in this Service Agreement, the following additional terms shall apply to the Subscription Service(s) (as defined herein) for the nsProtect™ Safe services (formerly

"Watchdog®") you use, access or purchase (collectively "use") from Network Solutions.

## 2. Definitions and Interpretations

2.1 In this Agreement, unless the context requires otherwise, the following terms and expressions shall have the following meanings:

"Confidential Information" means all material, data, systems and other information concerning the operation, business, projections, market goals, financial affairs, products, services, customers and intellectual property rights of Network Solutions that is not accessible or known to the general public. Confidential Information shall include, but not be limited to, any information which concerns technical details of operation of any of the Network Solutions services and products offered hereunder.

"Effective Date" means the date when Network Solutions receives the Subscriber's request for Subscription Service set out in the Enrollment Form and sent to Network Solutions via the online registration process;

"Enrollment Form" means an electronic form on Network Solutions' Website completed by the Subscriber by providing the Subscriber Data and which identifies the requirements for the Subscription Service;

"Issue Date" means the date of issue of a nsProtect™ Safe Site Seal to the Subscriber after a successful Website vulnerability scan;

"Performance Monitoring Services" means the Network Solutions program which monitors the availability and performance of a Subscriber's Website by downloading the specified Web page on a periodic basis from locations around the world. This service will also include alerts via email or text message that may be sent on occasion to a Subscriber if the Web page is not available or if the download is slow. Weekly reports will also be available or be sent to Subscriber regarding overall performance of the Web page.

"Site Seal" shall mean a hyperlinked graphic provided by Network Solutions to a Subscriber for display on the Subscriber's Website that certifies to visitors to a Subscriber's Website that the Website has been scanned for vulnerabilities. When visitors click on the Site Seal, it generally will indicate the date and time of the last successful vulnerability scan;

"Subscriber" means the entity or organization named on the Enrollment Form during the online registration process or the Customer as defined in this Service Agreement;

"Subscriber Data" means information about the Subscriber required by Network Solutions to provide the Subscription Service, including without limitation, the information which must be provided by the Subscriber on the Enrollment Form during the online registration process and updated as such information changes;

"Subscription Services" means the provisioning of the nsProtect™ Safe services, which includes the Vulnerability Scanning Services, Performance Monitoring Services and the provision of a Site Seal, and related services as described in this Agreement;

"Subscription Service Period" means the time period during which your account subscription shall be active commencing on the date of your registration for the subscription.

"Third Party Data" means data, information or any other materials (in whatever form) not owned or generated by or on behalf of the Subscriber;

"Vulnerability Scanning Services" means the Network Solutions program which scans a Subscriber's Website on a periodic basis to detect whether vulnerabilities exist. An alert via email or text message will generally be sent by Network Solutions to Subscriber if a severe vulnerability is detected. Reports will be provided in the Subscriber's Account Manager detailing certain detected vulnerabilities and the level of severity for such vulnerabilities.

### 3. Provisioning the Subscription Service

3.1 Provided that Network Solutions is able to validate, to its satisfaction, the Subscriber Data, and that Network Solutions accepts a Subscriber's application for the Subscription Service (as such application is set out in the Enrollment Form), Network Solutions shall provide to the Subscriber the Subscription Service in accordance with the terms of this Agreement. Notwithstanding the foregoing, Network Solutions reserves the right to refuse a Subscriber's application at its sole discretion and for any reason. You expressly agree that as a part of the Subscription Service, you give Network Solutions full authorization to scan your Website from anywhere in the world in order to monitor such Website's performance, including, but not limited to the uptime/downtime and download time for the Website and also to monitor the Website for vulnerabilities. You also agree to take any necessary steps to communicate to your hosting provider (if other than Network Solutions) that you have authorized Network Solutions to conduct such scans and request that your hosting provider permit these scans to occur unimpeded. If your hosting provider refuses to permit Network Solutions to scan your Website, Network Solutions may not be able to perform the necessary scan of your Website.

3.2 The Subscription Services only serve as a passive conduit to identify, report and deliver the fix recommendations for various performance problems and avenues of insecurity or vulnerability in your Website. While the detailed post scanning reports may contain recommended fix steps and links to possible solutions if performance problems and/or vulnerabilities are detected on your system, the Subscription Services do not, and are not intended to, fix, remedy, prevent, or eliminate such problems, vulnerabilities and/or other insecurities. You are solely and ultimately responsible for your Website's performance and securing and protecting your Website. You are also solely responsible for taking appropriate steps and all necessary actions to fix, remedy, prevent or eliminate any performance or vulnerability issues with your Website and Network Solutions shall have no liability for any recommended steps that Network Solutions offers as a part of any report provided to you. Network Solutions shall have no responsibility or liability for any vulnerabilities or performance issues that are detected or that are not detected on your system. Network Solutions shall in no way be responsible for fixing, remedying, preventing, or eliminating any problems, vulnerabilities or other insecurities on your system or your Website.

3.3 Upon successful validation of your Domain Name, you will receive the automatic, daily vulnerability scans and the performance monitoring of the selected IP address(es). If your IP address passes the vulnerability scan, you will be permitted to display the nsProtect™ Safe Site Seal on the Website associated with such IP address. If at any time the IP address fails the vulnerability scan, you will be given 7 further scheduled scan attempts (or 7 days) to fix the problem from the time of the first failed test. During this time, you are permitted to continue displaying the nsProtect™ Safe Site Seal on the Website. If the problem is not fixed within this 7 day period, Network Solutions may revoke or suspend the nsProtect™ Safe Site Seal.

3.4 You acknowledge and agree that Network Solutions may, in its sole and absolute discretion, modify, limit, remove, or alter the services as it sees fit. Scans, monitoring, verification, and authentications performed by the Subscription Services and reports/emails that are part of the Subscription Services may be removed, modified, or updated by Network Solutions at any time without notice. You expressly agree that Network Solutions shall have no liability to you or any third parties for taking such action as identified in this

provision.

3.5 You acknowledge and agree that any and all reports that Network Solutions provides to you as a part of the Subscription Services may contain inaccurate and incomplete information as to performance and/or vulnerability issues or proposed fixes and remedies for your Website.

## 4. Use of the Subscription Service

4.1 The Subscription Service is provided by Network Solutions for the Subscriber's own use and the Subscriber hereby agrees not to resell or attempt to resell (or provide in any form whether for consideration or not) the Subscription Service (or any part of it) to any third party and shall not allow any third party to use the Subscription Service without the prior written consent of Network Solutions.

4.2 The Subscriber shall:

4.2.1 Use or access the Subscription Service only in conjunction with the Software or other software that may be provided by Network Solutions from time to time or specified by Network Solutions to be appropriate for use in conjunction with the Subscription Service.

4.2.2 Be responsible, at its own expense, for access to the Internet and all other communications networks or third party services (if any) required in order to use the Subscription Service and for the provision of all computer and telecommunications equipment and software required to use the Subscription Service except where expressly provided otherwise herein;

4.2.3 Obtain and keep in force any authorization, permission or license necessary for the Subscriber to use the Subscription Service save where Network Solutions expressly agrees to obtain the same under the terms of this Agreement; and

4.2.4 Take all reasonable precautions to prevent any violation of, loss of control over, or unauthorized disclosure of Confidential Information relating to the Subscription Service.

## 5. License of Subscription Service Technology

5.1 Network Solutions grants to the Subscriber a revocable, non-exclusive, non-transferable personal license to use any Site Seals provided to Subscriber by Network Solutions in accordance with the Subscription Service and any manuals or other documents relating to the above insofar as is necessary for the Subscriber to utilize the Subscription Service. The Subscriber shall not copy or decompile, enhance, adapt or modify or attempt to do the same to the Site Seals, or any documents or manuals relating to the same, without Network Solutions' prior written consent.

## 6. Revocation or Suspension

6.1 Subscriber agrees that Network Solutions reserves the right to revoke or suspend a Subscriber's Site Seal or the Subscription Services in the event that Network Solutions believe that:

6.1.1 a Subscriber's Site Seal has not been issued in accordance with the policies set out on the Network Solutions Website;

6.1.2 the Subscriber has requested that its Site Seal be revoked, terminated or suspended;

6.1.3 Subscriber has violated the provisions of this Agreement, Network Solutions Acceptable Use Policy or

any legal or administrative rule;

6.1.4 the Subscriber Data is no longer correct or accurate, save that Network Solutions has no obligation to monitor or investigate the accuracy of Subscriber Data after the Issue Date of that Site Seal;

6.1.5 a third party complaint about the Subscriber or a threat of litigation against the Subscriber or Network Solutions; or

6.1.6 the Subscriber has used the Subscription Service with third party software not authorized by Network Solutions for use with the Subscription Service; and Network Solutions may, at its sole discretion, after revocation of a Site Seal, reissue a Site Seal to the Subscriber or terminate this Agreement in accordance with the provisions of section 15 herein.

6.2 The Subscriber agrees to discontinue all use of the Subscriber's Site Seal if the Subscriber's Site Seal is revoked in accordance with this Agreement, the Subscription Service Period expires, this Agreement is terminated, or any of the information constituting the Subscriber Data ceases to remain valid or correct or otherwise changes.

## 7. Subscriber Data

7.1 Subscriber acknowledges that in order to provide the Subscription Service the Selected Subscriber Data shall be embedded in the Subscriber's Site Seals and the Subscriber hereby consents to the disclosure to third parties of such selected Subscriber Data held therein.

7.2 Subscriber hereby grants Network Solutions permission to examine, evaluate, process and in some circumstances transmit to third parties located outside the United States the Subscriber Data insofar as is reasonably necessary for Network Solutions to provide the Subscription Service.

7.3 Subscriber acknowledges that Network Solutions has the right to gather information regarding the Subscriber's use of the Network Solutions account or services to guarantee the proper use of the licenses granted by this Agreement.

## 8. Subscriber Warranties and Representations

8.1 The Subscriber warrants, represents and undertakes that:

8.1.1 all Subscriber Data is, and any other documents or information provided by the Subscriber are, and will remain full and accurate and will not include any information or material (or any part thereof) the accessing or use of which would be unlawful, contrary to public interest or otherwise likely to damage the business or reputation of Network Solutions in any way;

8.1.2 you have obtained all licenses and consents necessary to fully perform its obligations under this Agreement;

8.1.3 you will not use the Subscription Services for any purpose that is unlawful or is prohibited by these terms, conditions, and notices. You agree to comply with all rules applicable to you in your use of the Subscription Services, including all applicable local, state, national, and international laws and regulations (including without limitation those governing account collection, export control, consumer protection, unfair competition, anti-discrimination of false advertising). You agree: (1) not to use the Subscription Services for illegal purposes; (2) not to interfere or disrupt networks connected to the Subscription Services; (3) to comply

with all regulations, policies and procedures of networks connected to the Subscription Services; (4) not to use the Subscription Services to infringe any third party's copyright, patent, trademark, trade secret or other proprietary rights or rights of publicity or privacy; (5) to not attempt to gain unauthorized access to other computer systems; and (6) to not interfere with another subscriber's use and enjoyment of the Subscription Services or another entity's use and enjoyment of similar services. If you violate any of these terms, your permission to use the services automatically terminates;

8.1.4 you will not, directly or indirectly, (1) reproduce, sell, lease, rent, transfer or exploit for any commercial purposes any portion of the Subscription Services; (2) modify the nsProtect™ Safe logo in any form, change the data contained within the nsProtect™ Safe logo or change its size; (3) use or display the nsProtect™ Safe logo in a manner that is misleading, defamatory, infringing, libelous, disparaging, obscene or otherwise objectionable to Network Solutions or in a manner that impairs the rights of Network Solutions in its trademarks or logos; or (4) represent that Network Solutions guarantees your products or services; and

8.2 Subscriber shall promptly disclose in writing to Network Solutions anything that constitutes a breach of, or is inconsistent with, any of the warranties and representations in section 8.1. Subscriber agrees to update the Subscription Data provided during the registration process as such information changes. Subscriber acknowledges and agrees that any information provided that is untrue, inaccurate, or incomplete can result in the immediate suspension or termination of all rights granted herein in Network Solutions' sole and absolute discretion. If Network Solutions ever finds any information provided to be untrue, incomplete, or inaccurate or has reason to believe that any information may be untrue, incomplete, or inaccurate, then Network Solutions, in its sole and absolute discretion, may suspend or terminate your account and refuse and all future use of the services of Network Solutions.

8.3 The Subscriber agrees not to make any representations regarding the Subscription Service to any third party.

8.4 Subscribers acknowledge that they are conducting their transactions over the Internet. Network Solutions provides its services on the Internet and, as such, they are subject to the operation of the Internet and the telecommunications infrastructures as well as the operation of your Internet connection services, all of which are beyond the control of Network Solutions.

## 9. Termination

If this Agreement is terminated by Network Solutions for any reason, Network Solutions may (in the event that a Subscriber's Site Seal has not already been revoked) revoke the Subscriber's Site Seal without further notice to the Subscriber and the Subscriber shall pay any amounts due to Network Solutions under this Agreement. Network Solutions shall have no obligation to refund any payment by the Subscriber to Network Solutions in the event of any termination of this Agreement. YOU FURTHER AGREE THAT UNDER NO CIRCUMSTANCES WILL NETWORK SOLUTIONS BE LIABLE TO THE SUBSCRIBER FOR ANY LOSS SUFFERED BY THE SUBSCRIBER OR ANY THIRD PARTIES DUE TO USE OF THE SITE SEAL OR THE SUBSCRIPTION SERVICES.

**SCHEDULE U TO NETWORK SOLUTIONS SERVICE AGREEMENT**

**ADDITIONAL TERMS APPLICABLE TO TRANSFERME™ WEBSITE MIGRATION SERVICE**

1. Application of Terms. In addition to the terms and conditions set forth in this Service Agreement, the following additional terms shall apply to Service(s) (as defined herein) for the TransferMe™ Website

migration service you use, access or purchase (collectively "use") from Network Solutions. You agree that each person listed in your account information as being associated with your account for any services provided to you is your agent with full authority to act on your behalf with respect to such services and is bound by the terms of this Agreement.

2. Accurate Information. The TransferMe service allows you to transfer your Website from your current hosting provider to Network Solutions which will host your site pursuant to the hosting terms and conditions set forth in Schedule N above. In order to migrate your Website to our hosting platform, you must provide Network Solutions with certain information necessary for us to access your Website. This information shall include but is not limited to, Internet Protocol (IP) address of your current server, your File Transfer Protocol (FTP) username and password, the domain name authorization code, and your email address and password information. To allow us to move your site to our hosting platform, you agree to allow us to place scripts on your site that will allow us to probe for FTP and other data needed to effectuate the migration of your site.

3. Representations and Warranties. YOU REPRESENT AND WARRANT THAT: 1) YOU ARE THE OWNER OF ALL OF THE CONTENT ON YOUR WEBSITE (INCLUDING BUT NOT LIMITED TO THE PHOTOS, COPY, LOGOS, DESIGN ELEMENTS, DATA FILES AND SITE LAYOUT) ("CONTENT") AND/OR YOU HAVE THE RIGHTS TO TRANSFER YOUR WEBSITE AND ALL CONTENT FROM YOUR CURRENT HOSTING PROVIDER TO NETWORK SOLUTIONS; 2) THAT TRANSFERRING YOUR WEBSITE TO NETWORK SOLUTIONS SHALL NOT VIOLATE THE TERMS AND CONDITIONS OF ANY AGREEMENT YOU HAVE WITH YOUR CURRENT HOSTING PROVIDER OR THIRD PARTY; 3) YOU HAVE THE RIGHT TO PROVIDE US WITH THE INFORMATION REQUIRED TO MIGRATE YOUR WEBSITE TO OUR HOSTING PLATFORM; AND 4) YOUR WEBSITE AND THE CONTENT THEREON: DOES NOT INFRINGE, MISAPPROPRIATE OR OTHERWISE VIOLATE ANY COPYRIGHT, PATENT, TRADEMARK, SERVICE MARK, TRADE SECRET OR OTHER INTELLECTUAL PROPERTY RIGHT OF ANY THIRD PARTY; DOES NOT BREACH THE RIGHTS OF ANY PERSON OR ENTITY, INCLUDING RIGHTS OF PUBLICITY OR PRIVACY, AND IS NOT DEFAMATORY; AND DOES NOT RESULT IN CONSUMER FRAUD (INCLUDING BEING FALSE OR MISLEADING). IF YOU ARE NOT ABLE TO MAKE ALL OF THESE REPRESENTATIONS AND WARRANTIES, YOU MUST NOTIFY NETWORK SOLUTIONS IMMEDIATELY.

4. Indemnity. In addition to the indemnity obligations in Section 9 of the General Provision of this Agreement, you agree to indemnify and hold harmless the Company, its subsidiaries and affiliates, and each of their directors, officers, agents, contractors, partners and employees, from and against any loss, liability, claim, demand, damages, costs and expenses, including reasonable attorney's fees, arising out of or in connection with the transfer of your Website and its Content to our hosting platform, any breach of your representations and warranties above, or any violation of this Agreement or of any law or the rights of any third party.

5. Suspension Due to Breach. Network Solutions, in its sole and exclusive discretion, may immediately take corrective action, including, but not limited to, removal of all or a portion of the Content on your Website and suspension and/or termination of your Web Hosting Services, in the event of notice of any possible violation of this Agreement or the AUP by you or your end users. You agree that Network Solutions will have no liability to you due to any corrective action that Network Solutions may take and that you will not be entitled to a refund of any fees paid in advance prior to the corrective action. You agree to the additional restrictions of use provided by Network Solutions in conjunction with the Web Hosting Services that are found in other Schedules to this Agreement.

6. Disclaimer of Warranties. IN ADDITION TO THE DISCLAIMER OF WARRANTIES SET FORTH IN SECTION 8 OF THE GENERAL PROVISIONS OF THIS AGREEMENT, YOU AGREE THAT YOUR USE OF OUR TRANSFERME WEBSITE MIGRATION SERVICE IS SOLELY AT YOUR OWN RISK AND THAT SUCH SERVICE IS PROVIDED ON AN "AS IS" BASIS WITHOUT WARRANTY. WE MAKE NO WARRANTY THAT THE MIGRATION OF YOUR WEBSITE TO OUR HOSTING PLATFORM WILL BE TIMELY, SECURE, OR ERROR FREE. YOU UNDERSTAND AND AGREE THAT ANY FILES, DATA, OR CONTENT TRANSFERRED USING OUR SERVICE IS DONE AT YOUR SOLE RISK AND THAT YOU WILL BE SOLELY RESPONSIBLE FOR ANY LOSS OF DATA THAT MAY RESULT FROM THE TRANSFER. IN NO EVENT SHALL NETWORK SOLUTIONS BE LIABLE FOR ANY DIRECT, INDIRECT, INCIDENTAL, PUNITIVE, OR CONSEQUENTIAL DAMAGES OF ANY KIND WHATSOEVER WITH RESPECT TO THE TRANSFERME WEBSITE MIGRATION SERVICE.

## SCHEDULE V TO NETWORK SOLUTIONS SERVICE AGREEMENT

(Intentionally Omitted)

## SCHEDULE W TO NETWORK SOLUTIONS SERVICE AGREEMENT

### FREE WEBSITE PACKAGE and nsWEBSITE 1-MONTH FREE TRIAL

In addition to the terms and conditions in the General Provisions and other applicable Schedules in the Agreement, the following additional terms and conditions shall apply to any Network Solutions Free Website Package and nsWebsite 1-Month Free Trial offer.

### 1. Description of Service for Free 1-Month Website Package

Network Solutions may make available, from time to time, a free website package that contains a third level domain name, a Website Builder Tool, Web Hosting Service, and one e-mail box. Network Solutions reserves the right to amend the products and the services in its free website package and to determine when any such changes apply to both existing and future customers.

### 1.1. Third Level Domain Name and Website Template Restrictions

1.1.1. When you select a free website package, you will be able to choose a domain name that is a third level domain name, e.g. one that is based upon a domain name that is already registered to, and controlled by, Network Solutions (For example: "YourName.mynetworksolutions.com"). Because your domain name is based upon a Network Solutions second level domain name hosted by Network Solutions, your domain name cannot be transferred to another registrar or to another website hosting company.

1.1.2. In addition to the restriction on transferability, you also cannot point the third level domain to any website other than the one you develop as part of the free website package.

1.1.3. When you select a third level domain name with us, you agree to be bound by our current domain name dispute policy that is referenced in Schedule A, Sections 5, 6,and 7. Again, the current version of the domain name dispute policy may be found at our Website: http://www.icann.org/dndr/udrp/policy.htm. You also agree that, if your use of a particular domain name is challenged by a third party, you will be subject to the provisions specified in our dispute policy. For the adjudication of any disputes brought by a third party

against you concerning or arising from your use of a domain name registered with us you (but not Network Solutions) agree to submit to subject matter jurisdiction, personal jurisdiction and venue of the United States District Court for the Eastern District of Virginia, Alexandria Division and the courts of your domicile. You agree that in the event a domain name dispute arises with any third party, you will indemnify and hold us harmless pursuant to the terms and conditions set forth in the General Provisions of this Agreement.

1.1.4. Other terms of Schedules A (nsWebAddress), H (nsMail), K (nsSpace), N (Web Hosting), and O (nsMarketing) shall also apply to the free website package.

### 1.2. Advertising

1.2.1 You acknowledge and agree that prior to publication of your free website, your third level domain name may resolve to an "under construction" or similar temporary Web page ("Under Construction Page"), and that Network Solutions may place on any such Under Construction Page promotions and advertisements for, and links to, Network Solutions' Website, Network Solutions product and service offerings.

1.2.2. Also, you agree that Network Solutions may place advertisements for, and links to, Network Solutions' Website, Network Solutions product and service offerings, third-party Websites or third-party product and service offerings at the bottom of your published Web Site and at the bottom of e-mails you send using the e-mail service provided with the free website package.

### 2. Description of Service for nsWebsite 1-Month Free Trial

Network Solutions may make available, from time to time, an nsWebsite 1-Month Free Trial offer that includes a default domain name, a Website Builder Tool, Web Hosting Service, and up to ten (10) e-mail boxes. Network Solutions reserves the right to amend the products and the services in the nsWebsite Free Trial and to determine when any such changes apply to both existing and future customers.

### 2.2. Terms

2.2.1 You understand and agree that this is a free trial offer that expires in one month. At the end of the one-month trial period, you will automatically be charged $9.95/month for the nsWebsite (Small) package. If you wish to cancel the service and not be charged, you must contact Network Solutions customer service at 1-800-333-7680 before expiration of the one-month trial period You understand and agree that in the event you cancel the nsWebsite service, any files, email content, email boxes or images associated with your website are non-transferable and non-downloadable and will be permanently lost.

2.2.2. You acknowledge and agree that prior to publication of your nsWebsite, your domain may resolve to an "under construction" or similar temporary Web page ("Under Construction Page"), and that Network Solutions may place on any such Under Construction Page promotions and advertisements for, and links to, Network Solutions' Website, Network Solutions product and service offerings.

2.2.3. Other terms of Schedules A (nsWebAddress), H (nsMail), K (nsSpace), N (Web Hosting), and O (nsMarketing) shall also apply to the nsWebsite Free Trial.

### 3. RESTRICTIONS ON USE for Free Website Package and nsWebsite 1-Month Free Trial

You agree that you will not exceed the bandwidth or storage space limits applicable to the Web Hosting

Services offered as part of the Free Website Package and nsWebsite 1-Month Free Trial as set forth on our Website. You agree that if you do exceed either of such limits, Network Solutions, in its sole and exclusive discretion, may immediately take corrective action, including, but not limited to, assessment of fees and/or suspension and/or termination of your Web Hosting Services. You agree that Network Solutions will have no liability to you or any of your end users due to any corrective action that Network Solutions may take. In addition, you agree not to use our Web Hosting Services offered as part of the Free Website Package and nsWebsite 1-Month Free Trial primarily as online storage space for archived electronic files. If we detect that you are using our Web Hosting Services to archive files, you agree that Network Solutions may suspend or terminate your Free Website Package or nsWebsite 1-Month Free Trial Package without liability.

### SCHEDULE X TO NETWORK SOLUTIONS SERVICE AGREEMENT

### TERMS APPLICABLE TO THE goMobi SERVICES

In addition to the terms and conditions in the General Provisions and other applicable Schedules in the Agreement, the following additional terms and conditions shall apply to the goMobi services offered by Network Solutions.

1. General Terms:
   A. You are granted a personal, revocable, non-exclusive, non-transferable, non-assignable, non-sublicensable license to:
      i. use the goMobi service; and
      ii. install and use a single copy of the software components and/or transcoding tags (including the device detection and transcoding tag software) to be installed on the End User's web server including associated manuals, user guides, help text files or embedded software instructions (together, the "Software") and which link to the dotMobi hosted database which contains information relating to devices for the mobile web (the "Database") solely for the purpose of redirecting mobile web traffic to the goMobi web site that is the subject of the goMobi subscription through searches of the Database (the "Additional Service").
   B. You shall during the term of the End User Agreement, to the extent reasonably possible, effect and maintain adequate security measures to safeguard the goMobi service, Software and Additional Service from use by any unauthorized person.
   C. You shall not use the goMobi service and/or the Additional Service in any way not expressly permitted under this Agreement. This includes a prohibition on:
      i. use of the results of searches performed using the goMobi service and/or the Additional Service for the purposes of publication or distribution to any other persons and/or the transfer of any information or data obtained from such into the public domain;
      ii. removing or modifying any markings on the goMobi service or the Additional Service including reports or any notice of intellectual property rights;
      iii. modifying, selling, renting, leasing, transferring, assigning, disposing of, novating, sub-licensing, transferring any of its rights to, reselling for profit or distributing the goMobi service and/or the Additional Service or creating derivative works based on the goMobi service and/or the Additional Service or any part of them;
      iv. any distribution of data retrieved from the Database (or otherwise through the goMobi service or Additional Service) in any form (whether printed, electronically relayed, posted to public list services or bulletin boards, magnetically stored or otherwise) to, or for the benefit of, any other person;

     v. causing or permitting any alteration, adaptation, translation, decompilation, disassembly, or reverse engineering of the goMobi service and/or the Additional Service (other than as permitted by applicable law);

     vi. copying the Software (provided however that You may take such copies or other reproductions of the Software as are strictly necessary for backup or archival purposes) and/or the Database or creating subsets or derivative databases from the Database in a manner not expressly permitted by this Agreement;

D. You shall be solely responsible for ensuring compliance with all local laws and regulations in relation to your website and your website content.

E. You shall be solely responsible for observing any applicable export and import laws that govern its use of the goMobi service and/or the Additional Service. In particular, You shall not export the Software and/or the Database, or any part thereof, directly, or indirectly, in violation of these laws, or use them for any purpose prohibited by these laws including, without limitation, nuclear, chemical, or biological weapons proliferation.

F. You shall agree that dotMobi may make commercial use of data arising from your use of the goMobi service and/or the Additional Service.

2. Liability:

To the extent permitted by law, in no event shall dotMobi have any liability (whether direct or indirect) to you for loss or damage.

3. Fair Use Policy:

In the event that the volume of traffic to you using the goMobi service and/or the Additional Service is sufficient so as to jeopardize the provision of the goMobi service and/or the Additional Service for other end users, dotMobi reserves the right to, at its sole discretion, permanently or temporarily, discontinue provision of the goMobi service and/or the Additional Service to you. For the avoidance of doubt, the volume of traffic generated by you should not exceed 2,000 page views per day.

4. Acceptable Use Policy:

You agree that your access to and right of use of the goMobi service and/or the Additional Service may be suspended and/or terminated if you are found to be using the goMobi service and/or the Additional Service in association with activities which may be detrimental to our or dotMobi's interests or reputation, such as in association with unsolicited commercial email ("spam") or morally objectionable activities. Morally objectionable activities will include, but not be limited to: activities designed to defame, embarrass, harm, abuse, threaten, slander or harass third parties; activities prohibited by the laws of the territories in which you transact your business; activities designed to encourage unlawful behaviour by others, such as hate crimes, terrorism and child pornography; activities that are tortuous, vulgar, obscene, invasive of the privacy of a third party, racially, ethnically, or otherwise objectionable; activities designed to impersonate the identity of a third party; and activities designed to harm minors in any way. In the event that access to and right of use of the goMobi service and/or the Additional Service by you is suspended and/or terminated for spam or morally objectionable activities, no refund shall be due to you.

5. Domain Transfers:

Should a domain to which services are being provided under this Agreement be transferred to another domain name registrar, the provision of the goMobi service and/or the Additional Service will be

interrupted for you on that domain, and the goMobi service and/or the Additional Service will not be restored until the necessary DNS records are made to refer the domain to the goMobi service.

6. Service Branding:

You accept that the text "goMobi by dotMobi" or equivalent, is inserted at the footer of the adapted site.

7. Updates:

As part of the provision of the goMobi service and/or the Additional Service to the End User, updates to the goMobi service and/or the Additional Service will take place from time to time ("Updates"). Updates are generally designed to improve, enhance and further develop the goMobi service and/or the Additional Service and may take the form of bug fixes, enhanced functions, new capabilities and completely new versions, and may include, but are not limited to, items such as advertising, links to third party offerings, and other promotional content. dotMobi shall incorporate Updates at its absolute discretion and you shall agree to receive such Updates on the above terms as part of its use of the goMobi service and/or the Additional Service.

**SCHEDULE Y TO NETWORK SOLUTIONS SERVICE AGREEMENT**

**ADDITIONAL TERMS APPLICABLE TO MyTime Support™ SERVICES**

In addition to the terms and conditions in the General Provisions and other applicable Schedules in the Agreement, the following additional terms and conditions shall apply to any and all customer purchases of the MyTime Support™ service as defined below.

1. MyTime Support is a service whereby Network Solutions representatives or a vendor or sub-contractor thereof will assist you with configuring, modifying, utilizing or updating the services associated with your account and/or other products or services. Subject to the terms and conditions of this Agreement and during the term of this Agreement, Network Solutions agrees to provide to you the MyTime Support services purchased by you during the sign-up process, provided, however, that all sales shall not be considered final until Network Solutions' technical team has reviewed the details of your MyTime Support applicable service requests, if any. Upon such review and because of the unique nature of customers' services and websites, Network Solutions reserves the right to change the scope of the MyTime Support services purchased by you. Such change may result in a change to the price for the MyTime Support services in order to ensure that the MyTime Support services can be completed. Should you decline the MyTime Support services after this review, Network Solutions will refund your purchase.

Network Solutions will provide MyTime Support for you based upon direction and input provided to us by you. Customer hereby grants to Network Solutions and its vendors and sub-contractors all necessary rights and licenses with respect to your account in order for Network Solutions to carry out its obligations for the MyTime Support service and to make a reasonable number of archival or back-up copies of information, documents, files, or materials as deemed necessary by Network Solutions. Notwithstanding the foregoing, Network Solutions is not obligated to archive or responsible for archiving any information, documents, or materials that are mailed, emailed, faxed, or otherwise provided to Network Solutions.

**2. Your Obligations.** In order for Network Solutions to perform the MyTime Support service in accordance with this Agreement, you shall be responsible for the following:

2.1 Providing Network Solutions with all information requested by Network Solutions to allow Network Solutions to fulfill the specific MyTime Support service requested by you. In certain cases, this may include providing access to your computer for a representative of Network Solutions or a vendor or sub-contractor thereof.

2.2 Ensuring that the content provided by you (or any representative thereof), if any, does not infringe or violate the Intellectual Property rights (including, but not limited to, trademarks, trade names, copyrights, patents, domain registration rights, and trade secrets) or any other right of any third party (including, but not limited to, rights of privacy and contractual rights), and acquiring any authorization necessary to use intellectual property or other proprietary information of third parties. You represent and warrant that any name or word submitted to be used in connection with the MyTime Support service does not infringe any trademark, domain name, or any other intellectual property rights of any third party.

2.3 Ensuring the accuracy of materials provided to Network Solutions, including, without limitation, website content, descriptive claims, warranties, guarantees, nature of business, and contact information for the Customer.

2.4 Where you have purchased MyTime Support services on-line (as opposed to over the telephone), within thirty (30) days of purchase, you must either: (i) log in to your Account Manager, access your applicable MyTime Support services package, and complete the Request Assistance Form provided therein; or (ii) contact customer service via telephone to submit your service request. If you fail to contact Network Solutions within thirty (30) days of an online purchase of MyTime Support services, payment will be surrendered in full.

2.5 In some cases, Network Solutions will be working with you to gather information to fulfill the specific MyTime Support service you have requested. In such cases, prompt response from you is necessary. If a response is not received from you for more than fifteen (15) days, the MyTime Support service is considered "abandoned" and payment is surrendered in full.

**3. Information and Content You Provide.** If you provide any information that is untrue, inaccurate, incomplete or not current, or we have reasonable grounds to suspect that such information is untrue, inaccurate, incomplete or not current, Network Solutions has the right to suspend or terminate your account and refuse any and all current or future services (or any portion thereof). You acknowledge that Network Solutions does not pre-screen content, images and inventory. Network Solutions and its designees shall have the right to remove any content that violates the Acceptable Use Policy. You agree that you must evaluate, and bear all risks associated with the use of any content, including any reliance on the accuracy, completeness, or usefulness of such content. In this regard, you acknowledge that you may not rely on any content created by Network Solutions or submitted to Network Solutions.

**4. Non-Interference By You.** Customer will use the MyTime Support service in a manner which does not interfere with or disrupt other network users, services, or equipment, and Network Solutions reserves the right to terminate or suspend the MyTime Support service without notice to you if such interference is determined by Network Solutions to exist. Such interference or disruption includes, but is not limited to:

4.1 wide-scale distribution of messages, including bulk email or unsolicited spam email, or wide-scale distribution of messages to inappropriate mailing lists, newsgroups, or other public or private forums,

4.2 propagation of computer worms or viruses, and

4.3 use of the network to make unauthorized entry to other computational, information, or communications devices or resources. This includes unauthorized security probing activities or other attempts to evaluate the security integrity of a network or host system without permission.

**5. One-time MyTime Support Service.** All requested services must be redeemed during one service consultation. For example, if you purchased 60 minutes of One-time MyTime Support and it only takes 45 minutes to fulfill the requested service(s), the remaining 15 minutes is waived and related payment surrendered.

**6. Monthly MyTime Support Service.** All requested services for a given month must be redeemed during one service consultation. For example, if you purchased 60 minutes (per month) of Monthly MyTime Support and it only takes 45 minutes to fulfill the requested service(s) that month, the remaining 15 minutes for that particular month is waived. Additionally, if you do not use your service consultation for a particular month, the minutes do not carry over to the next month.

**7. Yearly MyTime Support Service.** All requested services for any yearly MyTime Support package must be used within the term period purchased. For example, if you purchase a one-year term, you must use all minutes allotted within one year from the date of purchase. Any unused minutes shall be deemed as waived and forfeited by you.

For any yearly MyTime Support package, the amount of minutes that Network Solutions takes to complete any given task shall be defined pursuant to the MyTime Support Services List, which can be found on www.networksolutions.com. The amount of time listed on the MyTime Support Services List for a particular task shall be deducted from any remaining minutes on your MyTime Support package, regardless of whether the task takes more or less time to complete. For example, if a task is listed as taking 30 minutes on the MyTime Support Services LIst and the task takes 45 minutes to complete, Network Solutions will deduct 30 minutes from the remaining minutes on your MyTime Support package. Similarly, if a task is listed as taking 30 minutes on the MyTime Support Services List and the task takes only 20 minutes to complete, Network Solutions will deduct 30 minutes from the remaining minutes on your MyTime Support package.

Where the MyTime Support Services List requires you to call Network Solutions for a quote, the time to fulfill the requested service shall be provided by Network Solutions during that call or thereafter and shall control and be treated as though it were listed on the MyTime Support Services List.

**8. VPS Migration Services.** For certain services offered under MyTimeSupport that involve the migration of a Network Solutions VPS hosting package to another Network Solutions hosting package, the following additional terms apply:

In accordance with such a migration, Network Solutions will endeavor to migrate over necessary website, database and hosting account data and information on the current VPS hosting package to a new Network Solutions hosting package. The hosting migration will cover any applications and SSL certificates that you have installed using the hosting control panel as well as any applications that have been built outside the control panel. However, Network Solutions makes no representations whatsoever that all necessary website, database or hosting information and/or data will be fully or properly migrated. You further acknowledge and agree that Network Solutions has no obligation to back-up any information or data related to your website, database or hosting account during or otherwise in the event of a migration.

Upon requesting or otherwise ordering the migration services, Network Solutions shall bill your method of payment for any applicable migration charges, and will further assess as to whether Network Solutions can

provide the migration services to you. Network Solutions will look to complete such an assessment within five (5) business days and then shall confirm if the migration services are to be provided, whereby you are required to provide all needed information related to the current hosting package, contents thereof and what is to be migrated. Customers who will not be provided the migration services will receive a refund for applicable migration charges billed, and for those customers for whom the migration services are to be provided Network Solution (or a vendor or sub-contractor thereof) would work with the customer in an effort to provide those migration services.

As part of the migration services you will cooperate and Network Solutions to establish a "cut-off date" for the migration process for which all tasks and activity are to be discontinued on the old hosting package. Any changes made to the old hosting package after the cutoff date will not be migrated to the new package. During migration any online transactions and/or changes to the old hosting package will be not migrated. Moreover, there may be an outage and/or downtime of the customer's website, database and/or hosting account during the migration and subsequent verification. If the migration involves an active website, any transactions that are placed during this migration process will not be migrated. Once the migration is complete the customer will be required to verify that the migration was successful.

For DNS Changes to be made in association with any such hosting migration:

- If you are using external DNS, you acknowledge and agree that it is your responsibility to update the zone records.
- You further acknowledge and agree that you may need to update your glue records (Name Server IP address) at the registry level by working with your respective registrar. However, if the DNS and Domain is registered at Network Solutions, then you acknowledge and agree that Network Solutions can make any needed changes to your zone records and glue records.

**9. Remote Desktop Feature.** For certain services offered under MyTime Support, access to your computer will be necessary in order to complete the service. Access to the Internet is also required to receive certain MyTime Support services, and you are responsible for providing and maintaining your Internet connection. A high speed Internet connection is highly recommended in order to avoid delays or problems with the Services. By purchasing MyTime Support, you authorize a representative of Network Solutions and/or its vendors or sub-contractors to access your computer and any associated computer networks. You agree that you will bear all risks associated with your purchase of the MyTime Support services and your Internet connection. You will comply with all applicable local, state, national and international laws and regulations during the provision of the MyTime Support services. You agree to allow Network Solutions to record and archive a digital copy of the MyTime Support session in a video format for liability and training purposes, and you are aware and agree that anything you do not want recorded, including but not limited to e-mail, files, attachments, pictures, and Internet history, must be removed from your computer prior to the MyTime Support session.

You agree to assist Network Solutions as reasonably requested by Network Solutions in diagnosing the issues and providing the MyTime Support services. The Network Solutions representative providing the MyTime Support service(s) has sole discretion over any instructions and steps taken in providing the Services.

You agree that the MyTime Support services provided by Network Solutions may result in malfunction of certain programs or functions of your computer or associated computer networks, and acknowledge that this result may occur through no fault of Network Solutions. Knowing and understanding the risk of accepting MyTime Support services from Network Solutions, you assume all responsibility and risk for any damage to your programs, computer or associated networks that may result from those services, even if due to the fault

or negligence of Network Solutions. Furthermore, you agree in advance to release, waive, forever discharge, and covenant not to sue Network Solutions, any of its employees, officers, and/or agents from and against any and all liability for any harm, injury, damage, claims, demands, actions, causes of action, costs, and expenses of any nature that may result from any and all MyTime Support services that you purchase and accept.

You hereby agree to indemnify, save and hold harmless Network Solutions, its employees, officers, and/or agents from any loss, liability, damage, or cost they may incur due to the provision of MyTime Support services on your behalf, whether or not such loss, liability, damage or cost is due to the fault or negligence of Network Solutions.

You agree that the Internet is not owned, operated or managed by, or in any way affiliated with, Network Solutions, and that Network Solutions, is not responsible for and has no control over the information, content or other materials, some of which may be offensive, malicious or destructive in nature, which may be accessed through use of the MyTime Support service. You further agree that Network Solutions does not own or control all of the various facilities and communications lines through which MyTime Support may be provided, nor does Network Solutions guarantee access to or through websites, servers or other facilities on the Internet, whether or not such facilities are owned or controlled by Network Solutions.

You further agree that Network Solutions cannot and does not guarantee or warrant that data or software programs available for downloading through MyTime Support will be free of defects, infection or viruses, worms, Trojan horses or other code that manifests contaminating, malicious or destructive properties. You are solely responsible for implementing adequate procedures to satisfy your particular requirements for data security, accuracy of data input and output, and for maintaining a means external to MyTime Support for the reconstruction of any lost data (for example, adequate backup procedures).

You further acknowledge and agree that the Internet is not a secure network and that third parties may be able to intercept, access, use, or corrupt the information that you transmit or receive over the Internet. You agree that Network Solutions is not responsible for invalid destinations, transmission errors, or corruption or security of your data, computers or networks.

### SCHEDULE Z TO NETWORK SOLUTIONS SERVICE AGREEMENT

### TERMS APPLICABLE TO CONTACTME BIZPRO SERVICE

**1. ContactMe BizPro Service.** The ContactMe BizPro Service is a contact management system allowing personal and business contacts and information to be aggregated, organized, and accessed online. In addition to the terms of this Agreement, You agree to be bound by and comply with the following ContactMe BizPro terms of service, including amendments and modifications thereto, and agree that Network Solutions is an intended third party beneficiary of the ContactMe BizPro terms of service with rights to enforce the ContactMe BizPro terms of service: http://www.contactme.com/terms-of-service

### SCHEDULE AA TO NETWORK SOLUTIONS SERVICE AGREEMENT

### TERMS APPLICABLE TO EMAIL MARKETING SERVICE

**Email Marketing Service** The "Email Marketing Service" is a service that allows you to directly market to customers, potential customers or leads by sending an email communication to such customers, potential customer or leads. As a part of the Email Marketing Service, there will be "add-ons" and other features and

offerings, that are related to the core service of sending email communications including, but not limited to, Event Marketing, Online Surveys, MyLibrary Plus and Email Archive. In addition to the terms of this Agreement, you agree to be bound by and comply with the following Constant Contact terms of service, including amendments and modifications thereto, and agree that Network Solutions is an intended third party beneficiary of the Constant Contact terms of service with rights to enforce the Constant Contact terms of service located at: http://www.constantcontact.com/uidocs/CCSiteOwnerAgreement.jsp. The Constant Contact terms of service will apply to your use of the Email Marketing Service and any related features, services, offerings or add-ons. You agree to the extent that any provisions in the Constant Contact terms of service conflict with this Agreement, the terms of this Agreement shall control.

## SCHEDULE CC TO NETWORK SOLUTIONS SERVICE AGREEMENT

### TERMS APPLICABLE TO THE DOMAIN EXPIRATION PROTECTION SERVICE

Domain Expiration Protection ("DEP") is a service that prevents a domain name registered to you from becoming available to other parties for purchase if it is not successfully renewed prior to the expiration of its then-current term. In accordance with the DEP service, the domain name shall not expire and instead you will have one (1) year from the aforementioned then-current date of expiration of the domain name to renew the domain name (the "Expiration Period").

During the Expiration Period, the domain name will remain registered to you, but Network Solutions may (i) lock the domain name and/or (ii) direct the domain name to an IP address designated by Network Solutions, including, without limitation, to an IP address which hosts a parking, under construction or other page that may include promotions and advertisements for, and links to, Network Solutions' Website and Network Solutions' products and service offerings, third-party websites, third-party product and service offerings, and/or Internet search engines, unless and until it is renewed by you along with the proper payment. Renewals of domain names during the Expiration Period will be subject to our then-current standard renewal fees. Only the registrant of the domain name will be permitted to renew the domain name during the Expiration Period and must do so over the phone by calling the Network Solutions Customer Service team. In the event you do not renew the domain name during the Expiration Period, the domain name will automatically be made available to other parties for purchase at the end of the Expiration Period.

## SCHEDULE DD TO NETWORK SOLUTIONS SERVICE AGREEMENT

### TERMS APPLICABLE TO REPUTATIONALERT

ReputationAlert (the "Service") is a service that provides you with the capability of monitoring your website's online reputation by pulling information from various Internet sources. The Service lets you track and manage your online visibility and reputation as broken down into several categories. You are responsible for managing the Service and for making the necessary changes to help improve your online reputation, and as such Network Solutions is not responsible for the management of and/or any of the information that is provided in conjunction with the Service. Network Solutions is also not responsible for any negative reviews or comments regarding your online reputation.

While subscribed to the Service you will receive bi-monthly notifications regarding your online reputation. In order to ensure you receive these notifications, you must be opted in to receive email notifications from Network Solutions. If you currently do not receive notifications from Network Solutions, then you will not receive emails that are necessary for the Service. You agree to receive all notifications via email at the email address you provide us during registration or by updating your account information. You agree to update your

email address any time your email address changes.

You are responsible for maintaining the confidentiality of your password and are fully responsible for all activities that occur using your password. You agree to notify Network Solutions immediately of any unauthorized use of your password or any other breach of security. Network Solutions is not liable for any losses that you may incur as a result of any third-party's use of your password.

Network Solutions and/or other third parties may produce automated search results or otherwise provide links to other websites or resources through the Service. Network Solutions may also provide the opportunity for you or third parties to submit, post, transmit or otherwise make available information, data, text, photographs, sound, graphics, video, messages, reviews and/or other materials ("RA Content") though the Service. You acknowledge and agree that all RA Content is the sole responsibility of the individual from whom such RA Content originated. Because we either do not review or have no control over such third-party sites, resources, and/or the RA Content, you acknowledge and agree that we are not responsible for any Content, nor for the availability of such sites or resources, and that we do not endorse and are not responsible nor liable for any such sites or resources, or any RA Content contained therein. You further acknowledge and agree that Network Solutions is not responsible or liable, directly nor indirectly, for any damage or loss caused or alleged to be caused by or in connection with use of or reliance on any such RA Content, site and/or resource.

By submitting, posting or displaying any RA Content through the Service you grant Network Solutions (as well as any third party partners or affiliates) a non-exclusive, worldwide, perpetual, and royalty-free license (the "RA License") to reproduce, adapt, modify, translate, publish, publicly perform, publicly display and distribute such RA Content solely for the purposes of enabling us to display, distribute and promote the Service. You shall retain any intellectual property rights appurtenant to any RA Content that you submit, post, transmit or otherwise make available through the Service. You acknowledge and agree that the RA License includes a right for Network Solutions to make such RA Content available to third parties to display, distribute and promote the Service and related services, to use such RA Content in connection with such services, and to convert the RA Content to such format as applicable technical specifications may require. By using the Service you represent and warrant that you have all the requisite rights, power and authority necessary to grant the RA License.

In addition to any other indemnification obligations you may have under the Agreement, you further agree to indemnify and hold Network Solutions and its officers, directors, employees, agents, parent companies, subsidiaries, affiliates, partners and co-branders harmless from any claim or demand, including reasonable attorneys' fees, made by any third party due to or arising out of (i) your use of the Service,(ii) any RA Content you submit, post, transmit or otherwise make available through the Service,(iii) your violation of the terms in this Schedule, or(iv) the violation of any rights of any other party that occurs in conjunction with your use of the Service.

Billing for the Service shall be by valid credit card or other payment method acceptable to Network Solutions at the time of purchase. Network Solutions, in its sole discretion, shall determine the prices it will charge for the Service and the terms and conditions applicable to the same, and Network Solutions may upon notice to you in accordance with the Agreement amend such pricing and/or terms and conditions. If you do not agree with any such change, you may terminate the Service in accordance with this Agreement, otherwise all such changes shall thereafter be effective, and you agree that Network Solutions is authorized to charge your credit card or other approved payment method for any new fees.

**SCHEDULE EE TO NETWORK SOLUTIONS SERVICE AGREEMENT**

### TRUSTe Data License

In addition to the terms and conditions in the General Provisions and other applicable Schedules in the Agreement, the following data license and related terms and conditions (collectively, the "License") shall apply to the True Ultimate Standards Everywhere, Inc. ("TRUSTe") data services offered to you by Network Solutions.

You are entering into this License between Network Solutions, its third party provider, TRUSTe, and you ("You") with respect to your use of TRUSTe standardized Privacy Policy clauses ("Data"). TRUSTe is an intended third party beneficiary of this Schedule with rights to enforce the terms and conditions of the License.

1. Description of Data.

The Data delivered hereunder shall consist of an annually updated set of privacy practice disclosures.

2. Grant of License.

Subject to the terms and conditions hereof, TRUSTe agrees to grant You a non-exclusive license (the "License") to: (a) use the Data for lawful purposes; (b) copy the Data into a machine-readable or printed form only as necessary to use it in accordance with this License; (c) comply with all applicable laws and regulations governing the use of the Data; and (d) enable You reasonable access to the Data.

3. Use Restrictions/Protection of Proprietary Rights.

3.1 You acknowledge that TRUSTe retains all right, title, and interest in the Data. You may not transfer, lease, or assign the Data except as specifically allowed herein.

3.2 Except as allowed herein, You agree to not distribute the Data obtained hereunder or any copy thereof to any other party without the express prior written consent of TRUSTe.

3.3 You agree to take all reasonable steps to protect against unauthorized access to, use, and bulk disclosure of the Data obtained under this License.

3.4 You may not refer to TRUSTe in any way in exercising its rights hereunder.

3.5 You may not engage is data collection, use, or disclosure practices inconsistent with the Data. Violation of this Section 3.5 is a material breach hereof which shall cause this License to terminate immediately with no refund.

4. Fee.

You shall pay the initial and ongoing fees as required by this License. During the Term hereof, You may apply to participate in other TRUSTe programs, or expand the services for an existing program. Unless otherwise agreed, additional fees will be applicable, per TRUSTe's then current fee structure, for any such expansion of services or addition of a program. Except as otherwise expressly provided herein, all fees are non-refundable.

5. Limited Warranty and Disclaimer.

5.1 Subject to the terms and conditions of this License, TRUSTe warrants that where the Data is used for the

purposes for which it is designed, and in accordance with user instructions and TRUSTe's instructions provided from time to time, that it will perform in compliance with Section 1, above; provided, however, that this is a limited warranty only, and will not apply to any error caused by any event, circumstance or development outside of TRUSTe's reasonable control. TRUSTe disclaims all other warranties or conditions, either express or implied, including but not limited to, warranties or conditions of merchantability, or fitness for a particular purpose. TRUSTE DISCLAIMS ALL OTHER WARRANTIES, EITHER EXPRESS OR IMPLIES, INCLUDING BUT NOT LIMITED TO, WARRANTIES OR CONDITIONS OF MERCHANTABILITY, OR FITNESS FOR A PARTICULAR PURPOSE.

5.2 The preceding warranty will not apply if: (i) the Data is not used in accordance with this Agreement; (ii) the Data or any part thereof has been modified by any entity other than You without the express written consent of TRUSTe; or (iii) a inaccuracy in the Data has been caused by any of your business activities which are inconsistent with the Data.

5.3 The Data and services provided to you by TRUSTe hereunder are considered Third Party Functionality under the Agreement and therefore Network Solutions makes no warranties whatsoever with respect thereto.

5.4 WITHOUT REDUCING ANY OF NETWORK SOLUTIONS' LIMITATIONS OF LIABILITY EXISTING ELSEWHERE IN THE AGREEMENT OR ANY SCHEDULE THERETO, TRUSTE'S AND NETWORK SOLUTIONS' SOLE AND EXCLUSIVE LIABILITY FOR ANY BREACH OF THE ABOVE WARRANTY OR OTHERWISE UNDER THIS LICENSE REGARDLESS OF THE BASIS OF RECOVERY CLAIMED SHALL BE LIMITED TO THE REFUND ANY PRE-PAID BUT UNUSED FEE AMOUNTS PAID BY YOU HEREUNDER. TRUSTE AND NETWORK SOLUTIONS DO NOT WARRANT THAT THE OPERATION OF THE DATA WILL BE ERROR-FREE.

5.5 WITHOUT REDUCING ANY OF NETWORK SOLUTIONS' LIMITATIONS OF LIABILITY EXISTING ELSEWHERE IN THE AGREEMENT OR ANY SCHEDULE THERETO, NEITHER TRUSTE AND/OR NETWORK SOLUTIONS SHALL BE LIABLE FOR LOSS OF OR DAMAGE TO RECORDS OR DATA; COST OF PROCUREMENT OF SUBSTITUTE GOODS, SERVICES OR TECHNOLOGY; ANY MATTER BEYOND ITS REASONABLE CONTROL; AND ANY SPECIAL, INDIRECT, INCIDENTAL OR CONSEQUENTIAL DAMAGES INCLUDING BUT NOT LIMITED TO LOSS OF PROFITS, EVEN IF TRUSTE IS ADVISED OF THE POSSIBILITY OF SUCH DAMAGES. YOU ACKNOWLEDGE AND AGREE THAT THESE LIMITATIONS OF THIS SECTION 5 ARE ESSENTIAL ELEMENTS OF THE LICENSE AND THAT IN THE ABSENCE OF SUCH LIMITATIONS THE PRICES AND TERMS SET FORTH IN THIS LICENSE WOULD BE SUBSTANTIALLY DIFFERENT.

5.6 YOU REPERESENT AND WARRANT THAT USE OF THE DATA DOES NOT CONSTITUTE COMPLIANCE WITH ANY APPLICABLE LAW, STATUTE, ORDINACE, OR REGULATION. YOU SHALL HAVE A CONTINUING OBLIGATION TO COMPLY WITH ALL APPLICABLE LAWS RELATING TO DATA COLLECTION, USE, AND DISCLOSURE.

6. Term and Termination.

6.1 The initial and renewal terms of this License shall be annually from the date that you order the TRUSTe Data services.

6.2 Termination for Convenience. Either party may terminate this License anytime after the initial term by providing the other party with 30 days advance written notice. Except as otherwise expressly provided for herein, there shall be no refund of any pre-paid but unused fees hereunder. Any obligations to pay fees

incurred under Section 4 prior to termination of the License and the provisions of the Data service shall survive termination of the License for any reason.

7. General.

This License is the entire agreement between You and TRUSTe relating to Data Service and supersedes all prior, contemporaneous, or other oral or written communications, proposals, and representations with respect to its subject matter. Except as provided for in the Agreement, no modification to this License is binding unless in writing and signed by a duly authorized representative of each party. The waiver or failure of any party to exercise any right provided for herein shall not be deemed a waiver of any further right hereunder. If any provision of this License is held invalid, all other provisions shall remain valid unless such validity would frustrate the purpose of this License, and this License shall be enforced to the full extent allowable under applicable law. Except as otherwise provided in the Agreement neither party may assign, except to a successor, its rights, duties or obligations under this License without the prior written consent of the other party and any attempt to do so shall be void and of no effect.

### SCHEDULE FF TO NETWORK SOLUTIONS SERVICE AGREEMENT

### Network Solutions Buyer's Club

For the Network Solutions Buyer's Club membership program (the "Program"), along with the Services Agreement located at www.networksolutions.com/legal/static-service-agreement.jsp, the following additional terms and conditions also apply (collectively, the "Agreement"):

A. The Program provides those that enroll in the Program (individually a "Member") with discounts, savings and other benefits related to the Network Solutions new TLD registration services.

B. "Membership" in the Program is available to qualified individuals age eighteen (18) years and older. Membership is required to receive any Program benefits or incentives.

C. Network Solutions reserves the right to refuse membership for any reason and to suspend and/or revoke membership with or without cause and with or without notice to the Member.

D. Membership fees are due in advance at time of initial enrollment in the Program. The term of the Membership will be for 12 months beginning either at the time of enrollment or the launch date of the first TLD available for pre-registration via the Program, whichever is later. For existing Network Solutions accounts, it is the primary account holder which shall be considered the Member for Program purposes.

E. For Program discounts, all such discounts will be automatically applied to purchases at time of check-out. If any such discount is not properly applied, the Member should contact Network Solutions Customer Service at 1-902-881-4546.

F. Additional terms and conditions shall apply to the Services purchased through the Program, including but not limited to those related to pre-registration of new TLDs.

G. Members may cancel their membership at any time by calling Network Solutions Customer Service at 1-902-881-4546. Member acknowledges that all Membership fees are non-refundable, even if Member cancels their membership prior to the end of the Membership term, and regardless of whether Member makes any purchases or otherwise utilizes any Program benefits prior to termination.

H. For any new TLD pre-registration pricing, discounts may be subject to change based on changing of market pricing on TLD application and registration fees. Such discounts only apply to new purchases of TLDs and not to transfer of TLDs from another registrar. Nor does Network Solutions' Buyer's Club offer the same promotional or free services as other registrars may offer on TLD purchases.

I. For the Network Solutions TLD Registration Best Price Guarantee (the "BPG") available to Members, Network Solutions will reduce a TLD registration fee up to twenty percent (20%) of what was paid to Network Solutions in an effort to match competitor pricing on the same TLD. The BPG will be available from pre-registration of the TLD up to the end of the Landrush period for the TLD and is valid for a particular purchase for two weeks following the date payment is made to Network Solutions by Customer. For this reduction to apply, any such competing price must be current, in writing, include all related application fees, be available to the general public from a certified TLD registrar and must be for the same phase in the TLD lifecycle (i.e. pre-registration, Sunrise and/or Landrush). The BPG does not apply to membership discounts, service bundles, promotional and introductory pricing, or one-time only offers; additionally, it does not apply to any auction prices, costs and/or related fees.

J. FOR TLD REGISTRATION SERVICES, NETWORK SOLUTIONS DOES NOT GUARANTEE THAT ANY TLD IS AVAILABLE AT TIME OF PURCHASE. ADDITIONALLY PRE-REGISTRATION FOR A TLD DOES NOT GUARANTEE THAT MEMBER WILL BE ABLE TO PURCHASE RIGHTS TO THAT TLD, AND NETWORK SOLUTIONS DOES NOT MAKE ANY REPRESENTATION THAT THE MEMBER WILL BE GUARANTEED ANY RIGHTS TO THE TLD. IF THE TLD IS SUBJECT TO AN AUCTION MEMBER ACKNOWLEDGES THAT THEY WILL BE SUBJECT TO THE ICANN RULES AND PROCEDURES ON DOMAIN AUCTIONS AS WELL AS ANY AND REGISTRY RULES AND PROCEDURES.

K. By submitting any TLD registration request or otherwise utilizing the Membership and/or related Network Solutions Services, Members agree to use the Services only for lawful purposes, consistent with the limitations set forth in this Agreement and in a manner that is not in violation of this Agreement or the Network Solutions Acceptable Use Policy. Network Solutions reserves the right to terminate any Membership, any domain registration requests or Services that Member has with Network Solutions, and deny any refunds related thereto if in Network Solutions' sole discretion it makes a determination or has any reason to believe that the Member is using the Membership and/or Services in a manner that constitutes a violation of this Agreement, the Network Solutions Acceptable Use Policy and/or any U.S. or state statute or regulation, including but not limited to violation of U.S. copyright and trademark law.

### SCHEDULE GG TO NETWORK SOLUTIONS SERVICE AGREEMENT

### NEW gTLD PRE-REGISTRATION, SUNRISE, LANDRUSH AND GENERAL AVAILABILITY SERVICES ADDITIONAL TERMS AND CONDITIONS

By registering or otherwise submitting an application with Network Solutions (along with any and/or all parents, subsidiaries, affiliates, successors and assigns thereof, referred to "Registrar", "we", "us" and/or "our") to pre-register a new generic top-level domain name (a "gTLD") you ("Registrant", "you", and/or "your") certify that you have read, understood and agree to be bound by all terms and conditions below (the "Terms and Conditions") as well as all terms and conditions of our applicable Services Agreement, as it may be amended from time to time, which is hereby incorporated in full (the Terms and Conditions and the Services Agreement are collectively referred to herein as the "Agreement").

1. Services. The Agreement explains our obligations to you, and explains your obligations to us regarding

your use of our domain name pre-registration services (the "Services"). By submitting a pre-registration or pre-reservation request (a "Domain Request"), you acknowledge that you have read and agree to be bound by all terms and conditions of the Agreement, as amended from time to time, and to any other pertinent rules or policies that are or may be published by Registrar and/or the registry operating and/or otherwise managing the applicable gTLD (the "Registry"). You further agree to utilize the Services in full compliance with our Acceptable Use Policy.

2. Eligibility Requirements. Registrant must meet requirements for certain new top level domain during any of the pre-registration or registration phases ("Eligibility Requirements and/or "Membership Requirements"). You represent and warrant that every registration you are applying for in the applicable gTLD satisfies stated requirements for those applicable gTLDs. Such requirements established by the applicable Registry and are more fully described on the applicable Registry website.

3. Registration Process. You acknowledge and agree that it is your responsibility, through the registration process for a pre-registered domain name (and, if applicable, as required subsequent to your application), to provide the information necessary to satisfy associated Registry requirements for a generic top level domain. Required supporting documentation may include but not be limited to community, member and/or trademark holder to support Registry specific eligibility requirements. Failure by you to satisfy these requirements (whichever is applicable) may result in, among other things, (a) the domain name registration or pre-registration application(s) being rejected by Registrar (b) the domain name(s) being placed on "hold" by Registrar and/or the associated Registry, and/or (c) the domain name(s) being deleted by Registrar and/or the Registry. Neither Registrar nor the Registry shall be liable to you for any actions or inactions resulting from your failure to provide all required information to satisfy the Eligibility Requirements or Membership Requirements at the time of registration or pre-registration (or, where applicable, subsequent to registration), and neither shall have any obligation to request or attempt to obtain from you additional information to establish your compliance with the specific Registry Eligibility Requirements or Membership Requirements, even if the need for such information is known by them. Moreover, you acknowledge that in order for any new gTLD through Registrar to resolve on the Internet you must have successfully registered the domain and meet all applicable obligations associated with each applicable Registry. Additionally, in order for you to utilize other Registrar services in conjunction with a domain name you must have successfully registered the domain and meet all applicable obligations associated with such gTLD.

4. Pre-Registration. When you submit a Domain Request, you are authorizing us to attempt to obtain a domain name in the named gTLD (as described on our Website) for you if and when the Registry launches its Sunrise, Landrush and General Availability period. When each phase opens, Registrar will likely submit all pre-registration requests during the Sunrise, Landrush or General Availability periods and the Registry will likely review all proposed registration requests. Please note some domain name requests may not be allocated on a first come, first serve basis during the Sunrise or Landrush Periods. In addition, you agree to be bound by all policies, terms, and conditions of the initial launch of these gTLDs. This information may be found on the applicable Registry's website.

You acknowledge that neither the Registry nor Registrar has any liability of any kind for any loss or liability resulting from the proceedings and processes relating to the Pre-Registration, Sunrise period or the Landrush period, including, without limitation: (a) the ability or inability of you and/or another registrant to register a domain name during these periods, and (b) the results of any dispute over a Sunrise, Landrush or other registration.

5. Sunrise. Sunrise is created to protect trademark holders, pre-existing exact match domain holders, and to avoid abusive registrations. During the Sunrise period, the registry system may accept different types of

Sunrise applications. Either all or a portion of the Sunrise periods are reserved for members of the Trademark Clearinghouse provided by ICANN. Please see the applicable Registry's website for that Registry's rules that apply to the Sunrise period. You acknowledge that Registry or its designee shall decide at its own discretion whether any documentation or information you submit verifies your right to register a desired domain name.

Most, if not all, gTLDs Sunrise applications must possess a registered trademark that meets certain criteria, and must attest to their membership in the Trademark Clearinghouse by providing a Signed Mark Data File (SMD) for each mark. Most, if not all, gTLDs Sunrise registrations may not be awarded until (a) the prospective registrant has provided the SMD file completed any applicable membership or community requirements and his or her contact information has been confirmed; and (b) completed and duly executed any supporting documentation that may be required for the Sunrise phase required by the applicable Registry Operator. Most, if not all, gTLDs domain names awarded during Sunrise may not be operable (resolve in the DNS) and available for your use until the "create-date" chosen by the applicable Registry.

6. Landrush. The registration period for registrants that meet the applicable qualification as defined by each Registry in order to participate in Landrush. Applications for competing names may go to auction at the end of the Landrush period. Landrush registrations may not be awarded unless and until, after (a) the close of the Landrush phase, (b) end of Auction Period, or (c) until Registry deems the Landrush phase period closed. Domain names awarded during Landrush may not be operable (resolve in the DNS) and available for your use until the "create-date" determined by the applicable Registry Operator. Please note that, pursuant to applicable Registry rules, domain names may not be awarded on a first-come first-served basis during the non-TMCH Sunrise and Landrush periods though such an award may be possible under certain auction rules. Please see the applicable Registry's website for that Registry's rules that apply to the Landrush period. After Sunrise and before Landrush, there may be a Quiet Period during which each Registry will review Sunrise applications.

7. Early Access Program. Some Registries may offer an Early Access Program (EAP) after Sunrise and in lieu of a Landrush phase. During EAP, an early access fee is charged in addition to the registration fee and application fee (as further described below), which may vary based on categorization of the Domain Name ("Domain Name Rating"). EAP fees are set by the Registry and will typically descend each subsequent day during the EAP. We reserve the right to not participate in any EAP with respect to your Domain Request or alternatively submit your Domain Request on the last day of the EAP.

8. General Availability. For Registries forgoing Landrush and not offering an EAP or other similar program, Domain Requests not rejected at Sunrise or otherwise, shall be submitted at the beginning of the General Availability phase for the applicable Registry.

9. Validation Process. You agree that we shall have no liability to you or other third parties for anything related to the applicable Registry's validation process for a proposed registration request that we have submitted and is pending final approval by the applicable Registry. You acknowledge and agree that it is your responsibility to ensure that you meet all of the requirements stated by the Registry for your proposed Domain Requests. You agree that we are not responsible or liable in any way if any of your Domain Requests are rejected for any reason, including but not limited to, the Registry's failure or inability to contact you or your failure to respond to Registry's request for supporting documentation during the validation process.

10. Transfer Lock. Following award of a Sunrise, Landrush, or General Availability domain name, the name will be on transfer lock with the Registrar for at least sixty (60) days.

11. Charges. Charges and fees for Domain Requests are outlined on our website at the time you submit a

Domain Request. By submitting a Domain Request, you authorize us to charge you immediately for all application and registration fees. Domain Requests that are rejected by Registry for any reason will still be charged an application fee that will NOT be refunded to you. You will however be refunded the registration fee charged during pre-registration if you are not awarded the requested domain name. Any applicable fees not charged when you submit your Domain Request will be charged to your credit card once your Domain Request is accepted and processed by the associated Registry. Additionally, successful domain registration requests are subject to the terms of the Agreement as well as our Registrant Agreement and/or any other terms and conditions of this Agreement related to domain name registrations.

12. Non-Uniform Renewal Registration and Renewal Pricing. Some Registries, such as Donuts Inc., will have non-uniform renewal registration pricing such that the registration fee for a domain name registration renewal may differ from other domain names in the same or other Registry gTLDs (e.g., renewal registration Fee is $7 for one domain name and $13 for a different domain name).

13. Trademark Clearinghouse Notifications and Intellectual Property. You acknowledge and agree that you expressly provide us with the right to accept any warning or notice on your behalf that the domain name you are submitting a Domain Request for may incorporate another party's trademark or other intellectual property. You further acknowledge and agree that you are not to submit any Domain Requests that infringe on another party's intellectual property and that you are not to utilize the Services in a manner infringing on another party's intellectual property rights. You further acknowledge and agree that Registrar will not be responsible in any manner whatsoever if you violate any such intellectual property rights and/or laws.

14. Registration Phases and Timeline. You further acknowledge and agree that all timeframes and schedules for the different registration phases for all domain names are to be established by the associated Registry at their sole discretion and those registration options will not be available once the associated phase has ended.

15. Auctions. During Sunrise, Landrush and General Availability, the Registry system may accept an unlimited number of applications for each string, and an unlimited number of applications for a string of a given application type. In the event a Registry receives more than one qualified application for the same name, the name may be awarded via auction. Details on how auctions will be conducted for each gTLD can be found on the applicable Registry website.

16. Registrant Information and Use of Personal Data. You agree to keep all registration and contact information related to your Domain Requests ("Personal Data") current so that we can contact you for any reason or so the related Registry is able to contact you for any reason, including, but not limited to, any participation in a validation process for a domain name during the Sunrise, Landrush, or General Availability period. We take no responsibility in providing the Registry with any Personal Data other than what you provide in any initial Domain Request. The Personal Data you provide will be submitted to the associated Registry and used in accordance with the published Registry Privacy Policy, which will be available on the Registry's website.

17. Reserved and Revocation of Certain Domain Names. You agree that each Registry may have identified certain domain names that cannot be registered during the Sunrise, Landrush, and General Availability process. You further accept that Registrar and each Registry reserves the right to deny a Domain Request that an associated Registry considers to be contrary to public policy. You understand that each Registry may also revoke a domain name at its own initiative for a variety of reasons including but not limited to nonpayment of fees or failure to meet Registry-stated eligibility Requirements. All Sunrise and Landrush application submissions to the associated Registry are considered final and we will not refund any application fees paid by you.

18. No Guarantees. Registrar makes no guarantees, representations or warranties that any Domain Request will be accepted by the associated Registry. You acknowledge and agree that a Domain Request for a domain name submitted by Registrar to the associated Registry may fail for a variety of reasons or be rejected by associated Registry. You acknowledge and agree that the successful registration will depend upon a number of different factors that Registrar cannot predict or control. You acknowledge and agree that submission of a Domain Request for a domain name or any other services (regardless of when submitted) does not guarantee that you will ultimately be the registrant for any particular domain name. You acknowledge and agree that we shall not be liable to you or any other party in connection with claims, damages, losses, expenses or costs incurred or suffered by you as a result of actions taken or not taken by third parties, including, but not limited to, the associated Registry (for example, the Registry reserves the right to suspend, reject, deny or revoke any domain name registration for a variety of reasons, none of which Registrar can control).

19. Acknowledgment and Agreement of Participating Registry Policies, Terms, Rules. You acknowledge having read and understood and agree to be bound by the terms and conditions of all of the policies, terms or rules (collectively the "Registry Policies") that are posted or referred to on the applicable Registry website. You also agree to comply with any and all current Registry Polices posted at the time of pre-registration and registration, but also future Registry Policies. You agree that, by maintaining any service related to your pre-registration or registration request (which may include the ultimate registration of a domain name) after such posting of any new or amended Registry Policies, you have agreed to the terms and conditions of the same and will be bound by such terms and conditions. You acknowledge that if you do not agree to the amended or new Registry Policies, you may terminate this Agreement. We will not refund any fees paid by you if you terminate your Agreement with us.

20. Limitation of Liability. In addition to the other limitations of liability contained herein, you agree that Registrar shall have no liability of any kind for any loss or liability resulting from the processing of Domain Requests prior to the live gTLD launch or the submission of Domain Requests to the participating Registry including, without limitation, your ability or inability to obtain a particular domain name including any dispute resolution proceeding related to any of the foregoing. Registrar assumes no liability for any Domain Request or a domain name's rejection, suspension, cancellation, deletion, interruption or transfer due to procedures, rules or policies laid down by participating Registry or auction provider or due to practices, customs or prejudices of courts of law or dispute resolving arbitrators. We are not liable for any claims, damages or injuries arising out of the termination of services that are provided by participating Registry for any reason, including but not limited to the termination of participating Registry's registration authority, or its bankruptcy.

21. Indemnification. In addition to your other indemnification obligations contained in the Agreement, you also agree to indemnify, release, defend and hold us harmless for all liabilities, claims, damages, costs and expenses arising out of: (a) your breach of any terms or conditions of the Agreement; (b) any violation of a third party's right related to your Domain Request; (c) any dispute with a Registry or a third party arising out of your Domain Request or subsequent registration of a domain name; (d) any dispute related to the validation process for your Domain Request; or (e) any dispute related to an auction process related to any Domain Request by you.

22. Notification Requirement. You agree to immediately notify Registrar and applicable Registry of any registered domain name owned or controlled by you where the website content in connection with such domain name is the subject of any legal "take-down" notice issued by law enforcement or government agency because of alleged illegal or illicit activity on such website.

23. Survival of Terms. You agree that the limitation of liability and indemnification provisions set forth in

this Agreement shall survive any termination of the Agreement.

24. Governing Law. You agree that any disputes between you and Registrar shall be governed in all respects by and in accordance with the laws of the State of Florida. All disputes between you and the named Registry are to be brought before the tribunal of named Registry's choice.

**SCHEDULE HH TO NETWORK SOLUTIONS SERVICE AGREEMENT**

**ADDITIONAL TERMS APPLICABLE TO SITELOCK SECURITY SERVICES**

**1. Application of Terms**

In addition to the terms and conditions in the General Provisions and other applicable Schedules in the Agreement, the following additional terms shall apply to the SiteLock ("SiteLock") business verification and security services (the "Services", as further defined below) you ("Subscriber") use, access or purchase (collectively "use") from Network Solutions.

**2. Definitions and Interpretations**

2.1 In this Agreement, unless the context requires otherwise, the following terms and expressions shall have the following meanings:

"Confidential Information" means all material, data, systems and other information concerning the operation, business, projections, market goals, financial affairs, products, services, customers and intellectual property rights of Network Solutions that is not accessible or known to the general public. Confidential Information shall include, but not be limited to, any information which concerns technical details of operation of any of the Network Solutions services and products offered hereunder.

"Effective Date" means the date when Network Solutions receives the Subscriber's request for the Services via the online order and/or registration process;

"Enrollment Form" means an electronic form on the Network Solutions or other applicable Website completed by the Subscriber by providing the Subscriber Data and which identifies certain requirements for the Services;

"Issue Date" means the date of issue of a SiteLock Site Seal to the Subscriber after a successful Website vulnerability scan;

"Performance Monitoring Services" means the program which monitors the availability and performance of Subscriber's website identified for use with the Services (the "Website") by downloading the specified webpage (the "Webpage") on a periodic basis from locations around the world. This Service will also include alerts via email or text message that may be sent on occasion to a Subscriber if the Webpage is not available or if the download is slow. Weekly reports will also be available or be sent to Subscriber regarding overall performance of the Webpage.

"Site Seal" shall mean a hyperlinked graphic provided by Network Solutions to Subscriber for display on the Subscriber's Website that certifies to visitors to Subscriber's Website that the Website has been scanned for vulnerabilities. When visitors click on the Site Seal, it generally will indicate the date and time of the last successful vulnerability scan;

"Subscriber" means the individual, entity or organization identified during the online order and/or registration process for the Services using, accessing or purchasing the Services;

"Subscriber Data" means information about the Subscriber required by Network Solutions to provide the Services, including without limitation, the information which must be provided by the Subscriber during the online order and/or registration process and updated as such information changes;

"Services" means the provisioning of the SiteLock services, which includes the Vulnerability Scanning Services, Performance Monitoring Services and the provision of a Site Seal, and related services as described in this Agreement;

"Services Period" means the time period during which your account subscription shall be active commencing on the date of your registration for the subscription.

"Third Party Data" means data, information or any other materials (in whatever form) not owned or generated by or on behalf of the Subscriber;

"Vulnerability Scanning Services" means the Network Solutions program which scans a Subscriber's Website on a periodic basis to detect whether vulnerabilities exist. An alert via email or text message will generally be sent by Network Solutions to Subscriber if a severe vulnerability is detected. Reports will be provided in the Subscriber's Account Manager detailing certain detected vulnerabilities and the level of severity for such vulnerabilities.

### 3. Provisioning the Services

3.1 Provided that Network Solutions is able to validate, to its satisfaction, the Subscriber Data, and that Network Solutions accepts a Subscriber's application for the Services (as such application is set out in the Enrollment Form), Network Solutions shall provide to the Subscriber the Services in accordance with the terms of this Agreement. Notwithstanding the foregoing, Network Solutions reserves the right to refuse a Subscriber's application at its sole discretion and for any reason. You expressly agree that as a part of the Services, you give Network Solutions full authorization to scan your Website from anywhere in the world in order to monitor such Website's performance, including, but not limited to the uptime/downtime and download time for the Website and also to monitor the Website for vulnerabilities. You also agree to take any necessary steps to communicate to your hosting provider (if other than Network Solutions) that you have authorized Network Solutions to conduct such scans and request that your hosting provider permit these scans to occur unimpeded. If your hosting provider refuses to permit Network Solutions to scan your Website, Network Solutions may not be able to perform the necessary scan of your Website.

3.2 The Services only serve as a passive conduit to identify, report and deliver the fix recommendations for various performance problems and avenues of insecurity or vulnerability in your Website. While the detailed post scanning reports may contain recommended fix steps and links to possible solutions if performance problems and/or vulnerabilities are detected on your system, the Services do not, and are not intended to, fix, remedy, prevent, or eliminate such problems, vulnerabilities and/or other insecurities. You are solely and ultimately responsible for your Website's performance and securing and protecting your Website. You are also solely responsible for taking appropriate steps and all necessary actions to fix, remedy, prevent or eliminate any performance or vulnerability issues with your Website and Network Solutions shall have no liability for any recommended steps that Network Solutions offers as a part of any report provided to you. Network Solutions shall have no responsibility or liability for any vulnerabilities or performance issues that are detected or that are not detected on your system. Network Solutions shall in no way be responsible for fixing,

remedying, preventing, or eliminating any problems, vulnerabilities or other insecurities on your system or your Website.

3.3 Upon successful validation of your Domain Name, you will receive the automatic, daily vulnerability scans and the performance monitoring of the selected IP addresses. If your IP address passes the vulnerability scan, you will be permitted to display the SiteLock Site Seal on the Website associated with such IP address. If at any time the IP address fails the vulnerability scan, you will be given 7 further scheduled scan attempts (or 7 days) to fix the problem from the time of the first failed test. During this time, you are permitted to continue displaying the SiteLock Site Seal on the Website. If the problem is not fixed within this 7 day period, Network Solutions may revoke or suspend the SiteLock Site Seal.

3.4 You acknowledge and agree that Network Solutions may, in its sole and absolute discretion, modify, limit, remove, or alter the services as it sees fit. Scans, monitoring, verification, and authentications performed by the Services and reports/emails that are part of the Services may be removed, modified, or updated by Network Solutions at any time without notice. You expressly agree that Network Solutions shall have no liability to you or any third parties for taking such action as identified in this provision.

3.5 You acknowledge and agree that any and all reports that Network Solutions provides to you as a part of the Services may contain inaccurate and incomplete information as to performance and/or vulnerability issues or proposed fixes and remedies for your Website.

## 4. Use of the Services

4.1 The Services is provided by Network Solutions for the Subscriber's own use and the Subscriber hereby agrees not to resell or attempt to resell (or provide in any form whether for consideration or not) the Services (or any part of it) to any third party and shall not allow any third party to use the Services without the prior written consent of Network Solutions.

4.2 The Subscriber shall:

4.2.1 Use or access the Services only in conjunction with the Software or other software that may be provided by Network Solutions from time to time or specified by Network Solutions to be appropriate for use in conjunction with the Services.

4.2.2 Be responsible, at its own expense, for access to the Internet and all other communications networks or third party services (if any) required in order to use the Services and for the provision of all computer and telecommunications equipment and software required to use the Services except where expressly provided otherwise herein;

4.2.3 Obtain and keep in force any authorization, permission or license necessary for the Subscriber to use the Services save where Network Solutions expressly agrees to obtain the same under the terms of this Agreement; and

4.2.4 Take all reasonable precautions to prevent any violation of, loss of control over, or unauthorized disclosure of Confidential Information relating to the Services.

## 5. License of Services Technology

5.1 Network Solutions grants to the Subscriber a revocable, non-exclusive, non-transferable personal license to use any Site Seals provided to Subscriber by Network Solutions in accordance with the Services and any

manuals or other documents relating to the above insofar as is necessary for the Subscriber to utilize the Services. The Subscriber shall not copy or decompile, enhance, adapt or modify or attempt to do the same to the Site Seals, or any documents or manuals relating to the same, without Network Solutions' prior express written consent.

## 6. Revocation or Suspension

6.1 Subscriber agrees that Network Solutions reserves the right to revoke or suspend a Subscriber's Site Seal or the Services in the event that Network Solutions believe that:

6.1.1 a Subscriber's Site Seal has not been issued in accordance with the policies set out on the Network Solutions Website;

6.1.2 the Subscriber has requested that its Site Seal be revoked, terminated or suspended;

6.1.3 Subscriber has violated the provisions of this Agreement, Network Solutions Acceptable Use Policy or any legal or administrative rule;

6.1.4 the Subscriber Data is no longer correct or accurate, save that Network Solutions has no obligation to monitor or investigate the accuracy of Subscriber Data after the Issue Date of that Site Seal;

6.1.5 a third party complaint about the Subscriber or a threat of litigation against the Subscriber or Network Solutions; or

6.1.6 the Subscriber has used the Services with third party software not authorized by Network Solutions for use with the Services; and Network Solutions may, at its sole discretion, after revocation of a Site Seal, reissue a Site Seal to the Subscriber or terminate this Agreement in accordance with its provisions.

6.2 The Subscriber agrees to discontinue all use of the Subscriber's Site Seal if the Subscriber's Site Seal is revoked in accordance with this Agreement, the Services Period expires, this Agreement is terminated, or any of the information constituting the Subscriber Data ceases to remain valid or correct or otherwise changes.

## 7. Subscriber Data

7.1 Subscriber acknowledges that in order to provide the Services the Selected Subscriber Data shall be embedded in the Subscriber's Site Seals and the Subscriber hereby consents to the disclosure to third parties of such selected Subscriber Data held therein.

7.2 Subscriber hereby grants Network Solutions permission to examine, evaluate, process and in some circumstances transmit to third parties located outside the United States the Subscriber Data insofar as is reasonably necessary for Network Solutions to provide the Services.

7.3 Subscriber acknowledges that Network Solutions has the right to gather information regarding the Subscriber's use of the Network Solutions account or services to guarantee the proper use of the licenses granted by this Agreement.

## 8. Subscriber Warranties and Representations

8.1 The Subscriber warrants, represents and undertakes that:

8.1.1 all Subscriber Data is, and any other documents or information provided by the Subscriber are, and will

remain full and accurate and will not include any information or material (or any part thereof) the accessing or use of which would be unlawful, contrary to public interest or otherwise likely to damage the business or reputation of Network Solutions in any way;

8.1.2 you have obtained all licenses and consents necessary to fully perform its obligations under this Agreement;

8.1.3 you will not use the Services for any purpose that is unlawful or is prohibited by these terms, conditions, and notices. You agree to comply with all rules applicable to you in your use of the Services, including all applicable local, state, national, and international laws and regulations (including without limitation those governing account collection, export control, consumer protection, unfair competition, anti-discrimination of false advertising). You agree: (1) not to use the Services for illegal purposes; (2) not to interfere or disrupt networks connected to the Services; (3) to comply with all regulations, policies and procedures of networks connected to the Services; (4) not to use the Services to infringe any third party's copyright, patent, trademark, trade secret or other proprietary rights or rights of publicity or privacy; (5) to not attempt to gain unauthorized access to other computer systems; and (6) to not interfere with another subscriber's use and enjoyment of the Services or another entity's use and enjoyment of similar services. If you violate any of these terms, your permission to use the services automatically terminates;

8.1.4 you will not, directly or indirectly, (1) reproduce, sell, lease, rent, transfer or exploit for any commercial purposes any portion of the Services; (2) modify the SiteLock logo in any form, change the data contained within the SiteLock logo or change its size; (3) use or display the SiteLock logo in a manner that is misleading, defamatory, infringing, libelous, disparaging, obscene or otherwise objectionable to Network Solutions or in a manner that impairs the rights of Network Solutions in its trademarks or logos; or (4) represent that Network Solutions guarantees your products or services; and

8.2 Subscriber shall promptly disclose in writing to Network Solutions anything that constitutes a breach of, or is inconsistent with, any of the warranties and representations in this Agreement. Subscriber agrees to update the Subscription Data provided during the registration process as such information changes. Subscriber acknowledges and agrees that any information provided that is untrue, inaccurate, or incomplete can result in the immediate suspension or termination of all rights granted herein in Network Solutions' sole and absolute discretion. If Network Solutions ever finds any information provided to be untrue, incomplete, or inaccurate or has reason to believe that any information may be untrue, incomplete, or inaccurate, then Network Solutions, in its sole and absolute discretion, may suspend or terminate your account and refuse and all future use of the services of Network Solutions.

8.3 The Subscriber agrees not to make any representations regarding the Services to any third party.

8.4 Subscribers acknowledge that they are conducting their transactions over the Internet. Network Solutions provides its services on the Internet and, as such, they are subject to the operation of the Internet and the telecommunications infrastructures as well as the operation of your Internet connection services, all of which are beyond the control of Network Solutions.

## 9. Termination

If this Agreement is terminated by Network Solutions for any reason, Network Solutions may (in the event that a Subscriber's Site Seal has not already been revoked) revoke the Subscriber's Site Seal without further notice to the Subscriber and the Subscriber shall pay any amounts due to Network Solutions under this Agreement. Network Solutions shall have no obligation to refund any payment by the Subscriber to Network

Solutions in the event of any termination of this Agreement. YOU FURTHER AGREE THAT UNDER NO CIRCUMSTANCES WILL NETWORK SOLUTIONS BE LIABLE TO THE SUBSCRIBER FOR ANY LOSS SUFFERED BY THE SUBSCRIBER OR ANY THIRD PARTIES DUE TO USE OF THE SITE SEAL OR THE SERVICES.

## SCHEDULE II TO NETWORK SOLUTIONS SERVICE AGREEMENT

### TERMS APPLICABLE TO THE WEBLOCK SERVICE

The terms in this Schedule apply to the Network Solutions WebLock service ("Weblock" and/or the "Service"). WebLock is a service that provides additional protection to a Customer's domain name registration.

The Service and related Service fees shall cover eligible domain names that you have registered with Network Solutions. However, during the onboarding process for the Service you must specifically identify the domain names within your account that are to be covered by the Service. Any domain names not identified, even if eligible and registered with Network Solutions shall not be covered under the Service. The Service shall require a one-time set-up fee and a recurring annual fee billed in advance each year.

For your domain names covered by the WebLock Service (the "Domain Names"), all such Domain Names will be locked at the registrar and/or registry level which will prevent the following changes to those Domain Names (the "Changes"): (i) name server updates, (ii) domain transfers and (iii) domain deletions. In order for any Changes to be made to a Domain Name you must follow the WebLock process. In accordance with this process, such Changes to a Domain Name can only be made once the WebLock lock (the "Lock") is removed by a pre-registered certified user (a "Certified User") for that Domain Name. Customers must establish at least two (2) but no more than six (6) Certified Users. The same group of Certified Users will apply to all of your Domain Names covered under the WebLock Service.

As per the WebLock process, Customer must remove the Lock to make any Changes to a Domain Name. All requests to remove the Lock must be made by a Certified User via email to an email address previously provided by Network Solutions. Network Solutions will then place an outbound call to the pre-registered authorized phone number for the Certified User making the request to remove the Lock. A unique PIN will be required to validate this call, whereby a specific PIN will be sent to each Certified User upon their enrollment in the Service. Provided this call can be validated via the PIN, the Lock will be removed from the Domain Name. In addition, a message alert will be sent to all Certified Users via email notifying them that an unlock request was made and identifying which Certified User has made the request. The preceding process will also be required to modify the Certified Users or their contact information. WebLock enrolled customers will also have access to a 24/7 response team in the event of any security issues occurring with respect to any of their Domain Names. It is your responsibility to re-engage the Lock on the Domain Name, which is also done via this WebLock process.

Although WebLock shall provide for additional domain protectin, you acknowledge and agree that the Service is not a guarantee or policy of insurance of any kind, and in no way will the use of or enrollment in the WebLock Service diminish or otherwise alter the other sections of this Agreement, including but not limited to, Section 7 (Exclusive Remedy) and Section 8 (Disclaimers of Warranties) above, which shall continue in full force and effect.

### SCHEDULE JJ TO NETWORK SOLUTIONS SERVICE AGREEMENT

## TERMS APPLICABLE TO THE PREMIUM DNS SERVICE

The terms in this Schedule apply to the Network Solutions Premium DNS service ("Premium DNS" and/or the "Service"). Premium DNS is a service of identifying and managing name servers responsible for giving the authoritative IP address for a customer's domain name.

1. The Service and related Service fees shall cover up to five (5) eligible domain names that you have registered with Network Solutions. During the onboarding process for the Service you must specifically identify the domain names within your account that are to be covered by the Service. Any domain names not identified, even if eligible and registered with Network Solutions shall not be covered under the Service.

2. Under the Service provided you will be limited to five million (5,000,000) total queries per month. Any overage shall be billed at $3.00 per one million (1,000,000) queries over the allotted maximum queries per month.

3. Billing for the Service shall be by valid credit card or other payment method acceptable to Network Solutions. Network Solutions, in its sole discretion, shall determine the prices it will charge for the Service and the terms and conditions applicable to the same, and Network Solutions may amend such pricing and/or terms and conditions in accordance with this Agreement. If you do not agree with any such change, you may terminate the Service in accordance with this Agreement, otherwise all such changes shall thereafter be effective, and you agree that Network Solutions is authorized to charge your credit card or other approved payment method for any new fees.

4. The Service is provided by Network Solutions for the Subscriber's own use and the Subscriber hereby agrees not to resell or attempt to resell (or provide in any form whether for consideration or not) the Services (or any part of it) to any third party and shall not allow any third party to use the Services without the prior written consent of Network Solutions.

5. You are responsible, at your own expense, for access to the Internet and all other communications networks or third party services (if any) required in order to use the Services and for the provision of all computer and telecommunications equipment and software required to use the Services except where otherwise expressly provided herein.

6. Network Solutions and any third party providers may monitor you and your customers' use of the Services, including but not limited to the number of domains, number of DNS resource records and number of DNS queries.

7. You shall document and immediately report to Network Solutions any errors or malfunctions associated with the Services. You shall assist Network Solutions in rectifying any errors or malfunctions in Services upon Network Solutions' reasonable request.

8. You shall immediately cease using the Services upon receiving notice of termination of this Agreement. Network Solutions will not reimburse or refund any unused credits, money, or time remaining in your subscription plan. Once canceled, your account will not be charged further fees unless outstanding charges exist on your account. Any outstanding charges will remain due and be charged to the provided credit or debit card, automatically by Network Solutions. If the account is an approved group invoice billing account, a charge to your credit or debit card will be made for final payment.

9. You acknowledge and agree that the Services may involve access to Third Party Functionality. You expressly agree that this Third Party Functionality shall be used by you in accordance with the terms of any

relevant third party licenses. Your failure to abide by any third party license may result in the immediate termination of your services by Network Solutions or the third party provider. Furthermore, Network Solutions does not control such Third Party Functionality and is therefore not liable for any issues of any kind relating to the Third Party Functionality. Network Solutions reserves the right, at its sole discretion, to terminate, suspend, cancel or alter your access to Third Party Functionality at any time. To the extent that you have an account created with any such third party to facilitate your use of the Services, you grant Network Solutions the power and authority necessary to manage that account and those related Services on your behalf.

### SCHEDULE KK TO NETWORK SOLUTIONS SERVICE AGREEMENT

### TERMS APPLICABLE TO THE TAKE-A-PAYMENT SERVICES

The terms in this Schedule apply to the Network Solutions Take-a-payment ("Take-a-payment" and/or the "Take-a-payment Services"). Take-a-payment is a service that enables you to accept credit card payments on your Website and either process those payments in real-time provided that you are approved to do so by Simplify Commerce (as further referenced below), or at a later time of your choosing via another third-party merchant and/or payment terminal.

As part of the Take-a-payment Services, Network Solutions will provide code (the "Code") for you to implement on your Website in order to utilize the Take-a-payment Services, whereby subject to all of the terms and conditions of this Agreement and all related payment obligations, Network Solutions will provide you with a limited, non-exclusive, non-transferable, revocable license (the "License") to use the Code and the Take-a-payment Services. Subject to the terms and conditions of the Agreement and related payment obligations, Network Solutions shall allow you to remotely access and use the Take-a-payment Services on servers operated by or for Network Solutions ("Network Solutions Servers"). During the term of this Agreement, you may use the Take-a-payment Services and any related documentation solely in a manner consistent with the terms and conditions of this Agreement as well as any applicable state, federal, or international law. You agree that you and your agents will not: (a) sell, lease, transfer, license or sublicense the Take-a-payment Services; (b) modify, change, alter, translate, create derivative works from, reverse engineer, disassemble, or decompile the Take-a-payment Services in any way for any reason; (c) provide, disclose, divulge or make available to, or permit use of the Take-a-payment Services by any third party; (d) copy or reproduce all or any part of the Take-a-payment Services (except as expressly provided for herein); (e) interfere, or attempt to interfere, with the Take-a-payment Services in any way; (f) engage in spamming, mail bombing, spoofing or any other fraudulent, illegal or unauthorized use of the Take-a-payment Services; (g) knowingly introduce into or transmit through the Take-a-payment Services or any other services any virus, worm, trap door, back door, timer, clock, counter or other limiting routine, instruction or design; (h) remove, obscure or alter any copyright notice, trademarks or other proprietary rights notices affixed to or contained within the Take-a-payment Services; (i) engage in or allow any action involving the Take-a-payment Services that is inconsistent with the terms and conditions of this Agreement; or (j) cause, assist or permit any third party to do any of the foregoing. No right, title or interest of intellectual property or other proprietary rights in and to the Take-a-payment Services and/or other products, services or software is made available under this Agreement. Network Solutions, its wholly-owned subsidiaries and affiliates and its Third Party Licensors (as defined below) retain all right, title and interests, including, without limitation, all copyright, trade secret, intellectual property and other proprietary rights in and to the Take-a-payment Services and/or other products, services or software provided under this Agreement.

Network Solutions reserves the right to change, amend and/or otherwise alter the Take-a-payment Services provided without prior notice to you.

For the Take-a-payment Services, Network Solutions shall bill you on a recurring basis in advance during the term of the Agreement, and may be charged on an annual, monthly or other recurring billing cycle. Your customers' payments will be processed through your existing third-party terminal or by signing up for Simplify Commerce ("Simplify") at the time you purchase and/or sign-up for the Take-a-payment Services. The Take-a-payment Services will only store information related to payments made by your customers via Take-a-payment for a maximum of thirty (30) days. Additionally, Simplify or your third-party terminal merchant terms of service will further apply to your use of their services for the processing of the payments and may include additional processing fees for which you shall be solely responsible. For reference, Simplify's terms are located online here. In the instance that the terms of service for Simplify or your existing third-party terminal conflict with this Agreement, the terms of this Agreement will apply.

You acknowledge that Network Solutions makes no guarantees that any given customer will be able to access the Take-a-payment Services at any given time. Network Solutions shall not be liable to you for failure of accessibility to the Take-a-payment Services or any potential or actual losses that you may suffer from your inability to access or use the Take-a-payment Services or your customers' inability to access any websites that may utilize the Take-a-payment Services. Network Solutions provides all Take-a-payment Services on an "as is" basis and does not guarantee that the Take-a-payment Services will have no errors, defects or bugs or will otherwise function properly. You agree that Network Solutions is not responsible in any way for any malfunction or downtime in the Take-a-payment Services and any damage, injury or lost profits that may arise from such malfunction or downtime.

Network Solutions makes no guarantee that the Take-a-payment Services will operate seamlessly and without error with your own hardware, software or other services (including third party products) that you currently use. Network Solutions makes no guarantees regarding system uptime. From time to time, and as may be necessary to maintain such systems and Network Solutions hardware, Network Solutions reserves the right to take its servers and other hardware offline for repairs, upgrades or routine maintenance. You agree and understand that the Take-a-payment Services may be dependent on third party services that Network Solutions cannot control. You expressly agree that the availability of those third party services may impact the Take-a-payment Services and therefore you shall not hold Network Solutions liable for any actions of a third party that may adversely impact the Take-a-payment Services. Any uptime calculation or percentage that is provided as a part of the Take-a-payment Services does not include routine maintenance, unexpected downtime caused by network issues or third party vendors, and occurrences that are outside the control of Network Solutions, including but not limited to any force majeure occurrences.

You acknowledge and agree that the Take-a-payment Services are provided, in some cases, by third party Licensors to Network Solutions, including but not limited to Simplify ("Third Party Licensors"). For all Take-a-payment Services that are provided by Third Party Licensors, you agree with and shall abide by all Third Party Licensor terms and conditions, if any. Such Third Party Licensor terms and conditions are available upon request (the "Additional Terms and Conditions"). Any Additional Terms and Conditions are in addition to and supplement the terms and conditions provided in this Agreement. You acknowledge and agree that you will be subject to all Additional Terms and Conditions and that all such Additional Terms and Conditions shall be incorporated into this Agreement, to the extent those Additional Terms and Conditions do not conflict with the terms and conditions of this Agreement, as if set forth fully herein. You acknowledge that Network Solutions may, at its sole discretion, change any Third Party Licensors that provide services under this Agreement, or add or delete discrete services from the Take-a-payment Services. In the event that Network Solutions changes Third Party Licensors, Network Solutions may provide you with notification of changes in Third Party Licensors and refer you to information posted on Network Solutions' website relative to that change which shall be Take-a-payment Additional Terms and Conditions for the purposes of this

Agreement.

EXHIBIT "18"

 

# Industry Canada

Home  >  Corporations  >  Corporations Canada  >  Search for a Federal Corporation

# Corporations Canada

## Federal Corporation Information - 3586570

Glossary of Terms used on this page
Return to Search Results

Start New Search

**Corporation Number**
3586570
  **Business Number (BN)**
  866238975RC0001
  **Governing Legislation**
  *Canada Business Corporations Act* - 2000-02-24

**Corporate Name**
HVL CYBER WEB SOLUTIONS INC.
SOLUTIONS HVL CYBER WEB INC.

**Status**
Active

## Registered Office Address

Care of: Frédéric Valiquette
4104 - 1751, rue Richardson
MONTREAL QC H3K 1G6
Canada

> Active CBCA corporations are required to update this information within 15 days of any change. A corporation key is required.

## Directors

**Minimum**
1
**Maximum**
10

**Directors**
FRÉDÉRIC VALIQUETTE
4104 - 1751 Richardson
MONTREAL QC H3K 1G6
Canada

> Active CBCA corporations are required to update director information (names, addresses, etc.) within 15 days of any change. A corporation key is required.

## Annual Filings

**Anniversary Date** (MM-DD)
02-24

**Date of Last Annual Meeting**
2015-01-05

**Annual Filing Period** (MM-DD)
02-24 to 04-24

**Type of Corporation**
Non-distributing corporation with 50 or fewer shareholders

**Status of Annual Filings**
2015 - Filed
2014 - Filed
2013 - Filed

## Corporate History

### Corporate Name History

2000-02-24 to 2002-05-17
    SEXE WEB INC.

2002-05-17 to Present
    HVL CYBER WEB SOLUTIONS INC.
2002-05-17 to Present
    SOLUTIONS HVL CYBER WEB INC.

### Certificates and Filings

**Certificate of Incorporation**
2000-02-24

**Certificate of Amendment** *
2002-05-17
          Amendment details: Corporate name

**Certificate of Amendment** *
2006-06-29
          Amendment details: Other

---

* Amendment details are only available for amendments effected after 2010-03-20. Some certificates issued prior to 2000 may not be listed. For more information, contact Corporations Canada.

---

# EXHIBIT "19"













# GET YOUR FREE ACCOUNT!

YOU WILL GET ACCESS THE LARGEST ONLINE LIBRARY OF **HIGH DEFINITION** VIDEOS

## CREATE YOUR FREE ACCOUNT:

### Age Verification Form
Quick account creation, you will be done in less than 2 minutes

Email Address:

Password:

First Name:

Last Name:

Zip Code:

Country: United States

**Create your Free Account!**

## SEE THE HD DIFFERENCE FOR YOURSELF!



00:00        00:00

**HD ready 1080p**    WATCH ALL **FULL-LENGTH** **HD VIDEOS !**

| NO DOWNLOAD LIMITS | 24/7 SUPPORT | FREE LIVE SHOWS | LARGEST LIBRARY | PORNSTARS |
|---|---|---|---|---|
| HIGH AVAILABILITY OF SERVERS, NO RESTRICTIONS! | FRIENDLY AND ALWAYS AVAILABLE! | HUNDRED OF FREE LIVE SHOWS DAILY | THE LARGEST VAULT OF ONLINE EXCLUSIVE VIDEOS | COMMUNICATE WITH ALL YOUR FAVORITE PORNSTARS! |

EXHIBIT "20"

# TERMS & CONDITIONS

HVL Cyberweb Solutions ("we" or "us") is a media buying and optimization company. We create and license technology ("Platform") that enables the buying and selling of online advertising.

**We provide this privacy policy so we may inform you about how HVL Cyberweb Solutions processes information on behalf of the online advertisers we serve, and other businesses that use our Platform (our "Clients"). This policy also outlines our privacy practices on our corporate Website ("Websites"), www.accordantmedia.com, and our blog. If you have any questions about this privacy policy, please contact us at privacy@clicktraffix.com (mailto:privacy@clicktraffix.com).**

PRIVACY AS IT RELATES TO OUR PLATFORM:

### PERSONALLY IDENTIFIABLE INFORMATION

We don't collect Personally Identifiable Information ("PII") o any kind via the Platform, and take reasonable measures to avoid receiving PII from Clients via the Platform.

NON-PERSONALLY IDENTIFIABLE INFORMATION

We collect Non-Personally Identifiable Information ("Non-PII") via the Platform, including but not limited to an Internet user's IP host address, pages viewed, browser type, the URL, the referring URL, Internet Service Provider, and his or her computer's operating system.

COOKIES AND WEB BEACONS

We use cookies in conjunction with Web beacons in our Platform in order to help



nts you see more relevant to you. We also use cookies

and Web beacons (under the domain adnxs.com) to help our clients make advertising more relevant. We also use cookies and web beacons for ad delivery and reporting purposes, to measure the success of our Clients' online advertising campaigns.

## PRIVACY AS IT RELATES TO OUR WEB SITE:

### PERSONALLY IDENTIFIABLE INFORMATION

We do not collect personally identifiable information on our web site.

## NON-PERSONALLY IDENTIFIABLE INFORMATION

We collect Non-Personally Identifiable Information ("Non-PII") from visitors to this Website. Non-PII is information that cannot by itself be used to identify a particular person or entity, and may include your IP host address, pages viewed, browser type, Internet browsing and usage habits, Internet Service Provider, domain name, the time/date of your visit to this Website, the referring URL and your computer's operating system. We use this information to understand our Website traffic and for maintenance of the Website.

## GENERAL PRIVACY INFOMATION:

### INFORMATION SECURITY

The security of your information is important to us. We have implemented reasonable security measures to protect the information in our care, both during transmission and once we receive it. This includes, but is not limited to the use of encryption. No method of transmission over the Internet, or method of electronic storage, is 100% secure, however. Therefore, while we strive to use commercially acceptable means to protect your information, we cannot guarantee its absolute security. If you have any questions about our security practices, please send an email to us at privacy@clicktraffix.com (mailto:privacy@clicktraffix.com).

## DISCLOSURE OF INFORMATION TO THIRD PARTIES

We may share Non-PII collected via the Platform with Clients. Similarly, we may enhance the Non-PII collected via the Platform with Non-PII collected from Clients.

We may disclose your information to third parties when we reasonably believe we are obligated to do so by law, and in order to investigate, prevent, or take action regarding suspected or actual prohibited activities, including but not limited to, fraud and situations involving potential threats to the physical safety of any person.

Finally, we may transfer information to a successor entity in connection with a corporate merger, consolidation, sale of assets, bankruptcy, or other corporate change.

## STORAGE OF INFORMATION

We retain the Non-PII collected via the Platform for up to five years.

## CREATIVE/ADS

ClickTraffix does not host or serve any creative or ads on it's servers. It's only providing the technology for monitoring traffic information.

## LEGAL REMOVAL REQUEST

If you've come across content on ClickTraffix that may violate the law, let us know, and we'll carefully review the material and consider revoving it. To sumbit a legal notice to ClickTraffix, contact us at privacy@clicktraffix.com

## CHANGES TO THIS PRIVACY POLICY

This privacy policy is subject to change. If we make any material or substantive changes in the way that we use the PII collected through this Website, we will post a clear and conspicuous notice of those changes on the Website and in this privacy policy.

## CONTACT INFORMATION

For questions or concerns relating to privacy, please send us an email at privacy@clicktraffix.com (mailto:privacy@clicktraffix.com). Alternatively, you may contact us at the address below.

HVL Cyberweb Solutions

PO BOX 4002, SUCC D

Montreal, QC,

Canada, H3C 0J7

# EXHIBIT "21"

Home >   Whois Lookup >   ClickTraffix.com

# Whois Record for ClickTraffix.com

Find out more about Project Whois
and DomainTools for Windows.



| Related Domains For Sale or At Auction | | 1 | 2 | 3 | More > |
|---|---|---|---|---|---|

Bootstraps.com ($5,000)                    BootstrapProductions.com ($1,888)
BootstrapPr.com ($1,295)                   BootstrapLove.com ($1,999)
BootstrapJs.com ($3,750)                   BootstrapInc.com ($1,995)

## ‒ Whois & Quick Stats

| | |
|---|---|
| **Email** | abuse@namesilo.com is associated with ~418,537 domains  pw-2818aaea1f4ea...@privacyguardian.org |
| **Registrant Org** | See PrivacyGuardian.org is associated with ~387,125 other domains |
| **Registrar** | NAMESILO, LLC |
| **Registrar Status** | clientDeleteProhibited, clientRenewProhibited, clientTransferProhibited, clientUpdateProhibited |
| **Dates** | Created on 2014-10-29 - Expires on 2015-10-29 - Updated on 2015-06-06 |
| **Name Server(s)** | NS1.HOSTLOGISTIC.COM (has 173 domains)  NS2.HOSTLOGISTIC.COM (has 173 domains) |
| **IP Address** | 206.125.164.237 is hosted on a dedicated server |
| **IP Location** | 🇨🇦 - Quebec - Montreal - Hvl Cyberweb Solutions |
| **ASN** | 🇨🇦 AS46609 OPTIC - Technologie Optic.ca (registered Oct 27, 2008) |
| Domain Status | Registered And Active Website |

| Whois History | 6 records have been archived since 2014-10-29 | ➦ |
| IP History | 1 change on 2 unique IP addresses over 0 years | ➦ |
| Registrar History | 1 registrar | ➦ |
| Hosting History | 1 change on 2 unique name servers over 1 year | ➦ |
| Whois Server | whois.namesilo.com | |

© 2015 DomainTools

## – Website

| Website Title | ClickTraffix - Get the best payouts! | ➦ |
| Server Type | Apache | |
| Response Code | 200 | |
| SEO Score | 83% | |
| Terms | 158 (Unique: 104, Linked: 18) | |
| Images | 9 (Alt tags missing: 6) | |
| Links | 16   (Internal: 4, Outbound: 0) | |

**Whois Record ( last updated on 2015-10-09 )**

```
Domain Name: clicktraffix.com
Registry Domain ID: 1882754598_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.namesilo.com
Registrar URL: https://www.namesilo.com/
Updated Date: 2015-10-08
Creation Date: 2014-10-29
Registrar Registration Expiration Date: 2016-10-29
Registrar: NameSilo, LLC
Registrar IANA ID: 1479
Registrar Abuse Contact Email:  abuse@namesilo.com
Registrar Abuse Contact Phone: +1.6024928198
Status: clientUpdateProhibited
Status: clientRenewProhibited
Status: clientDeleteProhibited
Status: clientTransferProhibited
Registry Registrant ID:
Registrant Name: Domain Administrator
Registrant Organization: See PrivacyGuardian.org
Registrant Street: 1928 E. Highland Ave. Ste F104 PMB# 255
Registrant City: Phoenix
Registrant State/Province: AZ
Registrant Postal Code: 85016
Registrant Country: US
Registrant Phone: +1.3478717726
Registrant Phone Ext:
Registrant Fax:
Registrant Fax Ext:
Registrant Email: pw-2818aaea1f4ea135442e6db2f1d9717a@priva
cyguardian.org
```

```
Registry Admin ID:
Admin Name: Domain Administrator
Admin Organization: See PrivacyGuardian.org
Admin Street: 1928 E. Highland Ave. Ste F104 PMB# 255
Admin City: Phoenix
Admin State/Province: AZ
Admin Postal Code: 85016
Admin Country: US
Admin Phone: +1.3478717726
Admin Phone Ext:
Admin Fax:
Admin Fax Ext:
Admin Email: pw-2818aaea1f4ea135442e6db2f1d9717a@privacygua
rdian.org
Registry Tech ID:
Tech Name: Domain Administrator
Tech Organization: See PrivacyGuardian.org
Tech Street: 1928 E. Highland Ave. Ste F104 PMB# 255
Tech City: Phoenix
Tech State/Province: AZ
Tech Postal Code: 85016
Tech Country: US
Tech Phone: +1.3478717726
Tech Phone Ext:
Tech Fax:
Tech Fax Ext:
Tech Email: pw-2818aaea1f4ea135442e6db2f1d9717a@privacyguar
dian.org
Name Server: NS1.HOSTLOGISTIC.COM
Name Server: NS2.HOSTLOGISTIC.COM
DNSSEC: unsigned
URL of the ICANN WHOIS Data Problem Reporting System: http:
//wdprs.internic.net/

Domains - cheap, easy, and secure at NameSilo.com

http://www.namesilo.com
```

**Tools**

| Whois History |
|---|

| Hosting History |
|---|

| Monitor Domain Properties | ▼ |
|---|---|

| Reverse Whois Lookup | ▼ |
|---|---|

| Reverse IP Address Lookup | ▼ |
|---|---|

| Reverse Name Server Lookup | ▼ |
|---|---|

| Network Tools | ▼ |
|---|---|

| Buy This Domain ▼ |
|---|

| Visit Website |
|---|

| ⬇ Preview the Full Domain Report |
|---|

No Screenshot Available



| View Screenshot History |
| --- |

**Available TLDs**

| General TLDs | Country TLDs |
| --- | --- |

The following domains are available through our preferred partners. Select
domains below for more information. (3rd party site)

☐ Taken domain.
☐ Available domain.
☐ Deleted previously owned domain.

| ClickTraffix.com | View Whois |
| --- | --- |
| ClickTraffix.net | View Whois |
| ClickTraffix.org | Buy Domain |
| ClickTraffix.info | Buy Domain |
| ClickTraffix.biz | Buy Domain |
| ClickTraffix.us | Buy Domain |



# EXHIBIT "22"

**WHOIS-RWS**

You searched for: **206.125.164.237**

| Network | |
|---|---|
| Net Range | 206.125.164.128 - 206.125.164.255 |
| CIDR | 206.125.164.128/25 |
| Name | HVL-NET-01 |
| Handle | NET-206-125-164-128-1 |
| Parent | OPC-NET-01 (NET-206-125-164-0-1) |
| Net Type | Reassigned |
| Origin AS | AS46609 |
| Customer | HVL Cyberweb Solutions (C02510358) |
| Registration Date | 2010-05-30 |
| Last Updated | 2010-05-30 |
| Comments | |
| RESTful Link | https://whois.arin.net/rest/net/NET-206-125-164-128-1 |
| See Also | Upstream network's resource POC records. |
| See Also | Upstream organization's POC records. |
| See Also | Related delegations. |

| Customer | |
|---|---|
| Name | HVL Cyberweb Solutions |
| Handle | C02510358 |
| Street | PO BOX 4002<br>SUCC D |
| City | Montreal |
| State/Province | QC |
| Postal Code | H3C-0J7 |
| Country | CA |
| Registration Date | 2010-05-30 |
| Last Updated | 2013-11-19 |
| Comments | |
| RESTful Link | https://whois.arin.net/rest/customer/C02510358 |
| See Also | Upstream network's resource POC records. |
| See Also | Upstream organization's POC records. |

**Point of Contact**

| | |
|---|---|
| Name | SYSADMIN |
| Handle | SYSAD120-ARIN |
| Company | Technologie Optic.ca |
| Street | 1751 Richardson, Suite 4.104 |
| City | Montreal |
| State/Province | QC |
| Postal Code | H3K 1G6 |
| Country | CA |
| Registration Date | 2013-10-22 |
| Last Updated | 2015-09-14 |
| Comments | |
| Phone | +1-888-978-6470 (Office) |
| Email | sysadmin@optic.ca |
| RESTful Link | https://whois.arin.net/rest/poc/SYSAD120-ARIN |

**Point of Contact**

| | |
|---|---|
| Name | ABUSE |
| Handle | ABUSE3961-ARIN |
| Company | Technologie Optic.ca |
| Street | 1751 Richardson, Suite 4.104 |
| City | Montreal |
| State/Province | QC |
| Postal Code | H3K 1G6 |
| Country | CA |
| Registration Date | 2013-10-22 |
| Last Updated | 2014-10-22 |
| Comments | |
| Phone | +1-888-978-6470 (Office) |
| Email | abuse@optic.ca |
| RESTful Link | https://whois.arin.net/rest/poc/ABUSE3961-ARIN |

**Point of Contact**

| | |
|---|---|
| Name | Admin |
| Handle | ADMIN4951-ARIN |
| Company | Technologie Optic.Ca |
| Street | 1751 richardson suite 4.104 |

| City | Montreal |
| --- | --- |
| State/Province | QC |
| Postal Code | H3K 1G6 |
| Country | CA |
| Registration Date | 2013-10-22 |
| Last Updated | 2015-09-14 |
| Comments | |
| Phone | +1-888-978-6470 (Office) |
| Email | info@optic.ca |
| RESTful Link | https://whois.arin.net/rest/poc/ADMIN4951-ARIN |

# EXHIBIT "23"

Home >   Whois Lookup >   ClickTraffix.com

# Whois Record for ClickTraffix.com

Find out more about Project Whois
and DomainTools for Windows.

**DOMAINTOOLS** for Windows          **Download Now**
Access domain ownership records from your desktop

**Related Domains For Sale or At Auction**     | 1 | 2 | 3 | | More > |

| | |
|---|---|
| Bootstraps.com ($5,000) | BootstrapProductions.com ($1,888) |
| BootstrapPr.com ($1,295) | BootstrapLove.com ($1,999) |
| BootstrapJs.com ($3,750) | BootstrapInc.com ($1,995) |

## — Whois & Quick Stats

| | |
|---|---|
| **Email** | abuse@namesilo.com is associated with ~418,537 domains<br>pw-2818aaea1f4ea...@privacyguardian.org |
| **Registrant Org** | See PrivacyGuardian.org is associated with ~387,125 other domains |
| **Registrar** | NAMESILO, LLC |
| **Registrar Status** | clientDeleteProhibited, clientRenewProhibited, clientTransferProhibited, clientUpdateProhibited |
| **Dates** | Created on 2014-10-29 - Expires on 2015-10-29 - Updated on 2015-06-06 |
| **Name Server(s)** | NS1.HOSTLOGISTIC.COM (has 173 domains)<br>NS2.HOSTLOGISTIC.COM (has 173 domains) |
| **IP Address** | 206.125.164.237 is hosted on a dedicated server |
| **IP Location** | 🇨🇦 - Quebec - Montreal - Hvl Cyberweb Solutions |
| **ASN** | 🇨🇦 AS46609 OPTIC - Technologie Optic.ca (registered Oct 27, 2008) |
| **Domain Status** | Registered And Active Website |

| Whois History | 6 records have been archived since 2014-10-29 | ↱ |
| IP History | 1 change on 2 unique IP addresses over 0 years | ↱ |
| Registrar History | 1 registrar | ↱ |
| Hosting History | 1 change on 2 unique name servers over 1 year | ↱ |
| Whois Server | whois.namesilo.com | |

© 2015 DomainTools

## — Website

| Website Title | 🌐 ClickTraffix - Get the best payouts! | ↱ |
| Server Type | Apache | |
| Response Code | 200 | |
| SEO Score | 83% | |
| Terms | 158 (Unique: 104, Linked: 18) | |
| Images | 9 (Alt tags missing: 6) | |
| Links | 16   (Internal: 4, Outbound: 0) | |

**Whois Record ( last updated on 2015-10-09 )**

```
Domain Name: clicktraffix.com
Registry Domain ID: 1882754598_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.namesilo.com
Registrar URL: https://www.namesilo.com/
Updated Date: 2015-10-08
Creation Date: 2014-10-29
Registrar Registration Expiration Date: 2016-10-29
Registrar: NameSilo, LLC
Registrar IANA ID: 1479
Registrar Abuse Contact Email: abuse@namesilo.com
Registrar Abuse Contact Phone: +1.6024928198
Status: clientUpdateProhibited
Status: clientRenewProhibited
Status: clientDeleteProhibited
Status: clientTransferProhibited
Registry Registrant ID:
Registrant Name: Domain Administrator
Registrant Organization: See PrivacyGuardian.org
Registrant Street: 1928 E. Highland Ave. Ste F104 PMB# 255
Registrant City: Phoenix
Registrant State/Province: AZ
Registrant Postal Code: 85016
Registrant Country: US
Registrant Phone: +1.3478717726
Registrant Phone Ext:
Registrant Fax:
Registrant Fax Ext:
Registrant Email: pw-2818aaea1f4ea135442e6db2f1d9717a@priva
cyguardian.org
```

```
Registry Admin ID:
Admin Name: Domain Administrator
Admin Organization: See PrivacyGuardian.org
Admin Street: 1928 E. Highland Ave. Ste F104 PMB# 255
Admin City: Phoenix
Admin State/Province: AZ
Admin Postal Code: 85016
Admin Country: US
Admin Phone: +1.3478717726
Admin Phone Ext:
Admin Fax:
Admin Fax Ext:
Admin Email: pw-2818aaea1f4ea135442e6db2f1d9717a@privacygua
rdian.org
Registry Tech ID:
Tech Name: Domain Administrator
Tech Organization: See PrivacyGuardian.org
Tech Street: 1928 E. Highland Ave. Ste F104 PMB# 255
Tech City: Phoenix
Tech State/Province: AZ
Tech Postal Code: 85016
Tech Country: US
Tech Phone: +1.3478717726
Tech Phone Ext:
Tech Fax:
Tech Fax Ext:
Tech Email: pw-2818aaea1f4ea135442e6db2f1d9717a@privacyguar
dian.org
Name Server: NS1.HOSTLOGISTIC.COM
Name Server: NS2.HOSTLOGISTIC.COM
DNSSEC: unsigned
URL of the ICANN WHOIS Data Problem Reporting System: http:
//wdprs.internic.net/

Domains - cheap, easy, and secure at NameSilo.com

http://www.namesilo.com
```

**Tools**

| Whois History |
|---|
| Hosting History |

| Monitor Domain Properties | ▼ |
|---|---|
| Reverse Whois Lookup | ▼ |
| Reverse IP Address Lookup | ▼ |
| Reverse Name Server Lookup | ▼ |

| Network Tools | ▼ |
|---|---|

| Buy This Domain ▼ |
|---|
| Visit Website |

| ⬇ Preview the Full Domain Report |
|---|

No Screenshot Available



| View Screenshot History |
|---|

**Available TLDs**

| General TLDs | Country TLDs |
|---|---|

The following domains are available through our preferred partners. Select domains below for more information. (3rd party site)

☐ Taken domain.
☐ Available domain.
☐ Deleted previously owned domain.

| ClickTraffix.com | View Whois |
|---|---|
| ClickTraffix.net | View Whois |
| ClickTraffix.org | Buy Domain |
| ClickTraffix.info | Buy Domain |
| ClickTraffix.biz | Buy Domain |
| ClickTraffix.us | Buy Domain |



EXHIBIT "24"



My Cart  |  Log In  |  Create New Account  |  Manage My Domains

home    register    transfer    pricing    auctions    why us?    support



 Why choose NameSilo?

 cheap

easy

# Contact Us

## Online Support

Support Documentation: http://www.NameSilo.com/Support
Online Chat: Click Here
Report Abuse: Click Here
Online Form: See below

 secure

tools

## Email Support

Customer Support: support@namesilo.com
Sales: sales@namesilo.com
Media Inquiries: pr@namesilo.com
Comments: comments@namesilo.com

## Phone Support

We can be reached during normal business hours (Mon-Fri 9:30am-4:30pm PT) at 602-492-8198.

## Physical Address

1300 E. Missouri Avenue
Suite A-110
Phoenix, AZ 85014





## Company Officers

Michael Goldfarb, Managing Member
Michael McCallister, Managing Member
Chris McMurry, Managing Member

## Online Contact Form

Please use the form below to send us a message.

If you have an account and would like to send us an authenticated message, you will first need to log in to your account.

| Contact Us |
| --- |

Your Name: [                    ] *

Your Email: [                    ] *

Comments: [                    ]

I'm not a robot

reCAPTCHA
Privacy · Terms

SUBMIT

Domain Name Registrar NameSilo Contact Information                                                          10/15/15, 3:44 PM

Home  |  Register  |  Transfer  |  Pricing  |  Support  |  Log In  |  Contact Us  |  WHOIS

Follow us
on Twitter

Like us on
Facebook



© 2009 - 2015 NameSilo, LLC
All Rights Reserved

