# EXHIBIT "25"

==Pornstar Network==

Mobile Version   Help   Join Now

HOME    VIDEOS    PICTURES    PORNSTARS    LIVE    STUDIOS    DVDS    SITES    REVIEWS

Search Videos

**TERMS & CONDITIONS**

You must read and agree to these Terms and Conditions before you can join. Please read them carefully. By purchasing a Membership to the site, you become a Subscriber and agree to be bound by these Conditions (the "Agreement"). This agreement is subject to change by ==HVL Cyberweb Solutions Inc. (hereinafter "HVL")== at any time, and changes are effective without notice upon each Subscriber.

**DEFINITIONS**

==The term "site", as referred to in these Terms and Conditions shall mean the Internet site for which you are purchasing a user name and password (login) from HVL== in order to access that site and enjoy its contents and of Membership. The term "Member" or "Membership", as referred to in the Terms and Conditions shall mean -The holder (Subscriber) of a valid user name and password (login) for the site during the term of Membership term "Subscriber", as referred to in the Terms and Conditions shall mean - The End-user, Consumer, of the services of the site and holder of a valid user name and password (login) for the site. The term "Login", as referred to in the Terms and Conditions shall mean - The combination of unique user name and password that is sold by HVL and used to access the site. A Login is a license to use the site for a period of time. The term "Bookmark" as referred to in the Terms and Conditions shall mean - The act of placing a Web page (URL) into a temporary file on the Subscribers browser so that the Subscriber may return to that page at a future date directly passing through any preceding pages.

| IMPORTANT NOTICE |
|---|

**NON-CANADIAN SUBSCRIPTIONS**
It's not possible to use your membership on the territory of Canada if you didn't purchase this Membership in Canada . If we detect that a Membership was purchased by a person not located in Canada , your Membership is being used in Canada , we will automatically block your access and we will void the Membership, because of a breach of this Agreement.

**CANADIAN SUBSCRIPTIONS**

1. NON-QUEBEC SUBSCRIPTIONS

It's not possible to use of your Membership on the territory of Quebec if you didn't purchase this Membership in Quebec . If we detect that a Membership was purchased by a person not located in Quebec , your Membership is being used in Quebec ,we will automatically block your access and we will void the Membership, because of a breach of this Agreement. GST/HST is included in the price if applicable.

2. QUEBEC SUBSCRIPTIONS

There is no territory restriction for Membership purchased in Quebec. GST/HST and QST are included in the price if applicable.

**BILLING DESCRIPTION**
All charges will discreetly appear as PSNSupport.com, PSNbilling.com , EPOCH or CCBILL on your credit card statement depending on the processor.

**ELECTRONIC RECEIPT**
Subscribers will be given, via email, electronic receipts and/or access to billing records that support charges for use of the site.

**SUBSCRIPTION FEES**
The Subscriber is responsible for paying periodic subscription fees according to the then-current terms of the site.

**AUTOMATIC RENEWAL**
Subscription fees for regular Memberships are automatically renewed at the end of the original term selected, for a like period of time, unless notice is submitted by the Subscriber to HVL or the site two (2) days prior of the term. Unless and until this agreement is cancelled in accordance with the terms hereof, Subscriber hereby authorizes HVL to charge Subscriber's credit card (or other approved facility) to pay for the ongoing Membership. Subscriber hereby further authorizes HVL to charge Subscriber's credit card (or other approved facility) for any and all purchases of products, services and entertainment provided by the site.

**NON-ASSIGNABILITY/THEFT OF LOGIN**
Your Membership, user name and password (login) may not be assigned or transferred to any other person or entity. Subscriber must promptly inform HVL or the site of any apparent breach of security, such as loss unauthorized disclosure or use of a user name or password. Until HVL or the site is notified, by e-mail, or by telephone of any breach in security, the Subscriber will remain liable for any unauthorized use of the Service

**MEMBERSHIP TO NEWSLETTER**
By subscribing to the site, you will be automatically added to the site newsletter, to help us keep you inform of the content update and configuration changes that could occur.

**TERMINATION/CANCELLATION**
Subscription to the Service may be terminated at any time, and without cause, by HVL, the site or the Subscriber upon notification of the other party by electronic or conventional mail, or by telephone or fax. Subscriber liable for charges incurred by them until termination of service.

**REFUNDS**
In the event that a refund is issued, ALL refunds will be made by crediting the credit card that was used to make the original purchase.

**FRAUD & CHARGEBACK RIGHTS**
You hereby agree that all fraud and misuse of your card will be promptly reported to HVL. You also agree that any disputes with billing, delivery, or service quality will be addressed and investigated through HVL. An disputed with your issuing bank or financial institution without first contacting HVL for resolution may be construed as an attempt to defraud HVL. Liquidated damages up to $500 may be assessed by HVL, in its against any individual who fraudulently obtains a membership or whose transaction later results in a chargeback to the account. Member agrees that the liquidated damage amount above is reasonable, does not penalty, and is being established due to the difficulties and inconvenience associated with attempting to establish the exact amount of loss which may be sustained by HVL due to excessive chargebacks to the account individual shall indemnify and hold HVL harmless from any and all claims, fines or other damages imposed by any credit card company or other entity due to excessive chargebacks which are the cumulative res individuals fraudulent actions.

**LICENSE**
All content contained inside the site is protected under the laws of copyright, owned or under license to HVL and represents proprietary and valuable intellectual property. Memberships to the site are provided for pers commercial use by customers of the site. As customers, visitors to the site hereby granted a single copy license to download or print copies of any of the information found on the site for personal, non-commercia Commercial use of the site, or any material located on it, is strictly prohibited. In addition, you may not modify any of the materials found on the site; use them for any public display, performance, sale or rental; remo or alter any copyright or other proprietary notice, or trademarks there from; or transfer any material located on the site to any other person. HVL and the site reserve the right to terminate this license at any time if y the terms of this agreement, in which case you will be obligated to immediately destroy any information downloaded, printed or otherwise copied from the site. Access to and use of the site is through a combination name and a password (login). Each Subscriber must keep his or her login strictly confidential. For security reasons, HVL. will not release passwords for any reason, to anyone other than the Subscriber, except a specifically required by law or court order. Unauthorized access to the site is a breach of this Agreement and a violation of law.

**BOOKMARKING**
Bookmarking to a page on the site whereby the Warning page(s) and/or Terms and Conditions are by-passed shall constitute an implicit acceptance of the Terms and Conditions herein and an explicit acknowledgem of majority.

**DISCLAIMERS**
The materials on the site are provided "as is" without any express or implied warranty of any kind including warranties of merchantability, noninfringement of intellectual property or fitness for a particular purpose. HV assurance of uninterrupted or error free service. HVL does not warrant the accuracy or completeness of the information, text, graphics, links or other items contained on the site.

Any of the information offered on the site may change at any time without notice.

HVL makes no representation as to any of the information found on the site. in no event shall HVL be liable for any damages whatsoever (including, without limitation, damages for loss of profits, business interrupti information) arising out of the use or inability to use the material or information available on the site, even if HVL has been advised of such damages.

Subscribers are responsible for providing all personal computer and communications equipment necessary to gain access to the site.

All materials on the site are copyrighted and are protected under treaty provisions and worldwide copyright laws. The site's materials may not be reproduced, copied, edited, published, transmitted or uploaded in without written permission. Except as expressly stated in the limited license provision of these Terms and Conditions, purchase of a Membership does not grant any express or implied right to you under any of its tra copyrights or other proprietary information.

If the site enables Subscribers to share information with other Subscribers, Subscribers agree not to submit, publish, or display on the Service any defamatory, inaccurate, abusive, threatening, racially offensive material. Transmission of material that violates any federal, state, or local law, is prohibited and is a breach of this Agreement. Subscribers agree not to engage in advertising to, or solicitation of other Subscrib or sell any products or services through the site without prior written consent. Subscribers are responsible for information they send, or display through the site even if a claim should arise after termination of s messages shall be deemed to be readily accessible to the general public. Do not use the site for any communication for which the sender intends only the sender and the intended recipient(s) to read. Notice is he that all messages entered into this site can and may be read by the operators of the site, whether or not they are the intended recipient(s).

The Subscriber hereby warrants and represents that he or she is over the age of 18(21 in AL, MS, NE, and WY), and in all respects is qualified and competent to enter into this agreement.

**AGREEMENT TO VIEW ADULT MATERIAL**
The site is designed and intended SOLELY for ADULTS - people who are at least 18 years old (21 in AL, MS, NE, and WY)– who are interested in and wish to have access to visual images, verbal descriptions sounds of a sexually oriented, frankly erotic nature. The materials which are available within this site may include graphic visual depictions and descriptions of nudity and sexual activity and should NOT be accessed who is younger than 18 years old (21 in AL, MS, NE, and WY) or who does not wish to be exposed to such materials. By purchasing a Membership you are making the following statements:

"Under penalty of perjury, I swear/affirm that as of this moment, I am an adult, at least 18 years of age (21 in AL, MS, NE, and WY)." "I promise that I will not permit any person(s) under 18 years of age (21 in AL, MS WY) to have access to any of the materials contained within this site." "I understand that when I gain access to this site, I will be exposed to visual images, verbal descriptions and audio sounds of a sexually orient erotic nature, which may include graphic visual depictions and descriptions of nudity and sexual activity. I am voluntarily choosing to do so, because I want to view, read and/or hear the various materials which are av my own personal enjoyment, information and/or education. My choice is a manifestation of my interest in sexual matters, which is both healthy and normal and, which, in my experience, is generally shared by averag my community. I am familiar with the standards in my community regarding the acceptance of such sexually oriented materials, and the materials I expect to encounter are within those standards. In my judgment, th adult in my community accepts the consumption of such materials by willing adults in circumstances such as this which offer reasonable insulation from the materials for minors and unwilling adults, and will not materials to appeal to a prurient interest or to be patently offensive."

**ADDITIONAL TERMS AND CONDITIONS**
In addition to these Terms and Conditions, the site may have additional Terms and Conditions that are an integral part of this Agreement. All Terms and Conditions apply to HVL, the site, and you. I agree to the T Conditions specified by the site linked to this page.

Subscriber agrees to only use his Membership in the country where he made the purchase. Specifically, Subscribers who are non-resident of Canada agrees to never use their Membership in Canada. If a subscriber use his membership in Canada and he his a not a resident of Canada, he has to contact HVL beforehand.

Download Limit: Each subscriber may download unlimited number of movies each day within reason. It's in our discretion to cancel subscribers account without refund in the event of an abusal activity.

**LIMITED TRIAL**
Subscribers who opt for a limited trial subscription are entitled to a limited access to the members section of the site for a period of 2 days. Limitations may include but are not limited to; access to some movie sections of the site.

**SEVERABILITY**
If any provision of this Agreement shall be held to be invalid or unenforceable for any reason, the remaining provisions shall continue to be valid and enforceable. If a court finds that any of this Agreement is unenforceable, but that by limiting such provision it would become valid or enforceable, then such provision shall be deemed to be written, construed, and enforced as so limited.

**LEGAL**
HVL abides by Canada laws and Regulations.

**NOTICES**
Notices by the site to Subscribers may be given by means of electronic messages through the site or by HVL, by a general posting on the site, or by conventional mail. Notices by Subscribers may be given by messages, conventional mail, telephone or fax unless otherwise specified in the Agreement. All questions, complaints, or notices regarding the site must be directed to HVL, here or to the site.

**EMAIL OPT-IN AND USER COMMUNICATION**
The subscriber's e-mail address may be used by the site to communicate special offers and other relevant information such as new services, subscription information, etc. In addition, there may be occasions when a will be presented with special offers either from the operators of the site or from third-party service, which may include consent to receive e-mail solicitations, communications, newsletters, commercial advertising promotional or special event materials. These communications shall be deemed to be opt-in email communications by virtue of the subscriber joining this site.The permission to send these communications shall con in effect until opted out by the subscriber.

The subscriber may opt-out of a mailing list by clicking on the removal link located at the bottom of the promotional email or by visiting the site: www.mailgo2.com

**CONTACT INFORMATION**
E-mail us at  support@brainpass.com  and one of our Customer Support people will be happy to reply to your request. A response will be forwarded to your E-mail address within a reasonable delay.

HVL Cyberweb Solutions Inc
PO BOX 4002, SUCC D
Montreal, QC
Canada, H3C 0J7

Pornstar Network © 2015

Privacy    FAQ    Support    Terms    DMCA    Affiliate

18 U.S.C. 2257 Record-Keeping Requirement Complian

# EXHIBIT "26"



| Home | Faq | Support Wizard | Contact | Diagnostic Tool | Glossary | Security & Privacy | Ticketing System |

Pornstar Network Home   All Pornstar Network Sites

## Quick Links

 Cancel my membership

 Retrieve my login

Can't see the videos

Can't see the access key

Failed upgrade

## Support System

 **Support Wizard**
Quickly browse your way from problem to solution

 **Diagnostic Tool**
Check if your system is optimized for our network

 **FAQ**
Quick answers for quick questions

**Glossary**
If some words need to be explained

**Contact**
Get in touch with our support staff

## FAQ

### FAQ Overview

These are the most common questions from surfers. They've been compiled by our support staff to quickly answer interrogations you may have concerning billing, memberships, etc.

Please click on a category below to view the questions and answers.

### ⊟ General

- What is the Pornstarnetwork?
- How do I join?
- What are the member advantages?
- Does my membership auto-renew?
- How do I get my password?
- I forgot my username or password?
- I cannot login and I get a message about logging in from Quebec and/or elsewhere in Canada?
- How do I cancel my membership?

### ⊟ Billing and Security

- What are the billing options?
- What name will appear on my credit card bill?
- Do you sell or distribute my name to any third parties?
- How do I know my credit card transaction will be safe?
- What name will appear on my credit card for the live sex shows?

### ⊟ Pornstarnetwork.com

- What does my membership include?
- How good is your picture quality?
- How do I download the pictures?
- Do you have lots of movies?
- How do I download the movies?
- I have a Mac. Will it play the videos?
- Do you have any live shows?
- How do I stream the movies on the site?
- I can hear the audio, but I can't see any video, how do I fix this?
- Still can't stream even after installing Adobe Flash Player
- What do I do if the streaming movies pause every few seconds?
- What is the difference between the WMV, MPEG, MPEG4 and iPod/PSP formats?

### ⊟ Technical

- What are access keys?
- Why can't I open more than one session at a time?
- Make Sure Your E-mail Won't Filter Us!

### What is the Pornstarnetwork?

Pornstarnetwork is a unique network that gives members access to multiple premium adult sites. Whatever sites you join in the network, you get instant access to all other sites. Every site is exclusive and loaded with original content. Only top quality! Our incredible team of hot models offers live hot shows, answers e-mails, is very present on the message board to discuss with the members, treating you like you're special and important, which you are.

One signup, one price and you get instant access to the highest standard of quality on the internet. Why wait?

**Average customer satisfaction rating for this solution : 71%**

**Rate this solution:** Excellent Very Good Good Poor Mediocre

Top

**How do I join?**

To join the Pornstarnetwork, go to any of our sites in the network and click on "Join now". If you want to have an easy access to over fifty-eight sites (and many more to come), covering every niche imaginable, it couldn't be easier. On the signup page, simply fill in your personal and banking information. Everything is clear and most of all, discreet and secure. You don't have a credit card? No problem, you can also pay by check, online check, cash, or money order.

If you want to have more details on the prices and the sites you can get access to, click here.

**Average customer satisfaction rating for this solution : 73%**

**Rate this solution:** Excellent Very Good Good Poor Mediocre

Top

**What are the member advantages?**

• You get unlimited access to all our content and sites on the network.
• You get DVD quality movies and high resolution pictures.
• All of our content is downloadable so you can build your own collection.
• Exclusive content updated daily.
• Exclusive live show and special performances.
• And a lot more… (see Pornstarnetwork section below )

**Average customer satisfaction rating for this solution : 70%**

**Rate this solution:** Excellent Very Good Good Poor Mediocre

Top

**Does my membership auto-renew?**

If you paid using your credit card or online check, we will automatically renew your membership each month, simply to make your life easier. If you're a trial member, you will, after two days, automatically upgrade to regular member status unless you don't want to become a member and cancel (steps to cancellation are a little further).

If you joined by check, cash or money order, you won't be automatically renewed: it means that you have to take care of your monthly payments or otherwise you'll be automatically cancelled at the end of the month.

**Average customer satisfaction rating for this solution : 71%**

**Rate this solution:** Excellent Very Good Good Poor Mediocre

Top

**How do I get my password?**

If you've joined using a credit card, you get to choose your username and password (if it's already taken, we will advise you). Otherwise, one will be given to you. In any case, you will receive an e-mail confirming your username and password to the e-mail address you provided upon registration.

**Average customer satisfaction rating for this solution : 68%**

**Rate this solution:** Excellent Very Good Good Poor Mediocre

Top

**I forgot my username or password?**

Simply click here to retrieve your login. The information will be sent to the email address you provided at time of registration.

**Average customer satisfaction rating for this solution : 69%**

**Rate this solution:** Excellent Very Good Good Poor Mediocre

9/29/2015 10:20 AM

Pornstar Network : FAQ                                  http://support.pornstarnetwork.com/support/faq.php#faq_11

Top

**I cannot login and I get a message about logging in from Quebec and/or elsewhere in Canada?**

If you are trying to log in and cannot due to a message saying that we have detected you are logging in from Quebec and/or elsewhere in Canada, this is due to the tax regulations that we must adhere to. However, this could be an error and if you believe it is so, please contact us to let us know so that we can grant you the proper access to the network. Click here to submit a report.

**Average customer satisfaction rating for this solution : 68%**

**Rate this solution:** Excellent Very Good Good Poor Mediocre

Top

**What are the billing options?**

**I want to join using a credit card:** Nothing is more efficient! All you have to do is fill in your personal and banking information here. **Important:** you can be assured that your transaction is totally safe and secure. All transactions are handled over 128 bits encrypted servers. If you wish to learn more about secure transactions, read a little further.

**I want to join by online check (USA only):** Please click here to go back to the join page, check "Join by Check" and follow the instructions of our transaction merchant. Money will be taken out of your checking account every month.

**Average customer satisfaction rating for this solution : 69%**

**Rate this solution:** Excellent Very Good Good Poor Mediocre

Top

**What name will appear on my credit card bill?**



Discreet billing is a priority for many members. There will be no adult related mentions on your credit card statement. **PSNsupport.com, CCBill** or **EPOCH** will appear on your statement depending on the credit card processor.

**Average customer satisfaction rating for this solution : 68%**

**Rate this solution:** Excellent Very Good Good Poor Mediocre

Top

**Do you sell or distribute my name to any third parties?**

You don't need to worry because your privacy is completely guaranteed. We won't sell or give any of your information to anyone, nor your e-mail address. Discretion is a priority.

**Average customer satisfaction rating for this solution : 69%**

**Rate this solution:** Excellent Very Good Good Poor Mediocre

Top

**How do I know my credit card transaction will be safe?**

E-commerce holds an important place in today's economy. To ensure the growth of online transactions, the trust of customers is paramount. The adult industry is no exception. This is why HVL Cyberweb Solutions took several steps to deserve your confidence. Such measures include dealing with well-established transaction merchants, encrypting data, protecting your credit card number, offering discreet billing and adopting a solid privacy policy.

All memberships on our sites are billed by third-party transaction merchants, such as CCBill or Epoch.com. These are well-established companies that have dealt with adult and mainstream transactions for numerous years. Their expertise enabled them to build solid and secure billing systems for their clients.

Amongst these systems, the Secure Socket Layers (SSL) protocol has proven itself very efficient. SSL is designed to make use of TCP as a communication layer to provide a reliable end-to-end secure and authenticated connection between two points over a network (for example between the service client and the server). It uses an encryption key to prevent sensitive information from being intercepted and a digital certificate to establish a user's credentials.

Pornstar Network                                                                http://www.pornstarnetwork.com/terms.html

Mobile Version   Help   Join Now   Sign In

HOME    VIDEOS    PICTURES    PORNSTARS    LIVE    STUDIOS    DVDS    SITES    REVIEWS          Search Videos          Advanced

## TERMS & CONDITIONS

You must read and agree to these Terms and Conditions before you can join. Please read them carefully. By purchasing a Membership to the site, you become a Subscriber and agree to be bound by these Terms and Conditions (the "Agreement"). This agreement is subject to change by HVL Cyberweb Solutions Inc. (hereinafter "HVL") at any time, and changes are effective without notice upon each Subscriber.

**DEFINITIONS**
The term "site", as referred to in these Terms and Conditions shall mean the Internet site for which you are purchasing a user name and password (login) from HVL in order to access that site and enjoy its contents and benefits of Membership. The term "Member" or "Membership", as referred to in the Terms and Conditions shall mean -The holder (Subscriber) of a valid user name and password (login) for the site during the term of Membership. The term "Subscriber", as referred to in the Terms and Conditions shall mean - The End-user, Consumer, of the services of the site and holder of a valid user name and password (login) for the site. The term "Login", as referred to in the Terms and Conditions shall mean - The combination of unique user name and password that is sold by HVL and used to access the site. A Login is a license to use the site for a period of time. The term "Bookmarking", as referred to in the Terms and Conditions shall mean - The act of placing a Web page (URL) into a temporary file on the Subscribers browser so that the Subscriber may return to that page at a future date directly, without passing through any preceding pages.

**IMPORTANT NOTICE**

**NON-CANADIAN SUBSCRIPTIONS**
It's not possible to use your membership on the territory of Canada if you didn't purchase this Membership in Canada . If we detect that a Membership was purchased by a person not located in Canada , but that Membership is being used in Canada , we will automatically block your access and we will void the Membership, because of a breach of this Agreement.

**CANADIAN SUBSCRIPTIONS**

1. NON-QUEBEC SUBSCRIPTIONS

It's not possible to use of your Membership on the territory of Quebec if you didn't purchase this Membership in Quebec . If we detect that a Membership was purchased by a person not located in Quebec , but that Membership is being used in Quebec ,we will automatically block your access and we will void the Membership, because of a breach of this Agreement. GST/HST is included in the price if applicable.

2. QUEBEC SUBSCRIPTIONS

There is no territory restriction for Membership purchased in Quebec. GST/HST and QST are included in the price if applicable.

**BILLING DESCRIPTION**
All charges will discreetly appear as PSNSupport.com, PSNbilling.com , EPOCH or CCBILL on your credit card statement depending on the processor.

**ELECTRONIC RECEIPT**
Subscribers will be given, via email, electronic receipts and/or access to billing records that support charges for use of the site.

**SUBSCRIPTION FEES**
The Subscriber is responsible for paying periodic subscription fees according to the then-current terms of the site.

**AUTOMATIC RENEWAL**
Subscription fees for regular Memberships are automatically renewed at the end of the original term selected, for a like period of time, unless notice is submitted by the Subscriber to HVL or the site two (2) days prior to the end of the term. Unless and until this agreement is cancelled in accordance with the terms hereof, Subscriber hereby authorizes HVL to charge Subscriber's credit card (or other approved facility) to pay for the ongoing cost of Membership. Subscriber hereby further authorizes HVL to charge Subscriber's credit card (or other approved facility) for any and all purchases of products, services and entertainment provided by the site.

**NON-ASSIGNABILITY/THEFT OF LOGIN**
Your Membership, user name and password (login) may not be assigned or transferred to any other person or entity. Subscriber must promptly inform HVL or the site of any apparent breach of security, such as loss, theft, or unauthorized disclosure or use of a user name or password. Until HVL or the site is notified, by e-mail, or by telephone of any breach in security, the Subscriber will remain liable for any unauthorized use of the Service.

**MEMBERSHIP TO NEWSLETTER**
By subscribing to this site, you will be automatically added to the site newsletter, to help us keep you inform of the content update and configuration changes that could occur.

**TERMINATION/CANCELLATION**
Subscription to the Service may be terminated at any time, and without cause, by HVL, the site or the Subscriber upon notification of the other party by electronic or conventional mail, or by telephone or fax. Subscribers are liable for charges incurred by them until termination of service.

**REFUNDS**
In the event that a refund is issued, ALL refunds will be made by crediting the credit card that was used to make the original purchase.

**FRAUD & CHARGEBACK RIGHTS**
You hereby agree that all fraud and misuse of your card will be promptly reported to HVL. You also agree that any disputes with billing, delivery, or service quality will be addressed and investigated through HVL. Any charges disputed with your issuing bank or financial institution without first contacting HVL for resolution may be construed as an attempt to defraud HVL. Liquidated damages up to $500 may be assessed by HVL, in its discretion, against any individual who fraudulently obtains a membership or whose transaction later results in a chargeback to the account. Member agrees that the liquidated damage amount above is reasonable, does not constitute a penalty, and is being established due to the difficulties and inconvenience associated with attempting to establish the exact amount of loss which may be sustained by HVL due to excessive chargebacks to the account. Said individual shall indemnify and hold HVL harmless from any and all claims, fines or other damages imposed by any credit card company or other entity due to excessive chargebacks which are the cumulative result of said individuals fraudulent actions.

**LICENSE**
All content contained inside the site is protected under the laws of copyright, owned or under license to HVL and represents proprietary and valuable intellectual property. Memberships to the site are provided for personal, non-commercial use by customers of the site. As customers, visitors to the site hereby granted a single copy license to download or print copies of any of the information found on the site for personal, non-commercial use only. Commercial use of the site, or any material located on it, is strictly prohibited. In addition, you may not modify any of the materials found on the site; use them for any public display, performance, sale or rental; remove, modify or alter any copyright or other proprietary notice, or trademarks there from; or transfer any material located on the site to any other person. HVL and the site reserve the right to terminate this license at any time if you breach the terms of this agreement, in which case you will be obligated to immediately destroy any information downloaded, printed or otherwise copied from the site. Access to and use of the site is through a combination of a user name and a password (login). Each Subscriber must keep his or her login strictly confidential. For security reasons, HVL. will not release passwords for any reason, to anyone other than the Subscriber, except as may be specifically required by law or court order. Unauthorized access to the site is a breach of this Agreement and a violation of law.

**BOOKMARKING**
Bookmarking to a page on the site whereby the Warning page(s) and/or Terms and Conditions are by-passed shall constitute an implicit acceptance of the Terms and Conditions herein and an explicit acknowledgement of age of majority.

**DISCLAIMERS**
The materials on the site are provided "as is" without any express or implied warranty of any kind including warranties of merchantability, noninfringement of intellectual property or fitness for a particular purpose. HVL offers no assurance of uninterrupted or error free service. HVL does not warrant the accuracy or completeness of the information, text, graphics, links or other items contained on the site.

Any of the information offered on the site may change at any time without notice.

HVL makes no representation as to any of the information found at this site, in no event shall HVL be liable for any damages whatsoever (including, without limitation, damages for loss of profits, business interruption, loss of information) arising out of the use or inability to use the material or information available on the site, even if HVL has been advised of such damages.

Subscribers are responsible for providing all personal computer and communications equipment necessary to gain access to the site.

All materials on the site are copyrighted and are protected under treaty provisions and worldwide copyright laws. The site's materials may not be reproduced, copied, edited, published, transmitted or uploaded in any way without written permission. Except as expressly stated in the limited license provision of these Terms and Conditions, purchase of a Membership does not grant any express or implied right to you under any of its trademarks, copyrights or other proprietary information.

If the site enables Subscribers to share information with other Subscribers, Subscribers agree not to submit, publish, or display on the Service any defamatory, inaccurate, abusive, threatening, racially offensive, or illegal material. Transmission of such material that violates any federal, state, or local law, is prohibited and is a breach of this Agreement. Subscribers agree not to engage in advertising to, or solicitation of other Subscribers to buy or sell any products or services through the site without prior written consent. Subscribers are responsible for information they send, or display through the site even if a claim should arise after termination of service. All messages shall be deemed to be readily accessible to the general public. Do not use the site for any communication for which the sender intends only the sender and the intended recipient(s) to read. Notice is hereby given that all messages entered into this site can and may be read by the operators of the site, whether or not they are the intended recipient(s).

The Subscriber hereby warrants and represents that he or she is over the age of 18(21 in AL, MS, NE, and WY), and in all respects is qualified and competent to enter into this agreement.

**AGREEMENT TO VIEW ADULT MATERIAL**
The site is designed and intended SOLELY for ADULTS - people who are at least 18 years old (21 in AL, MS, NE, and WY)-- who are interested in and wish to have access to visual images, verbal descriptions and audio sounds of a sexually oriented, frankly erotic nature. The materials which are available within this site may include graphic visual depictions and descriptions of nudity and sexual activity and should NOT be accessed by anyone who is younger than 18 years old (21 in AL, MS, NE, and WY) or who does not wish to be exposed to such materials. By purchasing a Membership you are making the following statements:

9/24/2015 11:22 AM

Pornstar Network

http://www.pornstarnetwork.com/terms.html

"Under penalty of perjury, I swear/affirm that as of this moment, I am an adult, at least 18 years of age (21 in AL, MS, NE, and WY). I promise that I will not permit any person(s) under 18 years of age (21 in AL, MS, NE, and WY) to have access to any of the materials contained within this site." "I understand that when I gain access to this site, I will be exposed to visual images, verbal descriptions and audio sounds of a sexually oriented, frankly erotic nature, which may include graphic visual depictions and descriptions of nudity and sexual activity. I am voluntarily choosing to do so, because I want to view, read and/or hear the various materials which are available, for my own personal enjoyment, information and/or education. My choice is a manifestation of my interest in sexual matters, which is both healthy and normal and, which, in my experience, is generally shared by average adults in my community. I am familiar with the standards in my community regarding the acceptance of such sexually oriented materials, and the materials I expect to encounter are within those standards. In my judgment, the average adult in my community accepts the consumption of such materials by willing adults in circumstances such as this which offer reasonable insulation from the materials for minors and unwilling adults, and will not find such materials to appeal to a prurient interest or to be patently offensive."

**ADDITIONAL TERMS AND CONDITIONS**
In addition to these Terms and Conditions, the site may have additional Terms and Conditions that are an integral part of this Agreement. All Terms and Conditions apply to HVL, the site, and you. I agree to the Terms and Conditions spoofed by the site linked to this page.

Subscriber agrees to only use his Membership in the country where he made the purchase. Specifically, Subscribers who are non-resident of Canada agrees to never use their Membership in Canada. If a subscriber wishes to use his membership in Canada and he his a not a resident of Canada, he has to contact HVL beforehand.

Download Limit: Each subscriber may download unlimited number of movies each day within reason. It's in our discretion to cancel subscribers account without refund in the event of an abusal activity.

**LIMITED TRIAL**
Subscribers who opt for a limited trial subscription are entitled to a limited access to the members section of the site for a period of 2 days. Limitations may include but are not limited to: access to some movie parts and sections of the site.

**SEVERABILITY**
If any provision of this Agreement shall be hold to be invalid or unenforceable for any reason, the remaining provisions shall continue to be valid and enforceable. If a court finds that any of this Agreement is invalid or unenforceable, but that by limiting such provision it would become valid or enforceable, then such provision shall be deemed to be written, construed, and enforced as so limited.

**LEGAL**
HVL abides by Canada laws and Regulations.

**NOTICES**
Notices by the site to Subscribers may be given by means of electronic messages through the site or by HVL, by a general posting on the site, or by conventional mail. Notices by Subscribers may be given by electronic messages, conventional mail, telephone or fax unless otherwise specified in the Agreement. All questions, complaints, or notices regarding the site must be directed to HVL, here or to the site.

**EMAIL OPT-IN AND USER COMMUNICATION**
The subscriber's e-mail address may be used by the site to communicate special offers and other relevant information such as new services, subscription information, etc. In addition, there may be occasions when a subscriber will be presented with special offers either from the operators of the site or from third-party service, which may include consent to receive e-mail solicitations, communications, newsletters, commercial advertising, or other promotional or special event materials. These communications shall be deemed to be opt-in email communications by virtue of the subscriber joining this site. The permission to send these communications shall continue to be in effect until opted out by the subscriber.

The subscriber may opt-out of a mailing list by clicking on the removal link located at the bottom of the promotional email or by visiting the site: www.mailgo2.com

**CONTACT INFORMATION**
E-mail us at support@elustores.com and one of our Customer Support people will be happy to reply to your request. A response will be forwarded to your E-mail address within a reasonable delay.

HVL Cyberweb Solutions Inc
PO BOX 4002, SUCC D
Montreal, QC
Canada, H3C 0J7

Pornstar Network © 2015

Privacy    FAQ    Support    Terms    DMCA    Affiliates    Site Map

18 U.S.C. 2257 Record-Keeping Requirement Compliance Statement

9/24/2015 11:22 AM

EXHIBIT "27"

Counties of Los Angeles, Santa Clara, San Benito, Santa Cruz, and Monterey

Change Location

Menu

## BBB BUSINESS REVIEW

What is a BBB Business Review?

**THIS BUSINESS IS NOT BBB ACCREDITED**

### NETbilling, Inc.

**(661) 252-2456**
25060 West Avenue Stanford #250, Valencia, CA 91355
http://www.netbilling.com



| No Rating | On a scale of A+ to F<br>Reason for Rating<br>BBB Ratings System Overview |

*BBB Business Reviews may not be reproduced for sales or promotional purposes*

### BBB Accreditation

NETbilling, Inc. is not BBB Accredited.

Businesses are under no obligation to seek BBB accreditation, and some businesses are not accredited because they have not sought BBB accreditation.

To be accredited by BBB, a business must apply for accreditation and BBB must determine that the business meets BBB accreditation standards, which include a commitment to make a good faith effort to resolve any consumer complaints. BBB Accredited Businesses must pay a fee for accreditation review/monitoring and for support of BBB services to the public.

### Reason for Rating

BBB rating is based on 13 factors. Get the details about the factors considered.

This business has no rating at this time.

### Customer Complaints Summary

0 complaints closed with BBB in last 3 years | 0 closed in last 12 months

| Complaint Type | Total Closed Complaints |
|---|---|
| Advertising / Sales Issues | 0 |
| Billing / Collection Issues | 0 |
| Problems with Product / Service | 0 |
| Delivery Issues | 0 |
| Guarantee / Warranty Issues | 0 |
| **Total Closed Complaints** | 0 |

### Customer Reviews Summary

**Read customer reviews**

2 Customer Reviews Customer Reviews on NETbilling, Inc.

| Customer Experience | Total Customer Reviews |
|---|---|
| Positive Experience | 2 |
| Neutral Experience | 0 |
| Negative Experience | 0 |
| **Total Customer Reviews** | **2 Customer Reviews** |

### Government Actions

BBB knows of no government actions involving the marketplace conduct of NETbilling, Inc..

What government actions does BBB report on?

### Advertising Review

BBB has nothing to report concerning NETbilling, Inc.'s advertising at this time.

What is BBB Advertising Review?

## Additional Information

**Business started:** 07/27/1998

**Type of Entity**
Corporation

**Incorporated:** July 1998, CA

**Number of Employees**
1

**Business Category**
Credit Card - Merchant Services, Call Centers



*As a matter of policy, BBB does not endorse any product, service or business.*

*BBB Business Reviews are provided solely to assist you in exercising your own best judgment. Information in this BBB Business Review is believed reliable but not guaranteed as to accuracy.*

*BBB Business Reviews generally cover a three-year reporting period. BBB Business Reviews are subject to change at any time.*

BBB Directory
Give.org
Council of Better Business Bureaus
Contact
BBB Business Partner Code

Terms of Use
Trademarks
Privacy Policy
Fight Phishing

© 2015 BBB of Los Angeles & Silicon Valley

10/8/2015 3:00 PM



**NETbilling**®

Home   About Us   Marketplace Tools   News   Resources   Contact Us   Get Started

GET IN TOUCH WITH US

CONTACT INFORMATION

We look forward to assisting you with all your processing and call center service needs.

**OFFICE ADDRESS**
27451 Tourney Rd. Suite 220
Valencia, California 91355

**PHONE NUMBER**
(888) 357-8166
(661) 262-2456

**EMAIL DEPARTMENTS**
Sales@NETbilling.com
Accounting@NETbilling.com
Support@NETbilling.com

**ONLINE SUPPORT**
Knowledge Base
Submit a Ticket

Your name *

Your e-mail address *

Subject *

Message *

10/8/2015 2:55:09 PM

EXHIBIT "28"

**Central, Northern and Western Arizona**

Change Location

Menu

Overview > Accredited Business Directory > Credit Card Processing Service > CCBill, LLC

## BBB Business Review

BBB ACCREDITED BUSINESS SINCE 7/18/2014

### CCBill, LLC

Phone: (480) 449-7751
Fax: (480) 449-8820
*View Additional Phone Numbers*
2353 W University Dr Bldg A, Tempe, AZ 85281
support@ccbill.com
*View Additional Email Addresses*
http://www.ccbill.com
*View Additional Web Addresses*



1 of 1 images | See All Images >>

  

**On a scale of A+ to F**
Reason for Rating
BBB Ratings System Overview

Like   Share   2 people like this. Be the first of your friends

G+1   3

*BBB Business Reviews may not be reproduced for sales or promotional purposes.*

### Description

This company processes credit card transactions for website clients.

### Request a Quote

Request a Quote from CCBill, LLC

### BBB Accreditation

A BBB Accredited Business since 7/18/2014

BBB has determined that CCBill, LLC meets BBB accreditation standards, which include a commitment to make a good faith effort to resolve any consumer complaints. BBB Accredited Businesses pay a fee for accreditation review/monitoring and for support of BBB services to the public.

BBB accreditation does not mean that the business' products or services have been evaluated or endorsed by BBB, or that BBB has made a determination as to the business' product quality or competency in performing services.

### Reason for Rating

BBB rating is based on 13 factors. Get the details about the factors considered.

Factors that *raised* the rating for CCBill, LLC include:

Length of time business has been operating
Complaint volume filed with BBB for business of this size
Response to 21 complaint(s) filed against business
Resolution of complaint(s) filed against business

### Customer Complaints Summary                    Read complaint details

21 complaints closed with BBB in last 3 years | 7 closed in last 12 months

| Complaint Type | Total Closed Complaints |
|---|---|
| Advertising/Sales Issues | 2 |
| Billing/Collection Issues | 13 |

| | |
|---|---|
| Delivery Issues | 0 |
| Guarantee/Warranty Issues | 0 |
| Problems with Product/Service | 6 |
| Total Closed Complaints | 21 |

Read Complaints | Definitions | BBB Complaint Process | File a Complaint against CCBill, LLC

## Customer Reviews Summary                    Read customer reviews

### 7 Customer Reviews on CCBill, LLC

| Customer Experience | Total Customer Reviews |
|---|---|
| Positive Experience | 2 |
| Neutral Experience | 0 |
| Negative Experience | 5 |
| Total Customer Reviews | 7 |

Read Customer Reviews | Submit a Customer Review | See Trends in Customer Reviews on CCBill, LLC

## Government Actions

BBB knows of no government actions involving the marketplace conduct of CCBill, LLC.

What government actions does BBB report on?

## Advertising Review

BBB has nothing to report concerning CCBill, LLC's advertising at this time.

What is BBB Advertising Review?

## Additional Information

BBB file opened: September 12, 2000
Business started: 04/14/1998 in AZ
Business incorporated 08/06/1999 in AZ

**Type of Entity**
Limited Liability Company (LLC)

**Business Management**
Mr. Jeffrey Adams, Director of Consumer Service
Mr. Ronald Cadwell, Manager
Mr. Gary Jackson, Managing V.P. of Sales

**Contact Information**
Principal: Mr. Jeffrey Adams, Director of Consumer Service
Principal: Mr. Ronald Cadwell, Manager

**Related Businesses**
EC Suite

**Business Category**
Credit Card Processing Service
Billing Service



Map data ©2015 Google
Directions | Enlarge

## Customer Review Rating plus BBB Rating Summary

CCBill, LLC has received 4.06 out of 5 stars based on 7 Customer Reviews and a BBB Rating of A+.

★★★★☆

BBB Customer Review Rating plus BBB Rating Overview

### QUICK LINKS

What is a BBB Business Review?
BBB Reporting Policy
About Enhanced Services
File a Complaint against CCBill, LLC
Request a Quote from CCBill, LLC
Accredited Business Directory

### CUSTOMER REVIEWS

Read Customer Reviews
Submit a Customer Review
See trends in Customer Reviews for CCBill, LLC

| | |
|---|---|
| BBB Directory | Terms of Use |
| Give.org | Trademarks |
| Council of Better Business Bureaus | Privacy Policy |

Contact      Fight Phishing

BBB Business Partner Code

© 2015 BBB Serving Central, Northern & Western Arizona



EXHIBIT "29"

Counties of Los Angeles, Santa Clara, San Benito, Santa Cruz, and Monterey

Change Location

Menu

## BBB BUSINESS REVIEW

What is a BBB Business Review?

BBB ACCREDITED BUSINESS SINCE 08/20/1999

**Epoch.com, LLC**

(800) 893-8871
2644 30th St Fl 2, Santa Monica, CA 90405-3061
http://www.epoch.com

 

On a scale of A+ to F
Reason for Rating
BBB Ratings System
Overview

*BBB Business Reviews may not be reproduced for sales or promotional purposes.*

### Description

This company offers internet payment processing services.

### BBB Accreditation

A BBB Accredited Business since 08/20/1999

BBB has determined that Epoch.com, LLC meets BBB accreditation standards, which include a commitment to make a good faith effort to resolve any consumer complaints. BBB Accredited Businesses pay a fee for accreditation review/monitoring and for support of BBB services to the public.

BBB accreditation does not mean that the business' products or services have been evaluated or endorsed by BBB, or that BBB has made a determination as to the business' product quality or competency in performing services.

### Reason for Rating

BBB rating is based on 13 factors. Get the details about the factors considered.

Factors that *lowered* Epoch.com, LLC's rating include:

   74 complaints filed against business

Factors that *raised* Epoch.com, LLC's rating include:

   Length of time business has been operating.
   Response to 74 complaint(s) filed against business.
   Resolution of complaint(s) filed against business.

### Customer Complaints Summary                                    Read complaint details

74 complaints closed with BBB in last 3 years | 21 closed in last 12 months

| Complaint Type | Total Closed Complaints |
|---|---|
| Advertising / Sales Issues | 4 |
| Billing / Collection Issues | 46 |
| Problems with Product / Service | 24 |
| Delivery Issues | 0 |
| Guarantee / Warranty Issues | 0 |
| **Total Closed Complaints** | 74 |

### Customer Reviews Summary                                      Read customer reviews

0 Customer Reviews Customer Reviews on Epoch.com, LLC

| Customer Experience | Total Customer Reviews |
|---|---|
| Positive Experience | |
| Neutral Experience | |
| Negative Experience | |
| **Total Customer Reviews** | **0 Customer Reviews** |

### Government Actions

BBB knows of no government actions involving the marketplace conduct of Epoch.com, LLC.

What government actions does BBB report on?

### Advertising Review

BBB has nothing to report concerning Epoch.com, LLC's advertising at this time.

What is BBB Advertising Review?

### Additional Information

**Business started:** 08/20/1999

**Type of Entity**
Limited Liability Company

**Contact Information**
Principal: Rand Pate (VP of Public Relations/Communications)

**Number of Employees**
110

**Business Category**
Payment Processing Service, Billing Service

**Alternate Business Names**
Epoch



*As a matter of policy, BBB does not endorse any product, service or business.*

*BBB Business Reviews are provided solely to assist you in exercising your own best judgment. Information in this BBB Business Review is believed reliable but not guaranteed as to accuracy.*

*BBB Business Reviews generally cover a three-year reporting period. BBB Business Reviews are subject to change at any time.*

| | |
|---|---|
| BBB Directory | Terms of Use |
| Give.org | Trademarks |
| Council of Better Business Bureaus | Privacy Policy |
| Contact | Fight Phishing |
| BBB Business Partner Code | |

© 2015 BBB of Los Angeles & Silicon Valley

10/8/2015 3:00 PM

# EXHIBIT "30"



My Cart | Log In | Create New Account | Manage My Domains

home    register    transfer    pricing    auctions    why us?    support

# WHOIS Lookup

You can use the form below to conduct a WHOIS search. Querying WHOIS will allow you to view certain information associated with that domain's ownership, and the other roles associated with domain name ownership.

**Why choose NameSilo?**

**WHOIS Lookup**

Domain or IP address:   staticcache.com

SUBMIT



🟢 **cheap**

✓ **easy**

🛡 **secure**

🛠 **tools**

```
Domain Name: staticcache.com
Registry Domain ID: 1581260020_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.namesilo.com
Registrar URL: https://www.namesilo.com/                    ⟵——
Updated Date: 2015-10-09
Creation Date: 2010-01-08
Registrar Registration Expiration Date: 2016-01-08
Registrar: NameSilo, LLC
Registrar IANA ID: 1479
Registrar Abuse Contact Email: abuse@namesilo.com
Registrar Abuse Contact Phone: +1.6024928198
Status: clientUpdateProhibited
Status: clientRenewProhibited
Status: clientDeleteProhibited
Status: clientTransferProhibited
Registry Registrant ID:
Registrant Name: Domain Administrator
Registrant Organization: See PrivacyGuardian.org
Registrant Street: 1928 E. Highland Ave. Ste F104 PMB# 255
Registrant City: Phoenix
Registrant State/Province: AZ
Registrant Postal Code: 85016
Registrant Country: US
Registrant Phone: +1.3478717726
Registrant Phone Ext:
Registrant Fax:
Registrant Fax Ext:
Registrant Email: pw-946229462e4a51c70379f0c546acb1e3@privacyguardian.org
Registry Admin ID:
Admin Name: Domain Administrator
Admin Organization: See PrivacyGuardian.org
Admin Street: 1928 E. Highland Ave. Ste F104 PMB# 255
Admin City: Phoenix
Admin State/Province: AZ
Admin Postal Code: 85016
Admin Country: US
Admin Phone: +1.3478717726
Admin Phone Ext:
Admin Fax:
Admin Fax Ext:
Admin Email: pw-946229462e4a51c70379f0c546acb1e3@privacyguardian.org
Registry Tech ID:
Tech Name: Domain Administrator
Tech Organization: See PrivacyGuardian.org
Tech Street: 1928 E. Highland Ave. Ste F104 PMB# 255
Tech City: Phoenix
Tech State/Province: AZ
Tech Postal Code: 85016
Tech Country: US
Tech Phone: +1.3478717726
Tech Phone Ext:
Tech Fax:
Tech Fax Ext:
Tech Email: pw-946229462e4a51c70379f0c546acb1e3@privacyguardian.org
Name Server: ns2.braincash.com
Name Server: ns1.braincash.com                    ⟵——
DNSSEC: unsigned
URL of the ICANN WHOIS Data Problem Reporting System: http://wdprs.internic.net/
Last update of WHOIS database: 2015-10-09 12:41:30

NOTICE AND TERMS OF USE: You are not authorized to access or query our WHOIS
database through the use of high-volume, automated, electronic processes. The
Data in our WHOIS database is provided for information purposes only, and to
assist persons in obtaining information about or related to a domain name
registration record. We do not guarantee its accuracy. By submitting a WHOIS
query, you agree to abide by the following terms of use: You agree that you may
```

Learn more about **namesilo**
domains. cheap, easy and secure.
▶ CLICK TO PLAY

use this Data only for lawful purposes and that under no circumstances will you
use this Data to: (1) allow, enable, or otherwise support the transmission of
mass unsolicited, commercial advertising or solicitations via e-mail, telephone,
or facsimile; or (2) enable high volume, automated, electronic processes that
apply to us (or our computer systems). The compilation, repackaging,
dissemination or other use of this Data is expressly prohibited without our
prior written consent. We reserve the right to terminate your access to the
WHOIS database at our sole discretion, including without limitation, for
excessive querying of the WHOIS database or for failure to otherwise abide by
this policy. We reserve the right to modify these terms at any time.

Domains – cheap, easy, and secure at NameSilo.com

http://www.namesilo.com

Register your domain now at www.NameSilo.com – Domains. Cheap, Fast and Secure

**Home** | **Register** | **Transfer** | **Pricing** | **Support** | **Log In** | **Contact Us** | **WHOIS**

© 2009 - 2015 NameSilo, LLC
All Rights Reserved



**Follow us
on Twitter**

**Like us on
Facebook**



# EXHIBIT "31"

# HVL Cyberweb Solutions Inc.

## Overview

## Contact information

5464 10th Ave.
Montreal Quebec H1Y 2G8

phone:   view phone



## Additional information

## Description

HVL Cyberweb Solutions is the parent company of BrainCash.com.

Braincash Introduces The Brand New ''EVOD''. A Revolutionary WebSite Builder Exclusive To Our Affiliates.

You can now create and operate your own paysite in no time at all ... and AT NO COST!

TGP Submitters, TGP Owners and Review Sites : EVOD is for you!

## Hours of work

## Location

5464 10th Ave.
Montreal Quebec H1Y 2G8

EXHIBIT "32"

Adult Industry and webmaster resources, articles, news, press, advertising                    10/15/15, 3:55 PM

ws Ticker: ◀ ▶ RabbitsReviews Unveils New Porn Site Rankings                    FREE REGISTRATION / Member Login

Visit other Adult
Chamber Networks Sites

| Getting Started | Business Directory | Webmaster Tools | Traffic Generation | Industry Buzz | Features & Articles | Advertise




# raincash Releases New P.O.V. Site

ed | February 17, 2006

REAL, Canada - Braincash adds another site to it`s catalog with the release of owMePOV.com. The hardcore cum swallowing site features some of the most complete scenes, all .V. style. With plenty of Ass To Mouth, Ass To Pussy and tons of cum hungry babes swallowing drop, SwallowMePOV will satisfy all the P.O.V. lovers out there and will make every surfer come for more. "We're happy to add such hardcore and diverse action in our catalog with this hot nt from our partner Doghouse Digital," said Braincash owner Fred Valiquette in a statement. Free d galleries and banners are ready to use for webmasters interested in promoting owMePOV.com. ABOUT Braincash: Braincash is a Montreal-based adult affiliate program, with its tion dating to 2000. Braincash made a name for itself by signing deals with major pornstars and os, like Peter North. Today, Braincash offers webmasters the opportunity to promote official sites eter North, Lex Steele, Doghouse Digital, Silverstone, DVSX and others. There's also a series of -girl sites, such as Christine Young's, which has enjoyed a lasting popularity, and a growing base he sites on the roster. The products sponsored by Braincash for the adult market are exclusive, gly branded and are of high quality for better conversion and retention. Visit //www.Braincash.com

Share this press release:    Share |

## Featured Press Releases

### Video Secrets Launches New Super Voyeur Technology

Calabasas, CA (October 4, 2012) - Super Voyeur is a brand new show type from Video Secrets (www.v...
Read More

### AdultStockPhoto.com For Sale

**Serious buyers only please** Micro stock photography website AdultStockPhoto.com is for sale. ...
Read More

### RabbitsReviews 2012 RISE Awards Winners

Montreal, QC--March 6, 2012--Rabbit's Innovation and Site Excellence (RISE) Awards for 2012 ...
Read More

### RABBITS REVIEWS LAUNCHES 2012 RISE AWARDS

Montreal, QC—Jan 16, 2012—RabbitsReviews has opened nominations for the 2012 RISE Awa...
Read More

### Webcam-chat-x.com Affiliate Program: non-overexposed cam site searches for affiliates!

Webcam-chat-x.com is a newly opened adult cam site that has launched its Affiliate Program. The w...
Read More

ack to top

e   |   Getting Started   |   Business Directory   |   Webmaster Tools   |   Traffic Generation   |   Industry Buzz   |   Features & Articles   |   Advertise



**Site Links**

Submit a Resource
Submit a Press Release
Newsletter
Contact

**Business Services**

Web Design
Print Design
Programming

**Adult Chamber Network**

Adult Webmaster Hangout Forum
Adult Chamber Blog
Adult Chamber Jobs

olicy

\CP  /  FSC

12 Adult Chamber Webmaster Resources. All rights reserved.

EXHIBIT "33"



sex

INTERNET ARCHIVE
WayBack Machine

http://hd.sex.com/terms.html     Go

7 captures
12 Apr 14 – 17 Feb 15

DEC  FEB  MAR
◄ 17 ►
2014  2015  2016

Close

Help

HOME    VIDEOS    PICTURES    PORNSTARS    LIVE

Search Videos

**TERMS & CONDITIONS**

You must read and agree to these Terms and Conditions before you can join. Please read them carefully. By purchasing a Membership to the site, you become a Subscriber and agree to be bound by these Terms and Conditions (the "Agreement"). This agreement is subject to change by HVL cyberweb solutions inc. (hereinafter "HVL") at any time, and changes are effective without notice upon each Subscriber.

**DEFINITIONS**

The term "site", as referred to in these Terms and Conditions shall mean the Internet site for which you are purchasing a user name and password (login) from HVL in order to access that site and enjoy its contents and the period of Membership. The term "Member" or "Membership", as referred to in the Terms and Conditions shall mean -The holder (Subscriber) of a valid user name and password (login) for the site during the term of Membership. The term "Subscriber", as referred to in the Terms and Conditions shall mean - The End-user, Consumer, of the services of the site and holder of a valid user name and password (login) for the site. The term "Login", as referred to in the Terms and Conditions shall mean - The combination of unique user name and password that is sold by HVL and used to access the site. A Login is a license to use the site for a period of time. The term "Bookmark" as referred to in the Terms and Conditions shall mean - The act of placing a Web page (URL) into a temporary file on the Subscribers browser so that the Subscriber may return to that page at a future date directly without passing through any preceding pages.

---

**IMPORTANT NOTICE**

**NON-CANADIAN SUBSCRIPTIONS**
It's not possible to use your membership on the territory of Canada if you didn't purchase this Membership in Canada . If we detect that a Membership was purchased by a person not located in Canada , and this Membership is being used in Canada , we will automatically block your access and we will void the Membership, because of a breach of this Agreement.

**CANADIAN SUBSCRIPTIONS**

1. NON-QUEBEC SUBSCRIPTIONS

It's not possible to use of your Membership on the territory of Quebec if you didn't purchase this Membership in Quebec . If we detect that a Membership was purchased by a person not located in Quebec , and this Membership is being used in Quebec ,we will automatically block your access and we will void the Membership, because of a breach of this Agreement. GST/HST is included in the price if applicable.

2. QUEBEC SUBSCRIPTIONS

There is no territory restriction for Membership purchased in Quebec. GST/HST and QST are included in the price if applicable.

---

**BILLING DESCRIPTION**
All charges will discreetly appear as PSNSupport.com, PSNbilling.com , EPOCH or CCBILL on your credit card statement depending on the processor.

**ELECTRONIC RECEIPT**
Subscribers will be given, via email, electronic receipts and/or access to billing records that support charges for use of the site.

**SUBSCRIPTION FEES**
The Subscriber is responsible for paying periodic subscription fees according to the then-current terms of the site.

**AUTOMATIC RENEWAL**
Subscription fees for regular Memberships are automatically renewed at the end of the original term selected, for a like period of time, unless notice is submitted by the Subscriber to HVL or the site two (2) days prior to the end of the term. Unless and until this agreement is cancelled in accordance with the terms hereof, Subscriber hereby authorizes HVL to charge Subscriber's credit card (or other approved facility) to pay for the ongoing cost of Membership. Subscriber hereby further authorizes HVL to charge Subscriber's credit card (or other approved facility) for any and all purchases of products, services and entertainment provided by the site.

**NON-ASSIGNABILITY OF LOGIN**
Your Membership, user name and password (login) may not be assigned or transferred to any other person or entity. Subscriber must promptly inform HVL or the site of any apparent breach of security, such as loss, theft, or unauthorized disclosure or use of a user name or password. Until HVL or the site is notified, by e-mail, or by telephone of any breach in security, the Subscriber will remain liable for any unauthorized use of the Service.

**MEMBERSHIP TO NEWSLETTER**
By subscribing to this site, you will be automatically added to the site newsletter, to help us keep you inform of the content update and configuration changes that could occur.

**TERMINATION/CANCELLATION**
Subscription to the Service may be terminated at any time, and without cause, by HVL, the site or the Subscriber upon notification of the other party by electronic or conventional mail, or by telephone or fax. Subscriber is liable for charges incurred by them until termination of service.

**REFUNDS**
In the event that a refund is issued, ALL refunds will be made by crediting the credit card that was used to make the original purchase.

**FRAUD & CHARGEBACK RIGHTS**
You hereby agree that all fraud and misuse of your card will be promptly reported to HVL. You also agree that any disputes with billing, delivery, or service quality will be addressed and investigated through HVL . Any charge disputed with your issuing bank or financial institution without first contacting HVL for resolution may be construed as an attempt to defraud HVL, in its sole discretion. Any action against any individual who fraudulently obtains a membership or whose transaction later results in a chargeback to the account. Member agrees that the liquidated damage amount above is reasonable, does not constitute a penalty, and is being established due to the difficulties and inconvenience associated with attempting to establish the exact amount of loss which may be sustained by HVL due to excessive chargebacks to the account. Each individual shall indemnify and hold HVL harmless from any and all claims, fines or other damages imposed by any credit card company or other entity due to excessive chargebacks which are the cumulative result of individuals fraudulent actions.

**LICENSE**
All content contained inside the site is protected under the laws of copyright, owned or under license to HVL and represents proprietary and valuable intellectual property. Memberships to the site are provided for personal non-commercial use by customers of the site. As customers, visitors to the site hereby granted a single copy license to download or print copies of any of the information found on the site for personal, non-commercial use. Commercial use of the site, or any material located on it, is strictly prohibited. In addition, you may not modify any of the materials found on the site; use them for any public display, performance, sale or rental; remove, obscure or alter any copyright or other proprietary notice, or trademarks there from; or transfer any material found on the site to any other person. HVL and the site reserve the right to terminate this license at any time if you violate the terms of this agreement, in which case you will be obligated to immediately destroy any information downloaded, printed or otherwise copied from the site. Access to and use of the site is through a combination of user name and a password (login). Each Subscriber must keep his or her login strictly confidential. For security reasons, HVL. will not release passwords for any reason, to anyone other than the Subscriber, except as specifically required by law or court order. Unauthorized access to the site is a breach of this Agreement and a violation of law.

**BOOKMARKING**
Bookmarking to a page on the site whereby the Warning page(s) and/or Terms and Conditions are by-passed shall constitute an implicit acceptance of the Terms and Conditions herein and an explicit acknowledgement of majority.

**DISCLAIMERS**
The materials on the site are provided "as is" without any express or implied warranty of any kind including warranties of merchantability, noninfringement of intellectual property or fitness for a particular purpose. HVL makes no assurance of uninterrupted or error free service. HVL does not warrant the accuracy or completeness of the information, text, graphics, links or other items contained on the site.

Any of the information offered on the site may change at any time without notice.

HVL makes no representation as to any of the information found at the site. in no event shall HVL be liable for any damages whatsoever (including, without limitation, damages for loss of profits, business interruption, loss of information) arising out of the use or inability to use the material or information available on the site, even if HVL has been advised of such damages.

Subscribers are responsible for providing all personal computer and communications equipment necessary to gain access to the site.

All materials on the site are copyrighted and are protected under treaty provisions and worldwide copyright laws. The site's materials may not be reproduced, copied, edited, published, transmitted or uploaded in any way without written permission. Except as expressly stated in the limited license provision of these Terms and Conditions, purchase of a Membership does not grant any express or implied right to you under any of its trademarks, copyrights or other proprietary information.

If the site enables Subscribers to share information with other Subscribers, Subscribers agree not to submit, publish, or display on the Service any defamatory, inaccurate, abusive, threatening, racially offensive, illegal material. Transmission of such material that violates any federal, state, or local law, is prohibited and is a breach of this Agreement. Subscribers agree not to engage in advertising to, or solicitation of other Subscribers to buy or sell any products or services through the site without prior written consent. Subscribers are responsible for information they send, or display through the site even if a claim should arise after termination of the Agreement. All messages shall be deemed to be readily accessible to the general public. Do not use the site for any communication for which the sender intends only the sender and the intended recipient(s) to read. Notice is hereby given that all messages entered into this site can and may be read by the operators of the site, whether or not they are the intended recipient(s).

The Subscriber hereby warrants and represents that he or she is over the age of 18(21 in AL, MS, NE, and WY), and in all respects is qualified and competent to enter into this agreement.

**AGREEMENT TO VIEW ADULT MATERIAL**
The site is designed and intended SOLELY for ADULTS - people who are at least 18 years old (21 in AL, MS, NE, and WY)-- who are interested in and wish to have access to visual images, verbal descriptions and audio sounds of a sexually oriented, frankly erotic nature. The materials which are available within this site may include graphic visual depictions and descriptions of nudity and sexual activity and should NOT be accessed by anyone who is younger than 18 years old (21 in AL, MS, NE, and WY) or who does not wish to be exposed to such materials. By purchasing a Membership you are making the following statements:

"Under penalty of perjury, I swear/affirm that as of this moment, I am an adult, at least 18 years of age (21 in AL, MS, NE, and WY)." "I promise that I will not permit any person(s) under 18 years of age (21 in AL, MS, NE, and WY) to have access to any of the materials contained within this site." "I understand that when I gain access to this site, I will be exposed to visual images, verbal descriptions and audio sounds of a sexually oriented, erotic nature, which may include graphic visual depictions and descriptions of nudity and sexual activity. I am voluntarily choosing to do so, because I want to view, read and/or hear the various materials which are available for my own personal enjoyment, information and/or education. My choice is a manifestation of my interest in sexual matters, which is both healthy and normal and, which, in my experience, is generally shared by average adults in my community. I am familiar with the standards in my community regarding the acceptance of such sexually oriented materials, and the materials I expect to encounter are within those standards. In my judgment, the average adult in my community accepts the consumption of such materials by willing adults in circumstances such as this which offer reasonable insulation from the materials for minors and unwilling adults, and will not find such materials to appeal to a prurient interest or to be patently offensive."

**ADDITIONAL TERMS AND CONDITIONS**
In addition to these Terms and Conditions, the site may have additional Terms and Conditions that are an integral part of this Agreement. All Terms and Conditions apply to HVL, the site, and you. I agree to the Terms and Conditions specified by the site linked to this page.

Subscriber agrees to only use his Membership in the country where he made the purchase. Specifically, Subscribers who are non-resident of Canada agrees to never use their Membership in Canada. If a subscriber would use his membership in Canada and he his a not a resident of Canada, he has to contact HVL beforehand.

Download Limit: Each subscriber may download unlimited number of movies each day within reason. It's in our discretion to cancel subscribers account without refund in the event of an abusal activity.

**LIMITED TRIAL**
Subscribers who opt for a limited trial subscription are entitled to a limited access to the members section of the site for a period of 2 days. Limitations may include but are not limited to; access to some movie sections of the site.

**SEVERABILITY**
If any provision of this Agreement shall be held to be invalid or unenforceable for any reason, the remaining provisions shall continue to be valid and enforceable. If a court finds that any of this Agreement is invalid or unenforceable, but that by limiting such provision it would become valid or enforceable, then such provision shall be deemed to be written, construed, and enforced as so limited.

**LEGAL**
HVL abides by Canada laws and Regulations.

**NOTICES**
Notices by the site to Subscribers may be given by means of electronic messages through the site or by HVL, by a general posting on the site, or by conventional mail. Notices by Subscribers may be given by electronic messages, conventional mail, telephone or fax unless otherwise specified in the Agreement. All questions, complaints, or notices regarding the site must be directed to HVL, here or to the site.

**EMAIL OPT-IN AND USER COMMUNICATION**
The subscriber's e-mail address may be used by the site to communicate special offers and other relevant information such as new services, subscription information, etc. In addition, there may be occasions when a special offer will be presented with special offers either from the operators of the site or from third-party service, which may include consent to receive e-mail solicitations, communications, newsletters, commercial advertising, promotional or special event mailers. These communications shall be deemed to be opt-in email communications by virtue of the subscriber joining this site.The permission to send these communications shall continue in effect until opted out by the subscriber.

The subscriber may opt-out of a mailing list by clicking on the removal link located at the bottom of the promotional email or by visiting the site: [?]

**CONTACT INFORMATION**
E-mail us at [?] and one of our Customer Support people will be happy to reply to your request. A response will be forwarded to your E-mail address within a reasonable delay.

HVL cyberweb solutions inc.
PO BOX 4002, SUCC D
Montreal, QC
Canada, H3C 0J7

Privacy    FAQ    Support    Terms    DMCA    Affiliate

18 U.S.C. 2257 Record-Keeping Requirement Compliance

EXHIBIT "34"

web.archive.org/web/20150226141439/htt

```
 1 <!DOCTYPE html PUBLIC "-//W3C//DTD XHTML 1.0 Transitional//EN" "http://www.w3.org/TR/xhtml1/DTD/xhtml1-transitional.dtd">
 2
 3 <html xmlns="http://www.w3.org/1999/xhtml">
 4 <head>
 5
 6
 7 <script type="text/javascript" src="/static/js/analytics.js"></script>
 8 <script type="text/javascript">archive_analytics.values.server_name="wwwb-app16.us.archive.org";archive_analytics.values.server_ms=91;</
 9 <link type="text/css" rel="stylesheet" href="/static/css/banner-styles.css"/>
10
11
12 <meta http-equiv="Content-Type" content="text/html; charset=UTF-8" />
13
14 <title>Home Page - sex</title>
15 <meta name="robots" content="noindex,follow" />
16 <meta name="revisit-after" content="1 days" />
17
18 <link rel="canonical" href="http://www.pornstarnetwork.com/home.html" />
19 <link href="/web/20150226141439cs_/http://psn.staticcache.com/common/css/default.css" rel="stylesheet" type="text/css" />
20 <link href="/web/20150226141439cs_/http://psn.staticcache.com/common/css/modalbox.css" rel="stylesheet" type="text/css" />
21 <link href="/web/20150226141439cs_/http://psn.staticcache.com/common/css/lightbox.css" rel="stylesheet" type="text/css" />
22 <link href="/web/20150226141439cs_/http://psn.staticcache.com/wls/98/css/skin.css" rel="stylesheet" type="text/css" />
23
24  <script type="text/javascript" src="/web/20150226141439js_/http://psn.staticcache.com/common/javascripts/minified20140428015645.js"></s
25
26 <script type="text/javascript" src="/web/20150226141439js_/http://psn.staticcache.com/common/javascripts/advertising.js"></script>
27 <script type="text/javascript">
28 ajaxRequest = new AjaxRequest('home', 'home', '0');
29
30 function openReviews() {
31     pop('/web/20150226141439/http://pornstarnetwork.review-network.com');
32 }
```

```
33 function openDating() {
34     pop('/web/20150226141439/http://syndication.traffichaus.com/adserve/index.php?z=581');
35 }
36 function openStore() {
37     pop('/web/20150226141439/http://www.gamelink.com/main.jhtml?ref=gla2657&src=gla2657');
38 }
39
40 function submitKeyword(event){
41     if(checkEnter(event)) {
42         document.forms['searchForm'].elements['send_h'].value='search';
43         document.forms['searchForm'].submit();
44     }
45 }
46
47 function changeKeyword(){
48     $('searchText').value = '';
49 }
50
51 </script>
52
53 <link rel="icon" type="image/vnd.microsoft.icon"  href="http://psn.staticcache.com/wls/98/images/favicon/favicon.ico" />
54 <link rel="shortcut icon" href="/web/20150226141439im_/http://psn.staticcache.com/wls/98/images/favicon/favicon.ico" />
55
56
57 <!-- javascript PNG correction -->
58 <!--[if lt IE 7]>
59 <script type="text/javascript">
60 window.attachEvent("onload", correctPNG);
61 </script>
62 <![endif]-->
63
64     <script>
65         (function(i,s,o,g,r,a,m){i['GoogleAnalyticsObject']=r;i[r]=i[r]||function(){
66             (i[r].q=i[r].q||[]).push(arguments)},i[r].l=1*new Date();a=s.createElement(o),
67             m=s.getElementsByTagName(o)[0];a.async=1;a.src=g;m.parentNode.insertBefore(a,m)
68         })(window,document,'script','//www.google-analytics.com/analytics.js','ga');
69
70         ga('create', 'UA-20116211-1', 'auto');
71         ga('set', 'dimension1', 'Free');
72         ga('send', 'pageview');
73     </script>
74
75 <script type="text/javascript">
76 </script>
77
78 </head>
79
80 <!--[if IE 7]><body id="ie" class="ie7"><![endif]-->
81 <!--[if gt IE 7]><body id="ie"><![endif]-->
82 <!--[if !IE]><!--><body>
83
84
85 <!-- BEGIN WAYBACK TOOLBAR INSERT -->
86 <script type="text/javascript" src="/static/js/disclaim-element.js" ></script>
87 <script type="text/javascript" src="/static/js/graph-calc.js" ></script>
88 <script type="text/javascript">//<![CDATA[
89 var __wm = (function(imgWidth,imgHeight,yearImgWidth,monthImgWidth){
90 var wbPrefix = "/web/";
```

```
 91  var wbCurrentUrl = "http://hd.sex.com/home.html?track=MjcyLjQuMTcuMTExLjAuMC4wLjAuMA";
 92
 93  var firstYear = 1996;
 94  var displayDay = "26";
 95  var displayMonth = "Feb";
 96  var displayYear = "2015";
 97  var prettyMonths = ["Jan","Feb","Mar","Apr","May","Jun","Jul","Aug","Sep","Oct","Nov","Dec"];
 98  var $D=document,$=function(n){return document.getElementById(n)};
 99  var trackerVal,curYear = -1,curMonth = -1;
100  var yearTracker,monthTracker;
101  function showTrackers(val) {
102    if (val===trackerVal) return;
103    var $ipp=$("wm-ipp");
104    var $y=$("displayYearEl"),$m=$("displayMonthEl"),$d=$("displayDayEl");
105    if (val) {
106      $ipp.className="hi";
107    } else {
108      $ipp.className="";
109      $y.innerHTML=displayYear;$m.innerHTML=displayMonth;$d.innerHTML=displayDay;
110    }
111    yearTracker.style.display=val?"inline":"none";
112    monthTracker.style.display=val?"inline":"none";
113    trackerVal = val;
114  }
115  function trackMouseMove(event,element) {
116    var eventX = getEventX(event);
117    var elementX = getElementX(element);
118    var xOff = Math.min(Math.max(0, eventX - elementX),imgWidth);
119    var monthOff = xOff % yearImgWidth;
120
121    var year = Math.floor(xOff / yearImgWidth);
122    var monthOfYear = Math.min(11,Math.floor(monthOff / monthImgWidth));
123    // 1 extra border pixel at the left edge of the year:
124    var month = (year * 12) + monthOfYear;
125    var day = monthOff % 2==1?15:1;
126    var dateString = zeroPad(year + firstYear) + zeroPad(monthOfYear+1,2) +
127      zeroPad(day,2) + "000000";
128
129    $("displayYearEl").innerHTML=year+firstYear;
130    $("displayMonthEl").innerHTML=prettyMonths[monthOfYear];
131    // looks too jarring when it changes..
132    //$("displayDayEl").innerHTML=zeroPad(day,2);
133    var url = wbPrefix + dateString + '/' + wbCurrentUrl;
134    $("wm-graph-anchor").href=url;
135
136    if(curYear != year) {
137      var yrOff = year * yearImgWidth;
138      yearTracker.style.left = yrOff + "px";
139      curYear = year;
140    }
141    if(curMonth != month) {
142      var mtOff = year + (month * monthImgWidth) + 1;
143      monthTracker.style.left = mtOff + "px";
144      curMonth = month;
145    }
146  }
147  function hideToolbar() {
148    $("wm-ipp").style.display="none";
```

10/15/2015 1:25:32 PM

```
149 }
150 function bootstrap() {
151   var $spk=$("wm-ipp-sparkline");
152   yearTracker=$D.createElement('div');
153   yearTracker.className='yt';
154   with(yearTracker.style){
155     display='none';width=yearImgWidth+"px";height=imgHeight+"px";
156   }
157   monthTracker=$D.createElement('div');
158   monthTracker.className='mt';
159   with(monthTracker.style){
160     display='none';width=monthImgWidth+"px";height=imgHeight+"px";
161   }
162   $spk.appendChild(yearTracker);
163   $spk.appendChild(monthTracker);
164
165   var $ipp=$("wm-ipp");
166   $ipp&&disclaimElement($ipp);
167 }
168 return{st:showTrackers,mv:trackMouseMove,h:hideToolbar,bt:bootstrap};
169 })(500, 27, 25, 2);//]]>
170 </script>
171 <style type="text/css">
172 body {
173   margin-top:0 !important;
174   padding-top:0 !important;
175   min-width:800px !important;
176 }
177 </style>
178 <div id="wm-ipp" lang="en" style="display:none;">
179
180 <div style="position:fixed;left:0;top:0;width:100%!important">
181 <div id="wm-ipp-inside">
182     <table style="width:100%;"><tbody><tr>
183     <td id="wm-logo">
184       <a href="/web/" title="Wayback Machine home page"><img src="/static/images/toolbar/wayback-toolbar-logo.png" alt="Wayback Machine
185     </td>
186     <td class="c">
187       <table style="margin:0 auto;"><tbody><tr>
188       <td class="u" colspan="2">
189       <form target="_top" method="get" action="/web/form-submit.jsp" name="wmtb" id="wmtb"><input type="text" name="url" id="wmtbURL" v
190       </td>
191       <td class="n" rowspan="2">
192         <table><tbody>
193         <!-- NEXT/PREV MONTH NAV AND MONTH INDICATOR -->
194         <tr class="m">
195          <td class="b" nowrap="nowrap">

197          <a href="/web/20150119115433/http://hd.sex.com/home.html?track=MjcyLjQuMTcuMTExLjAuMC4wLjAuMA" title="19 Jan 2015">JAN</a>

199        </td>
200        <td class="c" id="displayMonthEl" title="You are here: 14:14:39 Feb 26, 2015">FEB</td>
201        <td class="f" nowrap="nowrap">

203          Mar

205            </td>
206        </tr>
```

```
207      <!-- NEXT/PREV CAPTURE NAV AND DAY OF MONTH INDICATOR -->
208      <tr class="d">
209         <td class="b" nowrap="nowrap">
210
211            <a href="/web/20150119115433/http://hd.sex.com/home.html?track=MjcyLjQuMTcuMTExLjAuMC4wLjAuMA" title="11:54:33 Jan 19
212
213         </td>
214         <td class="c" id="displayDayEl" style="width:34px;font-size:24px;" title="You are here: 14:14:39 Feb 26, 2015">26</td>
215         <td class="f" nowrap="nowrap">
216
217            <img src="/static/images/toolbar/wm_tb_nxt_off.png" alt="Next capture" width="14" height="16" border="0"/>
218
219         </td>
220         </tr>
221      <!-- NEXT/PREV YEAR NAV AND YEAR INDICATOR -->
222      <tr class="y">
223      <td class="b" nowrap="nowrap">
224
225            2014
226
227         </td>
228         <td class="c" id="displayYearEl" title="You are here: 14:14:39 Feb 26, 2015">2015</td>
229      <td class="f" nowrap="nowrap">
230
231            2016
232
233         </td>
234         </tr>
235         </tbody></table>
236      </td>
237      </tr>
238      <tr>
239      <td class="s">
240         <a class="t" href="/web/20150226141439*/http://hd.sex.com/home.html?track=MjcyLjQuMTcuMTExLjAuMC4wLjAuMA" title="See a list o
241            <div class="r" title="Timespan for captures of this URL">12 Nov 14 - 26 Feb 15</div>
242      </td>
243      <td class="k">
244      <a href="" id="wm-graph-anchor">
245      <div id="wm-ipp-sparkline" title="Explore captures for this URL">
246    <img id="sparklineImgId" alt="sparklines"
247         onmouseover="__wm.st(1)" onmouseout="__wm.st(0)"
248         onmousemove="__wm.mv(event,this)"
249         width="500"
250         height="27"
251         border="0"
252         src="/web/jsp/graph.jsp?graphdata=500_27_1996:-1:000000000000 1997:-1:000000000000 1998:-1:000000000000 1999:-1:000000000000 20
253      </div>
254      </a>
255      </td>
256      </tr></tbody></table>
257      </td>
258      <td class="r">
259         <a href="#close" onclick="__wm.h();return false;" style="background-image:url(/static/images/toolbar/wm_tb_close.png);top:5px;" t
260         <a href="http://faq.web.archive.org/" style="background-image:url(/static/images/toolbar/wm_tb_help.png);bottom:5px;" title="Get
261      </td>
262      </tr></tbody></table>
263 </div>
264 </div>
```

```
265 </div>
266 <script type="text/javascript">__wm.bt();</script>
267 <!-- END WAYBACK TOOLBAR INSERT -->
268 <!--<![endif]-->
269
270
271 <script type="text/javascript">
272 function hideIpadBanner() {
273     setCookie("ipadBanner", true, 365);
274     $('ipadBanner').hide();
275 }
276
277 var iPad = navigator.userAgent.match(/iPad/i) != null;
278 if (iPad && getCookie("ipadBanner") === undefined) {
279     document.write('<div style="text-align:center; width:1000px;"><a href="#" onclick="hideIpadBanner();"><img id="ipadBanner" src="/web
280 }
281 </script>
282
283     <iframe width="0" height="0" src="/web/20150226141439if_/http://webmasters.pornstarnetwork.com/track/MjcyLjQuMTcuMTExLjAuMC4wLjAuMA/
284
285
286         <div id="wrpHeader">
287             <div class="wrpSite">
288             <div class="noFloat, icoFloat"></div>
289
290                 <a href="/web/20150226141439/http://hd.sex.com/" id="lnkLogo"></a>
291
292                 <div id="hdrTopNavigation"> </div>
293                 <script type='text/javascript'>
294                         ajaxRequest.call('header', {track: 'MjcyLjQuMTcuMTExLjAuMC4wLjAuMA'});
295                     </script>
296
297
298                 <ul id="navigation">
299                     <li>
300                         <a class="active" href="/web/20150226141439/http://hd.sex.com/">
301                             <span>
302                                 Home                                    </span>
303                         </a>
304                     </li>
305                     <li>
306                         <a class="" href="/web/20150226141439/http://hd.sex.com/video/most-popular">
307                             <span>
308                                 Videos                                </span>
```

eb.archive.org/web/20150226141439/htt

```
309                    </a>
310                 </li>
311                 <li>
312                    <a class="" href="/web/20150226141439/http://hd.sex.com/picture/most-popular">
313                       <span>
314                          Pictures                              </span>
315                    </a>
316                 </li>
317                 <li>
318                    <a class="" href="/web/20150226141439/http://hd.sex.com/pornstar/most-popular">
319                       <span>
320                          Pornstars                             </span>
321                    </a>
322                 </li>
323                       <li class="sub">
324                          <a href='/web/20150226141439/http://hd.sex.com/account/join/' >
325                       <span>
326                          Live                                  </span>
327                    </a>
```

10/15/2015 1:25:32 PM

```
328                    <ul class="subNavigation">
329                        <li><a href='/web/20150226141439/http://hd.sex.com/account/join/'>Anal Sex</a></li><li><a href='/web/2015022
330                    </li>
331                                                              <li id="affiliateLinks" style="display: none
332                    <a href="javascript:openReviews();">
333                        <span>
334                            Reviews                              </span>
335                    </a>
336                </li>
337                                <li id="discountLink" style="display:none ;" class="last">
338                    <a   class="" href="/web/20150226141439/http://hd.sex.com/discount.html">
339                        <span>
340                            Discount                                </span>
341                    </a>
342                </li>
343            </ul>
344
345            <div id="wrpSearch">
346                <form name="search_h" id="searchForm" action="/web/20150226141439/http://hd.sex.com/search.html" method="post" acce
347                    <input type="hidden" name="media_h" id="media_h" value="videos" />
348                    <input name="keywords_h" value="Search Videos" type="text" id="searchText" onclick="changeKeyword();" onkeypress
349                    <input name="submit" value="" type="submit" id="searchSubmit" />
350                    <a class="lnkAdvancedSearch" href="/web/20150226141439/http://hd.sex.com/search.html">Advanced</a>
351                </form>
352            </div>
353        </div>
354    </div><!-- close :: div :: wrpHeader -->
355
356        <div id="headerconfirmemail"></div>
357 <div id="wrpContainer"><div id="wrpSidebarGlobal" class="wrpSidebarhome">
358        <div class="mnuBox boxBorder">
359        <form action="/web/20150226141439/http://hd.sex.com/account/signin" method="post">
360            <div class="boxGradientTop gradient section">
361                <p class="title">Sign In to PSN</p>
362                <div style="margin-bottom: 5px;">Email | Username<br /><input name="signin" type="text" style="width:145px;" onfocus="if
363                <div style="margin-bottom: 5px;">Password:<br /><input name="password" type="password" style="width:145px;" onfocus="if(
364                <div id="accessKeyDiv" style="display: none;">
365                    <div><img id="keyImage" src="/web/20150226141439im_/http://psn.staticcache.com/common/images/spacer.png" alt="" bord
366                    <div id="accessKey" style="font-size:10px; margin-bottom: 5px;">Retype the letters shown above</div>
367                    <div><input id="accessKeyField" name="accesskey" type="text" style="width:145px;" onfocus="$('accessKeyField').value
368                </div>
369                <div style="margin-top:4px; margin-bottom:1px; text-align:center;"><input type="checkbox" name="remember" id="remember"
370                <div style="text-align:center;"><input name="submit" value="Sign In" type="submit" onclick="if($('accessKeyDiv').style.d
371                <div style="text-align:center; font-size:10px; margin-top:11px;"><a href="/web/20150226141439/http://hd.sex.com/account/
372            </div>
373        </form>
374    </div>
375
376    <div class="mnuBox boxBorder">
377        <div class="boxGradientTop gradient section" style="text-align:center;">
378            <b>Don't have an account?</b><br /> <a href="/web/20150226141439/http://hd.sex.com/account/join">Sign up now!</a>
379        </div>
380    </div>
381        <div class="mnuBox boxBorder">
382        <div class="boxGradientTop gradient section">
383            <p class="title">Latest Tweets</p>
384
385            <div class="mnuWrpResults">
```

```
386         <div class="mnuResults">51967 Tweets</div>
387         <div class="mnuResultLink"><a href="/web/20150226141439/http://hd.sex.com/tweets.html">View All</a></div>
388     </div>
389     <!--    box tweets -->
390                 <div class="divTweet">
391         <div class="tweetLeft">
392             <a href="/web/20150226141439/http://hd.sex.com/pornstar/marie-luv.html"><img class="imgTweet" src="/web/2015
393         </div>
394         <div class="tweetRight">
395             <div class="tweetName"><a href="/web/20150226141439/http://hd.sex.com/pornstar/marie-luv.html">Marie Luv</a>
396             <div class="tweetDescription">dommittiga said: What's does your tattoo say on your left ar...</div>
397             <div class="tweetPtime">18 minutes ago</div>
398         </div>
399         <div class="noFloat"></div>
400     </div>
401                 <div class="divTweet">
402         <div class="tweetLeft">
403             <a href="/web/20150226141439/http://hd.sex.com/pornstar/courtney-cummz.html"><img class="imgTweet" src="/web
404         </div>
405         <div class="tweetRight">
406             <div class="tweetName"><a href="/web/20150226141439/http://hd.sex.com/pornstar/courtney-cummz.html">Courtney
407             <div class="tweetDescription">I have a new scene @Mofos that will be released on Feb 28!! ...</div>
408             <div class="tweetPtime">1 hour ago</div>
409         </div>
410         <div class="noFloat"></div>
411     </div>
412                 <div class="divTweet">
413         <div class="tweetLeft">
414             <a href="/web/20150226141439/http://hd.sex.com/pornstar/eve-laurence.html"><img class="imgTweet" src="/web/2
415         </div>
416         <div class="tweetRight">
417             <div class="tweetName"><a href="/web/20150226141439/http://hd.sex.com/pornstar/eve-laurence.html">Eve Lauren
418             <div class="tweetDescription">What a great day to ring in 71 DC. Stay Warm &amp; Celebrate...</div>
419             <div class="tweetPtime">1 hour ago</div>
420         </div>
421         <div class="noFloat"></div>
422     </div>
423     </div>
424 </div>
425         <div id="openx_zoneid_50"></div>
426 </div><!-- close :: div :: wrpSidebarGlobal -->
427
428 <div id="wrpGlobal">
429     <div id="openx_zoneid_41"></div>
430     <div class="boxBorder wrape">
431     <div class="boxGradientTop gradient section">
432         <div class="boxTopRgtLink">
433             <a href="/web/20150226141439/http://hd.sex.com/video/most-popular">
434                 View All            </a>
435         </div>
436
437         <p class="supTitle">Most Popular Videos</p>
438         <p class="subTitle">8 out of 78479 Videos</p>
439
440         <ul class="lstContent">
441                     <li >
442         <a href="/web/20150226141439/http://hd.sex.com/video/andrea-anderson-19443.html">
443
```

```
444
445
446            <div class="cntThumb">
447                                        <div class="pkeExclusive">
448                        Exclusive                </div>
449
450                        <img src="/web/20150226141439im_/http://rpcache5.rpcache.com/images/V13088/presentation/238x179/nt/1.jpg" alt="Y
451        </div>
452
453      <p class="cntTitle">
454      Young Slut Andrea Anderson...    </p>
455        <div class="cntDetail" >
456          <div class="colLeft">
457            <span>18:27</span>        <span>27057 Views </span>
458          </div>
459
460          <div class="colRight">
461            <span class="rating rating_9" ></span>
462            <span class="txtRight">Favorites 200</span>
463          </div>
464
465      </div>
466 </a>
467 </li>
468                                <li >
469          <a href="/web/20150226141439/http://hd.sex.com/video/diamond-foxxx-faye-reagan-25133.html">
470
471
472
473          <div class="cntThumb">
474                                        <div class="pkeExclusive">
475                        Exclusive                </div>
476
477                        <div class="vidHD">
478              <img src="/web/20150226141439im_/http://psn.staticcache.com/common/images/icoHD.png" width="34" height="23" style="borde
479            </div>
480              <img src="/web/20150226141439im_/http://rpcache5.rpcache.com/images/V18045/presentation/238x179/nt/1.jpg" alt="College t
481        </div>
482
483      <p class="cntTitle">
484      HD – College threesome starts w...    </p>
485        <div class="cntDetail" >
486          <div class="colLeft">
487            <span>42:54</span>        <span>84652 Views </span>
488          </div>
489
490          <div class="colRight">
491            <span class="rating rating_10" ></span>
492            <span class="txtRight">Favorites 350</span>
493          </div>
494
495      </div>
496 </a>
497 </li>
498                                <li >
499          <a href="/web/20150226141439/http://hd.sex.com/video/taylor-rain-8734.html">
500
501
```

```
502
503            <div class="cntThumb">
504                                        <div class="pkeExclusive">
505                            Exclusive                    </div>
506
507                        <img src="/web/20150226141439im /http://rpcache1.rpcache.com/images/V03448/presentation/238x179/nt/1.jpg" alt="T
508            </div>
509
510      <p class="cntTitle">
511      Taylor Rain     </p>
512       <div class="cntDetail" >
513          <div class="colLeft">
514          <span>36:24</span>         <span>53650 Views </span>
515          </div>
516
517          <div class="colRight">
518             <span class="rating rating_9" ></span>
519             <span class="txtRight">Favorites 277</span>
520          </div>
521
522      </div>
523 </a>
524 </li>
525                                <li class='last'>
526           <a href="/web/20150226141439/http://hd.sex.com/video/allie-sin-8738.html">
527
528
529
530            <div class="cntThumb">
531                                        <div class="pkeExclusive">
532                            Exclusive                    </div>
533
534                        <img src="/web/20150226141439im /http://rpcache5.rpcache.com/images/V03453/presentation/238x179/nt/1.jpg" alt="A
535            </div>
536
537      <p class="cntTitle">
538      Allie Sin     </p>
539       <div class="cntDetail" >
540          <div class="colLeft">
541          <span>38:48</span>         <span>209835 Views </span>
542          </div>
543
544          <div class="colRight">
545             <span class="rating rating_9" ></span>
546             <span class="txtRight">Favorites 546</span>
547          </div>
548
549      </div>
550 </a>
551 </li>
552                                <li >
553           <a href="/web/20150226141439/http://hd.sex.com/video/delilah-strong-8833.html">
554
555
556
557            <div class="cntThumb">
558                                        <div class="pkeExclusive">
559                            Exclusive                    </div>
560
```

```
561                            <img src="/web/20150226141439im /http://rpcache5.rpcache.com/images/V03484/presentation/238x179/nt/1.jpg" alt="D
562            </div>
563
564        <p class="cntTitle">
565        Delilah Strong     </p>
566         <div class="cntDetail" >
567            <div class="colLeft">
568            <span>47:36</span>           <span>270237 Views </span>
569            </div>
570
571            <div class="colRight">
572               <span class="rating rating_9" ></span>
573               <span class="txtRight">Favorites 619</span>
574            </div>
575
576        </div>
577 </a>
578 </li>
579                            <li >
580            <a href="/web/20150226141439/http://hd.sex.com/video/amy-reid-sasha-knox-9962.html">
581
582
583
584            <div class="cntThumb">
585                                  <div class="pkeExclusive">
586                            Exclusive                </div>
587
588                    <img src="/web/20150226141439im /http://rpcache4.rpcache.com/images/V04519/presentation/238x179/nt/1.jpg" alt="A
589            </div>
590
591        <p class="cntTitle">
592        Amy Ried and Sasha Knox     </p>
593         <div class="cntDetail" >
594            <div class="colLeft">
595            <span>54:11</span>           <span>938366 Views </span>
596            </div>
597
598            <div class="colRight">
599               <span class="rating rating_9" ></span>
600               <span class="txtRight">Favorites 1155</span>
601            </div>
602
603        </div>
604 </a>
605 </li>
606                            <li >
607            <a href="/web/20150226141439/http://hd.sex.com/video/madison-monroe-10409.html">
608
609
610
611            <div class="cntThumb">
612                    <img src="/web/20150226141439im /http://rpcache1.rpcache.com/images/V04938/presentation/238x179/nt/1.jpg" alt="T
613            </div>
614
615        <p class="cntTitle">
616        The little bitch of four v...    </p>
```

10/15/2015 1:25:25 PM

# EXHIBIT "35"

INTERNET ARCHIVE
WaybackMachine

http://hd.sex.com/compliance2257.html    Go

MAR   FEB   MAR          Close
◄  11  ►
2013  2015  2016         Help

4 captures
9 Nov 13 – 11 Feb 15

HOME   VIDEOS   PICTURES   PORNSTARS   LIVE                    Search Videos

## 18 U.S.C. SECTION 2257 COMPLIANCE

In compliance with United States Code, Title 18, Section 2257, all models, actors, actresses and other persons that appear in any visual depiction of actual or simulated sexual conduct appearing otherwise co www.sex.com were over the age of eighteen (18) years at the time of the creation of such depictions. Some of the aforementioned depictions appearing or otherwise contained at the site contain only visual depiction sexually explicit conduct made before July 3, 1995, and, as such, are exempt from the requirements set forth in 18 U.S.C. § 2257 and C.F.R. 75.

The operators of this web site is not the primary producer (as that term is defined in 18 U.S.C. section 2257) of any of the visual content contained within. The original records are kept by the following Custodian of Re

| | | | |
|---|---|---|---|
| D. Blum<br>6415 des Écores, 3rd Floor,<br>Montreal (Quebec)<br>H2G 2J6 Canada | C. Britt<br>21018 Osborne Str., Unit #2<br>Canoga Park, CA 91304 | NorthPole Enterprises, Inc<br>A. Brown<br>5 Holland Building 109<br>Irvine, CA 92618 | T. Blitt<br>8148 Devonshire<br>Montreal,<br>PQ H4P2K3 Canada |
| B. Hurdle<br>20339 Nordhoff St.,<br>Chatsworth, CA 91311<br>USA | Oldrich Widman<br>Jahodova 127,<br>106 00 Prague 10<br>Czech Republic | Patrick Collins<br>8015 Deering Ave.,<br>Canoga Park, CA,<br>USA 91304 | P. Woodman<br>24 de Castro Street<br>Wickham Cays 1,<br>Roadtown, Tortola 615<br>Britain Virgin Island |
| TOM SAWYER<br>10060 SUNNY BRAE AVENUE<br>CHATSWORTH, CA 91311<br>818-886-3399 | G. Poole<br>7230 Coldwater Canyon Ave.,<br>North Hollywood,<br>CA 91605 | J.Colmenero<br>20812 Lassen Street<br>CHATSWORTH, CA 91311 | T. Faulkner<br>21018 Osborne Str., Unit #2<br>Canoga Park, CA 91304<br>USA |
| A. Thornton<br>9610 Desoto Ave.<br>Chatsworth, CA 91311<br>USA | John P. Dragotta<br>4063 Radford Ave #208<br>Studio City, California<br>91607-USA | Patrick Kohl<br>2021950 Ontario Limited<br>12 Irwin Ave<br>Toronto, Ontario<br>Canada M4Y 1K9 | A. Gasper<br>14141 Covello St. 5 C.<br>Van Nuys, CA 91405 |
| B. Ott<br>23248 Canzonet St.<br>Woodland Hills, CA 91367<br>USA | R. Ceglia<br>9640 Owensmouth,<br>Chatsworth, CA 91311<br>USA | Coldfair Holdings Limited<br>Nicolaou Pentadromos Centre, Office 1002<br>Limassol, Cyprus | Creative Web Media Ltd<br>Suite 2 Portland House<br>Glacis Road<br>Gibraltar |
| A. Scott<br>23072 Lake Center Drive, Ste. 100<br>Lake Forest, CA 92630<br>USA | Arnold Stein Old Pueblo Distribution<br>3938 E Grant Rd Suite # 257<br>Tucson, AZ 85712<br>USA | B. Friedland<br>9127 Thrasher Ave.<br>Los Angelas, CA 90069 | B. Mendleson & J. Richman<br>8955 Fullbright Ave.<br>Chatsworth, CA 91311<br>USA |
| B. Ott<br>21634 Lassen<br>Chatsworth, CA 91311<br>USA | B. Suarez<br>4523 Van Nuys Blvd, Suite 203<br>Sherman Oaks, CA 91403<br>USA | Bambi Hall<br>12420 Montague St. Unit D<br>Arleta, CA 91331<br>USA | Benjamin Mizrahi<br>8853 moorcroft avenue<br>west hills ca 91304, USA |
| Bobby Rinaldi<br>21418 Parthenia St.<br>Canoga Park CA 91304<br>USA | C. Britt<br>21018 Osborne Str. Unit #2<br>Canoga Park, CA 91304<br>USA | City Girls<br>255 West 36th Street #204<br>New York, NY 10018<br>USA | CJ<br>28347 Balkins Dr.<br>Agoura Hills, CA 91301<br>USA |
| Coldfair Holdings Ltd.<br>Office 1002, 10th Floor, Nicolaou Pentadromos<br>Centre, Thessalonikis Street, 3025 Limassol<br>Cyprus | D. Desantis<br>62 west 37th st.<br>New York, NY 10016<br>USA | D. Duran<br>14141 Covello St, Suite 1-D<br>Van Nuys, CA 91405 | D. Giarrusso<br>9644 Lurline Aven<br>Chatsworth, CA, 91311<br>USA |
| D. Joseph<br>20339 Nordhoff St.<br>Chatsworth, CA 91311<br>USA | D. Kone<br>9547 Cozycroft Ave.<br>Chatsworth CA 91311<br>USA | D. Streubel<br>6911 Lochau Toni Russ Str.8<br>AUSTRIA | David Joseph<br>20339 nordoff St.<br>Chatsworth, CA 91311<br>USA |
| Defiance Films<br>5146 Douglas Fir Road<br>Calabasas, CA. 91302<br>USA | DNA Movies<br>62 West 37th Street<br>New York, NY 10016<br>USA | Dreamland Video<br>9158 Eton Ave.<br>Chatsworth, CA 91311<br>USA | Emily Rigby<br>7880 W 20th Ave, Studio 41<br>Hialeah FL 33016<br>USA |
| Eye Candy Productions<br>9620 Sepulveda Blvd, North Hilla<br>CA 91343<br>USA | G. Alves<br>8944 Mason Ave. Chastworth<br>CA 91311<br>USA | G. Poole Custodian of Records<br>15041 Calvert St. Van Nuys<br>CA 91411<br>USA | Gabor Szabo<br>7650 Gloria Avenue Van Nuys<br>CA 91406<br>USA |
| H. Jose<br>9537 Cozycroft Avenue<br>Chatsworth, CA 91311<br>USA | Hardline Entertainment<br>800 Petrolia Road Unit 8<br>North York, Ontario M3J 3K4<br>Canada | Hell's Ground Productions<br>2150 Ward<br>Ville St. Laurent H4M 1T7 Quebec<br>Canada | J .Colmenero<br>9223 Owensmouth Avenue<br>Chatsworth CA 91311<br>USA |
| J Cumming<br>9960 Canoga Ave, Suite D-6<br>Chatsworth CA 91311<br>USA | J Simpson<br>9811 Owensmouth Ave. Chatsworth<br>CA 91335<br>USA | J. Knowles<br>9800 D Topanga Cyn Blvd #602<br>Chatsworth CA 91311<br>USA | J. Lane<br>9555 Owensmouth, Suite 9<br>Chatsworth, CA 91311<br>USA |

J. Melendy, Presient
9644 Lurline Ave
Chatsworth, CA 91311
USA

J. Resnick
10 East 33rd St.
New York, NY 10016
USA

J. Richman & B. Mendleson
8955 Fullbright Ave.
Chatsworth, CA 91311
USA

Jeff Krull
9744 CozyCroft Ave.
Chatsworth, CA. 91311
USA

K. Beechum
9400 Elton Ave
Chatsworth, CA 91311
USA

K. Ho Pink Visual Productions
6614 E. Tanque Verde Rd.
Tucson, AZ 85715
USA

K. Jacoby/D. Wegner
20850 Dearborn Street
Chatsworth, CA 91311
USA

Kerkeland 2
6651 KN
Druten
Netherlands

L. Moore
9161 Deering Avenue
Chatsworth, CA 91311
USA

Larry Field
8975 FullBright Ave
Chatsworth CA. 91311
USA

M. Chalfin
9718 Glenoaks Blvd. Unit T
Sun Valley CA 91352
USA

M. Blank
2717 South El Camino Real
San Clement CA 92672
USA

M. Esposito
21638 Lassen St.
Chatsworth, CA 91311
USA

M. Rothstein Coast to Coast
39 W. 19th st.
N.Y, NY 10011
USA

M. Sherwood
9751 Independence Ave.
Chatsworth, CA 91311
USA

M. Snyder
9155 Deering Ave.
Chatsworth, CA 91311
USA

M. Stuart
8910 Independence aven
Canoga Park, CA 91304
USA

M. Weston
21414 Chase St. #1
Canoga Park, CA 91304
USA

Micheal Rubinstien PMB
22425 Ventura Blvd., #110
Woodland Hills, CA 91364
USA

Mr. Alex Katz In-X-Cess Productions, Inc.
9400 Lurline Ave, Unit F
Chatsworth, CA 91311
USA

Mr. Patrick Collins
9801 Variel St.
Chatsworth, CA 913111
USA

P. Busey
9547 Cozycroft Ave.
Chatsworth, CA, 91311
USA

P. Harvey
302 Meadowland Dr.
Hillsborough, NC 27278
USA

R. Barron
14141 Covello Street Suite 1D
Van Nuys, CA 91405
USA

R. Duak
7722 Densmore Ave.
Van Nuys, CA 91406
USA

R. Enrique
9327 Deering Avenue
Chatsworth, CA 91311
USA

R. Feig
20821 Deerborn Street
Chatsworth, CA 91311
USA

R. Herrera
8944 Mason Ave
Chatsworth CA 91311
USA

R. Karch
20740 Marilla Street
Chatsworth, CA 91311
USA

Robert Genova
21601 Devonshire St. Suite 125
Chatsworth,CA 91311
USA

S - Brickman
18021 Remmet Ave
Canoga Park, CA 91304
USA

S. Apai
7745 Alabama Ave Suite 1
Canoga Park, CA 91304
USA

S. Entin
14141 Covello Street Suite 5C
Van Nuys, CA, 91405
USA

S. Menta Platinum X Pictures
21018 Osborne St. #5
Canoga Park, CA 91303
USA

S. Wall
9619 Canoga Ave.
Chatsworth, CA 91311
USA

S. Zingerman
21817 Plummer Street. Suite C
Chatsworth, CA, 91311
USA

Sheldon Baer
5362 Cahuenga Blvd.
North Hollywood,CA 91601
USA

Simon Stevinstraat 7
4004 JV, Tiel
The Netherlands

VCA Labs Inc
9650 DeSoto Avenue
Chatsworth, CA 91311
USA

Visage Films
702 Red Arrow Trail
Palm Desert, CA 92211
USA

All external links on www.pornstarnetwork.com are the responsabilty of the pointed sites owners respectively since we don't have any control over the content of these sites. Please refer to the linked website for any about subject.

With regard to the remaining depictions of actual sexual conduct appearing or otherwise contained in www.pornstarnetwork.com, a copy of the records required pursuant to 18 U.S.C. § 2257 and C.F.R. 75 are l following location by the Custodians of Records. For any inquiries pertaining to any models/actors/actresses shown on these pages, please contact:

HVL
Cyberweb Solutions
PO BOX 4002, SUCC D
Montreal QC
H3C 0J7 Canada

Privacy   FAQ   Support   Terms   DMCA   Affiliate

18 U.S.C. 2257 Record-Keeping Requirement Complian

# EXHIBIT "36"



Interested in Advertising with Sex.com? | Sex.com

10/15/15, 4:19 PM

# Advertise With Sex.com

About us (/about/us)

How it Works
(/about/howitworks)

Etiquette
(/about/etiquette)

Terms of Use
(/about/terms)

Privacy
(/about/privacy)

DMCA (/about/dmca)

2257 Compliance
(/about/compliance)

Help (/about/faq)

Advertise with Us
(/about/advertise)

Sex.com is a top domain, no need to argue about that. We have a steady traffic flow, allowing us to be in the prestigious Alexa Top 1000 list for the last year. Let's take a look at our Statistics:



You want to advertise with us? We have cool ad spots for you:

| Sex.com - Desktop | | | | |
|---|---|---|---|---|
| Spot | Screenshot | Dimension | Monthly Impressions | Price |
| NTV A | | 300x250 | 67.8 millions | Contact Us (/about/advertising? traffic_type=desktop) |

http://www.sex.com/about/advertise

| | | Dimension | Monthly Impressions | Price |
|---|---|---|---|---|
| **NTV B** |  | 300x250 | 67.8 millions | Contact Us (/about/advertising? traffic_type=desktop) |
| **NTV C** |  | 300x250 | 67.8 millions | Contact Us (/about/advertising? traffic_type=desktop) |
| **NTV D** |  | 300x250 | 67.8 millions | Contact Us (/about/advertising? traffic_type=desktop) |
| **Pin Tower** |  | 160x600 | 119 millions | Contact Us (/about/advertising? traffic_type=desktop) |
| **Popunder** | N/A | N/A | 8.5 millions | Contact Us (/about/advertising? traffic_type=desktop) |

| Sex.com - Smart Phones | | | | |
|---|---|---|---|---|
| **Spot** | **Screenshot** | **Dimension** | **Monthly Impressions** | **Price** |
| **Mobile Header** |  | 300x100 | 67.8 millions | Contact Us (/about/advertising? traffic_type=smart_phone) |

| Mobile Footer |  | 300x250 | 67.8 millions | Contact Us (/about/advertising?traffic_type=smart_phone) |
| **Mobile Popunder** | N/A | N/A | 3.9 millions | Contact Us (/about/advertising?traffic_type=smart_phone) |

| Sex.com - Feature Phones (WAP) | | | | |
|---|---|---|---|---|
| **Spot** | **Screenshot** | **Dimension** | **Monthly Impressions** | **Price** |
| **Wap Header** | | 300x150 | 42 millions | Contact Us (/about/advertising?traffic_type=feature_phone) |
| **Wap Footer** | | 300x250 | 42 millions | Contact Us (/about/advertising?traffic_type=feature_phone) |

Need more info? Contact Us (mailto:advertising@sex.com?subject=Advertising Page)

©2015 Sex.com - About us (/about/us) - How it Works (/about/howitworks) - Etiquette (/about/etiquette) - Terms of Use (/about/terms) - Privacy (/about/privacy) - DMCA (/about/dmca) - 2257 (/about/compliance) - Help (/about/faq) - Advertise with Us (/about/advertise)

 (http://www.rtalabel.org)

# EXHIBIT "37"

Source of: http://www.sex.com/ - Mozilla Firefox

File  Edit  View  Help

```
        };
    });

    // Handle event when the claim modal window closes
    $('#modal-claim-it').on('hidden.bs.modal', function () {
        if($('#claim_cancel').text() === 'Close') {

            // hides the big modal window
            $('.pin_ajax_overlay').hide();
            $('#pin_ajax_prev').hide();
            $('#pin_ajax_prev').hide();
            $('#pin_ajax_next').hide();

            // returns buttons to previous state
            $('#modal-claim-it #claim_pin').show();
            $('#claim_cancel').html('Cancel');
        }
    });

    $('.checkbox .checked').attr('checked', 'checked');

</script>

<!-- Alexa Javascript -->
<script type="text/javascript">
    _atrk_opts = { atrk_acct:"XXxMilagq800y", domain:"sex.com", dynamic: true};
    (function() { var as = document.createElement('script'); as.type = 'text/javascript'; as.async = true; as.src = "https://d31qbv1cthcecs.cloudfront.net/atr
</script>
<noscript><img src="https://d5nxst8fruw4z.cloudfront.net/atrk.gif?account=XXxMilagq800y" style="display:none" height="1" width="1" alt="" /></noscript>

<!-- IS Ad -->
<script id="sminad" src="http://m.sancdn.net/imad/imad-san-v3.1.js?dcmain=sexcams.com&tasktitle=&suffix=&p=resellers&m=33976&FNC=1-976UHNSMT7&volume=5

<!-- last element to check if page is loaded -->
<input type="hidden" id="listed">
<script type="text/javascript">window.NREUM||(NREUM={});NREUM.info={"beacon":"bam.nr-data.net","licenseKey":"37f2fd62bd","applicationID":"8463478","transactic
</html>
```

10/8/2015 10:26:23 AM

Start    10/8/2015 10:26:23 AM                                                           10:26 AM  10/8/2015

10/8/2015 10:26:29 AM



# EXHIBIT "38"

SexCAMS

HOME   SEARCH   NEW MODELS   SUPPORT   MEMBER LOGIN   SHOW CALENDAR

JOIN FREE

Email              Password          Remember Me
                                     Forgot your password?   Login

Choose your language »

🔍 Search Anything

♦ CUSTODIAN OF RECORDS

## CUSTODIAN OF RECORDS

U.S.C. TITLE 18, SECTION 2257 COMPLIANCE

In compliance with United States Code, Title 18, Section 2257, all models, actors, actresses and other persons who appear in any visual depiction of sexually explicit conduct appearing or otherwise contained in or at www.sexcams.com were over the age of eighteen years at the time of the creation of such depictions. Records required to be maintained pursuant to U.S.C. Title 18, Section 2257 sexcams.com is not the primary producer for the content of this site. Records as required by USC 2257 are held with the original producers.

Custodian of Records:

V. Brown
ICF Technology, Inc.
800 Stewart St
Seattle, WA 98101
Fax: (US) 1-206-441-2794

### Navigate

Homepage
Advanced Search
New Models
About Us
Member Login

Become a Model

English  Deutsch  Español  Français  Italiano  Nederlands  Português  Svenska

### Need assistance?

Our customer service representatives are available 24 hours a day, 7 days a week, 365 days a year to assist you with any issues you might have. We offer live chat support, email and phone support, whichever you prefer.

Customer service
Frequently asked questions

Legal

TOP

10/8/2015  10:27:02 AM

简体中文   **English**   Français   Русский   Español   العربية   Portuguese

# ICANN WHOIS

| sexcams.com | **Lookup** |

*Showing results for: sexcams.com*

Original Query: sexcams.com

# Contact Information

## Registrant Contact
Name: DOMAIN HOSTMASTER

Organization: ICF Technology, Inc

Mailing Address: PO Box 21508, SEATTLE WA 98111 US

Phone: +1.2063740374

Ext: N/A

Fax:

Fax Ext: N/A

Email: HOSTMASTER@GILLIAM. USERS.FLYINGCROC.NET

## Admin Contact
Name: DOMAIN HOSTMASTER

Organization: ICF Technology, Inc

Mailing Address: PO Box 21508, SEATTLE WA 98111 US

Phone: +1.2063740374

Ext: N/A

Fax:

Fax Ext: N/A

Email: HOSTMASTER@GILLIAM. USERS.FLYINGCROC.NET

## Tech Contact
Name: DOMAIN HOSTMASTER

Organization: ICF Technology, Inc

Mailing Address: PO Box 21508, SEATTLE WA 98111 US

Phone: +1.2063740374

Ext: N/A

Fax:

Fax Ext: N/A

Email: HOSTMASTER@GILLIAM. USERS.FLYINGCROC.NET

## Registrar

WHOIS Server: whois.fabulous.com

## Status

Domain Status: clientDeleteProhibited

URL: http://www.fabulous.com
Registrar: FABULOUS.COM PTY LTD.
IANA ID: 411
Abuse Contact Email:
abuse@fabulous.com
Abuse Contact Phone: +61.730070015

Domain Status: clientTransferProhibited

## Important Dates

Updated Date: 2014-06-05
Created Date: 1998-07-31
Registration Expiration Date:
2021-07-29

## Name Servers

ns1.flyingcroc.net
ns2.flyingcroc.net

## Raw WHOIS Record

```
Domain Name: sexcams.com
Registry Domain ID:
Registrar WHOIS Server: whois.fabulous.com
Registrar URL: http://www.fabulous.com
Updated Date: 2014-06-05T17:42:01Z
Creation Date: 1998-07-31T04:00:00Z
Registrar Registration Expiration Date: 2021-07-30T00:00:00Z
Registrar: FABULOUS.COM PTY LTD.
Registrar IANA ID: 411
Registrar Abuse Contact Email: abuse@fabulous.com
Registrar Abuse Contact Phone: +61.730070015
Reseller: N/A
Domain Status: clientDeleteProhibited
Domain Status: clientTransferProhibited
Registry Registrant ID: N/A
Registrant Name: DOMAIN HOSTMASTER
Registrant Organization: ICF Technology, Inc
Registrant Street: PO Box 21508
Registrant City: SEATTLE
Registrant State/Province: WA
Registrant Postal Code: 98111
Registrant Country: US
Registrant Phone: +1.2063740374
Registrant Phone Ext: N/A
Registrant Fax:
```

```
Registrant Fax Ext: N/A
Registrant Email: HOSTMASTER@GILLIAM.USERS.FLYINGCROC.NET
Registry Admin ID: N/A
Admin Name: DOMAIN HOSTMASTER
Admin Organization: ICF Technology, Inc
Admin Street: PO Box 21508
Admin City: SEATTLE
Admin State/Province: WA
Admin Postal Code: 98111
Admin Country: US
Admin Phone: +1.2063740374
Admin Phone Ext: N/A
Admin Fax:
Admin Fax Ext: N/A
Admin Email: HOSTMASTER@GILLIAM.USERS.FLYINGCROC.NET
Registry Tech ID: N/A
Tech Name: DOMAIN HOSTMASTER
Tech Organization: ICF Technology, Inc
Tech Street: PO Box 21508
Tech City: SEATTLE
Tech State/Province: WA
Tech Postal Code: 98111
Tech Country: US
Tech Phone: +1.2063740374
Tech Phone Ext: N/A
Tech Fax:
Tech Fax Ext: N/A
Tech Email: HOSTMASTER@GILLIAM.USERS.FLYINGCROC.NET
Name Server: ns1.flyingcroc.net
Name Server: ns2.flyingcroc.net
DNSSEC: unsigned
URL of the ICANN WHOIS Data Problem Reporting System:
http://wdprs.internic.net/
>>> Last update of WHOIS database: 2015-10-09T13:00:00Z <<<
```

**Submit a Complaint for WHOIS**

WHOIS Inaccuracy Complaint Form
WHOIS Service Complaint Form

WHOIS Compliance FAQs


NOTICE, DISCLAIMERS AND TERMS OF USE:

All results shown are captured from registries and/or registrars and are framed in real-time.  ICANN does not generate, collect, retain or store the results shown other than for the transitory duration

necessary to show these results in response to real-time queries.*  These results are shown for the sole purpose of assisting you in obtaining information about domain name registration records and for no other purpose.  You agree to use this data only for lawful purposes and further agree not to use this data (i) to allow, enable, or otherwise support the transmission by email, telephone, or facsimile of mass unsolicited, commercial advertising, or (ii) to enable high volume, automated, electronic processes to collect or compile this data for any purpose, including without limitation mining this data for your own personal or commercial purposes.  ICANN reserves the right to restrict or terminate your access to the data if you fail to abide by these terms of use. ICANN reserves the right to modify these terms at any time.  By submitting a query, you agree to abide by these terms.

*  There is one exception:  ICANN acts as the registry operator for the .int TLD, and in that capacity it does collect, generate, retain and store information regarding registrations in the .int TLD.

© 2015 Internet Corporation for Assigned Names and Numbers     Privacy Policy

Case 1:15-cv-22463-MGC   Document 49   Entered on FLSD Docket 10/15/2015   Page 64 of 195

简体中文   **English**   Français   Русский   Español   العربية   Portuguese

# ICANN WHOIS

*Showing results for: sancdn.net*

Original Query: sancdn.net

## Contact Information

### Registrant Contact

Name: Domain Manager
Organization: ICF Technology, Inc
Mailing Address: PO Box 21508, Seattle WA 98111 US
Phone: +1.2063740374
Ext:
Fax:
Fax Ext:
Email:hostmaster@icftechnology.com

### Admin Contact

Name: Domain Manager
Organization: ICF Technology, Inc
Mailing Address: PO Box 21508, Seattle WA 98111 US
Phone: +1.2063740374
Ext:
Fax:
Fax Ext:
Email:hostmaster@icftechnology.com

### Tech Contact

Name: Domain Manager
Organization: ICF Technology, Inc
Mailing Address: PO Box 21508, Seattle WA 98111 US
Phone: +1.2063740374
Ext:
Fax:
Fax Ext:
Email:hostmaster@icftechnology.com

## Registrar

WHOIS Server: whois.srsplus.com
URL: http://srsplus.com
Registrar: TLDS LLC. d/b/a SRSPlus
IANA ID: 320
Abuse Contact Email:abuse@web.com
Abuse Contact Phone: +1.8773812449

## Status

Domain Status:clientTransferProhibited
http://icann.org/epp#clientTransferProhibited

Lookup

Updated Date: 2013-06-03
Created Date: 2011-08-18
Registration Expiration Date:
2016-08-18

ns1.flyingcroc.net
ns2.flyingcroc.net

## Raw WHOIS Record

```
Domain Name: sancdn.net
Registry Domain ID: 1672710974_DOMAIN_NET-VRSN
Registrar WHOIS Server: whois.srsplus.com
Registrar URL: http://srsplus.com
Updated Date: 2013-06-03T21:08:29Z
Creation Date: 2011-08-18T23:36:16Z
Registrar Registration Expiration Date: 2016-08-18T23:36:16Z
Registrar: TLDS LLC. d/b/a SRSPlus
Registrar IANA ID: 320
Registrar Abuse Contact Email: abuse@web.com
Registrar Abuse Contact Phone: +1.8773812449
Reseller:
Domain Status: clientTransferProhibited http://icann.org
/epp#clientTransferProhibited
Registry Registrant ID:
Registrant Name: Domain Manager
Registrant Organization: ICF Technology, Inc
Registrant Street: PO Box 21508
Registrant City: Seattle
Registrant State/Province: WA
Registrant Postal Code: 98111
Registrant Country: US
Registrant Phone: +1.2063740374
Registrant Phone Ext.:
Registrant Fax:
Registrant Fax Ext.:
Registrant Email: hostmaster@icftechnology.com
Registry Admin ID:
Admin Name: Domain Manager
Admin Organization: ICF Technology, Inc
Admin Street: PO Box 21508
Admin City: Seattle
Admin State/Province: WA
Admin Postal Code: 98111
Admin Country: US
```

Lookup

Admin Fax Ext.:
Admin Email: hostmaster@icftechnology.com
Registry Tech ID:
Tech Name: Domain Manager
Tech Organization: ICF Technology, Inc
Tech Street: PO Box 21508
Tech City: Seattle
Tech State/Province: WA
Tech Postal Code: 98111
Tech Country: US
Tech Phone: +1.2063740374
Tech Phone Ext.:
Tech Fax:
Tech Fax Ext.:
Tech Email: hostmaster@icftechnology.com
Name Server: ns1.flyingcroc.net
Name Server: ns2.flyingcroc.net
DNSSEC: Unsigned
URL of the ICANN WHOIS Data Problem Reporting System:
http://wdprs.internic.net/
>>> Last update of WHOIS database: 2013-06-03T21:08:29Z <<<

For more information on Whois status codes, please visit
https://www.icann.org/resources/pages/epp-status-codes-
2014-06-16-en.

The data in SRSPlus's WHOIS database is provided to you by
SRSPlus for information purposes only, that is, to assist you in
obtaining information about or related to a domain name
registration
record.  SRSPlus makes this information available "as is," and
does not guarantee its accuracy.  By submitting a WHOIS query,
you
agree that you will use this data only for lawful purposes and
that,
under no circumstances will you use this data to: (1) allow,
enable,
or otherwise support the transmission of mass unsolicited,
commercial
advertising or solicitations via direct mail, electronic mail,
or by
telephone; or (2) enable high volume, automated, electronic
processes
that apply to SRSPlus (or its systems).  The compilation,
repackaging, dissemination or other use of this data is
expressly
prohibited without the prior written consent of SRSPlus.
SRSPlus reserves the right to modify these terms at any time.

Lookup

**Submit a Complaint for WHOIS**
WHOIS Inaccuracy Complaint Form
WHOIS Service Complaint Form

WHOIS Compliance FAQs

NOTICE, DISCLAIMERS AND TERMS OF USE:

All results shown are captured from registries and/or registrars and are framed in real-time.  ICANN does not generate, collect, retain or store the results shown other than for the transitory duration necessary to show these results in response to real-time queries.*  These results are shown for the sole purpose of assisting you in obtaining information about domain name registration records and for no other purpose.  You agree to use this data only for lawful purposes and further agree not to use this data (i) to allow, enable, or otherwise support the transmission by email, telephone, or facsimile of mass unsolicited, commercial advertising, or (ii) to enable high volume, automated, electronic processes to collect or compile this data for any purpose, including without limitation mining this data for your own personal or commercial purposes.  ICANN reserves the right to restrict or terminate your access to the data if you fail to abide by these terms of use. ICANN reserves the right to modify these terms at any time.  By submitting a query, you agree to abide by these terms.

*  There is one exception:  ICANN acts as the registry operator for the .int TLD, and in that capacity it does collect, generate, retain and store information regarding registrations in the .int TLD.

© 2015 Internet Corporation for Assigned Names and Numbers     Privacy Policy

EXHIBIT "39"







```
Domain Status: clientDeleteProhibited http://www.icann.org/epp#clientD
eleteProhibited
Domain Status: clientTransferProhibited http://www.icann.org/epp#clien
tTransferProhibited
Domain Status: clientUpdateProhibited http://www.icann.org/epp#clientU
pdateProhibited
Registry Registrant ID:
Registrant Name: Legal Department
Registrant Organization: ActiveSoft Inc.
Registrant Street: 2123 Warwick Lane
Registrant City: Glenview
Registrant State/Province: IL
Registrant Postal Code: 60026
Registrant Country: US
Registrant Phone: +1.3122520586
Registrant Phone Ext:
Registrant Fax:
Registrant Fax Ext:
Registrant Email: legal@myfreecamsmail.com

Registry Admin ID:
Admin Name: Legal Department
Admin Organization: ActiveSoft Inc.
Admin Street: 2123 Warwick Lane
Admin City: Glenview
Admin State/Province: IL
Admin Postal Code: 60026
Admin Country: US
Admin Phone: +1.3122520586
Admin Phone Ext:
Admin Fax:
Admin Fax Ext:
Admin Email: legal@myfreecamsmail.com

Registry Tech ID:
Tech Name: Legal Department
Tech Organization: ActiveSoft Inc.
Tech Street: 2123 Warwick Lane
Tech City: Glenview
Tech Postal Code: 60026
Tech Country: US
Tech Phone: +1.3122520586
Tech Phone Ext:
Tech Fax:
Tech Fax Ext:
Tech Email: legal@myfreecamsmail.com

Name Server: ns1.metapeer.com
Name Server: ns2.metapeer.com
DNSSEC: unsigned
URL of the ICANN WHOIS Data Problem Reporting System: http://wdprs.int
ernic.net/

Registry Billing ID:
Billing Name: Legal Department
Billing Organization: ActiveSoft Inc.
Billing Street: 2123 Warwick Lane
Billing City: Glenview
Billing State/Province: IL
Billing Postal Code: 60026
Billing Country: US
Billing Phone: +1.3122520586
Billing Phone Ext:
Billing Fax:
Billing Fax Ext:
Billing Email: legal@myfreecamsmail.com
```



# EXHIBIT "40"

# Billing Help

From Wiki.MyFreeCams.com

## Contents

- 1 General information
- 2 Privacy and security
- 3 Payment methods
- 4 Billing companies and descriptions
- 5 Declined and pending transactions
- 6 Delayed charges
- 7 Overcharges
- 8 Foreign currencies
- 9 Card declined
- 10 Refund policy
  - 10.1 Token refunds
  - 10.2 Monetary refunds
  - 10.3 Unauthorized refunds
- 11 Disputed charges and fraud
  - 11.1 Repayment

### Information for Members

Instructions and Features

Rules and Guidelines

Technical Help

**Billing Help**

## General information

- Access and membership to this site is absolutely free.
- The only time you will be charged is when you decide to purchase tokens.
- All purchases are **one-time charges**, meaning you will never be charged again for the same purchase.
- **We do NOT use recurring charges** or use other deceptive billing practices.
- Since we have no paid memberships or subscriptions, there is never a need cancel your account. You will never be charged again.
- There are **NO** coupons, sales, or bulk-purchase discounts. Tokens packages are always the same price for everyone.
- Your satisfaction is 100% guaranteed. Please see our Refund policy below.

## Privacy and security

- Your privacy and security are our top priorities.
- We will never send anything to your postal mail address.
- All transactions are handled by trusted third-party billing companies, listed below. (This means **we do not have access to your credit card information**.)
- All transactions pass through secure servers utilizing 128-bit encryption.

Case 1:15-cv-22463-MGC   Document 49   Entered on FLSD Docket 10/15/2015   Page 73 of 195

# Payment methods

Please see the Payment Methods page for more information on the payment methods we accept and how they work.

# Billing companies and descriptions

All purchases are handled by one of the following secure and trusted third-party payment processors.

- **Epoch**
  - Homepage: http://www.epoch.com
  - Customer Support: https://epoch.com/billingsupport/
  - "EPOCH.COM *ACTIVESOFT" will appear on your cardholder statement.

- **CCBill**
  - Homepage: http://www.ccbill.com
  - Customer Support: https://support.ccbill.com
  - "CCBill.com *ActiveSoft" will appear on your cardholder statement.

- **Zombaio / IOBilling.com** (not currently used)
  - Homepage: http://www.zombaio.com/
  - Customer Support: http://support.zombaio.com
  - "ZOMBAIO" will appear on your cardholder statement.

- **NetBilling / MFCBill.com**
  - Homepage: http://www.netbilling.com/
  - Customer Support: http://www.mfcbill.com/
  - "MFCBill.com*Tokens" will appear on your cardholder statement.

- **Rocketgate / MFCGate.com** (in testing)
  - Homepage: http://www.rocketgate.com/
  - Customer Support: http://www.mfcgate.com/
  - "MFCGate.com*Tokens" will appear on your cardholder statement.

- **VXSBill / MFCBill.com** (not currently used)
  - Homepage: http://www.vxsbill.com/
  - Customer Support: http://www.mfcbill.com/
  - "MFCBill.com*TokensV" will appear on your cardholder statement.

# Declined and pending transactions

In rare cases, when a credit card purchase is declined, you may still see a pending charge on your credit card balance for a few days. This pending charge will go away by itself within 7-10 business days and you will not be charged anything since the purchase was declined.

This situation happens more often with the payment processors CCBill and Netbilling, and less often with Epoch.

**Here is the technical explanation:**

This unusual situation may arise when your credit card bank approves the transaction but the payment processor still denies the transaction because, for example, the address you entered did not match the billing address or your CVV2 number was incorrect. In this case, the credit card puts a hold on the funds for up to 7-10 days, but since the payment processor declined the transaction, the funds will not be withdrawn.

The only way for the hold to be released early (before it goes away naturally in a few days) is for the payment processor to fax an authorization letter to the credit card bank, which they will not do because it is impractical. So please be patient and just wait the few days for the hold to be released.

Based on our experience, this happens more often with debit cards, and it is particularly annoying when it happens with gift cards and pre-paid cards. The funds will be released back to the gift card, but it just takes longer.

Please understand that there is absolutely nothing we can do to help or speed up the process.

# Delayed charges

In some cases, a purchase may show up on your credit card statement as having been made on a different date, usually a day or two after you actually made the purchase.

This can happen for a number of reasons such as bank holidays, weekends, differences in time zones across countries, etc.

It may look as if you were double-charged or otherwise over-billed when you see more transactions on a given date than you made, so just keep in mind that they are likely just transactions from a previous day.

There is absolutely no way for us to double-charge you for a single purchase.

# Overcharges

The prices you are charged for token packages are clearly posted and we never charge any additional fees.

However, in very rare cases, some customers have reported that the amount they see charged on their bank statement is slightly higher than the posted price.

This may be for one of the following reasons:

1. The higher price on the bank statement is the authorization and not the settled charge. Sometimes payment processors authorize cards for slightly more than the transaction amount but then the final settled charge shows up as the correct amount after a few days.

2. Some credit cards, and especially debit cards, may charge various additional transaction fees which show up as a higher transaction amount.
3. If you are outside of the United States or making a purchase in a currency other than US Dollars, the payment processor may add a surcharge for the currency conversion. This is explained in more detail in the next section.

If you are overcharged on a purchase, our recommendation is that you:

1. Try using a different payment processor on future purchases.
2. Try using a different credit card.

# Foreign currencies

All of our prices are set in US Dollars.

Our payment processors use the current exchange rates to charge prices in other world currencies. These prices may change every day as the market exchange rate changes. The currency exchange rate offered by our payment processors will likely be slightly worse than the global market rate since that is how they charge a fee for the currency conversion.

We offer several different payment processors so that our members can use the one that offers them the best price.

Unlike other websites, we do **not** discriminate between countries and charge members from some countries more than others.

# Card declined

If you attempt to make a purchase and your card is declined, we will generally not have any additional information as to why it was declined. Here are a few things we suggest:

1. Call your credit card company and ask them why the charge was declined.
2. Try using a different credit card.
3. Try using a different payment processor.

If none of these work, please contact us for help.

# Refund policy

If you would like a refund, please Contact Support and we will do our best to help you.

## Token refunds

We are sometimes able to issue token refunds for:

- **Technical problems** (the site breaks and takes your tokens.)
- **Unsatisfactory private shows** (please end the show as soon as possible.)

We are **NOT** able to issue token refunds for:

- **Tips** (Tips are gifts and cannot be reversed, just like in real life.)
- **Group shows and spy shows** (You can leave this type of show any time.)

## Monetary refunds

If you have sufficient tokens in your account, we can refund any purchase made in the past 30 days back to your credit card used to make that purchase, up to $1000.

As part of our 100% satisfaction guarantee, **new** members that are not satisfied with our website may contact us for a full refund within 30 days of their purchase as long as they have not used more than 200 tokens.

Please read the Are you sure you want a Refund page first.

Unfortunately, we are unable to issue partial refunds to your credit card.

## Unauthorized refunds

If you contact the payment processor or credit card company directly and ask them for a refund, our system will automatically assume that the charge came from a stolen credit card and will therefore blacklist you from ever returning to our website.

If you would like a refund, please Contact Support and we will refund you ourselves.

# Disputed charges and fraud

Any sort of disputed charge, charge-back, stop-payment, or anything else that prevents us from collecting the funds on a purchase that you made will be treated as fraud. Your account will be blacklisted and we will fight to the fullest extent of the law to collect the funds for our models.

Even threatening to dispute a charge with your credit card or bank will likely lead to your being banned.

It is much easier to just Contact Support and ask for a refund.

## Repayment

If a transaction results in a disputed charge by mistake, we may allow the member an opportunity to repay the balance to bring the account back into good standing.

1. You will need to Contact Support with a detailed explanation of what caused the disputed charge.
2. You will receive a link that will allow you to repay the balance.

3. After repaying the balance, you will need to Contact Support again and your account will be reinstated.

NOTE: It is very important that you repay any disputed charges through our system, because if you simply call your credit card company and have the chargebacks reversed, we do NOT receive those funds and therefore your account would not be reinstated.

Retrieved from "http://wiki.myfreecams.com/index.php?title=Billing_Help&oldid=2704"
Category: Information for Members

- This page was last modified on 5 December 2014, at 22:01.

# EXHIBIT "41"



Case 1:15-cv-22463-MGC   Document 49   Entered on FLSD Docket 10/15/2015   Page 80 of 195

10/15/15, 6:02 PM

## View Most Popular Deals by Category - **Click Here**

### Free Sex Videos and Porn Pictures

If you describe your appetite for sex pictures and sex videos as "insatiable", then you've finally found the perfect site to satisfy your sexual desires. Our site is loaded with millions of sex pictures and sex videos featuring the sexiest women in the world that you can enjoy for free. Yes, free. Even though we hold the record for the most expensive domain name, we let you use our XXX site for free. Even accounts are free. All you need is an email address. Why not make an account today? When you make an account, not only will you be able to repin and like your favorite porn pictures and porn videos but you can also use our special pin button to save your favorite adult content to your very own boards. If you love porn and sex then why hide it on your hard drive? It's so much easier to save and organize your favorite hot sex photos and sex movies online in your personalized sex boards. Other free porn sites with pin buttons only let you pin sex pictures. Our pin button works with everything that can be found on free porn sites. That includes sexy pictures, porn movies, and porn GIFs. Pin your favorite porn videos? Yes, you read that right. You can even pin your favorite free porn videos. So what are you waiting for? Sign up for your free account to our site and start enjoying big tits, big asses, gangbangs, female masturbation, soft erotica, nude celebrities, hot anal sex, blowjobs, all your favorite porn stars and so much more. If you don't start pinning, repining, and liking porn videos and sex pictures now, you might have trouble finding your favorite porn because sex and porn is constantly being added to our site. Our online community of men and sexy women want to know the porn you like, so show them by signing up today.

© 2015 Sex.com - About us - How it Works - Etiquette - Terms of Use - Privacy - DMCA - 2257 - Help - Advertise with Us



EXHIBIT "42"

# POVD

HDV 1080p Video - Shot In High Resolution
3D Surround Sound - Headphones Recommended

- 
- Scenes
- 
- Girls
- 
- Top-Rated
- 
- Member Login
- 
- 
- Join Now
- 

# 18 U.S.C. § 2257 Compliance Notice

All models, actors, actresses and other persons that appear in any visual depiction of actual sexually explicit conduct appearing or otherwise contained in this Website were over the age of eighteen years at the time of the creation of such depictions.

All other visual depictions displayed on this Website are exempt from the provision of 18 U.S.C. § 2257 and 28 C.F.R. 75 because said visual depictions do not consist of depictions of conduct as specifically listed in 18 U.S.C § 2256 (2) (A) through (D), but are merely depictions of non-sexually explicit nudity, or are depictions of simulated sexual conduct, or are otherwise exempt because the visual depictions were created prior to July 3, 1995.

With respect to all visual depictions displayed on this website, whether of actual sexually explicit conduct, simulated sexual content or otherwise, all persons in said visual depictions were at least 18 years of age when said visual depictions were created.

The original records required pursuant to 18 U.S.C. § 2257 and 28 C.F.R. 75 for all materials contained in the website are kept by the following Custodian of Records:

K.Walton
4625 Wynn Rd C-223
Las Vegas, NV, 89103

Scenes  - Girls  - Top Rated  - Member Login

Billing Support  Epoch.com  SegPay Support  CCBill Billing Support  WTSeTicket.com Support

Case 1:15-cv-22463-MGC   Document 49   Entered on FLSD Docket 10/15/2015   Page 83 of 195

[Webmasters](#)

[Contact Us](#)   [Members Login](#) [POVD Review](#)
[18 U.S.C. § 2257 Record-Keeping Requirements Compliance Statement](#)   [Terms & Conditions](#)   [Privacy Policy](#)
For billing inquiries or to cancel your membership, pleasevisit [segpay.com](#), or [epoch.com](#), our authorized sales agents.
Copyright 2015 POVD. All Rights Reserved.

Whole Member Vendo is our authorized reseller



Home  >   Whois Lookup  >   PoVd.com

## Whois Record for PoVd.com

How does this work?

### Related Domains For Sale or At Auction

| 1 | 2 | 3 |

More >

FloralFantasies.com ($3,488)          FrostedFantasies.com ($393)
FantasiesFulfilled.com ($1,988)        AquaticFantasies.com ($2,595)
PureFantasies.com ($2,499)             InteractiveFantasies.com ($4,989)

### — Whois & Quick Stats

| | |
|---|---|
| Email | f96b68ec36a08d34198b84ed68c...@povd.com |
| | f96b68ec36a08d34198b84ed68c...@povd.com |
| | abuse@moniker.com is associated with ~749,171 domains |
| | f96b68ec36a0...@povd.com.whoisproxy.org |
| | f96b68ec36a0...@povd.com.whoisproxy.org |
| Registrant Org | Moniker Privacy Services is associated with ~254,212 other domains |
| Registrar | MONIKER ONLINE SERVICES LLC |
| Registrar Status | clientDeleteProhibited, clientTransferProhibited, clientUpdateProhibited |
| Dates | Created on 2002-05-08 - Expires on 2016-05-08 - Updated on 2014-07-06 |
| Name Server(s) | NS0.REFLECTED.NET (has 6,141 domains) NS1.REFLECTED.NET (has 6,141 domains) |
| IP Address | 209.239.167.225 - 40 other sites hosted on this server |
| IP Location | 🇺🇸 - Massachusetts - Waltham - Reflected Networks Inc. |
| ASN | 🇺🇸 AS29789 REFLECTED - Reflected Networks, Inc. (registered May 05, 2003) |
| Domain Status | Registered And Active Website |
| Whois History | 94 records have been archived since 2000-08-28 |
| IP History | 44 changes on 10 unique IP addresses over 11 years |
| Registrar History | 3 registrars |
| Hosting History | 6 changes on 6 unique name servers over 13 years |
| Whois Server | whois.moniker.com |

### — Website

| | |
|---|---|
| Website Title | 🌐 HD POV Porn, High Definition Movies - POVD.COM |
| Server Type | nginx/1.4.6 (Ubuntu) |
| Response Code | 200 |
| SEO Score | 93% |
| Terms | 435 (Unique: 245, Linked: 253) |
| Images | 30 (Alt tags missing: 0) |
| Links | 137  (Internal: 128, Outbound: 9) |

**Whois Record** ( last updated on 2015-10-15 )

```
Domain Name: povd.com
Registry Domain ID: 86391479_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.moniker.com
Registrar URL: http://www.moniker.com
```



**Tools**

| Whois History | Hosting History |
|---|---|

| Monitor Domain Properties | ▼ |
| Reverse Whois Lookup | ▼ |
| Reverse IP Address Lookup | ▼ |
| Reverse Name Server Lookup | ▼ |
| Network Tools | ▲ |
| Buy This Domain ▼ | Visit Website |
| View Screenshot History |

**Available TLDs**

| General TLDs | Country TLDs |

The following domains are available through our preferred partners. Select domains below for more information. (3rd party site)

☐ Taken domain.
☐ Available domain.
☐ Deleted previously owned domain.

| PoVd.com | View Whois |
| PoVd.net | View Whois |
| PoVd.org | View Whois |
| PoVd.info | Buy Domain |
| PoVd.biz | View Whois |
| PoVd.us | View Whois |


Domain names with UNLIMITED...
WEB HOSTING ▶

```
Updated Date: 2014-07-06T22:45:24.0Z
Creation Date: 2002-05-08T21:56:45.0Z
Registrar Registration Expiration Date: 2016-05-08T21:56:45.0Z
Registrar: Moniker Online Services LLC
Registrar IANA ID: 228
Registrar Abuse Contact Email: abuse@moniker.com
Registrar Abuse Contact Phone: +1.9546071294
Domain Status: clientDeleteProhibited http://www.icann.org/epp#clientD
eleteProhibited
Domain Status: clientTransferProhibited http://www.icann.org/epp#clien
tTransferProhibited
Domain Status: clientUpdateProhibited http://www.icann.org/epp#clientU
pdateProhibited
Registry Registrant ID:
Registrant Name: Moniker Privacy Services
Registrant Organization: Moniker Privacy Services
Registrant Street: 2320 NE 9th St, Second Floor
Registrant City: Fort Lauderdale
Registrant State/Province: FL
Registrant Postal Code: 33304
Registrant Country: US
Registrant Phone: +1.8006886311
Registrant Phone Ext:
Registrant Fax: +1.9545859186
Registrant Fax Ext:
Registrant Email:
f96b68ec36a08d34198b84ed68cd41499d97dee25a12e486ff406b2910e6f88d@povd.
com.whoisproxy.org
Registry Admin ID:
Admin Name: Moniker Privacy Services
Admin Organization: Moniker Privacy Services
Admin Street: 2320 NE 9th St, Second Floor
Admin City: Fort Lauderdale
Admin State/Province: FL
Admin Postal Code: 33304
Admin Country: US
Admin Phone: +1.8006886311
Admin Phone Ext:
Admin Fax: +1.9545859186
Admin Fax Ext:
Admin Email:
f96b68ec36a08d34198b84ed68cd41499d97dee25a12e486ff406b2910e6f88d@povd.
com.whoisproxy.org
Registry Tech ID:
Tech Name: Moniker Privacy Services
Tech Organization: Moniker Privacy Services
Tech Street: 2320 NE 9th St, Second Floor
Tech City: Fort Lauderdale
Tech Postal Code: 33304
Tech State/Province: FL
Tech Country: US
Tech Phone: +1.8006886311
Tech Phone Ext:
Tech Fax: +1.9545859186
Tech Fax Ext:
Tech Email:
f96b68ec36a08d34198b84ed68cd41497b6e65ba09327ff8a786e13480ca0978@povd.
com.whoisproxy.org
Name Server: ns0.reflected.net
Name Server: ns1.reflected.net
DNSSEC: unsigned
Whoisprivacy: 4
URL of the ICANN WHOIS Data Problem Reporting System: http://wdprs.int
ernic.net/

Registry Billing ID:
Billing Name: Moniker Privacy Services
Billing Organization: Moniker Privacy Services
Billing Street: 2320 NE 9th St, Second Floor
Billing City: Fort Lauderdale
Billing State/Province: FL
Billing Postal Code: 33304
Billing Country: US
Billing Phone: +1.8006886311
Billing Phone Ext:
Billing Fax: +1.9545859186
Billing Fax Ext:
Billing Email:
f96b68ec36a08d34198b84ed68cd41499d97dee25a12e486ff406b2910e6f88d@povd.
com.whoisproxy.org
```

EXHIBIT "43"

JulesJordan.com - WHOIS, DNS, & Domain Info - DomainTools                                                10/15/15, 3:48 PM



Home > Whois Lookup > JulesJordan.com

## Whois Record for JulesJordan.com

How does this work?

**Related Domains For Sale or At Auction**          [ 1 ] [ 2 ] [ 3 ]
JordenRunt.com ($2,595)          More >
BabyJorden.com ($475)                     JordenCarver.com ($3,500)
JordenRunTresa.com ($399)                 RoyalJordenlan.com ($300)
                                          BryceJordenCenter.com ($799)

**— Whois & Quick Stats**

| | |
|---|---|
| **Email** | abuse@web.com is associated with ~9,398,260 domains |
| | 64bcef320a28fd0a4...@domaindiscreet.com |
| | 64bcef300a0fd0a5...@domaindiscreet.com |
| | 64bcef320a28fd0a5...@domaindiscreet.com |
| **Registrant Org** | PERFECT PRIVACY, LLC was found in ~3,085,594 other domains |
| **Registrar** | REGISTER.COM, INC. |
| **Registrar Status** | clientTransferProhibited |
| **Dates** | Created on 2001-02-14 - Expires on 2016-02-14 - Updated on 2014-12-23 |
| **Name Server(s)** | NS1.SWEETHOSTING.COM (has 102 domains) NS2.SWEETHOSTING.COM (has 102 domains) |
| **IP Address** | 50.31.75.180 - 6 other sites hosted on this server |
| **IP Location** | - Illinois - Chicago - Steadfast Networks |
| **ASN** | AS32748 STEADFAST - Steadfast Networks (registered Jul 16, 2004) |
| **Domain Status** | Registered And Active Website |
| **Whois History** | 235 records have been archived since 2001-12-27 |
| **IP History** | 20 changes on 12 unique IP addresses over 11 years |
| **Registrar History** | 2 registrars |
| **Hosting History** | 6 changes on 5 unique name servers over 11 years |
| **Whois Server** | whois.register.com |

**— Website**

| | |
|---|---|
| **Website Title** | Jules Jordan's Official Membership Site - Porn Star - Director - Producer |
| **Server Type** | Apache/2.2.3 (CentOS) |
| **Response Code** | 200 |
| **SEO Score** | 81% |
| **Terms** | 164 (Unique: 118, Linked: 26) |
| **Images** | 11 (Alt tags missing: 6) |
| **Links** | 16   (Internal: 12, Outbound: 4) |

**Whois Record ( last updated on 2015-10-15 )**

```
Domain Name: julesjordan.com
Registry Domain ID: 61272303_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.register.com
Registrar URL: http://www.register.com
Updated Date: 2010-06-14T19:57:25Z
Creation Date: 2001-02-14T19:50:05Z
```



**Tools**

| Whois History | Hosting History |
|---|---|

Monitor Domain Properties
Reverse Whois Lookup
Reverse IP Address Lookup
Reverse Name Server Lookup
Network Tools

| Buy This Domain ▾ | Visit Website |
|---|---|

View Screenshot History

**Available TLDs**

| General TLDs | Country TLDs |
|---|---|

The following domains are available through our preferred partners. Select domains below for more information. (3rd party site)

☐ Taken domain.
☐ Available domain.
☐ Deleted previously owned domain.

| JulesJordan.com | View Whois |
| JulesJordan.net | View Whois |
| JulesJordan.org | View Whois |
| JulesJordan.info | Buy Domain |
| JulesJordan.biz | Buy Domain |
| JulesJordan.us | View Whois |



http://whois.domaintools.com/julesjordan.com

```
Registrar Registration Expiration Date: 2016-02-14T19:50:05Z
Registrar: Register.com, Inc.
Registrar IANA ID: 9
Registrar Abuse Contact Email:
```

```
Registrar Abuse Contact Phone: +1.8773812449
Reseller:
Domain Status: clientTransferProhibited http://icann.org/epp#clientTra
nsferProhibited
Registry Registrant ID:
Registrant Name: PERFECT PRIVACY, LLC
Registrant Organization:
Registrant Street: 12808 Gran Bay Pkwy West
Registrant City: Jacksonville
Registrant State/Province: FL
Registrant Postal Code: 32258
Registrant Country: US
Registrant Phone: +1.9027492701
Registrant Phone Ext.:
Registrant Fax:
Registrant Fax Ext.:
Registrant Email: 64bcef320a28fd0a40b1d3d17537b307@domaindiscreet.com
Registry Admin ID:
Admin Name: PERFECT PRIVACY, LLC
Admin Organization:
Admin Street: 12808 Gran Bay Pkwy West
Admin City: Jacksonville
Admin State/Province: FL
Admin Postal Code: 32258
Admin Country: US
Admin Phone: +1.9027492701
Admin Phone Ext.:
Admin Fax:
Admin Fax Ext.:
Admin Email: 64bcef300a28fd0a5c7e71a0a7b3b1ba@domaindiscreet.com
Registry Tech ID:
Tech Name: PERFECT PRIVACY, LLC
Tech Organization:
Tech Street: 12808 Gran Bay Pkwy West
Tech City: Jacksonville
Tech State/Province: FL
Tech Postal Code: 32258
Tech Country: US
Tech Phone: +1.9027492701
Tech Phone Ext.:
Tech Fax:
Tech Fax Ext.:
Tech Email: 64bcef320a28fd0a5ac95f8573dc1a6a8@domaindiscreet.com
Name Server: ns1.sweethosting.com
Name Server: ns2.sweethosting.com
DNSSEC: Unsigned
URL of the ICANN WHOIS Data Problem Reporting System: http://wdprs.int
ernic.net/

For more information on Whois status codes, please visit
https://www.icann.org/resources/pages/epp-status-codes-2014-06-16-en.
```

Jules Jordan Video ❖ 2257 Compliance Notice                                                                                     10/15/15, 4:49 PM

# 18 U.S.C. Section 2257 Compliance Notice

The actors, models, actresses and other persons that appear in any visual depiction of actual sexually explicit conduct appearing or otherwise contained in this Website were over the age of eighteen years at the time of the creation of such.

All other pictures, graphics, videos or other visual media displayed on this Website are exempt from the provision of 18 U.S.C. section 2257 and 28 C.F.R. 75 because said visual media do not consist of depictions of conduct as specifically listed in 18 U.S.C section 2256 (2) (A) through (D), but are merely depictions of non-sexually explicit nudity, or are depictions of simulated sexual conduct, or are otherwise exempt because the visual depictions were created prior to July 3, 1995

With respect to all visual media as defined above displayed on this website, whether of actual sexually explicit conduct, simulated sexual content or otherwise, all persons in said visual depictions were at least 18 years of age when said visual media, as defined above, were created.

**The original records require from the primary producer of said video and visual media and pursuant to 18 U.S.C. section 2257 and 28 C.F.R. 75 for all materials contained in the website are kept by the following Custodian of Records:**

## A. Gasper, Custodian of Records

A. Gasper
19860 Nordhoff Place,
Chatsworth, CA 91311

EXHIBIT "44"

Home >   Whois Lookup >   NubileFilms.com

# Whois Record for NubileFilms.com

Find out more about Project Whois
and DomainTools for Windows.

DOMAINTOOLS for Windows          Download Now
Access domain ownership records from your desktop

**Related Domains For Sale or At Auction**          | 1 | 2 | 3 | | More > |

NubilesPlace.com ($1,138)          NubilesNet.com ($2,429)
NubilesGirls.com ($2,202)          NubileMobile.com ($2,000)
NubileGirls.com ($777)             NubileGirl.com ($1,500)

## − Whois & Quick Stats

| | |
|---|---|
| **Email** | domainabuse@tucows.com is associated with ~7,788,416 domains for-us-to-answer-you-fa...@hostsite.com email-protected@private-whois.com is associated with ~839 domains |
| **Registrant Org** | NF Media Inc is associated with ~3 other domains |
| **Registrar** | TUCOWS DOMAINS INC. |
| **Registrar Status** | ok |
| **Dates** | Created on 2011-08-19 - Expires on 2016-08-19 - Updated on 2015-08-08 |
| **Name Server(s)** | NS1.HITCLUSTER.COM (has 19 domains) NS2.HITCLUSTER.COM (has 19 domains) |
| **IP Address** | 64.111.211.102 is hosted on a dedicated server |
| **IP Location** | - New Jersey - Weehawken - Isprime Inc. |
| **ASN** | AS23393 ISPRIME - ISPrime, Inc. (registered Mar 12, 2002) |
| **Domain Status** | Registered And Active Website |
| **Whois History** | 304 records have been archived since 2011-08-21 |

| IP History | 7 changes on 6 unique IP addresses over 4 years | ↱ |
|---|---|---|
| Registrar History | 1 registrar | ↱ |
| Hosting History | 3 changes on 4 unique name servers over 4 years | ↱ |
| Whois Server | whois.tucows.com | |

© 2015 DomainTools

**– Website**

| Website Title | 🆖 Nubile Films - Capturing the Essence of Sensuality | ↱ |
|---|---|---|
| Server Type | Apache | |
| Response Code | 200 | |
| SEO Score | 68% | |
| Terms | 294 (Unique: 146, Linked: 11) | |
| Images | 6 (Alt tags missing: 6) | |
| Links | 3   (Internal: 1, Outbound: 2) | |

**Whois Record ( last updated on 2015-10-12 )**

```
Domain Name: NUBILEFILMS.COM
Registry Domain ID: 1672863166_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.tucows.com
Registrar URL: http://tucowsdomains.com
Updated Date: 2015-05-22T18:45:35Z
Creation Date: 2011-08-19T21:00:06Z
Registrar Registration Expiration Date: 2016-08-19T21:00:06
Z
Registrar: TUCOWS, INC.
Registrar IANA ID: 69
Registrar Abuse Contact Email:  domainabuse@tucows.com
Registrar Abuse Contact Phone: +1.4165350123
Reseller: www.HostSite.com ---  Domain Registration and Hos
ting  ---  Email us when you need
help  ---
Reseller:
For-Us-To-Answer-You-Faster--Please-Email-Us-Using-
Our-Online-Form-Found-On-Our-Website@hostsite.com
Reseller: 1-415-462-5680
Reseller: http://www.HostSite.com
Domain Status: ok
Registry Registrant ID:
Registrant Name: NF Media Inc
Registrant Organization: NF Media Inc
Registrant Street: 6170 W Lake Mead Blvd. STE 93
Registrant City: Las Vegas
Registrant State/Province: NV
Registrant Postal Code: 89108
Registrant Country: US
Registrant Phone: +1.8777756425
Registrant Phone Ext:
```

```
Registrant Fax:
Registrant Fax Ext:
Registrant Email:   email-protected@private-whois.com
Registry Admin ID:
Admin Name: NF Media Inc
Admin Organization: NF Media Inc
Admin Street: 6170 W Lake Mead Blvd. STE 93
Admin City: Las Vegas
Admin State/Province: NV
Admin Postal Code: 89108
Admin Country: US
Admin Phone: +1.8777756425
Admin Phone Ext:
Admin Fax:
Admin Fax Ext:
Admin Email:   email-protected@private-whois.com
Registry Tech ID:
Tech Name: www.hostsite.com - Domain Registration
Tech Organization: HostSite.com
Tech Street: 1618 Sullivan Ave, 529
Tech City: Daly City
Tech State/Province: CA
Tech Postal Code: 94015
Tech Country: US
Tech Phone: +1.4154625680
Tech Phone Ext:
Tech Fax:
Tech Fax Ext:
Tech Email:   email-protected@private-whois.com
Name Server: NS1.HITCLUSTER.COM
Name Server: NS2.HITCLUSTER.COM
DNSSEC: unsigned
URL of the ICANN WHOIS Data Problem Reporting System: http:
//wdprs.internic.net/

Registration Service Provider:
    www.HostSite.com ---  Domain Registration and Hosting
---  Email us when you need help
---,
For-Us-To-Answer-You-Faster--Please-Email-Us-Using-
Our-Online-Form-Found-On-Our-Website@hostsite.com
    1-415-462-5680
    http://www.HostSite.com
    Phone support available 9AM-6PM PST M-F.
    .
    Domain registration includes FREE optional PrivateWhois
.com service
    which blocks your whois contact info from being display
ed in the WHOIS.
    Your email address is protected by default so that you
do not get spam.
    Thank you for using HostSite.com

    Notice: This domain's email address might be protected
by
    HostSite.com's FREE PrivateWhois service. If you need t
o email the
    owner of this domain name, you can only do so through
    http://PrivateWhois.com
```

**Tools**

| Whois History |
| --- |

| Hosting History |
| --- |

| Monitor Domain Properties | ▼ |
| --- | --- |
| Reverse Whois Lookup | ▼ |
| Reverse IP Address Lookup | ▼ |
| Reverse Name Server Lookup | ▼ |

| Network Tools | ▼ |
| --- | --- |

| Buy This Domain ▼ |
| --- |

| Visit Website |
| --- |

| ⬇ Preview the Full Domain Report |
| --- |



| View Screenshot History |
| --- |

**Available TLDs**

| **General TLDs** | Country TLDs |
| --- | --- |

The following domains are available through our preferred partners. Select domains below for more information. (3rd party site)

☐ Taken domain.
☐ Available domain.
☐ Deleted previously owned domain.

| NubileFilms.com | View Whois |
| --- | --- |
| NubileFilms.net | View Whois |
| NubileFilms.org | View Whois |
| NubileFilms.info | Buy Domain |
| NubileFilms.biz | View Whois |
| NubileFilms.us | View Whois |

Domain names with FREE...
SSL 🔒

# EXHIBIT "45"

# 18 U.S.C. § 2257 Record Keeping Information

In compliance with United States Code, Title 18, Section 2257, all models, actors, actresses and other persons that appear in any visual depiction of actual or simulated sexual conduct appearing otherwise contained at elegantangel.com were over the age of eighteen (18) years at the time of the creation of such depictions. Some of the aforementioned depictions appearing or otherwise contained at the site contain only visual depictions of actual sexually explicit conduct made before July 3, 1995, and, as such, are exempt from the requirements set forth in 18 U.S.C. § 2257 and C.F.R. 75.

The operators of this web site is not the primary producer (as that term is defined in 18 U.S.C. section 2257) of any of the visual content contained within. The original records are kept by the following Custodian of Records:



Patrick Collins
8015 Deering Ave.,
Canoga Park, CA, USA
91304

All external links on elegantangel.com are the responsability of the pointed sites owners respectively since we don't have any control over the content of these sites. Please refer to the linked website for any inquiries about subject.

With regard to the remaining depictions of actual sexual conduct appearing or otherwise contained at elegantangel.com, a copy of the records required pursuant to 18 U.S.C. & 2257 and C.F.R. 75 are kept at the following location by the Custodians of Records. For any inquiries pertaining to any models/actors/actresses shown on these pages, please contact:

HVL Cyberweb Solutions
PO BOX 4002, SUCC D
Montreal QC
H3C 0J7 Canada

# EXHIBIT "46"



Home > Whois Lookup > ElegantAngel.com

# Whois Record for **ElegantAngel.com**

How does this work?

### Related Domains For Sale or At Auction

| 1 | 2 | 3 |

More >

ElegantAffair.com ($3,988)        Delegant.com ($2,595)
ElegantFavors.com ($4,788)        ElegantBridalShop.com ($475)
ElegantBridalJewelry.com ($1,888)  ElegantDesignsInc.com ($2,188)

### ➖ Whois & Quick Stats

| | |
|---|---|
| Email | abuse@directnic.com is associated with ~523,907 domains<br>elegantan...@domainnameproxyservice.com |
| Registrar | DNC HOLDINGS, INC. |
| Registrar Status | clientDeleteProhibited, clientTransferProhibited, clientUpdateProhibited |
| Dates | Created on 1995-11-30 - Expires on 2023-11-29 - Updated on 2015-04-10 |
| Name Server(s) | NS1.MOJOHOST.COM (has 19,193 domains)<br>NS2.MOJOHOST.COM (has 19,193 domains) |
| IP Address | 206.125.164.221 - 107 other sites hosted on this server |
| IP Location | 🇨🇦 - Quebec - Montreal - Hvl Cyberweb Solutions |
| ASN | 🇨🇦 AS46609 OPTIC - Technologie Optic.ca (registered Oct 27, 2008) |
| Domain Status | Registered And Active Website |
| Whois History | 1,002 records have been archived since 2003-07-03 |
| IP History | 16 changes on 13 unique IP addresses over 10 years |
| Registrar History | 1 registrar with 2 drops |
| Hosting History | 5 changes on 6 unique name servers over 13 years |
| Whois Server | whois.directnic.com |

### ➖ Website

| | |
|---|---|
| Website Title | Official Website of Elegant Angel |
| Server Type | Apache |
| Response Code | 200 |
| SEO Score | 95% |
| Terms | 214 (Unique: 116, Linked: 33) |
| Images | 0 (Alt tags missing: 0) |
| Links | 16 (Internal: 6, Outbound: 10) |

### Whois Record ( last updated on 2015-10-15 )

```
Domain Name: ELEGANTANGEL.COM
Registry Domain ID: 3756272_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.directnic.com
Registrar URL: http://www.directnic.com
Updated Date: 2015-04-10T20:30:26-05:00
Creation Date: 1995-11-30T05:00:00-06:00
Registrar Registration Expiration Date: 2023-11-29T05:00:00-06:00
Registrar: DNC Holdings, Inc.
Sponsoring Registrar IANA ID: 291
Registrar Abuse Contact Email: abuse@directnic.com
```



## Tools

| Whois History | Hosting History |

| Monitor Domain Properties | ▼ |
| Reverse Whois Lookup | ▼ |
| Reverse IP Address Lookup | ▼ |
| Reverse Name Server Lookup | ▼ |
| Network Tools | ▼ |

| Buy This Domain ▼ | Visit Website |

| View Screenshot History |

### Available TLDs

| **General TLDs** | Country TLDs |

The following domains are available through our preferred partners. Select domains below for more information. (3rd party site)

☐ Taken domain.
☐ Available domain.
☐ Deleted previously owned domain.

| ElegantAngel.com | View Whois |
| ElegantAngel.net | View Whois |
| ElegantAngel.org | View Whois |
| ElegantAngel.info | Buy Domain |
| ElegantAngel.biz | Buy Domain |
| ElegantAngel.us | View Whois |



```
Registrar Abuse Contact Phone: +1.8668569598
Domain Status: clientTransferProhibited (https://www.icann.org/epp#cli
entTransferProhibited)
Domain Status: clientUpdateProhibited (https://www.icann.org/epp#clien
tUpdateProhibited)
Domain Status: clientDeleteProhibited (https://www.icann.org/epp#clien
tDeleteProhibited)
Registrant Name: Direct Privacy
Registrant Organization: Domain Name Proxy Service, Inc Privacy ID# 74
6426
Registrant Street: P.O. Box 6592
Registrant City: Metairie
Registrant State/Province: LA
Registrant Postal Code: 70009
Registrant Country: US
Registrant Phone: +1.5043550082
Registrant Phone Ext:
Registrant Fax:
Registrant Fax Ext:
Registrant Email: elegantangel.com@domainnameproxyservice.com
Admin Name: Direct Privacy
Admin Organization: Domain Name Proxy Service, Inc Privacy ID# 746426
Admin Street: P.O. Box 6592
Admin City: Metairie
Admin State/Province: LA
Admin Postal Code: 70009
Admin Country: US
Admin Phone: +1.5043550082
Admin Phone Ext:
Admin Fax:
Admin Fax Ext:
Admin Email: elegantangel.com@domainnameproxyservice.com
Tech Name: Direct Privacy
Tech Organization: Domain Name Proxy Service, Inc Privacy ID# 746426
Tech Street: P.O. Box 6592
Tech City: Metairie
Tech State/Province: LA
Tech Postal Code: 70009
Tech Country: US
Tech Phone: +1.5043550082
Tech Phone Ext:
Tech Fax:
Tech Fax Ext:
Tech Email: elegantangel.com@domainnameproxyservice.com
Name Server: ns1.mojohost.com
Name Server: ns2.mojohost.com
URL of the ICANN WHOIS Data Problem Reporting System
http://wdprs.internic.net
For more information on Whois status codes,
please visit https://www.icann.org/resources/pages/epp-status-codes-
2014-06-16-en.
```



Sitemap   Blog   Terms of Service   Privacy Policy   Contact Us   Domain News      © 2015 DomainTools

# EXHIBIT "47"

# CUSTODIAN OF RECORDS - TITLE 18, U.S.C. SECTION 2257 COMPLIANCE

In compliance with United States Code, Title 18, Section 2257, all models, actors, actresses and other persons who appear in any visual depiction of actual sexually explicit conduct appearing or otherwise contained in or at this site were over the age of eighteen years at the time of the creation of such depictions. With respect to all materials for which either LFP Internet Group, LLC or LFP Video Group, LLC is the primary producer, records required to be maintained pursuant to Title 18, Section 2257 are kept by the custodian of records at:

LFP Internet Group, LLC
LFP Video Group, LLC
8484 Wilshire Blvd. #900
Beverly Hills, CA 90211

Other primary producers of licensed content material are:

(Combat Zone)
D. Giarrusso
9320 Mason Ave.
Chatsworth, CA 91311
USA
info@combatzone.us

(Pink Visual)
BM Videos Inc.
Custodian of Records C/O Eduardo de la Cruz
Ave Balboa, Balboa Point Building, 6th floor
Panama City, Panama

Other primary producers of material that may be accessed via hyperlink from within this site are:

(Premium Cash Sites)
Premium Multimedia Inc.
PO BOX 5 SUCC D
Montreal, QC, Canada
H3K 3B9

(Premium Cash Sites)
Premium Multimedia Inc.
PO BOX 5 SUCC D
Montreal, QC, Canada
H3K 3B9

(Nubiles Sites)
Frans A. van der Poll
Kromhoutstraat 54/0020 1976 BM Ijmuiden
The Netherlands


(Built To Convert Sites)
J. Goatee
Fuel Virtual Inc.
8335 Sunset Blvd. Suite 315
West Hollywood, CA 90069


(Reality Cash Sites)
Custodian of Records
2706 Media Center Drive
Los Angeles, CA 90065


(Gammae Sites)
NetFame Solutions Inc
3300 Cote-Vertu, suite 406
Montreal, Quebec, H4R 2B7, Canada


(JuggCash Sites)
J. Sim
7777 Decarie Boulevard
Suite 300
Montreal, Quebec
H4P 2H2 Canada


(MofosCash Sites)
J. Sim
7777 Decarie Boulevard
Suite 300
Montreal, Quebec
H4P 2H2 Canada


(NastyDollars Sites)
Jose Tavarez
225 7th street, suite LB-100
Miami, Fl 33139


(Rabbits Reviews)
M. Dickinson, Custodian of Records
625 Broadway Suite #700
San Diego, Ca 92101
US


(Flirt4Free/HustlerLive)
C. Parsons
Compliance / Custodian of Records
recordkeeping@flirt4free.com

26672 Agoura Rd.
Calabasas, CA 91302-2969


(Hustler Flirts)
HustlerFlirts Limited
Rena Erotocritou
Ariel Secretaries Limited
196, Arch Makarios Avenue, Ariel Corner
1st Floor, Office 102, # 57528
3316 Limassol - Cyprus


(Barely Legal Flirts)
Barely Legal Flirts Limited
Rena Erotocritou
Ariel Secretaries Limited
196, Arch Makarios Avenue, Ariel Corner
1st Floor, Office 102, # 57528
3316 Limassol – Cyprus


(Hustler Cams)
Custodian of Records
Streamray, Inc.
6845 S. Escondido St., Ste 106
Las Vegas, NV 89119


(Hustler VOD)
Custodian of Records
Adult Entertainment Broadcast Network
500 Archdale Drive
Charlotte, NC 28217


(Hustler Personals)
Custodian of Records
ConfirmID, Inc.
6845 S. Escondido St., Ste 106
Las Vegas, NV 89119


Back to Hustler.com

Hustler Cash - Promote the World Famous Hustler brand of high converting websites!

Sign up for an Account



- Username
- Password

- Login

Forgot Password

- Home
- Programs
- Websites
- Marketing Tools
- FAQ
- Support
- Resources
- Sign Up



# Whats New | *News & Updates*

▶
**Aug 27, 2015**

HUSTLER CASH News and NEW Labor Day banners!

HUSTLER Cash NEWS:

We are sorry to say that after 3 years with the HUSTLER family our Sarah Jayne is leaving us for a brand new opportunity. We want to thank her for all the work she has done and wish her the very...

▸▸ Read More

▶
**Jul 29, 2015**

280+ Hosted Video & Model Profile Galleries Added To Affiliate Area

Ton of new galleries added today! Over 140 new hosted model profile galleries ranging from today's hotties like Cassidy Banks and Victoria James to industry legends such as Vanessa Del Rio.

Another 140 hosted video...

▸▸ Read More

# Check out our New Program | Now On



- ✔ State-of-the-Art Promo Tools
- ✔ Reliable Live Stats
- ✔ Regular On-time Payouts
- ✔ Cascading Billing

- ✔ Brands that sell themselves
- ✔ Award Winning Content



- 🖌 Brand New Fresh Tours

[Sign up for a Hustler Account Now](#)



**Need content for your paysites? Get Hustler Content for as low as $49**

[HOME](#) | [PROGRAMS](#) | [WEBSITES](#) | [MARKETING TOOLS](#) | [FAQ](#) | [SUPPORT](#) | [RESOURCES](#) | [SIGN UP](#)

[18 U.S. 2257 Record-Keeping Requirements Compliance Statement](#)
All models appearing on this site are 18 older. © 2010
LFP Internet Group, LLC, All Rights Reserved LFP Internet Group, LLC, 8484 Wilshire Blvd. #900, Beverly Hills, CA 90211 USA



We support RTA and ICRA. Our websites are properly labled to help protect minors from accessing content that may be inappropriate for their viewing.

Counties of Los Angeles, Santa Clara, San Benito, Santa Cruz, and Monterey

Change Location

Menu

## BBB BUSINESS REVIEW

What is a BBB Business Review?

**THIS BUSINESS IS NOT BBB ACCREDITED**

### LFP Publishing Group, LLC 

(818) 248-4549

*View Additional Phone Numbers*
8484 Wilshire Blvd Ste 900, Beverly Hills, CA 90211-3218
http://www.filmthreat.com

No Rating | **On a scale of A+ to F**
Reason for Rating
BBB Ratings System Overview

*BBB Business Reviews may not be reproduced for sales or promotional purposes.*

---

#### BBB Accreditation

LFP Publishing Group, LLC is not BBB Accredited.

Businesses are under no obligation to seek BBB accreditation, and some businesses are not accredited because they have not sought BBB accreditation.

To be accredited by BBB, a business must apply for accreditation and BBB must determine that the business meets BBB accreditation standards, which include a commitment to make a good faith effort to resolve any consumer complaints. BBB Accredited Businesses must pay a fee for accreditation review/monitoring and for support of BBB services to the public.

---

#### Reason for Rating

BBB rating is based on 13 factors. Get the details about the factors considered.

This business has no rating at this time.

#### Customer Complaints Summary

| 4 complaints closed with BBB in last 3 years | 0 closed in last 12 months | |
| --- | --- |
| Complaint Type | Total Closed Complaints |
| Advertising / Sales Issues | 1 |
| Delivery Issues | 1 |
| Problems with Product / Service | 2 |
| Billing / Collection Issues | 0 |
| Guarantee / Warranty Issues | 0 |
| **Total Closed Complaints** | 4 |

#### Customer Reviews Summary

Read customer reviews

| 0 Customer Reviews Customer Reviews on LFP Publishing Group, LLC | |
| --- | --- |
| Customer Experience | Total Customer Reviews |
| Positive Experience | |
| Neutral Experience | |
| Negative Experience | |
| **Total Customer Reviews** | **0 Customer Reviews** |

---

#### Government Actions

BBB knows of no government actions involving the marketplace conduct of LFP Publishing Group, LLC.

What government actions does BBB report on?

## Advertising Review

BBB has nothing to report concerning LFP Publishing Group, LLC's advertising at this time.

What is BBB Advertising Review?

## Additional Information

Business started: 07/01/1974

**Number of Employees**
1

**Business Category**
Publishers - Book, Vanity Publishers, Books - Wholesale

**Alternate Business Names**
American Artists, Asian Fever, Barely Legal, Country Fever Magazine, Film Threat Magazine, Hometown Girls, Hot Boat Magazine, Hustler Internet Group, Hustler Magazine, Hustler's Brown Sugar, L F P Advertising Group, L F P, Inc., Larry Flint Productions, Larry Flynt Publishing Incorporated, Online Enterprises, Tips and Tricks Magazine

*As a matter of policy, BBB does not endorse any product, service or business.*

*BBB Business Reviews are provided solely to assist you in exercising your own best judgment. Information in this BBB Business Review is believed reliable but not guaranteed as to accuracy.*

*BBB Business Reviews generally cover a three-year reporting period. BBB Business Reviews are subject to change at any time.*

BBB Directory                                    Terms of Use

Give.org                                         Trademarks

Council of Better Business                       Privacy Policy
Bureaus
                                                 Fight Phishing
Contact

BBB Business Partner Code

© 2015 BBB of Los Angeles & Silicon Valley

EXHIBIT "48"

Naughty America in San Diego, CA 92101 Chamber of Commerce.com
10/12/15, 7:24 PM



**Naughty America**
0 Reviews

625 Broadway Ste 700 San Diego, California
92101

**ADDITIONAL INFORMATION:**

*Employee Size: 1 To 4*

*Exact Employee Count: 3*

*Exact Sales Volume: 750-0000*

*Sales Volume: 5M – 9,999,999*

**CATEGORIES:**

Arts & Entertainment

Automobile Parts & Supplies
Manufacturing & Wholesale

Business, Industry & Agriculture

Transportation Equipment Manufacturing
& Wholesale

## Related

| | |
|---|---|
| SAN DIEGO PARKS AND | NEW YEARS PARTY IDEAS |
| SAN DIEGO UNION TRIBUNE | CORPORATE RETREATS |
| WHALE WATCHING | OCEANSIDE SAN DIEGO |
| THEATER TICKETS | IMPERIAL BEACH |

Sponsored Listings for: **San Diego Arts Entertainment**

1   Painting & Vino **San Diego**

LivingSocial.com/SanDiego | The Best Price on Painting Class Top **Entertainment** Deals Near
**San Diego**

2   #WhyNotWednesday

verizon.tumblr.com | Giving You the Latest in Music, Sports, Fashion, Tech, and More!

## About

Naughty America is located at the address 625 Broadway in San Diego, California 92101. Naughty America
specializes in Sedans, European, Minivans.

Naughty America has an annual sales volume of 5M – 9,999,999. .For more information contact CORINA
DEXISIGN, Trade Show Coordinator

Naughty America provides Tune Ups, Tune-Ups, Shocks to it's customers. For maps and directions to Naughty
America view the map to the right. For reviews of Naughty America see below.

⚠ CLAIM THIS BUSINESS

## Business Features

**PRODUCTS**

Spark Plugs , Struts , Pads , Radiators , Passenger Tires , Trucks , Batteries , Jacks

**SERVICES**

Struts , Mufflers , Air Conditioning , Shocks , Rebuilding , Oil Changes , Tune-Ups , Exhaust Systems , Catalytic
Converters , Tune Ups

**BRANDS**

Nissan , Jeep , Lexus , Audi , Ford

**SPECIALTIES**

Minivans , European , Imports , Sedans , Fleets

## Reviews

https://www.chamberofcommerce.com/san-diego-ca/33752844-naughty-america

Naughty America in San Diego, CA 92101 - Chamberofcommerce.com                                    10/12/15, 7:24 PM

## Key Contacts

**Corina Dexisign**
*TRADE SHOW COORDINATOR*
Phone: 619246 377

EXHIBIT "49"









Sex·com (/)

Search (https://twitter.com/sexdotcom)     Videos ▾   Q     On Gif Animation

Login (/user/signin?redirect=%2Fsponsor%2Fofficialhustler%2F)     Sign Up! (/user/signup)     ❶ ▾ (/about/us)   ⬚ ▾

Videos ▾ (/sex-videos/?sort=latest)     Pictures ▾ (/porn-pics/?sort=latest)     Categories ▾ (/categories/)     Pornstars (/pornstars/all)     Live Cams (http://ads.sex.com/zone.php?id=19)

Sexting (http://ads.sex.com/zone.php?id=92)     Free Sex Games (http://www.clicktraffix.net/598ca8c0-55a2-4b79-ad50-32c1ca66a3e5)

Sex Deals (http://sex.idealgasm.com/us/new-york/live-deals?ref=787)     Blog (http://www.sex.com/news/)

Gay (http://www.gay.sex.com/?utm_source=Sex.com&utm_medium=header_link&utm_campaign=Sex.com)



About

Hustler.com is the best online porn website to watch free porn videos, photos, porn stars, magazines and much more! Now get your favourite smut here at Sex.com

Visit Us:   🏠 OfficialHustler website

f facebook     🐦 Twitter



(http://secure.hustler.com/track/NDM2OTE5LjEuOS45LjAuMC4wLjAuMA)

Sort: Latest     Filter: Videos





Load More

©2015 Sex.com - About us (/about/us) - How it Works (/about/howitworks) - Etiquette (/about/etiquette) - Terms of Use (/about/terms) - Privacy (/about/privacy) - DMCA (/about/dmca) - 2257 (/about/compliance) - Help (/about/faq) - Advertise with Us (/about/advertise)

RTA® (http://www.rtalabel.org)





Source of: http://www.sex.com/sponsor/povd/ - Mozilla Firefox

File   Edit   View   Help

```
    };
    </script>

    <div id="sponsor_background" style="background-image: url('');">

    <div id="sponsor_container_no_bckgd" class="container centered" >

    <div class="" id="cp_row">

        <div class="" id="left_col">

            <div class="left-box">

                <div class="navbar" id="user_name">
                    <div id="logo_img">
                    <a href="http://join.povd.com/track/Mjk4ODI6NTc6MTQu.20/" target="_blank"><img src="http://images.sex.com/images/pinporn/users/sex/672

                </div>

                <!-- <div class="pull-right">
                <div class="btn-group sponsor_btn_group">
                <button class="btn btn-block follow followButton" data-id="" data-text-follow="Follow" data-text-unfollow="Unfollow">Unfollow</button>
                </div>
                </div>-->
                <div class="clearfix"></div>
            </div>

            <div id="bio_img">
            <a href="http://join.povd.com/track/Mjk4ODI6NTc6MTQu.20/" target="_blank"><img src="http://images.sex.com/images/pinporn/2015/07/08/300/127881
            </div>
            <div id="bio">
            <h2>About</h2>
            <p>
            Experience your erotic point of view fantasies with the hottest pornstars in Full HD High Definition 1080p porn videos. POVD right here at
            </div>
            <div id="social">
            <b>Visit Us </div> class="btn-group visit_us">
```

povd    < >    Highlight All    Match Case    19 of 61 matches

Line 960, Col 30





10/8/2015 4:11:34 PM

# Sex.com *(f)*

Search
(https://twitter.com
/sexdotcom)   Videos ▾   Q   On Gif Animation   Login (/user/signin?redirect=%2Fsponsor%2Fjulesjordanvideo%2F)   Sign Up! (/user/signup)   ❶ ▾ (/about/us)   ⊞ ▾

Videos ▾ (/sex-videos/?sort=latest)    Pictures ▾ (/porn-pics/?sort=latest)    Categories ▾ (/categories/)    Pornstars (/pornstars/all)    Live Cams (http://ads.sex.com/zone.php?id=19)

Sexting (http://ads.sex.com/zone.php?id=92)    Free Sex Games (http://www.clicktraffix.net/598ca8c0-55a2-4b79-ad50-32c1ca66a3e5)    Best Porn Sites (http://theporndude.com/)

Sex Deals (http://sex.idealgasm.com/us/new-york/live-deals/ref=787)    Blog (http://www.sex.com/news/)

Gay (http://www.gay.sex.com/?utm_source=Sex.com&utm_medium=header_link&utm_campaign=Sex.com)



(http://enter.julesjordan.com/track
/MTMuMi4zLjYuNjcuMC4wLjAuMA)

About

Jules Jordan Video - The hottest XXX content &
Porn Stars are at Jules Jordan Video

Visit Us:   🏠 julesjordanvideo website

**f** facebook    **🐦** Twitter



Sex.com

(http://enter.julesjordan.com/track/MTMuMi4zLjYuNjcuMC4wLjAuMA)



Sort: Latest   Filter: Videos



10/8/2015 4:24:01 PM

Source of: http://www.sex.com/sponsor/nubilefilms/ - Mozilla Firefox

File   Edit   View   Help

```
<div id="sponsor_background" style="background-image: url('http://images.sex.com/images/pinporn/users/sex/4611/sponsor_background_2200x1154_1.jpg');">

<div id="sponsor_container" class="container centered" >

<div class="" id="top_row">

    <div class="" id="left_col">

        <div class="left-box">

            <div class="navbar" id="user_name">
                <div id="logo_img">
                <a href="http://www.nubilefilms.com">
            </div>

            <!-- <div class="pull-right">
                <div class="btn-group sponsor_btn_group">
                    <button class="btn btn-block followButton" data-id="" data-text-follow="Follow" data-text-unfollow="Unfollow">Unfollow</button>
                </div>
            </div> -->
            <div class="clearfix"></div>
        </div>

        <div id="bio_img">
            <a href="http://www.nubilefilms.com/films.php?category=all&sort=featured&p=1&coupon=1369" target="_blank"><img src="http://images.sex.com/ima
        </div>
        <div id="bio">
        <h2>About</h2>
        <p>
        Nubilefilms is redefining passion one sensual, beautiful film at a time. This newly launched site brings you the hottest models from all o
        </p>
        <div id="social">
        <h2>Visit Us: <div class="btn-group visit_us">
            <button class="btn " onClick="window.open('http://www.nubilefilms.com/films.php?category=all&sort=featured&p=1&coupon=1369')"><i clas
        </div></h2>

        <div class="clearfix"></div>
        <div class="btn-group visit_us" >
            <button class="btn btn-social btn-facebook btn-primary" onClick="window.open('https://www.facebook.com/NubileFilms')"><i class="icon icon-
        </div>
        <div class="btn-group visit_us">
            <button class="btn btn-social btn-twitter btn-info" onClick="window.open('')"><i class="icon icon-twitter"></i> Twitter</button>
```

Line 972, Col 34

Start

10/8/2015 4:23:57 PM

4:23 PM
10/8/2015

# Sex·com (f)

Search (https://twitter.com/sexdotcom)  Videos ▾  Q   On Gif Animation   Login (/user/signin?redirect=%2Fsponsor%2Fnubilefilms%2F)   Sign Up! (/user/signup)   ❶ ▾ (/about/us)  ⊞ ▾

Videos ▾ (/sex-videos/?sort=latest)    Pictures ▾ (/porn-pics/?sort=latest)    Categories ▾ (/categories/)    Pornstars (/pornstars/all)    Live Cams (http://ads.sex.com/zone.php?id=19)

Sexting (http://ads.sex.com/zone.php?id=92)    Free Sex Games (http://www.clicktraffix.net/598ca8c0-55a2-4b79-ad50-32c1ca66a3e5)    Best Porn Sites (http://thepomdude.com/)

Sex Deals (http://sex.idealgasm.com/us/new-york/live-deals?ref=787)    Blog (http://www.sex.com/news/)

Gay (http://www.gay.sex.com/?utm_source=Sex.com&utm_medium=header_link&utm_campaign=Sex.com)



(http://www.nubilefilms.com
/films.php?category=all&sort=featured&
p=1&coupon=13689)

About

Nubilefilms is redefining passion one sensual,
beautiful film at a time. This newly launched site
brings you the hottest models from all over the
world getting fucked in erotic lesbian videos so
real that you'll almost believe you're right there!
If you want hot explicit hardcore and threesome
action in stunning high definition visid now!

Visit Us:  🏠 nubilefilms website

[f facebook]   [🐦 Twitter]



(http://www.nubilefilms.com/films.php?category=all&sort=featured&p=1&coupon=13689)

Sort: Latest   Filter: Videos





Source of: http://www.sex.com/sponsor/elegantangelxo/ - Mozilla Firefox

File  Edit  View  Help

```
    };
  };
</script>

<div id="sponsor_background" style="background-image: url('http://images.sex.com/images/pinporn/users/sex/428519/sponsor_background_2200x1154_4.jpg');">

<div id="sponsor_container" class="container centered" >

<div class="" id="top_row">

<div class="" id="left_col">

<div class="left-box">

<div class="navbar" id="user_name">
<div id="logo_img">
<a href="http://track.braincash.com/track/cdusev.REVDISCOUNT.ELEGANT.ELEGANT.ELEGANT.0.0.0.0.0" target="_blank"><img src="http://images.sex.co
</div>

<!-- <div class="pull-right">
<div class="btn-group sponsor_btn_group">
<button class="btn btn-block follow">Button" data-id="" data-text-follow="Follow" data-text-unfollow="Unfollow">Unfollow</button>
</div>-->
</div>
<div class="clearfix"></div>
</div>

<div id="bio_img">
<a href="http://track.braincash.com/track/cdusev.REVDISCOUNT.ELEGANT.ELEGANT.ELEGANT.0.0.0.0.0" target="_blank"><img src="http://images.sex.com/images
</div>
<div id="bio">
<h2>About</h2>
<p>
Elegant Angel is an Adult Entertainment company devoted to high quality gonzo productions that always feature passionate and authentic sex
</p>
</div>
<div id="social">
<p>Visit Us: </div> Class="btn-group visit us">
```

elegant    |<  >|  Highlight All  Match Case  19 of 51 matches

Line:961, Col:49

10/8/2015 4:46:28 PM

10/8/2015 4:46:29 PM

4:46 PM
10/8/2015



# EXHIBIT "50"



**United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

**Trademarks** > **Trademark Electronic Search System (TESS)**

*TESS was last updated on Thu Oct 15 03:21:00 EDT 2015*

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP | PREV LIST | CURR LIST | NEXT LIST |
| FIRST DOC | PREV DOC | NEXT DOC | LAST DOC |

Logout   Please logout when you are done to release system resources allocated for you.

Start   List At: [      ]   OR   Jump   to record: [      ]   **Record 2 out of 3**

TSDR   ASSIGN Status   TTAB Status   *( Use the "Back" button of the Internet Browser to return to TESS)*

# Typed Drawing

| | |
|---|---|
| **Word Mark** | **SEX.COM** |
| **Goods and Services** | IC 041. US 100 101 107. G & S: Computer services, namely, providing a computer data base for the goods and services of others in the field of adult oriented subject matter via a global computer network; providing links to the websites of goods and services others in the field of adult oriented subject matter by means of a website on a global computer network. FIRST USE: 19960101. FIRST USE IN COMMERCE: 19960101 |
| **Mark Drawing Code** | (1) TYPED DRAWING |
| **Trademark Search Facility Classification Code** | NOTATION-SYMBOLS Notation Symbols such as Non-Latin characters,punctuation and mathematical signs,zodiac signs,prescription marks |
| **Serial Number** | 75448953 |
| **Filing Date** | March 12, 1998 |
| **Current Basis** | 1A |
| **Original Filing Basis** | 1B |
| **Published for Opposition** | March 6, 2007 |
| **Registration Number** | 3284052 |
| **Registration Date** | August 28, 2007 |
| **Owner** | (REGISTRANT) ESCOM, LLC LIMITED LIABILITY COMPANY DELAWARE 123 NEWBURY STREET SECOND FLOOR BOSTON MASSACHUSETTS 02116<br><br>(LAST LISTED OWNER) CLOVER HOLDINGS LIMITED LIMITED PARTNERSHIP ST. VINCENT/GRDN |

EGMONT STREET KINGSTOWN ST. VINCENT/GRDN

| | |
|---|---|
| **Assignment Recorded** | ASSIGNMENT RECORDED |
| **Attorney of Record** | George R. Spatz |
| **Prior Registrations** | 3122247 |
| **Type of Mark** | SERVICE MARK |
| **Register** | PRINCIPAL-2(F) |
| **Affidavit Text** | SECT 15. SECT 8 (6-YR). |
| **Live/Dead Indicator** | LIVE |

TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP | PREV LIST | CURR LIST | NEXT LIST
FIRST DOC | PREV DOC | NEXT DOC | LAST DOC

|.HOME | SITE INDEX| SEARCH | eBUSINESS | HELP | PRIVACY POLICY

# EXHIBIT "51"



United States Patent and Trademark Office

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

**Trademarks** > **Trademark Electronic Search System (TESS)**

*TESS was last updated on Thu Oct 15 03:21:00 EDT 2015*

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP | PREV LIST | CURR LIST | NEXT LIST |
| FIRST DOC | PREV DOC | NEXT DOC | LAST DOC |

Logout   Please logout when you are done to release system resources allocated for you.

Start   List At: [      ]   OR   Jump   to record: [      ]   **Record 3 out of 3**

TSDR   ASSIGN Status   TTAB Status   *( Use the "Back" button of the Internet Browser to return to TESS)*

# Typed Drawing

| | |
|---|---|
| **Word Mark** | **SEX.COM** |
| **Goods and Services** | IC 042. US 100 101. G & S: providing access to an electronic bulletin board in the field of adult entertainment. FIRST USE: 19790600. FIRST USE IN COMMERCE: 19790600 |
| **Mark Drawing Code** | (1) TYPED DRAWING |
| **Serial Number** | **75106638** |
| **Filing Date** | May 20, 1996 |
| **Current Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Published for Opposition** | December 2, 1997 |
| **Registration Number** | 3122247 |
| **Registration Date** | August 1, 2006 |
| **Owner** | (REGISTRANT) Cohen, Stephen Michael INDIVIDUAL UNITED STATES P.O. Box 18744 Anaheim CALIFORNIA 928178744 |
| | (LAST LISTED OWNER) CLOVER HOLDINGS LIMITED LIMITED PARTNERSHIP ST. VINCENT/GRDN EGMONT STREET KINGSTOWN ST. VINCENT/GRDN |
| **Assignment Recorded** | ASSIGNMENT RECORDED |
| **Attorney of Record** | George R. Spatz |
| **Type of Mark** | SERVICE MARK |

Trademark Electronic Search System (TESS)                                    10/15/15, 8:34 PM

| | |
|---|---|
| **Register** | PRINCIPAL-2(F) |
| **Affidavit Text** | SECT 15. SECT 8 (6-YR). |
| **Live/Dead Indicator** | LIVE |

TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP | PREV LIST | CURR LIST | NEXT LIST
FIRST DOC | PREV DOC | NEXT DOC | LAST DOC

|.HOME | SITE INDEX| SEARCH | eBUSINESS | HELP | PRIVACY POLICY

# EXHIBIT "52"

*Trademark Trial and Appeal Board Electronic Filing System. http://estta.uspto.gov*

| ESTTA Tracking number: | **ESTTA124167** |
|---|---|
| Filing date: | **02/09/2007** |

## IN THE UNITED STATES PATENT AND TRADEMARK OFFICE BEFORE THE TRADEMARK TRIAL AND APPEAL BOARD

## Notice of Opposition

Notice is hereby given that the following party opposes registration of the indicated application.

## Opposer Information

| Name | HVL Cyberweb Solutions, Inc. |
|---|---|
| Granted to Date of previous extension | 02/10/2007 |
| Address | 1751 Richardson Suite 4102<br>Montreal, QC H3K1G6<br>CANADA |

| Attorney information | Allison G. Vasquez<br>Waller Lansden Dortch &amp; Davis, LLP<br>520 South Grand Avenue, Suite 800<br>Los Angeles, CA 90071<br>UNITED STATES<br>allison.vasquez@wallerlaw.com Phone:(213) 362-3491 |
|---|---|

## Applicant Information

| Application No | 78851360 | Publication date | 12/12/2006 |
|---|---|---|---|
| Opposition Filing Date | 02/09/2007 | Opposition Period Ends | 02/10/2007 |
| Applicant | Brown, Alden J<br>7 Coastal Canyon Drive<br>Newport Coast, CA 92657<br>UNITED STATES | | |

## Goods/Services Affected by Opposition

| Class 041. First Use: 1984/04/07 First Use In Commerce: 1984/04/07<br>All goods and sevices in the class are opposed, namely: Entertainment services, namely, providing an Internet web site featuring sexually explicit adult content videos, film clips, and photographs |
|---|

| Related Proceedings | Orange County Superior Court, action case no. 06CC04997 |
|---|---|

| Attachments | HVL notice of opposition.pdf ( 66 pages )(2940812 bytes ) |
|---|---|

| Signature | /Allison G. Vasquez/ |
|---|---|
| Name | Allison G. Vasquez |
| Date | 02/09/2007 |

## IN THE UNITED STATES PATENT AND TRADEMARK OFFICE BEFORE THE TRADEMARK TRIAL AND APPEAL BOARD

In the matter of service mark application Serial No. 78851360
Filed: March 31, 2006
For the mark PETER NORTH
Published in the Official Gazette on December 12, 2006

Date:  February 8, 2007

HVL CYBERWEB SOLUTIONS, INC.,

                    OPPOSER,

    v.

ALDEN J. BROWN,

                    APPLICANT.

Opposition No. _____

### NOTICE OF OPPOSITION

HVL Cyberweb Solutions, Inc.,
a Canadian corporation
1751 Richardson, Suite 4102
Montreal, QC H3K1G6 Canada

The above-identified Opposer believes that it will be damaged by registration of the mark shown in the above-identified application, and hereby opposes the same.

The grounds for opposition are as follows:

1.      On July 23, 2002, HVL Cyberweb Solutions, Inc. ("HVL") and North Pole Enterprises, Inc. ("North Pole") entered into a Memorandum of Agreement, signed by Applicant, Alden Brown, on behalf of North Pole ("Agreement").  (See the Agreement attached to this Notice of Opposition as Exhibit "A.")

2.      Pursuant to this Agreement, North Pole granted HVL a non-exclusive lifetime license in content featuring adult entertainment star Peter North, also known as Alden Brown ("Brown"), which HVL edited and compressed for use on Internet websites ("Web Content").  (See Sections 2.01 and 2.04 of Exhibit "A.")

7032583.1

3.      The Agreement clearly states that even after the Agreement's termination, HVL has the right to "continue to use and shall have the right to continue to exploit, for commercial profit, the Web Content it has already edited and compressed." (See Section 4.05.05 of Exhibit "A.")

4.      Pursuant to the terms of the Agreement, HVL developed a number of adult entertainment websites featuring the name, pictures and video footage of Peter North.

5.      Since approximately 2002, HVL has maintained and continues to maintain several websites, which allow consumers to purchase sexually explicit adult videos containing the Peter North name and featuring Peter North.

6.      Prior to April 2006, North Pole and Brown began breaching the terms of the Agreement by among other things, refusing to provide HVL with the documentation necessary to permit HVL to continue to use certain Web Content previously supplied by North Pole and Brown. (Under the Federal Labeling and Record-Keeping Law (also known as 18 U.S.C. § 2257), producers of sexually explicit matter must maintain certain records proving the age of performers to prove the all actors used in sexually explicit material are adults.)

7.      When North Pole and Brown failed to comply with the provisions of the Agreement, HVL filed a lawsuit in the Orange County Superior Court (Case Number 06CC04997) against Brown and North Pole. HVL later amended its lawsuit by filing an Amended Complaint ("HVL Lawsuit"). (See HVL's Amended Complaint attached to this Notice of Opposition as Exhibit "B.")

8.      As detailed in the HVL Lawsuit, a dispute between HVL, North Pole and Brown arose regarding HVL's right to use and incorporate content provided by North Pole after North Pole terminated the Agreement despite the clear language of the Agreement that provides for this.

9.      Subsequently, Brown and North Pole filed a Cross Complaint in the HVL Lawsuit. (See Cross Complaint attached to this Notice of Opposition as Exhibit "C.")

10.     In the Cross Complaint, Brown acknowledges that HVL operates several adult entertainment websites and that HVL entered into the Agreement with North Pole for purposes of developing Peter North related websites. (See ¶ 4 of Exhibit "C.")

11.     However, Brown's Cross Complaint accuses HVL of unfairly competing with Brown and North Pole and intentionally trying to destroy Brown's "name, reputation, web presences, fan base and credibility in the adult entertainment industry." (See ¶ 12 of Exhibit "C.") As a result of this alleged conduct, Brown seeks damages for "loss of reputation, loss of credibility, loss of customers, loss of fan base, loss of

members, loss of interest, loss of business, loss of goodwill, loss of future revenue" and "loss of future business."  (See ¶ 13 of Exhibit "C.")

12.    HVL continues to operate several websites using Peter North content and the Peter North name.

13.    Brown's Cross Complaint seeks to prohibit HVL from ever using "Peter North's name or content in any capacity" despite the clear language of the Agreement that affords HVL a perpetual license to content using Peter North's name and images. (See ¶ 65 of Exhibit "C.")

14.    On March 31, 2006, Brown filed an application with the United States Patent and Trademark Office seeking to register the service mark "Peter North."  (See Trademark/Service Mark Application, Principal Register attached to this Notice of Opposition as Exhibit "D.")

15.    Brown seeks to register the use of the name "Peter North" for "entertainment services, namely, providing an Internet web site featuring sexually explicit adult content videos, film clips, and photographs."  (See description of services on Exhibit "D.")

16.    Pursuant to 15 U.S.C. § 1063(a), "any person who believes that he would be damaged by the registration of a mark upon the principal register may, upon payment of the prescribed fee, file an opposition in the Patent and Trademark Office, stating the grounds thereof . . ." HVL satisfies this standing requirement because registration of the name "Peter North" for the exclusive purpose of using it in Internet websites featuring sexually explicit adult content videos will directly interfere with the contractual rights of HVL granted in the Agreement with North Pole.  That Agreement specifically grants HVL a perpetual license to use Peter North content on Internet websites developed by HVL.

17.    It is of no consequence that the Agreement between HVL and North Pole grants a non-exclusive license because "an opposer need not have exclusive rights in a mark in order to oppose its registration to another." *Wilson v. Delaunay*, 44 C.C.P.A. 1019, 1021 (C.C.P.A. 1957).

18.    The United States Patent and Trademark Office should refuse to register the service mark "Peter North" because it will create confusion, mistake or deception of consumers as contemplated by 15 U.S.C. § 1052(d).  Consumers would be confused because they would mistakenly believe that HVL's content was unauthorized when in fact it is not.

19.     Brown acts in bad faith by using the trademark office's registration process to circumvent the perpetual license granted to HVL by virtue of the Agreement.

20.     For years, Brown has knowingly allowed HVL to use the name Peter North and images of Peter North to develop HVL's own websites and should be estopped from trying to prevent HVL from exercising its contractual rights to continue using that name and those images.

21.     For these reasons, valid grounds exist to deny Brown's application to register the mark PETER NORTH.


By: _____          Date: Feb. 8, 2007

Allison G. Vasquez, Esq.
Attorney for HVL Cyberweb Solutions, Inc.,
Opposer

7032583.1

# EXHIBIT "53"

1   Raymond E. Hane III (SBN 149960)
    rhane@wallerlaw.com
2   Steven A. Browne (SBN 214444)
    steven.browne@wallerlaw.com
3   WALLER LANSDEN DORTCH & DAVIS, LLP
    520 S. Grand Avenue, Suite 800
4   Los Angeles, California 90071
    Telephone: (213) 362-3680
5   Facsimile: (213) 362-3679

6   Attorneys for Plaintiff HVL CYBERWEB SOLUTIONS,
    INC.

7

FILED
SUPERIOR COURT OF CALIFORNIA
COUNTY OF ORANGE
WEST JUSTICE CENTER

AUG 11 2006

ALAN SLATER, Clerk of the Court

BY:_____,DEPUTY

8   SUPERIOR COURT OF THE STATE OF CALIFORNIA

9   FOR THE COUNTY OF ORANGE, WEST JUSTICE CENTER

10

11  HVL CYBERWEB SOLUTIONS, INC., a          ) Case No. 06CC04997
    Canadian corporation,                    )
12                                           ) Judge:  Hon. Mary Fingal Erickson
              Plaintiff,                      ) Dept:   W11
13                                           )
         vs.                                 ) **PLAINTIFF HVL'S FIRST AMENDED**
14                                           ) **COMPLAINT**
    ALDEN BROWN; NORTH POLE                  )
15  ENTERPRISES, INC., a Florida corporation; ) Complaint Filed:   April 11, 2006
    and DOES 1-100, inclusive,               )
16                                           )
              Defendants.                     )
17  _____    )

18

19

20       For its Complaint, Plaintiff HVL CYBERWEB SOLUTIONS, INC. ("HVL") alleges as

21  follows:

22                            **THE PARTIES**

23       1.     Plaintiff HVL is a corporation organized and existing under the laws of Canada.

24  HVL's principal place of business in Montreal, Quebec, Canada.

25       2.     Defendant ALDEN BROWN ("BROWN") is an individual, and is a citizen and

26  resident of the State of California.

27       3.     HVL is informed and believes, and thereon alleges, that Defendant NORTH

28  POLE ENTERPRISES, INC. ("NORTH POLE") is a corporation organized and existing

1  under the laws of the State of Florida, with its principal place of business in Newport Beach,

2  California. HVL is informed and believes, and thereon alleges, that BROWN is an officer,

3  director, and shareholder of NORTH POLE.

4      4.      The corporate form should be disregarded so that BROWN is liable for all the

5  obligations of NORTH POLE. Because of the improper domination and control exercised by

6  the BROWN over NORTH POLE; the unity of interest between BROWN and NORTH POLE;

7  the relationship between Defendants as principals-agents; the use of their relationships to

8  achieve wrongful and inequitable results; and the status of NORTH POLE as an

9  instrumentality and/or alter-ego of BROWN, both Defendants are liable for the wrongs of the

10  other Defendant, without regard to corporate form or separateness.

11      5.      BROWN treats of the assets of NORTH POLE as his own, holds himself out as

12  personally liable for the debts of NORTH POLE, and uses NORTH POLE as a mere shell,

13  instrumentality or conduit for his individual business. BROWN is the only party who

14  negotiated the terms of the contract on behalf of NORTH POLE, and BROWN signed the

15  agreement ostensibly on behalf of NORTH POLE. There is such a unity of interest between

16  BROWN and NORTH POLE that the individuality, or separateness, of the two has ceased; the

17  facts are such that an adherent to the fiction of the separate existence of the corporation would

18  sanction a fraud or promote injustice.

19      6.      Plaintiff is ignorant of the true names and capacities of Defendants sued as

20  DOES 1 through 100, inclusive, and therefore sues these Defendants by these fictitious names.

21  Plaintiff will amend this Complaint to allege their true names and capacities when they have

22  been ascertained. Plaintiff is informed and believes and thereon alleges that each of the

23  fictitiously named Defendants is in breach of some contract or is tortiously or otherwise legally

24  responsible in some manner for the occurrences alleged in this complaint and for Plaintiff's

25  damages. Plaintiff is informed and believes and thereon alleges that, at all relevant times, each

26  of the Defendants, including Does 1 through 100, inclusive, was the agent or employee of each

27  of the remaining Defendants and, in doing the things alleged, was acting within the scope of

28  that agency or employment.

## FACTUAL BACKGROUND

7.      HVL is the registered owner and host of certain related domains on the internet (collectively "the Website").  As such, HVL has the exclusive right to own and operate the Website.

8.      HVL and NORTH POLE entered into a written Memorandum of Agreement (the "Agreement") on or about July 23, 2002, under which HVL was to design, develop, and market the Website, and NORTH POLE was to provide original content for the Website, "such as text, photographs, images, audio sequences, video sequences and musical recordings . . . ." A true and correct copy of the Agreement is attached to this Complaint as Exhibit A and is incorporated herein by reference.  The Agreement was for a twelve-month term, which was automatically renewed for another twelve months every year unless a party gave three months' notice of the intent not to renew.

9.      Under the terms of the Agreement, HVL was granted a nonexclusive lifetime license to, among other things, use and incorporate into the Website the content provided by NORTH POLE.

10.     Under the terms of the Agreement, HVL is permitted to utilize in perpetuity any content provided to it by NORTH POLE, even if the Agreement is terminated.

11.     Under the terms of the Agreement, the parties agreed to share the net profits generated by the Website and the reselling of content.

12.     Under the terms of the Agreement, NORTH POLE was obligated to supply and deliver the necessary content to HVL for use in the Website.  Ever since the date of the Agreement, the parties have engaged in a course of performance whereby NORTH POLE would deliver to HVL content on demand, and in sufficient amounts to maintain the Website as a viable commercial enterprise.

13.  Under the terms of the Agreement, NORTH POLE specifically warranted and represented that all content provided to HVL would "comply with all applicable laws, regulations, treaties and restrictions."  This included providing HVL with records in compliance with Title 18, section 2257 of the United States Code ("2257 Records").

14.     Pursuant to section 2257, every producer of sexually explicit material, including NORTH POLE, is required to "create and maintain individually identifiable records pertaining to every performer portrayed in such a visual depiction." 18 U.S.C. § 2257(a); *see also* 28 C.F.R. Part 75 *et seq.* These record keeping laws apply to the content produced by NORTH POLE, and are necessary for HVL to make use of the content provided to it by NORTH POLE under the Agreement. Defendants have explicitly acknowledged that they are aware of these laws and regulations.

## DEFENDANTS' BREACHES

15.     On or about December 16, 2005, Defendants purported to terminate the Agreement. Under the terms of the Agreement, the contract remained in effect until July 23, 2006.

16.     Defendants ceased providing content to HVL before the termination of the Agreement.

17.     Defendants have willfully refused to keep and provide HVL with compliant 2257 Records, thus precluding HVL from using content already provided to them by Defendants under the Agreement.

18.     Defendants have demanded transfer of the Website to Defendants, despite the fact that HVL is the rightful owner of the Website, and have even sought and obtained a TRO to have the Website transferred to Defendants.

## FIRST CAUSE OF ACTION

### [Breach of Contract – against all Defendants]

19.     HVL hereby re-alleges Paragraphs 1 through 18 above and incorporates by reference the allegations contained in said paragraphs as though fully set forth here.

20.     Plaintiff HVL has performed all conditions, covenants and promises required to be performed on its part in accordance with the terms and conditions of the Agreement, except those terms and conditions that were excused, waived or were otherwise unenforceable, or those for which performance has been prevented by the acts and/or omissions of Defendants.

Waller Lansden
Dortch & Davis, LLP

7027627.4

21.     Defendants have breached the Agreement by, among other things:

- Failing to provide content to HVL; and

- Willfully refusing to keep and provide to HVL the 2257 Records necessary to permit HVL to continue to use content already provided by NORTH POLE.

22.     As a result of Defendants' breaches, Plaintiff has suffered, among other things, damages in an amount subject to proof at trial, including but not limited to lost profits and harm to the goodwill and reputation of Plaintiff and associated with the Website.

## SECOND CAUSE OF ACTION

### [Intentional Interference With Contract – against all Defendants]

23.     HVL hereby re-alleges Paragraphs 1 through 22 above and incorporates by reference the allegations contained in said paragraphs as though fully set forth here.

24.     Defendants, NORTH POLE and BROWN, are familiar with the business dealings of HVL, and have knowledge of HVL's existing contracts and business relationships with customers of the Website, third-party webmasters, and online payment processors, including but not limited to, CCBill, LLC, and Paycom, LLC.

25.     Despite knowing of these contracts and existing business relationships, Defendants, and each of them, intentionally interfered with those contracts and business relationships by:  failing to provide content to HVL; willfully refusing to keep and provide to HVL the 2257 Records necessary to permit HVL to continue to use of content already provided by Defendants; and making demands of HVL in violation of these contracts, thereby causing permanent harm to HVL and to the Website.

26.     Defendants are long-time members of the adult entertainment industry, and have extensive knowledge of the laws and business practices of the industry.  Defendant BROWN was also formerly a Director and or Officer of HVL, and even helped negotiate the contracts with one or more of these third parties.  Defendants are therefore well aware of the consequences that the actions alleged herein would have on HVL and its contractual

1  relationships with third parties, and intentionally acted with conscious disregard of HVL's

2  rights.

3      27.     As a direct result of Defendants' actions and omissions, Plaintiff has suffered,

4  among other things, damages in an amount subject to proof at trial, including but not limited to

5  lost profits and harm to the goodwill and reputation of Plaintiff and associated with the

6  Website.

7      28.     Defendants NORTH POLE and BROWN, having knowledge of HVL's

8  contractual obligations, and without justification or privilege, acted with fraud, malice or

9  oppression, and therefore, Plaintiff is entitled to an award of exemplary and punitive damages

10  against Defendants, and each of them, in an amount according to proof.

11

12                      **THIRD CAUSE OF ACTION**

13                   **[Intentional Interference With Prospective**

14                 **Business Advantage – against all Defendants]**

15      29.     HVL hereby re-alleges Paragraphs 1 through 28 above and incorporates by

16  reference the allegations contained in said paragraphs as though fully set forth here.

17      30.     Defendants, NORTH POLE and BROWN, are familiar with the business

18  dealings of HVL, and have direct knowledge of HVL's existing contracts and business

19  relationships with customers of the Website, third-party webmasters, and online payment

20  processors, including but not limited to, CCBill, LLC, and Paycom, LLC.

21      31.     Despite knowing of these ongoing business relationships, Defendants, and each

22  of them, intentionally interfered with Plaintiff's prospective business advantage from the

23  customers of the Website and third-party webmasters by:  failing to provide content to HVL;

24  willfully refusing to keep and provide to HVL the 2257 Records necessary to permit HVL to

25  continue to use of content already provided by Defendants; and making demands of HVL

26  harmful to these ongoing relationships, thereby causing permanent harm to HVL and to the

27  Website.

28

32.     Defendants are long-time members of the adult entertainment industry, and have extensive knowledge of the laws and business practices of the industry.  Defendant BROWN was also formerly a Director and or Officer of HVL, and even helped negotiate the contracts with one or more of these third parties.  Defendants are therefore well aware of the consequences that the actions alleged herein would have on HVL and its contractual relationships with third parties, and intentionally acted with conscious disregard of HVL's rights.

33.     As a direct result of Defendants' actions and omissions, Plaintiff has suffered, among other things, damages in an amount subject to proof at trial, including but not limited to lost profits and harm to the goodwill and reputation of Plaintiff and associated with the Website.

34.     Defendants NORTH POLE and BROWN, having knowledge of HVL's existing contracts and business relationships, and without justification or privilege, acted with fraud, malice or oppression, and therefore, Plaintiff is entitled to an award of exemplary and punitive damages against Defendants, and each of them, in an amount according to proof.

## FOURTH CAUSE OF ACTION

### [Negligent Interference With Prospective

### Business Advantage – against all Defendants]

35.     HVL hereby re-alleges Paragraphs 1 through 34 above and incorporates by reference the allegations contained in said paragraphs as though fully set forth here.

36.     By failing to provide content to HVL; refusing to keep or provide to HVL the documentation necessary to permit HVL to continue to use of content already provided by Defendants; and making demands of HVL harmful to its relationships with customers and other webmasters, Defendants, and each of them, negligently interfered with Plaintiff's existing business relationships with customers of the Website, third party webmasters, and online payment processors, including but not limited to, CCBill, LLC, and Paycom, LLC.

Waller Lansden
Dortch & Davis, LLP

7027627.4

1   37.   As a direct result of Defendants' actions and omissions, Plaintiff has suffered,

2   among other things, damages in an amount subject to proof at trial, including but not limited to

3   lost profits and harm to the goodwill and reputation of Plaintiff and associated with the

4   Website.

5

6   **FIFTH CAUSE OF ACTION**

7   **[Breach of the Implied Covenant of**

8   **Good Faith and Fair Dealing – against all Defendants]**

9   38.   HVL hereby re-alleges Paragraphs 1 through 37 above and incorporates by

10   reference the allegations contained in said paragraphs as though fully set forth here.

11   39.   Implied in the Agreement is Defendants' obligation to act fairly and in good faith

12   with HVL so as not to deprive HVL of the fruits of the Agreement.

13   40.   Defendants breached their obligation to act fairly and in good faith toward HVL

14   by failing to provide content to HVL and refusing to provide to HVL the documentation

15   necessary to permit HVL to continue to use content already provided by NORTH POLE.

16   41.   As a direct result of Defendants' actions and omissions, Plaintiff has suffered,

17   among other things, damages in an amount subject to proof at trial, including but not limited to

18   lost profits and harm to the goodwill and reputation of Plaintiff and associated with the

19   Website.

20   **SIXTH CAUSE OF ACTION**

21   **[Declaratory Relief – against all Defendants]**

22   42.   HVL hereby re-alleges Paragraphs 1 through 41 above and incorporates by

23   reference the allegations contained in said paragraphs as though fully set forth here.

24   43.   An actual controversy has arisen regarding: (a) the rightful ownership of and the

25   right to use the Website; (b) the amount of content required to be provided by Defendants

26   under the Agreement; and (c) the obligation of Defendants to provide adequate documentation

27   to permit Plaintiff to utilize the content provided by Defendants.

28

44.     By reason of the foregoing controversy, Plaintiff respectfully requests that the Court make a judicial determination that:

    a.   Plaintiff may continue to use and enjoy the Website without interference of any type by the Defendants;

    b.   Defendants are required to provide a certain level of content to HVL, as established by previous conduct and custom of the parties, for the rest of the term of the Agreement; and

    c.   Defendants are obligated to provide adequate documentation to permit Plaintiff to utilize the content provided by Defendants.

45.     Plaintiff is informed and believe, and on that basis alleges, that Defendants have taken a contrary position and have acted in a manner such that they assert that they have a right to ownership and use of the Website; do not have the obligation to provide content to HVL; and are not obligated to provide adequate documentation to permit Plaintiff to utilize the content provided by Defendants.

46.     A judicial determination is necessary at this time in order for Plaintiff to resolve and settle their dispute with Defendants, as Plaintiff has no other prompt and expeditious remedy to protect Plaintiff's business and the Website.

## SEVENTH CAUSE OF ACTION
### [Injunctive Relief]

47.     HVL hereby re-alleges Paragraphs 1 through 46 above and incorporates by reference the allegations contained in said paragraphs as though fully set forth here.

48.     Under the terms of the Agreement, NORTH POLE specifically warranted and represented that all content provided to HVL would "comply with all applicable laws, regulations, treaties and restrictions." This includes the section 2257 Record-keeping laws.

49.     As herein alleged above, Defendants NORTH POLE and BROWN have failed and willfully refused to keep and provide HVL with 2257 Records for content provided to HVL by Defendants.

Waller Lansden
Dortch & Davis, LLP

7027627.4

50.     As herein alleged above, Defendants are maliciously withholding such records from HVL.  Defendants have made it clear that they intend to persist in this conduct.

51.     Defendants' wrongful conduct, unless and until restrained and enjoined by order of this Court, will cause great and irreparable harm to HVL.

52.     HVL has no adequate remedy at law for the injuries threatened by Defendants' conduct as it will be impossible for HVL to determine the precise amount of monetary damages sufficient to compensate it for Defendants' attempt to thwart their obligation under the terms of the Agreement.

## **PRAYER FOR RELIEF**

WHEREFORE, Plaintiff prays for judgment against Defendants, and each of them, as follows:

1.     For general and compensatory damages according to proof, including lost profits and harm to goodwill;

2.     For exemplary and punitive damages according to proof;

3.     For interest at the rate of ten percent (10%) per annum, or the highest amount permitted by law, on any amounts due from Defendants to Plaintiff;

4.     For a judicial declaration that Plaintiff may continue to use and enjoy the Website without interference of any type by the Defendants;

5.     For a judicial declaration that Defendants are required to provide a certain level of content to HVL, as established by previous conduct and custom of the parties, for the rest of the term of the Agreement.

6.     For a judicial declaration that Defendants are obligated to provide adequate documentation to permit Plaintiff to utilize the content provided by Defendants.

7.     For a judicial declaration that Plaintiff has a lifetime license to commercially exploit and otherwise use the content provided by Defendants, pursuant to the terms of the Agreement.

8.      For injunctive relief, ordering Defendants' to provide HVL with proper 2257 Records for content already provided by NORTH POLE.

9.      For costs and interest as allowed by law; and

10.     For such further and other relief as the Court may deem proper.

Dated:  August 11, 2006

Respectfully submitted

WALLER LANSDEN DORTCH & DAVIS, LLP

By: _____

Raymond E. Hane III
Attorneys for Plaintiff
HVL Cyberweb Solutions, Inc.

1

## **PROOF OF SERVICE**

2

3   STATE OF CALIFORNIA            )
                                   )   ss.:
4   COUNTY OF LOS ANGELES          )

5

6        I am employed in the County of Los Angeles, State of California.  I am over the age of
    18 and not a party to the within action.  My business address is 520 S. Grand Avenue, Suite
7   800, Los Angeles, California 90071.

8        On August 11, 2006, I served on the interested parties in said action the within:

9   PLAINTIFF HVL'S FIRST AMENDED COMPLAINT

    by placing true copies thereof in a sealed envelope(s) addressed as stated below.
10

11  Vip Bhola                             Richard M. Foster
    Law Offices of Vip Bhola             Law Offices of Richard M. Foster
12  5429 Cahuenga Blvd.                  5429 Cahuenga Blvd.
    North Hollywood,  CA  91601          North Hollywood, CA  91601
13

14  tel (818) 508-1500                    tel (818) 508-1500
    fax (818) 508-1529                    fax (818) 508-1529
15
    Attorney for Defendant Alden Brown    Attorney for Defendant
16                                        North Pole Enterprises, Inc.

17  ☒   (MAIL) I am readily familiar with this firm's practice of collection and processing
        correspondence for mailing.  Under that practice it would be deposited with the U.S.
18      postal service on that same day in the ordinary course of business.  I am aware that on
        motion of party served, service is presumed invalid if postal cancellation date or postage
19      meter date is more than 1 day after date of deposit for mailing in affidavit.

20       I declare under penalty of perjury under the laws of the State of California that the
    foregoing is true and correct.
21

22       Executed on August 11, 2006, at Los Angeles, California.

23  _____            _____
        Rosie A. Ortiz
24     (Type or print name)                    (Signature)

25

26

27

28

Waller Lansden
Dortch & Davis, LLP

7027627.4

-12-
PLAINTIFF HVL'S FIRST AMENDED COMPLAINT

EXHIBIT "54"



DMCA How to Report a Copyright Infringement | Sex.com

# DMCA

## How to Report a Copyright Infringement

Sex.com respects the intellectual property rights of others and expects its users to do the same. It is Sex.com's policy, in appropriate circumstances and at its discretion, to disable and/or terminate the accounts of users who repeatedly infringe or are repeatedly charged with infringing the copyrights or other intellectual property rights of others.

Although our company is based outside the United States and not governed by U.S. law, we respect the rights of copyright owners and thus have implemented certain policies in an effort to voluntarily comply with laws such as the Digital Millennium Copyright Act. Nonetheless, our Company reserves all rights and objections to the formal application of U.S. law to its operations.

In accordance with the Digital Millennium Copyright Act of 1998, the text of which may be found on the U.S. Copyright Office website at http://www.copyright.gov/legislation/dmca.pdf (http://www.copyright.gov/legislation/dmca.pdf), Sex.com will respond expeditiously to claims of copyright infringement committed using the Sex.com website that are reported to Sex.com's designated copyright agent, identified below.

If you are a copyright owner, or are authorized to act on behalf of one, or authorized to act under any exclusive right under copyright, please report alleged copyright infringements taking place on or through the site by completing a DMCA notice of alleged infringement and delivering it to Sex.com's designated copyright agent. Upon receipt of the notice as described below, Sex.com will take whatever action, in its sole discretion, it deems appropriate, including removal of the challenged material from the Site.

If you would like to remove content related to non-copyright issues such as privacy such a privacy, abuse, harassment, inappropriate or illegal content, etc. Please use this form instead: http://www.sex.com/about/privacyremoval (/about/privacyremoval)

### Sidebar

About us (/about/us)

How it Works (/about/howitworks)

Etiquette (/about/etiquette)

Terms of Use (/about/terms)

Privacy (/about/privacy)

DMCA (/about/dmca)

2257 Compliance (/about/compliance)

Help (/about/faq)

Advertise with Us (/about/advertise)

You can file a DMCA Request by filling out the DMCA Form found at
http://www.sex.com/about/dmcaform (/about/dmcaform) or send us the following information:

1. A physical or electronic signature

2. Identify the copyrighted work that you claim has been infringed, or - if multiple copyrighted works
   are covered by this Notice - you may provide a representative list of the copyrighted works that you
   claim have been infringed.

3. Identify (i) the material that you claim is infringing (or to be the subject of infringing activity) and that
   is to be removed, or to which access is to be disabled, and information reasonably sufficient to
   permit us to locate the material, including at a minimum, if applicable, the URL of the link shown on
   the Site where such material may be found, and (ii) the reference or link to the material or activity
   that you claim to be infringing, that is to be removed or to which access is to be disabled, and
   information reasonably sufficient to permit us to locate that reference or link, including at a
   minimum, if applicable, the URL of the link shown on the site where such reference or link may be
   found.

4. Information reasonably sufficient to permit Sex.com to contact the complaining party, including a
   name, address, telephone number and, if available, an email address at which the complaining
   party may be contacted.

5. Include both of the following statements in the body of the Notice: "I hereby state that I have a
   good faith belief that the disputed use of the copyrighted material or reference or link to such
   material is not authorized by the copyright owner, its agent, or the law (e.g., as a fair use)." "I
   hereby state that the information in this notice is accurate and, under penalty of perjury, that I am
   the owner, or authorized to act on behalf of the owner of the copyright or of an exclusive right
   under the copyright that is allegedly infringed."

6. Provide your full legal name and your electronic or physical signature

Deliver this notice, with all items completed, to Sex.com's Designated Copyright Agent:

DMCA Complaints
Registered Agent: Alain Gervais
1751 Richardson, bureau 2500
Montreal, Canada.
Phone: 514-499-8074
Email: copyright@sex.com

Your notice will be forwarded to the related user(s).

## Contacting Us

For any other inquiry, please contact us at:

webmaster@sex.com

DMCA - How to Report a Copyright Infringement | Sex.com                                          10/8/15, 7:48 PM

©2015 Sex.com - About us (/about/us) - How it Works (/about/howitworks) - Etiquette (/about/etiquette) - Terms of Use (/about/terms) - Privac                           ance)
- Help (/about/faq) - Advertise with Us (/about/advertise)

Chat With Me NOW!



LIVE



® (http://www.rtalabel.org)

# EXHIBIT "55"



2257 Compliance | Sex.com

(https://twitter.com/sexdotcom)

# 2257 Compliance

About us (/about/us)

How it Works
(/about/howitworks)

Etiquette
(/about/etiquette)

Terms of Use
(/about/terms)

Privacy
(/about/privacy)

DMCA (/about/dmca)

2257 Compliance
(/about/compliance)

Help (/about/faq)

Advertise with Us
(/about/advertise)

Sex.com is not a producer (primary or secondary) of any or all of the content found on the website www.sex.com. With respect to the records as per 18 USC 2257 for any and all content found on this site, please kindly direct your request to the site for which the content was produced.

Sex.com is a picture & video sharing site that allows for the pinning, uploading, sharing and general viewing of various types of adult content, and while Sex.com does the best it can with verifying compliance, it may not be 100% accurate.

Sex.com abides by the following procedures to ensure compliance:

- Requiring all users to be 18 years of age to upload videos.
- When uploading, user must verify the content; assure he/she is 18 years of age; certify that he/she keeps records of the models in the content and that they are over 18 years of age.

For further assistance and/or information in finding the content's originating site, please contact Sex.com at:

## webmaster@sex.com

Sex.com allows content to be reported as inappropriate. Should any content be reported as illegal, unlawful, harassing, harmful, offensive or various other reasons, Sex.com shall remove it from the site without delay.

Users of Sex.com who come across such content are urged to report it as inappropriate by clicking "Report Pin" button found below each picture or video.

©2015 Sex.com - About us (/about/us) - How it Works (/about/howitworks) - Etiquette (/about/etiquette) - Terms of Use (/about/terms) - Privac
- Help (/about/faq) - Advertise with Us (/about/advertise)

Chat With Me NOW!

LIVE

 (http://www.rtalabel.org)

EXHIBIT "56"

- Home
- Label with RTA
  - Label your Site
  - Label Wordpress
  - Label Mobile
  - Label Android
  - RTA Verified
  - RTA Verified Subscribers
- Parents
- News And Awards
  - News and Press
  - Awards
- FAQS
- Partners
- Contact
- RSS Feed



# Adult Entertainment / Adult Responsibility

Translate



## Contact Information

### Please select from the following contact options:

Press Inquiries

| Journalists, click HERE |
| --- |

Email

| rta@asacp.org |
| --- |

Mail Address

| ASACP<br>5042 WILSHIRE BLVD # 540<br>LOS ANGELES CA 90036-4305 |
| --- |

Telephone

| +1 323.908.7864 |
| --- |

Donate

**Support ASACP Foundation!**

Follow Us



Latest News

**RTA Website Labeling Progress Report** (read)

**October 1** - ASACP Honors its Featured Sponsors for October 2015 (read)

⭐ ASACP Honors Lauren MacEwen With Service Recognition Award (read)

**More News >>**

ASACP PSA's



Tori Black & Riley Steele PSA
View Now

Home | Label Your Site | RTA Verified | RTA Verified Subscribers | Awards | FAQ/Common Concerns | News/Press | PFF Parental Controls | Links for Parents | Contact | Terms and Conditions | Banners | Partners | ASACP | RTA Website Labeling Report

Copyright © 2015 ASACP. All Rights Reserved

EXHIBIT "57"

# SEX·COM

## PRESS KIT

Hi there! Thank you for downloading the Sex.com Press Kit. We've prepared a few interesting facts for you. If there is something more you'd like to know, feel free to send us an email! The address can be found at the bottom of this page.

## SITE STATS*

What does an average month look like on Sex.com?

**New Visitors** 57%

**Returning Visitors** 43%

**65M** Visitors

**7.8** Pages/Session

**05:58** Time on site

**53.2%** English speaking users

**5.3%** Spanish speaking users

**4.3%** Portuguese speaking users

**3.9%** French speaking users

**7.6%** Others

**BONUS INFO** About 25% of our total traffic is 100% American.

*Google Analytics, August 2014

## THE SEX.COM STORY

Sex.com is a free virtual community for the discovery and sharing of porn. However, before its current identity, it underwent a pretty tumultuous journey.

**May 1994** — Gary Kremen registers Sex.com for free with Network Solutions.

**May 1995** — Stephen Cohen steals the domain name by tricking Network Solutions with a forged fax.

**1995 - 2001** — Kremen sues Cohen and the battle lasts 6 years, led by cyberlawer Charles Carreon.

In the meantime, Cohen has turned Sex.com into a lucrative porn empire, earning him approx. $100M.

**April 2001** — Kremen wins the case, retrieves the Sex.com domain, and Cohen is ordered by court to pay a $65M judgement.

**May 2001** — After refusing to pay, faking bankruptcy and moving assets out of the country, Cohen fled to Mexico to escape his arrest warrant.

**October 2005** — Cohen is arrested in Tijuana, Mexico for immigration violations, and is handed over to US authorities.

Cohen is charged with federal civil contempt and the amount for damages owed to Kremen increases to $82M.

**January 2006** — Kremen sells the Sex.com domain to Escom LLC, for $14M

**February 2010** — Escom files for bankrupcy, and the domain name sale is held at a Sedo brokered auction

**October 2010** — Offshore holding company, Clover Holdings, based in the Caribbean island of St. Vincent, put in the winning bid of $13 million.

**May 2012** — Sex.com relaunches, marketing itself as a Pinboard community for porn.



## SEX IS SOCIAL

We're social! Despite some challenges due to the nature of our site, we're continually growing our social presence.

**25K** fans

**28.6K** followers

**7.3K** followers

**2.4K** pinners

## CONTACT US

media @ sex.com



Last updated August 2014

EXHIBIT "58"



 Sex.com

The world's leading authority in porn pics, free sex videos, pictures of naked women and perfect girls



### Global Rank
Worldwide

1,839 ↑



### Country Rank
United States

1,163 ↑



### Category Rank
Adult

118 ↑

# Traffic Overview

## Estimated Monthly Visits

Showing last 6 months



| | Mar 9 | Mar 23 | Apr 6 | Apr 20 | May 4 | May 18 | Jun 1 | Jun 15 | Jun 29 | Jul 13 | Jul 27 |

## Engagement

On Desktop, in August, 2015

| | |
|---|---|
| Visits | **8.8M** |
| ⏱ Time On Site | **00:08:42** |
| 🖹 Page Views | **13.46** |
| ➜ Bounce Rate | **34.02%** |

## Traffic by countries

On Desktop, Last 3 months



| | | |
|---|---|---|
| 🇺🇸 | United States | **39.21%** |
| 🇷🇺 | Russia | **4.96%** |
| 🇩🇪 | Germany | **4.13%** |
| 🇮🇳 | India | **3.84%** |
| 🇬🇧 | United Kingdom | **3.52%** |

## Traffic Sources

On Desktop, Last 3 months



# Referrals



## 18.51%
Of traffic is from Referrals

**Top Referring Sites:**

Theporndude.com

Imagetwist.com

Tineye.com

Imagebam.com

Straight.fleshbot.com



Sex.com

**Top Destination Sites:**

Camonster.com

Xvideos.com

Imagefap.com

Secure.xsrving.com

Box.anchorfree.net

# Search



**18.12%**
Of traffic is from **Search**

**100%**
**Organic Searches**

**0%**
**Paid Searches**

Organic Keywords:

sex.com
секс
www.sex.com
sex
sex com

Paid Keywords:

No Paid Keywords

# Social



## 4.64%
Of traffic is from Social



**Stumbleupon**
36.97%

**Reddit**
25.27%

**Facebook**
20.71%

**Youtube**
6.74%

**Twitter**
6.24%

# Display Advertising



**0.28%**
Of traffic is from Display Ads

## Top Publishers

Paseilimitado.com

Youjizz.com

Facebook.com

Pornsexbig.blogspot.com

Jbzd.pl

## Top Ad Networks



Propeller Ads Media

Adcash.com

sh.st

Paid Referrals

Misc Ads

Other

## Display Ads

No display ads available for this website

# Audience Interests

## Categories



Adult



Internet And Telecom > Search Engine



Games > Roleplaying



People And Society



News And Media > Technology News

## Also visited websites

Smutty.com

Tineye.com

Camonster.com

F-list.net

Qkantton.wordpress.com

## Topics

hot service chat porn tube high list que live cam cams blonde leer ass resto account furry más

# Similar Sites

## Similarity



Asylum.com



Porn.com



Hotsex.com



Oy-Sex.com



Twilightsex.com



Xnxx.com



Psychologytoday.com



Raunchygfs.com



Myolderlovers.com



Sexetc.org

Rank



☐ Google.com



☐ Amazon.com



☐ Xnxx.com



☐ Huffingtonpost.c.



☐ Porn.com



💋 Adultfriendfinde..



☐ Cosmopolitan.co.



☐ Manhunt.net



☐ Playboy.com



▣ Psychologytoday..

# Related Mobile Apps

NO APPS FOUND

# EXHIBIT "59"

Official PayPal Verification Seal - PayPal                                   https://www.paypal.com/us/verified/pal=fredvaliquette@yahoo.com

HVL. Cyber Web Solutions Inc. is PayPal Verified

PayPal's Verification System allows you to learn more about users before you pay them through PayPal. Verify that the information below is consistent with the business, organization or person you wish to pay.

Email: **fredvaliquette@**████████
Status: **Verified**
Account Creation Date: **Aug 9, 2006**

To ensure that this is a legitimate PayPal Verified user, make sure that the URL of this page begins with https://www.paypal.com/.

**What it Means to be Verified**

To become Verified, a PayPal member in the United States must provide us with proof that he or she has opened an account at a bank or other financial institution. Because these institutions are required by law to screen account holders, PayPal's verification process increases security when you pay parties you do not know. Please note that PayPal's verification system does not constitute an endorsement of a member, nor a guarantee of a member's business practices. You should always consider other indicators when evaluating members, including length of PayPal membership and reputation scores (on eBay or other auction sites, if applicable).

1 of 1                                                                         10/7/2015 5:26 PM

Transaction Details - PayPal

https://history.paypal.com/us/cgi-bin/webscr?cmd=_history-details-from...

# Transaction Details

**Payment to HVL. Cyber Web Solutions Inc.**

**Manage my transaction**

Contact seller

Report unauthorized transaction

You have until 3/28/2016 09:48 PDT to notify the seller directly about any problems with this order.
See the Purchase Protection Policy for more details.

**Payment Sent (Unique Transaction ID # 90573893CP965000B)**

Original Transaction

| Date | Type | Status | Details | Amount |
|------|------|--------|---------|--------|
| Sep 29, 2015 | Payment To HVL. Cyber Web Solutions Inc. | Completed | ... | -$20.00 USD |

Related Transaction

| Date | Type | Status | Details | Amount |
|------|------|--------|---------|--------|
| Sep 29, 2015 | Add Funds from a Bank Account | Completed | Details | $20.00 USD |

**Business Name:** HVL. Cyber Web Solutions Inc. (The recipient of this payment is **Non-U.S. - Verified**)
**Email:** fredvaliquette@yahoo.com

**Business Contact Information**

**Customer Service Email:** fredvaliquette@yahoo.com
**Customer Service Phone:** 514-598-5707

**Amount sent:** -$20.00 USD
**Fee amount:** $0.00 USD
**Net amount:** -$20.00 USD

**Date:** Sep 29, 2015
**Time:** 09:48:22 PDT
**Status:** Completed

**Subject:** You have sent $20.00 USD to HVL. Cyber Web Solutions Inc. with PayPal
**Note:** :-)
**Funding Type:** Instant Transfer
**Funding Source:** ███████████████████
**Back Up Funding Source:** ███████████████████

1 of 2

9/29/2015 9:49 AM

EXHIBIT "60"

# Transaction Details

## Payment to HVL. Cyber Web Solutions Inc.

**Manage my transaction**

Contact seller
Report unauthorized transaction

You have until 3/28/2016 09:48 PDT to notify the seller directly about any problems with this order.
See the Purchase Protection Policy for more details.

**Payment Sent** (Unique Transaction ID # 90573893CP965000B)

| Original Transaction | | | | |
|---|---|---|---|---|
| **Date** | **Type** | **Status** | **Details** | **Amount** |
| Sep 29, 2015 | Payment To HVL. Cyber Web Solutions Inc. | Completed | ... | -$20.00 USD |

| Related Transaction | | | | |
|---|---|---|---|---|
| **Date** | **Type** | **Status** | **Details** | **Amount** |
| Sep 29, 2015 | Add Funds from a Bank Account | Completed | Details | $20.00 USD |

**Business Name:** HVL. Cyber Web Solutions Inc. (The recipient of this payment is **Non-U.S. - Verified**)
**Email:** fredvaliquette@yahoo.com

**Business Contact Information**

**Customer Service Email:** fredvaliquette@ ▮▮▮▮▮
**Customer Service Phone:** ▮▮▮▮▮▮

**Amount sent:** -$20.00 USD
**Fee amount:** $0.00 USD
**Net amount:** -$20.00 USD

**Date:** Sep 29, 2015
**Time:** 09:48:22 PDT
**Status:** Completed

**Subject:** You have sent $20.00 USD to HVL. Cyber Web Solutions Inc. with PayPal
**Note:** :-)
**Funding Type:** Instant Transfer
**Funding Source:** $20.00 USD – ▮▮▮▮▮▮▮▮▮
**Back Up Funding Source:** Visa Debit Card ▮▮▮▮▮▮

Return to Account Overview

EXHIBIT "61"

PayPal   About   Home                                                                    10/15/15, 7:39 PM

*About*

# At PayPal, we put people at the center of everything we do.

# Who we are

At PayPal (NASDAQ:PYPL), we put people at the centre of everything we do. Founded in 1998, we continue to be at the forefront of the digital payments revolution. We help people, from all walks of life, to connect to their money and to each other, helping them safely access and move their money and offering a choice of how they would like to pay or be paid. With our 169 million active customer accounts, we have created an open and secure payments ecosystem that people and businesses choose to securely transact with each other online, in stores and on mobile devices.

PayPal is a truly global payments platform that is available to people in 203 markets, allowing customers to get paid in more than 100 currencies, to withdraw funds to their bank accounts in 57 currencies and to hold balances in their PayPal accounts in 26 currencies.

More information about PayPal can be found at **www.paypal.ca.**

**Follow us on Twitter**, **Facebook**, **YouTube**, **LinkedIn** and our **PayPal Canada blog**.

**Who We Are**   Financials   Leadership

Company's Founding Date

December 1998

Website Address

**www.paypal.com**

Corporate Headquarters

2221 North First Street

San Jose, California 95131

Worldwide Operations

12312 Port Grace Boulevard

La Vista, Nebraska 68128

Media Resources

**More information**

Media Inquiries

**Contact Us**

# Q2 2015 Results



$2.29B

Revenue

up 16% YoY

169M

Active customer accounts*

up 11% YoY

26

Number of payments per account

up 11% YoY

EXHIBIT "62"

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

MIAMI DIVISION

CASE NO.: 1:15-cv-22463-MGC

HYDENTRA HLP INT. LIMITED, a
foreign corporation d/b/a METART,

      Plaintiff,

vs.

MAXIMUM APPS INC., a foreign
company d/b/a SEX.COM; CLOVER
HOLDINGS LIMITED PARTNERSHIP,
a foreign company d/b/a SEX.COM;
SEX.COM; FREDERIC VALIQUETTE,
an individual; and John Does 1-20,

      Defendants.

_____/

## DECLARATION OF MARK LIDIKAY

I, Mark Lidikay, declare:

      1.    I am over the age of 18, a resident of Torrence, Califonia, and citizen of the United States. I make this declaration based upon personal knowledge and, if called to testify could and would testify competently to the facts set forth herein.

      2.    For the past 21 years, I have served as chief engineer for Holden-Andrew Corporation, a computer/network systems integrator. I oversee computer network design, development, support and compliance for various clients, including: CPAs, Attorneys, Manufacturers, Network/Software Developers, and Defense Systems Contractors.

      3.    My career began in 1978 as a software developer for the Los Angeles Unified School District. As my mastery of computer hardware, software, and digital communications deepened, I have led the development and implementation of hundreds

of network design projects, and has consulted for dozens of firms, and their respective CTOs, IT leaders, and project managers.

4.     I now designs computer networks across the world, with a focus on optimization and performance, often utilizing wireless transmission (Radio bands, WiFi, Satellite, Laser, etc).

5.     I am often sought for consulting to both advise and validate novel network designs — from needs analysis to technical design; from proof-of-concept to wide-scale implementation and optimization.

6.     I have served as a contracted project specific analyst for the Federal Bureau of Investigations.

7.     I have decades of experience with network analysis, operations, routing, switching, and Quality of Service design, including packet delays, latency, jitter, and packet loss.

8.     I am regularly solicited by tech upstarts seeking technical design validations to withstand the scrutiny of investors, attorneys, regulators, and competitors.

9.     I am also dedicated to assisting local and federal law enforcement, and am a key contributor, with long-term commitments, to the Boy Scouts of America, the Special Olympics, the Los Angeles County Emergency Operations Bureau, and the Los Angeles County Sheriff Department. Specifically, for over 10 years I was District Communications Officer for the Los Angeles County Sheriff Departments Emergency Operations Bureau and a member of their Rapid Deployment Team. My volunteer role was to establish and maintain secondary communications via amateur, packet and commercial radio during emergencies including fires, earthquakes, terrorist threats, and outages.

10.     I was retained by Hydentra for purposes of analyzing the routing of the web site sex.com in the United States.  The question presented to me was whether I could

determine that the site sex.com as displayed in the United States was delivered from Canada or another location.

11.    The web site sex.com is stated to be hosted on HL Hosting Logistics, located in Canada.

12.    IP location data can frequently be inaccurate because it often listed where a host office is, or may be based on old registrations. IP Addresses are assigned to companies and can be moved by the companies to wherever they wish to move them, anywhere on or off the planet without changing the location from which they were initially assigned. In this case it may be that the primary IP location is registered in Canada, but there has been some additional load balancing or failover to another set of servers around New Jersey.

13.    My forensic examination reveals that for United States users of the web site sex.com, the web site is more likely than not hosted on a server in New Jersey.

14.    A commonly used tool to assist in determining the location of a server is through latency determination. Latencies are the time lapses from the request for the web site by the user until the web site is presented to the user. In simple terms, my request for sex.com gets sent across the Internet to the Sex.com IP address, requesting display of the web site. The display is then sent back to my computer. Each piece of equipment or line that the signal passes creates a small delay in delivery, which when added together can become substantial.

15.    The network latency is frequently taken in to account when choosing a location for web servers. The closer the host is to the customer, the quicker the response and the better the end user experience. High traffic sites often provide multiple host servers in diverse geographic locations to keep these delays as low as possible. So there is a known and definable advantage to hosting close to the intended customer base.

16.     I utilized www.robtex.com for purposes of tracking an IP address. Robtex.com is an accepted industry forensic tool used for data forensics and investigations.

17.     I tracked the IP address for sex.com, 206.125.164.82

18.     I determined there to be a BGP relationship between HL Hosting Logistics, Inc. and a server in New Jersey at Choopa LLC.   BGP, Border Gateway Protocol, is the routing protocol of the Internet.   It is how traffic is routed across the Internet.  BGP is used for circuit failovers, if one line fails, another will be used.

19.     From my office in Los Angeles, I traced the route of sex.com, which included tracking any latencies.

20.     I also traced a signal into Canada to determine the latency that would be experienced from the United States to Montreal, where HL Hosting Logistics states Sex.com to be located.

21.     I traced a signal from my office in Los Angeles to New Jersey to determine the latency experienced.

22.     The latency that I experienced in tracing to sex.com was consistent with that experienced with my trace to New Jersey, 72 milliseconds.   There is not enough additional latency for a trip to Canada.   A trip into Canada would have added an additional 14 milliseconds.

23.     It is my professional opinion that the data of sex.com viewed by United States users is hosted in the United States.

24.     There is a formal peering relationship between HL Logistic and Choopa LLC in New Jersey for sex.com.

25.     Peering is performed by creating a direct physical connection between two networks. The connection is made from only one network to another, for which you pay a set fee to the owner of the infrastructure that is used (such as a datacenter). This makes

peering a sensible option when you need to send large volumes of traffic to one specific network, providing guaranteed capacity, easy monitoring, more reliability than public peering, and more secure than public peering.

26.     It is my professional opinion based on research and experience, that this has been established and maintained specifically to support and serve United States based users of Sex.com. Sex.com does not have this relationship with any other hosting company other than Choopa in the United States. Further, I believe that a server exists at Choopa LLC in New Jersey to host Sex.com for US Users.

27.     I also reviewed the Alexa statistics for sex.com.  Alexa statistics, located at www.alexa.com, are commonly used and relied upon industry experts to determine and analyze Internet traffic to Internet web sites.  This is an important tool for business operating Internet web sites to determine where users of the web sites are located.

28.     The Alexa statistics for sex.com show that the United States has the highest level of traffic at 16.5%, with Russia the next closest at 12%.


I declare under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Execute on the 15 day of October, 2015 at Torrance, California.


Mark Lidikay

EXHIBIT "63"



# Sex.com Privacy Policy

Effective February 2012

We provide this Privacy Policy to inform you of our policies and procedures regarding the collection, use and disclosure of personal information we receive from users of www.sex.com. This Privacy Policy applies only to information that you provide to us through the site. This Privacy Policy may be updated on occasion. We will notify you of any material changes by posting the new Privacy Policy on the Site. You are advised to consult this policy regularly for any changes.

This site expressly and strictly limits its membership and/or viewing privileges to adults 18 years of age and over, or having attained the age of majority in their country. All persons who do not meet this criteria are strictly forbidden from accessing or viewing the contents of this Site. We do not knowingly seek or collect any personal information or data from persons who have not attained the age of majority.

The security of your Data is very important to Sex.com and as such we take all appropriate steps to limit the risk that it may be lost, damaged or misused.

## DATA COLLECTED

Our primary goals in collecting information are to provide and improve our site, application, services, features and content, to administer your membership and to enable users to enjoy and easily navigate the site.

Personal Information:

- Non-Registered users can watch pictures & videos without registering and without any information being collected and processed. However, the visitor's IP address will be recorded in the event that there is any misappropriation of information and/or content.

- Registered Members: Registration is required for uploading pictures & videos, and accessing a

http://www.sex.com/about/privacy

Case 1:15-cv-22463-MGC   Document 49   Entered on FLSD Docket 10/15/2015   Page 193 of 195

10/15/15, 8:41 PM

number of other features. The following personal information is requested at the time of registration: username (required), and email address (required). All of this data, with the exception of the email address and IP address, becomes publicly accessible information.

Content Uploaded to the site: Any personal information or picture/video content that you voluntarily disclose online becomes publicly available and can be collected and used by others.

Cookies: When you visit Sex.com, we may send one or more cookies to your computer that uniquely identifies your browser session. Sex.com uses both session cookies and persistent cookies. If you remove your persistent cookie, some of the site's features may not function properly.

Log File Information: When you visit Sex.com, our servers automatically record certain information that your web browser sends such as your web request, IP address, browser type, browser language, referring URL, platform type, domain names and the date and time of your request.

Emails: If you contact us, we may keep a record of that correspondence.

# USES

The personally identifiable information you submit to Sex.com is used to provide you as the user with special, personalized site features.

Your chosen username (not your email address) is displayed to other Users alongside the content you upload, including pictures & videos, comments, likes, etc.

Any picture or videos that you submit to Sex.com may be redistributed through the internet and other media channels, and may be viewed by the general public.

We may use your email address or other personally identifiable information to send commercial or marketing messages.

We may use your email address for non-marketing or administrative purposes (such as notifying you of key website changes or for customer service purposes).

Opt-in communication — Subscriber expressly and specifically acknowledges and agrees that his/her email address or other means of communicating with subscriber may be used to send him/her offers, information or any other commercially oriented emails or other means of communications. More specifically, some offers may be presented to the subscriber via email campaigns or other means of communications with the option to express the subscriber's preference by either clicking or entering "accept" (alternatively "yes") or "decline" (alternatively "no"). By selecting or clicking the "accept" or "yes", the subscriber indicates that the subscriber "OPTS-IN" to that offer and thereby agrees and assents that the subscriber's personal information, including its email address and data may be used for that matter."

Opt-out communication — Subscriber expressly and specifically acknowledges and agrees that his/her email address or other means of communicating with subscriber may not be used to send him/her offers, information or any other commercially oriented emails or other means of

communications.

We analyze aggregated user traffic information to help streamline our marketing and hosting operations and to improve the quality of the Sex.com user-experience.

## DISCLOSURE OF INFORMATION

If required to do so, Sex.com may release data to comply with any legal obligation, or in order to enforce our Terms of Service and other agreements; or to protect the rights, property or safety of Sex.com or our subscribers or others. This includes exchanging information with other companies and organizations including the police and governmental authorities for the purposes of protection against fraud or any other kind of illegal activity whether or not identified in the Terms of Service. It is Sex.com's policy, whenever possible and legally permissible, to promptly notify you upon an obligation to supply data to any third party.

Should you deliberately upload any illegal material, Sex.com shall forward all available information to all relevant authorities and do so without notice.

We do not share your personally identifiable information, such as email address, with other third-party companies for their commercial or marketing use without your consent, or except as part of a specific program or feature for which you will have the ability to opt-in or opt-out.

## LINKS TO OTHER SITES

Our site contains links to other websites. If you choose to visit an advertiser by "clicking on" a banner ad or other type of advertisement, or click on another third party link, you will be directed to that third party's website. The fact that we link to a website or present a banner ad or other type of advertisement is not an endorsement, authorization or representation of our affiliation with that third party, nor is it an endorsement of their privacy or information security policies or practices. We do not exercise control over third party websites. These other websites may place their own cookies or other files on your computer, collect data or solicit personal information from you. Other sites follow different rules regarding the use or disclosure of the personal information you submit to them. We encourage you to read the privacy policies or statements of the other websites you visit.

## SECURITY

Here we have given you, or you have chosen, a password, which enables you to access certain parts of our Site. You are responsible for keeping this password confidential. We ask you not to share your password with anyone.

Unfortunately, the transmission of information via the Internet is not completely secure. Sex.com uses commercially reasonable physical, managerial and technical safeguards to preserve the integrity and security of your personal information. We cannot, however, ensure or warrant the security of any information you transmit to Sex.com, and you do so at your own risk.

Identity theft and the practice currently known as "phishing" are of great concern to us. Safeguarding information to help protect you from identity theft is a top priority. We do not and will not, at any time, request your credit card information, login information, or national identification numbers in a non-secure or unsolicited e-mail or telephone communication. For more information about phishing, visit the Federal Trade Commission's website.

## YOUR RIGHTS

All Members may review, update, correct or delete the personal information in their account by contacting us or by editing said profile via the site. If you completely delete all such information, then your account may become deactivated. We will use commercially reasonable efforts to honor your request. We may retain an archived copy of your records as required by law or for legitimate business purposes.

## CONTACTING US

If you have any questions about this privacy policy, please contact us at:

webmaster@sex.com

 RTA® (http://www.rtalabel.org)