UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

MIAMI DIVISION

CASE NO.: 1:15-cv-22463-MGC

HYDENTRA HLP INT. LIMITED, a
foreign corporation d/b/a METART,

    Plaintiff,

vs.

MAXIMUM APPS INC., a foreign
company d/b/a SEX.COM; CLOVER
HOLDINGS LIMITED PARTNERSHIP,
a foreign company d/b/a SEX.COM;
SEX.COM; FREDERIC VALIQUETTE,
an individual; and John Does 1-20,

    Defendants.
_____/

## JOINT NOTICE OF MEDIATOR DESIGNATION

Plaintiff, HYDENTRA HLP INT. LIMITED, a foreign corporation d/b/a METART and Defendants, by and through their respective counsel, hereby files this Joint Notice of Mediator Designation pursuant to this Court's Order Referring Case to Mediation. The Parties have conferred and agreed upon the following mediator:

**John S. Freud**
Mediation Solutions, Inc.
Museum Tower
150 West Flagler Street, Suite 2700
Miami, FL 33130

Dated this 20th day of October, 2015.

1

| | |
|---|---|
| /s/Aaron Behar, Esq.<br>Aaron Behar, Esq.<br>Florida Bar No.: 166286<br>/s/Jaclyn Behar, Esq.<br>Jaclyn Behar, Esq.<br>Florida Bar No.: 063833<br>BeharBehar<br>1840 North Commerce Parkway, Suite 1<br>Weston, Florida 33326<br>Telephone: (954) 688-7642<br>Facsimile: (954) 332-9260<br>E-mail: ab@beharbehar.com<br>       jb@beharbehar.com<br>**Counsel for Plaintiff** | /s/Brady J. Cobb, Esq.<br>Brady J. Cobb, Esq.<br>Tripp Scott<br>Florida Bar No.: 0311018<br>Cobb Eddy, PLLC<br>642 N.E. Third Avenue<br>Ft. Lauderdale, Florida 33304<br>Telephone: (954) 527-4111<br>Facsimile: (954) 900-5507<br>E-mail: bcobb@cobbeddy.com<br>**Counsel for Defendants, Maximum Apps Inc. and Frederic Valiquette** |
| /s/Spencer D. Freeman, Esq.<br>Spencer D. Freeman, Esq.<br>Freeman Law Firm, Inc.<br>1107 ½ Tacoma Avenue South<br>Tacoma, WA 98402<br>Telephone: (206) 516-3800<br>Facsimile: (206) 516-3888<br>E-mail: sfreeman@freemanlawfirm.org<br>**Counsel for Plaintiff (Pro Hac Vice)** | /s/Evan Fray-Witzer, Esq.<br>Evan Fray-Witzer, Esq.<br>Ciampa Fray-Witzer, LLP<br>20 Park Plaza, Suite 505<br>Boston, MA 02116<br>Telephone: (617) 426-0000<br>E-mail: evan@cfwlegal.com<br>**Counsel for Maximum Apps Inc. and Frederic Valiquette (Pro Hac Vice)** |
| | /s/Matthew Shayefar, Esq.<br>Matthew Shayefar, Esq.<br>/s/Valentin Gurvits, Esq.<br>Valentin Gurvits, Esq.<br>Boston Law Group PC<br>825 Beacon Street, Suite 20<br>Newton, MA 02459<br>Telephone: (617) 928-1806<br>E-mail: matt@bostonlawgroup.com<br>       vgurvits@bostonlawgroup.com<br>**Counsel for Maximum Apps Inc. and Frederic Valiquette (Pro Hac Vice)** |
| | /s/Allen P. Pegg, Esq.<br>Allen P. Pegg, Esq.<br>/s/John F. O'Sullivan, Esq.<br>John F. O'Sullivan, Esq.<br>Hogan Lovells LLP<br>600 Brickell Avenue, Suite 2700<br>Miami, Florida 33131<br>Telephone: (305) 459-6641 |

|  | Facsimile: (305) 459-6550<br>E-mail: allen.pegg@hoganlovells.com<br>John.osullivan@hoganlovells.com<br>***Counsel for Clover Holdings Limited Partnership*** |
|---|---|