UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

MIAMI DIVISION

CASE NO.: 1:15-cv-22463-MGC

HYDENTRA HLP INT. LIMITED, a
foreign corporation d/b/a METART,

    Plaintiff,

vs.

MAXIMUM APPS INC., a foreign
company d/b/a SEX.COM; CLOVER
HOLDINGS LIMITED PARTNERSHIP,
a foreign company d/b/a SEX.COM;
SEX.COM; FREDERIC VALIQUETTE,
an individual; and John Does 1-20,

    Defendants.
_____/

## "SUPPLEMENTAL" MOTION TO APPEAR *PRO HAC VICE*, CONSENT TO DESIGNATION, AND REQUEST TO ELECTRONICALLLY RECEIVE NOTICES OF ELECTRONIC FILING

In accordance with Local Rules 4(b) of the Special Rules Governing the Admission and Practice of Attorneys of the United States District Court for the Southern District of Florida, the undersigned respectively moves for the admission *pro hac vice* of Spencer D. Freeman, Esq., Freeman Law Firm, Inc., 1107 ½ Tacoma Avenue South, Tacoma, Washington 98402, for purposes of appearance as co-counsel on behalf of Plaintiff in the above-styled case only, and pursuant to Rule 2B of the CM/ECF Administrative Procedures, to permit Spencer D. Freeman, Esq. to receive electronic filings in this case, and in support thereof states as follows:

1

1. Spencer D. Freeman, Esq. is not admitted to practice in the Southern District of Florida and is a member in good standing of The Washington State Bar Association and the United States District Court for the Eastern District of Washington.

2. Aaron Behar, Esq. and Jaclyn Behar, Esq. of the law firm of BeharBehar, 1840 North Commerce Parkway, Suite One, Weston, Florida 33326, are members in good standing of The Florida Bar and the United States District Court for the Southern District of Florida, maintain an office in this State for the practice of law, and are authorized to file through the Court's electronic filing system. Movant consents to be designated as a member of the Bar of this Court with whom the Court and opposing counsel may readily communicate regarding the conduct of the case, upon whom filings shall be served, who shall be required to electronically file all documents and things that may be filed electronically, and who shall be responsible for filing documents in compliance with the CM/ECF Administrative Procedures. *See* Section 2B of the CM/ECF Administrative Procedures.

3. In accordance with the local rules of this Court, Spencer D. Freeman, Esq., has made payment of this Court's $75.00 admission fee. A certification in accordance with Rule 4(b) is attached hereto.

4. Spencer D. Freeman, Esq., by and through designated counsel and pursuant to Section 2B CM/ECF Administrative Procedures, hereby requests the Court to provide Notice of Electronic Filings to Spencer D. Freeman, Esq. at email address: sfreeman@freemanlawfirm.org.

WHEREFORE, Aaron Behar, Esq. and Jaclyn Behar, Esq., moves this Court to enter an Order granting Spencer D. Freeman, Esq. to appear before this Court on behalf of Plaintiff, for all purposes relating to the proceedings in the above-styled matter and directing the Clerk to provide notice of electronic filings to Spencer D. Freeman, Esq.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 20th day of October, 2015 we electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following: John F. O'Sullivan, Esq., Allen P. Pegg, Esq. and Jason D. Sternberg, Esq., *Counsel for Clover Holdings Limited Partnership*; Brady J. Cobb, Esq., *Counsel for Maximum Apps Inc. d/b/a Sex.Com and Frederic Valiquette*; and also to: Evan Fray-Witzer, Esq. (Pro Hac Vice); Valentin Gurvits, Esq. (Pro Hac Vice); and Matthew Shayefar, Esq. (Pro Hac Vice).

Respectfully submitted,

_____
Aaron Behar, Esq.
Florida Bar No.: 166286
Jaclyn Behar, Esq.
Florida Bar No.: 063833
BeharBehar
1840 North Commerce Parkway
Suite 1
Weston, Florida 33326
Telephone: (954) 688-7642
Facsimile: (954) 332-9260
E-mail: ab@beharbehar.com
          jb@beharbehar.com
**Counsel for Plaintiff**

/s/*Spencer D. Freeman, Esq.*
Spencer D. Freeman, Esq.
Freeman Law Firm, Inc.
1107 ½ Tacoma Avenue South
Tacoma, WA 98402
Telephone: (253) 383-4500
Facsimile: (253) 383-4501
E-mail: sfreeman@freemanlawfirm.org
***Counsel for Plaintiff (Pro Hac Vice)***