UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

| | |
|---|---|
| HYDENTRA HLP INT. LIMITED, a foreign corporation d/b/a METART<br><br>    Plaintiff,<br><br>v.<br><br>MAXIMUM APPS INC., a foreign company d/b/a SEX.COM, CLOVER HOLDINGS LIMITED PARTNERSHIP, a foreign company, d/b/a SEX.COM; SEX.COM; FREDERICK VALIQUETTE, an individual, and; John Does 1-20,<br><br>    Defendants. | Case No.<br>1:15-cv-22463-MGC |

**DEFENDANTS MAXIMUM APPS. INC.'S AND FREDERICK VALIQUETTE'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE THEIR REPLY BRIEF IN SUPPORT OF THEIR MOTION <u>TO DISMISS</u>**

Pursuant to Fed. R. Civ. P. 6(b) and Local Rule 7.1, Defendants Maximum Apps, Inc. ("Maximum") and Frederick Valiquette ("Valiquette") respectfully move for a fourteen (14) day extension of time to file their Reply Brief in Support of their Motion to Dismiss (D.E. 34). Because good cause exists for the requested extension of time, and Plaintiff does not oppose the requested extension – the Court should grant the present Motion. In support of this Motion, Maximum and Mr. Valiquette state as follows:

1.      At the outset, counsel for Maximum and Valquiette wish to note that they understand that the Court's deadlines are to be taken seriously, and that this request for an extension is predicated upon good cause related to (a) counsel Evan Fray-Witzer being involved

1

in a ten (10) day jury trial that commenced on Monday October 19, 2015, (b) counsel Valentin Gurvits undergoing hip replacement surgery on October 20, 2015 and still being in the hospital as of the date of this motion being filed, and (c) undersigned counsel having an extremely burdensome litigation schedule.

2.  Maximum and Mr. Valiquette filed their Motion to Dismiss (D.E. 34) Plaintiff's Amended Complaint on September 21, 2015 (the "Motion").

3.  On September 30, 2015, Plaintiff (after conferring with the undersigned, and the undersigned having no objection) filed its Unopposed Motion for Extension of Time to File its Response to the Motion (D.E. 40).

4.  On October 1, 2015, this Court entered its Endorsed Order (D.E. 44) granting in part and denying in part Plaintiff's Unopposed Motion for Extension of Time to file its Response to the Motion, and granted Plaintiff up and through October 15, 2015 to file its Response in Opposition to the Motion.

5.  On October 15, 2015, Plaintiff filed its Response to the Motion (D.E. 49), thereby making Maximum and Valiquette's Reply brief due on or before October 22, 2015.

6.  Due to undersigned counsel's burdensome litigation schedule, including three (3) substantive motions being due over the next ten (10) day period, coupled with co-counsel Evan Fray-Witzer serving as trial counsel in a ten (10) day jury trial that commenced on Monday October 19, 2015 in the Superior Court for the Commonwealth of Massachusetts (case number 13-04705) and undersigned counsel Valentin Gurvits having to undergo a hip replacement surgery this past week and still being in recovery, a fourteen (14) day extension of time is respectfully requested to allow counsel for Maximum and Valiquette to properly review Plaintiff's Response (which is 265 pages in length inclusive of exhibits) and file a Reply Brief.

7.      Maximum and Valiquette have only sought an extension of time on one previous occasion (a short six day extension to file its response to Plaintiff's Complaint), and the requested extension is sought in good faith, not for the purposes of delay, and will not prejudice any party.

## CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1(a)(3)

Undersigned counsel have conferred with counsel for Plaintiff with regard to the requested extension of time and counsel for Plainitiff has advised that there is no objection to the requested extension.

Respectfully submitted this 21st day of October, 2015.

## CERTIFICATE OF SERVICE

**I hereby certify** that a true and correct copy of the foregoing was served electronically via the CM/ECF electronic filing system on all counsel or parties of record on the service list below this 21st day of October, 2015.

Respectfully submitted,

**/s/ Brady J. Cobb**
Brady J. Cobb, Esquire
Florida Bar No.: 0031018
Cobb Eddy, PLLC
642 N.E. 3rd Avenue
Fort Lauderdale, Florida 33304
Telephone: (954) 527-4111
Facsimile: (954) 900-5507
bcobb@cobbeddy.com

## SERVICE LIST
## 1:15-cv-22463-MGC

Aaron Behar, Esquire
Jaclyn Behar, Esquire
BEHAR BEHAR
1840 North Commerce Parkway Suite One
Weston, Florida 33326
Telephone: (954) 688-7642
Facsimile: (954) 332-9260
Emal: AB@BeharBehar.com, jb@jaclynbentley.com

Spencer D. Freeman, Esquire
Freeman Law Firm, Inc.
1107 ½ Tacoma Avenue South
Tacoma, WA 98402
Telephone: (253) 383-4500
Facsimile: (253) 383-4501
Email: sfreeman@freemanlawfirm.org
*Counsel for Plaintiff*

John F. O'Sullivan
Allen Paige Pegg
Hogan Lovells US LLP
Brickell World Plaza 600 Brickell Ave.
Suite 2700
Miami, FL 33131
305 459-6651
305-459-6550 (fax)
Email: john.osullivan@hoganlovells.com, allen.pegg@hoganlovells.com
**Counsel for Defendant Clover Holdings Limited Partnership**