UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

| | |
|---|---|
| HYDENTRA HLP INT. LIMITED, a foreign corporation d/b/a METART<br><br>    Plaintiff,<br><br>v.<br><br>MAXIMUM APPS INC., a foreign company d/b/a SEX.COM, CLOVER HOLDINGS LIMITED PARTNERSHIP, a foreign company, d/b/a SEX.COM; SEX.COM; FREDERICK VALIQUETTE, an individual, and; John Does 1-20,<br><br>    Defendants. | Case No.<br>1:15-cv-22463-MGC |

**[PROPOSED] ORDER GRANTING DEFENDANTS MAXIMUM APPS. INC.'S AND FREDERICK VALIQUETTE'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE THEIR REPLY BRIEF IN SUPPORT OF THEIR MOTION TO DISMISS**

    This cause came before the Court upon the Defendants Maximum Apps. Inc's and Frederick Valiquette's (collectively the "Defendants") Unopposed Motion (the "Motion") for Extension of Time to File Their Reply Brief in Support of their Motion to Dismiss, and this Court, having reviewed the pleadings herein and being otherwise fully advised in the premises, hereby

    ORDERS AND ADJUDGES that the Motion is GRANTED. Defendants shall have until November 5, 2015 to file their Reply Brief in Support of their Motion to Dismiss (D.E. 34).

    DONE AND ORDERED in Chambers at Miami, Florida this ___ day of October , 2015.

                                                          _____
                                                          Marcia G. Cooke
                                                          UNITED STATES DISTRICT JUDGE