# EXHIBIT
# A

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

HYDENTRA HLP INT. LIMITED,
a foreign corporation d/b/a METART

    Plaintiff,

v.

MAXIMUM APPS INC., a foreign company
d/b/a SEX.COM, CLOVER HOLDINGS
LIMITED PARTNERSHIP, a foreign
company, d/b/a SEX.COM; SEX.COM;
FREDERIC VALIQUETTE, an individual,
and; John Does 1-20,

    Defendants.

Case No.
1:15-cv-22463-MGC

## AFFIDAVIT OF FRÉDÉRIC VALIQUETTE IN SUPPORT OF REPLY IN SUPPORT OF MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION

I, Frédéric Valiquette, being duly sworn, do affirm and state as follows:

1.    I am the President of Defendant Maximum Apps Inc. ("Maximum") and a named defendant in the above captioned action. Unless otherwise stated, this declaration is based on my personal knowledge, my consultation with other Maximum employees and managers, and my review of Maximum's business records. All statements contained in this declaration are true and correct to the best of my knowledge. If called as a witness, I could and would testify as to the facts set forth in this affidavit.

2.    I speak French fluently.

3.    I have read the Plaintiff's Opposition to Maximum's and my Motion to Dismiss for Lack of Personal Jurisdiction and the accompanying declarations of Mr. Jason Tucker and

Mr. Mark Lidikay.  The Plaintiff's filings include numerous completely (and inexcusably) false statements, which I respond to herein.

## Ownership of Maximum

4.      I am not the sole owner of Maximum nor did the Plaintiff have any reasonable basis to claim otherwise.  I am not even a direct owner of Maximum.  The sole shareholder of Maximum is GFL Groupe Financier Logistique Inc., a Canadian corporation.  The shareholders of GFL Groupe Financier Logistique Inc. are three family trusts.  All of the foregoing is easily determinable on the "Registraire des entreprises Québec" (the "enterprise register") online at www.registreentreprises.gouv.qc.ca/en/default.aspx.  I can only assume that the Plaintiff made no attempt to check any of this information before making its baseless claims to the contrary.

5.      Attached hereto as Exhibit 1 is a true and correct copy of the information available for Maximum on the Canadian registry of companies, indicating that the sole shareholder ("actionnaire") is GFL Groupe Financier Logistique Inc.

6.      Although, I am a beneficiary of one of the three trusts that owns GFL Groupe Financier Logistique Inc., I am certainly not the sole shareholder of Maximum.

## HL Hosting Logistic Inc.

7.      HL Hosting Logistic Inc. ("HLHL") does not host the website at Sex.com nor does it own the IP address used by Sex.com (or Maximum Apps).

8.      HLHL was incorporated in Canada and was at all times a Canadian company.

9.      I am listed as the sole director of HLHL.

10.     The sole shareholder of HLHL is a family trust.

11.     HLHL is a liquidated company.  It was liquidated in September of 2013.

2

12.     HLHL no longer does any business and has not done any business since it was liquidated in September of 2013.

13.     HLHL is currently in the process of being dissolved, a process that was started several months ago.

**The Sex.com IP Address**

14.     The IP address utilized by Sex.com is 206.125.164.82, which can easily be confirmed by anyone running "ping sex.com" in their command prompt.

15.     The 206.125.164.82 IP address that Sex.com uses is owned by the Canadian company Technologie Optic.ca from Montreal, Quebec, Canada.  This can be easily confirmed by running a WHOIS-RWS with the American Registry for Internet Numbers, which manages the distribution of Internet number resources for Canada, the United States and many Caribbean and North Atlantic islands.  A copy of the WHOIS-RWS record for that domain name is attached hereto as Exhibit 2.

**Choopa LLC**

16.     The website at Sex.com is not hosted by Choopa LLC ("Choopa") and has never been hosted by Choopa, whether in New Jersey or elsewhere.

17.     There is no server at Choopa's facilities in New Jersey (or elsewhere) to host Sex.com, whether for United States users or otherwise.

18.     Choopa has no contractual relationship with Maximum and has never had a contractual relationship with Maximum.

19.     Choopa has no Border Gateway Protocol ("BGP") with HLHL and Choopa has never had a BGP relationship with HLHL, whether with a server in New Jersey or elsewhere.

20.     Choopa has no contractual relationship with HLHL and has never had a contractual relationship with HLHL.

21.     Choopa has no formal peering relationship with HLHL and has never had a formal peering relationship with HLHL.

22.     Put simply, there is no business relationship with Choopa on the one hand and any of Maximum, Sex.com or HLHL on the other.

23.     I understand that each of these points regarding Choopa have been confirmed in a Declaration on behalf of Choopa by Mr. David Gucker, a Vice President of Choopa.

**Sex.com's Hosting**

24.     For as long as Maximum has managed the website at Sex.com, the site has been hosted by one and only one company: Nexweb Solutions Internet Inc. ("Nexweb"), a Canadian company based in Montréal, Québec, Canada.

25.     All of Nexweb's servers are located in Canada and Canada only.  Nexweb has no servers in the United States.

26.     The servers that host the Sex.com website are located in Canada only.  None of Nexweb's servers that host the Sex.com website are located in the United States.

27.     For as long as Maximum has managed the website at Sex.com, the Sex.com website has been hosted only by Nexweb and only on servers in Canada.

28.     Attached hereto as Exhibit 3 are true and correct copies of bills that Maximum received from Nexweb for hosting services that Nexweb provided to Maximum for hosting the Sex.com website.  These documents have been partially redacted to hide confidential information

**Banner Advertisements**

29.     Advertising on Sex.com takes a number of different forms.  One is traditional advertising which takes the form of banner advertisements, block advertisements, pop-ups windows and pop-under windows that link to third-party websites.

30.     Almost all of the traditional advertising on the Sex.com website is placed through advertising brokers, each of which pays Maximum money in order to place advertisements on the Sex.com website.

31.     Only a small percentage of traditional advertisements on the Sex.com website is sold directly to an advertiser, and only when that advertiser contacts Maximum directly.  (In other words, Maximum does not reach out to these advertisers; the advertisers reach out to Maximum.)

32.     Even in the small percentage of time when advertising space is sold directly to an advertiser, Maximum does not control what is shown in the space provided; those decisions rest solely in the hands of the advertiser.

33.     In either case, whether through a broker (which is almost always the case) or directly (which is almost never the case), the advertiser purchases the right to display whatever it chooses in the space provided on the Sex.com website.

34.     The advertising brokers are not agents of Maximum in any way.  They have no authorization to act on behalf of Maximum and they have no authority to bind Maximum to any contract or agreement.

35.     Attached hereto as Exhibit 4 are examples of invoices Maximum has sent to advertising brokers who place ads on the Sex.com website.  These invoices have been partially redacted to hide confidential information.

5

## Hard Coding of Advertisements and Geolocating

36.     For advertisements on the Sex.com website, Maximum places link code in the back-end code of the Sex.com website for an advertising broker (or, in rare cases, directly for an advertiser), which the broker (or advertiser) then can redirect to whatever content it desires based on its own criteria.

37.     By way of example, Maximum may dedicate a spot on its website to Advertising Broker A by placing a link or other code as directed by Advertising Broker A.  Advertising Broker A may have a number of advertisers that it wants to place in the space provided by Maximum and it then chooses which of its advertisers it wants to place in that spot based on its own metrics and business decisions.  It is in these instances where Advertising Broker A may choose to engage in geolocation to determine which advertisement it wants to serve.  If it chooses to do so, advertising Broker A may request information on the viewer of the webpage, including where that viewer may be located, and then serves an advertisement based on its own internal filters, algorithms, business reasons and discretion.  The "request" from the Advertising Broker, and the "answer" from the website is entirely automated – no actual person from Maximum is involved in the process.

38.     Maximum is not involved in the decisions of the advertising brokers as to what advertisements they will display or which advertisement will be displayed when or to whom – Maximum only gives them the advertising space to use as they desire.

39.     While the advertisements that eventually appear on the Sex.com website may appear from a view of the HTML source code to be "hard coded," they only appear that way because that it what is displayed to the viewer; the viewer does not see the complex code and backend algorithms which show the true nature of the advertising.

40.     To explain further, when the Sex.com website serves a web page to a user, it places a specific code provided by the advertising broker into the program that determines what is shown to a visitor to the Sex.com website.  This code then fetches whatever additional codes the advertising broker desires to place in the space on the website (e.g., the link to the specific advertisement it wants displayed) that is eventually displayed to the viewer of the webpage.  As far as the viewer knows, he or she only sees the final version of the web-page (which shows the broker's direct link to an advertisement), but he or she doesn't know how that web-page was made (i.e., the back-end requests from the code provided by the broker which then selects the advertisement).

41.     In technical terms, viewing the website's source code does **not** mean that the code, which arrives as at the user's computer appearing to be hard-coded, **is** actually hard-coded. Viewing the source code delivered to the users (as Mr. Tucker has done), only shows how the webpage was delivered to the viewer via HTML or Javascript.  It does **not** indicate the source code or logic that was used to build the page, which is in fact done with a programming language such as PHP, C++, Java or any other native programming language.  This programming is not available to an end-user looking at the HTML code for a website and this is in fact how the Sex.com website works.

42.     Specifically, the Sex.com website is programmed in PHP, the source code of which is not available by looking at the HTML for the served website.

43.     Although all of this sounds complicated, the concept behind it is relatively simple: viewing source code (as Mr. Tucker has done) tells the visitor nothing about the actual creation of the webpage.  There is no conceivable way that Mr. Tucker and Hydentra are ignorant of this, and the fact that they try to mislead the Court into thinking otherwise is outrageous.

7

**Sponsor Pages**

44.     Another form of advertising on the Sex.com website is a "sponsor page," though such advertisements are rare on Sex.com

45.     A sponsor page is where Maximum assists a sponsor in monetizing its content on the Sex.com website by helping the sponsor place content and their promotional banners on a dedicated webpage.

46.     Revenue generated by sponsor pages represents less than 1% of the overall revenues of Maximum from the Sex.com website.

47.     As of October 26, 2015, the Sex.com website had over 18,000,000 pages of web content.

48.     In their papers, Plaintiff makes reference to two companies that allegedly have sponsor pages on the Sex.com website: RK Netmedia, Inc. and Paper Street Media, LLC.

49.     Plaintiffs allege in their opposition that Maximum and RK Netmedia, Inc. maintain a sponsor relationship relating to RK Netmedia's content from RK.com and the Reality Kings Network.  However, Maximum has no relationship with RK Netmedia, Inc. – its relationship with regards to the advertisements related to RK.com and the Reality Kings Network comes from its relationship with the webmaster program for RK.com called NastyDollars, which can be found at NastyDollars.com.

50.     One can confirm that Nasty Dollars is the webmaster program for RK.com by going to the RK.com website (http://www.rk.com/home.htm) and clicking on the link "Webmasters" at the footer of the page, which directs the visitor to NastyDollars.com.

51.     According to the Affiliate Terms and Conditions on NastyDollars.com (available at http://www.nastydollars.com/terms.htm and a copy of which is attached hereto as Exhibit 5),

8

the NastyDollars affiliate program is run by a company called "MG Content RK Limited, a corporation duly incorporated under the laws of Ireland."

52.     NastyDollars had only approximately 370 sponsor pages on the Sex.com website, representing approximately 0.002% of the pages on the Sex.com website.

53.     In any case, Maximum cannot find any records that it has ever received any payment from NastyDollars.

54.     Paper Street Media, LLC had only approximately 181 sponsor pages on the Sex.com website, representing approximately 0.001% of the pages on the Sex.com website.

55.     Maximum can only find records for one payment that it has ever received from Paper Street Media, LLC.  That payment was for a total of $71.76 made in or about May of 2015.

56.     Plaintiff makes reference to a handful of other sponsors on the Sex.com website on page 20 of its Opposition.  These sponsors represent only a few of the many sponsors of the Sex.com website.

57.     In any case, each and every one of the sponsors approached Maximum of their own volition and created accounts with Maximum on the Sex.com website, subject to the Sex.com Terms and Conditions available at http://www.sex.com/about/terms, a true and correct copy of which is attached hereto as Exhibit 6.

58.     The Terms and Conditions state that "These Terms and any actions related thereto will be governed by the laws of Quebec, Canada without regard to its conflict of laws provisions. The exclusive jurisdiction and venue of any action with respect to the subject matter of these Terms will be the state and federal courts located in the District of Quebec, Canada and each of the parties hereto waives any objection to jurisdiction and venue in such courts."

59.     Contrary to the baseless allegations of Mr. Tucker in his Declaration, the sponsor pages are controlled by the sponsor.  The sponsors have direct control over the design on their sponsor pages, the banners on their sponsor pages, the links on their sponsor pages, and the content on their sponsor pages.  The sponsors have the direct ability to remove and add content or otherwise control or modify content on their sponsor pages through their user accounts. Attached hereto as Exhibit 7 is a screenshot of an example sponsor's user account page, showing their ability to control the trailer, background, and banner on its sponsor page.

60.     The sponsor pages are almost entirely like a company's page (or an individual's page) on Facebook.  While the page is on Facebook.com, the company or the individual has control over what information they want to have on that page.

61.     The sponsors get this control over the sponsor pages via an administrative interface provided by Maximum.  The relationship between Maximum and a sponsor on a sponsor page becomes collaborative only if the sponsor requests the assistance of Maximum.

62.     Once again, revenue from all sponsors combined, regardless of where the sponsor is based, generates significantly less than 1% of total revenue generated by Maximum from the Sex.com website.  Moreover, the pages for the sponsors referenced by Plaintiff account for less than 0.05% of pages on the Sex.com website, *combined*.

**Marsha May**

63.     Maximum has no contractual relationship with the model Marsha May.

64.     Maximum has no knowledge of where Marsha May resides.

**The "Download Banner" and HVL Cyber Web Solutions Inc.**

65.     In its Opposition, Plaintiff makes reference to a certain "Download Banner," which is an advertisement that appeared underneath certain videos on the Sex.com website.

66.     Like other advertisements on the Sex.com website (see above), this Download Banner advertisement was not "hard-coded" into the Sex.com website, but was instead displayed as one of many advertisements on the website and only looks "hard-coded" once it reaches the viewer's computer and is rendered on screen.

67.     The Download Banner advertisement was served by the external URL dl.clicktraffix.com. ClickTraffix.com is a traffic and advertising network not owned or operated by Maximum. ClickTraffix.com is operated by HVL Cyber Web Solutions Inc. ("HVL"), a Canadian company.

68.     HVL is not a party to this lawsuit.

**SimilarWeb.com and Alexa Statistics**

69.     In its opposition, the Plaintiff makes reference to certain statistics that it has pulled from an unrelated website, SimilarWeb.com ("SimilarWeb").

70.     SimilarWeb has no access to the Sex.com websites's traffic records: it only provides its statistics based on unreliable estimates.

71.     As SimilarWeb states on its own website: "We are not Google Analytics, we create estimates based on our panel, which is the largest in the world, but will never be a replacement for your own analytics packages or your competitors' analytics packages."

72.     The Google Analytics data that I provided in my previous affidavit are based directly off of the analytics package that has direct access to the Sex.com website's traffic records.

73.     Additionally, SimilarWeb freely admits that it does not track WAP Phone usage for its statistics. Attached hereto as Exhibit 8 is an email Maximum received from SimilarWeb in which they state that "Currently, we don't track WAP Phone usage."

11

74.     As referenced in my previous affidavit, approximately 45% of the traffic to the Sex.com website comes from WAP Phone usage.

75.     Plaintiff and Mr. Lidikay also make reference to statistics from Alexa.com ("Alexa").  Much like SimilarWeb, Alexa does not have access to the Sex.com website's traffic records.  Alexa is simply another unrelated company that makes estimates based on incomplete data.

76.     Attached hereto as <u>Exhibit 9</u> is correspondence from Alexa's support staff stating that "Our traffic estimates are based on our panel of toolbar users. . . . [W]e do not offer a mobile version of our toolbars which means mobile/app traffic is not included in our toolbar panel and will not be reported in the traffic estimates."  Therefore, Alexa simply has no information about mobile or phone traffic, which makes up a huge portion of the Sex.com website's traffic.

77.     The Google Analytics data that I provided in my previous affidavit is based on Google's access to the complete data that Maximum has regarding the Sex.com website and its traffic records, including mobile and WAP Phone traffic.

78.     On page 28 of the Opposition, Plaintiff has made reference to certain statements in an old press kit that stated that 25% of the visitors to the Sex.com website originated from America.  That figure was incorrect.

79.     The only logs or internet systems that Maximum has to determine where users are coming from are the Google Analytics data, examples of which were already provided in my previous affidavit.

**<u>The PayPal Transaction</u>**

80.     I am not sure what relevance it has to anything, but on page 22 of its Opposition Plaintiff made a reference to an alleged PayPal transaction between Mr. Tucker and HVL.

However, much like almost everything else Plaintiff and Mr. Tucker have said, this reference is incredibly misleading (at best).

81.     Contrary to Plaintiff's allegation that the transaction was from Mr. Tucker through PayPal in San Jose, California, the transfer was from Battleship Stance LLC through the Canadian affiliate of PayPal with an address at 130 King St. W., Suite 130 King St. W, Suite 1800, Toronto, Ontario.

82.     I have attached hereto as Exhibit 10 a copy of the email receipt HVL received for this payment made by Battleship Stance LLC.  You will note the receipt is in French and that near the very bottom it provides a Canadian address for PayPal.

Signed under the pains and penalties of perjury this 4th day of November, 2015.

Frédéric Valiquette, individually and as
President of Maximum Apps, Inc.

14

# Exhibit 1



# Rechercher une entreprise au registre

## État de renseignements d'une personne morale au registre des entreprises

Renseignements en date du 2015-11-04 15:10:52

## État des informations

### Identification de l'entreprise

| | |
|---|---|
| Numéro d'entreprise du Québec (NEQ) | 1163644314 |
| Nom | MAXIMUM APPS INC. |

### Adresse du domicile

| | |
|---|---|
| Adresse | 4104-1751 rue Richardson<br>Montréal (Québec) H3K1G6<br>Canada |

### Adresse du domicile élu

| | |
|---|---|
| Adresse | Aucune adresse |

### Immatriculation

| | |
|---|---|
| Date d'immatriculation | 2006-04-11 |
| Statut | Immatriculée |
| Date de mise à jour du statut | 2006-04-11 |
| Date de fin de l'existence | Aucune date de fin d'existence n'est déclarée au registre. |

### Forme juridique

| | |
|---|---|
| Forme juridique | Société par actions ou compagnie |
| Date de la constitution | 2005-11-25 Constitution |
| Régime constitutif | CANADA : Loi canadienne sur les sociétés par actions, L.R.C. (1985) c. C-44 |
| Régime courant | CANADA : Loi canadienne sur les sociétés par actions, |

L.R.C. (1985) c. C-44

## Dates des mises à jour

| | |
|---|---|
| Date de mise à jour de l'état de renseignements | 2015-06-05 |
| Date de la dernière déclaration de mise à jour annuelle | 2014-05-28 2013 |
| Date de fin de la période de production de la déclaration de mise à jour annuelle de 2015 | 2016-06-01 |
| Date de fin de la période de production de la déclaration de mise à jour annuelle de 2014 | 2015-06-01 |

## Faillite

L'entreprise n'est pas en faillite.

## Fusion et scission

Aucune fusion ou scission n'a été déclarée.

## Continuation et autre transformation

Aucune continuation ou autre transformation n'a été déclarée.

## Liquidation ou dissolution

Aucune intention de liquidation ou de dissolution n'a été déclarée.

## Activités économiques et nombre de salariés

### 1er secteur d'activité

| | |
|---|---|
| Code d'activité économique (CAE) | 7721 |
| Activité | Services d'informatique |
| Précisions (facultatives) | - |

### 2e secteur d'activité

Aucun renseignement n'a été déclaré.

### Nombre de salariés

Nombre de salariés au Québec

Aucun

## Convention unanime, actionnaires, administrateurs, dirigeants et fondé de pouvoir

### Actionnaires

**Premier actionnaire**

Le premier actionnaire est majoritaire.

| | |
|---|---|
| Nom | GFL Groupe Financier Logistique Inc. |
| Adresse | 4104-1751 rue Richardson Montréal (Québec) H3K1G6 Canada |

### Convention unanime des actionnaires

Il n'existe pas de convention unanime des actionnaires.

### Liste des administrateurs

| | |
|---|---|
| Nom | VALIQUETTE, FRÉDÉRIC |
| Date du début de la charge | |
| Date de fin de la charge | |
| Fonctions actuelles | Président, Secrétaire, Trésorier |
| Adresse | 4104-1751 rue Richardson Montréal (Québec) H3K1G6 Canada |

### Dirigeants non membres du conseil d'administration

Aucun dirigeant non membre du conseil d'administration n'a été déclaré.

### Fondé de pouvoir

Aucun fondé de pouvoir n'a été déclaré.

### Administrateurs du bien d'autrui

Aucun administrateur du bien d'autrui n'a été déclaré.

## Établissements

Aucun établissement n'a été déclaré.

### Documents en traitement

Aucun document n'est actuellement traité par le Registraire des entreprises.

## Index des documents

### Documents conservés

| Type de document | Date de dépôt au registre |
|---|---|
| Déclaration de mise à jour courante | 2015-06-05 |
| DÉCLARATION DE MISE À JOUR ANNUELLE 2013 | 2014-05-30 |
| Déclaration de mise à jour courante | 2013-09-09 |

| | |
|---|---|
| Déclaration de mise à jour courante | 2013-08-21 |
| DÉCLARATION DE MISE À JOUR ANNUELLE 2012 | 2013-05-08 |
| DÉCLARATION DE MISE À JOUR ANNUELLE 2011 | 2012-06-19 |
| Déclaration annuelle 2010 | 2011-05-10 |
| Déclaration modificative | 2010-12-22 |
| État et déclaration de renseignements 2009 | 2009-12-08 |
| État et déclaration de renseignements 2008 | 2009-02-02 |
| État et déclaration de renseignements 2007 | 2008-05-30 |
| Déclaration modificative | 2006-12-18 |
| Déclaration d'immatriculation | 2006-04-11 |

## Index des noms

| | |
|---|---|
| Date de mise à jour de l'index des noms | 2010-12-22 |

### Nom

| Nom | Versions du nom dans une autre langue | Date de déclaration du nom | Date de déclaration du retrait du nom | Situation |
|---|---|---|---|---|
| MAXIMUM APPS INC. | | 2010-12-22 | | En vigueur |
| PILULES MAXIMUM INC. | MAXIMUN PILLS INC. | 2006-04-11 | 2010-12-22 | Antérieur |

### Autres noms utilisés au Québec

| |
|---|
| Aucun autre nom utilisé au Québec n'a été déclaré. |

© Revenu Québec, 2015

# Exhibit
# 2

**WHOIS-RWS**

You searched for: **206.125.164.82**

| Network | |
|---|---|
| Net Range | 206.125.164.80 - 206.125.164.95 |
| CIDR | 206.125.164.80/28 |
| Name | MAA-NET-01 |
| Handle | NET-206-125-164-80-1 |
| Parent | OPC-NET-01 (NET-206-125-164-0-1) |
| Net Type | Reassigned |
| Origin AS | AS46609 |
| Customer | MAXIMUM APPS INC. (C03138336) |
| Registration Date | 2012-09-06 |
| Last Updated | 2012-09-06 |
| Comments | |
| RESTful Link | https://whois.arin.net/rest/net/NET-206-125-164-80-1 |
| See Also | Upstream network's resource POC records. |
| See Also | Upstream organization's POC records. |
| See Also | Related delegations. |

| Customer | |
|---|---|
| Name | MAXIMUM APPS INC. |
| Handle | C03138336 |
| Street | PO BOX 4011 SUCC D |
| City | MONTREAL |
| State/Province | QC |
| Postal Code | H3C-0J7 |
| Country | CA |
| Registration Date | 2012-09-06 |
| Last Updated | 2013-11-19 |
| Comments | |
| RESTful Link | https://whois.arin.net/rest/customer/C03138336 |
| See Also | Upstream network's resource POC records. |
| See Also | Upstream organization's POC records. |

| Point of Contact | |
|---|---|

| Name | Admin |
|---|---|
| Handle | ADMIN4951-ARIN |
| Company | Technologie Optic.Ca |
| Street | 1751 richardson suite 4.104 |
| City | Montreal |
| State/Province | QC |
| Postal Code | H3K 1G6 |
| Country | CA |
| Registration Date | 2013-10-22 |
| Last Updated | 2015-09-14 |
| Comments | |
| Phone | +1-888-978-6470 (Office) |
| Email | info@optic.ca |
| RESTful Link | https://whois.arin.net/rest/poc/ADMIN4951-ARIN |

| Point of Contact | |
|---|---|
| Name | ABUSE |
| Handle | ABUSE3961-ARIN |
| Company | Technologie Optic.ca |
| Street | 1751 Richardson, Suite 4.104 |
| City | Montreal |
| State/Province | QC |
| Postal Code | H3K 1G6 |
| Country | CA |
| Registration Date | 2013-10-22 |
| Last Updated | 2015-10-22 |
| Comments | |
| Phone | +1-888-978-6470 (Office) |
| Email | abuse@optic.ca |
| RESTful Link | https://whois.arin.net/rest/poc/ABUSE3961-ARIN |

| Point of Contact | |
|---|---|
| Name | SYSADMIN |
| Handle | SYSAD120-ARIN |
| Company | Technologie Optic.ca |
| Street | 1751 Richardson, Suite 4.104 |
| City | Montreal |
| State/Province | QC |
| Postal Code | H3K 1G6 |

| | |
|---|---|
| Country | CA |
| Registration Date | 2013-10-22 |
| Last Updated | 2015-09-14 |
| Comments | |
| Phone | +1-888-978-6470 (Office) |
| Email | sysadmin@optic.ca |
| RESTful Link | https://whois.arin.net/rest/poc/SYSAD120-ARIN |

# Exhibit 3



1751 Richardson Suite 4.102, Montréal, QC, H3K 1G6, Canada

Tel: +1.514.598.1648 | Mail: info@nexweb.ca | Web: www.nexweb.ca

Maximum Apps Inc. for Sex.com
PO BOX 4011, SUCC D
Montréal QC H3C 0J7
Canada

## Facture NXW/2015/0277

| Description | Date de facture | Origine | Code Client |
|---|---|---|---|
|  | 12/08/2015 |  |  |

| Description | Taxes | Quantité | Prix unitaire | Rem.(%) | Prix |
|---|---|---|---|---|---|
| BANDWIDTH Sex.com (BwMbps) | GST + QST for sales | 6726,000 Unité(s) |  | 0,00 | $ |
| Equipement for over capacity | GST + QST for sales | 1,000 Heure(s) |  | 0,00 | $ |

| | |
|---|---|
| Total HT : | $ |
| Taxes : | $ |
| **Total :** | $ |

| Taxes | Base de calcul | Montant |
|---|---|---|
| GST - GST for sales - 5% (QC) | $ | $ |
| QST - QST for sales - 9.975% | $ | $ |

2015-08-01
Paiement immédiat



1751 Richardson Suite 4.102, Montréal, QC, H3K 1G6, Canada

Tel: +1.514.598.1648 | Mail: info@nexweb.ca | Web: www.nexweb.ca

Maximum Apps Inc. for Sex.com
PO BOX 4011, SUCC D
Montréal QC H3C 0J7
Canada

## Facture NXW/2015/0266

| Description | Date de facture | Origine | Code Client |
|---|---|---|---|
|  | 15/07/2015 |  |  |

| Description | Taxes | Quantité | Prix unitaire | Rem.(%) | Prix |
|---|---|---|---|---|---|
| BANDWIDTH Sex.com (BwMbps) | GST + QST for sales | 7042,000 Unité(s) | ███ | 0,00 | ███ $ |
| Equipement for over capacity | GST + QST for sales | 1,000 Heure(s) | ███ | 0,00 | ███ $ |

| | |
|---|---|
| Total HT : | ███ $ |
| Taxes : | ███ $ |
| **Total :** | ███ $ |

| Taxes | Base de calcul | Montant |
|---|---|---|
| GST - GST for sales - 5% (QC) | ███ $ | ███ $ |
| QST - QST for sales - 9.975% | ███ $ | ███ $ |

2015-07-01
Paiement immédiat

# Exhibit
# 4

# MAXIMUM APPS

MAXIMUM APPS INC. 1751 RICHARDSON, SUITE 4104 MONTREAL, QUEBEC CANADA H3K 1G6

| Client | |
|---|---|
| **Name:** EXOCLICK S.L | |
| **Address :** ▓▓▓▓▓▓▓▓ | **Country:** Spain |
| **City :** Barcelona | **Province :** |
| **Code Postal :** 08005 | |

**Invoice :** 23-02-2015-MA-188
**Date:** February 23,  2015

**Paiement :**

| Description | Price |
|---|---|
| Advertising Services - Sex.com | |
| February - NTV A, B, C, D, E.  Pin Tower 1 & 2 | ▓▓▓▓▓▓$ |
| | |
| | |
| **Sous Total** | ▓▓▓▓▓$ |
| **TPS** 866238975 | |
| **TVQ** 1200214362 | |
| **Total USD** | ▓▓▓▓▓$ |

**Transfert Bancaire:**
Account USD: Maximum Apps Inc – ▓▓▓▓▓▓▓▓
Bank: Royal Bank of Canada – Carrefour Victoria Branch , 635 av Victoria, St-Lambert, Quebec, Canada, J4P 3R4
Swift: ▓▓▓▓▓▓
**Check payable to:**
Maximum Apps Inc, 1751 Richardson Suite 4104., Montreal, Quebec, Canada, H3K1G6
**Paxum: webmaster@maximumapps.com**

TPS(federal sales tax ID) :  866238975
TVQ (provincial sales tax ID) : 1200214362

MAXIMUM APPS INC. 1751 Richardson ,Suite 4104, Montreal, QC, H3K 1G6, Canada
514-598-5707, fax: 514-598-7795

# MAXIMUM APPS

MAXIMUM APPS INC *751 RICHARDSON  SUITE 4104 MONTREAL QUEBEC CANADA  H3K 1G6

| Client | |
|---|---|
| **Name:** BitterStrawberry Holdings Inc | |
| **Address :** ▓▓▓▓▓▓ | **Country:** Switzerland |
| **City :** Appenzell | **Province :** |
| **Code Postal :** 9050 | |

**Invoice :** 09-03-2015-MA-192

**Date:** March 09,  2015

**Paiement :**

| Description | Price |
|---|---|
| Advertising Services - Sex.com | |
| 25% mobile traffic advertising from March 2015 | ▓▓▓▓ $ |
| | |
| **Sous Total** | ▓▓▓▓ $ |
| TPS 866238975 | |
| TVQ 1200214362 | |
| **Total USD** | ▓▓▓▓▓▓ $ |

**Transfert Bancaire:**
Account USD: Maximum Apps Inc – ▓▓▓▓▓▓
Bank: Royal Bank of Canada – Carrefour Victoria Branch , 635 av Victoria. St-Lambert, Quebec, Canada, J4P 3R4
Swift: ▓▓▓▓▓
**Check payable to:**
Maximum Apps Inc. 1751 Richardson, Suite 4104, Montreal, Quebec. Canada, H3K1G6

TPS(federal sales tax ID) :  866238975

TVQ (provincial sales tax ID) : 1200214362

MAXIMUM APPS INC. 1751 Richardson,Suite 4104, Montreal,  H3K 1G6, QC, Canada
514-598-5707, fax: 514-598-7795

# MAXIMUM APPS

MAXIMUM APPS INC 1751 RICHARDSON, SUITE 4104 MONTREAL, QUEBEC CANADA H3K 1G5

| Client | | Invoice :01-06-2015-MA-220 |
|---|---|---|
| Name: EXOCLICK S.L | | Date: June 01, 2015 |
| Address : ▓▓▓▓▓▓▓▓▓▓ | Country: Spain | |
| City : Barcelona | Province : | |
| Code Postal : 08005 | | Paiement : |

| Description | Price |
|---|---|
| Advertising Services - Sex.com | |
| June Desktop | ▓▓▓▓ $ |
| | |
| | |
| | |
| | |
| Sous Total | ▓▓▓▓ $ |
| TPS 866238975 | |
| TVQ 1200214362 | |
| **Total USD** | ▓▓▓▓ $ |

**Transfert Bancaire:**
Account USD: Maximum Apps Inc – ▓▓▓▓▓▓▓
Bank: Royal Bank of Canada – Carrefour Victoria Branch , 635 av Victoria, St-Lambert, Quebec, Canada, J4P 3R4
Swift: ▓▓▓▓▓▓
**Check payable to:**
Maximum Apps Inc, 1751 Richardson Suite 4104., Montreal, Quebec, Canada, H3K1G6
**Paxum: webmaster@maximumapps.com**

TPS(federal sales tax ID) : 866238975
TVQ (provincial sales tax ID) : 1200214362

MAXIMUM APPS INC. 1751 Richardson ,Suite 4104, Montreal, QC, H3K 1G6, Canada
514-598-5707, fax: 514-598-7795

# MAXIMUM APPS

MAXIMUM APPS INC 1751 RICHARDSON, SUITE 4104 MONTREAL, QUEBEC CANADA, H3K 1G6

| Client | |
|---|---|
| **Name:** Star Advertising | |
| **Address :** ▓▓▓▓▓▓▓▓▓▓▓ | **Country:** Cyprus |
| **City :** Agios Dometios 2373, Nicosia | **Province :** Nicosia |
| **Code Postal :** | |

Invoice :30-04-2015-MA-215
Date: April 30, 2015

Paiement :

| Description | Price |
|---|---|
| Advertising Services - Sex.com | |
| Mobile traffic - March April | ▓▓▓▓ $ |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| **Sous Total** | ▓▓▓▓ $ |
| TPS 866238975 | |
| TVQ 1200214362 | |
| **Total USD** | ▓▓▓▓ $ |

**Transfert Bancaire:**
Account USD: Maximum Apps Inc - ▓▓▓▓▓▓▓
Bank: Royal Bank of Canada – Carrefour Victoria Branch , 635 av Victoria, St-Lambert, Quebec, Canada, J4P 3R4
Swift: ▓▓▓▓▓▓
**Check payable to:**
Maximum Apps Inc, 1751 Richardson Suite 4104., Montreal, Quebec, Canada, H3K1G6

TPS(federal sales tax ID) : 866238975

TVQ (provincial sales tax ID) : 1200214362

MAXIMUM APPS INC. 1751 Richardson ,Suite 4104, Montreal, QC, H3K 1G6, Canada
514-598-5707, fax: 514-598-7795

# MAXIMUM APPS

MAXIMUM APPS INC. 1751 RICHARDSON, SUITE 4104 MONTREAL, QUEBEC CANADA . H3K 1G6

| Client | |
|---|---|
| **Name:** EXOCLICK S.L | |
| **Address :** ▓▓▓▓▓▓▓▓ | **Country:** Spain |
| **City :** Barcelona | **Province :** |
| **Code Postal :** 08005 | |

**Invoice :** 30-04-2015-MA-211

**Date:** April 30,  2015

**Paiement :**

| Description | Price |
|---|---|
| Advertising Services - Sex.com | |
| May Desktop | ▓▓▓▓ $ |

| | | |
|---|---|---|
| **Sous Total** | ▓▓▓▓ $ | |
| TPS 866238975 | | |
| TVQ 1200214362 | | |
| **Total USD** | ▓▓▓▓ $ | |

**Transfert Bancaire:**
Account USD: Maximum Apps Inc –▓▓▓▓▓▓
Bank: Royal Bank of Canada – Carrefour Victoria Branch , 635 av Victoria, St-Lambert, Quebec, Canada, J4P 3R4
Swift ▓▓▓▓▓▓
**Check payable to:**
Maximum Apps Inc, 1751 Richardson Suite 4104,, Montreal, Quebec, Canada, H3K1G6
**Paxum: webmaster@maximumapps.com**

TPS(federal sales tax ID) :  866238975
TVQ (provincial sales tax ID) : 1200214362

MAXIMUM APPS INC. 1751 Richardson ,Suite 4104, Montreal, QC, H3K 1G6, Canada
514-598-5707, fax: 514-598-7795

# MAXIMUM APPS

MAXIMUM APPS INC. 1751 RICHARDSON, SUITE 4104 MONTREAL, QUEBEC CANADA, H3K 1G6

**Client**

**Name:** BitterStrawberry Holdings Inc

**Address :** ▉▉▉▉▉▉▉▉▉        **Country:** Switzerland

**City :** Appenzell                        **Province :**

**Code Postal :** 9050

**Invoice :** 30-04-2015-MA-209

**Date:** April 30,  2015

**Paiement :**

| Description | Price |
|---|---|
| **Advertising Services - Sex.com** | |
| 25% mobile traffic<br>advertising from May 2015 | ▉▉▉▉ $ |
| | |
| Sous Total | ▉▉▉ $ |
| TPS 866238975 | |
| TVQ 1200214362 | |
| **Total USD** | ▉▉▉▉▉▉ $ |

**Transfert Bancaire:**

Account USD: Maximum Apps Inc - ▉▉▉▉▉▉▉▉
Bank: Royal Bank of Canada – Carrefour Victoria Branch , 635 av Victoria, St-Lambert, Quebec, Canada, J4P 3R4
Swift: ▉▉▉▉▉

**Check payable to:**

Maximum Apps Inc, 1751 Richardson, Suite 4104, Montreal, Quebec, Canada, H3K1G6

TPS(federal sales tax ID) :  866238975

TVQ (provincial sales tax ID) : 1200214362

MAXIMUM APPS INC. 1751 Richardson,Suite 4104, Montreal,  H3K 1G6, QC, Canada
514-598-5707, fax: 514-598-7795



**MAXIMUM** APPS

MAXIMUM APPS INC. 1751 RICHARDSON, SUITE 4104 MONTREAL, QUEBEC CANADA H3K 1G6

**Client**

**Name: Tubeinvest LTD**

**Adress :** ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇

**City :** Nicosia                    **Province :** Nicosia

**Code Postal :** 1066                **Country :** Cyprus

**VAT:** CY10257420K

**Invoice :** 24-03-2015-MA-197

**Date:** March 24, 2015

**Paiement :**

| Description | Price |
|---|---|
| Advertising Services - Sex.com | |
| Mobile Traffic Jan - March | ▇▇▇ $ |
| Sous Total | ▇▇▇ $ |
| TPS 866238975 | |
| TVQ 1200214362 | |
| **Total USD** | ▇▇▇ $ |

**Transfert Bancaire:**
Account USD: Maximum Apps Inc ▇▇▇▇▇▇▇▇
Bank: Royal Bank of Canada – Carrefour Victoria Branch , 635 av Victoria, St-Lambert, Quebec, Canada, J4P 3R4
Swift: ▇▇▇▇▇▇
**Check payable to:**
Maximum Apps Inc. 1751 Richardson Suite 4104., Montreal, Quebec, Canada, H3K1G6

TPS(federal sales tax ID) :  866238975

TVQ (provincial sales tax ID) : 1200214362

MAXIMUM APPS INC. 1751 Richardson ,Suite 4104, Montreal, QC, H3K 1G6, Canada
514-598-5707, fax: 514-598-7795

# Exhibit
# 5

## AFFILIATE TERMS AND CONDITIONS

This Affiliate Terms and Conditions Agreement (the "Agreement") is entered into by the Affiliate (hereinafter referred to as the "Affiliate," "You," and/or "Webmaster") and MG Content RK Limited, a corporation duly incorporated under the laws of Ireland, doing business as "NastyDollars.com." (hereinafter referred to as "NastyDollars") relating to your use of and participation in the NastyDollars affiliate advertising program (the "Program" or "Referral Program").

**Notice to Affiliates**

- You may not use any illegal content to promote any product or site connected to Nasty Dollars in anyway (collectively, the "NastyDollars Sites", individually each a "NastyDollars Site") nor may you allow advertising for NastyDollars to be placed on any webpages which condone any illegal activity. Illegal activity includes any content and/or activity which may run afoul of any law, rule or regulation in the United States of America and/or the location where you are located such as, without limitation and by way of example only, child pornography/exploitation, rape/brutality, incest, bestiality, necrophilia, drugging/incapacitation, blood/mutilation, death, or snuff. In the event that we believe, in our sole and absolute direction, that you are promoting any NastyDollars Site or Sites in violation of this Agreement, your account with NastyDollars will be immediately terminated and all moneys which would have otherwise been payable to you hereunder will be deemed surrendered by you in partial payment of the damages arising from your breach. As and when NastyDollars is alerted to any content it considers, in its sole and exclusive opinion, to be questionable NastyDollars may either terminate the responsible Affiliate as set forth above or provide the responsible Affiliate with a grace period determined by NastyDollars to remove objectionable material;

- Affiliates whose urls are not functional, whose traffic immediately redirects to another url or do not have content may be considered in violation of this Agreement.

- Once your Affiliate account is active, note that any urls submitted may be subject to review and any such review, if undertaken, may result in closure of your account and forfeiture of moneys otherwise due to you if the review shows you have violated any term of this Agreement . Failure to do so may result in the suspension of your Affiliate relationship. Furthermore any urls that you choose to send traffic from must be communicated to your Affiliate manager. Failure to do so may result in the closure of your account.

- The acquisition of any domain name(s) or URL(s) that incorporate or are confusingly similar to any of the trademarks, service marks, or URLs owned by or under common ownership with NastyDollars, including, but not limited to, words or URLs such as "Reality Kings", "Brazzers", "Mofos", "Wicked" and/or "Twisty's " or any other related trademarks, service marks, or URLs owned by or under common ownership with NastyDollars, as may be changed, updated and/or added to from time to time, is expressly prohibited. In the event that you do not comply with this notice, NastyDollars.com's shall be entitled to reduce or cease the payout or payment amount otherwise due to Affiliate accordingly.

By clicking on 'I accept' and 'create account', the Affiliate is entering into this legal Agreement with NastyDollars and affirmatively stating that the Affiliate has read, understands and accepts the Agreement in its entirety without objection and as such agrees to be bound by the terms and conditions set forth herein. Affiliate cannot become a member of the NastyDollars Affiliate Program unless accepting each and every term and condition herein.

1. The Program provides each Affiliate with the ability to earn money for each new subscription purchase made by a new customer if such customer makes a purchase immediately after clicking on an advertisement placed by the applicable Affiliate and such advertisement contains the Affiliate's unique code with NastyDollars, often called an "affiliate code". Each such sale, which also complies with all terms of this Agreement, is referred to herein as a "Subscription" or a "Qualified Sale".

2. By signing up to the Program, and by supplying NastyDollars with all the required information to sign up with the Program, the Affiliate is acknowledging that the Affiliate has read and agreed to all of the terms and conditions, promises, warranties, duties and obligations set forth in this Agreement and agrees to be bound by the terms thereof.

3. In order to enroll and participate as a Webmaster in the Program, the Affiliate must be over eighteen (18) years of age and/or over the age of majority if residing and/or conducting business in a location where the age of majority is greater than eighteen (18) years of age (such minimal age requirement is referred to herein, as applicable, the "Age of Majority"). The Affiliate may not participate in the Program in any manner if not the Age of Majority. If Affiliate is a corporation or any other legal entity, all of its shareholders, partners and directors must be at least the Age of Majority. If at any time, NastyDollars discovers that an Affiliate is under the Age of Majority, the Affiliate's account shall be cancelled and all monies due will be forfeited as partial damages for violation(s) of the terms and conditions of the Agreement.)

4. Affiliate must be the owner of the website or the individual vested with the authority to enter into contracts on behalf of the entity that owns the rights to any website submitted by Affiliate to Program.

5. The Agreement and the provisions hereof, shall be in full force and effect commencing on the date the Affiliate's account is created and exist until terminated by either party in accordance with the provisions set forth herein subject to Program's right to revise the terms of this Agreement at any time. Program shall have the right to amend any or all of the terms of this Agreement at any time without notice and Affiliate hereby agrees to regularly review this Agreement. Participation in the Program (whether by logging in to the Program or sending a Qualified Sale) following the posting of a revised Agreement shall constitute Affiliate's agreement to fully comply with such revised terms.

6. All payments are made in U.S. dollars ("USD").

## Webmaster Referral Program

7. NastyDollars will pay Affiliate two hundred dollars ($200) per "active webmaster" referred to the Program ("Webmaster Referral Program"). As used herein, an "active webmaster" is defined as a webmaster that has sent a small number of customer signups (the number is randomly between 4-8 to prevent fraud) to the NastyDollars Sites within a six week period. Family members are not eligible as referrals and any attempt to "cheat" the Program will result in immediate account termination.

## Affiliate Program

8. Webmasters may opt to be paid either (i) through a revenue share model wherein Webmasters receive a percentage of all moneys received by NastyDollars in connection with the Valid Subscriptions (as defined in Section 9 below), less all associated costs and fees (the "Rev-Share Program"); or, (ii) a flat amount per new Valid Subscription without regard to renewal Subscriptions (the "Flat Fee Program"). For Webmasters who elect to be participate in the Flat Fee Program and send fewer than one hundred fifty (150) Valid Subscriptions in the applicable Pay Period (as defined in Section 11 below), Program will pay such Webmaster thirty-five dollars ($35.00) per Valid Subscription. For Webmasters who elect to be participate in the Flat Fee Program and send between one hundred fifty and two hundred ninety-nine (150-299) Valid Subscriptions in the applicable Pay Period, Program will pay such Webmaster forty-five dollars ($45.00) per Valid Subscription. For Webmasters who elect to be participate in the Flat Fee Program and send more than three hundred (300) Valid Subscriptions in the applicable Pay Period, Program will pay such Webmaster fifty-five dollars ($55.00) per Valid Subscription. All payments made hereunder to Affiliate for Valid Subscriptions is referred to herein as a "Payout". Should a Webmaster opt to participate in the Flat Fee Program, any and all Valid Subscriptions paid by way of a payment method that does not support ongoing recurring billing, including but not limited to prepaid cards and gift cards, shall nevertheless be subject to the Rev-Share Program.

By joining the Program, you understand and agree that the ability to offer certain promotions and participation in the Flat Fee Program may be contingent upon minimum and maximum thresholds which may be determined by Program, in its sole discretion, using multiple factors including, without limitation, trial to paid membership ratios, conversion ratios, chargeback numbers, and traffic volume. The Program reserves the right to modify any such special pricing at any time and/or to eliminate such special pricing (either as a whole or on a Webmaster by Webmaster basis), change you from the Flat Fee Program to the then current Rev-Share Program and/or to terminate you at any time. The Program will notify you of such changes either by email or through posting changes in your account with Program.

From time to time, Program may offer to Webmasters a "bonus day" which may include a different (or larger) per sign-up commission for up to a maximum of twenty (20) Subscriptions on a bonus day unless otherwise posted by the bonus day rules. Once a Webmaster has reached 20 sign-ups on a bonus day, the amount paid to Webmaster per sign-up will go back to the level at which Webmaster is usually paid. You acknowledge and agree that these Payout levels may be changed at any time and that the posting of such change at least ten (10) days prior to such change taking effect shall be deemed adequate notice to you. In all circumstances, Program will only pay Webmaster for Valid Subscriptions.

You understand and agree that any dispute or question you may have regarding the amount of any Subscription must be called to the attention of the Program within ninety (90) days of the issuance of payment for such Subscription (or, in the absence of a payment, when such payment would have normally been made) or all your rights with respect to such dispute shall be deemed permanently waived by you. Similarly, in the event that Program believes that any payments were made in excess of the amount due to you, Program shall bring such overpayment to your attention within ninety (90) days of such payment.

9. A Valid Subscription is defined as a Subscription from a valid referral that does not result in a refund or reversal in the first 24 hours of membership and/or does not otherwise violate any of the terms of this Agreement ("Valid Subscription").

10. Affiliate acknowledges and agrees that the Referral Program and Webmaster Referral Programs Payouts and structure as outlined in Section 7, 8 and 9 are included for references purposes only and that such terms and conditions applicable to an Affiliate may differ as agreed to by the parties. Affiliate acknowledges and agrees that they shall not be entitled to a commission or referral fee for any and all referrals, which are in breach/violation of the terms of this Agreement. Affiliate also acknowledges and agrees they shall not be entitled to a commission or referral fee from NastyDollars.com for any subscription, which NastyDollars.com in its sole and unfettered discretion determines, is the result of possible fraudulent activity. More specifically, Affiliate

acknowledges and agrees that bidding on or purchasing any online paid advertising schemes or acquiring any domain names or URL's in XXX that incorporate or are confusingly similar to any of NastyDollars.com's trademarks, service marks, or URLs including, but not limited to words or URLs such as "Brazzers", "Mofos", "Wicked", "Reality Kings", and/or "Twisty's " or any other related trademarks, service marks, or URLs as determined by NastyDollars.com's in its sole discretion from time to time is hereby expressly prohibited. By way of example, such prohibited advertising schemes include pay- per-click models, sponsored links, search engine keywords, AdWords, or similar advertising schemes. In the event, that Affiliate does not comply with Section 10, NastyDollars.com shall be entitled to reduce or cease the Payout or payment amount otherwise due to Affiliate accordingly. In addition, family members and employees of the Affiliate are not eligible as Subscriptions and any attempt to refer ineligible individuals to the program will result in immediate account termination.

11. NastyDollars.com reserves the right to determine the manner in which payments shall be processed. Payment for Subscriptions and Webmaster referrals will be issued thirty days after the end of each Pay Period. Generally pay periods are twice per month: from the 1st of the month to the 15th of the month and from the 16th of the month to the last day of the month ("Pay Period").

12. Affiliate shall be solely responsible for the operation, development and general maintenance of Affiliate's website(s).

13. NastyDollars may make videos, images, photographs, moving images and other promotional materials available to Affiliate (the "Promo Materials"). By providing or making available the Promo Materials, NastyDollars license such Promo Materials to you on a revocable, non-exclusive basis subject in all respects to your full compliance with this Agreement. NastyDollars may revoke your license to any and all of the Promo Materials at any time, with or without reason, by providing notice to the email account associated with your Program account. In the event that you do not fully and completely remove any and all Promo Materials within twenty-four (24) hours of notice of such revocation being sent to you, you will be in knowing violation of NastyDollars' copyright(s).

In such event, NastyDollars may immediately terminate your account with the Program and all moneys otherwise due to you will be deemed forfeited as partial compensation for your violation of this Agreement. No Promo Materials may be copied, reproduced, altered, modified, changed, broadcast, distributed, transmitted, disseminated, sold or offered for sale in any manner except as expressly authorized in writing by NastyDollars.

14. NastyDollars has a ZERO TOLERANCE policy relating to any illegal content, which includes child pornography (including any images sexualizing minors although they may not be unclothed), bestiality, rape, torture, snuff, death and/or any other type of obscene and/or illegal material ("Illegal Content"). Should Affiliate send individuals or cause individuals to be sent from any website, regardless of whether or not such website is owned or controlled by Affiliate, content which contains any Illegal Content, Affiliate's account shall be terminated without notice and all monies otherwise due to Affiliate will be forfeited as partial damages for violating of this Agreement. Further, NastyDollars reserves the right to report your conduct to any and all law enforcement departments and personnel it deems, in its exclusive opinion, to be appropriate.

15. Below is a list of conduct which will result in the immediate termination of your account without notice and all moneys which would have otherwise been due to you being forfeited to NastyDollars as partial damages for violating the terms and conditions of the Agreement. You understand and agree that the below list is not intended to be and is not exhaustive. You further understand and agree that this list may be supplemented and/or otherwise modified at any time with or without prior notice.

   a. NastyDollars' good faith belief that you have violated any term of this Agreement;

   b. Any unsolicited email or advertising text which is not fully compliant with all applicable laws which may apply including, without limitation, the CAN-SPAM Act of 2003 which you shall comply with regardless of your location.

   c. Uploading, distributing, using, posting or otherwise making available any Promo Content which has been edited, altered or in any way changed by you or anyone else.

   d. Affiliate's use of any deceptive, unfair and/or false advertising.

   e. Use of spyware or ad-ware or any other technology which sends information out from an internet user without the internet user's knowledge and permission.

   f. Any affiliate account which has, in NastyDollars' sole and exclusive opinion, an unusually high number of charge-backs and refunds.

   g. Any fraudulent activity in the Subscriptions, which may include, without limtation and subject to NastyDollars' revision at any time: one or more attempt to make a membership purchase with a credit card with a bin number listed in a negative bin number database; where there have been sequential or multiple attempts to register or subscribe with a credit card using the same bin number or sequential or multiple number strings to complete the credit card number; sudden surge in Subscriptions; and/or multiple Subscription attempts from the same IP address.

16. Affiliate acknowledges and agrees that Affiliate's website(s) shall be in full compliance with Section 2257 of Title 18, United States Code, the "Records Keeping and Labeling Act" ("18 USC 2257") containing all information as required by 18 USC 2257. Affiliate further acknowledges that it has a legal obligation to comply with disclosure provisions of the Records Keeping and Labeling Act and shall identify a custodian of records and address for each and every image appearing on the Affiliate's website and/or comply with all amendments of 18 USC 2257. Affiliate warrants that all content on Affiliate's website(s) shall be compliant with 18 USC 2257 and all models were at least eighteen (18) years of age when content was created.

17. Affiliate shall not use NastyDollars's images or videos for promotion of any third party website.

18. NastyDollars.com does not accept traffic from any website that contains materials which constitutes any infringement, misappropriation or violation of any individual's or entity's intellectual property rights, including, but not limited to, copyrights, trademark rights, rights of publicity, patent rights, personal property rights, privacy rights, or any similar right(s). If you send individuals or cause individuals to be sent from any website, regardless of whether or not such website is owned or controlled by Affiliate, containing any of the foregoing, your account will immediately be terminate without notice and all monies due to you will be forfeited as partial damages for violation(s) of the terms and conditions of the Agreement.

19. In the event that your account with the Program is terminated by NastyDollars due to what NastyDollars, in its sole discretion, believes to be a violation of the terms and conditions set forth herein, you may not re-apply to the Program without the prior written consent of NastyDollars.

20. Failure by NastyDollars to enforce strict performance of any provision in the Agreement will not constitute a waiver of our right to subsequently enforce such provision or any other provision of this Agreement.

21. The parties agree that this Agreement may not be assigned in any way by either party, provided, however, that NastyDollars may assign this Agreement without Affiliate's consent as a part of a sale of all or substantially all of its assets and/or in connection with a reorganization of NastyDollars. Subject to the foregoing restriction, the Agreement will be binding on and enforceable against parties and their respective, and permitted, successors and assigns.

22. Affiliate acknowledges and agrees that nothing in this Agreement shall grant Affiliate any right of ownership whatsoever in NastyDollars' intellectual property.

23. Affiliate agrees that it will not take any action or act in any manner that shall ruin, damage or otherwise impair the value and the goodwill associated with the NastyDollars brand and its property. Affiliate agrees not to use NastyDollars' proprietary marks in a manner that diminishes its value or portray their product in a negative manner.

24. Should any law enforcement agency, internet service provider or other individual or entity provide NastyDollars with notice that an Affiliate has engaged in the transmission of unsolicited e- mails or have otherwise engaged in unlawful conduct or conduct in violation of any service provider's terms of service, NastyDollars reserves the right to cooperate in any investigation relating to your activities, including the disclosure of your Program account information.

25. "Confidential Information" shall be defined as any information, oral or written, treated as confidential by a party that relates to either party's (or, if either party is bound to protect the confidentially of any other person's information, such other person's information) past, present or future research, development or business activities, including any unannounced product(s) and service(s) and including any information relating to services, trade secrets, intellectual property, developments, designs, inventions, processes, plans, financial information, customer and supplier lists, forecasts, and projections. Confidential Information shall also include the terms of this Agreement, any data, idea, technology, know-how, inventions, algorithms, process, technique, program, computer software, computer code, and related documentation, work-in-progress, future development, engineering, distribution, manufacturing, marketing, business, technical, financial or information relating to any actor or actress present or future products, sales, customers, employees, opportunities, markets or business in graphic text or electronic or any other form, that is treated as confidential by either party. The Affiliate agrees it shall not disclose of any Confidential Information to any third party and shall not use any or all of the Confidential Information for any purpose other than the performance of its obligations under this Agreement. Affiliate shall also take all and any reasonable precautions to prevent any unauthorized disclosure of Confidential Information by any of its Representatives.

26. NastyDollars reserves the right to cancel this Program at any time.

27. NastyDollars shall not be liable for any losses due to server downtime, net congestions and any and all similar and like occurrences or difficulties. You further agree that you shall be solely responsible for all costs incurred by you in connection with your participation in the Program, including by way of example only, internet access costs, server costs, advertising space purchases and domain registration costs.

28. The parties to the Agreement shall not be liable or be considered in breach or default under the Agreement on account of delay or failure to perform as required by this Agreement as a result of any causes or conditions that are beyond the party's reasonable

control and that such party is unable to overcome through the exercise of commercially reasonable diligence, including but not limited to acts of God; wars, riots, acts of civil or military authority, terrorism; fire, flood, earthquakes, hurricanes, tropical storms or other natural disasters; strikes, etc.

29. The terms and conditions of this Agreement are subject to change by NastyDollars at any time in its sole discretion without prior notice. In NastyDollars' discretion, you may be provided reasonable notice of any such changes by e-mail to your address on our records or by posting the changes on the NastyDollars.com website and such shall be considered sufficient notice for notifying you of a modification to the terms and conditions of this Agreement. Modifications may include, but are not limited to, changes in the scope of available commission fees, commission schedules, payment procedures, and Program rules. Except as expressly set forth in other sections herein, all such modifications shall take effect 48 hours after we serve notice as provided above, unless we indicate otherwise. If any modification is unacceptable to you, your only recourse is to terminate this Agreement. Your continued participation in the Program, following Nasty Dollars' posting of a change notice or new and/or revised Agreement on NastyDollars.com, will constitute binding acceptance of the change and shall constitute confirmation of Webmaster's acknowledgement and assent to any such modifications. You affirm that you have read this Agreement and understand, agree and consent to its terms and conditions.

30. Nothing in this Agreement shall be construed so as to create a relationship of partners, any partnership, joint venture, agency franchise, sales representative, or employment relationship between the parties. Affiliate will have no authority to make or accept any offers or representations on behalf of NastyDollars. Affiliate will not make any statement, whether on Affiliate's website(s) or otherwise, that would reasonably contradict anything in this Section. Affiliate is not an agent of NastyDollars and NastyDollars expressly disclaims responsibility for any conduct by Affiliate in violation of any term(s) of this Agreement. 31) NastyDollars will not be liable for indirect, special, or consequential damages, or any loss of revenue, profits, or data, arising in connection with this Agreement or the Affiliate Program, even if NastyDollars have been advised of the possibility of such damages.

Furthermore, NastyDollars' aggregate liability arising with respect to this Agreement and the Affiliate Program will not exceed the total commissions paid or payable to the Affiliate under this Agreement.

31. Affiliate hereby represents and warrants to NastyDollars that this Agreement has been duly and validly electronically executed and delivered by the Affiliate and constitutes said Affiliate's legal, valid and binding obligation, enforceable against Affiliate in accordance with its terms; and that the execution, delivery and performance by the Affiliate of this Agreement are within Affiliate's legal capacity and power; have been duly authorized by all requisite action on Affiliate's part; requires the approval or consent of no other persons; and neither violate nor constitute a default under the (i) provision of any law, rule, regulation, order, judgment or decree to which Affiliate are subject or which is binding upon Affiliate, or (ii) the terms of any other agreement, document or instrument applicable to Affiliate or binding upon the Affiliate.

32. If any provision of this Agreement is found to be unenforceable, the remainder shall be enforced as fully as possible and the unenforceable provision shall be deemed modified to the limited extent required to permit its enforcement in a manner most closely representing the intention of the Parties as expressed herein.

33. Affiliate hereby agrees to indemnify, defend and hold harmless NastyDollars, its shareholders, officers, directors, employees, agents ("Representatives"), affiliated entities and their Representatives, as well as other Webmasters, successors and assigns (the "Indemnified Parties"), from and against any and all claims, losses, liabilities, damages or expense (including attorneys' fees and costs) of any nature whatsoever incurred or suffered by the Indemnified Parties (collectively the "Losses"), in so far as such Losses (or actions in respect thereof) arise out of or are based on (i) any claim or threatened claim related to the use of any Affiliate's name, trademark, domain name or any claim related to any other alleged infringement of the rights of any third party; (ii) the breach of any promise, covenant, representation or warranty made by the Affiliate herein; or (iii) any claim whatsoever related to any Affiliate website(s).

34. This Agreement shall be governed by and construed in accordance with the laws of Ireland without regard to conflicts of law principles. The sole and exclusive jurisdiction and venue for any action or proceeding arising out of or related to this Agreement shall be in an appropriate court located in Ireland. You hereby submit to the jurisdiction and venue of said Courts. You consent to service of process in any legal proceeding.

# Exhibit 6

# Terms and Conditions

Last Updated Date: August 28, 2014

## Welcome to Sex.com!

Sex.com is an online service that allows users to create, view, and follow visual collections (the "Services") through our website; accessible at www.sex.com (the "Site").

The Site allows for pinning, uploading, embed, sharing and general viewing of various types of content, allowing registered and unregistered users to share and view visual depictions of adult content, including sexually explicit images. In addition, Sex.com contains picture & video content, information and other materials posted/uploaded by users.

Please read carefully the following terms and conditions, ("Terms") and our Privacy Policy, which may be found at http://www.sex.com/about/privacy. These Terms govern your access to, and use of, the Site, Services and all Site Content (defined below), and constitute a binding legal agreement between you and Sex.com.

If you do not agree to the terms and conditions contained herein, then do not use Sex.com.

## Key Terms related to Content

"Content" refers to text, graphics, images, music, software, audio, video, information or other materials.

"Sex.com Content" refers to all Content Sex.com makes available through the Site, Application or Service, including any Content licensed from a third party, but excluding Member Content.

"Member" refers to a person that completes Sex.com's account registration process, as described under "Account Registration" below.

"Member Content" refers to all Content that a Member posts, uploads, publishes, submits or transmits to be made available through the Site, Application or Services.

"Site Content" refers to Member Content and Sex.com Content.

Certain areas of the Site (and your access to or use of certain Services or Site Content) may have different terms and conditions posted, or may require you to agree with and accept additional terms and conditions. If there is a conflict between these Terms and the terms and conditions posted for a specific area of the Site, Services or Site Content, the latter terms and conditions will take precedence with respect to your use of or access to that area of the Site, Services or Site Content.

YOU ACKNOWLEDGE AND AGREE THAT BY ACCESSING OR USING THE SITE, APPLICATION OR SERVICES, OR BY POSTING ANY MEMBER CONTENT TO THE SITE OR THROUGH THE SERVICES, YOU ARE INDICATING THAT YOU HAVE READ, UNDERSTAND AND AGREE TO BE BOUND BY THESE TERMS, WHETHER OR NOT YOU HAVE REGISTERED WITH THE SITE. IF YOU DO NOT AGREE TO THESE TERMS, YOU HAVE NO RIGHT TO ACCESS OR USE THE SITE, SERVICES OR SITE CONTENT.

If you accept these Terms on behalf of a company or other legal entity, you represent and warrant that you have the authority to bind that company or other legal entity to these Terms, and that "you" and "your" will hereby refer and apply to that company or other legal entity.

## Modification

Sex.com reserves the right, at its sole discretion, to modify, discontinue or terminate the Site or Services, or to modify these Terms at any time and without prior notice. If we modify these Terms, we will post the modification on the Site or through the Application or provide you with notice of the modification. We will also update the "Last Updated Date" at the top of these Terms. By continuing to access or use the Site or Services after we have posted a modification on the Site, you are indicating that you agree to the modified Terms. If the modified Terms are not acceptable to you, your only recourse is to cease using the Site and the Services.

## How Sex.com Works

After you have created an Account (defined below) to become a Member of Sex.com, you may use the Services to create, view and follow visual collections. In order to create a visual collection, you may (i) upload images from your computer by selecting the "Add a Pin" section

of the Site, (ii) use the Application to take and upload images, or (iii) install and use our "Pin It" browser toolbar to upload images by following the instructions provided on the "About" section of the Site. Please note that your visual collections will be publicly viewable by all visitors to the Site. In order to follow the visual collections of other Members, you may search for other visual collections via the Site and select the option to "Follow" such Members.

## Eligibility

In order to use Sex.com, you affirm that you are at least eighteen (18) years of age and/or of legal required age in the jurisdiction you reside in and from which you access the Site. If you are under the age of 18, and/or under the legal required age in the jurisdiction you reside in and from which you access the Site, then you are not permitted to use the Site.

## Account Registration

In order to access certain features of the Site and Services, and to post any Member Content on the Site or through the Services, you must register to create an account ("Account"). You must register with Sex.com and agree to provide accurate, current and complete information during the registration process, and to update such information to keep it accurate, current and complete. Sex.com reserves the right to suspend or terminate your Account if any information provided during the registration process or thereafter proves to be inaccurate, not current or incomplete. You are responsible for safeguarding your password. You agree not to disclose your password to any third party, and to take sole responsibility for any activities or actions under your Account, whether or not you have authorized such activities or actions. You will immediately notify Sex.com of any unauthorized use of your Account.

## Privacy

See our Privacy Policy at http://www.sex.com/about/privacy for information and notices concerning Sex.com' collection and use of your personal information.

## Ownership

The Site, Services and Site Content are protected by copyright, trademark, and other laws of the United States and foreign countries. Except as expressly provided in these Terms, Sex.com and its licensors exclusively own all right, title and interest in and to the Site, Services and Site

Content, including all associated intellectual property rights. You will not remove, alter or obscure any copyright, trademark, service mark or other proprietary rights notices incorporated in or accompanying the Site, Services or Site Content.

## Sex.com Content and Member Content License

Subject to your compliance with the terms and conditions of these Terms, Sex.com grants you a limited, non-exclusive, non-transferable license, without the right to sublicense, to access and view any Member Content solely for your personal or business purposes as expressly permitted in these Terms. You will not use, copy, adapt, modify, prepare derivative works based upon, distribute, license, sell, transfer, publicly display, publicly perform, transmit, stream, broadcast or otherwise exploit the Site, Services, or Site Content except as expressly permitted in these Terms. No licenses or rights are granted to you by implication or otherwise under any intellectual property rights owned or controlled by Sex.com or its licensors, except for the licenses and rights expressly granted in these Terms.

## Member Content

We may, in our sole discretion, permit Members to post, upload, publish, submit or transmit Member Content. By making available any Member Content through the Site or Services, you hereby grant to Sex.com a worldwide, irrevocable, perpetual, non-exclusive, transferable, royalty-free license, with the right to sublicense, to use, copy, adapt, modify, distribute, license, sell, transfer, publicly display, publicly perform, transmit, stream, broadcast, access, view, and otherwise exploit such Member Content only on, through or by means of the Site or Services. Sex.com does not claim any ownership rights in any such Member Content, and nothing in these Terms will be deemed to restrict any rights that you may have to use and exploit any such Member Content.

You acknowledge and agree that you are solely responsible for all Member Content that you make available through the Site and Services. Accordingly, you represent and warrant that: (i) you either are the sole and exclusive owner of all Member Content that you make available through the Site and Services or you have all rights, licenses, consents and releases that are necessary to grant to Sex.com the rights in such Member Content, as contemplated under these Terms; and (ii) neither the Member Content nor your posting, uploading, publication,

submission or transmittal of the Member Content or Sex.com's use of the Member Content (or any portion thereof) on, through or by means of the Site and the Services will infringe, misappropriate or violate a third party's patent, copyright, trademark, trade secret, moral rights or other proprietary or intellectual property rights, or rights of publicity or privacy, or result in the violation of any applicable law or regulation.

You shall be solely responsible for any and all of your own Member Content and the consequences of posting, uploading and publishing them. Furthermore, with Member Content, you affirm, represent and/or warrant that you own or retain the necessary licenses, rights, consents, and permissions to use and authorize Sex.com to use all trademarks, copyrights, trade secrets, patents, or other proprietary rights in and to any and all Member Content to enable inclusion and use of the Member Content in the manner contemplated by the Site and these Terms.

You agree that you will not post, or allow anyone else to post, any Member Content that depicts any person under the age of 18 years, and that you have inspected and are maintaining written documentation sufficient to confirm that all subjects are, in fact, over the age of 18 years. You have the written consent, release, and/or permission of each and every identifiable individual person in the Member Content to use the name or likeness of each and every such identifiable individual person to enable inclusion and use of the Member Content in the manner contemplated by the Site and these Terms.

You agree that you will not (nor others using your account) post, upload, publish, transmit or make available in any way on Sex.com content which is illegal, unlawful, harassing, harmful, threatening, tortuous, abusive, defamatory, obscene, illegal, unlawful, libelous or invasive of one's privacy, including but not limited to, personal information or hateful or racial speech. You also agree that you shall not post, upload, publish, transmit or make available in any way on Sex.com software containing viruses or any other computer code, files, or programs designed to destroy, interrupt, limit the functionality of, monitor, or persistently reside in or on any computer software or hardware or telecommunications equipment. You agree that you shall not (nor others using your account) post, upload, publish, transmit or make available in any way on Sex.com content which is intentionally or unintentionally violating any applicable local, state, national, or international law, or any regulations or laws having the force of law where you

reside and elsewhere, including but not limited to any laws or regulations relating to securities, privacy, and export contro. You agree that you shall not (nor others using your account) post, upload, publish, transmit or make available in any way on Sex.com content depicting illegal activities, promote or depict physical harm or injury against any group or individual, or promote or depict any act of cruelty to animals; You agree not to use Sex.com in any way that exposes Sex.com to criminal or civil liability.

You agree that Sex.com may at its sole discretion have the right to refuse to publish, remove, or block access to any Member Content that is available via the Site or Services at any time, for any reason, or for no reason at all, with or without notice.

You agree that Sex.com shall have the right to determine in its sole and unfettered discretion, what action shall be taken in the event of any discovered or reported violation of the Terms contained herein.

## Feedback

We welcome and encourage you to provide feedback, comments and suggestions for improvements to the Site and Services ("Feedback"). You may submit Feedback by emailing us at:

webmaster@sex.com

You acknowledge and agree that all Feedback will be the sole and exclusive property of Sex.com and you hereby irrevocably assign to Sex.com and agree to irrevocably assign to Sex.com all of your rights, titles, and interest in and to all Feedback, including, without limitation, all worldwide patents, copyrights, trade secret, trademarks, moral rights and other proprietary or intellectual property rights therein. At Sex.com's request and expense, you will execute documents and take such further acts as Sex.com may reasonably request to assist Sex.com to acquire, perfect, and maintain its intellectual property rights and other legal protections for the Feedback.

## General Prohibitions

You agree not to do any of the following:

- Post, upload, publish, submit, provide access to or transmit any Content that: (i) infringes, misappropriates or violates a third party's patent, copyright, trademark, trade secret, moral rights or other intellectual property rights, or rights of publicity or privacy; (ii) violates, or encourages any conduct that would violate, any applicable law or regulation or would give rise to civil liability; (iii) is fraudulent, false, misleading or deceptive; (iv) is defamatory, obscene, vulgar or offensive; (v) promotes discrimination, bigotry, racism, hatred, harassment or harm against any individual or group; (vi) is violent or threatening or promotes violence or actions that are threatening to any other person; or (vii) promotes illegal or harmful activities or substances.

- Use, display, mirror or frame the Site or any individual element within the Site or Application, the Sex.com name, any Sex.com trademark, logo or other proprietary information, or the layout and design of any page or form contained on a page, without our express written consent;

- Access, tamper with, or use non-public areas of the Site, our computer systems, or the technical delivery systems of our providers;

- Attempt to probe, scan, or test the vulnerability of any Sex.com system or network, or breach any security or authentication measures;

- Avoid, bypass, remove, deactivate, impair, descramble or otherwise circumvent any technological measure implemented by Sex.com or any of our providers or any other third party (including another user) to protect the Site, or Site Content;

- Attempt to access or search the Site, Site Content or download Site Content from the Site through the use of any engine, software, tool, agent, device or mechanism (including spiders, robots, crawlers, data mining tools or the like) other than the software and/or search agents provided by Sex.com or other generally available third party web browsers;

- Send any unsolicited or unauthorized advertising, promotional materials, email, junk mail, spam, chain letters or other form of solicitation;

- Use any meta tags or other hidden text or metadata utilizing a Sex.com or Sex.com trademark, logo URL or product name without Sex.com' express written consent;

- Use the Site or Site Content for any commercial purpose or the benefit of any third party or in any manner not permitted by these Terms;

- Forge any TCP/IP packet header or any part of the header information in any email or newsgroup posting, or in any way use the Site or Site Content to send altered, deceptive or false source-identifying information;

- Attempt to decipher, decompile, disassemble or reverse engineer any of the software used to provide the Site or Site Content.

- Interfere with, or attempt to interfere with, the access of any user, host or network, including, without limitation, sending a virus, overloading, flooding, spamming, or mail-bombing the Site;

- Collect or store any personally identifiable information from the Site from other users of the Site without their express permission;

- Impersonate or misrepresent your affiliation with any person or entity;

- Violate any applicable law or regulation; or

- Encourage or enable any other individual to do any of the aformentioned.

Sex.com will have the right to investigate and prosecute violations of any of the above to the fullest extent of the law. Sex.com may involve and cooperate with law enforcement authorities in prosecuting users who violate these Terms. You acknowledge that Sex.com has no obligation to monitor your access to, or use of the Site, Services or Site Content, or to review or edit any Site Content, but has the right to do so for the purpose of operating the Site and Services to ensure your compliance with these Terms, or to comply with applicable law or the order or requirement of a court, administrative agency or other governmental body. Sex.com reserves the right, at any time and without prior notice to remove or disable access to any Site Content that Sex.com, at its sole discretion, considers to be objectionable for any reason, in violation of these Terms or otherwise harmful to the Site or Services.

## General Policy

Sex.com abides by a ZERO TOLERANCE policy relating to any illegal content. Child pornography, bestiality, rape, torture, snuff, death and/or any other type of obscene and/or

illegal material will not be tolerated by Sex.com. Sex.com will report and cooperate with all governmental agencies that seek those who produce child pornography.

## Copyright Policy

Sex.com adheres to copyright law and expects its users to do the same. Sex.com has adopted and implemented a policy that provides for the termination, in appropriate circumstances, of registered users or other account holders who repeatedly infringe or are believed to be repeatedly infringing the rights of copyright holders. Please see Sex.com's Copyright Policy at:http://www.sex.com/about/dmca for further information.

## Links

The Site and Application may contain links to third-party websites or resources. You acknowledge and agree that Sex.com is not responsible or liable for: (i) the availability or accuracy of such websites or resources; or (ii) the content, products, or services on or available from such websites or resources. Links to such websites or resources do not imply any endorsement by Sex.com of such websites or resources or the content, products, or services available from such websites or resources. You acknowledge sole responsibility for and assume all risk arising from your use of any such websites or resources.

## Embeddable Content

Sex.com grants you a limited, non-exclusive, revocable, non-transferable license, without the right to sublicense, to display the Site Content available through the embeddable function or inline linking on an commercial blog, website or other product or service. No licenses or rights are granted to you by implication or otherwise under any intellectual property rights owned or controlled by Sex.com or its licensors, except for the licenses and rights expressly granted in the embeddable terms.

You may not to interfere with, damage, disable, overburden, impair, destroy, limit the functionality of or disrupt the Site or Services or servers or networks connected to the Services, or disobey any requirements, procedures, policies of networks connected to the Services; or intentionally or unintentionally violate any applicable local, state, national or international law, rule or regulations. Sex.com reserves the right to block any website/IP using the embeddable

function at any time without prior notice.

Sex.com reserve the right, for any reason, at our sole discretion, to add, change, suspend, modify, delete or discontinue any aspect of the embeddable function at any time without prior notice.

## API Terms of Use

By using the Sex.com API, you agree to the terms below. If you disagree with any of these terms, do not use the API! We reserve the right to update and change these terms from time to time without notice. We may terminate the license by discontinuing use of all or any of its function at any time and for any reason. Your rights to use the API terminate automatically if (1) you violate any of these terms, (2) we send you a written notice of termination , or (3) we disables your access to the API. The API is provided "as is" with no warranty, express or implied, of any kind.

The API is licensed to you on a non-exclusive basis on the terms and conditions set forth herein. These terms define legal use of the API, including all updates, revisions and any copies of the API content made by you. Sex.com user photos and videos ("User Content") are owned by the users and not by Sex.com. All rights not expressly granted to you are reserved by Sex.com.

1. You shall:

- Comply with the general Sex.com Terms of Use.

- Remove from your site or application within 24 hours any User Content or other information that the owner asks you to remove.

- Disclose on your site or application through a privacy policy, how you collect, store, use and disclose data collected from visitors. This include, when applicable, that third parties may serve advertisements and/or collect information directly from visitors, place or read cookies on visitors' browsers.

2. You shall not:

- Use the API to spam Sex.com.

- Use the API to incentivize or harass users.

- Display more than 75 Sex.com photos or videos per page on your site or application or use an unreasonable amount of bandwidth.

- Cache or store any User Content other than for reasonable periods in order to provide the service you are providing.

- Use the API for any site or application that constitutes, promotes or is used in connection with spyware, adware, or any other malicious programs or code.

- Participate in any "like", "share", "comment", or "follower" scam or exchange programs.

- Use the API in a manner that adversely impacts the stability of Sex.com servers. We reserve the right to limit or block your site or applications to the API at any time and for any reason.

## Termination and Account Cancellation

If you breach any of these Terms, Sex.com will have the right to suspend or disable your Account or terminate these Terms at its sole discretion and without prior notice to you. Sex.com reserves the right to revoke your access to and use of the Site, Services and Content at any time, with or without cause. You may cancel your Account at any time by sending an email to:

webmaster@sex.com

## Disclaimers

THE SITE, APPLICATION, SERVICES AND SITE CONTENT ARE PROVIDED "AS IS", WITHOUT WARRANTY OF ANY KIND, EITHER EXPRESSED OR IMPLIED. WITHOUT LIMITING THE FOREGOING, SEX.COM EXPLICITLY DISCLAIMS ANY WARRANTIES OF MERCHANTABILITY, FITNESS FOR A PARTICULAR PURPOSE, QUIET ENJOYMENT OR NON-INFRINGEMENT, AND ANY WARRANTIES ARISING OUT OF COURSE OF DEALING OR USAGE OF TRADE. SEX.COM MAKES NO WARRANTY THAT THE SITE, SERVICES OR SITE CONTENT WILL MEET YOUR REQUIREMENTS, OR BE AVAILABLE ON AN UNINTERRUPTED, SECURE, OR ERROR-FREE BASIS. SEX.COM MAKES NO WARRANTY REGARDING THE QUALITY OF ANY PRODUCTS, SERVICE OR SITE CONTENT OBTAINED THROUGH THE SITE, APPLICATION OR SERVICES OR THE ACCURACY,

TIMELINESS, TRUTHFULNESS, COMPLETENESS OR RELIABILITY OF ANY SITE
CONTENT OBTAINED THROUGH THE SITE OR SERVICES.

ADVICE OR INFORMATION, WHETHER ORAL OR WRITTEN, OBTAINED FROM SEX.COM
OR THROUGH THE SITE, SERVICES, CONTENT OR MEMBER CONTENT, WILL CREATE
ANY WARRANTY NOT EXPRESSLY MADE HEREIN.

YOU ARE SOLELY RESPONSIBLE FOR ALL OF YOUR COMMUNICATIONS AND
INTERACTIONS WITH OTHER USERS OF THE SITE OR SERVICES AND WITH OTHER
PERSONS WITH WHOM YOU COMMUNICATE OR INTERACT AS A RESULT OF YOUR
USE OF THE SITE OR SERVICES. YOU UNDERSTAND THAT SEX.COM DOES NOT
SCREEN OR INQUIRE INTO THE BACKGROUND OF ANY USERS OF THE SITE OR
SERVICES, NOR DOES SEX.COM MAKE ANY ATTEMPT TO VERIFY THE STATEMENTS
OF USERS OF THE SITE OR SERVICES. SEX.COM MAKES NO REPRESENTATIONS OR
WARRANTIES AS TO THE CONDUCT OF USERS OF THE SITE OR SERVICES OR THEIR
COMPATIBILITY WITH ANY CURRENT OR FUTURE USERS OF THE SITE OR SERVICES.
YOU AGREE TO TAKE REASONABLE PRECAUTIONS IN ALL COMMUNICATIONS AND
INTERACTIONS WITH OTHER USERS OF THE SITE OR SERVICES AND WITH OTHER
PERSONS WITH WHOM YOU COMMUNICATE OR INTERACT AS A RESULT OF YOUR
USE OF THE SITE OR SERVICES, PARTICULARLY IF YOU DECIDE TO MEET OFFLINE
OR IN PERSON.

## Indemnity

You agree to defend, indemnify, and hold Sex.com, its officers, directors, employees and
agents, harmless from and against any claims, liabilities, damages, losses, and expenses,
including, without limitation, reasonable legal and accounting fees, arising out of or in any way
connected with (i) your access to or use of the Site, Services or Site Content, (ii) your Member
Content, or (iii) your violation of these Terms.

## Limitation of Liability

YOU ACKNOWLEDGE AND AGREE THAT TO THE MAXIMUM EXTENT PERMITTED BY
LAW, THE ENTIRE RISK ARISING OUT OF YOUR ACCESS TO AND USE OF THE SITE,
SERVICES AND SITE CONTENT REMAINS WITH YOU. NEITHER SEX.COM NOR ANY

OTHER PARTY INVOLVED IN CREATING, PRODUCING, OR DELIVERING THE SITE, SERVICES OR CONTENT WILL BE LIABLE FOR ANY INCIDENTAL, SPECIAL, EXEMPLARY OR CONSEQUENTIAL DAMAGES, INCLUDING LOST PROFITS, LOSS OF DATA OR LOSS OF GOODWILL, SERVICE INTERRUPTION, COMPUTER DAMAGE OR SYSTEM FAILURE OR THE COST OF SUBSTITUTE PRODUCTS OR SERVICES, OR FOR ANY DAMAGES FOR PERSONAL OR BODILY INJURY OR EMOTIONAL DISTRESS ARISING OUT OF OR IN CONNECTION WITH THESE TERMS OR FROM THE USE OF OR INABILITY TO USE THE SITE, SERVICES, SITE CONTENT , OR FROM ANY COMMUNICATIONS, INTERACTIONS OR MEETINGS WITH OTHER USERS OF THE SITE OR SERVICES OR OTHER PERSONS WITH WHOM YOU COMMUNICATE OR INTERACT AS A RESULT OF YOUR USE OF THE SITE OR SERVICES, WHETHER BASED ON WARRANTY, CONTRACT, TORT (INCLUDING NEGLIGENCE), PRODUCT LIABILITY OR ANY OTHER LEGAL THEORY, AND WHETHER OR NOT SEX.COM HAS BEEN INFORMED OF THE POSSIBILITY OF SUCH DAMAGE, EVEN IF A LIMITED REMEDY SET FORTH HEREIN IS FOUND TO HAVE FAILED OF ITS ESSENTIAL PURPOSE.

IN NO EVENT WILL SEX.COM' AGGREGATE LIABILITY ARISING OUT OF, OR IN CONNECTION WITH THESE TERMS OR FROM THE USE OF OR INABILITY TO USE THE SITE, SERVICES OR SITE CONTENT EXCEED ONE HUNDRED DOLLARS ($100).

## Proprietary Rights Notices

All trademarks, service marks, logos, trade names and any other proprietary designations of Sex.com used herein are trademarks or registered trademarks of Sex.com. Any other trademarks, service marks, logos, trade names and any other proprietary designations are the trademarks or registered trademarks of their respective parties.

## Controlling Law and Jurisdiction

These Terms and any action related thereto will be governed by the laws of Quebec, Canada without regard to its conflict of laws provisions. The exclusive jurisdiction and venue of any action with respect to the subject matter of these Terms will be the state and federal courts located in the District of Quebec, Canada and each of the parties hereto waives any objection to jurisdiction and venue in such courts.

## Entire Agreement

These Terms constitute the entire and exclusive understanding and agreement between Sex.com and you regarding the Site, Services, Site Content, and Member Content and these Terms supersede and replace any and all prior oral or written understandings or agreements between Sex.com and you regarding the Site, Services and Content.

## Assignment

You may not assign or transfer these Terms, by operation of law or otherwise, without Sex.com's prior written consent. Any attempt by you to assign or transfer these Terms, without such consent, will be null and of no effect. Sex.com may assign or transfer these Terms, at its sole discretion, without restriction. Subject to the foregoing, these Terms will bind and inure to the benefit of the parties, their successors and permitted assigns.

## Notices

Any notices or other communications permitted or required hereafter, including those regarding modifications to these Terms, will be in writing and given by Sex.com (i) via email (in each case to the address that you provide) or (ii) by posting to the Site. For notices made by e-mail, the date of receipt will be deemed the date on which such notice is transmitted.

## General

The failure of Sex.com to enforce any right or provision of these Terms will not constitute a waiver of future enforcement of that right or provision. The waiver of any such right or provision will be effective only if in writing and signed by a duly authorized representative of Sex.com. Except as expressly set forth in these Terms, the exercise by either party of any of its remedies under these Terms will be without prejudice to its other remedies under these Terms or otherwise. If for any reason a court of competent jurisdiction finds any provision of these Terms invalid or unenforceable, that provision will be enforced to the maximum extent permissible and the other provisions of these Terms will remain in full force and effect.

## Contacting Sex.com

If you have any questions about these Terms or any questions, complaints or claims, please

contact us at:

webmaster@sex.com

# Exhibit 7

## Edit Profile

**Email:**

**Username:**
8i8

**Password:**
Change your password

**Profile picture:**
Choose your profile picture

**About you:**
R18.com is the World's #1 Adult Website for High Quality Japanese Content! Over 200,000 Videos and More Than 2000 Hour Full Length Films Added Per Month!

**Website:**
http://www.r18.com/

**Twitter Integration:**
☑ Auto-tweet

☐ Post my pins to twitter

**Tumblr Integration:**
☐ Post my pins to tumblr

**Facebook Page:**
http://www.facebook.com/R18com

**Twitter Page:**
https://twitter.com/R18dotcom

**Sex Link:**

### Current Trailer
R18com presents Saki Kozai

**Logo**
Upload
Your mobile-ready Logo must be a 300px X 102px .jpg file

**Background**
Upload
Your background must be a 2200px X 1122px .jpg

**Horizontal Banner**
Upload
Your banner must be a 920px X 124px .jpg file

Save Profile

Exhibit
8

## Webmaster

| | |
|---|---|
| **From:** | support@similarweb.com |
| **Sent:** | October 26, 2015 5:25 AM |
| **To:** | webmaster@maximumapps.com |
| **Subject:** | Thank you for contacting SimilarWeb | Re: Data |

Hi Frederic,

Currently, we don't track WAP Phone usage.

Please let me know if you have any other questions.

Thank you,

On Oct 21, 2015 at 02:34PM UTC <webmaster@maximumapps.com> wrote:

Data

Sent from user webmaster@maximumapps.com

Subject: Data

Email: webmaster@maximumapps.com

FirstName: Frederic

LastName: Valiquette

Message: Hello, I would like to know if you are able to track WAP phone usage? We have about 40% WAP phone user on our site and they don't seems to be reflected in your stats. Please let me know. Best regards, Frederic Valiquette

PlanId:

If you'd like to unsubscribe and stop receiving these emails click here (https://u825541.ct.sendgrid.net/wf/unsubscribe?upn=pxtd18Q-2B3gdBNFnyjGvXvxX7vAecJRyt8sp3Fli7-2FyXMb1wkR57sN-2BoyTgbqG5jgBDgjgt-2BccgyE-2Fpyp9lx1b3ZFvkjH8m18ab9ThfLXW-2F-2BfhI-2BSMTrHN5-2BWCQ8caaekTVOvkF1kOOUxbEHkwfOnbHGTQ2HqCIJ3syT-2FV9DobWtcKPmMkaQCRN2NGNnoP7lFYShexeJUmH5fTc-2FtmUEfWU5vNeBZeXR0VcIhX9hE470-3D).

Exhibit
9

**Debbie (Alexa Support)** <support@alexa.zendesk.com>

To Frédéric Valiquette

Today at 12:03 pm

Your request (#94749) has been updated.
To review the status of this request and add additional comments, follow the link below:
http://support.alexa.com/hc/requests/94749
You can also add a comment by replying to this email.

## Please do not write below this line ##

**Ticket #94749: Mobile and WAP user**

**Debbie, Oct 28, 09:12:**

Hello Frederic,

Our traffic estimates are based on our panel of toolbar users. As you mentioned, we do not offer a mobile version of our toolbars which means mobile/app traffic is not included in our toolbar panel and will not be reported in the traffic estimates.

Cheers,
Debbie
Alexa Customer Support

**Debbie, Oct 28, 09:11:**

Request #94697 "WAP users" was closed and merged into this request. Last comment in request #94697:

I would like to know if the wap mobile traffic is reported in the traffic estimates? Based on my knowledge, Alexa does not offer a mobile version of the toolbars therefore the mobile wap traffic is not included in the traffic estimates.

Please confirm.

Thanks,
Frederic Valiquette

Exhibit
10

**From:** Battleship Stance LLC par PayPal <member@paypal.ca>
**Date:** September 29, 2015 at 12:49:59 PM GMT-4
**To:** "HVL. Cyber Web Solutions Inc."
**Subject: Battleship Stance LLC vous a envoyé $20.00 USD**
**Reply-To:** jason@battleshipstance.com



**Battleship Stance LLC vous a envoyé $20.00 USD**

Numéro de
transaction :0NC8278260605500B

Bonjour HVL. Cyber Web Solutions Inc.,

Nous pensons que vous serez content de savoir que Battleship Stance LLC vous a envoyé
$20.00 USD.

**Note de Battleship Stance LLC :**

:-)

[ Obtenir les détails ]

Une fois que l'argent a été viré, vous pouvez :

 Dépenser votre argent en ligne dans des milliers de boutiques qui acceptent
PayPal dans le monde.

 Envoyer de l'argent à vos amis et aux membres de votre famille dans votre pays
ou à l'étranger.

 Virer des fonds sur votre compte bancaire.

**Vous ne voyez pas l'argent dans votre compte ?**

Ne vous inquiétez pas, parfois il faut quelques minutes pour qu'il apparaisse.

Aide | Gestionnaire de litiges | Espace Sécurité

Ce courriel a été envoyé à votre adresse électronique, fredvaliquette███████, pour le soutien et l'entretien
continus de votre compte. Pour gérer vos préférences de communications, veuillez consulter notre Centre de
Préférences.

Veuillez ne pas répondre à ce courriel. Nous ne pouvons répondre aux questions envoyées à cette adresse. Pour
des réponses immédiates à vos questions, consultez notre Aide en cliquant sur « Aide » sur toute page du site ou
courriel de PayPal.

PayPal s'engage à protéger votre vie privée. En savoir plus sur notre <u>Règlement sur le respect de la vie privée</u>.

Copyright © 2015 PayPal, inc., 130 King St. W, suite 1800, Toronto, ON M5X 1E3. Tous droits réservés.

Adresse de courriel PayPal PP1546 - 969869bced043