# EXHIBIT B

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

HYDENTRA HLP INT. LIMITED,
a foreign corporation d/b/a METART

    Plaintiff,

v.

MAXIMUM APPS INC., a foreign company d/b/a SEX.COM, CLOVER HOLDINGS LIMITED PARTNERSHIP, a foreign company, d/b/a SEX.COM; SEX.COM; FREDERICK VALIQUETTE, an individual, and; John Does 1-20,

    Defendants.

Case No.
1:15-cv-22463-MGC

## DECLARATION ON BEHALF OF CHOOPA LLC

I, David Gucker, affirm pursuant to 18 U.S.C. § 1746, and the laws of the United States, as follows:

1. I am the Vice President of Choopa LLC ("Choopa"). This declaration is based on my personal knowledge, my consultation with other Choopa employees and executives and my reasonable review of Choopa's business records. All statements contained in this declaration are true and correct to the best of my knowledge. If called as a witness, I could and would testify as to the facts set forth in this declaration.

2. Sex.com is not hosted by Choopa and has never been hosted by Choopa, whether in New Jersey or elsewhere.

3. There is no server at Choopa's facilities in New Jersey (or elsewhere) to host Sex.com, whether for US users or otherwise.

4. Choopa has no contractual relationship with Maximum Apps Inc. ("Maximum") and has never had a contractual relationship with Maximum.

5. Choopa has no Border Gateway Protocol ("BGP") relationship with HL Hosting Logistics, Inc. ("HL") and Choopa has never had a BGP relationship with HL, whether with a server in New Jersey or elsewhere.

6. Choopa has no contractual relationship with HL and has never had a contractual relationship with HL.

7. Choopa has no formal peering relationship with HL and has never had a formal peering relationship with HL.

8. Put simply, there is no business relationship between Choopa on the one hand and any of Maximum, Sex.com, or HL on the other.

Signed under the pains and penalties of perjury this 28 day of October, 2015.

David Gucker, on behalf of
Choopa LLC