# EXHIBIT C

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

| | |
|---|---|
| HYDENTRA HLP INT. LIMITED, a foreign corporation d/b/a METART<br><br>Plaintiff,<br><br>v.<br><br>MAXIMUM APPS INC., a foreign company d/b/a SEX.COM, CLOVER HOLDINGS LIMITED PARTNERSHIP, a foreign company, d/b/a SEX.COM; SEX.COM; FREDERICK VALIQUETTE, an individual, and; John Does 1-20,<br><br>Defendants. | Case No.<br>1:15-cv-22463-MGC |

## AFFIDAVIT ON BEHALF OF NEXWEB SOLUTIONS INTERNET INC.

I, Éric Jodoin, being duly sworn, do affirm and state as follows:

1. I am the President of Nexweb Solutions Internet Inc. ("Nexweb"). This affidavit is based on my personal knowledge, my consultation with other Nexweb employees and executives and my reasonable review of Nexweb's business records. All statements contained in this declaration are true and correct to the best of my knowledge. If called as a witness, I could and would testify as to the facts set forth in this declaration.

2. Nexweb is a Canadian corporation with a registered address of 4102-1751 rue Richardson in Montréal (Québec) H3K1G6, Canada.

3. Nexweb provides hosting services to Maximum Apps Inc. ("Maximum") for the Sex.com website.

1

4.      All of Nexweb's servers are located in Canada and Canada only.  Nexweb has no servers in the United States.

5.      All of Nexweb's servers that host the Sex.com website are located in Canada only and have always been located in Canada.  None of Nexweb's servers that host the Sex.com website are located in the United States, nor have they ever been located in the United States.

6.      For as long as Maximum Apps has been managing the Sex.com website, its only server host has been Nexweb.

7.      Attached hereto as <u>Exhibit 1</u> are true and correct copies of bills that Nexweb sent to Maximum for hosting services that Nexweb provided to Maximum for the Sex.com website.

Signed under the pains and penalties of perjury this 4 day of November, 2015.

_____
Éric Jodoin as President of
Nexweb Solutions Internet Inc.

# Exhibit 1



1751 Richardson Suite 4.102, Montréal, QC, H3K 1G6, Canada
Tel: +1.514.598.1648 | Mail: info@nexweb.ca | Web: www.nexweb.ca

Maximum Apps Inc. for Sex.com
PO BOX 4011, SUCC D
Montréal QC H3C 0J7
Canada

## Facture NXW/2015/0277

| Description | Date de facture | Origine | Code Client |
|---|---|---|---|
|  | 12/08/2015 |  |  |

| Description | Taxes | Quantité | Prix unitaire | Rem.(%) | Prix |
|---|---|---|---|---|---|
| BANDWIDTH Sex.com (BwMbps) | GST + QST for sales | 6726,000 Unité(s) |  | 0,00 | $ |
| Equipement for over capacity | GST + QST for sales | 1,000 Heure(s) |  | 0,00 | $ |

Total HT :  $
Taxes :  $
Total :  $

| Taxes | Base de calcul | Montant |
|---|---|---|
| GST - GST for sales - 5% (QC) | $ | $ |
| QST - QST for sales - 9.975% | $ | $ |

2015-08-01
Paiement immédiat

GST/TPS # 144879467 | QST/TVQ # 1202742102
Contact : Jonathan Breault - Page: 1



1751 Richardson Suite 4.102, Montréal, QC, H3K 1G6, Canada
Tel: +1.514.598.1648 | Mail: info@nexweb.ca | Web: www.nexweb.ca

Maximum Apps Inc. for Sex.com
PO BOX 4011, SUCC D
Montréal QC H3C 0J7
Canada

## Facture NXW/2015/0266

| Description | Date de facture | Origine | Code Client |
|---|---|---|---|
|  | 15/07/2015 |  |  |

| Description | Taxes | Quantité | Prix unitaire | Rem.(%) | Prix |
|---|---|---|---|---|---|
| BANDWIDTH Sex.com (BwMbps) | GST + QST for sales | 7042,000 Unité(s) | ▮ | 0,00 | ▮ $ |
| Equipement for over capacity | GST + QST for sales | 1,000 Heure(s) | ▮ | 0,00 | ▮ $ |

Total HT : ▮ $
Taxes : ▮ $
Total : ▮ $

| Taxes | Base de calcul | Montant |
|---|---|---|
| GST - GST for sales - 5% (QC) | ▮ $ | ▮ $ |
| QST - QST for sales - 9.975% | ▮ $ | ▮ $ |

2015-07-01
Paiement immédiat

GST/TPS # 144879467 | QST/TVQ # 1202742102
Contact : Administrator - Page: 1