UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

MIAMI DIVISION

CASE NO.: 1:15-cv-22463-MGC

HYDENTRA HLP INT. LIMITED, a
foreign corporation d/b/a METART,

    Plaintiff,

vs.

MAXIMUM APPS INC., a foreign
company d/b/a SEX.COM; CLOVER
HOLDINGS LIMITED PARTNERSHIP,
a foreign company d/b/a SEX.COM;
SEX.COM; FREDERIC VALIQUETTE,
an individual; and John Does 1-20,

    Defendants.
_____/

## NOTICE OF SCHEDULING MEDIATION

The mediation conference in this matter shall be held with John Freud, Mediation Solutions, Inc. on **March 2, 2016 at 1:00pm** at 150 West Flagler Street, Suite 2700, Miami, Florida 33130.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 18th day of November, 2015 we electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following: John F. O'Sullivan, Esq., Allen P.

BeharBehar ♦ 1840 North Commerce Parkway ♦ Suite One ♦ Weston, Florida 33326
T: 954-688-7642   F: 954-332-9260   W: BeharBehar.com

1 of 2

Pegg, Esq. and Jason D. Sternberg, Esq., *Counsel for Clover Holdings Limited Partnership*; Brady J. Cobb, Esq., *Counsel for Maximum Apps Inc. d/b/a Sex.Com and Frederic Valiquette*; and also to: Evan Fray-Witzer, Esq., Valentin Gurvits, Esq., and Matthew Shayefar, Esq.

    Respectfully submitted,

/s/*Aaron Behar, Esq.*
Aaron Behar, Esq.
Florida Bar No.: 166286
/s/*Jaclyn Behar, Esq.*
Jaclyn Behar, Esq.
Florida Bar No.: 063833
BeharBehar
1840 North Commerce Parkway
Suite 1
Weston, Florida 33326
Telephone: (954) 688-7642
Facsimile: (954) 332-9260
E-mail: ab@beharbehar.com
jb@beharbehar.com
**Counsel for Plaintiff**

/s/*Spencer D. Freeman, Esq.*
Spencer D. Freeman, Esq.
Freeman Law Firm, Inc.
1107 ½ Tacoma Avenue South
Tacoma, WA 98402
Telephone: (253) 383-4500
Facsimile: (253) 383-4501
E-mail: sfreeman@freemanlawfirm.org
**Counsel for Plaintiff (Pro Hac Vice)**

BeharBehar • 1840 North Commerce Parkway • Suite One • Weston, Florida 33326
T: 954-688-7642    F: 954-332-9260    W: BeharBehar.com

2 of 2