UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 1:15-cv-22463-MGC

HYDENTRA HLP INT. LIMITED, a
foreign corporation d/b/a METART,

      Plaintiff,

vs.

MAXIMUM APPS INC., a foreign
company d/b/a SEX.COM; CLOVER
HOLDINGS LIMITED PARTNERSHIP,
a foreign company d/b/a SEX.COM;
SEX.COM; FREDERIC VALIQUETTE,
an individual; and John Does 1-20,

      Defendants.
_____/

**DEFENDANT CLOVER HOLDINGS LIMITED'S NOTIFICATION
OF NINETY DAYS EXPIRING ON ITS MOTION TO DISMISS (ECF NO. 24)**

Defendant Clover Holdings Limited ("Clover"), pursuant to the requirements of S.D. Fla. L.R. 7.1(b)(4), hereby files this Notification of Ninety Days Expiring, and states:

1. On September 3, 2015, Clover filed its Motion to Dismiss Amended Complaint for Insufficient Service of Process and Lack of Personal Jurisdiction (the "Motion") [ECF No. 24]. On September 18, 2015, Plaintiff Hydentra HLP Int. Limited ("Plaintiff") filed its Opposition to the Motion [ECF No. 31], and on September 28, 2015, Clover filed its Reply in Support of the Motion [ECF No. 37].

2. The Court has not scheduled oral argument on the Motion.[1]

3. Local Rule 7.1(b)(4) provides, in mandatory terms, that a movant "shall" serve notice to the Court when a motion "has been pending and fully briefed with no hearing set thereon for a period of ninety (90) days." S.D. Fla. L.R. 7.1(b)(4).

4. Accordingly, Clover respectfully notifies the Court that its fully briefed Motion remains pending to date with no hearing set thereon for a period of more than ninety days.

DATED: December 28, 2015

Respectfully submitted,

By: /s/ Allen P. Pegg
John F. O'Sullivan
Fla. Bar No. 143154
Allen P. Pegg
Fla. Bar No. 597821
Jason D. Sternberg
Fla. Bar No. 72887
HOGAN LOVELLS US LLP
600 Brickell Ave., Suite 2700
Miami, FL 33131
Telephone: (305) 459-6500
Facsimile: (305) 459-6550
john.osullivan@hoganlovells.com
allen.pegg@hoganlovells.com
jason.sternerg@hoganlovells.com

*Attorneys for Defendant Clover Holdings Limited Partnership*

---

[1] Clover notes that on October 1, 2015, Plaintiff filed a Motion to Stay for Purposes of Conducting Jurisdictional Discovery as to Clover Holdings Limited Partnership [ECF No. 41]. On October 21, 2015, Magistrate Judge Edwin G. Torres Court denied that motion as premature [ECF No. 61].

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on December 28, 2015, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to counsel and that a true and correct copy was served via electronic mail on all counsel of parties of record:

Aaron Behar
Fla. Bar No. 166286
Jaclyn Behar
Fla. Bar NO. 63833
BeharBehar
1840 North Commerce Parkway
Suite One
Weston, Florida  33326
Telephone:  (954) 688-7642
Facsimile:   (954) 332-9260
AB@BeharBehar.com

And

Spencer D. Freeman
Freeman Law Firm, Inc.
1107 ½ Tacoma Avenue South
Tacoma, WA 98402
Telephone:  (253) 383-4500
Facsimile:   (253) 383-4501
sfreeman@freemanlawfirm.org

*Counsel for Plaintiff*

                                                    By:  */s/ Allen P. Pegg*
                                                        Allen P. Pegg
                                                        Fla. Bar No. 597821
                                                        allen.pegg@hoganlovells.com