UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

MIAMI DIVISION

CASE NO.: 1:15-cv-22463-Civ-COOKE/TORRES

HYDENTRA HLP INT. LIMITED,
a foreign corporation d/b/a METART,

   Plaintiff,

vs.

MAXIMUM APPS INC., a foreign
company d/b/a SEX.COM; CLOVER
HOLDINGS LIMITED PARTNERSHIP,
a foreign company d/b/a SEX.COM;
SEX.COM; FREDERIC VALIQUETTE,
an individual; and John Does 1-20,

   Defendants.
_____/

## PLAINTIFF'S FACT WITNESS LIST

COMES NOW, Plaintiff, HYDENTRA HLP INT. LIMITED d/b/a METART, by and through the undersigned counsel, and hereby files this Witness List pursuant to this Court's Order Setting Civil Trial Date and Pretrial Schedule dated October 5, 2015 [DE 46]. Plaintiff intends to call the following witnesses (impeachment, rebuttal or otherwise) at trial:

1. Corporate Representative of Hydentra HLP Int. Limited
   c/o BeharBehar
   1840 North Commerce Parkway
   Suite 1
   Weston, Florida 33326

2. Mark Lidikay
   Chief Engineer
   Holden-Andrew Corporation
   c/o BeharBehar
   1840 North Commerce Parkway
   Suite 1
   Weston, Florida 33326

BeharBehar • 1840 North Commerce Parkway • Suite One • Weston, Florida 33326
T: 954-688-7642 F: 954-332-9260 W: BeharBehar.com

1 of 4

3. Jason Tucker
   Managing Director
   Battleship Stance LLC.
   c/o BeharBehar
   1840 North Commerce Parkway
   Suite 1
   Weston, Florida 33326

4. Jon Krogman
   Hydentra HLP Int. Limited
   c/o BeharBehar
   1840 North Commerce Parkway
   Suite 1
   Weston, Florida 33326

5. Corporate Representative of Clover Holdings Limited Partnership
   c/o Allen P. Pegg, John F. O'Sullivan and Jason Sternberg
   Hogan Lovells US LLP
   600 Brickell Avenue, Suite 2700
   Miami, Florida 33131

6. Frederic Valiquette
   c/o COBB EDDY, PLLC
   642 Northeast Third Avenue
   Fort Lauderdale, Florida 33304

7. Constantin Luchian
   c/o COBB EDDY, PLLC
   642 Northeast Third Avenue
   Fort Lauderdale, Florida 33304

8. Corporate Representative of Maximum Apps, Inc.
   c/o COBB EDDY, PLLC
   642 Northeast Third Avenue
   Fort Lauderdale, Florida 33304

9. All witnesses identified in discovery responses served in this case.

10. All witnesses identified in Defendant's witness list in this case.

11. All expert witnesses identified in this case.

12. All witnesses identified during the course of discovery in this action.

13. All rebuttal witnesses.

BeharBehar • 1840 North Commerce Parkway • Suite One • Weston, Florida 33326
T: 954-688-7642   F: 954-332-9260   W: BeharBehar.com

2 of 4

14. All impeachment witnesses.

15. All witnesses identified by any party.

16. All witnesses identified in all depositions taken in this action.

17. All persons whose names appears on any pleadings, deposition transcripts/videos, documents, records, third party production or any written discovery in this case.

18. The users of Sex.Com who posted Plaintiff's videos on Sex.com, the identities of whom are to be determined during discovery (the identities of John Doe Numbers 1 through 20).

Plaintiff reserves the right to amend and supplement its Witness List as discovery continues and should this Court enter any subsequent orders modifying the deadlines, trial, pleadings or any other matter related to this case.

BeharBehar ♦ 1840 North Commerce Parkway ♦ Suite One ♦ Weston, Florida 33326
T: 954-688-7642   F: 954-332-9260   W: BeharBehar.com

3 of 4

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 15th day of January, 2016 we electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following: Brady J. Cobb, Esq.; Valentin Gurvits, Esq.; and Matthew Shayefar, Esq.

Respectfully submitted,

/s/Aaron Behar, Esq.
Aaron Behar, Esq.
Florida Bar No.: 166286
Jaclyn Behar, Esq.
Florida Bar No.: 63833
BeharBehar
1840 North Commerce Parkway
Suite 1
Weston, Florida 33326
Telephone: (954) 688-7642
Facsimile: (954) 332-9260
E-mail: ab@beharbehar.com
***Counsel for Plaintiff***

/s/Spencer D. Freeman, Esq.
Spencer D. Freeman, Esq.
Freeman Law Firm, Inc.
1107 ½ Tacoma Avenue South
Tacoma, WA 98402
Telephone: (253) 383-4500
Facsimile: (253) 383-4501
E-mail:sfreeman@freemanlawfirm.org
***Counsel for Plaintiff (Pro Hac Vice)***

BeharBehar ♦ 1840 North Commerce Parkway ♦ Suite One ♦ Weston, Florida 33326
T: 954-688-7642   F: 954-332-9260   W: BeharBehar.com

4 of 4