# Hydentra/Clover/Max Apps

7 messages

---

**Pegg, Allen P.** <allen.pegg@hoganlovells.com>  Sat, Jan 9, 2016 at 8:54 AM
To: Aaron Behar <ab@beharbehar.com>, Spencer Freeman <sfreeman@freemanlawfirm.org>
Cc: Brady Cobb <bcobb@cobbeddy.com>, Christine Spire <cs@beharbehar.com>, Matthew Shayefar <matt@bostonlawgroup.com>, Val Gurvits <vgurvits@bostonlawgroup.com>, "O'Sullivan, John F." <john.osullivan@hoganlovells.com>, Jason Holman <jh@beharbehar.com>, Evan Fray-Witzer <Evan@cfwlegal.com>, "Sternberg, Jason D." <jason.sternberg@hoganlovells.com>

Spencer and Aaron,

I understand Spencer's been in touch with Matt Shayefar concerning the upcoming discovery cutoff and other pretrial deadlines we have in this matter. As Matt mentioned to Spencer, on the defense side, we believe the best course of action is to ask the Court to suspend all such pretrial deadlines until the Court has ruled on the pending MTDs.

Attached is a draft Joint Motion. Please review and let us know whether Plaintiff will join the Motion and, if so, whether you have any comments.

Allen P. Pegg

Hogan Lovells US LLP

allen.pegg@hoganlovells.com

(305) 459-6641

---

**About Hogan Lovells**
Hogan Lovells is an international legal practice that includes Hogan Lovells US LLP and Hogan Lovells International LLP. For more information, see www.hoganlovells.com.

CONFIDENTIALITY. This email and any attachments are confidential, except where the email states it can be disclosed; it may also be privileged. If received in error, please do not disclose the contents to anyone, but notify the sender by return email and delete this email (and any attachments) from your system.

---

 **Joint Motion to Stay Pretrial Deadlines (01.09.16).docx**
33K

---

**Spencer Freeman** <sfreeman@freemanlawfirm.org>  Sun, Jan 10, 2016 at 8:03 PM
To: "Pegg, Allen P." <allen.pegg@hoganlovells.com>, Aaron Behar <ab@beharbehar.com>
Cc: Brady Cobb <bcobb@cobbeddy.com>, Christine Spire <cs@beharbehar.com>, Matthew Shayefar <matt@bostonlawgroup.com>, Val Gurvits <vgurvits@bostonlawgroup.com>, "O'Sullivan, John F." <john.osullivan@hoganlovells.com>, Jason Holman <jh@beharbehar.com>, Evan Fray-Witzer

<Evan@cfwlegal.com>, "Sternberg, Jason D." <jason.sternberg@hoganlovells.com>

Allen,

Matthew and I did speak about this issue and I agreed with him in concept, and also told him that we needed to issue dep notices to cover our end just in case. I appreciate generally how neutrally the motion is drafted. I would possibly like to add a line that Plaintiff disagrees with each Defendant position in the pending motions, but agrees that the motions should be resolved before discovery and other pretrial tasks are done, other than our requested jurisdictional discovery – which has yet to be ruled on. Also, you may want to check the date that Clover filed its motion – it is represented as November 3, but I think it was September.

Other than that, I am good with this. However, will need to confer further with Aaron to be sure that there isn't something that I have missed.

Regards,

Spencer


Spencer D. Freeman
Freeman Law Firm, Inc.
1107 1/2 Tacoma Avenue South
Tacoma, Washington 98402
253-383-4500
253-383-4501 (facsimile)

CONFIDENTIALITY NOTICE: This e-mail and any attachments may contain privileged information generated by the Freeman Law Firm, Inc. that is protected by attorney-client, work product, and/or other privileges. If you are not the intended recipient, you are hereby notified that any review, disclosure, or taking of any action in reliance on the contents is strictly prohibited. Therefore, if you are not the intended recipient please do not read or review this e-mail or its attachments. Please also notify the sender of your receipt of this e-mail and delete all copies of the e-mail and its attachments from your system. Thank you.

---

**From:** Pegg, Allen P. [mailto:allen.pegg@hoganlovells.com]
**Sent:** Saturday, January 09, 2016 8:54 AM
**To:** Aaron Behar; Spencer Freeman
**Cc:** Brady Cobb; Christine Spire; Matthew Shayefar; Val Gurvits; O'Sullivan, John F.; Jason Holman; Evan Fray-Witzer; Sternberg, Jason D.
**Subject:** Hydentra/Clover/Max Apps

[Quoted text hidden]

---

**Pegg, Allen P.** <allen.pegg@hoganlovells.com>                                    Mon, Jan 11, 2016 at 8:06 AM
To: Spencer Freeman <sfreeman@freemanlawfirm.org>
Cc: Aaron Behar <ab@beharbehar.com>, Brady Cobb <bcobb@cobbeddy.com>, Christine Spire <cs@beharbehar.com>, Matthew Shayefar <matt@bostonlawgroup.com>, Val Gurvits <vgurvits@bostonlawgroup.com>, "O'Sullivan, John F." <john.osullivan@hoganlovells.com>, Jason Holman

<jh@beharbehar.com>, Evan Fray-Witzer <Evan@cfwlegal.com>, "Sternberg, Jason D." <jason.sternberg@hoganlovells.com>

Aaron,

Please share your thoughts as it would be best to get this on file today.

Allen P. Pegg
Hogan Lovells
allen.pegg@hoganlovells.com
(305) 459-6641

[Quoted text hidden]

---

**Spencer Freeman** <sfreeman@freemanlawfirm.org>  Mon, Jan 11, 2016 at 12:43 PM
To: "Pegg, Allen P." <allen.pegg@hoganlovells.com>
Cc: Aaron Behar <ab@beharbehar.com>, Brady Cobb <bcobb@cobbeddy.com>, Christine Spire <cs@beharbehar.com>, Matthew Shayefar <matt@bostonlawgroup.com>, Val Gurvits <vgurvits@bostonlawgroup.com>, "O'Sullivan, John F." <john.osullivan@hoganlovells.com>, Jason Holman <jh@beharbehar.com>, Evan Fray-Witzer <Evan@cfwlegal.com>, "Sternberg, Jason D." <jason.sternberg@hoganlovells.com>

Allen – you are good to file


Spencer D. Freeman
Freeman Law Firm, Inc.
1107 1/2 Tacoma Avenue South
Tacoma, Washington 98402
253-383-4500
253-383-4501 (facsimile)

CONFIDENTIALITY NOTICE: This e-mail and any attachments may contain privileged information generated by the Freeman Law Firm, Inc. that is protected by attorney-client, work product, and/or other privileges.  If you are not the intended recipient, you are hereby notified that any review, disclosure, or taking of any action in reliance on the contents is strictly prohibited. Therefore, if you are not the intended recipient please do not read or review this e-mail or its attachments. Please also notify the sender of your receipt of this e-mail and delete all copies of the e-mail and its attachments from your system. Thank you.

---

**From:** Pegg, Allen P. [mailto:allen.pegg@hoganlovells.com]
**Sent:** Monday, January 11, 2016 8:06 AM
**To:** Spencer Freeman
**Cc:** Aaron Behar; Brady Cobb; Christine Spire; Matthew Shayefar; Val Gurvits; O'Sullivan, John F.; Jason Holman; Evan Fray-Witzer; Sternberg, Jason D.
**Subject:** Re: Hydentra/Clover/Max Apps

[Quoted text hidden]

---

**Pegg, Allen P.** <allen.pegg@hoganlovells.com>  Mon, Jan 11, 2016 at 1:09 PM
To: Spencer Freeman <sfreeman@freemanlawfirm.org>
Cc: Aaron Behar <ab@beharbehar.com>, Brady Cobb <bcobb@cobbeddy.com>, Christine Spire <cs@beharbehar.com>, Matthew Shayefar <matt@bostonlawgroup.com>, Val Gurvits <vgurvits@bostonlawgroup.com>, "O'Sullivan, John F." <john.osullivan@hoganlovells.com>, Jason Holman <jh@beharbehar.com>, Evan Fray-Witzer <Evan@cfwlegal.com>, "Sternberg, Jason D." <jason.sternberg@hoganlovells.com>

Spencer,

Thanks, but so I'm clear on this – you're approving the joint motion as currently drafted, correct?  We'll change the November reference to September; appreciate you pointing that out.

Allen P. Pegg

Hogan Lovells US LLP

allen.pegg@hoganlovells.com

(305) 459-6641

---

**From:** Spencer Freeman [mailto:sfreeman@freemanlawfirm.org]
**Sent:** Monday, January 11, 2016 3:44 PM
**To:** Pegg, Allen P.
**Cc:** Aaron Behar; Brady Cobb; Christine Spire; Matthew Shayefar; Val Gurvits; O'Sullivan, John F.; Jason Holman; Evan Fray-Witzer; Sternberg, Jason D.
**Subject:** RE: Hydentra/Clover/Max Apps

[Quoted text hidden]

---

**Spencer Freeman** <sfreeman@freemanlawfirm.org>                            Mon, Jan 11, 2016 at 1:12 PM
To: "Pegg, Allen P." <allen.pegg@hoganlovells.com>
Cc: Aaron Behar <ab@beharbehar.com>, Brady Cobb <bcobb@cobbeddy.com>, Christine Spire <cs@beharbehar.com>, Matthew Shayefar <matt@bostonlawgroup.com>, Val Gurvits <vgurvits@bostonlawgroup.com>, "O'Sullivan, John F." <john.osullivan@hoganlovells.com>, Jason Holman <jh@beharbehar.com>, Evan Fray-Witzer <Evan@cfwlegal.com>, "Sternberg, Jason D." <jason.sternberg@hoganlovells.com>

Yes

Spencer D. Freeman
Freeman Law Firm, Inc.
1107 1/2 Tacoma Avenue South
Tacoma, Washington 98402
253-383-4500
253-383-4501 (facsimile)

CONFIDENTIALITY NOTICE: This e-mail and any attachments may contain privileged information generated by the Freeman Law Firm, Inc. that is protected by attorney-client, work product, and/or other privileges.  If you are not the intended recipient, you are hereby notified that any review, disclosure, or taking of any action in reliance on the contents is strictly prohibited.  Therefore, if you are not the intended recipient please do not read or review this e-mail or its attachments. Please also notify the sender of your receipt of this e-mail and delete all copies of the e-mail and its attachments from your system. Thank you.

**From:** Pegg, Allen P. [mailto:allen.pegg@hoganlovells.com]
**Sent:** Monday, January 11, 2016 1:10 PM
**To:** Spencer Freeman
**Cc:** Aaron Behar; Brady Cobb; Christine Spire; Matthew Shayefar; Val Gurvits; O'Sullivan, John F.; Jason Holman; Evan Fray-Witzer; Sternberg, Jason D.
**Subject:** RE: Hydentra/Clover/Max Apps

[Quoted text hidden]

---

**Pegg, Allen P.** <allen.pegg@hoganlovells.com>   Mon, Jan 11, 2016 at 1:13 PM
To: Spencer Freeman <sfreeman@freemanlawfirm.org>
Cc: Aaron Behar <ab@beharbehar.com>, Brady Cobb <bcobb@cobbeddy.com>, Christine Spire <cs@beharbehar.com>, Matthew Shayefar <matt@bostonlawgroup.com>, Val Gurvits <vgurvits@bostonlawgroup.com>, "O'Sullivan, John F." <john.osullivan@hoganlovells.com>, Jason Holman <jh@beharbehar.com>, Evan Fray-Witzer <Evan@cfwlegal.com>, "Sternberg, Jason D." <jason.sternberg@hoganlovells.com>

Thanks, we'll file now.

Allen P. Pegg

Hogan Lovells US LLP

allen.pegg@hoganlovells.com

(305) 459-6641

---

**From:** Spencer Freeman [mailto:sfreeman@freemanlawfirm.org]
**Sent:** Monday, January 11, 2016 4:12 PM

[Quoted text hidden]

[Quoted text hidden]