**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

| | |
|---|---|
| HYDENTRA HLP INT. LIMITED, a foreign corporation d/b/a METART | **Case No.** |
| Plaintiff, | **1:15-cv-22463-MGC** |
| v. | |
| MAXIMUM APPS INC., a foreign company d/b/a SEX.COM, CLOVER HOLDINGS LIMITED PARTNERSHIP, a foreign company, d/b/a SEX.COM; SEX.COM; FREDERIC VALIQUETTE, an individual, and; John Does 1-20, | |
| Defendants. | |

**DECLARATION OF MATTHEW SHAYEFAR**
**IN SUPPORT OF**
**OPPOSITION TO PLAINTIFF'S MOTION FOR SANCTIONS**

I, Matthew Shayefar, do declare and state as follows:

1.      I am an attorney licensed to practice law in the Commonwealth of Massachusetts and the State of California.  I am admitted *pro hac vice* in the above captioned matter as counsel for Defendants Maximum Apps Inc. and Mr. Frederic Valiquette ("Maximum Defendants").  I have personal knowledge of the facts stated herein.  If called upon to do so, I could and would testify to the truth hereof.

2.      On December 28, 2015, I had a telephone conversation with Attorney Spencer Freeman regarding the timing of discovery in the above captioned matter.  During that conversation, Attorney Freeman stated that he was concerned about the existing discovery

1

schedule given that the Court has not yet ruled on the Maximum Defendants' Motions to Dismiss.

3.     I stated that, given the pendency of the Maximum Defendants' Motions to Dismiss, and given that those motions challenged the court's jurisdiction over the Maximum Defendants, I did not think that the Court would expect the parties to have engaged in discovery prior to receiving a ruling on the pending motions.

4.     In response, Attorney Freeman stated that he "hoped" that I was correct, but that the Plaintiff might send out deposition notices as placeholders to protect their right to take depositions if for some reason the Court were to disagree with my understanding.

5.     I told Attorney Freeman that the Maximum Defendants could not and would not agree to appear in Florida for depositions.

6.     Attorney Freeman stated that he understood, but might send out notices anyway just in case.

7.     Following my conversation with Attorney Freeman, I discussed Attorney Freeman's stated concerns with my co-counsel and concluded that the best course of action – both for the parties and for the Court – would be for the parties to work together, cooperatively, to formalize an agreement that all discovery would be stayed pending the Court's decision on the Motions to Dismiss.  In furtherance of that goal, we decided to propose to Attorney Freeman that the parties agree to stay all discovery and present the Court with a joint motion seeking court approval of the parties' plan.

8.     On that same day, December 28, 2015, I called Attorney Freeman to discuss the proposal and, unable to reach him in person, left a voice mail to that effect.

9.      The next day, having not yet heard back from Attorney Freeman, I sent an email to Attorney Freeman proposing that the parties enter into a Joint Motion to Stay.  A true and correct copy of that email and the correspondence between Attorney Freeman and I that followed after that is attached hereto as Exhibit 1.

10.     Although I hoped that the drafting of the joint motion would only take a day or so, and I communicated this expectation to Attorney Freeman, because of the holidays and the desire of counsel for Defendant Clover Holdings Limited Partnership ("Clover") to participate in the drafting, it took longer than originally anticipated to provide a draft motion to Plaintiff's counsel.

11.     Before the Defendants had the opportunity to provide Plaintiff with the draft motion, Plaintiff sent out deposition notices by email.  True and correct copies of that email and the deposition notices that I received are attached hereto as Exhibit 2.

12.     When I received these notices, I took them to be the "placeholders" mentioned by Attorney Freeman.  I did not believe that the notices were intended to reflect the actual dates (or location) where the Maximum Defendants would be deposed and I assumed they were sent primarily because Plaintiffs were concerned given the amount of time it was taking us to circulate the draft Joint Motion to Stay.

13.     Once the language of the Joint Motion to Stay had been agreed upon and the motion filed, I did not expect that the noticed depositions would occur, nor did I believe that Plaintiff thought that such depositions would occur as originally (and improperly) noticed.

Signed under the pains and penalties of perjury, this 17th day of February, 2016.

Matthew Shayefar, Esq.

3

# Exhibit 1

**Sex.com Motion to Stay Discovery**

7 messages

---

**Matthew Shayefar** <matt@bostonlawgroup.com>                    Tue, Dec 29, 2015 at 9:28 AM
To: Spencer Freeman <sfreeman@freemanlawfirm.org>
Cc: Evan Fray-Witzer <Evan@cfwlegal.com>, Val Gurvits <vgurvits@bostonlawgroup.com>,
"bcobb@cobbeddy.com" <bcobb@cobbeddy.com>

Hi Spencer,

I left you a phone message about this yesterday but I wanted to followup with an email.  I was thinking about your concern about the discovery in the Sex.com matter.

While I continue to believe that the court won't have expected us to be doing discovery while the motions to dismiss were pending and would change deadlines should they not be granted, I think the better way to handle this is rather than have you notice depositions and us have to ask the court to grant a protect order is to just up front ask the court to stay discovery and continue all dates until such time as the motions to dismiss are resolved.

If you're agreeable and the Clover guys are agreeable, we can all file a joint motion.

Please let me know,


Matthew Shayefar

Boston Law Group, PC
825 Beacon Street, Suite 20 | Newton Centre, MA 02459
Direct: (617) 928-1806 | Tel: (617) 928-1800 | Fax: (617) 928-1802
matt@bostonlawgroup.com
_____
The contents of this message and any attachments are confidential and intended only for the addressee(s).  This message may also be subject to attorney-client privilege.  If you received this message in error, please notify Boston Law Group, PC immediately and destroy the original message.  Boston Law Group, PC | Tel: (617) 928-1800 | E-mail: info@bostonlawgroup.com
In compliance with IRS regulations, we advise you that any discussion of Federal tax issues is not intended or written to be used, and may not be used, by you to avoid any penalties imposed under the Internal Revenue Code or to promote, market or recommend to another party any transaction or matter addressed.

---

**Spencer Freeman** <sfreeman@freemanlawfirm.org>                    Tue, Dec 29, 2015 at 9:29 AM
To: Matthew Shayefar <matt@bostonlawgroup.com>
Cc: Evan Fray-Witzer <Evan@cfwlegal.com>, Val Gurvits <vgurvits@bostonlawgroup.com>,
"bcobb@cobbeddy.com" <bcobb@cobbeddy.com>

Let me confer on my side, but I am inclined to agree.

Spencer

Sent from my iPhone

[Quoted text hidden]

---

**Spencer Freeman** <sfreeman@freemanlawfirm.org>                    Tue, Dec 29, 2015 at 2:19 PM
To: Matthew Shayefar <matt@bostonlawgroup.com>
Cc: Evan Fray-Witzer <Evan@cfwlegal.com>, Val Gurvits <vgurvits@bostonlawgroup.com>, bcobb@cobbeddy.com

Matthew,


This process makes some sense – to both gain clarity on the issue and account for what is normal process.  I presume you guys will be drafting the motion?


Thanks


Spencer


Spencer D. Freeman

Freeman Law Firm, Inc.

1107 1/2 Tacoma Avenue South

Tacoma, Washington 98402

253-383-4500

253-383-4501 (facsimile)

CONFIDENTIALITY NOTICE: This e-mail and any attachments may contain privileged information generated by the Freeman Law Firm, Inc. that is protected by attorney-client, work product, and/or other privileges.  If you are not the intended recipient, you are hereby notified that any review, disclosure, or taking of any action in reliance on the contents is strictly prohibited. Therefore, if you are not the intended recipient please do not read or review this e-mail or its attachments. Please also notify the sender of your receipt of this e-mail and delete all copies of the e-mail and its attachments from your system. Thank you.

---

**From:** Matthew Shayefar [mailto:matt@bostonlawgroup.com]
**Sent:** Tuesday, December 29, 2015 9:28 AM
**To:** Spencer Freeman
**Cc:** Evan Fray-Witzer; Val Gurvits; bcobb@cobbeddy.com
**Subject:** Sex.com Motion to Stay Discovery

[Quoted text hidden]

---

**Matthew Shayefar** <matt@bostonlawgroup.com>                    Tue, Dec 29, 2015 at 2:54 PM
To: Spencer Freeman <sfreeman@freemanlawfirm.org>
Cc: Evan Fray-Witzer <Evan@cfwlegal.com>, Val Gurvits <vgurvits@bostonlawgroup.com>,
"bcobb@cobbeddy.com" <bcobb@cobbeddy.com>

We can draft it, though I probably won't be able to get to it until tomorrow or the day after.


Matthew Shayefar

Boston Law Group, PC
825 Beacon Street, Suite 20 | Newton Centre, MA 02459
Direct: (617) 928-1806 | Tel: (617) 928-1800 | Fax: (617) 928-1802
matt@bostonlawgroup.com
_____

The contents of this message and any attachments are confidential and intended only for the addressee(s).  This message may also be subject to attorney-client privilege.  If you received this message in error, please notify Boston Law Group, PC immediately and destroy the original message.  Boston Law Group, PC | Tel: (617) 928-1800 | E-mail: info@bostonlawgroup.com
In compliance with IRS regulations, we advise you that any discussion of Federal tax issues is not intended or written to be used, and may not be used, by you to avoid any penalties imposed under the Internal Revenue Code or to promote, market or recommend to another party any transaction or matter addressed.

**From:** Spencer Freeman <sfreeman@freemanlawfirm.org>
**Sent:** Tuesday, December 29, 2015 5:19 PM
**To:** Matthew Shayefar
**Cc:** Evan Fray-Witzer; Val Gurvits; bcobb@cobbeddy.com
**Subject:** RE: Sex.com Motion to Stay Discovery

[Quoted text hidden]

**Spencer Freeman** <sfreeman@freemanlawfirm.org>                    Tue, Dec 29, 2015 at 2:57 PM
To: Matthew Shayefar <matt@bostonlawgroup.com>
Cc: Evan Fray-Witzer <Evan@cfwlegal.com>, Val Gurvits <vgurvits@bostonlawgroup.com>, bcobb@cobbeddy.com


Understood.  Thanks



Spencer D. Freeman

Freeman Law Firm, Inc.

1107 1/2 Tacoma Avenue South

Tacoma, Washington 98402

253-383-4500

253-383-4501 (facsimile)

CONFIDENTIALITY NOTICE: This e-mail and any attachments may contain privileged information generated by the Freeman Law Firm, Inc. that is protected by attorney-client, work product, and/or other privileges.  If you are not the intended recipient, you are hereby notified that any review, disclosure, or taking of any action in reliance on the contents is strictly prohibited. Therefore, if you are not the intended recipient please do not read or review this e-mail or its attachments. Please also notify the sender of your receipt of this e-mail and delete all copies of the e-mail and its attachments from your system. Thank you.

**From:** Matthew Shayefar [mailto:matt@bostonlawgroup.com]
**Sent:** Tuesday, December 29, 2015 2:55 PM
**To:** Spencer Freeman
**Cc:** Evan Fray-Witzer; Val Gurvits; bcobb@cobbeddy.com
**Subject:** Re: Sex.com Motion to Stay Discovery

[Quoted text hidden]

Exhibit
2

## SERVICE OF COURT DOCUMENTS: Hydentra v. Maximum Apps Inc., et al. (DEPOS JAN 28 & JAN 29)

**Christine Spire** <assistant@beharbehar.com>                                        Fri, Jan 8, 2016 at 7:33 AM
To: allen.pegg@hoganlovells.com, Brady Cobb <bcobb@cobbeddy.com>, vgurvits@bostonlawgroup.com, matt@bostonlawgroup.com
Cc: Aaron Behar <ab@beharbehar.com>, Jason Holman <jh@beharbehar.com>

Gentlemen, please find attached Plaintiff's Notices of Deposition for January 28th and January 29th.



Christine Spire, Legal Assistant to:
Aaron Behar, Esq. and Michael Harper, Esq.
1840 North Commerce Parkway
Suite One
Weston, Florida 33326
Tel: (954) 688-7642
Fax: (954) 332-9260
cs@BeharBehar.com
www.BeharBehar.com
Miami   Weston   Tampa

This message, together with any attachments, is intended only for the addressee. It may contain information which is legally privileged, confidential and exempt from disclosure. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution, use, or any action or reliance on this communication is strictly prohibited. If you have received this e-mail in error, please notify the sender immediately by telephone (954) 688-7642 or by return e-mail and delete the message, along with any attachments. Tax Advice Disclosure: To ensure compliance with requirements imposed by the IRS under Circular 230, we inform you that any U.S. federal tax advice contained in this communication (including any attachments), unless otherwise specifically stated, was not intended or written to be used, and cannot be used, for the purpose of (1) avoiding penalties under the Internal Revenue Code or (2) promoting, marketing or recommending to another party any matters addressed herein.

**3 attachments**


**MAX APPS.pdf**
336K


**CLOVER.pdf**
341K


**FRED.pdf**
173K

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

MIAMI DIVISION

CASE NO.: 1:15-cv-22463-MGC

HYDENTRA HLP INT. LIMITED, a
foreign corporation d/b/a METART,

      Plaintiff,

vs.

MAXIMUM APPS INC., a foreign
company d/b/a SEX.COM; CLOVER
HOLDINGS LIMITED PARTNERSHIP,
a foreign company d/b/a SEX.COM;
SEX.COM; FREDERIC VALIQUETTE,
an individual; and John Does 1-20,

      Defendants.

_____/

## NOTICE OF TAKING DEPOSITION
## OF CORPORATE REPRESENTATIVE DUCES TECUM
## PURSUANT TO F.R.C.P. 30(b)(6)

**PLEASE TAKE NOTICE** that the undersigned will take the video deposition of:

| | |
|---|---|
| **DEPONENT:** | **Corporate Representative of:** <br> **Max Apps Inc. to be deposed on the issues** <br> **contained within the attached Exhibit "A".** |
| **DATE:** | **Thursday, January 28, 2016** |
| **TIME:** | **9:00am** |
| **PLACE:** | **Bryn & Associates, P.A.** <br> **One Biscayne Tower, 2 South Biscayne Blvd., #2680** <br> **Miami, Florida 33131** |

BeharBehar ♦ 1840 North Commerce Parkway ♦ Suite One ♦ Weston, Florida 33326
T: 954-688-7642    F: 954-332-9260    W: BeharBehar.com

1 of 5

Upon oral examination before **UNIVERSAL COURT REPORTING,** or any other Notary Public or officer authorized by law to take depositions in the State of Florida. The oral examination will continue from day to day until completed.

The deposition is being taken for the purpose of discovery, for use at trial, or for such other purposes as are permitted under the Rules of Court, Rules 1.280, 1.310, 1.350, 1.360, 1.380 and 1.410.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 8th day of January, 2016 we electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:  John F. O'Sullivan, Esq., Allen P. Pegg, Esq. and Jason D. Sternberg, Esq., *Counsel for Clover Holdings Limited Partnership*; Brady J. Cobb, Esq., *Counsel for Maximum Apps Inc. d/b/a Sex.Com and Frederic Valiquette*; and also to: Evan Fray-Witzer, Esq. Valentin Gurvits, Esq.; and Matthew Shayefar, Esq.

Respectfully submitted,

BeharBehar
1840 North Commerce Parkway
Suite One
Weston, Florida 33326
Telephone: (954) 688-7642
Facsimile: (954) 332-9260
E-mail: AB@BeharBehar.com

By:  */s/Aaron Behar, Esq.*
Aaron Behar, Esq.
Florida Bar No.: 166286
*/s/Jaclyn Behar, Esq.*
Jaclyn Behar, Esq.
Florida Bar No.: 63833
***Counsel for Plaintiff***

BeharBehar ✦ 1840 North Commerce Parkway ✦ Suite One ✦ Weston, Florida 33326
T: 954-688-7642    F: 954-332-9260    W: BeharBehar.com

2 of 5

\

And:   */s/Spencer D. Freeman, Esq.*
Spencer D. Freeman, Esq.
Freeman Law Firm, Inc.
1107 ½ Tacoma Avenue South
Tacoma, WA 98402
Telephone: (253) 383-4500
Facsimile: (253) 383-4501
E-mail: sfreeman@freemanlawfirm.org
**Counsel for Plaintiff (Pro Hac Vice)**

BeharBehar ♦ 1840 North Commerce Parkway ♦ Suite One ♦ Weston, Florida 33326
T: 954-688-7642    F: 954-332-9260    W: BeharBehar.com

3 of 5

# EXHBIIT "A"

1.      Pertaining to videos and photographs (including still photographs) uploaded on Sex.Com the specific information collected from the uploader and the manner, location, and parameters that the information is stored and maintained.

2.      Pertaining to videos and photographs (including still photographs) uploaded on Sex.Com the entire process that a potential uploader must go through in order to upload a video on the web site(s).

3.      Pertaining to videos and photographs (including still photographs) uploaded on Sex.Com all software used to complete the process of receiving the upload through public display on the web sites.

4.      Pertaining to videos and photographs (including still photographs) uploaded on Sex.Com the process for a video and/or photograph (including still photographs) to be reviewed by Max Apps Inc., or any agent therefore, before being displayed on the web site(s).

5.      Pertaining to videos and photographs (including still photographs) uploaded on Sex.Com all software used to keep track of videos and/or photographs (including still photographs) posted by each user, the full functionality of the software, who authored the software, when the software was first utilized by Max Apps, Inc. on the web site.

6.      All persons and processes involved in implementing repeat infringer policy, including but not limited to who reviews take down notices to determine whether discipline necessary, who determines discipline, who implements discipline, the procedure for implementing discipline, and if the discipline is implemented electronically the software used to implement the discipline and all data associated with the implementation of the discipline.

7.      Identification of independent contractors used by Max Apps, Inc. for any tasks on Sex.Com.

8.      Identification of programmers utilized by Max Apps, Inc. for any aspect of Sex.Com.

9.      All persons and processes involved in receipt of take down notices and responding to take down notices.

BeharBehar • 1840 North Commerce Parkway • Suite One • Weston, Florida 33326
T: 954-688-7642     F: 954-332-9260     W: BeharBehar.com

4 of 5

10.  Identification of all owners and/or shareholders of Max Apps, Inc. both current and from inception of the company, including names, roles, and current contact information.

11.  Identification of all debt incurred by Max Apps, Inc., both current and from the inception of the company, including to whom the debt is owed, for what the debt was incurred, and the terms of the debt.

12.  Identification of advertisers for Sex.com, including the contractual obligations of Max Apps, Inc. and the advertisers.

13.  All allegations in Plaintiff's Complaint.

14.  All defenses raised in response to Plaintiff's Complaint.

15.  The factual basis for the parts of Plaintiff's Complaint that Max Apps, Inc. denies.

16.  The factual basis for each affirmative defense that Max Apps, Inc. intends to/has assert(ed).

BeharBehar ◆ 1840 North Commerce Parkway ◆ Suite One ◆ Weston, Florida 33326
T: 954-688-7642    F: 954-332-9260    W: BeharBehar.com

5 of 5

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

MIAMI DIVISION

CASE NO.: 1:15-cv-22463-MGC

HYDENTRA HLP INT. LIMITED, a
foreign corporation d/b/a METART,

      Plaintiff,

vs.

MAXIMUM APPS INC., a foreign
company d/b/a SEX.COM; CLOVER
HOLDINGS LIMITED PARTNERSHIP,
a foreign company d/b/a SEX.COM;
SEX.COM; FREDERIC VALIQUETTE,
an individual; and John Does 1-20,

      Defendants.

_____/

## NOTICE OF TAKING DEPOSITION
## OF CORPORATE REPRESENTATIVE DUCES TECUM
## PURSUANT TO F.R.C.P. 30(b)(6)

**PLEASE TAKE NOTICE** that the undersigned will take the video deposition of:

| | |
|---|---|
| **DEPONENT:** | **Corporate Representative of:**<br>**Clover Holdings Limited Partnership to be deposed on the**<br>**issues contained within the attached Exhibit "A".** |
| **DATE:** | **Friday, January 29, 2016** |
| **TIME:** | **9:00am** |
| **PLACE:** | **Bryn & Associates, P.A.**<br>**One Biscayne Tower, 2 South Biscayne Blvd., #2680**<br>**Miami, Florida 33131** |

BeharBehar ♦ 1840 North Commerce Parkway ♦ Suite One ♦ Weston, Florida 33326
T: 954-688-7642    F: 954-332-9260    W: BeharBehar.com

1 of 5

Upon oral examination before **UNIVERSAL COURT REPORTING,** or any other Notary Public or officer authorized by law to take depositions in the State of Florida. The oral examination will continue from day to day until completed.

The deposition is being taken for the purpose of discovery, for use at trial, or for such other purposes as are permitted under the Rules of Court, Rules 1.280, 1.310, 1.350, 1.360, 1.380 and 1.410.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 8th day of January, 2016 we electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:  John F. O'Sullivan, Esq., Allen P. Pegg, Esq. and Jason D. Sternberg, Esq., *Counsel for Clover Holdings Limited Partnership*; Brady J. Cobb, Esq., *Counsel for Maximum Apps Inc. d/b/a Sex.Com and Frederic Valiquette*; and also to: Evan Fray-Witzer, Esq. Valentin Gurvits, Esq.; and Matthew Shayefar, Esq.

Respectfully submitted,

BeharBehar
1840 North Commerce Parkway
Suite One
Weston, Florida 33326
Telephone: (954) 688-7642
Facsimile: (954) 332-9260
E-mail: AB@BeharBehar.com

By:    */s/Aaron Behar, Esq.*
Aaron Behar, Esq.
Florida Bar No.: 166286
*/s/Jaclyn Behar, Esq.*
Jaclyn Behar, Esq.
Florida Bar No.: 63833
***Counsel for Plaintiff***

BeharBehar ♦ 1840 North Commerce Parkway ♦ Suite One ♦ Weston, Florida 33326
T: 954-688-7642    F: 954-332-9260    W: BeharBehar.com

2 of 5

\

And: */s/Spencer D. Freeman, Esq.*
Spencer D. Freeman, Esq.
Freeman Law Firm, Inc.
1107 ½ Tacoma Avenue South
Tacoma, WA 98402
Telephone:  (253) 383-4500
Facsimile:  (253) 383-4501
E-mail: sfreeman@freemanlawfirm.org
***Counsel for Plaintiff (Pro Hac Vice)***

BeharBehar • 1840 North Commerce Parkway • Suite One • Weston, Florida 33326
T: 954-688-7642    F: 954-332-9260    W: BeharBehar.com

3 of 5

# EXHBIIT "A"

1.  Pertaining to videos and photographs (including still photographs) uploaded on Sex.Com the specific information collected from the uploader and the manner, location, and parameters that the information is stored and maintained.

2.  Pertaining to videos and photographs (including still photographs) uploaded on Sex.Com the entire process that a potential uploader must go through in order to upload a video on the web site(s).

3.  Pertaining to videos and photographs (including still photographs) uploaded on Sex.Com all software used to complete the process of receiving the upload through public display on the web sites.

4.  Pertaining to videos and photographs uploaded on Sex.Com the process for a video and/or photograph (including still photographs) to be reviewed by Clover Holdings Limited Partnership, or any agent therefore, before being displayed on the web site(s).

5.  Pertaining to videos and photographs uploaded on Sex.Com all software used to keep track of videos and/or photographs (including still photographs) posted by each user, the full functionality of the software, who authored the software, when the software was first utilized by Clover Holdings Limited Partnership on the web site.

6.  All persons and processes involved in implementing repeat infringer policy, including but not limited to who reviews take down notices to determine whether discipline necessary, who determines discipline, who implements discipline, the procedure for implementing discipline, and if the discipline is implemented electronically the software used to implement the discipline and all data associated with the implementation of the discipline.

7.  Identification of independent contractors used by Clover Holdings Limited Partnership for any tasks on Sex.Com.

8.  Identification of programmers utilized by Clover Holdings Limited Partnership for any aspect of Sex.Com.

9.  All persons and processes involved in receipt of take down notices and responding to take down notices.

BeharBehar ◆ 1840 North Commerce Parkway ◆ Suite One ◆ Weston, Florida 33326
T: 954-688-7642     F: 954-332-9260     W: BeharBehar.com

4 of 5

10. Identification of all owners and/or shareholders of Clover Holdings Limited Partnership both current and from inception of the company, including names, roles, and current contact information.

11. Identification of all debt incurred by Clover Holdings Limited Partnership both current and from the inception of the company, including to whom the debt is owed, for what the debt was incurred, and the terms of the debt.

12. Identification of advertisers for Sex.Com, including the contractual obligations of Clover Holdings Limited Partnership and the advertisers.

13. All allegations in Plaintiff's Complaint.

14. All defenses raised in response to Plaintiff's Complaint.

15. The factual basis for the parts of Plaintiff's Complaint that Clover Holdings Limited Partnership denies.

16. The factual basis for each affirmative defense that Clover Holdings Limited Partnership intends to/has assert(ed).

BeharBehar ◆ 1840 North Commerce Parkway ◆ Suite One ◆ Weston, Florida 33326
T: 954-688-7642    F: 954-332-9260    W: BeharBehar.com

5 of 5

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

MIAMI DIVISION

CASE NO.: 1:15-cv-22463-MGC

HYDENTRA HLP INT. LIMITED, a
foreign corporation d/b/a METART,

     Plaintiff,

vs.

MAXIMUM APPS INC., a foreign
company d/b/a SEX.COM; CLOVER
HOLDINGS LIMITED PARTNERSHIP,
a foreign company d/b/a SEX.COM;
SEX.COM; FREDERIC VALIQUETTE,
an individual; and John Does 1-20,

     Defendants.
_____/

## NOTICE OF TAKING DEPOSITION – FREDERIC VALIQUETTE

**PLEASE TAKE NOTICE** that the undersigned will take the video deposition of:

| | |
|---|---|
| **DEPONENT:** | **Frederic Valiquette** |
| **DATE:** | **Thursday, January 28, 2016** |
| **TIME:** | **2:00pm** |
| **PLACE:** | **Bryn & Associates, P.A.**<br>**One Biscayne Tower, 2 South Biscayne Blvd., #2680**<br>**Miami, Florida 33131** |

BeharBehar • 1840 North Commerce Parkway • Suite One • Weston, Florida 33326
T: 954-688-7642   F: 954-332-9260   W: BeharBehar.com

1 of 3

Upon oral examination before **UNIVERSAL COURT REPORTING,** or any other Notary Public or officer authorized by law to take depositions in the State of Florida. The oral examination will continue from day to day until completed.

The deposition is being taken for the purpose of discovery, for use at trial, or for such other purposes as are permitted under the Rules of Court, Rules 1.280, 1.310, 1.350, 1.360, 1.380 and 1.410.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 7th day of January, 2016 we electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:   John F. O'Sullivan, Esq., Allen P. Pegg, Esq. and Jason D. Sternberg, Esq., *Counsel for Clover Holdings Limited Partnership*; Brady J. Cobb, Esq., *Counsel for Maximum Apps Inc. d/b/a Sex.Com and Frederic Valiquette*; and also to: Evan Fray-Witzer, Esq. Valentin Gurvits, Esq.; and Matthew Shayefar, Esq.

Respectfully submitted,

BeharBehar
1840 North Commerce Parkway
Suite One
Weston, Florida 33326
Telephone: (954) 688-7642
Facsimile: (954) 332-9260
E-mail: AB@BeharBehar.com

By:     */s/Aaron Behar, Esq.*
Aaron Behar, Esq.
Florida Bar No.: 166286
*/s/Jaclyn Behar, Esq.*
Jaclyn Behar, Esq.
Florida Bar No.: 63833
***Counsel for Plaintiff***

BeharBehar ◆ 1840 North Commerce Parkway ◆ Suite One ◆ Weston, Florida 33326
T: 954-688-7642     F: 954-332-9260     W: BeharBehar.com

2 of 3

And:    */s/Spencer D. Freeman, Esq.*
Spencer D. Freeman, Esq.
Freeman Law Firm, Inc.
1107 ½ Tacoma Avenue South
Tacoma, WA 98402
Telephone:  (253) 383-4500
Facsimile:  (253) 383-4501
E-mail: sfreeman@freemanlawfirm.org
***Counsel for Plaintiff (Pro Hac Vice)***

BeharBehar ♦ 1840 North Commerce Parkway ♦ Suite One ♦ Weston, Florida 33326
T: 954-688-7642    F: 954-332-9260    W: BeharBehar.com

3 of 3