0UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

| | |
|---|---|
| HYDENTRA HLP INT. LIMITED, a foreign corporation d/b/a METART<br><br>    Plaintiff,<br><br>v.<br><br>MAXIMUM APPS INC., a foreign company d/b/a SEX.COM, CLOVER HOLDINGS LIMITED PARTNERSHIP, a foreign company, d/b/a SEX.COM; SEX.COM; FREDERIC VALIQUETTE, an individual, and; John Does 1-20,<br><br>    Defendants. | Case No.<br>1:15-cv-22463-MGC |

### DECLARATION OF BRADY J. COBB
### IN SUPPORT OF
### OPPOSITION TO PLAINTIFF'S MOTION FOR SANCTIONS

I, Brady J. Cobb, do declare and state as follows:

1.　　I am an attorney licensed to practice law in the State of Florida. I am local counsel for Defendants Maximum Apps, Inc. and Mr. Frederic Valiquette (the "Maximum Defendants") in the above captioned matter. I have personal knowledge of the facts stated herein. If called upon to do so, I could and would testify to the truth hereof.

2.　　On January 18 and 19, 2016, I was attending depositions of defendants in another case filed in this District by the Plaintiff, where I also represent the defendants. Present at those depositions were Attorney Aaron Behar and Attorney Spencer Freeman.

1

3. At the close of the deposition on one of those days, I raised the fact that Plaintiff had sent out deposition notices as placeholders in the above captioned case, but pointed out that the parties had subsequently agreed upon and filed a joint motion to stay pre-trial deadlines.

4. Attorneys Behar and Freeman told me that they did not want to waste time, that they did not think the depositions in this case would go forward on the dates indicated, and that they would contact me to discuss the issue further.

5. On January 27, 2016, I had not heard back from Plaintiff's counsel and, in an abundance of caution, I sent an email to Plaintiff's counsel simply confirming that the depositions were not going forward at the time noticed. A true and correct copy of my email to them and the following correspondence is attached hereto as <u>Exhibit 1</u>.

6. Given the conversations between counsel; the filing of the Joint Motion to Stay; the fact that the depositions could not properly be noticed in Florida; and the Plaintiff's failure to call to confirm that the depositions were going forward, I could not imagine that the Plaintiff actually intended to proceed with the depositions pursuant to the placeholder notices sent.

Signed under the pains and penalties of perjury, this 17th day of February, 2016.

_____
Brady J. Cobb, Esq.

# Exhibit 1

**From:** Spencer Freeman [mailto:sfreeman@freemanlawfirm.org]
**Sent:** Wednesday, January 27, 2016 3:43 PM
**To:** Evan Fray-Witzer
**Cc:** Brady Cobb; Pegg, Allen P.; Aaron Behar; O'Sullivan, John F.; Sternberg, Jason D.
**Subject:** Re: Activity in Case 1:15-cv-22463-MGC Hydentra HLP Int. Limited v. Maximum Apps Inc. et al Witness List

Not kidding. I am in Dallas connecting to Miami.

Sent from my iPhone

On Jan 27, 2016, at 2:40 PM, Evan Fray-Witzer <Evan@cfwlegal.com> wrote:

> Spencer
>
> Please tell me that you are kidding.
>
> Evan
>
>
>
> Sent from my Verizon Wireless 4G LTE smartphone
> -------- Original message --------
> From: Spencer Freeman <sfreeman@freemanlawfirm.org>
> Date: 1/27/2016 3:27 PM (GMT-05:00)
> To: Brady Cobb <bcobb@cobbeddy.com>
> Cc: "Pegg, Allen P." <allen.pegg@hoganlovells.com>, Aaron Behar <ab@beharbehar.com>, "O'Sullivan, John F." <john.osullivan@hoganlovells.com>, "Sternberg, Jason D." <jason.sternberg@hoganlovells.com>,evan@cfwlegal.com
> Subject: Re: Activity in Case 1:15-cv-22463-MGC Hydentra HLP Int. Limited v. Maximum Apps Inc. et al Witness List
>
> Man....I wish you had told me that before I flew out to Florida
>
> Sent from my iPhone
>
> On Jan 27, 2016, at 2:23 PM, Brady Cobb <bcobb@cobbeddy.com> wrote:
>
>> Everyone
>>
>> Given the pending motion to stay and the 12(b)(6) motions, my clients will not be appearing for depositions tomorrow. We will reschedule and/or address the depositions once the aforementioned depositions are ruled upon
>>
>> Brady J. Cobb, Esquire
>> Cobb Eddy, PLLC
>> 642 Northeast 3rd Avenue
>> Fort Lauderdale, Florida 33304
>> 954-527-4111 (office)
>> 954-900-5507 (facsimile)
>> www.cobbeddy.com

Sent from my iPhone