# Exhibit
# 1

## MEDIATION: Clover Holdings

**Evan Fray-Witzer** <Evan@cfwlegal.com>                      Wed, Nov 18, 2015 at 6:44 AM
To: Aaron Behar <ab@beharbehar.com>
Cc: Brady Cobb <bcobb@cobbeddy.com>, Christine Spire <cs@beharbehar.com>, Matthew Shayefar
<matt@bostonlawgroup.com>, Val Gurvits <vgurvits@bostonlawgroup.com>, "Pegg, Allen P."
<allen.pegg@hoganlovells.com>, "O'Sullivan, John F." <john.osullivan@hoganlovells.com>, Spencer Freeman
<sfreeman@freemanlawfirm.org>, Jason Holman <jh@beharbehar.com>

Hi Aaron –


Yes.  Our clients can be available on either March 1 or 2.


I did want to make a couple of things clear, though, simply because I didn't want them to be a surprise
if/when I raise them later.  First, we will likely ask in any event that the clients be allowed to attend the
mediation via Skype so that they're not required to travel for it.  And, if the Court hasn't ruled on our motions
to dismiss by the mediation date, we would certainly not be willing to have the clients travel to Florida while
the jurisdictional issues are still pending.


There's no reason we need to deal with these issues now, but I didn't want my silence on the matter to be
mistaken for some sort of representation that the clients would be traveling to Florida for the mediation.


Evan

---

Evan Fray-Witzer

Ciampa Fray-Witzer, LLP

20 Park Plaza, Suite 505

Boston, MA 02116

(617) 426-0000

(617) 507-8043 (facsimile)

Evan@CFWLegal.com