Case 1:15-cv-22463-MGC   Document 78   Entered on FLSD Docket 03/18/2016   Page 1 of 2

Hydentra v. Maximum, et al.
Case No. 1:15-cv-22463-MGC

# Certificate

The undersigned authority has the honor to certify, in conformity with article 6 of the Convention,
1) that the document has been served*
    the (date) _Wednesday 24th February 2016 @ 11:00 am_
    at (place, street, number) _Egmont St, Kingstown, St. Vincent_

--in one of the following methods authorized by article 5—
    ____ (a) in accordance with the provisions of sub-paragraph (a)
        of the first paragraph of article 5 of the Convention*
    ____ (b) in accordance with the following particular method*:
    _____

    ____ (c) by delivery to the addressee, who accepted it voluntarily*

The documents referred to in the request have been delivered to:
-- (identity and description of person) _Mrs Marcelle Joyle_

-- relationship to addressee (family, business or other): _Clerk_
_Leonard Onest_

2) that the document has not been served, by reason of the following facts*:_____

In conformity with the second paragraph of article 12 of the Convention, the applicant is required to pay or reimburse the expenses detailed in the attached statement.*

Annexes

Documents returned:
_____

In appropriate cases, documents establishing the service:

Done at: _Kingstown_ ,the _29-2-2016_

Signature and/or stamp.

[Stamp: REGISTRAR HIGH COURT - ST. VINCENT & THE GRENADINES]

*delete if inappropriate.

2

USM-94

Case 1:15-cv-22463-MGC   Document 78   Entered on FLSD Docket 03/18/2016   Page 2 of 2
Hydentra v. Maximum, et al.
Case No. 1:15-cv-22463-MGC

# SUMMARY OF THE DOCUMENT TO BE SERVED

Convention on the Service Abroad of Judicial and Extrajudicial Documents in Civil or Commercial Matters, signed at The Hague, the 15th of November 1965.
(Article 5, fourth paragraph)

**Name and address of the requesting authority:**
Aaron Behar
Authorized to act as Requesting Authority
BeharBehar
1840 North Commerce Parkway, Suite 1
Weston, FL 33326 USA

**Particulars of the parties\*:**
**Clover Holdings Limited Partnership d/b/a Sex.com**     (Defendant)
c/o E.M. French, Director
Egmont Street, Bonadles Plaza Suite 3
Kingstown, St. Vincent

## JUDICIAL DOCUMENT\*\*

**Nature and purpose of the document:**
To give notice to the defendant of the commencement of a civil claim for monetary damages and injunctive relief against it, and to summons it to serve written defenses to the claim.

**Nature and purpose of the proceedings and, where appropriate, the amount in dispute:**
Civil claim for money damages and injunctive relief. Plaintiff seeks to recover an unspecified amount to be determined by the Court of original jurisdiction.

**Date and place for entering appearance\*\*:**

Not applicable (N/A)

**Court which has given judgment\*\*:**

Not applicable (N/A)

**Date of judgment\*\*:**

Not applicable (N/A)

**Time-limits stated in the document\*\*:**
Defendant is to serve written defenses to the action on Plaintiff's attorney within 21 calendar days after receiving the documents

## EXTRAJUDICIAL DOCUMENT\*\*

**Nature and purpose of the document:** Not applicable (N/A)

**Time-limits stated in the document\*\*:** Not applicable (N/A)

---

\* If appropriate, identity and address of the person interested in the transmission of the document.
\*\* Delete if inappropriate.