UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

MIAMI DIVISION

CASE NO.: 1:15-cv-22463-MGC

HYDENTRA HLP INT. LIMITED, a
foreign corporation d/b/a METART,

    Plaintiff,

vs.

MAXIMUM APPS INC., a foreign
company d/b/a SEX.COM; CLOVER
HOLDINGS LIMITED PARTNERSHIP,
a foreign company d/b/a SEX.COM;
SEX.COM; FREDERIC VALIQUETTE,
an individual; and John Does 1-20,

    Defendants.
_____/

### NOTICE OF FILING

    NOTICE IS HEREBY GIVEN by Plaintiff, by and through counsel, that on this date, it has filed the attached Summons with the Court, showing that service of process via Hague Convention of the Amended Complaint on Defendant, CLOVER HOLDINGS LIMITED PARTNERSHIP d/b/a SEX.COM, was effectuated on April 12, 2016.

                                            Respectfully submitted,

                                            */s/Aaron Behar, Esq.*
                                            Aaron Behar, Esq.
                                            Florida Bar No.: 166286
                                            */s/Jaclyn Ann Behar, Esq.*
                                            Jaclyn Ann Behar, Esq.
                                            Florida Bar No.: 063833
                                            BeharBehar
                                            1840 North Commerce Parkway

        Suite 1
        Weston, Florida 33326
        Telephone: (954) 688-7642
        Facsimile: (954) 3323-9260
        E-mail: ab@beharbehar.com
              jb@beharbehar.com
        ***Counsel for Plaintiff***

        */s/Spencer D. Freeman, Esq.*
        Spencer D. Freeman, Esq.
        Freeman Law Firm, Inc.
        1107 ½ Tacoma Avenue South
        Tacoma, WA 98402
        Telephone: (253) 383-4500
        Facsimile: (253) 383-4501
        E-mail:
        sfreeman@freemanlawfirm.org
        ***Counsel for Plaintiff***
        ***(Admitted Pro Hac Vice)***

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 11th day of May, 2016 we served the foregoing electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following: John F. O'Sullivan, Esq., Allen P. Pegg, Esq., Esq., Brady J. Cobb, Esq., Evan Fray-Witzer, Esq. Valentin Gurvits, Esq., and Matthew Shayefar, Esq.

        */s/Aaron Behar, Esq.*
        Aaron Behar, Esq.

Case 1:15-cv-22463-MGC   Document 11   Entered on FLSD Docket 07/16/2015   Page 6 of 6

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

HYDENTRA HLP INT. LIMITED, a foreign corporation d/b/a METART,

Plaintiff(s)

v.

MAXIMUM APPS INC. d/b/a SEX.COM; CLOVER HOLDINGS LIMITED PARTNERSHIP d/b/a SEX.COM; and FREDERIC VALIQUETTE,

Defendant(s)

Civil Action No. 1:15-cv-22463-MGC

## SUMMONS IN A CIVIL ACTION

To: (Defendant's name and address)
CLOVER HOLDINGS LIMITED PARTNERSHIP
d/b/a SEX.COM
c/o E.M. French, Director
Egmont Street, Bonadies Plaza Suite 3
Kingstown, Saint Vincent

VIA HAGUE CONVENTION
c/o REGISTRAR
HIGH COURT
ANDREA YOUNG-LEWIS
COREAS BLDG. 1ST FLR.
HILLSBORO & HALIFAX ST.
KINGSTOWN, ST. VINCENT
VC1410

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Aaron Behar, Esq.
Jaclyn Behar, Esq.
BeharBehar
1840 North Commerce Parkway, Suite 1
Weston, FL 33326
Telephone: (954) 688-7642

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: Jul 16, 2015

Received by: [signature]
THE LEEWARD TRUST CORPORATION
For: [signature] Hoyle
@ 1:40p  12-4-2016

Steven M. Larimore
Clerk of Court

SUMMONS

s/ Yesenia Harrera
Deputy Clerk
U.S. District Courts

[signature] 12-4-2016