UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

MIAMI DIVISION

CASE NO.: 1:15-cv-22463-MGC

HYDENTRA HLP INT. LIMITED, a
foreign corporation d/b/a METART,

    Plaintiff,

vs.

MAXIMUM APPS INC., a foreign
company d/b/a SEX.COM; CLOVER
HOLDINGS LIMITED PARTNERSHIP,
a foreign company d/b/a SEX.COM;
SEX.COM; FREDERIC VALIQUETTE,
an individual; and John Does 1-20,

    Defendants.
_____/

## PLAINTIFF'S EMERGENCY MOTION TO CONTINUE HEARING ON DEFENDANTS' MOTIONS TO DISMISS SET FOR MAY 18

COMES NOW, Plaintiff, HYDENTRA HLP INT. LIMITED d/b/a METART, by and through undersigned counsel, and files this Emergency Motion to Continue the hearing on Defendants' Motions to Dismiss, currently scheduled for May 18, 2016, and in support states as follows:

1.     The Court scheduled oral argument on various Motions to Dismiss for May 18, 2016 at 3:30 P.M. Unfortunately, Jason Tucker (Plaintiff's consultant on technical issues involved with the pending motions) suffered a death in his family and Plaintiff requests a brief extension of the hearing as the funeral is to take place at the same date and time of the hearing. Plaintiff's

BeharBehar • 1840 North Commerce Parkway • Suite One • Weston, Florida 33326
T: 954-688-7642    F: 954-332-9260    W: BeharBehar.com

1 of 4

corporate representative will be in attendance at the funeral in California and will not be able to attend the hearing in Miami.

2. As a brief background, Plaintiff filed the instant lawsuit on June 30, 2015. On September 3, 2015, Defendant Clover Holdings Limited Partnership ("Clover Holdings") filed a Motion to Dismiss Plaintiff's Amended Complaint for Insufficient Service of Process and Lack of Personal Jurisdiction. (D.E. # 24). On September 18, 2015 Plaintiff filed a Memorandum of Law in Opposition of Clover Holdings' Motion to Dismiss (D.E. #31), and on September 28, 2015 Clover Holdings filed a Reply in Support of its Motion (D.E. #37).

3. On September 21, 2015, Defendants, Maximum Apps Inc. ("Max Apps") and Frederic Valiquette ("Valiquette"), filed a Motion to Dismiss for Lack of Personal Jurisdiction (D.E. 34). On or about October 15, 2015, Plaintiff filed a Memorandum of Law in Response to Maximum Apps' and Valiquette's Motion to Dismiss (D.E. # 48), and on November 5 2015, Max Apps and Valiquette filed a Reply in Support of their Motion to Dismiss (D.E. #64).

4. On April 29, 2016, this Honorable Court scheduled oral argument on the pending motions for May 18, 2016 at 3:30 P.M. (D.E. #80)

5. Unfortunately, Jason Tucker's grandfather passed away over the weekend. The funeral is scheduled for May 18, 2016, the same day and time as the hearing. Plaintiff's corporate representative will be attending the funeral on May 18, 2016 and will be unable to attend the hearing currently set for the same day. Plaintiff requires its corporate representative's attendance at the hearing, particularly because important dispositive issues will be addressed.

6. Similarly, Plaintiff requires Jason Tucker's presence before and at the hearing. Jason Tucker is Plaintiff's consultant with technical knowledge of Defendants' website. Jason Tucker

BeharBehar ♦ 1840 North Commerce Parkway ♦ Suite One ♦ Weston, Florida 33326
T: 954-688-7642    F: 954-332-9260    W: BeharBehar.com

2 of 4

provided a declaration in support of Plaintiff's Opposition to Maximum Apps' and Valiquette's Motion to Dismiss (D.E. # 48, Ex. 5), which provided the factual basis for much of Plaintiff's arguments and the authentication of Exhibits.

7. As such, without Jason Tucker or its corporate representative available for the hearing or to prepare for the same, Plaintiff cannot go forward with the hearing set for May 18, 2016.

8. No prior continuances have been sought or granted.

9. Plaintiff asserts that this request for a continuance is done in good faith and is not for purposes of delay. *In fact, both Plaintiff's corporate representative and Jason Tucker could be available for a hearing on Thursday May 19, 2016 or Friday May 20, 2016.*

10. Based on the foregoing, Plaintiffs submits that there exists good cause for a continuance of the scheduled hearing on the Motions.

## RULE 7.1 CONFERENCE

Undersigned counsel for Plaintiff conferred with counsel for Defendants regarding the filing of this motion. Defendants consented to reschedule the hearing only if it could take place on Thursday May 19, 2016. The undersigned contacted the Court's Chambers prior to filing this motion to inquire as to the Court's availability, but the Law Clerk asked that the undersigned file its motion.

WHEREFORE, undersigned counsel for Plaintiff requests this Honorable Court enter an Order continuing the hearing set for May 18, 2016 and reschedule the same for a future date available on the Court's calendar.

BeharBehar ♦ 1840 North Commerce Parkway ♦ Suite One ♦ Weston, Florida 33326
T: 954-688-7642    F: 954-332-9260    W: BeharBehar.com

3 of 4

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 16th day of May, 2016 we served the foregoing electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following: John F. O'Sullivan, Esq., Allen P. Pegg, Esq., Brady J. Cobb, Esq., Evan Fray-Witzer, Esq. Valentin Gurvits, Esq., and Matthew Shayefar, Esq.

/s/*Aaron Behar, Esq.*
Aaron Behar, Esq.
Respectfully submitted,

/s/*Aaron Behar, Esq.*
Aaron Behar, Esq.
Florida Bar No.: 166286
/s/*Jaclyn Behar, Esq.*
Jaclyn Behar, Esq.
Florida Bar No.: 063833
BeharBehar
1840 North Commerce Parkway
Suite 1
Weston, Florida 33326
Telephone: (954) 688-7642
Facsimile: (954) 332-9260
E-mail: ab@beharbehar.com
jb@beharbehar.com
***Counsel for Plaintiff***

/s/*Spencer D. Freeman, Esq.*
Spencer D. Freeman, Esq.
Freeman Law Firm, Inc.
1107 ½ Tacoma Avenue South
Tacoma, WA 98402
Telephone: (253) 383-4500
Facsimile: (253) 383-4501
E-mail: sfreeman@freemanlawfirm.org
***Counsel for Plaintiff (Pro Hac Vice)***

BeharBehar ◆ 1840 North Commerce Parkway ◆ Suite One ◆ Weston, Florida 33326
T: 954-688-7642   F: 954-332-9260   W: BeharBehar.com

4 of 4