UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 1:15-cv-22463-MGC

HYDENTRA HLP INT. LIMITED, a
foreign corporation d/b/a METART,

        Plaintiff,

vs.

MAXIMUM APPS INC., a foreign
company d/b/a SEX.COM; CLOVER
HOLDINGS LIMITED PARTNERSHIP,
a foreign company d/b/a SEX.COM;
SEX.COM; FREDERIC VALIQUETTE,
an individual; and John Does 1-20,

        Defendants.

_____/

**DEFENDANT CLOVER HOLDINGS LIMITED
PARTNERSHIP'S NOTICE OF SUPPLEMENTAL AUTHORITY**

        Defendant Clover Holdings Limited Partnership ("Clover") hereby gives notice of the

following supplemental authority in support of Clover's Motion to Dismiss Plaintiff's Amended

Complaint for Insufficient Service of Process and Lack of Personal Jurisdiction [DE 24]: *Atmos*

*Nation LLC v. Alibaba Group Holding, Ltd.*, No. 0:15-cv-62104, 2016 WL 1028332 (S.D. Fla.

Mar. 15, 2016) (Moore, C.J.), attached hereto as **Exh. A**.

Dated:  May 18, 2016

Respectfully submitted,

By: */s/ John F. O'Sullivan*
John F. O'Sullivan
Fla. Bar No. 143154
Allen P. Pegg
Fla. Bar No. 597821
Jason D. Sternberg
Fla. Bar No. 72887
HOGAN LOVELLS US LLP
600 Brickell Ave., Suite 2700
Miami, FL 33131
Telephone:  (305) 459-6500
Facsimile:  (305) 459-6550
john.osullivan@hoganlovells.com
allen.pegg@hoganlovells.com
jason.sternerg@hoganlovells.com

*Counsel for Defendant Clover Holdings Limited Partnership*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on May 18, 2016, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to counsel and that a true and correct copy was served via electronic mail on all counsel of parties of record.

By: */s/ Allen P. Pegg*_____
Allen P. Pegg
Fla. Bar No. 597821
allen.pegg@hoganlovells.com