UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 15-22463-Civ-COOKE/TORRES

HYDENTRA HLP INT. LIMITED,
a foreign corporation d/b/a
METART,

    Plaintiff,

vs.

MAXIMUM APPS INC., a foreign company
d/b/a SEX.COM, CLOVER HOLDINGS
LIMITED PARTNERSHIP, a foreign
company d/b/a SEX.COM, SEX.COM,
FREDERIC VALIQUETTE, an individual,
and JOHN DOES 1-20,

    Defendants.

_____/

## ORDER GRANTING DEFENDANTS' MOTIONS TO DISMISS

THIS MATTER is before me on Defendant Clover Holdings Limited's Motion to Dismiss Amended Complaint for Insufficient Service of Process and Lack of Personal Jurisdiction (ECF No. 24) and Defendants Maximum Apps, Inc.'s and Frederick Valiquette's Motion to Dismiss for Lack of Personal Jurisdiction (ECF No. 34). I have reviewed Defendants' Motions to Dismiss, the Responses and Replies thereto, the record, the relevant legal authorities, and the arguments made by the parties at the Motion Hearing on May 18, 2016.

For the reasons stated at the Motion Hearing, it is hereby **ORDERED and ADJUDGED** as follows:

1. Defendant Clover Holdings Limited's Motion to Dismiss Amended Complaint for Insufficient Service of Process and Lack of Personal Jurisdiction (ECF No. 24) is **GRANTED**.

2. Defendants Maximum Apps, Inc.'s and Frederick Valiquette's Motion to Dismiss for Lack of Personal Jurisdiction (ECF No. 34) is **GRANTED**.

3. Plaintiff's "Amended" Complaint for Damages, Injunctive Relief and Demand for Jury Trial (ECF No. 5) is **DISMISSED**.

4. The Clerk shall **CLOSE** this case.

5. All pending motions, if any, are **DENIED** *as moot*.

**DONE and ORDERED** in Chambers, in Miami, Florida, this 24th day of May 2016.

*Marcia G. Cooke*
MARCIA G. COOKE
United States District Judge

Copies furnished to:
*Edwin G. Torres, U.S. Magistrate Judge*
*Counsel of Record*

2