UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 1:15-cv-22463-MGC

HYDENTRA HLP INT. LIMITED, a
foreign corporation d/b/a METART,

    Plaintiff/Appellant,

vs.

MAXIMUM APPS INC., a foreign
company d/b/a SEX.COM; CLOVER
HOLDINGS LIMITED PARTNERSHIP,
a foreign company d/b/a SEX.COM;
SEX.COM; FREDERIC VALIQUETTE,
an individual; and John Does 1-20,

    Defendant/Appellee.
_____/

## NOTICE OF APPEAL

NOTICE IS HEREBY GIVEN that Plaintiff/Appellant, Hydentra HLP Int. Limited, d/b/a MetArt, (hereinafter referred to as "Plaintiff" or "Appellant") by and through its counsel, hereby appeals, pursuant to 28 U.S.C. § 1291 and Federal Rules of Appellate Procedure 3(a)(1) and 4(a), to the United States Court of Appeals for the Eleventh Circuit, from an Order entered in this action on the 24th day of May, 2016, granting Defendant Clover Holdings Limited's Motion to Dismiss Amended Complaint for Insufficient Service of Process and Lack of Personal Jurisdiction; granting Defendants' Maximum Apps, Inc.'s and Frederick Valiquette's Motion to Dismiss for Lack of Personal Jurisdiction; dismissing Plaintiff's Amended Complaint for Damages, Injunctive Relief

1

and Demand for Jury Trial; and closing the case. [D.E. 86]. A copy of the Order is attached as Exhibit "A" hereto.

            Respectfully submitted,

            BeharBehar
            1840 North Commerce Parkway
            Suite One
            Weston, Florida 33326
            Telephone: (954) 688-7642
            Facsimile: (954) 332-9260
            E-mail: AB@BeharBehar.com

By:   */s/ Aaron Behar, Esq.*
       Aaron Behar, Esq.
       Florida Bar No.: 166286
       */s/Jaclyn Ann Behar, Esq.*
       Jaclyn Ann Behar, Esquire
       Florida Bar No.: 63833
       **Counsel for Plaintiff**

And:  */s/Spencer D. Freeman, Esq.*
       Spencer D. Freeman, Esq.
       Freeman Law Firm, Inc.
       1107 ½ Tacoma Avenue South
       Tacoma, WA 98402
       Telephone: (253) 383-4500
       Facsimile: (253) 383-4501
       E-mail: sfreeman@freemanlawfirm.org
       **Counsel for Plaintiff**
       (Admitted Pro Hac)

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 27th day of May, 2016 we electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following: Brady J. Cobb, Esq., Evan Fray-Witzer, Esq., Matthew Shayefar, Esq., Valentin Gurvits, Esq., Allen P. Pegg, Esq. and John F. O'Sullivan, Esq.

By: */s/ Jaclyn Ann Behar*
Jaclyn Ann Behar

# EXHIBIT "A"

Case 1:15-cv-22463-MGC   Document 86   Entered on FLSD Docket 05/24/2016   Page 1 of 2

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 15-22463-Civ-COOKE/TORRES

HYDENTRA HLP INT. LIMITED,
a foreign corporation d/b/a
METART,

      Plaintiff,

vs.

MAXIMUM APPS INC., a foreign company
d/b/a SEX.COM, CLOVER HOLDINGS
LIMITED PARTNERSHIP, a foreign
company d/b/a SEX.COM, SEX.COM,
FREDERIC VALIQUETTE, an individual,
and JOHN DOES 1-20,

      Defendants.
_____/

## ORDER GRANTING DEFENDANTS' MOTIONS TO DISMISS

THIS MATTER is before me on Defendant Clover Holdings Limited's Motion to Dismiss Amended Complaint for Insufficient Service of Process and Lack of Personal Jurisdiction (ECF No. 24) and Defendants Maximum Apps, Inc.'s and Frederick Valiquette's Motion to Dismiss for Lack of Personal Jurisdiction (ECF No. 34). I have reviewed Defendants' Motions to Dismiss, the Responses and Replies thereto, the record, the relevant legal authorities, and the arguments made by the parties at the Motion Hearing on May 18, 2016.

For the reasons stated at the Motion Hearing, it is hereby **ORDERED and ADJUDGED** as follows:

1. Defendant Clover Holdings Limited's Motion to Dismiss Amended Complaint for Insufficient Service of Process and Lack of Personal Jurisdiction (ECF No. 24) is **GRANTED**.
2. Defendants Maximum Apps, Inc.'s and Frederick Valiquette's Motion to Dismiss for Lack of Personal Jurisdiction (ECF No. 34) is **GRANTED**.

3. Plaintiff's "Amended" Complaint for Damages, Injunctive Relief and Demand for Jury Trial (ECF No. 5) is **DISMISSED**.
4. The Clerk shall **CLOSE** this case.
5. All pending motions, if any, are **DENIED** *as moot*.

**DONE and ORDERED** in Chambers, in Miami, Florida, this 24th day of May 2016.

*Marcia G. Cooke*
MARCIA G. COOKE
United States District Judge

Copies furnished to:
*Edwin G. Torres, U.S. Magistrate Judge*
*Counsel of Record*

2