# UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303



David J. Smith
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

October 18, 2016

Steven M. Larimore
U.S. District Court
400 N MIAMI AVE
MIAMI, FL 33128-1810

Appeal Number: 16-13087-FF
Case Style: Hydentra HLP Int. Limited v. Maximum Apps Inc., et al
District Court Docket No: 1:15-cv-22463-MGC

The enclosed copy of the Clerk's Entry of Dismissal for failure to prosecute in the above referenced appeal is issued as the mandate of this court. See 11th Cir. R. 41-4. Pursuant to 11th Cir. R. 42-2(c) and 42-3(c), when an appellant fails to timely file or correct a brief or appendix, the appeal shall be treated as dismissed on the first business day following the due date. This appeal was treated as dismissed on 10/12/2016.

Counsel and pro se parties are advised that pursuant to Fed.R.App.P. 25(a)(2)(A), a motion to set aside the dismissal and remedy the default "is not timely unless the clerk receives the papers within the time fixed for filing."

All pending motions are now rendered moot in light of the attached order.

Sincerely,

DAVID J. SMITH, Clerk of Court

Reply to: Janet K. Mohler, FF/lt
Phone #: (404) 335-6178

Enclosure(s)

DIS-2CIV Letter and Entry of Dismissal

IN THE UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT

_____

No. 16-13087-FF

_____

HYDENTRA HLP INT. LIMITED,
a foreign corporation doing business as Metart,

        Plaintiff - Appellant,

versus

MAXIMUM APPS INC.,
a foreign company doing business as Sex.com,
CLOVER HOLDINGS LIMITED PARTNERSHIP,
a foreigh company doing business as Sex.Com,
SEX.COM,
FREDERIC VALIQUETTE,
an individual,
JOHN DOES 1-20,

        Defendants - Appellees.

_____

Appeal from the United States District Court
for the Southern District of Florida

_____

ENTRY OF DISMISSAL: Pursuant to the 11th Cir.R. 42-2(c), this appeal is hereby DISMISSED for want of prosecution because the appellant Hydentra HLP Int. Limited has failed to file an appellant's brief and appendix within the time fixed by the rules; Motion to dismiss appeal as untimely is MOOT [7937270-2], effective October 18, 2016.

DAVID J. SMITH
Clerk of Court of the United States Court
of Appeals for the Eleventh Circuit

by:  Janet K. Mohler, FF, Deputy Clerk

        FOR THE COURT - BY DIRECTION

Case 1:15-cv-22463-MGC Document 93 Entered on FLSD Docket 10/18/2016 Page 3 of 3
Case: 16-13087 Date Filed: 10/18/2016 Page: 3 of 3